IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEBORAH D. PETERSON, et al.,

    Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN, et al.,

    Defendants.

No. C 08-80030-MISC JSW

**ELECTRONIC CASE FILING ORDER**

This case is hereby designated for the Court's Electronic Case Filing (ECF) Program. Pursuant to General Order 45, each attorney of record is obligated to become an ECF user and be assigned a user ID and password for access to the system. All documents required to be filed with the Clerk shall be filed electronically on the ECF website, except as provided otherwise in section VII of General Order 45 or authorized otherwise by the Court. (Instructions for creating PDF files can be found in the tutorial at the Court's ECF website – www.ecf.cand.uscourts.gov.) All documents not previously e-filed in this matter must be e-filed by no later than April 4, 2008.

**IT IS SO ORDERED.**

Dated: March 21, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE