DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel: (415) 989-4730
Fax: (415) 989-0491
File No. 52.759

Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
of the Estate of James C. Knipple (Dec.), et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants. | CASE NO. CIV 08-80030-MISC <br><br> CERTIFICATION AND NOTICE OF INTEREST PARTIES |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnership, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

SEE EXHIBIT "A" WHICH IS ATTACHED HERETO AND INCORPORATED BY REFERENCE HEREIN.

DATED: March 23, 2008

COOK COLLECTION ATTORNEYS
By:  /s/ David J. Cook
DAVID J. COOK, ESQ. (SB# 060859)
Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal
Representatives of the Estate of James C.
Knipple (Dec.), et al.

### *EXHIBIT A TO CERTIFICATION AND NOTICE OF INTERESTED PARTIES*

*Peterson vs. Islamic Republic of Iran*
United States District Court, Northern District of California
Case No.  CIV 08-80030-MISC

| **PARTIES:** | **CONNECTION:** |
|---|---|
| ISLAMIC REPUBLIC OF IRAN<br>Pasadaran Avenue<br>Golestan Yekom<br>Teheran. Iran<br>ATTN: President or Agent for Service of<br>Process | Party Defendant. |
| ISLAMIC REPUBLIC OF IRAN<br>Khomeini Avenue<br>United Nations Street<br>Teheran, Iran<br>ATTN:  President or Agent for Service of<br>Process | Party Defendant. |
| JEFFREY S. BUCHHOLTZ<br>(Acting) Assistant Attorney General<br>THOMAS P. O'BRIEN<br>United States Attorney<br>JOSEPH H. HUNT<br>Director, Federal Programs Branch<br>VINCENT M. GARVEY<br>Deputy Director. Federal Programs Branch<br>HANNAH Y.S. CHANOINE<br>Trial Attorney, Federal Programs Branch<br>20 Massachusetts Ave NW. 7340 (Courier)<br>P.O. Box 883<br>Washington. D.C. 20530 | Interested party. |
| Jennifer Paisner<br>U.S. DEPARTMENT OF JUSTICE<br>Civil Division. Federal Programs Branch<br>P.O. Box 883. Room 6108<br>Washington. DC 20044 | Interested party. |

**PARTIES:**                                    **CONNECTION:**

National Iranian Oil Company                    Nominee, agency. or Instrumentality of Iran.
Hafez Crossing, Taleghani Avenue
Tehran - Iran
Attn: President or Agent for Service of
Process

SINOPEC International Co.. Ltd.                 Third party obligor potentially owing money
Building C                                      to Iran and the subject of the assignment
Anli-Garden. No. 66. Anli Street                motion.
Chaoyang District, Beijing
Attn: President or Authorized Agent for
Service of Process

SINOPEC USA INC.                                Third party obligor potentially owing money
150 E. 52nd Street                              to Iran and the subject of the assignment
New York, NY 10022-6017                         motion.
Attn: President or Authorized Agent for
Service of Process

Total S.A.                                      Third party obligor potentially owing money
2, place de la Coupole                          to Iran and the subject of the assignment
La Défense 6                                    motion.
92400 Courbevoie – France
Attn: President or Authorized Agent for
Service of Process

Total                                           Third party obligor potentially owing money
2, place de la Coupole                          to Iran and the subject of the assignment
La Défense 6                                    motion.
92078 Paris La Défense Cedex
France
Attn: President or Authorized Agent for
Service of Process

Total Petrochemicals USA                        Third party obligor potentially owing money
Total Plaza                                     to Iran and the subject of the assignment
1201 Louisiana Street, Suite 1800               motion.
Houston. TX 77002
Attn: President or Authorized Agent for
Service of Process

