UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH D. PETERSON Personal Representative of the Estate of James C. Knipple (Dec.), et al.,<br><br>    Plaintiff(s),<br><br>    v.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.<br><br>    Defendant(s). | No. C08-80030 MISC JSW (BZ)<br><br>**ORDER FOR FURTHER BRIEFING** |

**IT IS HEREBY ORDERED** that plaintiffs shall file a further memorandum of points and authorities, not to exceed 5 pages in length, by no later than **Monday, April 21, 2008**, addressing the issue of this court's authority to modify the default judgment of the District Court of the District of Columbia.

Dated: April 9, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\PETERSON\ODER FOR FURTHER BRIEFING.wpd

1