1   **DAVID J. COOK, ESQ. (State Bar # 060859)**
    **ROBERT J. PERKISS, ESQ (State Bar # 62386)**
2   **COOK COLLECTION ATTORNEYS**
    **A PROFESSIONAL LAW CORPORATION**
3   165 Fell Street
    San Francisco, CA  94102
4   Mailing Address: P.O. Box 270
    San Francisco. CA  94104-0270
5   Tel.: (415) 989-4730
    Fax: (415) 989-0491
6   File No. 52,759

7   Attorneys for Plaintiffs
    DEBORAH D. PETERSON, Personal Representatives
8   of the Estate of James C. Knipple (Dec.), et al.

9                    UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11
    DEBORAH D. PETERSON. Personal      )   CASE NO. CV 08-80030 MISC
12  Representative of the Estate of James C.  )
    Knipple (Dec.), et al.,            )   DECLARATION OF DAVID J. COOK. ESQ.
13                                     )   PURSUANT TO ORDER FOR FURTHER
                Plaintiffs.            )   BRIEFING (DOCUMENT 16)
14                                     )
    vs.                                )
15                                     )
    ISLAMIC REPUBLIC OF IRAN. et al..  )
16                                     )
                Defendants.            )
17   _____ )

18       I, DAVID J. COOK. hereby declare and state as follows:

19       1. I am one of the attorneys of record for Plaintiffs in the above-entitled action, am duly

20  authorized to practice before all courts in the State of California, and am familiar with the facts

21  and circumstances in this action.

22       2. Plaintiffs have brought an action in the United States District Court, for the District of

23  Columbia, against The Islamic Republic of Iran ("Iran"). seeking damages arising out of the 1983

24  Marines Barracks Bombing in Beirut, Lebanon, leading to the death of 240 Marines and

25  servicemen.  The action was filed on 10/3/01, leading ultimately to a judgment rendered on 9/7/07.

26  The underlying memorandum in support of the judgment and form of judgment are marked

27  *Exhibits "A" and "B."*  The sole named Defendant is the The Islamic Republic of Iran, and no

28

1 | other party.

2 |     3. Plaintiffs through reasonable diligence have determined that Iran goes by multiple

3 | names. They are set forth by way of the proposed amendments. Plaintiffs have already laid out a

4 | factual basis to show that the entities are "agencies and instrumentalities" being precisely entities

5 | of the government. This is found not only in the Ministry of Petroleum of Iran and their website

6 | attached hereto marked *Exhibit "C,"* but moreover, the OFAC Statement of Iran entitled "What

7 | Do You Need To Know About U.S. Economic Sanctions" attached hereto marked *Exhibit "D,"*

8 | which lists all of the banks and financial institutions, which are specifically described. The

9 | Central Bank of Iran website also identified and tracks the same banks as listed on the OFAC list

10 | (*Exh. "D"*) by way of the Central Bank download, attached hereto marked *Exhibit "E."*

11 |     4. Plaintiffs seek to amend the judgment through two lines of attack. First. Plaintiffs seek

12 | to add the names of the oil agencies and instrumentalities. principally consisting of the various

13 | named national oil companies and related entities, and their subsidiaries, which are listed in great

14 | detail on the Ministry of Petroleum website marked *Exhibit "C."* This is further confirmed by the

15 | EIA Department of Energy Report attached hereto marked *Exhibit "F"* and at pages 2-4.

16 |     I declare under penalty of perjury that the foregoing is true and correct.

17 |     Executed on April 20. 2008.

18 |

19 |                              /s/ David J. Cook
                          DAVID J. COOK, ESQ. (SB# 060859)

20 | F:\USERS\DJCNEW\peterson.mpabriefing

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |