| | |
|---|---|
| 1 | DAVID J. COOK, ESQ. (State Bar # 060859)<br>ROBERT J. PERKISS, ESQ (State Bar # 62386) |
| 2 | COOK COLLECTION ATTORNEYS<br>A PROFESSIONAL LAW CORPORATION |
| 3 | 165 Fell Street<br>San Francisco, CA 94102 |
| 4 | Mailing Address: P.O. Box 270<br>San Francisco, CA 94104-0270 |
| 5 | Tel.: (415) 989-4730<br>Fax: (415) 989-0491 |
| 6 | File No. 52,759 |
| 7 | Attorneys for Plaintiffs<br>DEBORAH D. PETERSON, Personal Representatives |
| 8 | of the Estate of James C. Knipple (Dec.), et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., | CASE NO. CV 08-80030 MISC  JSW  (BZ) |
| Plaintiffs, | PROOF OF SERVICE |
| vs. | |
| ISLAMIC REPUBLIC OF IRAN, et al., | |
| Defendants. | |

*Via Email dr-ahmadinejad@president.ir*
PRESIDENT DR. AHMADINEJAD

ISLAMIC REPUBLIC OF IRAN
acting through its
MINISTRY OF DEFENSE AND
SUPPORT FOR ARMED FORCES
No. 1 Shahid Kaboli Street
Beginning of Resalat Highway
Seyyed Khandan Bridge
P.O. Box 16765-1479
Tehran, Iran
Attn: Responsible Officer

ISLAMIC REPUBLIC OF IRAN
Pasadaran Avenue
Golestan Yekom
Teheran, Iran
ATTN: Responsible Officer

ISLAMIC REPUBLIC OF IRAN
Khomeini Avenue
United Nations Street
Teheran, Iran
ATTN: Responsible Officer

1. National Iranian Gas Export Company
Website: www.nigec.ir
Email: info@nigec.ir

2. National Iranian South Oil Company
Website: www.nisoc.com
Email: info@nisoc.com

3. National Iranian Offshore Oil Company
Website: www.iooc.co.ir
Email: webmaster@iooc.co.ir

PROOF OF SERVICE - CASE NO. CV 08-80030 MISC JSW (BZ)          1

| | |
|---|---|
| 4. National Iranian Central Oil Fields Co.<br>Website: www.icofc.ir<br>Email: info@icofc.ir | 16. National Iranian Tanker Co.<br>Website: www.nitc.co.ir<br>Email: administrator@nitc.co.ir |
| 5. Khazar Exploration & Production Co.<br>Tehran HQ.<br>No.19 – 11th Alley - Vozara Ave. - Arjantin sq.<br>Tehran. Iran<br>Tel: +98-21-88722430, 3<br>Fax: +98-21-88711386 | 17. Exploration Service Company (ESC)<br>Website: www.oeoc.ir<br>Email: info@oeoc.ir |
| | 18. Kala Naft London Ltd.<br>Website: www.kalaltd.com<br>Email: admin@kalaltd.com |
| 6. Petroleum Engineering & Development Co.<br>Website: www.pedec.ir<br>Email: info@pedec.net | 19. Kala Naft Canada Ltd.<br>Website: www.kalanaftcanada.com<br>Email: info@kalanaftcanada.com |
| 7. Pars Oil and Gas Company<br>Website: www.pogc.org<br>Email: info@pogc.ir | 20. Arvandan Oil and Gas Company<br>Website: www.arvandan.org<br>Email: info@arvandan.org |
| 8. Pars Special Economic energy Zone Co.<br>Website: www.pseez.com<br>Email: info@pseez.com | 21.  National Iranian Gas Company<br>Website: www.nigc.org<br>Email: webmaster@nigc.org |
| 9. National Iranian Oil Terminals Company<br>Website: www.nioc-otc.com<br>Email: info@nioc-otc.com | 22.  National Iranian Petrochemical Company<br>Website: www.nipc.net<br>Email: webmaster@nipc.net |
| 10. National Iranian Drilling Company<br>Website: www.nidc.ir<br>Email: webmaster@nidc.ir | 23. National Iranian Oil Refining and Distribution Co.<br>Website: www.niordc.ir<br>Email: info@niordc.ir |
| 11. North Drilling Company<br>Website: www.northdrilling.com<br>Email: info@northdrilling.com | |
| 12. PetroIran Development Company<br>Website: petroiran.com<br>Email: info@petroiran.com | |
| 13. Ahwaz Pipe Mills Company<br>Website: www.apm-ir.com<br>Email: tabibi@apm-ir.com | |
| 14. Petropars<br>Website: www.petropars.com<br>Email: webadmin@ppars.com | |
| 15. Fuel Consumption Optimization Co.<br>Website: www.ifco.ir<br>Email: info@ifco.ir | |

PROOF OF SERVICE - CASE NO. CV 08-80030 MISC JSW (BZ)    2

1  I declare:

2  I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San
3  Francisco, CA 94102. On the date set forth below, I served the attached:

4  MEMORANDUM OF POINTS AND AUTHORITIES PURSUANT TO ORDER FOR FURTHER BRIEFING (DOCUMENT 16)

5
   DECLARATION OF DAVID J. COOK, ESQ. PURSUANT TO ORDER FOR FURTHER
6  BRIEFING (DOCUMENT 16)

7  on the above-named person(s) by:

8  __XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the
9  person(s) served above.

10  __XXX__ (BY EMAIL) Emailing addressed to the person's/company's email address listed above.

11  I declare under penalty of perjury that the foregoing is true and correct.

12  Executed on April 20, 2008.

            /s/ Karene Jen
            Karene Jen

PROOF OF SERVICE - CASE NO. CV 08-80030 MISC JSW (BZ)                           3