DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel: (415) 989-4730
Fax: (415) 989-0491
File No. 52,759

Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
of the Estate of James C. Knipple (Dec.), et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants. | CASE NO. 3:08-mc-80030-JSW <br><br> MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) <br><br> [LANDING RIGHTS] <br><br> Date: May 30, 2008 <br> Time: 9:00 a.m. <br> Courtroom: 17, 16th Floor <br> Judge: Jeffrey S. White |

Plaintiffs DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., hereby move this court for the following relief, for purposes of enforcement of the judgment in their favor rendered in the above-entitled action dated 9/7/07 in the amount of $2,656,944,877, as follows:

1. For the issuance of an order for assignment of rights, accounts, accounts receivable, rights to payment of money, and general intangibles, owed and in favor of THE ISLAMIC REPUBLIC OF IRAN, and all of its agencies and instrumentalities, including Iran Air, (hereinafter collectively "Iran") due from various airlines as set forth below, consisting of landing rights, gate fees, fuel fees, food charges, rental of or use of any hanger facility, gate, terminal use,

or other facility made available by and on behalf if Iran for and on behalf of the below-listed airlines in the operation of any airport, or other transportation facility, as follows:

    A.    QATAR AIRLINES.
    B.    AIR FRANCE.
    C.    BMI (British Midlands).
    D.    TURKISH AIRLINES.
    E.    EMIRATES AIRLINES.
    F.    BRITISH AIRWAYS.
    G.    AUSTRALIAN AIRLINES.
    H.    GULF AIR.
    I.    LUFTHANSA.
    J.    ALITALIA.
    K.    SWISS INTERNATIONAL AIRLINES.
    L.    AEROFLOT.
    M.    KLM (Royal Dutch Airlines).
    N.    JAL (Japan Airlines).
    O.    KUWAIT AIRLINES.
    P.    P.I.A. AIR (Pakistani Air).
    Q.    ROYAL JORDANIAN.
    R.    SAFFAT AVIATION SERVICES.
    S.    SYRIAN AIRLINES.
    T.    CHINA SOUTHERN AIRLINES
(And all others, hereinafter collectively "Airlines".)

2. For an order compelling the assignment of all of the monies due Iran from the various Airlines, the transaction as set forth therein, and that the payments otherwise due Iran, shall be paid to and on behalf of Plaintiffs, by a check, draft, money order or wire transfer, payable to the order of DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), as a representative for and on behalf of the Plaintiffs in the above-entitled action, that such funds be forwarded to David J. Cook, Esq., Cook Collection Attorneys, P.L.C., 165 Fell Street, San Francisco, CA 94102, and/or P.O. Box 270, San Francisco, CA 94104, Telephone No. (877) 989-4730, until the total of the judgment in the above-entitled action be paid in full herein.

The basis of this motion is that Iran owns and operates a series of national and international airports; that the Airlines service these airports, by daily, weekly, or other periodic flights; that common experience indicates that these Airlines pay for and on behalf of the privilege of landing for gate fees, landing fees, food and fuel charges, fees due Iran for the rental or use of any hanger facility, repair facility, storage facility, or other facilities required from time to time, for purposes of servicing aircraft herein. Given the repeal of the Foreign Sovereignty Immunities Act and that

1  Iran is now subject to levy and execution, all of the payment and each of the same due from the
2  Airlines should therefore be paid to Plaintiffs for the outstanding judgment herein.
3      This motion is based upon this Motion, the attached Notice, Memorandum of Points and
4  Authorities. Declaration of David J. Cook, Esq., upon all pleadings, papers and other matters on
5  file herein, all matters which this court may take judicial notice hereof, which include but are not
6  limited to, all papers, pleadings and other matters on file herein in that certain action known as
7  *DEBORAH D. PETERSON, Personal Representatives of the Estate of James C. Knipple (Dec.), et
8  al., vs. ISLAMIC REPUBLIC OF IRAN, et al.*, United States District Court for the District of
9  Columbia, Consolidated Civil Actions: 01-2094 (RCL) and 01-2684 (RCL), all other matters
10 which the court may take judicial notice thereof, and upon all oral evidence and argument which
11 may be presented at the hearing hereof.
12 DATED: April 25, 2008                COOK COLLECTION ATTORNEYS

                                        By:   /s/ David J. Cook
14                                      DAVID J. COOK, ESQ. (SB# 060859)
                                        Attorneys for Plaintiffs
15                                      DEBORAH D. PETERSON, Personal
                                        Representatives of the Estate of James C. Knipple
16                                      (Dec.), et al.

17
   F:\USERS\DJCNEW\peterson.assignlanding
18

MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
[LANDING RIGHTS] - CASE NO. 3:08-mc-80030-JSW                                              3