1  **DAVID J. COOK, ESQ. (State Bar # 060859)**
   **ROBERT J. PERKISS, ESQ (State Bar # 62386)**
2  **COOK COLLECTION ATTORNEYS**
   **A PROFESSIONAL LAW CORPORATION**
3  165 Fell Street
   San Francisco, CA 94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA 94104-0270
5  Tel.: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,759

7  Attorneys for Plaintiffs
   DEBORAH D. PETERSON, Personal Representatives
8  of the Estate of James C. Knipple (Dec.), et al.

9  UNITED STATES DISTRICT COURT

10 NORTHERN DISTRICT OF CALIFORNIA

11 SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants. | CASE NO. 3:08-mc-80030-JSW <br><br> DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) <br><br> [LANDING RIGHTS] <br><br> Date: May 30, 2008 <br> Time: 9:00 a.m. <br> Courtroom: 17, 16th Floor <br> Judge: Jeffrey S. White |

I, DAVID J. COOK, hereby declare and state as follows:

1. I am one of the attorneys of record for Plaintiffs in the above-entitled action, am duly authorized to practice before all courts in the State of California, and am familiar with the facts and circumstances in this action.

2. Plaintiffs have filed this action to seek redress for the bombing of the Marine Barracks in Beirut, Lebanon in 1983. Suit was filed on 10/3/01 and service of process was effectuated, in which Iran defaulted. This court conducted a number of hearings and entered a series of Opinions, including the MEMORANDUM OPINION of 5/30/03, a true and correct which is attached hereto

DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION FOR ASSIGNMENT OF RIGHTS
PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) [LANDING RIGHTS]
CASE NO. 3:08-mc-80030-JSW                                                                                          1

1  marked *Exhibit "A."*

2      3. Thereafter on 9/7/07, the court entered a second MEMORANDUM OPINION and
3  JUDGMENT, true and correct copies which are attached hereto marked *Exhibits "B" and "C,"* in
4  which the court granted judgment on behalf of Plaintiffs in the amount of $2,656,944,877.00.

5      4. Plaintiffs have registered the judgment with the United States District Court, Northern
6  District of California, Case No. CV 08 80030 MISC, a true and correct copy of an ABSTRACT
7  OF JUDGMENT is attached hereto marked *Exhibit "D."* The basis of registering the judgment
8  under 28 U.S.C. § 1963 is the good

9      I declare under penalty of perjury that the foregoing is true and correct.

10      Executed on April 25, 2008.

11
12                                                    /s/ David J. Cook
                                          DAVID J. COOK, ESQ. (SB# 060859)

13
14  F:\USERS\DJCNEW\peterson.assignlanding