1   **DAVID J. COOK, ESQ. (State Bar # 060859)**
    **ROBERT J. PERKISS, ESQ. (State Bar # 62386)**
2   **COOK COLLECTION ATTORNEYS**
    **A PROFESSIONAL LAW CORPORATION**
3   165 Fell Street
    San Francisco, CA  94102
4   Mailing Address: P.O. Box 270
    San Francisco, CA  94104-0270
5   Tel: (415) 989-4730
    Fax: (415) 989-0491
6   File No. 52.759

7   Attorneys for Plaintiffs
    DEBORAH D. PETERSON, Personal Representatives
8   of the Estate of James C. Knipple (Dec.), et al.

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12
    DEBORAH D. PETERSON, Personal      )   CASE NO. 3:08-mc-80030-JSW
13  Representative of the Estate of James C. )
    Knipple (Dec.). et al.,             )   MOTION FOR ASSIGNMENT OF RIGHTS
14                                      )   PURSUANT TO C.C.P. § 708.510(a) AND
            Plaintiffs.                 )   F.R.C.P. 69(a)
15                                      )
    vs.                                 )   **[SHIPPING AND DOCK FEES and**
16                                      )   **BUNKERED FUEL SALES]**
    ISLAMIC REPUBLIC OF IRAN. et al..   )
17                                      )   Date:  May 30, 2008
            Defendants.                 )   Time: 9:00 a.m.
18  _____)   Courtroom: 17, 16th Floor
                                            Judge: Jeffrey S. White
19

20          Plaintiffs DEBORAH D. PETERSON. Personal Representative of the Estate of James C.

21  Knipple (Dec.). et al.. hereby move this court for the following relief. for purposes of enforcement

22  of the judgment in their favor rendered in the above-entitled action dated 9/7/07 in the amount of

23  $2.656,944.877. as follows:

24          1. For the issuance of an order for assignment of rights, accounts. accounts receivable.

25  rights to payment of money. and general intangibles, owed and in favor of THE ISLAMIC

26  REPUBLIC OF IRAN, and all of its agencies and instrumentalities, such as the MINISTRY OF

27  ROAD AND TRANSPORTATION OF THE ISLAMIC REPUBLIC OF IRAN. and PORTS &

28

1  SHIPPING ORGANIZATION, and any other specialized department, division or unit managing

2  the docks, harbors, islands, inlets, terminals, storage facilities, loading and off-loading facilities

3  (for gasoline, refined petroleum products, petrochemicals), docking and harbor facilities and all

4  other loading and off-loading facilities, (hereinafter collectively "Iran") due from the following

5  shipping companies, freight forwarders, shipping agents, importers, ocean-going carriers, tankers,

6  and other transportation and shipping companies, ocean-going shipping lines (hereinafter

7  collectively "SHIPPING COMPANIES"):

8      A.     BALAJI SHIPPING (U.K.) Shipping (Orient Express Lines Limited).
    B.     CHINA OCEAN SHIPPING (GROUP) COMPANIES (COSCO CONTAINER
9              LINES CO. Ltd.).
    C.     CHINA SHIPPING (GROUP) company (CHINA SHIPPING CONTAINER LINES
10             COMPANY Ltd.).
    D.     CMA CGM The French Line.
11     E.     CSAV (COMPANIA SUD AMERICANA DE VAPORES, S.A.) (also dba
            EUROATLANTIC CONTAINER LINE); Norasia Container Line Ltd.; Comanhia
12             Libra De Navegacao (and also d.b.a. Braztrans Lines).
    F.     CHUN LEE SHIPPING.
13     G.     EMIRATES SHIPPING LINES.
    H.     EVERGREEN LINE.
14     I.     HANJIN SHIPPING (THAILAND).
    K.     HAMBURG SUD (AG).
15     L.     HAPAG LLOYD AG.
    M.     HYUNDAI MERCHANT MARINE CO. Ltd.
16     N     Kawasaki Kisen Kaisha Ltd. ("K" Line)
    O.     "K" LINE (China) Ltd.
17     P.     "K" LINE (THAILAND) Ltd.
    Q.     MAERSK LINE (A.P. MOLLER-MAERSK, A/S).
18     R.     MEDITERRANEAN SHIPPING COMPANY (MSC).
    S.     MITSUI O.S.K. LINES Ltd.
19     T.     NMT SHIPPING LINES.
    U     NYK LINES.
20     V.     ORIENT OVERSEAS CONTAINER LINE (OOCL).
    W.     Pacific International Lines (Pte) Ltd.
21     X.     PDZ HOLDINGS BHD.
    Y.     SIMATECH SHIPPING LLC.
22     Z.     WAN HAI LINES Ltd.
    AA.     YANG MING MARINE TRANSPORT CORPORATION .
23     BB.     Any other person or party acting as freight forwarder, broker, agent, representative,
            of financier acting in concert with these SHIPPING COMPANIES.
24

