| | |
|---|---|
| 1 | **DAVID J. COOK, ESQ. (State Bar # 060859)** |
|   | **ROBERT J. PERKISS, ESQ (State Bar # 62386)** |
| 2 | **COOK COLLECTION ATTORNEYS** |
|   | **A PROFESSIONAL LAW CORPORATION** |
| 3 | 165 Fell Street |
|   | San Francisco, CA 94102 |
| 4 | Mailing Address: P.O. Box 270 |
|   | San Francisco, CA 94104-0270 |
| 5 | Tel.: (415) 989-4730 |
|   | Fax: (415) 989-0491 |
| 6 | File No. 52,759 |

Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
of the Estate of James C. Knipple (Dec.), et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., | CASE NO. 3:08-mc-80030-JSW |
| Plaintiffs, | PROOF OF SERVICE |
| vs. | |
| ISLAMIC REPUBLIC OF IRAN, et al., | |
| Defendants. | |

*Via Email dr-ahmadinejad@president.ir*
PRESIDENT DR. AHMADINEJAD

ISLAMIC REPUBLIC OF IRAN
Pasadaran Avenue
Golestan Yekom
Teheran, Iran
ATTN: Responsible Officer

ISLAMIC REPUBLIC OF IRAN
Khomeini Avenue
United Nations Street
Teheran, Iran
ATTN: Responsible Officer

MINISTRY OF ROADS AND TRANSPORTATION
Attn: MOHAMMED RAHMATI
MINISTER OF ROAD AND TRANSPORTATION
Taleghani Avenue
Tehran, Iran

ALI TAHERI
DEPUTY MINISTER AND MANAGING DIRECTOR
PORT & SHIPPING ORGANIZATION OF THE ISLAMIC REPUBLIC OF IRAN
Building No. 2
South Didar Street
Shahid Hagnai Expressway, Vanak Square
Tehran, Iran

PROOF OF SERVICE - CASE NO. 3:08-mc-80024-JSW                                    1

| | |
|---|---|
| 1 | NATIONAL IRANIAN OIL REFINING AND DISTRIBUTION COMPANY |
| 2 | Opposite of Arak Alley Ostad Nejatollahi Ave. |
| 3 | Zip Code 15989<br>P.O. Box 15815/3499 |
| 4 | Tehran, Iran<br>email: Info@niordc.ir |
| 5 | |
| 6 | MINISTRY OF PETROLEUM OF THE ISLAMIC REPUBLIC OF IRAN<br>ATTN: RESPONSIBLE OFFICER |
| 7 | HAFEZ CROSSING<br>Taleghani Avenue |
| 8 | Tehran, Iran |
| 9 | National Iranian Oil Products Distribution Company |
| 10 | Bahar St. Somaya Corner<br>Tehran 15617/ 33315 |
| 11 | P.O .Box 6165<br>Tehran |
| 12 | ATTN: RESPONSIBLE OFFICER |
| 13 | NATIONAL IRANIAN OIL COMPANY<br>ATTN: RESPONSIBLE OFFICER OR |
| 14 | AGENT FOR SERVICE OF PROCESS<br>Hafez Crossing |
| 15 | Taleghani Avenue<br>Tehran, Iran |
| 16 | |
| 17 | I declare: |
| 18 | I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached: |
| 19 | |
| 20 | NOTICE OF MOTION AND MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) [SHIPPING AND DOCK FEES and BUNKERED FUEL] |
| 21 | |
| 22 | MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) [SHIPPING AND DOCK FEES and BUNKERED FUEL SALES] |
| 23 | MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) |
| 24 | [SHIPPING AND DOCK FEES and BUNKERED FUEL SALES] |
| 25 | DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) |
| 26 | [SHIPPING AND DOCK FEES and BUNKERED FUEL SALES] |
| 27 | on the above-named person(s) by: |
| 28 | |

1   __XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

3   __XXX__ (BY EMAIL) Emailing addressed to the person's/company's email address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 29, 2008.

                                  /s/ Karene Jen
                                      Karene Jen

PROOF OF SERVICE - CASE NO. 3:08-mc-80024-JSW

3