**EXHIBIT "E"**



# IR IRAN's Ports & Shipping Organization

> Home  > SiteMap  > Feedback  > FAQ  > Search  > E-Mail

Monday, April 28, 2008

Menu > About the PSO > History

- About the PSO
- Tender
- Port Tariff
- Publications
- Links
- Port profiles
- Portal List

## History

### The history of ports & shipping organization

The history of PSO, the maritime administration of Iran, dates back to 1914. At that time a dipartment called " South Coustoms Branch " was stablished at the port of Bushehr. Its duty was to monitor Iranian coasts and seaports to prevent smuggling of goods into and out of the country. The function of marine and port affairs were also fulfilled by South Customs Branch. On Feb, 6th, 1927 the control and administration of the port of Anzali on the northern part of the country was transferred by the Russian government of Iran. In the same year, Iran's railway network connected port of Torkaman on the east coast of Caspian sea to the port of Imam Khomeini on the coast of Persian Gulf.

In 1928, after completion of Tehran- Khorramshahr highway the port of Khorramshahr in the southern part of the country gained great importance and its sea trade began to develop. On Feb. 4th in order to manage the affairs of the ports of the country the " General Directorate of ports was stablished in Tehran in which all the affairs of ports were concentrated. At this time, a new port was constructed in Noshahr and the berths of the port of Khorramshahr were developed. Necessary port facilities were also constructed in other Northern and southern ports of the country.

In Jan. 1938 Cabinet approved the " port regulations " which had been formulated and recommended by the Ministry of Roads. It was decided that the " General Directorate of the Customs " should put the regulations into effect in those ports where the Ministry of Roads had no representative.

In Aug. 26th, 1946, according to the decree of the Council of Ministries, the revenue from operating port facilities was to be collected in special fund for the development of port facilities.

In 1949, the " General Corporation of Ports and Shipping " took the place of the " General Directorate of ports ".

On May 28th, 1952, a decree comprising 18 articles for registration and utilization of vessels was approved by the Cabinet. Based on these regulations, using vessels in domestic and coastal waters was depended on their registration and issuance of their certificate of registration in one of the Iranian ports. In 1959, following an agreement reached between the Ministry of Roads and Ministry of Customs & Monopolies, " General Agency of ports and Shipping " was transferred from the Ministry of Roads and Transportation to the Ministry of Customs & Monopolies. On May 25th, 1960, the title of the " General Directorate of Ports and Shipping " was changed to " Ports and Shipping Organization " and its responsibilities and functions were expanded. Based on these developments, the organization was assigned the task of exercising the authority of the Government to control all ports and maritime affairs, implementation of port and coastal shipping regulations, promoting shipping and commerce, collecting port duties and taxes and registering Iranian vessels.

On Oct. 31st, 1964, the maritime law of Iran including 914 articles was put into effects, and on Jul. 3rd, 1966, the present ports and shipping organization together with its staff, budget and properties was separated from the Ministry of Economy and Finance. On Feb. 2nd, 1969, the organization gained the status of a legal entity and its functions, rights, and organizational chart were formally declared. Internal regulations on financials transactions and on the employment of staff of the organization were approved respectively on 14 Jun. and 28 Jul, 1970. The organization was separated again from the Ministry of Finance and was transferred to the Ministry of Roads and transportation in 1974.

P.S.O
DOURAN Portal V3.8.2.2



EXHIBIT E

http://www.pso.ir/Portal/HomePage.aspx?TabID=3638&Site=DouranPortal&Lang=en-US        4/27/2008





- About the PSO
- Tender
- Port Tariff
- Publications
- Links
- Port profiles
- Portal List

### Managing Director's Message

#### In the name of GOD

Today, shipping industry plays a strategic and significant role in the sustainable development of global, reginal and national economies. It is clear that the expansion of infrastructures for operation in the regional transit corridors would not only promise peace and prosperity within the political and economical structures of the world and the region, but would also boost shipping and relevant services towards a fully integrated world economy. Therefore as an important factor in shipping, ports play a prominent role in global trade.The availability and wide use of modern equipment and IT systems in ports are among the most significant indicators of economical, industrial and social development of any country.

