**EXHIBIT "G"**



Special Economic Zone
of AmirAbad
Port

AMIRABAD PORT

> Home   > SiteMap   > Contact Us   > Feed back   > Search

Menue >   Tariff

**Language**

FA فارسی   EN English

**Menu**

Introduction      >
Statistics      >
Facilities      >
Development infrastructures      >
Tariff
Special Economic Zone      >
Links



|<   <   1   >   >| / 8

**Tariff**

**Tariff**

::   Tariff & Dues on ships

::   Tug boat tariff on ships in the Northern Port

::   Non-Container Tariff of Loading & Discharging cargo

::   Discharging & Charging of Bulk and General Cargoes

::   Container tariff of charging & Discharging

::   Non-Container Cargo tariff of warehouses

::   Container warehouses tariff

Tariff of Port dues on ships

«in the Northern port»

Tariff of Port dues on ships and vessels

(Iranian and Foreign)

| Row | Tittle of tariff | Calculation unit | Charges |
|---|---|---|---|
| 1 | Entrance to the Port mouth | Per ton GRT | 6 cents |
| 2 | Entrance to the Port | Per ton GRT | 10 cents |
| 3 | Dredging | Per ton GRT | 41 cents |
| 4 | Pilotage for one operation | Per ton GRT | 40 cents |
| 5 | Lighthous | Per ton GRT | 4 cents |
| 6 | Loading & unloading <br> Berth <br> Anchorage | <br> Per ton cargo <br> Per ton cargo | 22 cents <br> 11 cents |
| 7 | Wharfage | Per ton GRT in an hour | 45 cents |
| 8 | Garbage Collection ships with 5000 GRT for 7 days | | 125 Dollar |
| | | | Non-office 10% |

EXHIBIT G

| 9 | Tariff of row 4,6 overtimes increase by this field | | Fridays and Holidays 20% |
|---|---|---|---|

\*Tariff of 6 & 4 row in overtime work 40 percent and in Holidays 20 percent will be increased.

(( NOTES )) :

1- Per ton GRT is the amount of GRT registered on International Certificate tonnage of ship.

2- Pilotage tariff includes : Directing , Mooring , unmooring , Berthing and unberthing of ship.

3- Charges of shifting by using a pilot is 7 cent/GRT and by using a Vessel rope is 3 Cent/GRT.

4- Tugboat charges for berthing and unberthing will be offered according to the next chart pages.

5- Ships with Transit and Export cargo will be offered 75 percent discount on mentioned rows.

6- Calculating and receiving charges for Foreign ships.

Tugboat tariff for each operation of

Berthing & Unberthing ship according to approved laws by PSO Board of Directors

| Row | Tonnage | Iranian Ship | Foreign Ship |
|---|---|---|---|
| 1 | To 1500 GT | 50 Dollar | 300 Dollar |
| 2 | 1501-5000 GT | 100 Dollar | 800 Dollar |
| 3 | 5001-10000 GT | 150 Dollar | 1500 Dollar |
| 4 | 10001-15000 GT | 200 Dollar | 2200 Dollar |
| 5 | 15001-20000 GT | 250 Dollar | 2900 Dollar |
| 6 | 20001-25000 GT | 300 Dollar | 3600 Dollar |
| 7 | 25001-Upper | 400 Dollar | 4500 Dollar |

(( NOTES )) :

1- Type, Number and Time of using Tug boats for berthing and unberthing aren't included in above-mentioned tariff.

2- Tug Boat charges for other operation than Berthing / Unberthing , will be collected according to its current Tariff.

3- If the Tug boat is not used during the pilotage for berthing / unberthing operation, however all the charges will be collected according to the above-    mentioned table.

4- The Tug boat and pilotage operation will be done according to the common rules but if during directing , berthing and unberthing , the pilot   and    tug boat are not used, charges won't be collected.

5- For carring pilot to ship nothing will be collected.

6- Calculation for Foreign ships is dollar.

Tariff for Non-container loading and disloading

in Amirabad Port S.E.Z for per ton of cargo

| Row | Discription | Cargo | Import | Export | Transit | Note |
|---|---|---|---|---|---|---|

| 1 | Light Cargo | General:palet-carton-Balecloth-disjointed parts of mechanical devices ,... | 19038 | 8241 | 8241 | Rials |
| | | Iron stuff : Roles-sheets-ingot-Bar-Angle-Angleiron,... | 11900 | 5151 | 5151 | Rials |
| | | Bag : Rice – Suger – Chemical material,... | 23799 | 10302 | 10302 | Rials |
| | | Dry bulk : Wheat-Barely-Corn-Rawsuger-seed-remains of squeezed seed-chemical fertilizer-sulphur-Kalinger-coalAluminumpowder gatch-sand, gravel, ... | 11900 | 5151 | 5151 | Rials |
| 2 | Semi-heavy cargoes  Over 5 Ton-15 Ton | All cargoes | 35695 | 15452 | 15452 | Rials |
| 3 | Heavy cargoes 15 ton to 50 ton | All cargoes | 71390 | 30905 | 30905 | Rials |
| 4 | Dangerous Goods | | 59492 | 25754 | 25754 | Rials |
| 5 | Car for each set | | 190371 | 82411 | 82411 | Rials |
| 6 | Mini-bus for each set | | 285555 | 123617 | 123617 | Rials |
| 7 | Truck and Bus for each set | | 345045 | 149370 | 149370 | Rials |

(( NOTES )) :

1- All exemption (Export & Transit) are in respect of PSO, letter's N: 5873 dated on 4th Azar 82 (25/11/2003)

2- Cargoes which are shipped in direct way 40 percent of above-mentioned charges will be collected.

3- Calculating charges for handling cargoes over 50 ton and Non-Paletized will be determined by the aaaport manager and informed to port terminal.

4- In calculation a ton deduction,is assinged a ton.

5- Calculating charges for handling vehicles over 5 ton and chain-wheel will be determined by the Port manager.

6- Handling dry bulk for wheat is 1907 Rials and direct way shippment of wheat with 40% tarrif is 763 Rials.

