1  **DAVID J. COOK, ESQ. (State Bar # 060859)**
   **ROBERT J. PERKISS, ESQ (State Bar # 62386)**
2  **COOK COLLECTION ATTORNEYS**
   **A PROFESSIONAL LAW CORPORATION**
3  165 Fell Street
   San Francisco, CA 94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA 94104-0270
5  Tel: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,759

7  Attorneys for Plaintiffs
   DEBORAH D. PETERSON, Personal Representatives
8  of the Estate of James C. Knipple (Dec.), et al.

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12

13 DEBORAH D. PETERSON, Personal        )   CASE NO. 3:08-mc-80030-JSW
   Representative of the Estate of James C. )
14 Knipple (Dec.), et al.,               )   RENOTICE OF MOTION AND MOTION FOR
                                         )   ASSIGNMENT OF RIGHTS PURSUANT TO
15         Plaintiffs,                   )   C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
                                         )
16 vs.                                   )   **[LANDING RIGHTS]**
                                         )
17 ISLAMIC REPUBLIC OF IRAN, et al.,     )   Date: June 20, 2008
                                         )   Time: 9:00 a.m.
18         Defendants.                   )   Courtroom: 17, 16th Floor
   _____)   Judge: Jeffrey S. White

19         TO THE ISLAMIC REPUBLIC OF IRAN, AND ALL OF ITS AGENCIES AND

20 INSTRUMENTALITIES, INCLUDING BUT NOT LIMITED TO IRAN AIR, AND TO ALL OF

21 ITS REPRESENTATIVES, AND ALL THIRD PARTIES HEREIN:

22         PLEASE TAKE NOTICE that the court has reset the above-entitled matter for the 20th day

23 of June, 2008 at the hour of 9:00 a.m., or as soon thereafter as the matter can be heard in

24 Courtroom 17, before the Honorable Jeffrey S. White, Judge of the United States District Court, at

25 the courthouse located at 450 Golden Gate Avenue, San Francisco, California 94102.

26 ///

27 ///

28

RENOTICE OF MOTION AND MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a)
AND F.R.C.P. 69(a) [LANDING RIGHTS] - CASE NO. 3:08-mc-80030-JSW                              1

1 | DATED: May 1, 2008

COOK COLLECTION ATTORNEYS

By: ___/s/ David J. Cook_____
DAVID J. COOK, ESQ. (SB# 060859)
Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal
Representatives of the Estate of James C. Knipple
(Dec.), et al.

F:\USERS\DJCNEW\peterson.assignlandingren

RENOTICE OF MOTION AND MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) [LANDING RIGHTS] - CASE NO. 3:08-mc-80030-JSW

2

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |

<div style="display:flex">

*Via Email dr-ahmadinejad@president.ir*
PRESIDENT DR. AHMADINEJAD

ISLAMIC REPUBLIC OF IRAN
acting through its
MINISTRY OF DEFENSE AND
SUPPORT FOR ARMED FORCES
No. 1 Shahid Kaboli Street
Beginning of Resalat Highway
Seyyed Khandan Bridge
P.O. Box 16765-1479
Tehran, Iran
Attn: Responsible Officer

ISLAMIC REPUBLIC OF IRAN
Pasadaran Avenue
Golestan Yekom
Teheran, Iran
ATTN: Responsible Officer

ISLAMIC REPUBLIC OF IRAN
Khomeini Avenue
United Nations Street
Teheran, Iran
ATTN: Responsible Officer

IRAN AIR
No.221, Second Floor, Public Relations,
Support Services Bld.
IranAir H.Q.
Mehrabad Airport
Tehran, Iran
E-mail: PR@IranAir.com

</div>

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

RENOTICE OF MOTION AND MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) [LANDING RIGHTS]

on the above-named person(s) by:

__XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

__XXX__ (BY EMAIL) Emailing addressed to the person's/company's email address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 1, 2008.

/s/ Karene Jen
Karene Jen