1  DAVID J. COOK, ESQ. (State Bar # 060859)
   ROBERT J. PERKISS, ESQ. (State Bar # 62386)
2  COOK COLLECTION ATTORNEYS
   A PROFESSIONAL LAW CORPORATION
3  165 Fell Street
   San Francisco, CA 94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA 94104-0270
5  Tel: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,759

7  Attorneys for Plaintiffs
   DEBORAH D. PETERSON, Personal Representatives
8  of the Estate of James C. Knipple (Dec.), et al.

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

| | |
|---|---|
| 13  DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., | CASE NO. 3:08-mc-80030-JSW |
| 14 | RENOTICE OF MOTION AND MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) |
| 15       Plaintiffs, | |
| 16  vs. | **[SHIPPING AND DOCK FEES and BUNKERED FUEL SALES]** |
| 17  ISLAMIC REPUBLIC OF IRAN, et al., | Date: June 20, 2008 |
| 18       Defendants. | Time: 9:00 a.m.<br>Courtroom: 17, 16th Floor<br>Judge: Jeffrey S. White |

19

20      TO THE ISLAMIC REPUBLIC OF IRAN, AND ALL OF ITS AGENCIES AND

21  INSTRUMENTALITIES, INCLUDING BUT NOT LIMITED TO MINISTRY OF ROADS AND

22  TRANSPORTATION, PORTS & SHIPPING ORGANIZATION, NATIONAL IRANIAN OIL

23  PRODUCTS DISTRIBUTION CO., THE NATIONAL IRANIAN OIL REFINING AND

24  DISTRIBUTING CO., THE MINISTRY OF PETROLEUM OF THE ISLAMIC REPUBLIC OF,

25  AND TO ALL OF ITS REPRESENTATIVES, AND ALL THIRD PARTIES HEREIN:

26      PLEASE TAKE NOTICE that the court has reset the above-entitled matter for the 20th day

27  of June, 2008 at the hour of 9:00 a.m., or as soon thereafter as the matter can be heard in

28

1  Courtroom 17, before the Honorable Jeffrey S. White, Judge of the United States District Court, at
2  the courthouse located at 450 Golden Gate Avenue, San Francisco, California 94102.
3  DATED: May 1, 2008                    COOK COLLECTION ATTORNEYS

By:  /s/ David J. Cook
DAVID J. COOK, ESQ. (SB# 060859)
Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal
Representatives of the Estate of James C. Knipple
(Dec.), et al.

8  F:\USERS\DJCNEW\peterson.assignshippingren

RENOTICE OF MOTION AND MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a)
AND F.R.C.P. 69(a) [SHIPPING AND DOCK FEES and BUNKERED FUEL SALES]
CASE NO. 3:08-mc-80030-JSW

2

**PROOF OF SERVICE**

| | |
|---|---|
| *Via Email dr-ahmadinejad@president.ir* | NATIONAL IRANIAN OIL REFINING |
| PRESIDENT DR. AHMADINEJAD | AND DISTRIBUTION COMPANY |
| | Opposite of Arak Alley Ostad Nejatollahi |
| ISLAMIC REPUBLIC OF IRAN | Ave. |
| Pasadaran Avenue | Zip Code 15989 |
| Golestan Yekom | P.O. Box 15815/3499 |
| Teheran, Iran | Tehran, Iran |
| ATTN: Responsible Officer | email: Info@niordc.ir |
| | |
| ISLAMIC REPUBLIC OF IRAN | MINISTRY OF PETROLEUM OF THE |
| Khomeini Avenue | ISLAMIC REPUBLIC OF IRAN |
| United Nations Street | ATTN: RESPONSIBLE OFFICER |
| Teheran, Iran | HAFEZ CROSSING |
| ATTN: Responsible Officer | Taleghani Avenue |
| | Tehran, Iran |
| MINISTRY OF ROADS AND | |
| TRANSPORTATION | National Iranian Oil Products Distribution |
| Attn: MOHAMMED RAHMATI | Company |
| MINISTER OF ROAD AND | Bahar St, Somaya Corner |
| TRANSPORTATION | Tehran 15617/ 33315 |
| Taleghani Avenue | P.O .Box 6165 |
| Tehran, Iran | Tehran |
| | ATTN: RESPONSIBLE OFFICER |
| ALI TAHERI | |
| DEPUTY MINISTER AND MANAGING | NATIONAL IRANIAN OIL COMPANY |
| DIRECTOR | ATTN: RESPONSIBLE OFFICER OR |
| PORT & SHIPPING ORGANIZATION OF | AGENT FOR SERVICE OF PROCESS |
| THE ISLAMIC REPUBLIC OF IRAN | Hafez Crossing |
| Building No. 2 | Taleghani Avenue |
| South Didar Street | Tehran, Iran |
| Shahid Hagnai Expressway.Vanak Square | |
| Tehran, Iran | |

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

RENOTICE OF MOTION AND MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) [SHIPPING AND DOCK FEES and BUNKERED FUEL]

on the above-named person(s) by:

\_\_XXX\_\_ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

\_\_XXX\_\_ (BY EMAIL) Emailing addressed to the person's/company's email address listed above.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 1, 2008.

       /s/ Karene Jen
       Karene Jen