DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ. (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel: (415) 989-4730
Fax: (415) 989-0491
File No. 52,759

Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
of the Estate of James C. Knipple (Dec.), et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>Defendants. | CASE NO. 3:08-mc-80030-JSW<br><br>NOTICE OF MOTION AND MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)<br><br>[FINANCIAL INSTITUTIONS]<br><br>Date: June 20, 2008<br>Time: 9:00 a.m.<br>Courtroom: 17, 16th Floor<br>Judge: Jeffrey S. White |

TO THE ISLAMIC REPUBLIC OF IRAN, THE CENTRAL BANK OF IRAN, AND ALL OF THE FINANCIAL INSTITUTIONS (hereinafter "BANKS") LISTED ON *EXHIBIT "E"* ATTACHED HERETO, AND TO THEIR AGENT, ATTORNEYS, AND OTHER REPRESENTATIVES ON THEIR BEHALF:

PLEASE TAKE NOTICE that on the 20th day of June, 2008 at the hour of 9:00 a.m., or as soon thereafter as the matter can be heard in Courtroom 17, before the Honorable Jeffrey S. White, Judge of the United States District Court, at the courthouse located at 450 Golden Gate Avenue, San Francisco, California 94102, Plaintiffs DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., will and do hereby move this court pursuant to

1  F.R.C.P. 69(a)(1) and C.C.P. § 708.510(a), for the following relief:

2      1. For an order assigning to Plaintiffs, and each of the same, by and through its named
3  Plaintiff DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple
4  (Dec.), all deposits, deposit accounts, rights to receive payment of money, contingent rights, future
5  rights, general intangibles, rights of any refund, rights to direct, transfer or dispose of any account,
6  deposit account, rights to receive any checks, drafts or money orders, rights to transfer, use or
7  control any account, regardless of the name, (all hereinafter collectively "Accounts"), to and in
8  favor of THE ISLAMIC REPUBLIC OF IRAN, and all of its agencies and instrumentalities
9  (hereinafter collectively "Iran"), in which such accounts, and each of the same, are in the
10 possession, control, dominion, custody, care, or held by the following financial institutions as
11 listed on *Exhibit "E"* to the Declaration of David J. Cook.

12     2. For an order compelling the assignment of all of the accounts, and each of the same, to
13 DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), as
14 a representative for and on behalf of the Plaintiffs in the above-entitled action, care of David J.
15 Cook, Esq., Cook Collection Attorneys, P.L.C., 165 Fell Street, San Francisco, CA 94102, and/or
16 P.O. Box 270, San Francisco, CA 94104, for purpose of satisfaction of the outstanding judgment
17 rendered in the United States District Court, District of Columbia, entitled Peterson vs. Islamic
18 Republic of Iran, Consolidated Case Nos. 01-2094 (RCL) and 01-2684 (RCL, and that the
19 assignment order remains in full force and effect, until the judgment is paid in full herein.

20     The basis of this motion is that Plaintiffs have obtained a judgment well in excess of $2.7
21 billion; that the judgment is based upon the 1983 bombing of the Marines barracks in Beirut,
22 Lebanon; that Plaintiffs are informed and believe that the various financial institutions as set forth
23 herein may have on hand accounts, deposit accounts, rights to payment of money as described
24 herein, in which Iran have an interest or control thereunder or are the owner therein; that Plaintiffs
25 have previously levied on some, but not all of the accounts; that many of the financial institutions
26 have responded by stating that Plaintiffs' levy is limited specifically to the "bank account" in the
27 hands of the local branch; that an assignment order permits Plaintiffs to reach all obligations, and
28

NOTICE OF MOTION AND MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a)
AND F.R.C.P. 69(a) [FINANCIAL INSTITUTIONS] - CASE NO. 3:08-mc-80030-JSW     2

each of the same, owed by the financial institutions, whether located in the United States, or otherwise; that Plaintiffs therefore seek the issuance of a broad-based assignment order which would reach all, and each of the ACCOUNTS, whether located in the United States, or located overseas hereunder.

This motion is based upon this Notice, the attached Motion, Memorandum of Points and Authorities, the Declaration of David J. Cook, Esq., upon all pleadings, papers and other matters on file herein, all matters which this court may take judicial notice hereof, which include but are not limited to, all papers, pleadings and other matters on file herein in that certain action known as *DEBORAH D. PETERSON, Personal Representatives of the Estate of James C. Knipple (Dec.), et al., vs. ISLAMIC REPUBLIC OF IRAN, et al.*, United States District Court for the District of Columbia, Consolidated Civil Actions: 01-2094 (RCL) and 01-2684 (RCL), all other matters which the court may take judicial notice thereof, and upon all oral evidence and argument which may be presented at the hearing hereof.

DATED: May 1, 2008                    COOK COLLECTION ATTORNEYS

By: ___/s/ David J. Cook___
DAVID J. COOK, ESQ. (SB# 060859)
Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal
Representatives of the Estate of James C. Knipple
(Dec.), et al.

F:\USERS\DJCNEW\peterson.assignfinancial