1  DAVID J. COOK, ESQ. (State Bar # 060859)
   ROBERT J. PERKISS, ESQ. (State Bar # 62386)
2  COOK COLLECTION ATTORNEYS
   A PROFESSIONAL LAW CORPORATION
3  165 Fell Street
   San Francisco. CA 94102
4  Mailing Address: P.O. Box 270
   San Francisco. CA 94104-0270
5  Tel: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52.759

7  Attorneys for Plaintiffs
   DEBORAH D. PETERSON. Personal Representatives
8  of the Estate of James C. Knipple (Dec.). et al.

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12

13  DEBORAH D. PETERSON. Personal      )    CASE NO. 3:08-mc-80030-JSW
    Representative of the Estate of James C.  )
    Knipple (Dec.). et al..              )    MOTION FOR ASSIGNMENT OF RIGHTS
14                                       )    PURSUANT TO C.C.P. § 708.510(a) AND
                                         )    F.R.C.P. 69(a)
15             Plaintiffs,               )
                                         )    [FINANCIAL INSTITUTIONS]
16  vs.                                  )
                                         )    Date:  June 20, 2008
17  ISLAMIC REPUBLIC OF IRAN, et al.,    )    Time:  9:00 a.m.
                                         )    Courtroom: 17, 16th Floor
18             Defendants.               )    Judge: Jeffrey S. White
    _____     )

19

20      Plaintiffs DEBORAH D. PETERSON. Personal Representative of the Estate of James C.

21  Knipple (Dec.). et al., hereby move this court for the following relief, for purposes of enforcement

22  of the judgment in their favor rendered in the above-entitled action dated 9/7/07 in the amount of

23  $2.656.944,877, as follows:

24      1. For an order assigning to Plaintiffs. and each of the same. by and through its named

25  Plaintiff DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple

26  (Dec.), all deposits. deposit accounts, rights to receive payment of money, contingent rights. future

27  rights. general intangibles. rights of any refund, rights to direct. transfer or dispose of any account.

28  deposit account. rights to receive any checks, drafts or money orders, rights to transfer. use or

1  control any account, regardless of the name, (all hereinafter collectively "Accounts"), to and in

2  favor of THE ISLAMIC REPUBLIC OF IRAN, and all of its agencies and instrumentalities

3  (hereinafter collectively "Iran"), in which such accounts, and each of the same, are in the

4  possession, control, dominion, custody, care, or held by the following financial institutions as

5  listed on *Exhibit "E"* to the Declaration of David J. Cook.

6        2.  For an order compelling the assignment of all of the accounts, and each of the same, to

7  DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), as

8  a representative for and on behalf of the Plaintiffs in the above-entitled action, care of David J.

9  Cook, Esq., Cook Collection Attorneys, P.L.C., 165 Fell Street, San Francisco, CA 94102, and/or

10  P.O. Box 270, San Francisco, CA 94104, for purpose of satisfaction of the outstanding judgment

11  rendered in the United States District Court, District of Columbia, entitled Peterson vs. Islamic

12  Republic of Iran, Consolidated Case Nos. 01-2094 (RCL) and 01-2684 (RCL, and that the

13  assignment order remains in full force and effect, until the judgment is paid in full herein.

14        This motion is based upon this Motion, the attached Notice, Memorandum of Points and

15  Authorities, Declaration of David J. Cook, Esq., upon all pleadings, papers and other matters on

16  file herein, all matters which this court may take judicial notice hereof, which include but are not

17  limited to, all papers, pleadings and other matters on file herein in that certain action known as

18  *DEBORAH D. PETERSON, Personal Representatives of the Estate of James C. Knipple (Dec.), et*

19  *al., vs. ISLAMIC REPUBLIC OF IRAN, et al.*, United States District Court for the District of

20  Columbia, Consolidated Civil Actions: 01-2094 (RCL) and 01-2684 (RCL), all other matters

21  which the court may take judicial notice thereof, and upon all oral evidence and argument which

22  may be presented at the hearing hereof.

23  DATED:  May 1, 2008                 COOK COLLECTION ATTORNEYS

24                                     By:  ___/s/ David J. Cook_____
                                   DAVID J. COOK, ESQ. (SB# 060859)

25                                     Attorneys for Plaintiffs
                                   DEBORAH D. PETERSON, Personal

26                                     Representatives of the Estate of James C. Knipple
                                   (Dec.), et al.

27

   F:\USERS\DJCNEW\peterson.assignfinancial

28

MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
[FINANCIAL INSTITUTIONS] - CASE NO. 3:08-mc-80030-JSW                     2