**DAVID J. COOK, ESQ. (State Bar # 060859)**
**ROBERT J. PERKISS, ESQ. (State Bar # 62386)**
**COOK COLLECTION ATTORNEYS**
**A PROFESSIONAL LAW CORPORATION**
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel.: (415) 989-4730
Fax: (415) 989-0491
File No. 52,759

Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
of the Estate of James C. Knipple (Dec.), et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., <br><br>Plaintiffs, <br><br>vs. <br><br>ISLAMIC REPUBLIC OF IRAN, et al., <br><br>Defendants. | CASE NO. 3:08-mc-80030-JSW <br><br>DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) <br><br>[FINANCIAL INSTITUTIONS] <br><br>Date: June 20, 2008 <br>Time: 9:00 a.m. <br>Courtroom: 17, 16th Floor <br>Judge: Jeffrey S. White |

I, DAVID J. COOK, hereby declare and state as follows:

1. I am one of the attorneys of record for Plaintiffs in the above-entitled action, am duly authorized to practice before all courts in the State of California, and am familiar with the facts and circumstances in this action.

2. Plaintiffs have recovered judgment in the amount of $2,656,944,877.00 on 9/7/07 against THE ISLAMIC REPUBLIC OF IRAN ("Iran") based upon that certain incident described in the MEMORANDUM OPINION of 5/30/03. Plaintiffs thereafter obtained judgment on 9/7/07, and a true and correct copy of the JUDGMENT is attached hereto marked *Exhibit "A."*

DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION FOR ASSIGNMENT OF RIGHTS
PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) [FINANCIAL INSTITUTIONS]
CASE NO. 3:08-mc-80030-JSW                                                                    1

3. Plaintiffs are informed and believe that many of these financial institutions on a worldwide basis do business with Iran. The basis of this information is predicated upon the EIA Report from the Department of Energy, a true and correct copy attached hereto marked *Exhibit "B,"* showing that Iran is the second largest purchaser of gasoline, second to the United States, importing billions of dollars. Iran necessarily must pay for the gasoline services through one or more mediums. Typically, Iran would pay a financial institution to issue a letter of credit, enabling the seller of the gas to ship the gas, and in turn, receive payment through a "draw down" based upon the letter of credit. In many cases, the banks issuing the letters of credit would be large European and Asian banks, assuring essentially their own "clientele," that in fact they would be paid predicated upon the shipment of gasoline and other refined products.

4. Iran is also a major importer of such products as industrial and raw materials, intermediate goods, capital goods, foodstuffs, and other consumer items and goods and technical services, all of which is set forth in great detail in the Central Intelligence Agency "World Fact Book," a true and correct copy which is attached hereto marked *Exhibit "C."* Needless to say, Iran has to pay for these goods and services, primarily goods, and the typical methodology is through a letter of credit, issued by a neutral bank.

5. Iran's vast import market is confirmed by the GAO "Highlights" Report of December, 2007, a true and correct copy attached hereto marked *Exhibit "D,"* which shows at page 30 literally billions of dollars of imports coming to Iran from such countries as Germany, China, UAE, Korea, France, Italy, Russia, India, Brazil, Japan, among others. Commons sense again would dictate that these "exporting countries," to assure themselves of payment, are in fact demanding and receiving letters of credit, all of which

6. Plaintiffs seek an assignment of rights of all deposits, deposit accounts, rights to receive payment of money, contingent rights, future rights, general intangibles, rights of any refund, rights to direct, transfer or dispose of any account, deposit account, rights to receive any checks, drafts or money orders, rights to transfer, use or control any account, regardless of the name, (all hereinafter collectively "Accounts"), to and in favor of THE ISLAMIC REPUBLIC OF IRAN.

DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) [FINANCIAL INSTITUTIONS]
CASE NO. 3:08-mc-80030-JSW

2

and all of its agencies and instrumentalities, (hereinafter collectively "Iran"), in which such accounts, and each of the same, are in the possession, control, dominion, custody, care, or held by the following financial institutions ("Banks") as listed on the attached *Exhibit "E."*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 1, 2008.

                                          /s/ David J. Cook
                                    DAVID J. COOK, ESQ. (SB# 060859)

F:\USERS\DJCNEW\peterson.assignfinancial

DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) [FINANCIAL INSTITUTIONS]
CASE NO. 3:08-mc-80030-JSW