EXHIBIT "E"

## *EXHIBIT "E"*

ABN Amro
101 California Street, Suite 4300
San Francisco, CA 94111
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Abu Dhabi International Bank
1020 19th St NW # 500
Washington, DC 20036
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Asian Development Bank
815 Connecticut Ave NW # 325
Washington, DC 20006
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

AUSTRIAN NATIONAL BANK
745 5TH Ave. Suite 2005
New York, New York 10151
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Bank of Tokyo Mitsubishi-UFJ
Suite 350
1909 K St NW,
Washington, DC 20006
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Bank of Tokyo Mitsubishi-UFJ
400 California Street
San Francisco, CA 94104
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Bank of Tokyo Mitsubishi UFJ
777 South Figueroa Street #600
Los Angeles, CA 90017
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

BNP Paribas
One Front Street
San Francisco, CA 94111
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

BNP Paribas
725 Figueroa Street, Suite 2090
Los Angeles, CA 90017
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Commercial Bank of Kuwait
1120 Avenue of the Americas
New York, New York 10036
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Commerzbank
633 West Fifth Street, Suite 6600
Los Angeles, CA 90071
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Commerzbank AG
2 World Financial Center
New York, New York 10281
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Credit Suisse Group
1201 F St NW # 450
Washington, DC 20004
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Credit Suisse AG
1801 Avenue of the Starts, Suite 311
Los Angeles, CA 90067
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

CALYON [BANK] fka CREDIT LYONNAIS and FKA CREDIT AGRICOLE
515 South Flower Street, Suite 2200
Los Angeles, CA 90071
Attn: PRESIDENT OR AGENT FOR SERVICE OF PROCESS

CALYON [BANK] fka CREDIT LYONNAIS and FKA CREDIT AGRICOLE
1301 Avenue of the Americas
New York, New York 10019
Attn: PRESIDENT OR AGENT FOR SERVICE OF PROCESS

CALYON [BANK] fka CREDIT LYONNAIS and FKA CREDIT AGRICOLE care of
CT CORPORATION SYSTEM
818 West 7th Street
Los Angeles, California 90017

Credit Suisse AG
2121 Avenue of the Stars
Los Angeles, CA 90067
Attn: PRESIDENT OR AGENT FOR SERVICE OF PROCESS

Credit Suisse AG
1201 F St NW # 450
Washington, DC 20004
Attn: PRESIDENT OR AGENT FOR SERVICE OF PROCESS

Deutsche Bank
300 South Grand Ave.
Los Angeles, CA 90071
Attn: PRESIDENT OR AGENT FOR SERVICE OF PROCESS

Deutsche Bank AG
1399 New York Ave NW # 500
Washington, DC 20005
Attn: PRESIDENT OR AGENT FOR SERVICE OF PROCESS

Deutsche Bank AG
101 California Street
San Francisco, California 94111
Attn: PRESIDEN TOR AGENT FOR SERVICE OF PROCESS

Development Bank of Japan
1101 17th St NW # 1001
Washington, DC 20036
Attn: PRESIDENT OR AGENT FOR SERVICE OF PROCESS

DZ BANK
609 5th Avenue, Suite 601
New York, New York 10017
Attn: PRESIDENT OR AGENT FOR SERVICE OF PROCESS

Export Import Bank of Korea
1300 L St NW # 825
Washington, DC 20005
Attn: PRESIDENT OR AGENT FOR SERVICE OF PROCESS

Export Import Bank of Korea
460 Park Avenue,
New York, New York 10022
Attn: PRESIDENT OR AGENT FOR SERVICE OF PROCESS

Export Import Bank of India
1750 Pennsylvania Ave NW
Washington, DC 20006
Attn: PRESIDENT OR AGENT FOR SERVICE OF PROCESS

Industrial Bank
4812 Georgia Ave NW
Washington, DC 20011
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

International Monetary Fund
700 19th St NW
Washington, DC 20431
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

International Finance Corporation
2121 Pennsylvania Ave NW
Washington, DC 20433
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

INTERNATIONAL BANK FOR
RECONSTRUCTION AND
DEVELOPMENT (aka THE WOLRD
BANK)
1818 H St NW
Washington, DC 20433
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Japan Bank for International Cooperation
1909 K St NW # 300
Washington, DC 20006
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Mitsubishi Trust and Banking
520 Madison Ave., Suite 2501
New York, New York 10022
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Mizuho Corporate Bank ( Japan )
350 South Grand Avenue., Suite 1500
Los Angeles, CA 90017
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Natexis Banques Populaires
1901 Avenue of the Stars, Suite 1901
Los Angeles, CA 90067
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Natexis Banques Populaires
1251 - 6TH Avenue
New York, NY 10020
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

NATIONAL BANK OF PAKISTAN
100 Wall Street
New York, New York 10005 Attn:
PRESIDENT OR AGENT FOR SERVICE
OF PROCESS
Attn: LEGAL PROCESSING DEPT.

Rabobank International
1825 I St NW # 400
Washington, DC 20006
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Raiffeisen Zentral Bank
1133 Avenue of the Americas
New York, NY 10036
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS.

Societe Generale
1221 Avenue of the Americas
New York, NY 10020
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

State Bank of India
2001 Pennsylvania Ave NW # 625
Washington, DC 20006
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Sumitomo Mitsui Banking Corporation
555 California Street, Suite 3350
San Francisco, CA 94104
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Sumitomo Mitsui Banking Corporation
777 South Figueroa, Suite 2600
Los Angeles, CA 90017
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

UBS AG
101 California Street, Suite 2770
San Francisco, CA 94111
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

UBS AG
633 West Fifth Street
Los Angeles, CA 90017
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

UBS AG
1501 K St NW
Washington, DC 20005
(202) 585-4000
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

F:\USERS\DJCNEW\PETERSON.banksa