DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ. (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel: (415) 989-4730
Fax: (415) 989-0491
File No. 52,759

Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
of the Estate of James C. Knipple (Dec.), et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants. | CASE NO. 3:08-mc-80030-JSW <br><br> APPLICATION IN SUPPORT OF ORDER FOR RESETTING OF POST-JUDGMENT MOTIONS |

COMES NOW Plaintiffs DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., who hereby moves this court for an administrative order resetting on the court's calendar those certain two post-judgment motions currently set for May 30, 2008, entitled as follows:

1. NOTICE OF MOTION AND MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) [SHIPPING AND DOCK FEES and BUNKERED FUEL SALES];

2. NOTICE OF MOTION AND MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) [LANDING RIGHTS].

to June 20, 2008, on the grounds that the May 30, 2008 hearing date for the two subject motions was inadvertently premature; that Plaintiff has currently filed and served another post-judgment motion set for June 20, 2008 herein, and that the interest of justice will be served by consolidating all of the motions, as they all deal with generally the same overall issues, and moreover, will permit an orderly handling of the same.

DATED: May 7, 2008                    COOK COLLECTION ATTORNEYS

By: ___/s/ David J. Cook___
DAVID J. COOK, ESQ. (SB# 060859)
Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal
Representatives of the Estate of James C. Knipple
(Dec.), et al.

F:\USERS\DJCNEW\peterson.app

APPLICATION IN SUPPORT OF ORDER FOR RESETTING OF POST-JUDGMENT MOTIONS
CASE NO. 3:08-mc-80030-JSW                    2

1  DAVID J. COOK, ESQ. (State Bar # 060859)
   ROBERT J. PERKISS, ESQ. (State Bar # 62386)
2  COOK COLLECTION ATTORNEYS
   A PROFESSIONAL LAW CORPORATION
3  165 Fell Street
   San Francisco, CA 94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA 94104-0270
5  Tel: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,759

7  Attorneys for Plaintiffs
   DEBORAH D. PETERSON, Personal Representatives
8  of the Estate of James C. Knipple (Dec.), et al.

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12
   DEBORAH D. PETERSON, Personal      )   CASE NO. 3:08-mc-80030-JSW
13 Representative of the Estate of James C. )
   Knipple (Dec.), et al.,            )   DECLARATION OF DAVID J. COOK, ESQ.
14                                    )   IN SUPPORT OF APPLICATION IN
              Plaintiffs,             )   SUPPORT OF ORDER FOR RESETTING OF
15                                    )   POST-JUDGMENT MOTIONS
   vs.                                )
16                                    )
   ISLAMIC REPUBLIC OF IRAN, et al.,  )
17                                    )
              Defendants.             )
18 _____)

19         I, DAVID J. COOK, hereby declare and state as follows:

20         1. I am one of the attorneys of record for Plaintiffs in the above-entitled action, am duly

21 authorized to practice before all courts in the State of California, and am familiar with the facts

22 and circumstances in this action.

23         2. On April 25, 2008, Declarant as attorney for and on behalf of Plaintiffs filed that certain

24 NOTICE OF MOTION AND MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO

25 C.C.P. § 708.510(a) AND F.R.C.P. 69(a) [**LANDING RIGHTS**], setting the hearing date on May

26 30, 2008. The subject of the motions are certain assets of THE ISLAMIC REPUBLIC OF IRAN

27 ("Iran").

28

DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF APPLICATION IN SUPPORT OF ORDER FOR
RESETTING OF POST-JUDGMENT MOTIONS - CASE NO. 3:08-mc-80030-JSW                               1

3. On April 29, 2008, Declarant as attorney for and on behalf of Plaintiffs filed that second motion entitled NOTICE OF MOTION AND MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) [**SHIPPING AND DOCK FEES and BUNKERED FUEL SALES**], likewise setting the hearing date for May 30, 2008.

4. On May 1, 2008, Declarant filed that certain motion entitled NOTICE OF MOTION AND MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) [**FINANCIAL INSTITUTIONS**] setting the matter for June 20, 2008.

5. Declarant seeks from this court an order consolidating all of the three motions on June 20, 2008 for the purpose of general consolidation, that they all deal with Iran and enforcement actions, that the first two motions may not have been set in conformity with the 35-day requirement of the Local Rules of this court, and moreover, Declarant has been in touch with the United States Department of Justice ("DOJ"), Civil Division, Federal Programs Branch, Hannah Chinoise, who may be filing a STATEMENT OF INTEREST on behalf of other parties in the action entitled *Greenbaum vs. Islamic Republic of Iran*, pending in the United States District Court, Central District of California, Case No. 2:08-CV-00740-GAF (SSx), at the request of the DOJ, those certain motions on behalf of Greenbaum (other Iranian victims) have been continued to June 23, 2008.

6. Iran has not responded to any of the outstanding motions, or any one of the same, nor any other person or party. The continuance of motions filed on April 25, 2008 and April 29, 2008 motions will permit the consolidation on a later hearing date, in conformity with Local Rules of court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 7, 2008.

