```
DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ. (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel: (415) 989-4730
Fax: (415) 989-0491
File No. 52,759

Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
of the Estate of James C. Knipple (Dec.), et al.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants. | CASE NO. 3:08-mc-80030-JSW <br><br> DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF APPLICATION IN SUPPORT OF ORDER FOR RESETTING OF POST-JUDGMENT MOTIONS |

I, DAVID J. COOK, hereby declare and state as follows:

1. I am one of the attorneys of record for Plaintiffs in the above-entitled action, am duly authorized to practice before all courts in the State of California, and am familiar with the facts and circumstances in this action.

2. On April 25, 2008, Declarant as attorney for and on behalf of Plaintiffs filed that certain NOTICE OF MOTION AND MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) [**LANDING RIGHTS**], setting the hearing date on May 30, 2008. The subject of the motions are certain assets of THE ISLAMIC REPUBLIC OF IRAN ("Iran").

DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF APPLICATION IN SUPPORT OF ORDER FOR RESETTING OF POST-JUDGMENT MOTIONS - CASE NO. 3:08-mc-80030-JSW                                         1

3. On April 29, 2008, Declarant as attorney for and on behalf of Plaintiffs filed that second motion entitled NOTICE OF MOTION AND MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) **[SHIPPING AND DOCK FEES and BUNKERED FUEL SALES]**, likewise setting the hearing date for May 30, 2008.

4. On May 1, 2008, Declarant filed that certain motion entitled NOTICE OF MOTION AND MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) **[FINANCIAL INSTITUTIONS]** setting the matter for June 20, 2008.

5. Declarant seeks from this court an order consolidating all of the three motions on June 20, 2008 for the purpose of general consolidation, that they all deal with Iran and enforcement actions, that the first two motions may not have been set in conformity with the 35-day requirement of the Local Rules of this court, and moreover, Declarant has been in touch with the United States Department of Justice ("DOJ"), Civil Division, Federal Programs Branch, Hannah Chinoise, who may be filing a STATEMENT OF INTEREST on behalf of other parties in the action entitled *Greenbaum vs. Islamic Republic of Iran*, pending in the United States District Court, Central District of California, Case No. 2:08-CV-00740-GAF (SSx), at the request of the DOJ, those certain motions on behalf of Greenbaum (other Iranian victims) have been continued to June 23, 2008.

6. Iran has not responded to any of the outstanding motions, or any one of the same, nor any other person or party. The continuance of motions filed on April 25, 2008 and April 29, 2008 motions will permit the consolidation on a later hearing date, in conformity with Local Rules of court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 7, 2008.

/s/ David J. Cook
DAVID J. COOK, ESQ. (SB# 060859)

F:\USERS\DJCNEW\peterson.app