1  DAVID J. COOK, ESQ. (State Bar # 060859)
   ROBERT J. PERKISS, ESQ. (State Bar # 62386)
2  COOK COLLECTION ATTORNEYS
   A PROFESSIONAL LAW CORPORATION
3  165 Fell Street
   San Francisco, CA 94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA 94104-0270
5  Tel.: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,759

7  Attorneys for Plaintiffs
   DEBORAH D. PETERSON, Personal Representatives
8  of the Estate of James C. Knipple (Dec.), et al.

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12
   DEBORAH D. PETERSON, Personal      )   CASE NO. 3:08-mc-80030-JSW
13 Representative of the Estate of James C. )
   Knipple (Dec.), et al.,            )
14                                    )   PROOF OF SERVICE
                 Plaintiffs,          )
15                                    )
   vs.                                )
16                                    )
   ISLAMIC REPUBLIC OF IRAN, et al.,  )
17                                    )
                 Defendants.          )
18 _____ )

19 *Via Email dr-ahmadinejad@president.ir*
   PRESIDENT DR. AHMADINEJAD
20
   ISLAMIC REPUBLIC OF IRAN
21 Pasadaran Avenue
   Golestan Yekom
22 Teheran, Iran
   ATTN: Responsible Officer
23
   ISLAMIC REPUBLIC OF IRAN
24 Khomeini Avenue
   United Nations Street
25 Teheran, Iran
   ATTN: Responsible Officer
26

27

28

PROOF OF SERVICE - CASE NO. 3:08-mc-80024-JSW                                    1

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

APPLICATION IN SUPPORT OF ORDER FOR RESETTING OF POST-JUDGMENT MOTIONS

DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF APPLICATION IN SUPPORT OF ORDER FOR RESETTING OF POST-JUDGMENT MOTIONS

ORDER RESETTING OF POST-JUDGMENT MOTIONS

on the above-named person(s) by:

__XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

__XXX__ (BY EMAIL) Emailing addressed to the person's/company's email address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 7, 2008.

/s/  Karene Jen
Karene Jen