1  **DAVID J. COOK, ESQ. (State Bar # 060859)**
   **ROBERT J. PERKISS, ESQ. (State Bar # 62386)**
2  **COOK COLLECTION ATTORNEYS**
   **A PROFESSIONAL LAW CORPORATION**
3  165 Fell Street
   San Francisco. CA 94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA 94104-0270
5  Tel: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52.759

7  Attorneys for Plaintiffs
   DEBORAH D. PETERSON, Personal Representatives
8  of the Estate of James C. Knipple (Dec.). et al.

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12
   DEBORAH D. PETERSON, Personal    )    CASE NO. 3:08-mc-80030-JSW (BZ)
13 Representative of the Estate of James C. )
   Knipple (Dec.). et al..          )    AMENDED APPLICATION IN SUPPORT OF
14                                   )    ORDER FOR RESETTING OF POST-
            Plaintiffs,             )    JUDGMENT MOTIONS
15                                   )
   vs.                               )
16                                   )
   ISLAMIC REPUBLIC OF IRAN. et al., )
17                                   )
            Defendants.             )
18 _____ )

19
         COMES NOW Plaintiffs DEBORAH D. PETERSON, Personal Representative of the
20
   Estate of James C. Knipple (Dec.), et al.. who hereby moves this court for an administrative order
21
   resetting on the court's calendar those certain two post-judgment motions currently set for May
22
   30. 2008. entitled as follows:
23
         1.    NOTICE OF MOTION AND MOTION FOR ASSIGNMENT OF RIGHTS
24             PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) **[SHIPPING AND
               DOCK FEES and BUNKERED FUEL SALES]**;
25
         2.    NOTICE OF MOTION AND MOTION FOR ASSIGNMENT OF RIGHTS
26             PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) **[LANDING RIGHTS]**.
27

28

1 | and the subsequent motion currently set for June 20, 2008. entitled:

2 |     3.     NOTICE OF MOTION AND MOTION FOR ASSIGNMENT OF RIGHTS
3 |            PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) [**FINANCIAL INSTITUTIONS**]

4 | to July 2, 2008 at 10:00 a.m. in Courtroom G. on the grounds that the above-entitled action has

5 | been referred to Magistrate Judge Bernard Zimmerman, and the first available hearing date for

6 | Judge Zimmerman is July 2, 2008.

7 | DATED:  May 7, 2008              COOK COLLECTION ATTORNEYS

8 |

9 |                                  By:  ___/s/ David J. Cook_____
9 |                                  DAVID J. COOK, ESQ. (SB# 060859)

Attorneys for Plaintiffs
10 |                                  DEBORAH D. PETERSON, Personal

Representatives of the Estate of James C. Knipple
11 |                                  (Dec.). et al.

12 |

F:\USERS\DJCNEW\peterson.appame
13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

1 | **DAVID J. COOK, ESQ. (State Bar # 060859)**
**ROBERT J. PERKISS, ESQ. (State Bar # 62386)**
2 | **COOK COLLECTION ATTORNEYS**
**A PROFESSIONAL LAW CORPORATION**
3 | 165 Fell Street
San Francisco. CA  94102
4 | Mailing Address: P.O. Box 270
San Francisco. CA  94104-0270
5 | Tel: (415) 989-4730
Fax: (415) 989-0491
6 | File No. 52.759

7 | Attorneys for Plaintiffs
DEBORAH D. PETERSON. Personal Representatives
8 | of the Estate of James C. Knipple (Dec.), et al.

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.). et al.. | CASE NO. 3:08-mc-80030-JSW |
| Plaintiffs, | AMENDED DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF APPLICATION IN SUPPORT OF ORDER FOR RESETTING OF POST-JUDGMENT MOTIONS |
| vs. | |
| ISLAMIC REPUBLIC OF IRAN. et al.. | |
| Defendants. | |

I, DAVID J. COOK. hereby declare and state as follows:

1. I am one of the attorneys of record for Plaintiffs in the above-entitled action, am duly authorized to practice before all courts in the State of California, and am familiar with the facts and circumstances in this action.

