1  DAVID J. COOK, ESQ. (State Bar # 060859)
   ROBERT J. PERKISS, ESQ. (State Bar # 62386)
2  COOK COLLECTION ATTORNEYS
   A PROFESSIONAL LAW CORPORATION
3  165 Fell Street
   San Francisco, CA 94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA 94104-0270
5  Tel: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,759

7  Attorneys for Plaintiffs
   DEBORAH D. PETERSON, Personal Representatives
8  of the Estate of James C. Knipple (Dec.), et al.

9                 UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12
   DEBORAH D. PETERSON, Personal        )   CASE NO. 3:08-mc-80030-JSW
13 Representative of the Estate of James C. )
   Knipple (Dec.), et al.,               )   AMENDED DECLARATION OF DAVID J.
14                                        )   COOK, ESQ. IN SUPPORT OF APPLICATION
                  Plaintiffs,             )   IN SUPPORT OF ORDER FOR RESETTING
15                                        )   OF POST-JUDGMENT MOTIONS
   vs.                                    )
16                                        )
   ISLAMIC REPUBLIC OF IRAN, et al.,      )
17                                        )
                  Defendants.             )
18 _____)

19       I, DAVID J. COOK, hereby declare and state as follows:

20       1. I am one of the attorneys of record for Plaintiffs in the above-entitled action, am duly

21 authorized to practice before all courts in the State of California, and am familiar with the facts

22 and circumstances in this action.

23       2. On April 25, 2008, Declarant as attorney for and on behalf of Plaintiffs filed that certain

24 NOTICE OF MOTION AND MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO

25 C.C.P. § 708.510(a) AND F.R.C.P. 69(a) [**LANDING RIGHTS**], setting the hearing date on May

26 30, 2008. The subject of the motions are certain assets of THE ISLAMIC REPUBLIC OF IRAN

27 ("Iran").

28

DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF APPLICATION IN SUPPORT OF ORDER FOR
RESETTING OF POST-JUDGMENT MOTIONS - CASE NO. 3:08-mc-80030-JSW                          1

3. On April 29, 2008, Declarant as attorney for and on behalf of Plaintiffs filed that second motion entitled NOTICE OF MOTION AND MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) **[SHIPPING AND DOCK FEES and BUNKERED FUEL SALES]**, likewise setting the hearing date for May 30, 2008.

4. On May 1, 2008, Declarant filed that certain motion entitled NOTICE OF MOTION AND MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) **[FINANCIAL INSTITUTIONS]** setting the matter for June 20, 2008.

5. Declarant seeks from this court an order consolidating all of the three motions on July 2, 2008 at 10:00 a.m. for the purpose of general consolidation, that they all deal with Iran and enforcement actions, that the first two motions may not have been set in conformity with the 35-day requirement of the Local Rules of this court, and moreover, Declarant has been in touch with the United States Department of Justice ("DOJ"), Civil Division, Federal Programs Branch, Hannah Chinoise, who may be filing a STATEMENT OF INTEREST on behalf of other parties in the action entitled *Greenbaum vs. Islamic Republic of Iran*, pending in the United States District Court, Central District of California, Case No. 2:08-CV-00740-GAF (SSx), at the request of the DOJ, those certain motions on behalf of Greenbaum (other Iranian victims) have been continued to June 23, 2008.

6. Iran has not responded to any of the outstanding motions, or any one of the same, nor any other person or party. The continuance of all three motions will permit the consolidation on a later hearing date, in conformity with Local Rules of court, and to accommodate the court's calendar.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 7, 2008.

                                         /s/ David J. Cook
                                         DAVID J. COOK, ESQ. (SB# 060859)

F:\USERS\DJCNEW\peterson.appame

DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF APPLICATION IN SUPPORT OF ORDER FOR RESETTING OF POST-JUDGMENT MOTIONS - CASE NO. 3:08-mc-80030-JSW                                                  2