| | |
|---|---|
| 1 | DAVID J. COOK, ESQ. (State Bar # 060859)<br>ROBERT J. PERKISS, ESQ. (State Bar # 62386) |
| 2 | COOK COLLECTION ATTORNEYS<br>A PROFESSIONAL LAW CORPORATION |
| 3 | 165 Fell Street<br>San Francisco, CA 94102 |
| 4 | Mailing Address: P.O. Box 270<br>San Francisco, CA 94104-0270 |
| 5 | Tel.: (415) 989-4730<br>Fax: (415) 989-0491 |
| 6 | File No. 52,759 |
| 7 | Attorneys for Plaintiffs<br>DEBORAH D. PETERSON, Personal Representatives |
| 8 | of the Estate of James C. Knipple (Dec.), et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., <br><br>Plaintiffs, <br><br>vs. <br><br>ISLAMIC REPUBLIC OF IRAN, et al., <br><br>Defendants. | CASE NO. 3:08-mc-80030-JSW <br><br> PROOF OF SERVICE |

Via Email dr-ahmadinejad@president.ir
PRESIDENT DR. AHMADINEJAD

ISLAMIC REPUBLIC OF IRAN
Pasadaran Avenue
Golestan Yekom
Teheran, Iran
ATTN: Responsible Officer

ISLAMIC REPUBLIC OF IRAN
Khomeini Avenue
United Nations Street
Teheran, Iran
ATTN: Responsible Officer

1  I declare:

2  I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

AMENDED APPLICATION IN SUPPORT OF ORDER FOR RESETTING OF POST-JUDGMENT MOTIONS

AMENDED DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF APPLICATION IN SUPPORT OF ORDER FOR RESETTING OF POST-JUDGMENT MOTIONS

ORDER RESETTING OF POST-JUDGMENT MOTIONS

on the above-named person(s) by:

__XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

__XXX__ (BY EMAIL) Emailing addressed to the person's/company's email address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 7, 2008.

/s/ Karene Jen
Karene Jen

PROOF OF SERVICE - CASE NO. 3:08-mc-80024-JSW                                              2