**DAVID J. COOK, ESQ. (State Bar # 060859)**
**ROBERT J. PERKISS, ESQ. (State Bar # 62386)**
**COOK COLLECTION ATTORNEYS**
**A PROFESSIONAL LAW CORPORATION**
165 Fell Street
San Francisco, CA  94102
Mailing Address: P.O. Box 270
San Francisco, CA  94104-0270
Tel: (415) 989-4730
Fax: (415) 989-0491
File No. 52,759

Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
of the Estate of James C. Knipple (Dec.), et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants. | CASE NO. 3:08-mc-80030-JSW (BZ) <br><br> **AMENDED** <br> ORDER RESETTING OF POST-JUDGMENT MOTIONS |

Based upon the Declaration of David J. Cook, Esq., and to insure the orderly disposition of three post-judgment motions seeking recovery of a $2.7 billion judgment against Iran, and in light of the fact that this action has been referred to the Honorable Bernard Zimmerman, and the prospect that the Department of Justice of the United States, Civil Division, Federal Programs Branch, might be filing a Statement of Interest, and that no other parties appeared in this matter, and for good cause appearing,

IT IS HEREBY ORDERED that the ~~two~~ three motions currently set for May 30, 2008 entitled 1) NOTICE OF MOTION AND MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) **[LANDING RIGHTS]**, and 2) NOTICE OF MOTION

ORDER FOR RESETTING OF POST-JUDGMENT MOTIONS
CASE NO. 3:08-mc-80030-JSW (BZ)                                                                                                          1

1  AND MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND

2  F.R.C.P. 69(a) **[SHIPPING AND DOCK FEES and BUNKERED FUEL SALES]**, and the

3  motion currently set for June 20, 2008 entitled NOTICE OF MOTION AND MOTION FOR

4  ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)

5  **[FINANCIAL INSTITUTIONS]**, be and the same are hereby continued to July 2, 2008 at the
   10:00 A.M.
6  hour of ~~9:00~~ a.m. in Courtroom G before the Honorable Bernard Zimmerman.

7       IT IS FURTHER ORDERED that counsel for Plaintiffs shall promptly give notice to all

8  interested persons and parties herein at the earliest possible opportunity.

9  **Any opposition to any of the motions shall be filed by June 9, 2008.  Any reply shall be filed by June 16, 2008.**

10 DATED:  May 8, 2008                        _____
                                              BERNARD ZIMMERMAN
11                                            MAGISTRATE JUDGE OF THE UNITED STATES
                                              DISTRICT COURT
12

13 C:\Documents and Settings\USDC\Local Settings\Temp\notes56FD74\~5740378.wpd



28

PROOF OF SERVICE - CASE NO. 3:08-mc-80024-JSW                                              1