1    **DAVID J. COOK, ESQ. (State Bar # 060859)**
     **ROBERT J. PERKISS, ESQ. (State Bar # 62386)**
2    **COOK COLLECTION ATTORNEYS**
     **A PROFESSIONAL LAW CORPORATION**
3    165 Fell Street
     San Francisco. CA 94102
4    Mailing Address: P.O. Box 270
     San Francisco. CA 94104-0270
5    Tel: (415) 989-4730
     Fax: (415) 989-0491
6    File No. 52,759

7    Attorneys for Plaintiffs
     DEBORAH D. PETERSON, Personal Representatives
8    of the Estate of James C. Knipple (Dec.). et al.

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12
     DEBORAH D. PETERSON. Personal      )    CASE NO. 3:08-mc-80030-JSW (BZ)
13   Representative of the Estate of James C.  )
     Knipple (Dec.). et al.,            )    NOTICE OF ENTRY OF ORDER FOR
14                                       )    RESETTING OF POST-JUDGMENT
                 Plaintiffs,            )    MOTIONS
15                                       )
     vs.                                 )
16                                       )
     ISLAMIC REPUBLIC OF IRAN. et al..  )    Date: July 2. 2008
17                                       )    Time: 10:00 a.m.
                 Defendants.            )    Courtroom: G
18   _____ )    Magistrate Judge: Bernard Zimmerman

19

20          TO THE ISLAMIC REPUBLIC OF IRAN. AND TO THEIR ATTORNEYS OF

21   RECORD, IF ANY, AND TO ALL OTHER PERSONS AND PARTIES:

22          PLEASE TAKE NOTICE that the Honorable Bernard Zimmerman, Magistrate Judge of

23   the United States District Court, Northern District of California, executed that certain AMENDED

24   ORDER RESETTING OF POST-JUDGMENT MOTIONS, setting a continued hearing date of

25   July 2. 2008 at the hour of 10:00 a.m. in Courtroom G, before the Honorable Bernard Zimmerman,

26   at the courthouse located at 450 Golden Gate Avenue, San Francisco. CA 94102.

27          PLEASE NOTE FURTHER that any opposition to the motions shall be filed and served on

28

1    or before June 9. 2008 and any reply shall be filed and served on or before June 16. 2008. A copy

2    of the AMENDED ORDER RESETTING OF POST-JUDGMENT MOTIONS is attached hereto

3    marked *Exhibit "A"* and incorporated by reference as though fully set forth herein.

4          The subject matter of these motions are the following motions:

5    1.    NOTICE OF MOTION AND MOTION FOR ASSIGNMENT OF RIGHTS
            PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) **[SHIPPING AND**
6           **DOCK FEES and BUNKERED FUEL SALES];**

7    2.    NOTICE OF MOTION AND MOTION FOR ASSIGNMENT OF RIGHTS
            PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) **[LANDING**
8           **RIGHTS];**

9    3.    NOTICE OF MOTION AND MOTION FOR ASSIGNMENT OF RIGHTS
            PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) **[FINANCIAL**
10          **INSTITUTIONS].**

11   DATED:  May 8, 2008                    COOK COLLECTION ATTORNEYS

12

13                                          By:  ___/s/ David J. Cook_____
                                            DAVID J. COOK, ESQ. (SB# 060859)
14                                          Attorneys for Plaintiffs
                                            DEBORAH D. PETERSON, Personal
15                                          Representatives of the Estate of James C. Knipple
                                            (Dec.). et al.

16
     F:\USERS\DJCNEW\peterson.notcont
17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF ENTRY OF ORDER FOR RESETTING OF POST-JUDGMENT MOTIONS
CASE NO. 3:08-mc-80030-JSW (BZ)                                                    2

# EXHIBIT "A"

1 | **DAVID J. COOK, ESQ. (State Bar # 060859)**
**ROBERT J. PERKISS, ESQ. (State Bar # 62386)**
2 | **COOK COLLECTION ATTORNEYS**
**A PROFESSIONAL LAW CORPORATION**
3 | 165 Fell Street
San Francisco, CA  94102
4 | Mailing Address: P.O. Box 270
San Francisco, CA  94104-0270
5 | Tel: (415) 989-4730
Fax: (415) 989-0491
6 | File No. 52,759

7 | Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
8 | of the Estate of James C. Knipple (Dec.). et al.

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

13 | DEBORAH D. PETERSON. Personal )   CASE NO. 3:08-mc-80030-JSW (BZ)
Representative of the Estate of James C. )
Knipple (Dec.). et al.,                )   **AMENDED**
14 |                                        )   ORDER RESETTING OF POST-JUDGMENT
         Plaintiffs,                   )   MOTIONS
15 |                                        )
vs.                                    )
16 |                                        )
ISLAMIC REPUBLIC OF IRAN. et al.,      )
17 |                                        )
         Defendants.                   )
18 | _____ )

19 |     Based upon the Declaration of David J. Cook, Esq.. and to insure the orderly disposition of

20 | three post-judgment motions seeking recovery of a $2.7 billion judgment against Iran, and in light

21 | of the fact that this action has been referred to the Honorable Bernard Zimmerman, and the

22 | prospect that the Department of Justice of the United States. Civil Division, Federal Programs

23 | Branch, might be filing a Statement of Interest. and that no other parties appeared in this matter.

