**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

Magistrate Judge BERNARD ZIMMERMAN

Date: **05/14/2008**

**C08-80030 JSW MISC (BZ)**

**Deborah D. Peterson v. Islamic Republic of Iran**

Attorneys: Pltf: David J. Cook
            Def: Not Present

                                       Time: 10:00 a.m.

Deputy Clerk: **LASHANDA SCOTT**         Reporter: **Connie Kuhl; 10:29-11:12**

**PROCEEDINGS:**                                         **RULING:**

1. Plaintiff's Exparte Application for Order Amending Writ of Execution   Under Submission
2. _____

( ) Status Conference     ( ) P/T Conference     ( ) Case Management Conference

**ORDERED AFTER HEARING:**

( XX ) ORDER TO BE PREPARED BY:   Plntf ____ Deft ____ Court XX

( ) Referred to Magistrate For:

( ) CASE CONTINUED TO _____   for _____

Discovery Cut-Off _____ Expert Discovery Cut-Off _____

Plntf to Name Experts by _____ Deft to Name Experts by _____

P/T Conference Date _____ Trial Date _____ Set for _____ days
                       Type of Trial: ( )Jury     ( )Court
Notes: _____