# COOK℠

COOK℠ COLLECTION ATTORNEYS®, PLC
ATTORNEYS AT LAW

NORTHERN CALIFORNIA OFFICE:
165 FELL STREET
SAN FRANCISCO, CA 94102-5106
MAIL:
P.O. BOX 270
SAN FRANCISCO, CA 94104-0270

TEL: (415) 989-4730
FAX: (415) 989-0491

LOS ANGELES:
TEL: 213-620-8600
FAX: 213-620-1399

ORANGE COUNTY:
TEL: 714-241-1880
FAX: 714-241-1879

May 16, 2008

*Via Courier*

THE HONORABLE BERNARD ZIMMERMAN
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   Peterson v. Islamic Republic of Iran
      United States District Court, Northern District of California
      Case No. 3:08-mc-80030-JSW (BZ)
      Our File No. 52,759

Dear Magistrate Judge Zimmerman:

This office represents Plaintiffs in the above matter. We appeared before you this week, in which we indicated our interest in curing any defects with the declaration supporting our relief.

I will be able to file the updated declaration by Monday at the hour of 2:00 p.m., and we apologize for any delay. We are representing Plaintiffs in multiple districts, making this an extremely time-consuming matter, the effect of which is causing a slight delay.

Very truly yours,

David J. Cook
DJC:kj
f:\djc\cleusdis.sf