| | |
|---|---|
| 1 | DAVID J. COOK, ESQ. (State Bar # 060859) |
|   | ROBERT J. PERKISS, ESQ (State Bar # 62386) |
| 2 | COOK COLLECTION ATTORNEYS |
|   | A PROFESSIONAL LAW CORPORATION |
| 3 | 165 Fell Street |
|   | San Francisco, CA 94102 |
| 4 | Mailing Address: P.O. Box 270 |
|   | San Francisco, CA 94104-0270 |
| 5 | Tel.: (415) 989-4730 |
|   | Fax: (415) 989-0491 |
| 6 | File No. 52,759 |

Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
of the Estate of James C. Knipple (Dec.), et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al.,

    Plaintiffs,

vs.

ISLAMIC REPUBLIC OF IRAN, et al.,

    Defendants.

CASE NO. 3:08-80030-JSW (BZ)

PROOF OF SERVICE

---

*Via Email dr-ahmadinejad@president.ir*
PRESIDENT DR. AHMADINEJAD

ISLAMIC REPUBLIC OF IRAN
acting through its
MINISTRY OF DEFENSE AND
SUPPORT FOR ARMED FORCES
No. 1 Shahid Kaboli Street
Beginning of Resalat Highway
Seyyed Khandan Bridge
P.O. Box 16765-1479
Tehran, Iran
Attn: Responsible Officer

ISLAMIC REPUBLIC OF IRAN
Pasadaran Avenue
Golestan Yekom
Teheran, Iran
ATTN: Responsible Officer

ISLAMIC REPUBLIC OF IRAN
Khomeini Avenue
United Nations Street
Teheran, Iran
ATTN: Responsible Officer

PROOF OF SERVICE - CASE NO. 3:08-80030-JSW (BZ)    1

1. National Iranian Gas Export Company
Website: www.nigec.ir
Email: info@nigec.ir

2. National Iranian South Oil Company
Website: www.nisoc.com
Email: info@nisoc.com

3. National Iranian Offshore Oil Company
Website: www.iooc.co.ir
Email: webmaster@iooc.co.ir

4. National Iranian Central Oil Fields Co.
Website: www.icofc.ir
Email: info@icofc.ir

5. Khazar Exploration & Production Co.
Tehran HQ.
No.19 – 11th Alley - Vozara Ave. - Arjantin sq.
Tehran, Iran
Tel: +98-21-88722430, 3
Fax: +98-21-88711386

6. Petroleum Engineering & Development Co.
Website: www.pedec.ir
Email: info@pedec.net

7. Pars Oil and Gas Company
Website: www.pogc.org
Email: info@pogc.ir

8. Pars Special Economic energy Zone Co.
Website: www.pseez.com
Email: info@pseez.com

9. National Iranian Oil Terminals Company
Website: www.nioc-otc.com
Email: info@nioc-otc.com

10. National Iranian Drilling Company
Website: www.nidc.ir
Email: webmaster@nidc.ir

11. North Drilling Company
Website: www.northdrilling.com
Email: info@northdrilling.com

12. PetroIran Development Company
Website: petroiran.com
Email: info@petroiran.com

13. Ahwaz Pipe Mills Company
Website: www.apm-ir.com
Email: tabibi@apm-ir.com

14. Petropars
Website: www.petropars.com
Email: webadmin@ppars.com

15. Fuel Consumption Optimization Co.
Website: www.ifco.ir
Email: info@ifco.ir

16. National Iranian Tanker Co.
Website: www.nitc.co.ir
Email: administrator@nitc.co.ir

17. Exploration Service Company (ESC)
Website: www.oeoc.ir
Email: info@oeoc.ir

18. Kala Naft London Ltd.
Website: www.kalaltd.com
Email: admin@kalaltd.com

19. Kala Naft Canada Ltd.
Website: www.kalanaftcanada.com
Email: info@kalanaftcanada.com

20. Arvandan Oil and Gas Company
Website: www.arvandan.org
Email: info@arvandan.org

21. National Iranian Gas Company
Website: www.nigc.org
Email: webmaster@nigc.org

22. National Iranian Petrochemical Company
Website: www.nipc.net
Email: webmaster@nipc.net

23. National Iranian Oil Refining and Distribution Co.
Website: www.niordc.ir
Email: info@niordc.ir

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF SECOND EX PARTE APPLICATION FOR ORDER AMENDING AND TO DIRECT ISSUANCE OF SECOND AMENDED AND ALIAS WRIT OF EXECUTION TO INCLUDE ADDITIONAL NAMES PURSUANT TO C.C.P. § 680.135

SUPPLEMENTAL DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF SECOND EX PARTE APPLICATION FOR ORDER AMENDING AND TO DIRECT ISSUANCE OF SECOND AMENDED AND ALIAS WRIT OF EXECUTION TO INCLUDE ADDITIONAL NAMES PURSUANT TO C.C.P. § 680.135

on the above-named person(s) by:

__XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

__XXX__ (BY EMAIL) Emailing addressed to the person's/company's email address listed above on May 20, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 20, 2008.

/s/ David J. Cook
David J. Cook

PROOF OF SERVICE - CASE NO. 3:08-80030-JSW (BZ)                                      3