EXHIBIT B

**1:01-cv-02094-RCL** PETERSON, et al v. ISLAMIC REPUBLIC, et al
Royce C. Lamberth, presiding
Date filed: 10/03/2001
Date terminated: 09/14/2007
Date of last filing: 05/27/2008

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| 1 | *Filed:* *Entered:* *Terminated:* | 10/03/2001 10/09/2001 10/03/2001 | Motion for Waiver |
| | *Docket Text:* MOTION filed by ALL PLAINTIFFS for a waiver of Local Rule 5.1(e) (bm) | | |
| 2 | *Filed:* *Entered:* | 10/03/2001 10/09/2001 | Order |
| | *Docket Text:* ORDER by Chief Judge Thomas F. Hogan : granting motion for a waiver of Local Rule 5.1(e) [1-1] by ALL PLAINTIFFS; waiving the full residence address of the party be included on the caption of the initial pleading; the Plaintiffs file under seal a list containing the names and residence addresses of all plaintiffs within 30 days of the date of this Order; the Clerk of the Court accept the Complaint submitted and issue process directed to the Defendants. (N) (bm) | | |
| 3 | *Filed:* *Entered:* | 10/03/2001 10/09/2001 | Complaint |
| | *Docket Text:* COMPLAINT filed by ALL PLAINTIFFS (bm) | | |
| 4 | *Filed:* *Entered:* | 10/03/2001 10/09/2001 | Notice of Related Case |
| | *Docket Text:* NOTIFICATION OF RELATED CASE: Case related to Case No(s): CA 00-549 (RCL) (bm) | | |
| 5 | *Filed & Entered:* | 10/23/2001 | Order |
| | *Docket Text:* ORDER by Judge Royce C. Lamberth : directing Clerk of Court to file under seal the list containing the names and residence address of all plaintiff pursuant to Court's order of 10/3/01. (N) (mon) | | |
| 6 | *Filed & Entered:* | 10/23/2001 | Response to any document |
| | *Docket Text:* RESPONSE by ALL PLAINTIFFS to order [2-1] filed 10/23/01; (FILED UNDER SEAL) (tth) | | |
| 7 | *Filed:* *Entered:* *Terminated:* | 12/12/2001 12/13/2001 12/26/2001 | Motion for Order |
| | *Docket Text:* MOTION filed by plaintiff DEBORAH D. PETERSON for order permitting plaintiffs to proceed with service through diplomatic channels ; Attachments (3) (nmr) | | |
| 8 | *Filed & Entered:* | 12/26/2001 | Order |
| | *Docket Text:* ORDER by Judge Royce C. Lamberth : granting motion for order permitting plaintiffs to proceed with service through diplomatic channels [7-1] by DEBORAH D. PETERSON (N) (adc) | | |

|     | Filed & Entered: | 11/08/2007 | USCA Case Number |
| --- | --- | --- | --- |
| --  | *Docket Text:* USCA Case Number 07-7148 for [235] Notice of Appeal filed by ILA WALLACE. (tg, ) ||||

*Docket Text:* Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re [235] Notice of Appeal (tg, )

|     | Filed:<br>Entered: | 02/27/2008<br>03/07/2008 | USCA Order |
| --- | --- | --- | --- |
| 236 | *Docket Text:* ORDER of USCA (certified copy) as to [232] Notice of Appeal filed by CATHERINE BONK, IT IS ORDERED that the motion be granted, and these cases are hereby dismissed without prejudice to any further proceedings in the district court. (USCA No. 07-7140) (kb) ||||

|     | Filed & Entered: | 03/06/2008 | Leave to File Denied |
| --- | --- | --- | --- |
| --  | *Docket Text:* ENTERED IN ERROR.....Leave to File Denied. Final Request for Payment. (tg, ) ("Leave to file DENIED" by Judge R. M. Collyer). Modified on 3/6/2008 (tg, ). ||||

|     | Filed & Entered: | 03/06/2008 | Notice of Corrected Docket Entry |
| --- | --- | --- | --- |
| --  | *Docket Text:* NOTICE OF CORRECTED DOCKET ENTRY: re Leave to File Denied was entered in error in this case. (tg, ) ||||

