# EXHIBIT C

**The World Bank**
INTERNATIONAL BANK FOR RECONSTRUCTION AND DEVELOPMENT
INTERNATIONAL DEVELOPMENT ASSOCIATION

1818 H Street N.W.
Washington, D.C. 20433
U.S.A.

(202) 477-1234
Cable Address: INTBAFRAD
Cable Address: INDEVAS

May 9, 2008

<u>**By Facsimile: (866) 989-0491**</u>
David J. Cook, Esq.
Cook Collection Attorneys
165 Fell Street
San Francisco, CA 94102

**Re.: Writ of Attachment on Judgment Other than Wages, Salary and Commissions
Deborah D. Peterson, Personal etc v. Islamic Republic of Iran
Civil Action No. 01-2094**

Dear Mr. Cook:

I am in receipt of a *"Writ of Attachment on a Judgment Other than Wages, Salary and Commissions"* (attached) dated March 25, 2008, regarding a judgment entered against the Islamic Republic of Iran on September 7, 2007, in the amount of US$2,656,944,877.00, addressed to the World Bank (the "Writ of Attachment"). The International Bank for Reconstruction and Development (the "Bank") received the Writ of Attachment on April 30, 2008.

Please be advised that based on our internal inquiry the Bank has not identified any debts owing to or any goods, chattels or credits of the Islamic Republic of Iran or any of the organizations listed in Exhibit "A" to the Writ of Attachment.

For your information, the Bank is a recognized public international organization established by its member countries pursuant to its Articles of Agreement (the "Articles") and endowed with certain privileges and immunities under these Articles, and also under the provisions of national law[1]. The Bank's Articles have been incorporated into U.S. law at 22 U.S.C. § 286h (1988), and provide, *inter alia*, in Article VII, Section 3, that:

> *The property and assets of the Bank shall, wheresoever located and by whomsoever held, be immune from all forms of seizure, attachment or execution before the delivery of final judgment against the Bank.*

60 Stat. 1458, 3 Bevans 1409.

---

[1] The citations regarding the Bank's Articles of Agreement is as enacted under U.S. law and set forth herein focus on the Bank. See 22 U.S.C. § 286h ("[A]rticle VII, sections 2 to 9, both inclusive, of the Articles of Agreement of the Bank, shall have full force and effect in the United States.").

2

The Bank also enjoys similar privileges and immunities under the International Organizations Immunities Act ("IOIA"), 22 U.S.C. 288-288i, by virtue of its status as a public international organization so designated by Executive Order 9751, dated July 11, 1946. Pursuant to U.S. case law, entities that have been designated by executive order for protection as international organizations under the IOIA are immune from garnishment proceedings. *See* Atkinson v. Inter-American Development Bank, 156 F.3d 1335 (D.C.Cir. 1998).

The IOIA expressly provides as follows:

> International organizations, their property and their assets, wherever located, and by whomsoever held, shall enjoy the same immunity from suit and every form of judicial process as is enjoyed by foreign governments, except to the extent that such organizations may expressly waive their immunity for the purpose of any proceedings or by the terms of any contract.

22 U.S.C. § 288a(b) (emphasis supplied).

Thus, absent express waiver, the Bank enjoys absolute immunity from garnishments under the IOIA. Id.

As there has been no final judgment entered against the Bank in this proceeding and the Bank is not prepared to waive its immunities under its collective Articles of Agreement and the IOIA, the Bank is returning the Writ of Attachment so that it may be withdrawn as inapplicable to the Bank.

Please contact me at (202) 473-2901 if I may be of any further assistance to you in this matter.

Sincerely,

Patricia Miranda
Institutional Administration
Legal Department


Attachment


Cc: S. Shah, S. Dib, M. Mozayani (EDS06)

United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001