EXHIBIT E

CO-901A
Rev. 7/90

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DEBORAH D. PETERSON, Personal etc.                    ISLAMIC REPUBLIC OF IRAN
_____
Plaintiff(s)                        vs              Defendant(s)

CIVIL ACTION NO.01-2094 (RCL) and related case numbers
WRIT OF ATTACHMENT ON JUDGMENT
OTHER THAN WAGES, SALARY AND COMMISSIONS

To   INTERNATIONAL MONETARY FUND 7000 19th Street NW
_____

WASHINGTON DC 20431
_____Garnishee:

    You are hereby notified that any money, property or credits other than wages, salary and commissions of
the above named defendant(s), are seized by the Writ of Attachment, and you are required to hold it and not to pay
or surrender it to the defendant(s) or to anyone else without an order from this court., for the entities listed
    The Judgement against the defendant was entered on  Sept. 7, 2007          in the amount of on Ex. "A"
SEE BELOW *                      ($2,656,944,877) 00 and the costs amounting to $ attached and
_____         incorporated
                        with interest at _____4.27%_____ % from
Sept. 7, 2007          less credits of $   -0-

    Within ten (10) days after this writ is served upon you, you are required to answer the interrogatories,
UNDER PENALTY OF PERJURY, and to file in this Court the original and one copy of the answers, and to serve a
copy, by mail or other means, upon the plaintiff(s) and upon the defendant(s). If you fail to do so, judgment may be
entered against you for the entire amount of the plaintiff's claims with interest and costs.
    2008   Witness the Honorable Chief Judge of said Court, this   2⁵ th day of March

                                    Nancy M. Mayer-Whittington, Clerk

*Two billion, Six hundred and
fifty fix million, nine hundred and          By _____
fourty four thousand and eight hundred                    Deputy Clerk
and seventy seven dollars and no cents.
    DAVID J. COOK, Esq.   California State Bar Number: 060859
    COOK COLLECTION ATTORNEYS
    Attorney for Plaintiff
    ADMITTED PRO HAC VICE
    165 Fell Street, San Francisco, California 94102
    P.O. Box 270, San Francisco, California  94104
    Atorneys for Plaintiff Deborah D. Peterson, personal
    Address & Telephone Number
    representative etc. et. and other parties listed
    therein. Phone: (877) 989 4730
    Fax: (866) 989 0491; Email: DAVID COOK@CookCollectionAttorneys.Com

# RECEIVED

MAY 6 - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



INTERNATIONAL MONETARY FUND
WASHINGTON, D. C. 20431

May 1, 2008

CABLE ADDRESS
INTERFUND

Nancy M. Mayer-Whittington, Clerk
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Ms. Mayer-Whittington:

We have received the enclosed Writ of Attachment on a Judgment dated March 25, 2008,
signed by your deputy, in respect of money, property or credits other than wages, salaries and
commission of the Islamic Republic of Iran, a member of the International Monetary Fund.
For the reasons set out below, the Writ cannot be legally issued against the Fund.

Article IX, Section 3 and 4 of the Articles of Agreement of the International Monetary Fund,
reprinted in 60 Statutes at Large, beginning at page 1401, provide as follows:

> "*Section 3. Immunity from judicial process*
>
> The Fund, its property and its assets, wherever located and by
> whomsoever held, shall enjoy immunity from every form of judicial
> process except to the extent that it expressly waives its immunity for the
> purpose of any proceedings or by the terms of any contract.
>
> *Section 4. Immunity from other action*
>
> Property and assets of the Fund, wherever located and by
> whomsoever held, shall be immune From search, requisition, confiscation,
> expropriation, or any other form of seizure by executive or legislative
> action."

Article IX, Sections 2 through 9 of the Fund's Articles have been given full force and effect
in the United States by Section 11 of the Bretton Woods Agreements Act (Public Law 171 -
79th Congress, 59 Statutes at Large, page 512 et seq., approved July 3, 1945,
22 U.S.C. Section 286h), which states:

# RECEIVED

### MAY 6 - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

·2

## "STATUS, IMMUNITIES AND PRIVILEGES

*Section 11.* The provisions of article IX, sections 2 to 9, both inclusive, and the first sentence of article VIII, section 2(b) of the Articles of Agreement of the Fund, and the provisions of article VI, section 5(i) and article VII, sections 2 to 9, both inclusive, of the Articles of Agreement of the Bank, shall have full force and effect in the United States and its Territories and possessions upon acceptance of membership by the United States in, and the establishment of, the Fund and the Bank, respectively."

Executive Order 9751 of July 11, 1946 designated the International Monetary Fund as a public international organization entitled to enjoy certain privileges, exemptions, and immunities under the International Organizations Immunities Act (Public Law 291 -- 79th Congress, 59 Statutes at Large, page 669 et seq., approved December 29, 1945; 22 U.S.C. Sections 288 to 288f). Section 2 of the Act provides in part as follows:

"Section 2. International organizations shall enjoy the status, immunities, exemptions, and privileges set forth in this section, as follows:

(b) International organizations, their property and their assets, wherever located, and by whomsoever held, shall enjoy the same immunity from suit and every form of judicial process as is enjoyed by foreign governments except to the extent that such organizations may expressly waive their immunity for the purpose of any proceedings or by the terms of any contract."

As you can see from the above, the Writ for attachment of money, property or credits cannot legally be issued against the International Monetary Fund. The Writ is being returned herewith.

Please feel free to contact me if you have any questions concerning the above.

Sincerely yours,

*Joan S. Powers*

Joan S. Powers
Assistant General Counsel
Legal Department

3

Enclosure

cc:     Mr. David J. Cook
        Cook Collection Attorneys
        Attorneys at Law
        P.O. Box 270
        San Francisco, CA 94104-0270