```
1  Timothy T. Scott (SBN 126971)
   tscott@sidley.com
2  Ryan M. Sandrock (SBN 251781)
   rsandrock@sidley.com
3  SIDLEY AUSTIN LLP
   555 California Street
4  San Francisco, California  94104
   Telephone: (415) 772-1200
5  Facsimile: (415) 772-7400

6  Mark D. Hopson
   mhopson@sidley.com
7  Griffith L. Green
   ggreen@sidley.com
8  SIDLEY AUSTIN LLP
   1501 K Street, N.W.
9  Washington, D.C. 20005
   Telephone: (202) 736-8000
10 Facsimile: (202) 736-8711

11 Attorneys For The International
   Bank for Reconstruction and Development
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.) et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.<br><br>          Defendants. | Case No. 08-mc-80030-JSW<br><br>Hon. Jeffrey S. White<br><br>Hon. Bernard Zimmerman<br><br>**NOTICE OF LIMITED APPEARANCE OF COUNSEL ON BEHALF OF THE INTERNATIONAL BANK FOR RECONSTRUCTION AND DEVELOPMENT** |

TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:

The undersigned hereby enter their limited appearances as counsel for the

International Bank for Reconstruction and Development ("IBRD" or "World Bank") in the above-

captioned matter. Please note that the World Bank's limited appearance is not intended to be construed as any waiver of any of the World Bank's rights, including its sovereign immunity, or any of the World Bank's other defenses, including lack of personal jurisdiction or lack of service.

Dated: May 28, 2008                                     SIDLEY AUSTIN LLP


By: /s/ Ryan M. Sandrock

Attorneys For The International Bank for Reconstruction and Development

Timothy T. Scott (SBN 126971)
tscott@sidley.com
Ryan M. Sandrock (SBN 251781)
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Mark D. Hopson
mhopson@sidley.com
Griffith L. Green
ggreen@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711