**Timothy T. Scott (SBN 126971)**
**tscott@sidley.com**
**Ryan M. Sandrock (SBN 251781)**
**rsandrock@sidley.com**
**SIDLEY AUSTIN LLP**
**555 California Street**
**San Francisco, California  94104**
**Telephone: (415) 772-1200**
**Facsimile: (415) 772-7400**

**Mark D. Hopson**
**mhopson@sidley.com**
**Griffith L. Green**
**ggreen@sidley.com**
**SIDLEY AUSTIN LLP**
**1501 K Street, N.W.**
**Washington, D.C. 20005**
**Telephone: (202) 736-8000**
**Facsimile: (202) 736-8711**

**Attorneys For The International**
**Bank for Reconstruction and Development**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.) et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.<br><br>Defendants. | Case No. 08-mc-80030-JSW<br><br>Hon. Jeffrey S. White<br><br>Hon. Bernard Zimmerman<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

On behalf of the International Bank for Reconstruction and Development ("IBRD" or "World Bank"), in the above-captioned matter, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil L.R. 3-16, the undersigned certifies that the following list of persons,

---

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

        The International Finance Corporation ("IFC")

Dated: May 28, 2008        SIDLEY AUSTIN LLP

By: /s/ Ryan M. Sandrock

Attorneys For The International Bank for Reconstruction and Development

2

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

SF1 1500256v.1