1  Timothy T. Scott (SBN 126971)
   tscott@sidley.com
2  Ryan M. Sandrock (SBN 251781)
   rsandrock@sidley.com
3  SIDLEY AUSTIN LLP
   555 California Street
4  San Francisco, California 94104
   Telephone: (415) 772-1200
5  Facsimile: (415) 772-7400

6  Mark D. Hopson
   mhopson@sidley.com
7  Griffith L. Green
   ggreen@sidley.com
8  SIDLEY AUSTIN LLP
   1501 K Street, N.W.
9  Washington, D.C. 20005
   Telephone: (202) 736-8000
10 Facsimile: (202) 736-8711

11 Attorneys For The International
   Bank for Reconstruction and Development
12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                        SAN FRANCISCO DIVISION

16 
   DEBORAH D. PETERSON, Personal          )   Case No. 08-mc-80030-JSW
17 Representative of the Estate of James C. )
   Knipple (Dec.) et al.,                  )   Hon. Jeffrey S. White
18                                         )   Hon. Bernard Zimmerman
                 Plaintiffs,               )
19                                         )
            v.                             )   PROOF OF SERVICE
20                                         )
                                           )
21 ISLAMIC REPUBLIC OF IRAN, et al.        )
                                           )
22              Defendants.                )
                                           )
23                                         )
                                           )
24                                         )
                                           )
25                                         )
                                           )
26 
27 
28 
                              PROOF OF SERVICE
SF1 1500588v.1

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |

1  
2  I am employed in the County of San Francisco, State of California. I am over the age  
3  of 18 and not a party to the within action. My business address is Sidley Austin LLP, 555 California  
4  Street, San Francisco, California 94104.  
5  On May 28, 2008, I served the following document(s) described as:

6  **NOTICE OF MOTION AND MOTION TO STAY MOTION FOR ASSIGNMENT PENDING THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF**  
7  **COLUMBIA'S DECISION ON PLAINTIFFS' MOTION TO APPOINT A RECEIVER; MEMORANDUM IN SUPPORT THEREOF**

8  **DECLARATION OF RYAN M. SANDROCK IN SUPPORT OF MOTION TO STAY**  
9  **MOTION FOR ASSIGNMENT PENDING THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA'S DECISION ON PLAINTIFFS'**  
10  **MOTION TO APPOINT A RECEIVER**

11  **[PROPOSED] ORDER GRANTING MOTION TO STAY MOTION FOR ASSIGNMENT PENDING THE UNITED STATES DISTRICT COURT FOR THE**  
12  **DISTRICT OF COLUMBIA'S DECISION ON PLAINTIFFS' MOTION TO APPOINT A RECEIVER**

13  **NOTICE OF LIMTIED APPEARANCE OF COUNSEL ON BEHALF OF THE INTERNATIONAL BANK FOR RECONSTRUCTION AND DEVELOPMENT**  
14  **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

15  **PROOF OF SERVICE**

16  on all interested parties in this action as follows (or as on the attached service list):

17  President Dr. Ahmadinejad  
18  ISLAMIC REPUBLIC OF IRAN  
   Pasadaran Avenue  
19  Goldestan Yekom  
   Teheran, Iran  
20  ATTN: Responsible Officer  
   Email: dr-ahmadinejad@president.ir  
21  

22  David J. Cook, Esq.  
   Robert J. Perkiss, Esq.'  
23  COOK COLLECTION ATTORNEYS  
   165 Fell Street  
24  San Francisco, CA 94102  
   Email: cook@squeezebloodfromturnip.com  
25  
26  
27  
28  

2  
PROOF OF SERVICE

SF1 1500588v.1

Case 3:08-mc-80030-JSW     Document 42     Filed 05/28/2008     Page 4 of 6

☐ (U.S. MAIL) I served the foregoing document(s) by U.S. Mail, as follows: I placed true copies of the document(s) in a sealed envelope addressed to each interested party as shown above. I placed each such envelope for collection and mailing at Sidley Austin LLP, San Francisco, California. I am readily familiar with the Firm's business practice for collection and processing of correspondence for mailing. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid.

☒ (E-MAIL) I caused the document(s) to be delivered by e-mail to each interested party as shown above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 28, 2008, at San Francisco, California.

_____
Joan Nielson

3
PROOF OF SERVICE

SF1 1500588v.1

Case 3:08-mc-80030-JSW    Document 42    Filed 05/28/2008    Page 6 of 6