1  Timothy T. Scott (SBN 126971)
   tscott@sidley.com
2  Ryan M. Sandrock (SBN 251781)
   rsandrock@sidley.com
3  SIDLEY AUSTIN LLP
   555 California Street
4  San Francisco, California  94104
   Telephone: (415) 772-1200
5  Facsimile: (415) 772-7400

6  Mark D. Hopson
   mhopson@sidley.com
7  Griffith L. Green
   ggreen@sidley.com
8  SIDLEY AUSTIN LLP
   1501 K Street, N.W.
9  Washington, D.C. 20005
   Telephone: (202) 736-8000
10 Facsimile: (202) 736-8711

11 Attorneys For The International
   Bank for Reconstruction and Development
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.) et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.<br><br>Defendants. | Case No. 08-mc-80030-JSW<br>Hon. Jeffrey S. White<br>Hon. Bernard Zimmerman<br><br>PROOF OF SERVICE |

PROOF OF SERVICE

SF1 1500613v.1

## PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is Sidley Austin LLP, 555 California Street, San Francisco, California 94104.

On May 29, 2008, I served the following document(s) described as:

**NOTICE OF MOTION AND MOTION TO STAY MOTION FOR ASSIGNMENT PENDING THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA'S DECISION ON PLAINTIFFS' MOTION TO APPOINT A RECEIVER; MEMORANDUM IN SUPPORT THEREOF**

**DECLARATION OF RYAN M. SANDROCK IN SUPPORT OF MOTION TO STAY MOTION FOR ASSIGNMENT PENDING THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA'S DECISION ON PLAINTIFFS' MOTION TO APPOINT A RECEIVER**

**[PROPOSED] ORDER GRANTING MOTION TO STAY MOTION FOR ASSIGNMENT PENDING THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA'S DECISION ON PLAINTIFFS' MOTION TO APPOINT A RECEIVER**

**NOTICE OF LIMITED APPEARANCE OF COUNSEL ON BEHALF OF THE INTERNATIONAL BANK FOR RECONSTRUCTION AND DEVELOPMENT**

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

**PROOF OF SERVICE**

on all interested parties in this action as follows (or as on the attached service list):

ISLAMIC REPUBLIC OF IRAN  
Khomeini Avenue  
United Nations Street  
Teheran, Iran  
ATTN: Responsible Officer  
(via U.S. Mail only)

(Sent via U.S. mail only to the attached service list)

1  ☒     (U.S. MAIL) I served the foregoing document(s) by U.S. Mail, as follows: I placed true copies of the document(s) in a sealed envelope addressed to each interested party as shown above. I placed each such envelope for collection and mailing at Sidley Austin LLP, San Francisco, California. I am readily familiar with the Firm's business practice for collection and processing of correspondence for mailing. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid.

☐     (E-MAIL) I caused the document(s) to be delivered by e-mail to each interested party as shown above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 29, 2008, at San Francisco, California.

_____
Joan Nielson

PROOF OF SERVICE

SF1 1500613v.1

ABN Amro
101 California Street, Suite 4300
San Francisco, CA 94111
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Abu Dhabi International Bank
1020 19th St NW # 500
Washington, DC 20036
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Asian Development Bank
815 Connecticut Ave NW # 325
Washington, DC 20006
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

AUSTRIAN NATIONAL BANK
745 5TH Ave, Suite 2005
New York, New York 10151
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Bank of Tokyo Mitsubishi-UFJ
Suite 350
1909 K St NW,
Washington, DC 20006
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Bank of Tokyo Mitsubishi-UFJ
400 California Street
San Francisco, CA 94104
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Bank of Tokyo Mitsubishi UFJ
777 South Figueroa Street #600
Los Angeles, CA 90017
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

BNP Paribas
One Front Street
San Francisco, CA 94111
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

