1  **Timothy T. Scott (SBN 126971)**
   **tscott@sidley.com**
2  **Ryan M. Sandrock (SBN 251781)**
   **rsandrock@sidley.com**
3  **SIDLEY AUSTIN LLP**
   **555 California Street**
4  **San Francisco, California  94104**
   **Telephone: (415) 772-1200**
5  **Facsimile: (415) 772-7400**

6  **Mark D. Hopson**
   **mhopson@sidley.com**
7  **Griffith L. Green**
   **ggreen@sidley.com**
8  **SIDLEY AUSTIN LLP**
   **1501 K Street, N.W.**
9  **Washington, D.C. 20005**
   **Telephone: (202) 736-8000**
10 **Facsimile: (202) 736-8711**

11 **Attorneys For The International**
   **Bank for Reconstruction and Development**

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                       SAN FRANCISCO DIVISION

16

17 DEBORAH D. PETERSON, Personal        )   Case No. 08-mc-80030-JSW
   Representative of the Estate of James C.  )
18 Knipple (Dec.) et al.,                )   Hon. Jeffrey S. White
                                         )
19              Plaintiffs,              )   Hon. Bernard Zimmerman
                                         )
20       v.                              )   **[PROPOSED] ORDER GRANTING**
                                         )   **MOTION TO STAY MOTION FOR**
21                                       )   **ASSIGNMENT PENDING THE UNITED**
                                         )   **STATES DISTRICT COURT FOR THE**
22 ISLAMIC REPUBLIC OF IRAN, et al.      )   **DISTRICT OF COLUMBIA'S DECISION**
                                         )   **ON PLAINTIFFS' MOTION TO APPOINT**
23              Defendants.              )   **A RECEIVER**
   _____ )

24

25          Upon consideration of the World Bank's Motion to Stay Motion for Assignment

26 Pending The United States District Court For The District of Columbia's Decision On Plaintiffs'

27 Motion To Appoint A Receiver (the "Motion"), the Court being fully informed, it is HEREBY

28
   _____
   **[PROPOSED] ORDER GRANTING MOTION TO STAY MOTION FOR ASSIGNMENT PENDING THE UNITED STATES DISTRICT**
   **COURT FOR THE DISTRICT OF COLUMBIA'S DECISION ON PLAINTIFFS' MOTION TO APPOINT A RECEIVER – CASE NO. 08-**
   **80030**

1   ORDERED as follows:  the Motion is granted and Plaintiffs' Motion For Assignment (Doc. No. 26)

2   is stayed pending the United States District Court For The District of Columbia's Decision on

3   Plaintiffs' Motion To Appoint A Receiver (Case No. 01-cv-02094;; Doc. No. 286).

4                IT IS SO ORDERED

5

6   DATED:  _____, 2008              _____

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER GRANTING  MOTION TO STAY  MOTION FOR ASSIGNMENT  PENDING THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA'S DECISION ON PLAINTIFFS' MOTION TO APPOINT A RECEIVER – CASE NO. 08-80030**

SF1 1500605v.1