**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEBORAH D. PETERSON, et al.,

    Plaintiffs,                      No. C 08-80030-MISC JSW

    v.

ISLAMIC REPUBLIC OF IRAN, et al.,          **ORDER REFERRING MOTIONS TO MAGISTRATE JUDGE**

    Defendants.

      Pursuant to Local Rule 72-1, Plaintiffs' motion to stay in the above captioned matter is HEREBY REFERRED to Magistrate Judge Zimmerman to prepare a report and recommendation.

      **IT IS SO ORDERED.**

Dated: May 29, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:     Wings Hom