JERROLD ABELES (SBN 138464)
ROBERT C. O'BRIEN (SBN 154372)
ARENT FOX LLP
555 W. Fifth Street, 48th Floor
Los Angeles, CA  90013
Telephone:      213-629-7400
Facsimile:      213-629-7401
E-mail: abeles.jerry@arentfox.com
E-mail: obrien.robert@arentfox.com

JAMES H. HULME
STEWART S. MANELA
MATTHEW M. WRIGHT
ARENT FOX LLP
1050 Connecticut Avenue NW
Washington, D.C. 20036
Telephone: (202) 857-6000
Facsimile: (202) 85706395

Attorneys For Japan Bank for International Cooperation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.) et al., <br><br> Plaintiffs, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, et al. <br><br> Defendants. | Case No. 08-MC-80030-JSW (BZ) <br><br> **NOTICE OF LIMITED APPEARANCE OF COUNSEL ON BEHALF OF JAPAN BANK FOR INTERNATIONAL COOPERATION** <br><br> Date: July 2, 2008 <br> Time: 9:00 a.m. <br> Place: Courtroom G |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE OF LIMITED APPEARANCE OF COUNSEL ON
BEHALF OF JAPAN BANK FOR INTERNATIONAL
COOPERATION
CASE NO. 08-MC-80030-JSW

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The undersigned enter their limited appearances as counsel for the Japan Bank for International Cooperation ("JBIC") in the above-captioned matter. Please note that JBIC's appearance is not intended to be construed as a waiver of any of JBIC's rights or defenses, including its sovereign immunity, lack of personal jurisdiction, or lack of service.

Dated: May 30, 2008

Respectfully submitted,

ARENT FOX LLP

By: _/s/ Jerrold Abeles_____
    JERROLD ABELES
    ROBERT C. O'BRIEN

*Of counsel*

James H. Hulme
Stewart S. Manela
Matthew M. Wright
Arent Fox LLP
1050 Connecticut Avenue, NW
Washington, DC 20036-5339

Attorneys for Japan Bank for International Cooperation

| | |
|---|---|
| 1 | JERROLD ABELES (SBN 138464) |
|   | ROBERT C. O'BRIEN (SBN 154372) |
| 2 | ARENT FOX LLP |
|   | 555 W. Fifth Street, 48th Floor |
| 3 | Los Angeles, CA  90013 |
|   | Telephone:     213-629-7400 |
| 4 | Facsimile:      213-629-7401 |
|   | E-mail:  abeles.jerry@arentfox.com |
| 5 | E-mail: obrien.robert@arentfox.com |

JAMES H. HULME
STEWART S. MANELA
MATTHEW M. WRIGHT
ARENT FOX LLP
1050 Connecticut Avenue NW
Washington, D.C. 20036
Telephone: (202) 857-6000
Facsimile: (202) 85706395

Attorneys For Japan Bank for
International Cooperation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.) et al., <br><br>Plaintiffs, <br><br>v. <br><br>ISLAMIC REPUBLIC OF IRAN, et al. <br><br>Defendants. | Case No. 08-MC-80030-JSW (BZ) <br><br>**NOTICE OF JOINDER BY JAPAN BANK FOR INTERNATIONAL COOPERATION TO INTERNATIONAL BANK FOR RECONSTRUCTION AND DEVELOPMENT'S MOTION TO STAY PLAINTIFF'S MOTION FOR ASSIGNMENT PENDING THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA'S DECISION ON PLAINTIFFS' MOTION TO APPOINT A RECEIVER** <br><br>Date: July 2, 2008 <br>Time:  9:00 a.m. <br>Place: Courtroom G |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE OF JOINDER BY JAPAN BANK FOR
INTERNATIONAL COOPERATION IN MOTION
TO STAY PLAINTIFF'S MOTION FOR ASSIGNMENT
CASE NO. 08-MC-80030-JSW

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Japan Bank for International Cooperation ("JBIC"), a Japanese Government financial institution and putative third party garnishee in the underlying litigation, joins in the Motion to Stay Plaintiff's Motion for Assignment Pending the U.S. District Court for the District of Columbia's Decision on Plaintiff's Motion to Appoint a Receiver filed by third party International Bank for Reconstruction and Development ("World Bank") on May 28, 2008. For the same reasons set forth in the World Bank's Motion, JBIC joins the request for a stay of this ancillary proceeding until the U.S District Court for the District of Columbia decides Plaintiffs' motion requesting appointment of a receiver and the defense of sovereign immunity asserted by JBIC, the World Bank, and other putative foreign sovereign garnishees in that proceeding.

Dated:      May 30, 2008

Respectfully submitted,

ARENT FOX LLP

By: ___/s/ Jerrold Abeles_____
    JERROLD ABELES
    ROBERT C. O'BRIEN

*Of counsel*

James H. Hulme
Stewart S. Manela
Matthew M. Wright
Arent Fox LLP
1050 Connecticut Avenue, NW
Washington, DC 20036-5339

Attorneys for Japan Bank for International Cooperation

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -

NOTICE OF JOINDER BY JAPAN BANK FOR INTERNATIONAL COOPERATION IN MOTION TO STAY PLAINTIFF'S MOTION FOR ASSIGNMENT
CASE NO. 08-MC-80030-JSW

JERROLD ABELES (SBN 138464)
ROBERT C. O'BRIEN (SBN 154372)
ARENT FOX LLP
555 W. Fifth Street, 48th Floor
Los Angeles, CA  90013
Telephone:      213-629-7400
Facsimile:      213-629-7401
E-mail:  abeles.jerry@arentfox.com
E-mail: obrien.robert@arentfox.com

JAMES H. HULME
STEWART S. MANELA
MATTHEW M. WRIGHT
ARENT FOX LLP
1050 Connecticut Avenue NW
Washington, D.C. 20036
Telephone: (202) 857-6000
Facsimile: (202) 85706395

Attorneys For Japan Bank for
International Cooperation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.) et al., <br><br> Plaintiffs, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, et al. <br><br> Defendants. | Case No. 08-MC-80030-JSW (BZ) <br><br> **CERTIFICATION OF INTERESTED PARTIES** <br><br> Date: July 2, 2008 <br> Time: 9:00 a.m. <br> Place: Courtroom G |

1   The undersigned, counsel of record for Japan Bank for International
2   Cooperation (JBIC), certifies that the following listed party (or parties) may have a
3   pecuniary interest in the outcome of this case.  These representations are made to
4   enable the Court to evaluate possible disqualification or recusal:
5   JBIC is a "juridical entity" of the Japanese Government, created by the
6   Japanese Diet.  JBIC is under the direct control of the Japanese
7   Minister of Finance and the Japanese Minister of Foreign Affairs.
8
9   Dated:  May 30, 2008

Respectfully submitted,

ARENT FOX LLP

By: _/s/ Jerrold Abeles_____
    JERROLD ABELES
    ROBERT C. O'BRIEN

*Of counsel*

James H. Hulme
Stewart S. Manela
Matthew M. Wright
Arent Fox LLP
1050 Connecticut Avenue, NW
Washington, DC 20036-5339

Attorneys for Japan Bank for
International Cooperation

JERROLD ABELES (SBN 138464)
ROBERT C. O'BRIEN (SBN 154372)
ARENT FOX LLP
555 W. Fifth Street, 48th Floor
Los Angeles, CA  90013
Telephone:      213-629-7400
Facsimile:       213-629-7401
E-mail:  abeles.jerry@arentfox.com
E-Mail: obrien.robert@arentfox.com

JAMES H. HULME
STEWART S. MANELA
MATTHEW M. WRIGHT
ARENT FOX LLP
1050 Connecticut Avenue NW
Washington, D.C. 20036
Telephone: (202) 857-6000
Facsimile: (202) 85706395

Attorneys For Japan Bank for International Cooperation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.) et al., <br><br> Plaintiffs, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, et al. <br><br> Defendants. | Case No. 08-MC-80030-JSW <br><br> Hon. Jeffrey S. White <br> Hon. Bernard Zimmerman <br><br> **PROOF OF SERVICE** <br><br> Date:  July 2, 2008 <br> Time:  9:00 a.m. <br> Place: Courtroom G |

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the above-captioned action. My business address is 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013.

On May 30, 2008, I served the following documents on all interested parties in this action as follows:

**NOTICE OF LIMITED APPEARANCE OF COUNSEL ON BEHALF OF JAPAN BANK FOR INTERNATIONAL COOPERATION;**

**NOTICE OF JOINDER BY JAPAN BANK FOR INTERNATIONAL COOPERATION TO INTERNATIONAL BANK FOR RECONSTRUCTION AND DEVELOPMENT'S MOTION TO STAY PLAINTIFF'S MOTION FOR ASSIGNMENT PENDING THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA'S DECISION ON PLAINTIFFS' MOTION TO APPOINT A RECEIVER;**

**CERTIFICATION OF INTERESTED PARTIES**

via electronic mail upon:

David J. Cook, Esq.
Cook Collection Attorneys, P.L.C.
165 Fell Street
San Francisco, CA 94102
cook@squeezebloodfromturnip.com

dr-ahmadinejad@president.ir (President of the Islamic Republic of Iran)

and via U.S. Mail upon:

ISLAMIC REPUBLIC OF IRAN
Pasdaran Avenue
Golestan Yekom
Tehran, Iran
Attn: Responsible Officer

ISLAMIC REPUBLIC OF IRAN
Khomeni Avenue
United Nations Street
Tehran, Iran
ATTN: Responsible Officer

| | |
|---|---|
| ABN Amro<br>101 California Street, Suite 4300<br>San Francisco, CA 94111<br>Attn: PRESIDENT OR AGENT FOR<br>SERVICE OF PROCESS | BNP Paribas<br>One Front Street<br>San Francisco, CA 94111<br>Attn: PRESIDENT OR AGENT FOR<br>SERVICE OF PROCESS |
| Abu Dhabi International Bank<br>1020 19th St NW # 500<br>Washington, DC 20036<br>Attn: PRESIDENT OR AGENT<br>FOR SERVICE OF PROCESS | BNP Paribas<br>725 Figueroa Street, Suite 2090<br>Los Angeles, CA 90017<br>Attn: PRESIDENT OR AGENT FOR<br>SERVICE OF PROCESS |
| Asian Development Bank<br>815 Connecticut Ave NW # 325<br>Washington, DC 20006<br>Attn: PRESIDENT OR AGENT<br>FOR SERVICE OF PROCESS | Commercial Bank of Kuwait<br>1120 Avenue of the Americas<br>New York, New York 10036<br>Attn: PRESIDENT OR AGENT FOR<br>SERVICE OF PROCESS |
| AUSTRIAN NATIONAL BANK<br>745 5th Ave. Suite 2005<br>New York, New York 10151<br>Attn: PRESIDENT OR AGENT<br>FOR SERVICE OF PROCESS | Commerzbank<br>633 West Fifth Street, Suite 6600<br>Los Angeles, CA 90071<br>Attn: PRESIDENT OR AGENT FOR<br>SERVICE OF PROCESS |
| Bank of Tokyo Mitsubishi-UFJ<br>Suite 350<br>1909 K St NW<br>Washington, DC 20006<br>Attn: PRESIDENT OR AGENT<br>FOR SERVICE OF PROCESS | Commerzbank AG<br>2 World Financial Center<br>New York, New York 10281<br>Attn: PRESIDENT OR AGENT FOR<br>SERVICE OF PROCESS |
| Bank of Tokyo Mitsubishi-UFJ<br>400 California Street<br>San Francisco, CA 94104<br>Attn: PRESIDENT OR AGENT<br>FOR SERVICE OF PROCESS | Credit Suisse Group<br>1201 F St NW # 450<br>Washington, DC 20004<br>Attn: PRESIDENT OR AGENT FOR<br>SERVICE OF PROCESS |
| Bank of Tokyo Mitsubishi UFJ<br>777 South Figueroa Street #600<br>Los Angeles, CA 90017<br>Attn: PRESIDENT OR AGENT<br>FOR SERVICE OF PROCESS | Credit Suisse AG<br>1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA 90067<br>Attn: PRESIDENT OR AGENT FOR<br>SERVICE OF PROCESS |
| CALYON [BANK] fka CREDIT<br>LYONNAIS and FKA CREDIT<br>AGRICOLE<br>1301 Avenue of the Americas | Deutsche Bank AG<br>101 California Street<br>San Francisco, CA 94111<br>Attn: PRESIDENT OR AGENT FOR |

| | |
|---|---|
| New York, New York  10019<br>Attn:  PRESIDENT OR AGENT FOR SERVICE OF PROCESS | SERVICE OF PROCESS |
| CALYON [BANK] fka CREDIT LYONNAIS and FKA CREDIT AGRICOLE care of<br>CT CORPORATION SYSTEM<br>818 West 7th Street<br>Los Angeles, CA  90017 | Development Bank of Japan<br>1101 17th St NW # 1001<br>Washington, DC 20036<br>Attn:  PRESIDENT OR AGENT FOR SERVICE OF PROCESS |
| Credit Suisse AG<br>2121 Avenue of the Stars<br>Los Angeles, CA 90067<br>Attn:  PRESIDENT OR AGENT FOR SERVICE OF PROCESS | DZ BANK<br>609 5th Avenue, Suite 601<br>New York, New York  10017<br>Attn:  PRESIDENT OR AGENT FOR SERVICE OF PROCESS |
| Credit Suisse AG<br>1201 F St NW # 450<br>Washington, DC  20004<br>Attn:  PRESIDENT OR AGENT FOR SERVICE OF PROCESS | Export Import Bank of Korea<br>1300 L St NW # 825<br>Washington, DC  20005<br>Attn:  PRESIDENT OR AGENT FOR SERVICE OF PROCESS |
| Deutsche Bank<br>300 South Grant Ave<br>Los Angeles, CA 90071<br>Attn:  PRESIDENT OR AGENT FOR SERVICE OF PROCESS | Export Import Bank of Korea<br>460 Park Avenue<br>New York, NY  10022<br>Attn:  PRESIDENT OR AGENT FOR SERVICE OF PROCESS |
| UBS AG<br>1501 K St NW<br>Washington, DC  20005<br>Attn:  PRESIDENT OR AGENT FOR SERVICE OF PROCESS | Export Important Bank of India<br>1750 Pennsylvania Ave NW<br>Washington, DC  20006<br>Attn:  PRESIDENT OR AGENT FOR SERVICE OF PROCESS |
| Industrial Bank<br>4812 Georgia Ave NW<br>Washington, DC  20011<br>Attn:  PRESIDENT OR AGENT FOR SERVICE OF PROCESS | Natexis Banques Populaires<br>1901 Avenue of the Stars, Suite 1901<br>Los Angeles, CA  90067<br>Attn:  PRESIDENT OR AGENT FOR SERVICE OF PROCESS |
| International Monetary fund<br>700 19th St NW<br>Washington, DC  20431<br>Attn:  PRESIDENT OR AGENT FOR SERVICE OF PROCESS | Natexis Banques Populaires<br>1251 – 6th Avenue<br>New York, NY  10020<br>Attn:  PRESIDENT OR AGENT FOR SERVICE OF PROCESS |

| | |
|---|---|
| International Finance Corporation<br>2121 Pennsylvania Ave NW<br>Washington, DC 20433<br>Attn:  PRESIDENT OR AGENT FOR SERVICE OF PROCESS | NATIONAL BANK OF PAKISTAN<br>100 Wall Street<br>New York, NY 10005<br>Attn:  PRESIDENT OR AGENT FOR SERVICE OF PROCESS<br>Attn:  LEGAL PROCESSING DEPT. |
| INTERNATIONAL BANK FOR RECONSTRUCTION AND DEVELOPMENT (aka THE WORLD BANK)<br>1818 H St NW<br>Washington, DC  20433<br>Attn:  PRESIDENT OR AGENT FOR SERVICE OF PROCESS | Rabobank International<br>1825 I St NW # 400<br>Washington, DC 20006<br>Attn:  PRESIDENT OR AGENT FOR SERVICE OF PROCESS |
| UBS AG<br>633 West Fifth Street<br>Los Angeles, CA 90017<br>Attn:  PRESIDENT OR AGENT FOR SERVICE OF PROCESS | Raiffeisen Zentral Bank<br>1133 Avenue of the Americas<br>New York, NY  10036<br>Attn:  PRESIDENT OR AGENT FOR SERVICE OF PROCESS |
| Mitsubishi Trust and Banking<br>520 Madison Ave., Suite 2501<br>New York, NY  10022<br>Attn:  PRESIDENT OR AGENT FOR SERVICE OF PROCESS | Societe Generale<br>1221 Avenue of the Americas<br>New York, NY  10020<br>Attn:  PRESIDENT OR AGENT FOR SERVICE OF PROCESS |
| Mizuho Corporate Bank (Japan)<br>350 South Grand Ave, Suite 1500<br>Los Angeles, CA 90017<br>Attn:  PRESIDENT OR AGENT FOR SERVICE OF PROCESS | State Bank of India<br>2001 Pennsylvania Ave NW # 625<br>Washington, DC 20006<br>Attn:  PRESIDENT OR AGENT FOR SERVICE OF PROCESS |
| Sumitomo Mitsui Banking Corporation<br>555 California St., Suite 3350<br>San Francisco, CA 94104<br>Attn:  PRESIDENT OR AGENT FOR SERVICE OF PROCESS | |

| | |
|---|---|
| Sumitomo Mitsui Banking Corporation<br>777 South Figueroa, Suite 2600<br>Los Angeles, CA 90017<br>Attn: PRESIDENT OR AGENT FOR SERVICE OF PROCESS | |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 30, 2008, at Los Angeles, California.

                 /S/ Vivian La Barreda