JERROLD ABELES (SBN 138464)
ROBERT C. O'BRIEN (SBN 154372)
ARENT FOX LLP
555 W. Fifth Street, 48th Floor
Los Angeles, CA 90013
Telephone:      213-629-7400
Facsimile:       213-629-7401
E-mail:  abeles.jerry@arentfox.com
E-mail: obrien.robert@arentfox.com

JAMES H. HULME
STEWART S. MANELA
MATTHEW M. WRIGHT
ARENT FOX LLP
1050 Connecticut Avenue NW
Washington, D.C. 20036
Telephone: (202) 857-6000
Facsimile: (202) 85706395

Attorneys For Japan Bank for International Cooperation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.) et al., <br><br> Plaintiffs, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, et al. <br><br> Defendants. | Case No. 08-MC-80030-JSW (BZ) <br><br> **NOTICE OF JOINDER BY JAPAN BANK FOR INTERNATIONAL COOPERATION TO INTERNATIONAL BANK FOR RECONSTRUCTION AND DEVELOPMENT'S MOTION TO STAY PLAINTIFF'S MOTION FOR ASSIGNMENT PENDING THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA'S DECISION ON PLAINTIFFS' MOTION TO APPOINT A RECEIVER** <br><br> Date:  July 2, 2008 <br> Time:  9:00 a.m. <br> Place: Courtroom G |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE OF JOINDER BY JAPAN BANK FOR
INTERNATIONAL COOPERATION IN MOTION
TO STAY PLAINTIFF'S MOTION FOR ASSIGNMENT
CASE NO. 08-MC-80030-JSW

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Japan Bank for International Cooperation ("JBIC"), a Japanese Government financial institution and putative third party garnishee in the underlying litigation, joins in the Motion to Stay Plaintiff's Motion for Assignment Pending the U.S. District Court for the District of Columbia's Decision on Plaintiff's Motion to Appoint a Receiver filed by third party International Bank for Reconstruction and Development ("World Bank") on May 28, 2008. For the same reasons set forth in the World Bank's Motion, JBIC joins the request for a stay of this ancillary proceeding until the U.S District Court for the District of Columbia decides Plaintiffs' motion requesting appointment of a receiver and the defense of sovereign immunity asserted by JBIC, the World Bank, and other putative foreign sovereign garnishees in that proceeding.

Dated:      May 30, 2008

Respectfully submitted,

ARENT FOX LLP

By: ___/s/ Jerrold Abeles_____
JERROLD ABELES
ROBERT C. O'BRIEN

*Of counsel*

James H. Hulme
Stewart S. Manela
Matthew M. Wright
Arent Fox LLP
1050 Connecticut Avenue, NW
Washington, DC 20036-5339

Attorneys for Japan Bank for International Cooperation

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -

NOTICE OF JOINDER BY JAPAN BANK FOR INTERNATIONAL COOPERATION IN MOTION TO STAY PLAINTIFF'S MOTION FOR ASSIGNMENT
CASE NO. 08-MC-80030-JSW