JERROLD ABELES (SBN 138464)
ROBERT C. O'BRIEN (SBN 154372)
ARENT FOX LLP
555 W. Fifth Street, 48th Floor
Los Angeles, CA  90013
Telephone:	213-629-7400
Facsimile:	213-629-7401
E-mail:  abeles.jerry@arentfox.com
E-mail: obrien.robert@arentfox.com

JAMES H. HULME
STEWART S. MANELA
MATTHEW M. WRIGHT
ARENT FOX LLP
1050 Connecticut Avenue NW
Washington, D.C. 20036
Telephone: (202) 857-6000
Facsimile: (202) 85706395

Attorneys For Japan Bank for International Cooperation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.) et al., <br><br> Plaintiffs, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, et al. <br><br> Defendants. | Case No. 08-MC-80030-JSW (BZ) <br><br> **CERTIFICATION OF INTERESTED PARTIES** <br><br> Date:  July 2, 2008 <br> Time:  9:00 a.m. <br> Place: Courtroom G |

1  The undersigned, counsel of record for Japan Bank for International
2  Cooperation (JBIC), certifies that the following listed party (or parties) may have a
3  pecuniary interest in the outcome of this case.  These representations are made to
4  enable the Court to evaluate possible disqualification or recusal:
5     JBIC is a "juridical entity" of the Japanese Government, created by the
6     Japanese Diet.  JBIC is under the direct control of the Japanese
7     Minister of Finance and the Japanese Minister of Foreign Affairs.

Dated:  May 30, 2008

Respectfully submitted,

ARENT FOX LLP

By: _/s/ Jerrold Abeles_____
    JERROLD ABELES
    ROBERT C. O'BRIEN

*Of counsel*

James H. Hulme
Stewart S. Manela
Matthew M. Wright
Arent Fox LLP
1050 Connecticut Avenue, NW
Washington, DC 20036-5339

Attorneys for Japan Bank for
International Cooperation