1  DAVID J. COOK, ESQ. (State Bar # 060859)
   ROBERT J. PERKISS, ESQ (State Bar # 62386)
2  COOK COLLECTION ATTORNEYS
   A PROFESSIONAL LAW CORPORATION
3  165 Fell Street
   San Francisco, CA 94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA 94104-0270
5  Tel: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,759

7  Attorneys for Plaintiffs
   DEBORAH D. PETERSON, Personal Representatives
8  of the Estate of James C. Knipple (Dec.), et al.

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12
   DEBORAH D. PETERSON, Personal        )   CASE NO. 3:08-80030-JSW (BZ)
13 Representative of the Estate of James C. )
   Knipple (Dec.), et al.,               )   MOTION FOR HEARING ON OBJECTION
14                                        )   TO REPORT AND RECOMMENDATION TO
                                          )   DENY PLAINTIFFS' EX PARTE
15         Plaintiffs,                    )   APPLICATIONS, PURSUANT TO LOCAL
                                          )   RULE 72-3(a), AND MOTION FOR DE NOVO
16 vs.                                    )   DETERMINATION
                                          )
17 ISLAMIC REPUBLIC OF IRAN, et al.,      )
                                          )   Date: July 11, 2008
18         Defendants.                    )   Time: 9:00 a.m.
   _____)   Courtroom: 17, 16th Floor
                                              Judge: Jeffrey S. White
19

20         PLEASE TAKE NOTICE that on the 11th day of July, 2008, at the hour of 9:00 a.m., in

21 Courtroom 17, before the Honorable Jeffrey S. White, Judge of the United States District Court, at

22 the courthouse located at 450 Golden Gate Avenue, San Francisco, CA 94102, Plaintiffs

23 DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et

24 al. ("Plaintiffs") will and do hereby move this court for an adjudication de novo on those certain ex

25 parte applications, namely, Ex Parte Application For Order Amending Writ of Execution to

26 Include Additional Names and Second Ex Parte Application for Order Amending and to Direct

27 Issuance of Second Amended and Alias Writ of Execution to Include Additional Names, as Docket

28 MOTION FOR HEARING ON OBJECTION TO REPORT AND RECOMMENDATION TO DENY PLAINTIFFS'
   EX PARTE APPLICATIONS, PURSUANT TO LOCAL RULE 72-3(a), AND MOTION FOR DE NOVO
   DETERMINATION - CASE NO. 3:08-80030-JSW (BZ)                                              1

1 | Nos. 6 & 9.

2 |     The basis thereof is that the Honorable Magistrate Judge Bernard Zimmerman entered that
3 | certain REPORT AND RECOMMENDATION TO DENY PLAINTIFFS' EX PARTE
4 | APPLICATIONS (Docket No. 36) on May 22, 2008, that Plaintiffs have objected thereto timely,
5 | and that Plaintiffs seek a hearing de novo as permitted under Local Rule 72-3(a), and a
6 | determination thereof.

7 |     This motion is based upon this Notice, the Motion, the Memorandum of Points and
8 | Authorities, the Declaration of David J. Cook, Esq., the REPORT AND RECOMMENDATION
9 | TO DENY PLAINTIFFS' EX PARTE APPLICATIONS (Docket No. 36), the OBJECTIONS filed
10 | herein (Docket No. 48), the Ex Parte Application For Order Amending Writ of Execution to
11 | Include Additional Names and Second Ex Parte Application for Order Amending and to Direct
12 | Issuance of Second Amended and Alias Writ of Execution to Include Additional Names, as Docket
13 | Nos. 6 & 9, the two Memorandum of Points and Authorities and Declarations filed with Docket
14 | Nos. 6 & 9 (Docket Nos. 7, 8, 10 & 11), upon the SUPPLEMENTAL MEMORANDUM OF
15 | POINTS AND AUTHORITIES IN SUPPORT OF SECOND EX PARTE APPLICATION FOR
16 | ODER AMENDING AND TO DIRECT ISSUANCE OF SECOND AMENDED AND ALIAS
17 | WRIT OF EXECUTION TO INCLUDE ADDITIONAL NAMES etc. and the SUPPLEMENTAL
18 | DECLARATION OF DAVID J. COOK, ESQ. in support thereof filed in *Peterson vs. Islamic*
19 | *Republic of Iran,* Case No. 3:08-80030-JSW (BZ) [Docket No. 35), and upon all pleadings, papers
20 | and other matters on file herein, and upon all oral evidence and argument which may be presented
21 | at the hearing hereof.

22 | DATED: June 2, 2008                  COOK COLLECTION ATTORNEYS

By: /s/ David J. Cook
DAVID J. COOK, ESQ. (SB# 060859)
Attorneys for Plaintiffs
STEVEN M. GREENBAUM, ALAN
HAYMAN, and SHIRLEE HAYMAN

27 | F:\USERS\DJCNEW\peterson.objexs

28 | MOTION FOR HEARING ON OBJECTION TO REPORT AND RECOMMENDATION TO DENY PLAINTIFFS'
EX PARTE APPLICATIONS, PURSUANT TO LOCAL RULE 72-3(a), AND MOTION FOR DE NOVO
DETERMINATION - CASE NO. 3:08-80030-JSW (BZ)    2