| | |
|---|---|
| 1 | **DAVID J. COOK, ESQ.** (State Bar # 060859)<br>**ROBERT J. PERKISS, ESQ** (State Bar # 62386) |
| 2 | **COOK COLLECTION ATTORNEYS**<br>**A PROFESSIONAL LAW CORPORATION** |
| 3 | 165 Fell Street<br>San Francisco. CA 94102 |
| 4 | Mailing Address: P.O. Box 270<br>San Francisco. CA 94104-0270 |
| 5 | Tel.: (415) 989-4730<br>Fax: (415) 989-0491 |
| 6 | File No. 52,759 |
| 7 | Attorneys for Plaintiffs |
| 8 | DEBORAH D. PETERSON, Personal Representatives<br>of the Estate of James C. Knipple (Dec.), et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.). et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ISLAMIC REPUBLIC OF IRAN. et al.,<br><br>Defendants. | CASE NO. 3:08-80030-JSW (BZ)<br><br>PROOF OF SERVICE |

| | |
|---|---|
| *Via Email dr-ahmadinejad@president.ir*<br>PRESIDENT DR. AHMADINEJAD<br><br>ISLAMIC REPUBLIC OF IRAN<br>acting through its<br>MINISTRY OF DEFENSE AND<br>SUPPORT FOR ARMED FORCES<br>No. 1 Shahid Kaboli Street<br>Beginning of Resalat Highway<br>Seyyed Khandan Bridge<br>P.O. Box 16765-1479<br>Tehran, Iran<br>Attn: Responsible Officer | ISLAMIC REPUBLIC OF IRAN<br>Pasadaran Avenue<br>Golestan Yekom<br>Teheran, Iran<br>ATTN: Responsible Officer<br><br>ISLAMIC REPUBLIC OF IRAN<br>Khomeini Avenue<br>United Nations Street<br>Teheran. Iran<br>ATTN: Responsible Officer |

PROOF OF SERVICE - CASE NO. 3:08-80030-JSW (BZ)                                                                 1

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

NOTICE OF MOTION AND MOTION FOR HEARING ON OBJECTION TO REPORT AND RECOMMENDATION TO DENY PLAINTIFFS' EX PARTE APPLICATIONS, PURSUANT TO LOCAL RULE 72-3(a), AND MOTION FOR DE NOVO DETERMINATION

MOTION FOR HEARING ON OBJECTION TO REPORT AND RECOMMENDATION TO DENY PLAINTIFFS' EX PARTE APPLICATIONS, PURSUANT TO LOCAL RULE 72-3(a), AND MOTION FOR DE NOVO DETERMINATION

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR HEARING ON OBJECTION TO REPORT AND RECOMMENDATION TO DENY PLAINTIFFS' EX PARTE APPLICATIONS, PURSUANT TO LOCAL RULE 72-3(a), AND MOTION FOR DE NOVO DETERMINATION

DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION FOR HEARING ON OBJECTION TO REPORT AND RECOMMENDATION TO DENY PLAINTIFFS' EX PARTE APPLICATIONS, PURSUANT TO LOCAL RULE 72-3(a), AND MOTION FOR DE NOVO DETERMINATION

on the above-named person(s) by:

__XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

__XXX__ (BY EMAIL) Emailing addressed to the person's/company's email address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 2, 2008.

/s/ Karene Jen
Karene Jen