Jay R. Henneberry (State Bar No. 135065)
jhenneberry@chadbourne.com
CHADBOURNE & PARKE LLP
350 South Grand Avenue, Suite 3300
Los Angeles, CA 90071
Telephone:   (213) 892-1000
Facsimile:    (213) 622-9865

*Attorneys for Non-Party*
*The Export-Import Bank of Korea*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., <br><br> Plaintiffs, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants. | Case No. 3:08-mc-80030-JSW <br><br> Hon. Jeffery S. White <br> Hon. Bernard Zimmerman <br><br> **NOTICE OF LIMITED APPEARANCE OF COUNSEL ON BEHALF OF THE EXPORT-IMPORT BANK OF KOREA** <br><br> Date: July 2, 2008 <br> Time: 9:00 a.m. <br> Place: Courtroom G |

TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:

The undersigned hereby enter their limited appearances as counsel for The Export-Import Bank of Korea ("KEXIM") in the above-captioned matter. Please note that KEXIM's limited appearance is not intended to be construed as any waiver of any waiver of any of KEXIM's rights, including its sovereign immunity, or any of KEXIM's other defenses, including improper service and lack of subject matter and personal jurisdiction.

1

THE EXPORT-IMPORT BANK OF KOREA'S NOTICE OF LIMITED APPEARANCE OF COUNSEL ---
CASE NO. 3:08-mc-80030-JSW

LA1 - 119682.01

| | |
|---|---|
| Dated: June 9, 2008 | CHADBOURNE & PARKE LLP |
| | By: /s/ Jay R. Henneberry |
| | Jay R. Henneberry (Bar No. 135065)<br>CHADBOURNE & PARKE LLP<br>350 South Grand Avenue, Suite 300<br>Los Angeles, California 90071<br>Tel. (213) 892-1000<br>Fax (213) 622-9865 |
| | *Attorneys for Non-Party*<br>*The Export-Import Bank of Korea* |

Of Counsel:

Hwan Kim
CHADBOURNE & PARKE LLP
1200 New Hampshire Avenue, N.W.
Washington, D.C.
Tel. (202) 974-5600
Fax (202) 974-5602

CHADBOURNE & PARKE LLP
350 South Grand Avenue, Suite 3300
Los Angeles, CA 90071 (213) 892-1000

2
THE EXPORT-IMPORT BANK OF KOREA'S NOTICE OF LIMITED APPEARANCE OF COUNSEL ---
CASE NO. 3:08-mc-80030-JSW
LA1 - 119682.01