1  Jay R. Henneberry (State Bar No. 135065)
   jhenneberry@chadbourne.com
2  CHADBOURNE & PARKE LLP
   350 South Grand Avenue, Suite 3300
3  Los Angeles, CA 90071
   Telephone: (213) 892-1000
4  Facsimile: (213) 622-9865

5  *Attorneys for Non-Party*
   *The Export-Import Bank of Korea*
6

7

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11 | DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., | Case No. 3:08-mc-80030-JSW
12 | | Hon. Jeffery S. White
   | | Hon. Bernard Zimmerman
13 | Plaintiffs, | **NOTICE OF JOINDER BY THE EXPORT-IMPORT BANK OF KOREA TO INTERNATIONAL BANK FOR RECONSTRUCTION AND DEVELOPMENT'S MOTION TO STAY PLAINTIFFS' MOTION FOR ASSIGNMENT PENDING THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA'S DECISION ON PLAINTIFFS' MOTION TO APPOINT A RECEIVER**
14 | v. |
15 | ISLAMIC REPUBLIC OF IRAN, et al., |
16 | Defendants. |
17 | |
18 | |
19 | | Date: July 2, 2008
20 | | Time: 9:00 a.m.
   | | Place: Courtroom G
21

22         TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF

23 RECORD:

24         PLEASE TAKE NOTICE that The Export-Import Bank of Korea ("KEXIM"), a

25 Korean Government financial institution and putative third party garnishee in the underlying

26 litigation, joins in the Motion to Stay Plaintiffs' Motion for Assignment Pending the U.S. District

27 Court for the District of Columbia's Decision on Plaintiffs' Motion to Appoint a Receiver filed by

28 third party International Bank for Reconstruction and Development ("World Bank") on May 28,

1

1 | 2008. For the same reasons set forth in the World Bank's Motion, KEXIM joins the request for a
2 | stay of this ancillary proceeding until the U.S. District Court for the District of Columbia decides
3 | Plaintiffs' motion requesting appointment of a receiver and the defense of sovereign immunity
4 | asserted by KEXIM, the World Bank, and other putative foreign sovereign garnishees in that
5 | proceeding.

6 | Dated:   June 9, 2008                    CHADBOURNE & PARKE LLP

8 |                                          By:  /s/ Jay R. Henneberry
9 |                                              Jay R. Henneberry (Bar No. 135065)
                                                CHADBOURNE & PARKE LLP
10 |                                             350 South Grand Avenue, Suite 300
                                                Los Angeles, California 90071
11 |                                             Tel. (213) 892-1000
                                                Fax (213) 622-9865

12 |                                          *Attorneys for Non-Party*
13 |                                          *The Export-Import Bank of Korea*

15 | Of Counsel:

16 | Hwan Kim
     CHADBOURNE & PARKE LLP
17 | 1200 New Hampshire Avenue, N.W.
     Washington, D.C.
18 | Tel. (202) 974-5600
     Fax (202) 974-5602

1  Jay R. Henneberry (State Bar No. 135065)
   jhenneberry@chadbourne.com
2  CHADBOURNE & PARKE LLP
   350 South Grand Avenue, Suite 3300
3  Los Angeles, CA  90071
   Telephone:   (213) 892-1000
4  Facsimile:    (213) 622-9865

5  *Attorneys for Non-Party*
   *The Export-Import Bank of Korea*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., <br><br> Plaintiffs, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants. | Case No.  3:08-mc-80030-JSW <br><br> Hon. Jeffery S. White <br> Hon. Bernard Zimmerman <br><br> **CERTIFICATION OF INTERESTED PARTIES OR PERSONS** <br><br> Date:  July 2, 2008 <br> Time:  9:00 a.m. <br> Place:  Courtroom G |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

1  Dated:   June 9, 2008                          CHADBOURNE & PARKE LLP

                                                  By: /s/ Jay R. Henneberry
                                                      Jay R. Henneberry (Bar No. 135065)
                                                      CHADBOURNE & PARKE LLP
                                                      350 South Grand Avenue, Suite 300
                                                      Los Angeles, California 90071
                                                      Tel. (213) 892-1000
                                                      Fax (213) 622-9865

                                                  *Attorneys for Non-Party*
                                                  *The Export-Import Bank of Korea*

Of Counsel:

Hwan Kim
CHADBOURNE & PARKE LLP
1200 New Hampshire Avenue, N.W.
Washington, D.C.
Tel. (202) 974-5600
Fax (202) 974-5602

1  Jay R. Henneberry (State Bar No. 135065)
   jhenneberry@chadbourne.com
2  CHADBOURNE & PARKE LLP
   350 South Grand Avenue, Suite 3300
3  Los Angeles, CA 90071
   Telephone:   (213) 892-1000
4  Facsimile:   (213) 622-9865

5  *Attorneys for Non-Party*
   *The Export-Import Bank of Korea*
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11 | DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., | Case No. 3:08-mc-80030-JSW
12 | | Hon. Jeffery S. White
   | | Hon. Bernard Zimmerman
13 | Plaintiffs, | **PROOF OF SERVICE**
14 | v. |
   | | Date: July 2, 2008
15 | ISLAMIC REPUBLIC OF IRAN, et al., | Time: 9:00 a.m.
   | | Place: Courtroom G
16 | Defendants. |

PROOF OF SERVICE

LAI - 119702.03

**PROOF OF SERVICE**

I am employed in the County of <u>Los Angeles</u> State of California. I am over the age of 18 and not a party to the within action; my business address is: 350 South Grand Avenue, Suite 3300, Los Angeles, California 90071-3406.

On **June 9, 2008**, I caused the true and correct copy(s) of :

**NOTICE OF LIMITED APPEARANCE OF COUNSEL ON BEHALF OF THE EXPORT-IMPORT BANK OF KOREA**

**NOTICE OF JOINDER BY THE EXPORT-IMPORT BANK OF KOREA TO INTERNATIONAL BANK FOR RECONSTRUCTION AND DEVELOPMENT'S MOTION TO STAY PLAINTIFFS' MOTION FOR ASSIGNMENT PENDING THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA'S DECISION ON PLAINTIFFS' MOTION TO APPOINT A RECEIVER**

**CERTIFICATION OF INTERESTED PARTIES OR PERSONS**

to be served in the manner so indicated to the following individual(s) listed below:

**PLEASE SEE ATTACHED LIST**

☒ **BY MAIL TO ALL COUNSEL:**

☒ I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

☒ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **BY ELECTRONIC MAIL**: Pursuant to the Court's e-filing procedures, counsel registered will receive a copy via electronic mail.

☐ **BY FACSIMILE**: I transmitted a true copy of said document via facsimile machine pursuant to Rule 2005. The facsimile machine I used complied with Rule 2003(3), and no error was reported by the machine.

☐ **BY OVERNIGHT DELIVERY (Federal Express)**: I deposited such envelope(s) at the appropriate location for collection and overnight delivery to the person(s) or office(s) named on the attached list.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **June 9, 2008**, at Los Angeles, California.

| Romina Cabatbat | _/s/ Romina Cabatbat_ |
|---|---|
| Type Name | Signature |

- 2 -
PROOF OF SERVICE

LA1 - 119702.03

## SERVICE LIST

Peterson v. Islamic Republic of Iran, et al.
USDC Northern Dist. Case No.: 3:08-mc-80030-JSW

| | |
|---|---|
| David J. Cook, Esq.<br>Cook Collection Attorneys<br>165 Fell Street<br>San Francisco, CA 94102<br>Email: cookdavidj@aol.com | **[BY ELECTRONIC MAIL]** |
| Thomas Fay, Esq.<br>601 Pennsylvania Avenue NW<br>South Building, Suite 900<br>Washington, D.C. 20004 | **[BY MAIL]** |
| Steven Perles, Esq.<br>Perles Law Firm, P.C.<br>1146 19th Street, 5th Floor<br>Washington, D.C. 20036 | **[BY MAIL]** |
| ISLAMIC REPUBLIC OF IRAN<br>Pasdaran Avenue<br>Golestan Yekom<br>Tehran, Iran<br>Attn: Responsible Officer | **[BY MAIL]** |
| ISLAMIC REPUBLIC OF IRAN<br>Khomeni Avenue<br>United Nations Street<br>Tehran, Iran<br>Attn: Responsible Officer | **[BY MAIL]** |