Jay R. Henneberry (State Bar No. 135065)
jhenneberry@chadbourne.com
CHADBOURNE & PARKE LLP
350 South Grand Avenue, Suite 3300
Los Angeles, CA  90071
Telephone:   (213) 892-1000
Facsimile:   (213) 622-9865

*Attorneys for Non-Party
The Export-Import Bank of Korea*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>Defendants. | Case No.  3:08-mc-80030-JSW<br><br>Hon. Jeffery S. White<br>Hon. Bernard Zimmerman<br><br>**CERTIFICATION OF INTERESTED PARTIES OR PERSONS**<br><br>Date:    July 2, 2008<br>Time:   9:00 a.m.<br>Place:   Courtroom G |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

| | | |
|---|---|---|
| 1 | Dated: June 9, 2008 | CHADBOURNE & PARKE LLP |

By: /s/ Jay R. Henneberry
　　Jay R. Henneberry (Bar No. 135065)
　　CHADBOURNE & PARKE LLP
　　350 South Grand Avenue, Suite 300
　　Los Angeles, California 90071
　　Tel. (213) 892-1000
　　Fax (213) 622-9865

*Attorneys for Non-Party*
*The Export-Import Bank of Korea*

Of Counsel:

Hwan Kim
CHADBOURNE & PARKE LLP
1200 New Hampshire Avenue, N.W.
Washington, D.C.
Tel. (202) 974-5600
Fax (202) 974-5602

---

2
THE EXPORT-IMPORT BANK OF KOREA'S CERTIFICATION OF INTERESTED PARTIES OR PERSONS --
CASE NO. 3:08-mc-80030-JSW

LA1 - 119680.01