Jay R. Henneberry (State Bar No. 135065)
jhenneberry@chadbourne.com
CHADBOURNE & PARKE LLP
350 South Grand Avenue, Suite 3300
Los Angeles, CA  90071
Telephone:	(213) 892-1000
Facsimile:	(213) 622-9865

*Attorneys for Non-Party*
*The Export-Import Bank of Korea*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., <br><br> Plaintiffs, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants. | Case No.  3:08-mc-80030-JSW |

**[PROPOSED] ORDER**

WHEREAS, this matter having come to be heard on non-party The Export-Import Bank of Korea's ("KEXIM's") opposition to plaintiffs' Motion for Assignment of Rights Pursuant to C.C.P. § 708.510(a) and F.R.C.P. 69(a) (the "Motion"); and

WHEREAS, the Court finds that KEXIM: (a) is a "foreign state" as that term is defined in the Foreign Sovereign Immunities Act ("FSIA"), 28 U.S.C. § 1603(a) (2006); and (b) enjoys sovereign immunity under the FSIA, 28 U.S.C. § 1604;

1

IMPORT EXPORT BANK OF KOREA'S IN OPPOSITION TO PLAINTIFFS' MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) [FINANCIAL INSTITUTIONS]
LA1 - 119743.01

IT IS HEREBY ORDERED that the Motion is DENIED with regard to KEXIM; and

IT IS FURTHER ORDERED that KEXIM, as an agency or instrumentality of a foreign sovereign, is exempt from the jurisdiction of this Court and shall not be required to participate in this matter.

SO ORDERED.

Dated: July \_\_\_\_, 2008

_____
Hon. Bernard Zimmerman, U.S.M.J.