WILLIAM L. STERN (CA SBN 96105)
WStern@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

NANCY R. THOMAS (CA SBN 236185)
NThomas@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, California 90013-1024
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for *Amici Curiae*, the California
Bankers Association, the Institute
of International Bankers, the International
Bankers Association in California,
The Clearing House Association L.L.C.,
and the Organization for International Investment

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Eastate of James C. Knipple (Dec.), et al., <br><br> Plaintiffs, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants. | Case No. C 08-80030 MISC JSW (BZ) <br><br> Hon. Jeffrey S. White <br> Hon. Bernard Zimmerman <br><br> **NOTICE OF MOTION AND MOTION FOR LEAVE TO APPEAR AS AMICI CURIAE AND TO FILE AN AMICUS BRIEF IN RESPONSE TO MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) [FINANCIAL INSTITUTIONS]** <br><br> Date: July 2, 2008 <br> Time: 10:00 a.m. <br> Courtroom: G <br> Judge: Bernard Zimmerman |

NOTICE OF MOTION & MOTION FOR
LEAVE TO APPEAR AS *AMICI CURIAE*
AND TO FILE AN *AMICUS* BRIEF
CASE NO. C 08-80030 MISC JSW (BZ)

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 2, 2008 at 10:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Bernard Zimmerman, United States District Court, Northern District of California, San Francisco Division, 450 Golden Gate Avenue, Courtroom G, San Francisco, California, Non-Parties the California Bankers Association ("CBA"), the Institute of International Bankers ("IIB"), the International Bankers Association in California ("IBAC"), The Clearing House Association L.L.C. ("TCH"), and the Organization for International Investment ("OFII") (collectively the "Associations") will and hereby do move the Court for an order granting them leave to appear as *amici curiae* and to file the *amicus* brief attached as Exhibit A to their Memorandum In Support Of Motion For Leave To Appear As *Amici Curiae* And To File An *Amicus* Brief In Response to Motion for Assignment of Rights Pursuant to C.C.P. § 708.510(a) and F.R.C.P. 69(a) [Financial Institutions].

This Motion is based on this Notice of Motion and Motion, the Memorandum in support thereof, the pleadings and other papers on file herein, and such other written and oral argument as may be presented to the Court.

The Associations have sought consent from the judgment creditors, whose counsel has indicated that they do not oppose this Motion for leave to appear as *amici curiae* and to file an *amicus* brief.

Dated: June 9, 2008

WILLIAM L. STERN
NANCY R. THOMAS
MORRISON & FOERSTER LLP

By:   /s/ William S. Stern
      William L. Stern

Attorneys for *Amici Curiae*, the California Bankers Association, the Institute of International Bankers, the International Bankers Association in California, The Clearing House Association L.L.C. and the Organization for International Investment

NOTICE OF MOTION & MOTION FOR
LEAVE TO APPEAR AS *AMICI CURIAE*
AND TO FILE AN *AMICUS* BRIEF
CASE NO. C 08-80030 MISC JSW (BZ)
la-980335

1