1  WILLIAM L. STERN (CA SBN 96105)
   WStern@mofo.com
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California 94105-2482
   Telephone: 415.268.7000
4  Facsimile: 415.268.7522

5  NANCY R. THOMAS (CA SBN 236185)
   NThomas@mofo.com
6  MORRISON & FOERSTER LLP
   555 West Fifth Street
7  Los Angeles, California 90013-1024
   Telephone: 213.892.5200
8  Facsimile: 213.892.5454

9  Attorneys for *Amici Curiae*, the California
   Bankers Association, the Institute
10 of International Bankers, the International
   Bankers Association in California,
11 The Clearing House Association L.L.C.,
   and the Organization for International Investment

12

13                    **UNITED STATES DISTRICT COURT**

14                    **NORTHERN DISTRICT OF CALIFORNIA**

15                         **SAN FRANCISCO DIVISION**

16

| | |
|---|---|
| 17  DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., | Case No. C 08-80030 MISC JSW (BZ) |
| 18 | Hon. Jeffrey S. White |
| | Hon. Bernard Zimmerman |
| 19           Plaintiffs, | |
| | **[PROPOSED] ORDER GRANTING** |
| 20     v. | **MOTION FOR LEAVE TO APPEAR** |
| | **AS AMICI CURIAE AND TO FILE AN** |
| 21  ISLAMIC REPUBLIC OF IRAN, et al., | **AMICUS BRIEF IN RESPONSE TO** |
| | **MOTION FOR ASSIGNMENT OF** |
| 22           Defendants. | **RIGHTS PURSUANT TO C.C.P.** |
| | **§ 708.510(a) AND F.R.C.P. 69(a)** |
| 23 | **[FINANCIAL INSTITUTIONS]** |
| 24 | Date:      July 2, 2008 |
| | Time:      10:00 a.m. |
| 25 | Courtroom: G |
| | Judge:     Bernard Zimmerman |
| 26 | |

27

28
   [PROPOSED] ORDER GRANTING MOTION FOR
   LEAVE TO APPEAR AS *AMICI CURIAE* AND
   TO FILE AN *AMICUS* BRIEF
   CASE NO. C 08-80030 MISC JSW (BZ)

1  The Court has considered the Motion brought by the California Bankers Association, the Institute of International Bankers, the International Bankers Association in California, The Clearing House Association L.L.C., and the Organization for International Investment (collectively the "Associations") for Leave to Appear as *Amici Curiae* and to File an *Amicus* Brief in Response to Motion for Assignment of Rights Pursuant to C.C.P. § 708.510(a) and F.R.C.P. 69(a) [Financial Institutions] and finds that the *amicus* brief will assist the Court in evaluating the Motion. Accordingly,

IT IS HEREBY ORDERED THAT the Associations' Motion is GRANTED and the Associations' *amicus* brief attached as Exhibit A to their memorandum in support of the Motion is DEEMED FILED.

Dated: _____

_____
Hon. Bernard Zimmerman
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING MOTION FOR
LEAVE TO APPEAR AS *AMICI CURIAE* AND
TO FILE AN *AMICUS* BRIEF
CASE NO. C 08-80030 MISC JSW (BZ)

la-980337