Total Petrochemicals USA                        P.O. Box 67441

Page 2 of 8

| **PARTIES:** | **CONNECTION:** |
|---|---|
| Houston. TX 77267-4411<br>Attn: President or Authorized Agent for<br>Service of Process | Third party obligor potentially owing money to Iran and the subject of the assignment motion. |
| ENI Petroleum Co. Inc.<br>1201 Louisiana Street. Suite 3500<br>Houston. TX 77002<br>Attn: President or Authorized Agent for<br>Service of Process | Third party obligor potentially owing money to Iran and the subject of the assignment motion. |
| ENI Headquarters Rome<br>Piazzale Mattei, 1<br>00144 Rome<br>Attn: President or Authorized Agent for<br>Service of Process | Third party obligor potentially owing money to Iran and the subject of the assignment motion. |
| Repsol YPF, S.A.<br>Paseo de la Castellana<br>278-280<br>28046 Madrid, Spain<br>Attn: President or Authorized Agent for<br>Service of Process | Third party obligor potentially owing money to Iran and the subject of the assignment motion. |
| MAXUS EXPLORATION COMPANY<br>Attn: Michael J. Barron<br>717 North Harwood Street<br>Dallas, TX 75201<br>Attn: President or Authorized Agent for<br>Service of Process | Third party obligor potentially owing money to Iran and the subject of the assignment motion. |
| MAXUS EXPLORATION COMPANY<br>Attn: Glen R. Brown<br>717 North Harwood Street<br>Dallas, TX 75201<br>Attn: President or Authorized Agent for<br>Service of Process | Third party obligor potentially owing money to Iran and the subject of the assignment motion. |

## PARTIES:

## CONNECTION:

MAXUS EXPLORATION COMPANY
Attn: Gordon E. Coe
717 North Harwood Street
Dallas, TX 75201
Attn: President or Authorized Agent for
Service of Process

Third party obligor potentially owing money
to Iran and the subject of the assignment
motion.

MAXUS EXPLORATION COMPANY
Attn: Steven G. Crowell
717 North Harwood Street
Dallas, TX 75201
Attn: President or Authorized Agent for
Service of Process

Third party obligor potentially owing money
to Iran and the subject of the assignment
motion.

NIPPON OIL CORPORATIN
Head Office
3-12, Nishi Shimbashi 1-chrome,
Minato-ku, Tokyo 105-8412, Japan
Attn: President or Authorized Agent for
Service of Process

Third party obligor potentially owing money
to Iran and the subject of the assignment
motion.

NIPPON OIL (U.S.A.) LIMITED
300 Park Blvd., #105
Itasca, IL 60143
Attn: President or Authorized Agent for
Service of Process

Third party obligor potentially owing money
to Iran and the subject of the assignment
motion.

NIPPON OIL USA LTD.
3625 Del Amo Blvd., #385
Torrance, CA 90503
Attn: President or Authorized Agent for
Service of Process

Third party obligor potentially owing money
to Iran and the subject of the assignment
motion.

ROYAL DUTCH SHELL PLC
Carel van Bylandtlaan 16
2596 HR DEN HAAG
Postbus 162
2501 AN DEN HAAG
ATTN: President or Agent for Service of
Process

Third party obligor potentially owing money
to Iran and the subject of the assignment
motion.

| PARTIES: | CONNECTION: |
|---|---|
| ROYAL DUTCH SHELL PLC<br>(Shell Oil Company)<br>P.O. Box 2463<br>Houston, TX 77252<br>ATTN: President or Agent for Service of<br>Process | Third party obligor potentially owing money to Iran and the subject of the assignment motion. |
| PetroChina International<br>ChinaOil (USA) Inc.<br>865 South Figueroa Street, Suite 2308<br>Los Angeles, CA 90071 | Third party obligor potentially owing money to Iran and the subject of the assignment motion. |
| PetroChina International<br>10 Harborside Financial Center<br>Jersey City, New Jersey 07302 | Third party obligor potentially owing money to Iran and the subject of the assignment motion. |
| CNOOC<br>CT Corporation<br>1633 Broadway<br>New York, New York 10019 | Third party obligor potentially owing money to Iran and the subject of the assignment motion. |
| CHEVRON<br>6001 Bollinger Canyon Road<br>San Ramon, CA 94583 | Third party obligor potentially owing money to Iran and the subject of the assignment motion. |
| ATTORNEY GENERAL'S OFFICE<br>US DEPARTMENT OF JUSTICE<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530-0001<br>ATTN: MICHAEL B. MUKASEY | Potential obligor under the various awards in the Iran-U.S. Claims Tribunal. |
| DEPARTMENT OF TREASURY<br>OFFICE OF FOREIGN ASSETS<br>CONTROL<br>1500 Pennsylvania Avenue, NW<br>Washington, D.C. 20220<br>Attn: TREASURY SECRETARY<br>    HENRY M. PAULSON, JR. | Potential obligor under the various awards in the Iran-U.S. Claims Tribunal. |
| 1. National Iranian Gas Export Company<br>    Website: www.nigec.ir<br>    Email: info@nigec.ir | Nominee, agency, or Instrumentality of Iran. |

**PARTIES:**                                                        **CONNECTION:**

2. National Iranian Gas Company                    Nominee, agency, or Instrumentality of Iran.
      Website: www.nigc.org
      Email: webmaster@nigc.org

3. National Iranian Oil Refining and               Nominee, agency, or Instrumentality of Iran.
Distribution Co.
      Website: www.niordc.ir
      Email: info@niordc.ir

4. National Iranian South Oil Company              Nominee, agency, or Instrumentality of Iran.
      Website: www.nisoc.com
      Email: info@nisoc.com

5. National Iranian Offshore Oil Company           Nominee, agency, or Instrumentality of Iran.
      Website: www.iooc.co.ir
      Email: webmaster@iooc.co.ir

6. National Iranian Central Oil Fields Co.         Nominee, agency, or Instrumentality of Iran.
      Website: www.icofc.ir
      Email: info@icofc.ir

7. National Iranian Petrochemical Company          Nominee, agency, or Instrumentality of Iran.
      Website: www.nipc.net
      Email: webmaster@nipc.net

8. National Iranian Oil Terminals Company          Nominee, agency, or Instrumentality of Iran.
      Website: www.nioc-otc.com
      Email: info@nioc-otc.com

9. National Iranian Drilling Company               Nominee, agency, or Instrumentality of Iran.
      Website: www.nidc.ir
      Email: webmaster@nidc.ir

10. National Iranian Tanker Co.                    Nominee, agency, or Instrumentality of Iran.
      Website: www.nitc.co.ir
      Email: administrator@nitc.co.ir

11. Ahwaz Pipe Mills Company                       Nominee, agency, or Instrumentality of Iran.
      Website: www.apm-ir.com
      Email: tabibi@apm-ir.com

**PARTIES:**                                        **CONNECTION:**

12.  Arvandan Oil and Gas Company                   Nominee, agency, or Instrumentality of Iran.
        Website: www.arvandan.org
        Email: info@arvandan.org

13  Exploration Service Company (ESC)               Nominee, agency, or Instrumentality of Iran.
        Website: www.ococ.ir
        Email: info@ococ.ir

14  Fuel Consumption Optimization Co.               Nominee, agency, or Instrumentality of Iran.
        Website: www.ifco.ir
        Email: info@ifco.ir

15.  Kala Naft London Ltd.                          Nominee, agency, or Instrumentality of Iran.
        Website: www.kalaltd.com
        Email: admin@kalaltd.com

16.  Kala Naft Canada Ltd.                          Nominee, agency, or Instrumentality of Iran.
Website: www.kalanaftcanada.com
Email: info@kalanaftcanada.com

17.  Khazar Exploration & Production Co.            Nominee, agency, or Instrumentality of Iran.
Tehran HQ.
No.19 – 11th Alley - Vozara Ave. - Arjantin
Sq.
Tehran. Iran
Tel: +98-21-88722430, 3
Fax: +98-21-88711386

18.  North Drilling Company                         Nominee, agency, or Instrumentality of Iran.
Website: www.northdrilling.com
Email: info@northdrilling.com

10.  Pars Oil and Gas Company                       Nominee, agency, or Instrumentality of Iran.
        Website: www.pogc.org
        Email: info@pogc.ir

20.  Pars Special Economic energy Zone Co.          Nominee, agency, or Instrumentality of Iran.
        Website: www.pseez.com
        Email: info@pseez.com

**PARTIES:**                                           **CONNECTION:**

21. PetroIran Development Company                      Nominee, agency, or Instrumentality of Iran.
      Website: petroiran.com
      Email: info@petroiran.com

22. Petroleum Engineering & Development                Nominee, agency, or Instrumentality of Iran.
Co.
      Website: www.pedec.ir
      Email: info@pedec.net

23. Petropars                                          Nominee, agency, or Instrumentality of Iran.
      Website: www.petropars.com
      Email: webadmin@ppars.com

F:\USERS\DJCNEW\peterson.certasf

1

## PROOF OF SERVICE

2

*Via Email dr-ahmadinejad@president.ir*
PRESIDENT DR. AHMADINEJAD

3

ISLAMIC REPUBLIC OF IRAN

4

acting through its
MINISTRY OF DEFENSE AND

5

SUPPORT FOR ARMED FORCES
No. 1 Shahid Kaboli Street

6

Beginning of Resalat Highway
Seyyed Khandan Bridge

7

P.O. Box 16765-1479
Tehran, Iran

8

ATTN: President or Agent for Service of
Process

9

ISLAMIC REPUBLIC OF IRAN

10

Pasadaran Avenue
Golestan Yekom

11

Teheran, Iran
ATTN: President or Agent for Service of

12

Process

13

ISLAMIC REPUBLIC OF IRAN
Khomeini Avenue

14

United Nations Street
Tehran, Iran

15

ATTN:  President or Agent for Service of
Process

16

JEFFREY S. BUCHHOLTZ

17

(Acting) Assistant Attorney General
THOMAS P. O'BRIEN

18

United States Attorney
JOSEPH H. HUNT

19

Director, Federal Programs Branch
VINCENT M. GARVEY

20

Deputy Director, Federal Programs Branch
HANNAH Y.S. CHANOINE

21

Trial Attorney, Federal Programs Branch
20 Massachusetts Avenue NW,

22

Room 7340 (Courier)
Washington, D.C. 20001

23

P.O. Box 883
Washington, D.C. 20044

24

Fax: 202-616-8202

25

Jennifer Paisner
U.S. DEPARTMENT OF JUSTICE

26

Civil Division, Federal Programs Branch
P.O. Box 883, Room 6108

27

Washington, DC 20044
Fax: 202-616-8460

28

Vincent M. Garvey
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044–0883
Fax: 202-616-8460

Rupa Bhattacharyya
U.S. DEPARTMENT OF JUSTICE
Civil Division
P.O. Box 883
Washington, DC 20530
Fax: 202-318-7593

ATTORNEY GENERAL'S OFFICE
US DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001
ATTN: MICHAEL B. MUKASEY

DEPARTMENT OF TREASURY
OFFICE OF FOREIGN ASSETS
CONTROL
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220
Attn: TREASURY SECRETARY
       HENRY M. PAULSON, JR.

National Iranian Oil Company
Hafez Crossing, Taleghani Avenue
Tehran - Iran
Attn: President or Agent for Service of
Process
email: managing.director@nioc.com

Ministry of Foreign Affairs
Imam Khomeini SQ
Tehran - Iran
Email: matbuat@mfa.gov.ir

The Office of the Supreme Leader
Email: istiftaa@wilayah.org

The Judiciary System of the Islamic
Republic
Email: ijpr@iranjudiciary.org

Ministry of Communication and Information
Technology
Email: info@ict.gov.ir

Ministry of Economic Affairs and Finance
Email: info@mefa.gov.ir

Ministry of Petroleum
Email: Webmaster@mop.ir
        Public-relations@mop.ir

Ministry of Justice
Email: info@justice.ir

ROYAL DUTCH SHELL PLC
Carel van Bylandtlaan 16
2596 HR DEN HAAG
Postbus 162
2501 AN DEN HAAG
ATTN: President or Agent for Service of
Process

ROYAL DUTCH SHELL PLC
(Shell Oil Company)
P.O. Box 2463
Houston, TX 77252
ATTN: President or Agent for Service of
Process

SINOPEC International Co., Ltd.
Building C
Anli-Garden, No. 66, Anli Street
Chaoyang District, Beijing
Attn: President or Authorized Agent for
Service of Process

SINOPEC USA INC.
150 E. 52nd Street
New York, NY 10022-6017
Attn: President or Authorized Agent for
Service of Process

Total S.A.
2, place de la Coupole
La Défense 6
92400 Courbevoie
France
Attn: President or Authorized Agent for
Service of Process

Total
2, place de la Coupole
La Défense 6
92078 Paris La Défense Cedex
France
Attn: President or Authorized Agent for
Service of Process

Total Petrochemicals USA
Total Plaza
1201 Louisiana Street, Suite 1800
Houston, TX 77002
Attn: President or Authorized Agent for
Service of Process

Total Petrochemicals USA
P.O. Box 67441
Houston, TX 77267-4411
Attn: President or Authorized Agent for
Service of Process

ENI Petroleum Co. Inc.
1201 Louisiana Street, Suite 3500
Houston, TX 77002
Attn: President or Authorized Agent for
Service of Process

ENI Headquarters Rome
Piazzale Mattei, 1
00144 Rome
Attn: President or Authorized Agent for
Service of Process

Repsol YPF, S.A.
Paseo de la Castellana
278-280
28046 Madrid, Spain
Attn: President or Authorized Agent for
Service of Process

MAXUS EXPLORATION COMPANY
Attn: Michael J. Barron
717 North Harwood Street
Dallas, TX 75201
Attn: President or Authorized Agent for
Service of Process

MAXUS EXPLORATION COMPANY
Attn: Glen R. Brown
717 North Harwood Street
Dallas, TX 75201
Attn: President or Authorized Agent for
Service of Process

MAXUS EXPLORATION COMPANY
Attn: Gordon E. Coe
717 North Harwood Street
Dallas, TX 75201
Attn: President or Authorized Agent for
Service of Process

MAXUS EXPLORATION COMPANY
Attn: Steven G. Crowell
717 North Harwood Street
Dallas, TX 75201
Attn: President or Authorized Agent for
Service of Process

CHEVRON
6001 Bollinger Canyon Road
San Ramon, CA 94583

NIPPON OIL CORPORATION
Head Office
3-12, Nishi Shimbashi 1-chrome,
Minato-ku, Tokyo 105-8412, Japan
Attn: President or Authorized Agent for
Service of Process

NIPPON OIL (U.S.A.) LIMITED
300 Park Blvd., #105
Itasca, IL 60143
Attn: President or Authorized Agent for
Service of Process

NIPPON OIL USA LTD.
3625 Del Amo Blvd., #385
Torrance, CA 90503
Attn: President or Authorized Agent for
Service of Process

1. National Iranian Gas Export Company
   Website: www.nigec.ir
   Email: info@nigec.ir

2. National Iranian Gas Company
   Website: www.nigc.org
   Email: webmaster@nigc.org

3. National Iranian Oil Refining and
   Distribution Co.
   Website: www.niordc.ir
   Email: info@niordc.ir

4. National Iranian South Oil Company
   Website: www.nisoc.com
   Email: info@nisoc.com

5. National Iranian Offshore Oil Company
   Website: www.iooc.co.ir
   Email: webmaster@iooc.co.ir

6. National Iranian Central Oil Fields Co.
   Website: www.icofc.ir
   Email: info@icofc.ir

7. National Iranian Petrochemical Company
   Website: www.nipc.net
   Email: webmaster@nipc.net

8. National Iranian Oil Terminals Company
   Website: www.nioc-otc.com
   Email: info@nioc-otc.com

9. National Iranian Drilling Company
   Website: www.nidc.ir
   Email: webmaster@nidc.ir

10. National Iranian Tanker Co.
    Website: www.nitc.co.ir
    Email: administrator@nitc.co.ir

11. Ahwaz Pipe Mills Company
    Website: www.apm-ir.com
    Email: tabibi@apm-ir.com

12. Arvandan Oil and Gas Company
    Website: www.arvandan.org
    Email: info@arvandan.org

13 Exploration Service Company (ESC)
   Website: www.oeoc.ir
   Email: info@oeoc.ir

14 Fuel Consumption Optimization Co.
   Website: www.ifco.ir
   Email: info@ifco.ir

15. Kala Naft London Ltd.
    Website: www.kalaltd.com
    Email: admin@kalaltd.com

16. Kala Naft Canada Ltd.
    Website: www.kalanaftcanada.com
    Email: info@kalanaftcanada.com

17. Khazar Exploration & Production Co.
    Tehran HQ.
    No.19 – 11th Alley - Vozara Ave. - Arjantin
    Sq.
    Tehran, Iran
    Tel: +98-21-88722430, 3
    Fax: +98-21-88711386

18. North Drilling Company
    Website: www.northdrilling.com
    Email: info@northdrilling.com

10. Pars Oil and Gas Company
    Website: www.pogc.org
    Email: info@pogc.ir

20. Pars Special Economic energy Zone Co.
    Website: www.pseez.com
    Email: info@pseez.com

21. PetroIran Development Company
    Website: petroiran.com
    Email: info@petroiran.com

22. Petroleum Engineering & Development
    Co.
    Website: www.pedec.ir
    Email: info@pedec.net

23. Petropars
Website: www.petropars.com
Email: webadmin@ppars.com

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

CERTIFICATION AND NOTICE OF INTERESTED PARTIES

on the above-named person(s) by:

___XXX___ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

___XXX___ (BY EMAIL) Emailing the documents in pdf scanned format to the email addresses listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 23, 2008.

/s/ Karene Jen
Karene Jen