25  (And all others, hereinafter collectively "SHIPPING COMPANIES")

26  These fees and rights to payment of money consist of 1) SHIPPING AND DOCK FEES, which

27  consist of charges imposed by Iran and through the charges imposed by PORTS & SHIPPING

28  ORGANIZATION of Iran (or other agencies and instrumentalities  for the general purpose of

1  transporting, delivering, picking up, loading any products, such as any goods, containers, bulk

2  goods, gasoline, refined petroleum products or any other products; or 2) utilizing the harbors,

3  docks, terminals, warehouse, wharfs, barges, tugboat, cleaning, garbage and refuse, diving

4  facilities and services, container services, cargo services, duties and tariffs, along with any and all

5  other services as set forth by way of various Tariffs, Rules and price schedules.

6          2. For an order compelling the assignment of all of the monies due Iran from the various

7  SHIPPING COMPANIES, the transactions as set forth therein, and that the payments otherwise

8  due Iran, shall be paid to and on behalf of Plaintiffs, by a check, draft, money order or wire

9  transfer, payable to the order of DEBORAH D. PETERSON, Personal Representative of the Estate

10 of James C. Knipple (Dec.), as a representative for and on behalf of the Plaintiffs in the above-

11 entitled action, that such funds be forwarded to David J. Cook, Esq., Cook Collection Attorneys,

12 P.L.C., 165 Fell Street, San Francisco, CA 94102, and/or P.O. Box 270, San Francisco, CA 94104,

13 Telephone No. (877) 989-4730, until the total of the judgment in the above-entitled action be paid

14 in full herein.

15         The basis of this motion is that Iran charges SHIPPING COMPANIES fees and charges in

16 the use of Iranian docks, harbors, unloading facilities, terminals, warehouses, storage facilities, use

17 of barges, tugboats, cleaning services, and other related harbor services in the general movement,

18 loading and unloading of cargo, freight, bulk goods, dry goods, agricultural products, along with,

19 gasoline, refined petroleum products, such as diesel, jet fuel, among others; that IRAN charges

20 various fees for the use of harbors and docks; that the SHIPPING COMPANIES, among others,

21 pay these charges, which are assignable to Plaintiffs for purposes of satisfaction of this judgment.

22 Given the repeal of the Foreign Sovereignty Immunities Act and that Iran is now subject to levy

23 and execution, all of the payment and each of the same due from the SHIPPING COMPANIES

24 should therefore be paid to Plaintiffs for the outstanding judgment herein.

25         This motion is based upon this Motion, the attached Notice, Memorandum of Points and

26 Authorities, Declaration of David J. Cook, Esq., upon all pleadings, papers and other matters on

27 file herein, all matters which this court may take judicial notice hereof, which include but are not

28

1  limited to. all papers, pleadings and other matters on file herein in that certain action known as

2  *DEBORAH D. PETERSON, Personal Representatives of the Estate of James C. Knipple (Dec.), et*

3  *al., vs. ISLAMIC REPUBLIC OF IRAN. et al.*, United States District Court for the District of

4  Columbia, Consolidated Civil Actions: 01-2094 (RCL) and 01-2684 (RCL). all other matters

5  which the court may take judicial notice thereof, and upon all oral evidence and argument which

6  may be presented at the hearing hereof.

7  DATED:  April 29, 2008               COOK COLLECTION ATTORNEYS

8
                                       By: ___/s/ David J. Cook_____
9                                      DAVID J. COOK, ESQ. (SB# 060859)
                                       Attorneys for Plaintiffs
10                                     DEBORAH D. PETERSON, Personal
                                       Representatives of the Estate of James C. Knipple
11                                     (Dec.), et al.

12
   F:\USERS\DJCNEW\peterson.assign.dockfees
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28