The location of iran, as the transit axis linking the Caspian Sea to the southern seas,has assigned a determining role to the country in regional and international trade.

11commercial ports are now operating in Iran, covering a total port land area of 42000 hectares and offering the advantages of easy access to regional markets and industrial zones, high investment potential and great opportunities for procurement, production and re-exporting of goods.

Also noteworthy is the successful establishment of special economic zones in five ports, this has provided a plethora of prospects in foreign investment, development of transportation and transshipment of goods.

To this end major investments have been made by the government over three socio-economical development plans in all technical and engineering aspects of the ports to increase infrastructural facilities, providing a great opportunity for domestic and foreign private parties to benefit from safe and economical routes in the country for their activities. The undertakings in ports during the third development plan have been so impressive that not only have they accomplished the set targets, but in many instances have surpassed expectations and have greatly enhanced Iran's position in the international market.

The above-mentioned initatives and other activities are achieved through the efforts of managers, planners, executives and our dear colleagues in the PSO, for whom I wish all the best.



**Ali Taheri**
Deputy Minister & Managing Director

P.S.O
DOURAN Portal V3.8.2.2

# IR IRAN's
# Ports & Shipping Organization

| Home  > SiteMap  > Feedback  > FAQ  > Search  > E-Mail

Sunday, April 27, 2008

Menu >  About the PSO  >  Terms of Reference

- About the PSO
- Tender
- Port Tariff
- Publications
- Links
- Port profiles
- Portal List

## Terms of Reference

### Administration of ports as well as commercial maritime affairs of the country:

- Construction, completion, and development of building, repair yards, and related equipment in ports and their utilization;
- Preparation, formulation, and enforcement of port, maritime, and commercial shipping regulations according to respective laws;
- Regulation of pilotage subject to the approval of the Supreme Council of the Organization;
- Administration of loading, discharging, and handling of cargo in port areas and warehousing in the ports of the country where the Organization has a department or branch;
- Administration of telecommunication networks (radio, telegraphy, telephone, teletype, etc.) at sea and on land for making contact with vessels and affiliate ports as well as preparation and supply of related equipment in collaboration with the Ministry of Post, Telegraph, and Telephone;
- Through control of coastal and commercial shipping and striving to develop them and securing safety of traffic and coastal shipping activities;
- Erection and operation of navigational lights and buoys to secure the safety of maritime traffic;
- Registration of Iranian commercial, cruise and other vessels and implementation of related regulations;
- Granting technical certificates of competency to seamen and vessels according to related regulations;
- Collection of port and river duties and charges for loading, warehousing, and other port dues normally collected by PSO or other governmental organizations on behalf of PSO;
- Putting into effect the Iranian Maritime Law and performing the functions laid down in the law establishing the PSO and other related laws;
- Determining the manner and rate of exploiting port facilities and equipment as well as moveable and immoveable properties of the organization an implementing the decisions taken subject to Supreme Council's approval;
- Conducting studies and research on maritime and port affairs as well as commercial navigation;
- Preparation and formulation of the next year's plan as well as long-term plans to be implemented after approval by the Supreme Council;
- Examination of draft international agreements and treaties concerning port and maritime affairs, and commercial navigation in order to present them to the relevant authorities;
- Membership in international organizations related to port and maritime affairs subject to approval by the Supreme Council and the Islamic Consultative Assembly;
- Participation in international conferences and meetings concerning port and maritime affairs;
- Determination of Free Trade zones, if necessary, and formulation of regulations and conditions of their use subject to the agreement of the Supreme Council and approval by the Islamic Consultative Assembly;
- Control of railways from the point of entrance into the port areas to the point of exit from the port, and dispatching wagons and locomotives to open storage areas and sheds;
- Establishment of a training institute of pilots or those engaged in commercial navigation, and sending students abroad to study in specialized courses which the organization deems necessary;
- Issuing permits to construct berths or other installations or equipment while approving the relevant plan and reserving the right to monitor the construction and operation;
- Issuing permits for establishing offices, seamen's clubs, restaurants, and warehouses and other necessary facilities upon the request of authorized persons. The organization, taking into account its capabilities at ports, can lease out land for the construction of the above-mentioned facilities;
- Transferring part of the tasks of the organization to the qualified private bodies;
- Taking measures to reduce freights for the transport of cargoes to Iranian ports, and expediting the process of loading and discharging cargo, and reducing the waiting time of vessels to support the economy of the country

### Governing authorities of the organization are as follows:

1- The Supreme Council
2- The Board of Directors
3- The Managing Director



**The Supreme Council consists of the following Ministers:**

1- Minister of Financial and Economic Affairs
2- Minister of Roads and Transportation
3- Minister of Defence
4- Deputy president and Head of Planning and Budget Organization "PBO"
5- Commander of the Navy

The Supreme Council is presided over by the Minister of the Roads and Transportation, and in his absence, the members will select the president among themselves. Ports & Shipping Organization has the jurisdiction over free Trade zones in ports of Shahid Rajaee, Bushehr, Anzali, Amirabad and Khorramshahr.



# IR IRAN's Ports & Shipping Organization

> Home  > SiteMap  > Feedback  > FAQ  > Search  > E-Mail

Sunday, April 27, 2008

- About the PSO
- Tender
- Port Tariff
- Publications
- Links
- Port profiles
- Portal List

**Marketing Online Brochure**



**Sign in**

User Name:

Password:

☐ Remember Login

Sign-in

Send Password

## Useful Information

- Search & Rescue
- Marine Environment Protection
- Port State Control
- Notice to Mariners
- ISPS Port Facilities
- International Protocols

- Special Economic Zones
- Free Trade Zone
- Investment
- Rules for Cargo Stay at SEZ
- NWR and CEO at SEZ
- International Organizations

- Research Commitee
- R&D Programmes
- Publications
- Marine Structures
- On-Shore Structures
- Banned & Conditional Ships

## News

 3/30/2008 — International News - To strengthen ports and maritime relations and co-operation between I.R. Iran and UAE

10/27/2007 — International News - Iranian Study Group Visit Indian transportation Infrastructure

 2/13/2008 — Maritime News - To Develop & Expand Iran-Libya Maritime Activities

 9/18/2007 — Oil Pollution Reached Anzali's Eastern & Western Coasts

2/13/2008 — Interview - Electronic Database on Financial Regulations Launched in PSO

 9/18/2007 — Maritime News - Concentrated Inspection Campaign (CIC) on ISM Code 2007

 1/30/2008 — Maritime News - National Exercise on Oil Pollution Preparedness,

 9/9/2007 — Maritime News - Iran Will Celebrate World Maritime Day on Sept. 25

12/1/2007 — Port News - Iranian Delegation participate in 25th Assembly of IMO

 9/17/2007 — Maritime News - Enforcement of MARPOL Annex VI in the North Sea SECA

Next

### Tendes



uptime 96.27%

## language


FA فارسی   EN English

.:: P.S.O

- Safety & Maritime Protection
- Specialized & int'L Agencies
- Maritime Affairs
- Standards, Training & Maritime Certificates
- Special Econmic Zones
- Building & Installation Maintenance
- Research Center

.:: P.S.O


- Investment Application System

- PSO News

## Links

- IRI Custom Administration
- Iran Department of the Environment
- Iran Ministry of Road and Transportation

## Contact Us



South Didar St.Shahid Haghani Highway.Vanak Sq.Tehran-Iran
Tel:(+9821)84931
Fax:(+9821)88651191-2
P.O.Box:158754574-158753754