Tarrif on counting/ handling for General And Bulk cargoes in Amirabad Port

S.E.Z for each Ton

(Tranship, Transit, Export, Import)

| Row | Cargo | Import | Export | Transit | Tranship | Notes |
|---|---|---|---|---|---|---|
| 1 | General | 27720 | 12000 | 12000 | 12000 | Rials |
| 2 | Iron | 23100 | 10000 | 10000 | 10000 | |

| 3 | Bag | 46200 | 20000 | 20000 | 20000 | |
| 4 | Dry Bulk | 11550 | 5000 | 5000 | 5000 | |
| 5 | Animal(each Cattle) | 4200 | 2000 | 2000 | 2000 | |
| 6 | Fridge-Freezed Cargoes | 55440 | 24000 | 24000 | 24000 | |
| 7 | Scrap Cargo | 55440 | 24000 | 24000 | 24000 | |
| 8 | Dangrous Cargo | 92400 | 40000 | 40000 | 40000 | |
| 9 | Car for each set | 92400 | 40000 | 40000 | 40000 | |
| 10 | Mini-bus for each set | 184800 | 80000 | 80000 | 80000 | |
| 11 | Truck & Bus for each set | 277200 | 120000 | 120000 | 120000 | |

(( NOTES )) :

1- Tariff on counting / Handling above- mentioned table in Amirabad S.E.Z are in respect of PSO , letter's N: 1/31712 dated on 15 shahrivar 1383 (5/9/2004)

2- Counting / Handling in disloading includes: shifting cargoes in hole, cargoes movement from ship to vehicles/ jetty, cargoes arrangment on vehicles/cjetty which their tariff are orderly 25% , 50% and 25% for each operation.

3- Counting / Handling in loading includes: loading cargoes from vehicles on jetty , movement of cargoes from vehicles/ jetty to ships, Cargoes arrangment in hole , which their tariff are orderly 25% , 50% and 25% for each operation.

4- Tariff on Counting / Handling for cargoes over 50 ton in each bundle, 50% will increase, that is 1/5 as much of above-mentioned table will be collected.

5- In calculation a Ton deduction is assigned a Ton.

Tariff on Containers loading / disloading

in Amirabad Port S.E.Z

(Transit, Export, Import)

| Row | Description | Container 20 feet | Container 40 feet | Note |
| --- | --- | --- | --- | --- |
| 1 | Container discharging from ship and carriage andArrangment to port and container Terminal or vice versa | 164824 | 206031 | Rials |
| 2 | Container carriage from container terminal for loading on wagons in container terminal or vice versa | 164824 | 206031 | |
| 3 | Cintainer loading on trucks in container | 41208 | 61811 | |

|   | | | |
|---|---|---|---|
|   | terminal area or vice versa | | |
| 4 | Container Transportation in every place by the request of the customer | 41208 | 61811 |
| 5 | Container Transportation from port Container Termined to assasment area or CFS warehouse and vice versa. | 164824 | 206031 |
| 6 | Discharging from joint containers and arranging in CFS warehouse or vice versa for each ton | 41208 | 61811 |
| 7 | Discharging from Container and then loading to vehicles or vice versa for each ton | 41208 | 61811 |

(( NOTES )) :

1- 50 Percent discount will be granted to the charges of loading and disloading to export and Transit Container according to PSO letter's No:1/45873 dated on 4th Azar 1382 (25/11/2003)

2- on above-mentioned tariff for empty Container 30% percent discount will be granted.

3- For Non-standard Container 50% percent extra expense will be added to the above-mentioned tariff.

4- 100 percent expense will be added to the row 6,7 if the cargoes are non-paletized.

5- The calculating. of power consuming by Fridge Container at 24 hour will be collected on the basis of approved rate.

6- For calculation expenses, a ton deduction is assigned a ton.

7- 40 percent of handling cargo of above mentioned expenses will be collected from the cargoes and containersjjwhich are carried in direct way.

8- Every extra services for above-mentioned table or other will be determined by the port manager.

Tariff on warehouse for Non-container

Cargoes in Amirabad port S.E.Z For per ton cargo/set

(Transit, Export, Import)

| Wharfage/Cargo Description | first day of discharging untile 30 days | From 30 days to 60 days | From 61[th] day to 120 days | From 120th day and over |
|---|---|---|---|---|
| General cargoes for per ton a day | 1428 Rials | 1192 Rials | 1073 Rials | 954 Rials |
| Dangerous goods for per ton a day | 2380 Rials | 2142 Rials | 1904 Rials | 1666 Rials |
| Semi-Heavy, Heavy, light | | | | |

| | | | | |
|---|---|---|---|---|
| vehicles and etc... for each set a day | 23798 Rials | 21714 Rials | 19037 Rials | 16658 Rials |

(( NOTES )) :

1- 50 percent discount will be granted to the warehouse expenses for export & Transit according to PSO letter's N:1/45873 dated on 4th Azar 1382 (25/11/2003)

2- warehouse expense for closed warehouse 100% , Hangar 80% and for opened warehouse 60% will be collected on the basis of above-mentioned table.

3- Warehouse expense for Export cargoes (Non-container) until 30 days from the first date of discharging is exempted and after that expense will be collected from the first day of discharging.

3-1- whereas the condition and facilities of loading cargoes are impossible with proved documents and port viewpoint second tax exemption for 15 days more than first 30 days will be granted according to the P.S.O Board of Directors council No: 1362 dated on 6th Bahman 82 (26/1/2004)

4- 10 days tax exemption will be offered for warehouse expense of transit goods (Non-container).

5- In calculation a Ton deduction is assigned a Ton.

Container warehouses Tariff in

Amirabad Port S.E.Z

for each set/day (Transit, Export, Import)

| Cargo description | From the first day of discharging untile 30 days | From 30 days to 60 days | From 61th day to 120 days | From 120th day and over |
|---|---|---|---|---|
| Container 20 feet each set/day | 16482 Rials | 14422 Rials | 12362 Rials | 14422 Rials |
| Container 40 feet each set/day | 28844 Rials | 24724 Rials | 22664 Rials | 17513 Rials |

(( NOTES )) :

1- 50 percent discount will be granted to the charges of warehouse (export/Transit) according to P.S.O letter's No: 1/45873 dated on 4th Azar 1382 (25/11/2003)

2- warehouses expense for closed warehouse 100% in Hangar 80% and in opened 60% will be collected according to above-mentioned table.

3- Exemption will be granted to the full export container for 30 days and of warehouse expense after that (30 days exemption) the expenses wil lbe collected from the first day of discharging.

3-1- Whereas the condition and facilities of loading export cargoes are impossible with proved documents and port viewpoint second tax exemption for 15 days more than first 30 days will be granted according to P.S.O Board of Directores council No: 1362 dated on 6th Bahman 82(26/1/2004)

4- Ten/10 days exemption of warehouse expense for Foreign Transit cargoes is granted.

Amirabad Port

DOURAN Portal V3.8.2.2

# EXHIBIT "H"



Bushehr Port

Home    Photo Gallery    Search    Contact us

Introduction
Facilities
Tariffs
Special Economic Zone
General Information
IT & ICT
Login

User Name:

Password:

☐ Remember Login
Sign in

**Send Password**

Select Language

English    فارسی

Bushehr

**BUSHEHR** is a province south west of IRAN, with 625 KM of coastline in the north of the Persian Gulf.

Besides bigger petroleum and non-petroleum comercial ports , several traditional ports are also active along the coastline.namely DEILAM , GENAVEH and RIG in the north and DELVAR , BOLKHEIR , DAYYER , KANGAN , NAKHL-TAGHI in the south.most of which also play host to fishing activities.

Bushehr Port Portal

DOURAN Portal V3.8.2.2


EXHIBIT  H



**Bushehr Port**

Home   Photo Gallery   Search   Contact us

Menu > Tarrifs > Port Tarrifs > Charges of goods

Introduction
Facilities
Tarrifs
Special Economic Zone
General Information
IT & ICT

**Charges of goods**                                                                    0987

Carriage inward for every ton of goods/ Machines in 2007

Especial Economic Zone of  Bushehr (Price at Rial)

| Description | | | Carrying to yard | Unloading and Stacking in the yard | Re-loading goods to truck | Whole charges of special zone |
|---|---|---|---|---|---|---|
| Light goods less than 5 tons | Varied goods | Box- Carton- Box of Cloth- Machines Equipment | 19037 | 11550 | 10993 | 41580 |
| | Iron | Roll- Sheet- Bar- Reinforcement bar- Beam-Spout-Angle iron ,... | 11899 | 17325 | 7736 | 36960 |
| | packed | Rice- Sugar- Chemical Substances | 23797 | 11550 | 6233 | 41580 |
| | Dry-Unpacked | Wheat – Barley – Sugar- Chemical fertilizers- Clinker- Coal- aluminum powder- Stucco – Sand and gravel | 11899 | - | - | 11899 |
| Semi – heavy goods more 5 to 15 (ton) | All goods | | 35694 | 2310 | 2035 | 39972 |
| Heavy goods more 15 to 50 (ton) | | | 71390 | 11550 | 6380 | 89320 |
| Dangerous goods | | | 59490 | 17325 | 15585 | 92400 |
| Cars | Car | | 190369 | - | - | 190369 |
| | Mini vehicle | | 285555 | - | - | 285555 |
| | Truck and bus | | 345045 | 80850 | 36105 | 462000 |

Explanation:

1. In case of carrying directly from the ship 40 percent of foresaid tariff will be received.

2. The first row to fourth row are by ton and fifth one is by machine.

3. Forty percent will be received by cars carried directly.

4. The foresaid charges are according to ton.

5. at the beginning of every year by inquiring from central

bank, inflation rate in country will be added to foresaid charges

6. 41/8 percent as port share and 58/2 as company share are out of carriage of goods charges.

Bushehr Port Portal

DOCRAN Portal V3.8.2.2

**Bushehr Port**

Home   Photo Gallery   Search   Contact us

Menu > Tarrifs > Comunication Tarrifs

Introduction

Facilities

Tarrifs

Special Economic Zone

General Information

IT & ICT

**Comunication Tarrifs**                                                      0987

## Communication Tariffs

| LAND LINE CHARGE(LL) | | |
|---|---|---|
| **Charges in Gold Francs** | | |
| Asia | **Full charge** from 4 AM to 10 PM | **Discounted charge from 10 PM to 4 AM** |
| Jordan, The United Arab Emirates, Bahrain, Iraq, Saudi Arabia, Oman, Qatar, Kuwait, Lebanon, Yemen Republic | 1.93 | 1.70 |
| Indonesia, Brunei Darussalam, Greece, Pakistan, Thailand, Taiwan, China, Japan, Singapore, Syria, South Korea, Maldives, Malaysia, Hong Kong | 2.53 | 2.17 |
| Bangladesh, Sri Lanka, Philippines, India | 2.60 | 2.23 |
| Afghanistan, Cambodia, North Korea, Laos, Mongolia, Nepal, Vietnam | 2.93 | 2.65 |
| Burma (Myanmar) | 3.53 | 3.15 |
| Common wealth countries (previously included in USSR ) | 6.30 | 6 |
| Azerbaijan, Armenia, Uzbekistan, Tajikistan, Turkmenistan, Kirgyzstan, Kazakhstan, Ukraine, Belarus, Moldova, Estonia, Lithuania, Russian, Gorjistan | 6.30 | 6 |
| Europe | 2.53 | 2.17 |
| Turkey | 1.93 | 1.70 |
| Other European countries | 2.53 | 2.17 |
| Africa | 2.53 | 2.17 |
| Algeria, Libya, Morocco, Tunisia, | 1.93 | 1.70 |
| Kenya, Gabon, Guinea-Bissau, Guinea | 3.80 | 3.53 |
| Other African countries | 2.53 | 2.17 |
| America (USA) | --- | --- |
| Uruguay, Dominican, Chilly, Guatemala, Granada, Nicaragua, Haiti, Honduras | 3.80 | 3.53 |
| Other American countries | 2.53 | 2.17 |
| Australasia | --- | --- |
| Australia, New Zealand,  and other Australasian countries | 2.53 | 2.17 |

| COAST STATION CHARGES(CC) |
|---|
| |

### Charges in Gold Francs

|  | Per Word Telegram | Per Min. Telephone | Per Min. Telex |
|---|---|---|---|
| Telegrams | 1.00 | --- | --- |
| Radio Telephone Calls (minimum 3 min) | --- | --- | --- |
| Waves: V.H.F. | 2.00 | --- | --- |
| M.F. | 2.34 | --- | --- |
| H.F. | 2.34 | --- | --- |
| Radio Telex Calls (minimum 3 min) | --- | --- | 3.00 |

**Descriptions:**

*Ship to shore Radio Charges*

### A. CC (COAST STATION CHARGES)

**In case the ship requests to make a radiotelephone contact or send a radiotelegram or radiotelex message to the port or the city in which the radio station is located, the only payable cost would be coast charge (CC).**

### B. LL (LAND LINE CHARGE)

In case the ship requests to make a radio telephone or to send a radio telegram or radio telex message to other parts of the country or to overseas destinations from the coastal station the related charge would be the sum of CC and LL.

:Note1
All the messages to the QUARANTINE, PORT CONTROL, PORT HEALTH or HARBOUR MASTER through VHF-telegram or radio telex are free of charge.

Shore to Ship Radio Calls' Cost:

For the telephone, telegram and radiotelex contact or messages from shore to ship the payable cost would only be Land Line Charges (LL).

**Note 2:**
1. To encourage Iranian ships to make contact via Marine telecommunication stations of the country, all radio communication (ship to shore and shore to ship) including radiotelephone, telegram or radiotelex message is calculated with 50% discount.

2. On the anniversary of the victory of the Islamic 22 $^{nd}$ of Bahman as well as the first of Farvardin Calender-first month), Eidul Adha, Qudir, Fitre days all the services rendered to the Iranian MF would be free of charge.

3. Contacts made between ships and the P.S.O physician in the coast to get medical help and services are free of charge.

4. To encourage Foreign ships to make contact Marine telecommunication stations in Iranian radiotelephone services made between 10 PM to 4 AM also 25 $^{th}$ of December payable cost would only be LL (Land Line charge).

**Note 3:**
1. Radiotelephone contacts: minimum calculable time is 3 minutes including one minute for operator.
2. Radio-telex: minimum calculable time is 3 minutes including one minute for operator.
3. The minimum calculable time for usual telegrams is 7 words in case of emergency, it will be doubled.
4. The minimum calculable SLT telegraphs is 22 words.
5. All the figures included in the relevant tables are in GOLD FRANC.

6. The operator's rate for calculating the identical value of dollar and Rial will be the one announced by Bank-e- Markazi (Central Bank) on the last day of the previous month.

**C.** Navtex safety services including metrological messages, navigational warnings, primary distress message and movement of navigational pilot signs, would be rendered free of charge.

Editor

نماینده مخابرات

Bushehr Port Portal

DOURAN Portal V3.8.2.2

# EXHIBIT "I"



سازمان بنادر و کشتیرانی
بندر نوشهر

Nowshahr Port

> Home > Introduction > Relative Sites > Site Map > البوم بندر > ارتباط با ما

Sunday, April 27, 2008        menu > **Tariffs** > **Goods Tariffs**

| معرفی | > |
|---|---|
| Operations Statistics | > |
| Capacities Operational | > |
| Tariffs | > |
| Infrastructure Projects | > |
| Marine and Port Agents | > |
| ارائه خدمات | > |

**Goods Tariffs**

Table of tariff costs of holding for general cargo and bulk goods

| Description | Tariff rate of holding per ton/per machine-day |
|---|---|
| Miscellaneous | 24000 Rials |
| IronWorks | 20000 Rials |
| Bag | 40000 Rials |
| Dry bulk | 10000 Rials |
| Cattle (per head) | 4000 Rials |
| Frozen and refrigerating goods | 48000 Rials |
| Wrecks and junks | 48000 Rials |
| Hazardous goods | 80000 Rials |
| Passenger car (per vehicle) | 80000 Rials |
| Minibus (per vehicle) | 160000 Rials |
| Truck and bus (per vehicle) | 240000 Rials |

- For tariff of holding goods with a weight of more than 50 tons per negleh, and amount equal to 50% of the rate of related table (the first and the second rows) is added, that is, 1.5 times the rates of the above table is collected.

- For tariff of holding export, transit and foreign transship goods an amount equal to 50% of the above rate is collected.

- For tariff of holding returned goods an amount equal to 85% of the above rate is collected. A fraction of a ton is considered as a ton in calculations.

- Since the year 1384 (March 21, 2005) the rates mentioned in above table are increased by 10% at the beginning of each solar year.

Table of tariff costs of holding for general cargo and bulk goods

| Description | | Tariff rate of holding per ton/ per machine-day |
|---|---|---|
| Light weight goods of less than 30 tons per Negleh | Miscellaneous | 16200 Rials |
| | Bag (Pallet) | 16200 Rials |
| Ironworks | little than 5 tons | 10000 Rials |
| | 5 to 15 tons | 30000 Rials |
| | 15 to 30 tons | 320000 Rials |
| Heavy goods | 30 to 60 tons | 120000 Rials |
| | 60 to 120 tons | 240000 Rials |
| | 120 tons and more | 320000 Rials |
| Dry bulk | | 8000 Rials |
| Liquid bulk | | 4000 Rials |
| Cattle (per head) | | 4000 Rials |
| Frozen and refrigerating goods | | 24000 Rials |
| Wrecks and junks | | 24000 Rials |
| Hazardous goods | | 80000 Rials |
| Passenger car (per vehicle) | | 120000 Rials |
| Minibus (per vehicle) | | 200000 Rials |
| Truck and bus (per vehicle) | | 400000 Rials |

1.Transportation operations include shipment, unlading, consolidation and loading, the tariff of which are equal to 40%, 25%, 10% and 25%, respectively.

2.The tariff of non palletized goods (for stop shipment) an amount twice the shipping tariff is collected from shipping lanes and once the shipping tariff from the owners of the goods.

3.The shipping tariff for voluminous and traffic non-container goods (goods with dimensions of 12 x 2.5 x 2.5 square meters) is 120.000 Rials per tons.

4.Shipping tariffs for export goods is 25% of the rates of the above table.

5.Shipping tariffs for transit and foreign transship goods is 50% of the rates of the above table.

6.Shipping tariffs for returned goods is 85% of the rates of the above table.

7.Shipping tariffs for capitation at the port of origin is 25% and at the port of destination is 100% of the rates of the above table.

8.In case of non-stop shipment, 40% of the rates of the above table is collected.

9.Loading wheat1650 Rials per ton and in case of non-stop shipment 660 Rials per ton is collected 

10.Scrap and waste goods and materials are only unloaded and loaded in non-stop form.

11.A fraction of a ton is considered as a ton in calculations.

12.Since the year 1384 (March 21, 2005) the rates mentioned in above table are increased by 10% at the beginning of each solar year.

Table of storage (warehousing) tariff costs for non-container goods(transit and transship)

| Storage (Warehousing) | | 1st to 10th day | 11th to 20th day | 21st to 30th day | 31st to 40th day | 41st to 50th day | After 50 days |
|---|---|---|---|---|---|---|---|
| Miscellaneous & bag per ton/day | | Exempted | 750 | 1000 | 1400 | 2000 | 3000 |
| Ironworks per ton/day | | Exempted | 600 | 800 | 1000 | 1600 | 2000 |
| Home appliances, tea box and carton goods per package/day | Each package up to 50 kg | Exempted | 200 | 300 | 400 | 700 | 800 |
| | Each package from 50 to 200 kg | Exempted | 600 | 900 | 1200 | 1800 | 2400 |
| Light vehicles(passenger – van) | | Exempted | 12000 | 16000 | 20000 | 24000 | 32000 |
| Heavy-duty vehicles (truck, tractor, minibus, bus, etc.) per vehicle/day | | Exempted | 20000 | 24000 | 28000 | 32000 | 40000 |

1- Storage cost is calculated and collected after the period of exemption and based on the last day of the goods stoppage.

2- Export, transit and transship goods enjoy a period of 30 days of storage exemption and after the lapse of this period, the storage cost is calculated and collected from the date of unloading.

3- Storage cost for transit and transship goods is 40% of the above-mentioned figures.

4- Storage cost for goods like wood and paper is 1/5 times and hazardous goods mentioned in IMDG Code table and other flammables is 6 times the rates mentioned in the first raw of the above table.

5- Storage cost for storing in open warehouses is 75% of storage cost for storing in roofed warehouses.

6- A fraction of a ton is considered as one ton in calculations.

7- Rates mentioned in above table increase by 10% at the beginning of every solar year.

Table of port duties for goods

| Tariff/Good | Import | Export | Capitation | Transit | Tranship | Returned |
|---|---|---|---|---|---|---|
| Port duties on goods | 5 | 12 | - | - | | - |
| Unloading and Loading duties on/from Dock | 1000 | 250 | Port of Origin:250 Port of Destination:1000 | 1000 | 1000 | 1000 |

1.Port duties for grains is equal to 40 Rials per ton.

2.The unloading and loading on/from dock is 180 Rials per ton of grains.

3.Since the year 1384 (March 21, 2005) the rates mentioned in above table are increased by 10% at the beginning of each solar year.

Other issues:
   Fire insurance premium is equal to 55 hundredth in thousand of the safe value of the good or the value confirmed by customhouse and mentioned in custom permit per month, considering the duration of storage of good in yard or port areas.
Demand for each ton is 400 Rials.Port health duty is 5 Rials per ton.

### Table of Container shipping costs since March 14, 2004

| Type of Good | 20-Foot | | 40-Foot | |
|---|---|---|---|---|
| | Filled | Empty | Filled | Empty |
| Container for each set | 164823 | 115376 | 206028 | 144220 |

### Table of holding container goods

Unit : Rials

| 20-Foot and 40-Foot  Container per ton | 11600 |
|---|---|

| Duration of warehousing in day | 20-Foot | | 40-Foot | |
|---|---|---|---|---|
| | Filled | Empty | Filled | Empty |
| 1 to 10 | Exemted | Exemted | Exemted | Exemted |
| 11 to 30 | 8756 | 4378 | 17512 | 8756 |
| 31 to 60 | 11333 | 5666 | 22666 | 11333 |
| 61 to 90 | 12362 | 6181 | 24723 | 12362 |
| 91 days and more | 14423 | 7212 | 28846 | 14423 |

Table of warehousing container goods(imported and returned)

Remarks:

1. Filled export containers enjoy 30-day warehousing exemption.

2. Expenses of export, transit and transshipment containers are collected by 50% of the above amounts.

3. After expiration of exemption period, warehousing expenses are collected as calculated from the first day of unloading based on the rate of the last day of stoppage.

تعرفه كالاهاي صادراني

جدول نعرفه هاي حنكاري ،باربري ،حقوق عوارض بندري بر كالاهاي  صادراني   در بندر نوشهر

نرخ : ربال                          بازاي هر نن كالا ، هر دسنگاه ، روز

| رديف | نوع تعرفه گروه كالا | حنكاري | باربري | عوارض بندري | هرسه بارگري بروي اسكله | دبماند | عوارض بهداشت بندري |
|---|---|---|---|---|---|---|---|
| 1 | منفرقه ( كاغد ، مقوا ، .... ) | 12000 | 4050 | 12 | 250 | 400 | 5 |
| 2 | آهن آلات | 11000 | كمنر از 5 نن  2500<br>45-5 نن 7500<br>30-16 نن 8000 | 12 | 250 | 400 | 5 |

| 5 | 400 | 250 | 12 | 4050 | 20000 | كيسه اى ( پالت ) | 3 |
|---|-----|-----|----|------|-------|-----------------|---|
|   |     |     |    | 60-31 تن 30000 |  |  |  |
|   |     |     |    | 120-61 تن 60000 |  |  |  |
|   |     |     |    | از 120 تن به بالا 80000 |  |  |  |
| 5 | 400 | 250 | 12 | 4050 | 20000 | كيسه اى ( پالت ) | 3 |
| 5 | 400 | 45 | 12 | 2000 | 5000 | فله خشك  جو ، ذرت ،سويا ،... | 4 |
| 5 | 400 | 45 | 12 | 413 | 5000 | فله خشك ( گندم ) | 5 |
| 5 | 400 | 250 | 12 | 2000 | 5000 | فله خشك ( ذغال سنگ ،... ) | 6 |
| 5 | 400 | 250 | 12 | 1000 | 2000 | احشام ( هر راس ) | 7 |
| 5 | 400 | 250 | 12 | 6000 | 24000 | كالاى سردخانه اى و يخ زده | 8 |
| 5 | 400 | 250 | 12 | 6000 | 24000 | كالاى اوراقى و قراصه | 9 |
| 5 | 400 | 250 | 12 | 20000 | 40000 | كالاى خطرناك ( آتش زست ، ... ) | 10 |
| 5 | 400 | 250 | 12 | 30000 | 40000 | وسايل نقليه سبك | 11 |
| 5 | 400 | 250 | 12 | 50000 | 8000 | وسايل نقليه نيمه سنگين | 12 |
| 5 | 400 | 250 | 12 | 10000 | 120000 | وسايل نقليه سنگين | 13 |

جدول تعرفه انبار داري كالاهاي صادراتي در بندر نوشهر

بازاي هر تن با بسته يا دستگاه / روز        ريال

| رديف | مدت انبار داري گروه كالاها | از روز اول تا روز سي ام | از روز سي و يكم تا روز چهلم | از روز چهل و يكم تا روز پنجاهم | بعد از پنجاه روز |
|------|---------------------------|-------------------------|-----------------------------|-------------------------------|-----------------|
| 1 | متفرقه و كيسه اى كاغذ و چوب | معاف | 700 | 1000 | 1500 |
| 2 | آهن آلات | معاف | 500 | 800 | 1000 |
| 3 | كالاى خطرناك و ساير كالاى آتش زا | معاف | 2100 | 3000 | 4500 |
| 4 | وزن هر بسته تا 50 كيلوگرم / هر نوع بسته بندي كارتني و صندوقي هر بسته در روز | معاف | 200 | 350 | 400 |
|  | وزن هر بسته بيش از 50 كيلو گرم | معاف | 600 | 900 | 1200 |
| 5 | وسايل نقليه سبك سواري ( واب ) و ... هر دستگاه در روز | معاف | 10000 | 12000 | 16000 |
| 6 | وسايل نقليه نيمه سنگين و سنگين ( كاميون ، تراكتور ،مينى بوس ،انوبوس و ... ) هر دستگاه. در روز | معاف | 14000 | 16000 | 20000 |

توضيحات :

1-  هزينه انبارداري در محوطه و هانگار 75 % ارقام فوق دريافت مي شود .

2-  هزينه انبارداري به مدت 30 روز از تاريخ تخليه معاف مي باشد . و پس از گذشت مدت معافيت از روز اول تخليه و بر اساس آخرين روز توقف كالا محاسبه و دريافت مي گردد .

جدول تعرفه های حنکاری ، باربری ، حقوق عوارض بندری بر کانتینرهای صادراتی در بندر نوشهر

بازای هر تن * هر دستگاه / روز                       نرخ : ریال

| ردیف | نوع تعرفه  گروه کانتینر | حنکاری به ازای هر تن | باربری به ازای هر دستگاه | عوارض بندری | هزینه بارگیری بر روی اسکله | دیماند | عوارض بهداشت بندری |
|---|---|---|---|---|---|---|---|
| 1 | کانتینر پر 20 فوت | 5800 | 82412 | 12 | 250 | 400 | 5 |
| 2 | کانتینر خالي 20 فوت | 5800 | 57688 | 12 | 250 | 400 | 5 |
| 3 | کانتینر پر 40 فوت | 5800 | 103014 | 12 | 250 | 400 | 5 |
| 4 | کانتینر خالي 40 فوت | 5800 | 72110 | 12 | 250 | 400 | 5 |

**توضیحات:**

1- هزینه حنکاری ، باربری برای کانتینر حمل یکسره   50  %   ارقام فوق دریافت می شود.

2- هزینه حنکاری باربري کانتینرهاي حاوي کالاي خطرناك   50  %   افزایش می یابد.

***************************************************************************

جدول تعرفه انبار داری  کانتینری های صادراتی در بندر نوشهر

بازای هر دستگاه / روز                       نرخ : ریال

| ردیف | مدت انبار داری گروه کانتینر | از روز اول تا روز سی ام | از روز سی و یکم تا روز شصتم | از روز شصتم و یکم تا روز نودم | از 91 روز به بالا |
|---|---|---|---|---|---|
| 1 | کانتینر پر 20 فوت | معاف | 5666 | 6181 | 7212 |
| 2 | کانتینر خالي 20 فوت | معاف | 2833 | 3090 | 3606 |
| 3 | کانتینر پر 40 فوت | معاف | 11333 | 12362 | 14423 |
| 4 | کانتینر خالي 40 فوت | معاف | 5666 | 6181 | 7212 |

**توضیحات :**

1 - هزینه انبارداری کانتینرهاي حاوي کالاي خطرناك کلیه کلاسها ( به جز کلاس 1 و 7 رده بندي

3 ( IM DG CODE  برابر ارقام جدول فوق محاسبه می شود و کلاسهاي 1 و 7 بصورت یکسره تحویل صاحب کالا می گردد .

2 – کانتینرهاي پر صادراتي پر تاریخ تخلیه  به مدت 30 روز از پرداخت انبارداری معاف می باشد . و پس ازگذشت مدت معافیت
از روز اول تخلیه و بر اساس آخرین روز توقف کا نتینر  محاسبه و دریافت می گردد .

<span style="background:black;color:white">تعرفه کالاهای ترانزیت خارجی</span>

جدول تعرفه های حنکاری ، باربری ، حقوق عوارض بندری بر کالاهای ترانزیت خارجی  در بندر نوشهر

بازای هر تن کالا - هر دستگاه / روز                       نرخ : ریال

| ردیف | نوع تعرفه گروه کالا | حنکاری | باربری | عوارض بندری | هزینه تخلیه برروی اسکله | دیماند | عوارض بهداشت بندری |
|---|---|---|---|---|---|---|---|
| 1 | متفرقه ( کاغذ ،مقوا ،.... ) | 12000 | 8100 | معاف | 1000 | 400 | 5 |
| 2 | آهن آلات | 10000 | کمتر از 5 تن 5000<br><br>از 5-15 تن 15000<br><br>از 16-30 تن 16000<br><br>از 31-60 تن 60000<br><br>از 61-120 تن | معاف | 1000 | 400 | 5 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | 120000 | | | |
| | | | از 120 تن به بالا 160000 | | | |
| 3 | کیسه ای ( پالت ) | 20000 | 8100 | معاف | 1000 | 400 | 5 |
| 4 | فله خشک ( جو ، ذرت ، سویا ....) | 5000 | 4000 | معاف | 180 | 400 | 5 |
| 5 | فله خشک ( گندم ) | 5000 | 825 | معاف | 180 | 400 | 5 |
| 6 | فله خشک ( ذغال سنگ ) | 5000 | 4000 | معاف | 180 | 400 | 5 |
| 7 | احشام ( هر رأس ) | 2000 | 2000 | معاف | 1000 | 400 | 5 |
| 8 | کالای سردخانه ای و یخ زده | 24000 | 120000 | معاف | 1000 | 400 | 5 |
| 9 | کالا اوراقی و قراضه | 24000 | 12000 | معاف | 1000 | 400 | 5 |
| 10 | کالای خطرناک ( آزبست ....) | 40000 | 40000 | معاف | 1000 | 400 | 5 |
| 11 | وسایل نقلیه سبک | 40000 | 60000 | معاف | 1000 | 400 | 5 |
| 12 | وسایل نقلیه نیمه سنگین | 80000 | 10000 | معاف | 1000 | 400 | 5 |
| 13 | وسایل نقلیه سنگین | 120000 | 200000 | معاف | 1000 | 400 | 5 |

•••••••••••••••••••••••••••••••••••••••••

جدول تعرفه انبارداری کالاهای ترانزیت خارجی در بندر نوشهر

ازای هر تن یا بسته یا دستگاه / روز     نرخ : ریال

| ردیف | مدت انبارداری گروه کالاها | | از روز اول تا روز دهم | از روز یازدهم تا روز سی ام | از روز سی و یکم تا روز چهلم | از روز چهل و یکم تا روز پنجاهم | بعد از پنجاه روز |
|---|---|---|---|---|---|---|---|
| 1 | متفرقه و کیسه ای کاغذ و چوب | | معاف | 375 | 500 | 700 | 1000 | 1500 |
| 2 | آهن آلات | | معاف | 300 | 400 | 500 | 800 | 1000 |
| 3 | کالای خطرناک و سایر کالای آتش زا | | معاف | 1125 | 1500 | 2100 | 3000 | 4500 |
| 4 | هر نوع بسته بندی | وزن هر بسته تا 50 کیلو گرم | معاف | 110 | 150 | 200 | 350 | 400 |
| | کارتنی و صندوقی هر بسته | وزن هر بسته بیش از 50 کیلو گرم | معاف | 300 | 450 | 600 | 900 | 1300 |
| 5 | وسایل نقلیه سبک سواری ،وانت ) ) و ... هر دستگاه در روز | | معاف | 6000 | 8000 | 10000 | 12000 | 16000 |
| 6 | وسایل نقلیه نیمه سنگین و سنگین کامیون ، تراکتور ) مینی بوس ،اتوبوس، و ... ) هر دستگاه در روز | | معاف | 10000 | 12000 | 14000 | 16000 | 20000 |

توضیحات :

1- هزینه انبارداری در محوطه و هانگار 75 % ارقام فوق دریافت می شود .

2- هزینه انبارداری به مدت 10 روز از تاریخ تخلیه معاف می باشد . و پس از گذشت مدت معافیت از روز اول تخلیه و بر اساس آخرین روز توقف

کالا محاسبه و دریافت می گردد .

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

جدول تعرفه هاي خنكاري ، باربري ،حقوق عوارض بندري بر كانتينرهاي ترانزيت خارجي  در بندر نوشهر

بازاي هر تن - هر دستگاه / روز                                          نرخ : ريال

| رديف | نوع تعرفه  گروه كانتينر | خنكاري به ازاي هر تن | باربري به ازاي هر دستگاه | عوارض بندري به ازاي هر تن | هزينه باركيري بر روي اسكله به ازاي هر تن | ديماند | عوارض بهداشت بندري |
|---|---|---|---|---|---|---|---|
| 1 | كانتينر پر 20 فوت | 5800 | 82412 | معاف | 1000 | 400 | 5 |
| 2 | كانتينر خالي 20 فوت | 5800 | 57688 | معاف | 1000 | 400 | 5 |
| 3 | كانتينر پر 40 فوت | 5800 | 103014 | معاف | 1000 | 400 | 5 |
| 4 | كانتينر خالي 40 فوت | 5800 | 72110 | معاف | 1000 | 400 | 5 |

**توضيحات:**

1. هزينه خنكاري ، باربري براي كانتينرهاي حمل يكسره 50 %  ارقام فوق محاسبه مي شود.

2. هزينه خنكاري ، باربري كانتينرهاي حاوي كالاي خطرناك  50 %  افزايش مي يابد.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

جدول تعرفه انبار داري  كانتينري هاي  ترانزيت خارجي در بندر نوشهر

بازاي هر دستگاه / روز                                          نرخ : ريال

| رديف | مدت انبار داري  گروه كانتينر | از روز اول تا روز دهم ام | از روز يازدهم  تا روز سي ام | از روز سي و يكم تا روز شصتم | از روز شصت  و يكم تا روز نودم | از 91 روز به بالا |
|---|---|---|---|---|---|---|
| 1 | كانتينر پر 20 فوت | معاف | 4378 | 5666 | 6181 | 7112 |
| 2 | كانتينر خالي 20 فوت | معاف | 2189 | 2833 | 3090 | 3606 |
| 3 | كانتينر پر 40 فوت | معاف | 8756 | 11333 | 12362 | 14423 |
| 4 | كانتينر خالي 40 فوت | معاف | 4378 | 5666 | 6181 | 7212 |

**توضيحات :**

1- هزينه انبارداري كانتينرهاي حاوي كالاي خطرناك كليه كلاسها ( به جز كلاس 1 و 7 رده بندي IM DG CODE ) ج 3 برابر ارقام جدول فوق محاسبه مي شود و كلاسهاي 1 و 7 بصورت يكسره تحويل صاحب كالا مي گردد .

2-  كانتينرهاي پر ترانزيت خارجي  تخليه به مدت 10 روز  از پرداخت انبارداري معاف مي باشد  و پس از گذشت مدت معافيت از روز اول تخليه و بر اساس آخرين روز توقف كانتينر محاسبه و دريافت گرديد .



> Home   > Introduction   > Relative Sites   > Site Map   > البوم بندر   > ارتباط با ما

**Sunday, April 27, 2008**

menu >   **Tariffs** >   **Ship Tariffs**

معرفی

Operations Statistics

Capacities Operational

Tariffs

Infrastructure Projects

Marine and Port Agents

ارائه خدمات

### Ship Tariffs

#### Tariff for port rights, duties and cost for ship and vessels (Iranian and non-Iranian)

| No | Title of Tariff | Unit of Calculation | Amount of Tarrif |
|----|-----------------|---------------------|------------------|
| 1 | port gate admission fee | per ton GRT | 6 Cents |
| 2 | port admission fee | per ton GRT | 10 Cents |
| 3 | dredging cost | per ton GRT | 41 Cents |
| 4 | guidance fee in one round trip of unit floater | per ton GRT | 40 Cents |
| 5 | lighthouse duty | per ton GRT | 4 Cents |
| 6 | unloading and loading fee on dock at anchorage | per ton good per ton good | 22 Cents 11 Cents |
| 7 | Tarifs of row 4,6 overtime,increase by this fields : | Non-Office | 10% |
| | | saturdays,thursdays,fridays and holidays | 20% |
| 8 | cost of stoppage at the dock | per ton GRT per hour | 0.45 Cents |

### Remarks:

1. Guidance tariff includes ship guidance, casting anchor, weighing anchor, fastening the ship to dock and releasing the ship from dock.

2. Displacement expenses (shifting on dock) by using guidance is 7 cent per GRT ton and 3 cent by using ship rope.

3. No cost shall be received for overtime unloading and loading at Neka port.

### Table of tariff for collecting qarbage and watests of ship,commercial floaters and oil tankers upto 7 days of stoppage beside the dock

| | |
|---|---|
| A. Wooden-haul floaters (barges) | $5 |
| B. Metal-haul floaters up to 800 tons | $20 |
| C. Ship and floaters from 801 tons to 5000 tons | $125 |
| D. Ship and floaters from 5000 tons and more | $700 |

### Remarks:

1. An amount equal to 1/7 of the above tariffs is collected for each day of stoppage in addition to 7 days.

2. In case of doing garbage collection services in anchorage or simultaneously in dock and anchorage, the above tariffs will be received in double.

3. No cost shall be received for collecting garbage at Neka port.

### Table of tariff for towing for guiding in one fastening and closing operation

### Remarks:

1. The type and number of togs and usage hours for fastening to dock or opening from dock has no effect on mentioned tariff.

2. Cost of towing used for operations other than docking or leaving the dock, are collected separately according to current tariffs.

3. In case togs are not used in guiding operations for docking or leaving the dock, however, the towing costs are calculated and collected on the basis of the above table.

4. Guiding and towing operations are carried out according to current laws, regulations and directions. In case togs and guides are not used in guiding and docking operations, no towing and guiding costs are calculated and collected.

5. No cost shall be collected for transferring the guide to ship for floating units services (guide, tog, etc.).

### Tariffs for quarantine services costs

Approved by the Cabinet under no. 27954, dated

For all ships and floaters entering the waters of the Islamic Republic of Iran from foreign ports and stop at Iranian ports and anchorage, an amount is collected as "Quarantine services costs" and paid to the account of the Ministry of Health, treatment and Medical Education according to the following table.

| No | Ship Tonnage (ton GRT) | Towing cost in dollar | |
|----|------------------------|----------------------|---|
|    |                        | Foreign ships | Iranian ships |
| 1 | Up to 1500 Tons GRT | 300 | 50 |
| 2 | From 1501 to 5000 Tons GRT | 800 | 100 |
| 3 | From 5001 to 10000 Tons GRT | 1500 | 150 |
| 4 | From 10001 to 15000 Tons GRT | 2200 | 200 |
| 5 | From 15001 to 20000 Tons GRT | 2900 | 250 |
| 6 | From 20001 to 25000 Tons GRT | 3600 | 300 |
| 7 | From 25001 Tons GRT and more | 4500 | 400 |

**1st.** Cargo and passenger ships or floaters

| No | Gross capacity of ship or floating unit | Quarantine services costs |
|----|------------------------------------------|----------------------------|
| 1 | Up to 100 Tons | Exempted |
| 2 | From 101 to 1000 Tons | $26.4 per sail (ship) |
| 3 | From 1001 to 2500 Tons | $34,1 per sail (ship) |
| 4 | From 2501 to 4000 Tons | $41.8 per sail (ship) |
| 5 | From 4001 to 5500 Tons | $45,1 per sail (ship) |
| 6 | From 5501 to 7000 Tons | $49.5 per sail (ship) |
| 7 | From 7001 to104000 Tons | $52.8 per sail (ship) |
| 8 | From 10001 to 20000 Tons | $57.2 per sail (ship) |
| 9 | From 20001 to 30000 Tons | $60.5 per sail (ship) |
| 10 | From 30001 and More | $64.9 per sail (ship) |

**2st.** Oil and tunker ships or floaters

| No | Gross capacity of ship or floating unit | Quarantine services costs |
|----|------------------------------------------|----------------------------|
| 1 | Up to 5000 Tons | $26.4 per sail (ship) |
| 2 | From 5001 to 15000 Tons | $31.9 per sail (ship) |
| 3 | From 15001 to 25000 Tons | $37.4 per sail (ship) |
| 4 | From 25001 to 35000 Tons | $41.8 per sail (ship) |
| 5 | From 35001 to 45000 Tons | $45.1 per sail (ship) |
| 6 | From 45001 to 55000 Tons | $49.5 per sail (ship) |
| 7 | From 55001 to 65000 Tons | $52.8 per sail (ship) |
| 8 | From 65001 to 75000 Tons | $57.2 per sail (ship) |
| 9 | From 75001 to 100000 Tons | $60.5 per sail (ship) |
| 10 | From 100001 to 150000 Tons | $64.9 per sail (ship) |
| 11 | From 150001 to 250000 Tons | $68.2 per sail (ship) |
| 12 | From 250001 and More | $72.6 per sail (ship) |

**3st.** In addition to mentioned amounts, an amount is collected from ships for health measures of warding off rodents and issuing international certificate for ships not holding valid certificates.

| No | Gross capacity of ship or floating unit | Quarantine services costs |
|----|------------------------------------------|----------------------------|
| 1  | Up to 100 Tons | Exempted |
| 2  | From 101 to 1500 Tons | $113.3 per sail (ship) |
| 3  | From 1501 to 2500 Tons | $189.2 per sail (ship) |
| 4  | From 2501 to 3500 Tons | $211.2 per sail (ship) |
| 5  | From 3501 to 4500 Tons | $284.9 per sail (ship) |
| 6  | From 4501 to 5500 Tons | $323.3 per sail (ship) |
| 7  | From 5501 to 6500 Tons | $379.5 per sail (ship) |
| 8  | From 6501 to 7500 Tons | $455.4 per sail (ship) |
| 9  | From 7501 to 8500 Tons | $492.8 per sail (ship) |
| 10 | From 8501 and More | $531.3 per sail (ship) |

**Remark:**
- The cost of the amount of poisons used shall be calculated according to time value and shall be added to above cost.

## Table of hourly fare of marine equipment

| Description | Discount |
|-------------|----------|
| Commercial ships carrying import goods including oil and non-oil | |
| ships including ship and barge | 50% |
| Roro ships, foreign passenger ships, not collecting drainage cost and also not collecting guidance and tugboat (in case of not offering these services) in southern ports of the country | 90% |
| Roro ships under representation of investing companies in northern ports | 90% |
| Roro ships traveling between ports in north of and other countries including tugboat cost | 85% |
| Iranian fishing ships which fish in local waters for local consumption | 90% |
| **Export** | |
| Commercial ships from 1500 GRT and more which enter ports for loading goods like clinker, gravel, sand, grit, cement, sulfur and concentrates of bulk minerals | 75% |
| Commercial ships which enter the port for loading no-oil goods except items mentioned in above paragraph | 50% |
| **Transit** | |
| Container and non-container non-oil commercial ships the whole of consignment of which are foreign transit and enter the port for unloading and loading | 75% |
| In case a ship enters the port for shipping export and transit goods simultaneously without any unloading, it will enjoy a 75% discount proportionate to foreign transit goods and 50% discount for export goods | 75% |
| Remark 1:In cases where ships and floaters are subject to several discounts, the highest approved discount is considered for mentioned ships and floaters. | |
| Remark 2:All discounts offered in above tables are for all ships for which old port costs and duty tariffs are applied. | |

Nowshahr Port Portal
DORAN Portal V3.8.2.2