                /s/ David J. Cook
                DAVID J. COOK, ESQ. (SB# 060859)

F:\USERS\DJCNEW\peterson.app

1  DAVID J. COOK, ESQ. (State Bar # 060859)
   ROBERT J. PERKISS, ESQ. (State Bar # 62386)
2  COOK COLLECTION ATTORNEYS
   A PROFESSIONAL LAW CORPORATION
3  165 Fell Street
   San Francisco, CA 94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA 94104-0270
5  Tel.: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,759

7  Attorneys for Plaintiffs
   DEBORAH D. PETERSON, Personal Representatives
8  of the Estate of James C. Knipple (Dec.), et al.

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12
    DEBORAH D. PETERSON, Personal        )   CASE NO. 3:08-mc-80030-JSW
13  Representative of the Estate of James C. )
    Knipple (Dec.), et al.,               )
14                                        )   ORDER RESETTING OF POST-JUDGMENT
                    Plaintiffs,           )   MOTIONS
15                                        )
    vs.                                   )
16                                        )
    ISLAMIC REPUBLIC OF IRAN, et al.,     )
17                                        )
                    Defendants.           )
18  _____ )

19       Based upon the Declaration of David J. Cook, Esq., and to insure the orderly disposition of

20  three post-judgment motions seeking recovery of a $2.7 billion judgment against Iran, and

21  moreover, in light of the prospect that the Department of Justice of the United States, Civil

22  Division, Federal Programs Branch, might be filing a Statement of Interest, and that no other

23  parties appeared in this matter, and for good cause appearing,

24       IT IS HEREBY ORDERED that the motion filed and served on April 25, 2008 entitled

25  NOTICE OF MOTION AND MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO

26  C.C.P. § 708.510(a) AND F.R.C.P. 69(a) [LANDING RIGHTS], and the motion filed and served

27  on April 29, 2008 entitled NOTICE OF MOTION AND MOTION FOR ASSIGNMENT OF

28  RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) [SHIPPING AND DOCK

ORDER RESETTING OF POST-JUDGMENT MOTIONS - CASE NO. 3:08-mc-80024-JSW                    1

1 | FEES and BUNKERED FUEL SALES], be and the same is hereby continued to June 20, 2008
2 | at the hour of 9:00 a.m. in Courtroom 17 before the Honorable Jeffrey S. White
3 |     IT IS FURTHER ORDERED that counsel for Plaintiffs shall promptly give notice to all
4 | interested persons and parties herein at the earliest possible opportunity.
5 |
6 | DATED: _____      _____
7 |     JEFFREY S. WHITE
    JUDGE OF THE UNITED STATES
    DISTRICT COURT
8 |
9 | F:\USERS\DJCNEW\peterson.app
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

ORDER RESETTING OF POST-JUDGMENT MOTIONS - CASE NO. 3:08-mc-80024-JSW     2

1  DAVID J. COOK, ESQ. (State Bar # 060859)
   ROBERT J. PERKISS, ESQ. (State Bar # 62386)
2  COOK COLLECTION ATTORNEYS
   A PROFESSIONAL LAW CORPORATION
3  165 Fell Street
   San Francisco, CA 94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA 94104-0270
5  Tel.: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,759

7  Attorneys for Plaintiffs
   DEBORAH D. PETERSON, Personal Representatives
8  of the Estate of James C. Knipple (Dec.), et al.

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12
   DEBORAH D. PETERSON, Personal          )   CASE NO. 3:08-mc-80030-JSW
13 Representative of the Estate of James C. )
   Knipple (Dec.), et al.,                 )
14                                          )   PROOF OF SERVICE
              Plaintiffs,                   )
15                                          )
   vs.                                      )
16                                          )
   ISLAMIC REPUBLIC OF IRAN, et al.,        )
17                                          )
              Defendants.                   )
18 _____ )

19 *Via Email dr-ahmadinejad@president.ir*
   PRESIDENT DR. AHMADINEJAD
20
   ISLAMIC REPUBLIC OF IRAN
21 Pasadaran Avenue
   Golestan Yekom
22 Teheran, Iran
   ATTN: Responsible Officer
23
   ISLAMIC REPUBLIC OF IRAN
24 Khomeini Avenue
   United Nations Street
25 Teheran, Iran
   ATTN: Responsible Officer
26

27

28

PROOF OF SERVICE - CASE NO. 3:08-mc-80024-JSW                                    1

1  I declare:

2  I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San
3  Francisco, CA 94102. On the date set forth below, I served the attached:

4  APPLICATION IN SUPPORT OF ORDER FOR RESETTING OF POST-JUDGMENT MOTIONS

5
   DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF APPLICATION IN
6  SUPPORT OF ORDER FOR RESETTING OF POST-JUDGMENT MOTIONS

7  ORDER RESETTING OF POST-JUDGMENT MOTIONS

8  on the above-named person(s) by:

9  __XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the
10 person(s) served above.

11 __XXX__ (BY EMAIL) Emailing addressed to the person's/company's email address listed above.
12
   I declare under penalty of perjury that the foregoing is true and correct.
13
   Executed on May 7, 2008.
14

15                              /s/ Karene Jen
                                Karene Jen
16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE - CASE NO. 3:08-mc-80024-JSW                                    2