2. On April 25, 2008, Declarant as attorney for and on behalf of Plaintiffs filed that certain NOTICE OF MOTION AND MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) **[LANDING RIGHTS]**, setting the hearing date on May 30. 2008.  The subject of the motions are certain assets of THE ISLAMIC REPUBLIC OF IRAN ("Iran").

1    3. On April 29, 2008. Declarant as attorney for and on behalf of Plaintiffs filed that second

2    motion entitled NOTICE OF MOTION AND MOTION FOR ASSIGNMENT OF RIGHTS

3    PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) **[SHIPPING AND DOCK FEES and**

4    **BUNKERED FUEL SALES],** likewise setting the hearing date for May 30. 2008.

5    4. On May 1, 2008. Declarant filed that certain motion entitled NOTICE OF MOTION

6    AND MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND

7    F.R.C.P. 69(a) **[FINANCIAL INSTITUTIONS]** setting the matter for June 20. 2008.

8    5. Declarant seeks from this court an order consolidating all of the three motions on July

9    2, 2008 at 10:00 a.m. for the purpose of general consolidation, that they all deal with Iran and

10   enforcement actions, that the first two motions may not have been set in conformity with the 35-

11   day requirement of the Local Rules of this court, and moreover, Declarant has been in touch with

12   the United States Department of Justice ("DOJ"), Civil Division, Federal Programs Branch.

13   Hannah Chinoise, who may be filing a STATEMENT OF INTEREST on behalf of other parties in

14   the action entitled *Greenbaum vs. Islamic Republic of Iran*, pending in the United States District

15   Court, Central District of California. Case No. 2:08-CV-00740-GAF (SSx), at the request of the

16   DOJ. those certain motions on behalf of Greenbaum (other Iranian victims) have been continued

17   to June 23, 2008.

18   6. Iran has not responded to any of the outstanding motions. or any one of the same. nor

19   any other person or party.  The continuance of all three motions will permit the consolidation on a

20   later hearing date, in conformity with Local Rules of court, and to accommodate the court's

21   calendar.

22   I declare under penalty of perjury that the foregoing is true and correct.

23   Executed on May 7, 2008.

24

25   _____ /s/ David J. Cook _____
      DAVID J. COOK, ESQ. (SB# 060859)

26
      F:\USERS\DJCNEW\peterson.appame
27

28

DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF APPLICATION IN SUPPORT OF ORDER FOR
RESETTING OF POST-JUDGMENT MOTIONS - CASE NO. 3:08-mc-80030-JSW                2

1 | **DAVID J. COOK, ESQ. (State Bar # 060859)**
**ROBERT J. PERKISS, ESQ. (State Bar # 62386)**
2 | **COOK COLLECTION ATTORNEYS**
**A PROFESSIONAL LAW CORPORATION**
3 | 165 Fell Street
San Francisco, CA  94102
4 | Mailing Address: P.O. Box 270
San Francisco, CA  94104-0270
5 | Tel: (415) 989-4730
Fax: (415) 989-0491
6 | File No. 52.759

7 | Attorneys for Plaintiffs
DEBORAH D. PETERSON. Personal Representatives
8 | of the Estate of James C. Knipple (Dec.), et al.

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12

13 | DEBORAH D. PETERSON. Personal )          CASE NO. 3:08-mc-80030-JSW (BZ)
Representative of the Estate of James C. )
Knipple (Dec.). et al.. )
14 |                                      )          ORDER RESETTING OF POST-JUDGMENT
          Plaintiffs,                    )          MOTIONS
15 |                                      )
vs.                                      )
16 |                                      )
ISLAMIC REPUBLIC OF IRAN, et al.,        )
17 |                                      )
          Defendants.                    )
18 | _____ )

19 | Based upon the Declaration of David J. Cook, Esq., and to insure the orderly disposition of

20 | three post-judgment motions seeking recovery of a $2.7 billion judgment against Iran, and in light

21 | of the fact that this action has been referred to the Honorable Bernard Zimmerman. and the

22 | prospect that the Department of Justice of the United States. Civil Division. Federal Programs

23 | Branch, might be filing a Statement of Interest, and that no other parties appeared in this matter.

24 | and for good cause appearing.

25 | IT IS HEREBY ORDERED that the two motions currently set for May 30. 2008 entitled 1)

26 | NOTICE OF MOTION AND MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO

27 | C.C.P. § 708.510(a) AND F.R.C.P. 69(a) [**LANDING RIGHTS**]. and 2) NOTICE OF MOTION

28

ORDER FOR RESETTING OF POST-JUDGMENT MOTIONS
CASE NO. 3:08-mc-80030-JSW (BZ)                                                                        1

1  AND MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND

2  F.R.C.P. 69(a) **[SHIPPING AND DOCK FEES and BUNKERED FUEL SALES]**. and the

3  motion currently set for June 20, 2008 entitled NOTICE OF MOTION AND MOTION FOR

4  ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)

5  **[FINANCIAL INSTITUTIONS]**. be and the same are hereby continued to July 2. 2008 at the

6  hour of 9:00 a.m. in Courtroom G before the Honorable Bernard Zimmerman.

7      IT IS FURTHER ORDERED that counsel for Plaintiffs shall promptly give notice to all

8  interested persons and parties herein at the earliest possible opportunity.

9

10  DATED: _____         _____

11                                     BERNARD ZIMMERMAN
                                       MAGISTRATE JUDGE OF THE UNITED STATES
12                                     DISTRICT COURT

13  F:\USERS\DJCNEW\petersonappameord.wpd

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE - CASE NO. 3:08-mc-80024-JSW                                    1

1  **DAVID J. COOK, ESQ. (State Bar # 060859)**
   **ROBERT J. PERKISS, ESQ. (State Bar # 62386)**
2  **COOK COLLECTION ATTORNEYS**
   **A PROFESSIONAL LAW CORPORATION**
3  165 Fell Street
   San Francisco, CA 94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA 94104-0270
5  Tel.: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52.759

7  Attorneys for Plaintiffs
   DEBORAH D. PETERSON, Personal Representatives
8  of the Estate of James C. Knipple (Dec.), et al.

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12
   DEBORAH D. PETERSON, Personal    )       CASE NO. 3:08-mc-80030-JSW
13  Representative of the Estate of James C.  )
   Knipple (Dec.), et al.,               )
14                                         )       PROOF OF SERVICE
              Plaintiffs,                  )
15                                         )
   vs.                                     )
16                                         )
   ISLAMIC REPUBLIC OF IRAN, et al.,       )
17                                         )
              Defendants.                  )
18  _____    )

19  *Via Email dr-ahmadinejad@president.ir*
   PRESIDENT DR. AHMADINEJAD
20
   ISLAMIC REPUBLIC OF IRAN
21  Pasadaran Avenue
   Golestan Yekom
22  Teheran, Iran
   ATTN: Responsible Officer
23
   ISLAMIC REPUBLIC OF IRAN
24  Khomeini Avenue
   United Nations Street
25  Teheran, Iran
   ATTN: Responsible Officer
26

27

28

   PROOF OF SERVICE - CASE NO. 3:08-mc-80024-JSW                          1

1      I declare:

2      I am employed in the County of San Francisco, California. I am over the age of eighteen
(18) years and not a party to the within cause. My business address is 165 Fell Street, San
3   Francisco, CA 94102. On the date set forth below, I served the attached:

4      AMENDED APPLICATION IN SUPPORT OF ORDER FOR RESETTING OF POST-
     JUDGMENT MOTIONS
5

6      AMENDED DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF
     APPLICATION IN SUPPORT OF ORDER FOR RESETTING OF POST-JUDGMENT
     MOTIONS
7

8      ORDER RESETTING OF POST-JUDGMENT MOTIONS

9 on the above-named person(s) by:

10    __XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage
thereon fully prepaid, in the United States mail at San Francisco, California. addressed to the
11 person(s) served above.

12    __XXX__ (BY EMAIL) Emailing addressed to the person's/company's email address listed
above.

13      I declare under penalty of perjury that the foregoing is true and correct.

14      Executed on May 7, 2008.

15

16                      __/s/   Karene Jen_____
                         Karene Jen

17

18

19

20

21

22

23

24

25

26

27

28