24 | and for good cause appearing.

25 |     IT IS HEREBY ORDERED that the two motions currently set for May 30, 2008 entitled 1)

26 | NOTICE OF MOTION AND MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO

27 | C.C.P. § 708.510(a) AND F.R.C.P. 69(a) **[LANDING RIGHTS]**. and 2) NOTICE OF MOTION

ORDER FOR RESETTING OF POST-JUDGMENT MOTIONS
CASE NO. 3:08-mc-80030-JSW (BZ)                                        1

1  AND MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND

2  F.R.C.P. 69(a) **[SHIPPING AND DOCK FEES and BUNKERED FUEL SALES]**, and the

3  motion currently set for June 20, 2008 entitled NOTICE OF MOTION AND MOTION FOR

4  ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)

5  **[FINANCIAL INSTITUTIONS]**, be and the same are hereby continued to July 2, 2008 at the
   10:00 A.M.
6  hour of 9:00 a.m. in Courtroom G before the Honorable Bernard Zimmerman.

7        IT IS FURTHER ORDERED that counsel for Plaintiffs shall promptly give notice to all

8  interested persons and parties herein at the earliest possible opportunity.
   **Any opposition to any of the motions shall be filed by June 9, 2008.  Any reply shall be**
9  **filed by June 16, 2008.**

10 DATED: _May 8, 2008_ _____      _____
                                      BERNARD ZIMMERMAN
11                                    MAGISTRATE JUDGE OF THE UNITED STATES
                                      DISTRICT COURT
12

13 C:\Documents and Settings\USDC\Local Settings\Temp\notes56FD74\~5740378.wpd

14

15

16                         IT IS SO ORDERED

17

18                         Judge Bernard Zimmerman

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

*Via Email dr-ahmadinejad@president.ir*
PRESIDENT DR. AHMADINEJAD

ISLAMIC REPUBLIC OF IRAN
acting through its
MINISTRY OF DEFENSE AND
SUPPORT FOR ARMED FORCES
No. 1 Shahid Kaboli Street
Beginning of Resalat Highway
Seyyed Khandan Bridge
P.O. Box 16765-1479
Tehran, Iran
Attn: Responsible Officer

ISLAMIC REPUBLIC OF IRAN
Pasadaran Avenue
Golestan Yekom
Teheran, Iran
ATTN: Responsible Officer

ISLAMIC REPUBLIC OF IRAN
Khomeini Avenue
United Nations Street
Teheran, Iran
ATTN: Responsible Officer

MINISTRY OF ROADS AND
TRANSPORTATION
Attn: MOHAMMED RAHMATI
MINISTER OF ROAD AND
TRANSPORTATION
Taleghani Avenue
Tehran, Iran

ALI TAHERI
DEPUTY MINISTER AND MANAGING
DIRECTOR
PORT & SHIPPING ORGANIZATION OF
THE ISLAMIC REPUBLIC OF IRAN
Building No. 2
South Didar Street
Shahid Hagnai Expressway.Vanak Square
Tehran, Iran

NATIONAL IRANIAN OIL REFINING
AND DISTRIBUTION COMPANY
Opposite of Arak Alley Ostad Nejatollahi
Ave.
Zip Code 15989
P.O. Box 15815/3499
Tehran, Iran
email: Info@niordc.ir

MINISTRY OF PETROLEUM OF THE
ISLAMIC REPUBLIC OF IRAN
ATTN: RESPONSIBLE OFFICER
HAFEZ CROSSING
Taleghani Avenue
Tehran, Iran

National Iranian Oil Products Distribution
Company
Bahar St, Somaya Corner
Tehran 15617/ 33315
P.O .Box 6165
Tehran
ATTN: RESPONSIBLE OFFICER

NATIONAL IRANIAN OIL COMPANY
ATTN: RESPONSIBLE OFFICER OR
AGENT FOR SERVICE OF PROCESS
Hafez Crossing
Taleghani Avenue
Tehran, Iran

IRAN AIR
No.221,Second Floor,Public Relations,
Support Services Bld.
IranAir H.Q.
Mehrabad Airport
Tehran, Iran
E-mail: PR@IranAir.com

SEE *EXHIBIT "E"* ATTACHED HERETO
AND INCORPORATED BY REFERENCE.

1    I declare:

2    I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

3

4    NOTICE OF ENTRY OF ORDER RESETTING POST-JUDGMENT MOTIONS

5    on the above-named person(s) by:

6    __XXX__  (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

7

8    __XXX__  (BY EMAIL) Emailing addressed to the person's/company's email address listed above.

9

10    I declare under penalty of perjury that the foregoing is true and correct.

11    Executed on May 8, 2008.

12                              /s/  Karene Jen
13                                  Karene Jen

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## *EXHIBIT "E"*

ABN Amro
101 California Street, Suite 4300
San Francisco, CA 94111
Attn:  PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Abu Dhabi International Bank
1020 19th St NW # 500
Washington, DC 20036
Attn:  PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Asian Development Bank
815 Connecticut Ave NW # 325
Washington, DC 20006
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

AUSTRIAN NATIONAL BANK
745 5TH Ave. Suite 2005
New York, New York 10151
Attn:  PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Bank of Tokyo Mitsubishi-UFJ
Suite 350
1909 K St NW.
Washington, DC 20006
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Bank of Tokyo Mitsubishi-UFJ
400 California Street
San Francisco, CA 94104
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Bank of Tokyo Mitsubishi UFJ
777 South Figueroa Street #600
Los Angeles, CA 90017
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

BNP Paribas
One Front Street
San Francisco, CA 94111
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

BNP Paribas
725 Figueroa Street, Suite 2090
Los Angeles, CA 90017
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Commercial Bank of Kuwait
1120 Avenue of the Americas
New York, New York 10036
Attn:  PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Commerzbank
633 West Fifth Street, Suite 6600
Los Angeles, CA 90071
Attn:  PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Commerzbank AG
2 World Financial Center
New York, New York 10281
Attn:  PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Credit Suisse Group
1201 F St NW # 450
Washington, DC 20004
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Credit Suisse AG
1801 Avenue of the Starts, Suite 311
Los Angeles, CA 90067
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

CALYON [BANK] fka CREDIT
LYONNAIS and FKA CREDIT
AGRICOLE
515 South Flower Street, Suite 2200
Los Angeles. CA 90071
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

CALYON [BANK] fka CREDIT
LYONNAIS and FKA CREDIT
AGRICOLE
1301 Avenue of the Americas
New York. New York 10019
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

CALYON [BANK] fka CREDIT
LYONNAIS and FKA CREDIT
AGRICOLE care of
CT CORPORATION SYSTEM
818 West 7th Street
Los Angeles, California 90017

Credit Suisse AG
2121 Avenue of the Stars
Los Angeles, CA 90067
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Credit Suisse AG
1201 F St NW # 450
Washington. DC 20004
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Deutsche Bank
300 South Grand Ave.
Los Angeles. CA 90071
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Deutsche Bank AG
1399 New York Ave NW # 500
Washington. DC 20005
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Deutsche Bank AG
101 California Street
San Francisco, California 94111
Attn: PRESIDEN TOR AGENT FOR
SERVICE OF PROCESS

Development Bank of Japan
1101 17th St NW # 1001
Washington. DC 20036
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

DZ BANK
609 5th Avenue, Suite 601
New York, New York 10017
Attn:  PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Export Import Bank of Korea
1300 L St NW # 825
Washington, DC 20005
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Export Import Bank of Korea
460 Park Avenue.
New York, New York 10022
Attn:  PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Export Import Bank of India
1750 Pennsylvania Ave NW
Washington, DC 20006
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Industrial Bank
4812 Georgia Ave NW
Washington, DC 20011
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

International Monetary Fund
700 19th St NW
Washington, DC 20431
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

International Finance Corporation
2121 Pennsylvania Ave NW
Washington, DC 20433
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

INTERNATIONAL BANK FOR
RECONSTRUCTION AND
DEVELOPMENT (aka THE WOLRD
BANK)
1818 H St NW
Washington, DC 20433
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Japan Bank for International Cooperation
1909 K St NW # 300
Washington, DC 20006
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Mitsubishi Trust and Banking
520 Madison Ave., Suite 2501
New York, New York 10022
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Mizuho Corporate Bank ( Japan )
350 South Grand Avenue., Suite 1500
Los Angeles, CA 90017
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Natexis Banques Populaires
1901 Avenue of the Stars, Suite 1901
Los Angeles, CA 90067
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Natexis Banques Populaires
1251 - 6TH Avenue
New York, NY 10020
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

NATIONAL BANK OF PAKISTAN
100 Wall Street
New York, New York 10005 Attn:
PRESIDENT OR AGENT FOR SERVICE
OF PROCESS
Attn: LEGAL PROCESSING DEPT.

Rabobank International
1825 I St NW # 400
Washington, DC 20006
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Raiffeisen Zentral Bank
1133 Avenue of the Americas
New York, NY 10036
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS.

Societe Generale
1221 Avenue of the Americas
New York, NY 10020
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

State Bank of India
2001 Pennsylvania Ave NW # 625
Washington, DC 20006
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

-3-

Sumitomo Mitsui Banking Corporation
555 California Street, Suite 3350
San Francisco, CA 94104
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Sumitomo Mitsui Banking Corporation
777 South Figueroa, Suite 2600
Los Angeles, CA 90017
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

UBS AG
101 California Street, Suite 2770
San Francisco, CA 94111
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

UBS AG
633 West Fifth Street
Los Angeles, CA 90017
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

UBS AG
1501 K St NW
Washington, DC 20005
(202) 585-4000
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

F:\USERS\DJCNEW\PETERSON.banksa

-4-