|     | Filed & Entered:<br>Terminated: | 03/10/2008<br>03/11/2008 | Motion for Leave to Appear Pro Hac Vice |
| --- | --- | --- | --- |
| 237 | *Docket Text:* ENTERED IN ERROR.....MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Thomas Fortune Fay, :Firm- Fay Law, PA, :Address- 700 Fifth Street, NW, Washington, DC 20001. Phone No. - 202-589-1300. Fax No. - 202-589-1721 by ALL PLAINTIFFS (Attachments: # (1) Affidavit In Support of Motion Pro Hac Vice, # (2) Text of Proposed Order For Admission Pro Hav Vice)(Fay, Thomas) Modified on 3/11/2008 (tg, ). ||||

|     | Filed & Entered: | 03/11/2008 | Notice of Corrected Docket Entry |
| --- | --- | --- | --- |
| --  | *Docket Text:* NOTICE OF CORRECTED DOCKET ENTRY: re [237] MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Thomas Fortune Fay, :Firm- Fay Law, PA, :Address- 700 Fifth Street, NW, Washington, DC 20001. Phone No. - 202-589-1300. Fax No. - 202-589-1721 was entered in error. Counsel listed his own information rather than the information of the attorney he is sponsoring. Counsel was instructed to refile said pleading. (tg, ) ||||

|     | Filed & Entered:<br>Terminated: | 03/12/2008<br>03/13/2008 | Motion for Leave to Appear Pro Hac Vice |
| --- | --- | --- | --- |
| 238 | *Docket Text:* MOTION for Leave to Appear Pro Hac Vice :Attorney Name- David J. Cook, :Firm- Cook Collection Attorneys, :Address- 165 Fell Street, San Francisco, CA 94102. Phone No. - 877-989-4730. Fax No. - 866-989-0491 by ALL PLAINTIFFS (Attachments: # (1) Affidavit In Support Mtn AdmissionPro Hac Vice, # (2) Text of Proposed Order For Admission Pro Hac Vice)(Fay, Thomas) ||||

|     | Filed & Entered: | 03/13/2008 | Order on Motion for Leave to Appear Pro Hac Vice |
| --- | --- | --- | --- |
| --  | *Docket Text:* MINUTE ORDER granting [238] Motion for Leave to Appear Pro Hac Vice. Signed by Judge Royce C. Lamberth on 03/13/2008. (lcrcl2, ) ||||

|     | Filed & Entered: | 03/17/2008 | Motion for Miscellaneous Relief |
| --- | --- | --- | --- |
| 239 | *Docket Text:* MOTION Appointment of Special Process Servers by ALL PLAINTIFFS (Attachments: # (1) Supplement Memo In Support of Motion, # (2) Text of Proposed Order Order Appointing Special Process Servers)(Fay, Thomas) ||||

|     | Filed & Entered: | 03/25/2008 | Writ Issued |
| --- | --- | --- | --- |
| --  | *Docket Text:* Writ of Attachment on Judgment Issued to Kuwait Petroleum Corporation, Garnishee, re Judgment signed by Judge Royce C. Lamberth on 9/7/2007. (tg, ) ||||

| | Filed & Entered: | 03/25/2008 | Writ Issued |
|---|---|---|---|
| -- | *Docket Text:* Writ of Attachment on Judgment Issued to Robobank International, Garnishee, re Judgment Signed by Judge Royce C. Lamberth on 9/7/2007. (tg, ) | | |
| | *Filed & Entered:* | 03/25/2008 | Writ Issued |
| -- | *Docket Text:* Writ of Attachment on Judgment Issued to Japan National Oil Corporation, Garnishee, re Judgment Signed by Judge Royce C. Lamberth on 9/7/2007. (tg, ) | | |
| | *Filed & Entered:* | 03/25/2008 | Writ Issued |
| -- | *Docket Text:* Writ of Attachment on Judgment Issued to The Industrial Bank of Japan, Garnishee, re Judgment Signed by Judge Royce C. Lamberth on 9/7/2007. (tg, ) | | |
| | *Filed & Entered:* | 03/25/2008 | Writ Issued |
| -- | *Docket Text:* Writ of Attachment on Judgment Issued to Credit Suisse Bank (or Group), Garnishee, re Judgment Signed by Judge Royce C. Lamberth on 9/7/2007. (tg, ) | | |
| | *Filed & Entered:* | 03/25/2008 | Writ Issued |
| -- | *Docket Text:* Writ of Attachment on Judgment Issued to HSBC, Garnishee, re Judgment Signed by Judge Royce C. Lamberth on 9/7/2007. (tg, ) | | |
| | *Filed & Entered:* | 03/25/2008 | Writ Issued |
| -- | *Docket Text:* Writ of Attachment on Judgment Issued to International Monetary Fund, Garnishee, re Judgment Signed by Judge Royce C. Lamberth on 9/7/2007. (tg, ) | | |
| | *Filed & Entered:* | 03/25/2008 | Writ Issued |
| -- | *Docket Text:* Writ of Attachment on Judgment Issued to Bank of Tokyo, Garnishee, re Judgment Signed by Judge Royce C. Lamberth on 9/7/2007. (tg, ) | | |
| | *Filed & Entered:* | 03/25/2008 | Writ Issued |
| -- | *Docket Text:* Writ of Attachment on Judgment Issued to UBS AG, Garnishee, re Judgment Signed by Judge Royce C. Lamberth on 9/7/2007. (tg, ) | | |
| | *Filed & Entered:* | 03/25/2008 | Writ Issued |
| -- | *Docket Text:* Writ of Attachment on Judgment Issued to European Aeronautic Defense and Space Company, Garnishee, re Judgment Signed by Judge Royce C. Lamberth on 9/7/2007. (tg, ) | | |
| | *Filed & Entered:* | 03/25/2008 | Writ Issued |
| -- | *Docket Text:* Writ of Attachment on Judgment Issued to Development Bank of Japan, Garnishee, re Judgment Signed by Judge Royce C. Lamberth on 9/7/2007. (tg, ) | | |
| | *Filed & Entered:* | 03/25/2008 | Writ Issued |
| -- | *Docket Text:* Writ of Attachment on Judgment Issued to Royal Dutch Shell, Garnishee, re Judgment Signed by Judge Royce C. Lamberth on 9/7/2007. (tg, ) | | |
| | *Filed & Entered:* | 03/25/2008 | Writ Issued |
| -- | *Docket Text:* Writ of Attachment on Judgment Issued to ABN AMRO, Garnishee, re Judgment Signed by Judge Royce C. Lamberth on 9/7/2007. (tg, ) | | |
| | *Filed & Entered:* | 03/25/2008 | Writ Issued |
| -- | *Docket Text:* Writ of Attachment on Judgment Issued to Japan Bank for International Cooperation, Garnishee, re Judgment Signed by Judge Royce C. Lamberth on 9/7/2007. (tg, ) | | |
| | *Filed & Entered:* | 03/25/2008 | Writ Issued |
| -- | *Docket Text:* Writ of Attachment on Judgment Issued to The World Bank, Garnishee, re Judgment Signed by Judge Royce C. Lamberth on 9/7/2007. (tg, ) | | |
| | *Filed & Entered:* | 03/25/2008 | Writ Issued |
| -- | *Docket Text:* Writ of Attachment on Judgment Issued to International Finance Corporation, | | |

| | | |
|---|---|---|
| | Garnishee, re Judgment Signed by Judge Royce C. Lamberth on 9/7/2007. (tg, ) | |
| -- | *Filed & Entered:* 03/27/2008 | Writ Issued |
| | *Docket Text:* Writ of Attachment Issued to Caterpillar Inc, Garnishee, re Judgment signed by Judge Royce C. Lamberth on 9/7/2007. (tg, ) | |
| -- | *Filed & Entered:* 03/27/2008 | Writ Issued |
| | *Docket Text:* Writ of Attachment Issued to Exxon Mobil Corporation, Garnishee, re Judgment signed by Judge Royce C. Lamberth on 8/10/2006. (tg, ) | |
| -- | *Filed & Entered:* 03/27/2008 | Writ Issued |
| | *Docket Text:* Writ of Attachment on Judgment Issued to BP Amoco Corporation, Garnishee, re Judgment Signed by Judge Royce C. Lamberth on 9/7/2007. (tg, ) | |
| -- | *Filed & Entered:* 03/27/2008 | Writ Issued |
| | *Docket Text:* Writ of Attachment on Judgment Issued to Occidental Petroleum Corporation, Garnishee, re Judgment Signed by Judge Royce C. Lamberth on 9/7/2007. (tg, ) | |
| -- | *Filed & Entered:* 03/28/2008 | Writ Issued |
| | *Docket Text:* Writ of Attachment on Judgment Issued to Saudi Arabian Oil Company a/k/a Saudi Aramco, Garnishee, re Judgment Signed by Judge Royce C. Lamberth on 9/7/2007.(tg, ) | |
| -- | *Filed & Entered:* 03/28/2008 | Writ Issued |
| | *Docket Text:* Writ of Attachment on Judgment Issued to Marathon Oil Company, Garnishee, re Judgment Signed by Judge Royce C. Lamberth on 9/7/2007.(tg, ) | |
| -- | *Filed & Entered:* 03/28/2008 | Writ Issued |
| | *Docket Text:* Writ of Attachment on Judgment Issued to Bayer Corporation, Garnishee, re Judgment Signed by Judge Royce C. Lamberth on 9/7/2007. (tg, ) | |
| -- | *Filed & Entered:* 03/28/2008 | Writ Issued |
| | *Docket Text:* Writ of Attachment on Judgment Issued to AB Amro, Garnishee, re Judgment Signed by Judge Royce C. Lamberth on 9/7/2007. (tg, ) | |
| -- | *Filed & Entered:* 03/28/2008 | Writ Issued |
| | *Docket Text:* Writ of Attachment on Judgment Issued to Mitsubishi International Corporation, Garnishee, re Judgment Signed by Judge Royce C. Lamberth on 9/7/2007. (tg, ) | |
| -- | *Filed & Entered:* 03/28/2008 | Writ Issued |
| | *Docket Text:* Writ of Attachment on Judgment Issued to Aramco Services Co., Garnishee, re Judgment Signed by Judge Royce C. Lamberth on 9/7/2007. (tg, ) | |
| -- | *Filed & Entered:* 03/28/2008 | Writ Issued |
| | *Docket Text:* Writ of Attachment on Judgment Issued to Occidental International Corporation, Garnishee, re Judgment Signed by Judge Royce C. Lamberth on 9/7/2007. (tg, ) | |
| -- | *Filed & Entered:* 03/28/2008 | Writ Issued |
| | *Docket Text:* Writ of Attachment on Judgment Issued to Valero Energy, Garnishee, re Judgment Signed by Judge Royce C. Lamberth on 9/7/2007. (tg, ) | |
| -- | *Filed & Entered:* 03/28/2008 | Writ Issued |
| | *Docket Text:* Writ of Attachment on Judgment Issued to Kerr Mcgee Corporation, Garnishee, re Judgment Signed by Judge Royce C. Lamberth on 9/7/2007. (tg, ) | |
| -- | *Filed & Entered:* 03/28/2008 | Writ Issued |
| | *Docket Text:* Writ of Attachment on Judgment Issued to Bank of Japan, Garnishee, re Judgment Signed by Judge Royce C. Lamberth on 9/7/2007.(tg, ) | |
| | *Filed & Entered:* 03/28/2008 | Writ Issued |

| | | |
|---|---|---|
| -- | *Docket Text:* Writ of Attachment on Judgment Issued to State Bank of India, Garnishee, re Judgment Signed by Judge Royce C. Lamberth on 9/7/2007.(tg, ) | |
| | *Filed & Entered:* 04/02/2008 | Writ Issued |
| -- | *Docket Text:* Writ of Attachment on Judgment Issued to BASF Corporation, Garnishee, re Judgment Signed by Judge Royce C. Lamberth on 9/7/2007. (tg, ) | |
| | *Filed & Entered:* 04/02/2008 | Writ Issued |
| -- | *Docket Text:* Writ of Attachment on Judgment Issued to Abu Dhabi International Bank, Garnishee, re Judgment Signed by Judge Royce C. Lamberth on 9/7/2007. (tg, ) | |
| | *Filed & Entered:* 04/02/2008 | Writ Issued |
| -- | *Docket Text:* Writ of Attachment on Judgment Issued to Siemens Corporation, Garnishee, re Judgment Signed by Judge Royce C. Lamberth on 9/7/2007. (tg, ) | |
| | *Filed & Entered:* 04/02/2008 | Writ Issued |
| -- | *Docket Text:* Writ of Attachment on Judgment Issued to Export Import Bank of Korea, Garnishee, re Judgment Signed by Judge Royce C. Lamberth on 9/7/2007. (tg, ) | |
| | *Filed & Entered:* 04/02/2008 | Writ Issued |
| -- | *Docket Text:* Writ of Attachment on Judgment Issued to Deutsche Bank, Garnishee, re Judgment Signed by Judge Royce C. Lamberth on 9/7/2007. (tg, ) | |
| | *Filed & Entered:* 04/02/2008 | Writ Issued |
| -- | *Docket Text:* Writ of Attachment on Judgment Issued to Asian Development Bank, Garnishee, re Judgment Signed by Judge Royce C. Lamberth on 9/7/2007. (tg, ) | |
| | *Filed & Entered:* 04/02/2008 | Writ Issued |
| -- | *Docket Text:* Writ of Attachment on Judgment Issued to Bank of Tokyo-Mitsubishi UFJ, Garnishee, re Judgment Signed by Judge Royce C. Lamberth on 9/7/2007. (tg, ) | |
| | *Filed & Entered:* 04/02/2008 | Writ Issued |
| -- | *Docket Text:* Writ of Attachment on Judgment Issued to Export Import Bank of India, Garnishee, re Judgment Signed by Judge Royce C. Lamberth on 9/7/2007. (tg, ) | |
| | *Filed & Entered:* 04/21/2008 | Notice (Other) |
| 240 | *Docket Text:* ENTERED IN ERROR.....NOTICE by ALL PLAINTIFFS (Attachments: # (1) Text of Proposed Order Order For Payment)(Fay, Thomas) Modified on 4/22/2008 (tg, ). | |
| | *Filed & Entered:* 04/22/2008 | Notice of Corrected Docket Entry |
| -- | *Docket Text:* NOTICE OF CORRECTED DOCKET ENTRY: re [240] Notice (Other) was entered in error and counsel was instructed to refile said pleading using the proper ECF event to file a Motion. (tg, ) | |
| | *Filed & Entered:* 04/22/2008  *Terminated:* 04/23/2008 | Motion for Disbursement of Funds |
| 241 | *Docket Text:* ENTERED IN ERROR.....MOTION for Disbursement of Funds *To Special Master Swanson* by ALL PLAINTIFFS (Attachments: # (1) Supplement Voucher of Special Master, # (2) Text of Proposed Order For Payment)(Fay, Thomas) Modified on 4/23/2008 (tg, ). | |
| | *Filed & Entered:* 04/22/2008 | Motion for Disbursement of Funds |
| 242 | *Docket Text:* MOTION for Disbursement of Funds *To Special Master Ray* by ALL PLAINTIFFS (Attachments: # (1) Supplement Voucher For Payment, # (2) Text of Proposed Order Order For Payment)(Fay, Thomas) | |
| | *Filed & Entered:* 04/22/2008 | Motion for Disbursement of Funds |
| 243 | *Docket Text:* MOTION for Disbursement of Funds *To Special Master Swanson(Corrected)* by ALL PLAINTIFFS (Attachments: # (1) Supplement Voucher For Payment, # (2) Text of | |