BNP Paribas
725 Figueroa Street, Suite 2090
Los Angeles, CA 90017
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Commercial Bank of Kuwait
1120 Avenue of the Americas
New York, New York 10036
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Commerzbank
633 West Fifth Street, Suite 6600
Los Angeles, CA 90071
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Commerzbank AG
2 World Financial Center
New York, New York 10281
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Credit Suisse Group
1201 F St NW # 450
Washington, DC 20004
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Credit Suisse AG
1801 Avenue of the Starts, Suite 311
Los Angeles, CA 90067
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

CALYON [BANK] fka CREDIT
LYONNAIS and FKA CREDIT
AGRICOLE
515 South Flower Street, Suite 2200
Los Angeles, CA 90071
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

CALYON [BANK] fka CREDIT
LYONNAIS and FKA CREDIT
AGRICOLE
1301 Avenue of the Americas
New York, New York 10019
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

CALYON [BANK] fka CREDIT
LYONNAIS and FKA CREDIT
AGRICOLE care of
CT CORPORATION SYSTEM
818 West 7th Street
Los Angeles, California 90017

Credit Suisse AG
2121 Avenue of the Stars
Los Angeles, CA 90067
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Credit Suisse AG
1201 F St NW # 450
Washington, DC 20004
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Deutsche Bank
300 South Grand Ave.
Los Angeles, CA 90071
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Deutsche Bank AG
1399 New York Ave NW # 500
Washington, DC 20005
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Deutsche Bank AG
101 California Street
San Francisco, California 94111
Attn: PRESIDEN TOR AGENT FOR
SERVICE OF PROCESS

Development Bank of Japan
1101 17th St NW # 1001
Washington, DC 20036
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

DZ BANK
609 5th Avenue, Suite 601
New York, New York 10017
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Export Import Bank of Korea
1300 L St NW # 825
Washington, DC 20005
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Export Import Bank of Korea
460 Park Avenue,
New York, New York 10022
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Export Import Bank of India
1750 Pennsylvania Ave NW
Washington, DC 20006
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Industrial Bank
4812 Georgia Ave NW
Washington, DC 20011
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

International Monetary Fund
700 19th St NW
Washington, DC 20431
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

International Finance Corporation
2121 Pennsylvania Ave NW
Washington, DC 20433
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

INTERNATIONAL BANK FOR
RECONSTRUCTION AND
DEVELOPMENT (aka THE WOLRD
BANK)
1818 H St NW
Washington, DC 20433
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Japan Bank for International Cooperation
1909 K St NW # 300
Washington, DC 20006
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Mitsubishi Trust and Banking
520 Madison Ave., Suite 2501
New York, New York 10022
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Mizuho Corporate Bank ( Japan )
350 South Grand Avenue., Suite 1500
Los Angeles, CA 90017
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Natexis Banques Populaires
1901 Avenue of the Stars. Suite 1901
Los Angeles, CA 90067
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Natexis Banques Populaires
1251 - 6TH Avenue
New York, NY 10020
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

NATIONAL BANK OF PAKISTAN
100 Wall Street
New York. New York 10005 Attn:
PRESIDENT OR AGENT FOR SERVICE
OF PROCESS
Attn: LEGAL PROCESSING DEPT.

Rabobank International
1825 I St NW # 400
Washington. DC 20006
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Raiffeisen Zentral Bank
1133 Avenue of the Americas
New York, NY 10036
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS.

Societe Generale
1221 Avenue of the Americas
New York, NY 10020
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

State Bank of India
2001 Pennsylvania Ave NW # 625
Washington, DC 20006
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Sumitomo Mitsui Banking Corporation
555 California Street, Suite 3350
San Francisco, CA 94104
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Sumitomo Mitsui Banking Corporation
777 South Figueroa, Suite 2600
Los Angeles, CA 90017
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

UBS AG
101 California Street, Suite 2770
San Francisco, CA 94111
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

UBS AG
633 West Fifth Street
Los Angeles, CA 90017
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

UBS AG
1501 K St NW
Washington, DC 20005
(202) 585-4000
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS