1  Andrew Leibnitz, State Bar No. 184723
   FARELLA BRAUN + MARTEL LLP
2  235 Montgomery Street, 17th Floor
   San Francisco, CA 94104
3  Telephone: 415-954-4400
   Facsimile: 415-954-4480
4  E-Mail: aleibnitz@fbm.com

5  Attorneys for Non-Parties
   ABN AMRO BANK N.V., BNP
6  PARIBAS, BANK OF TOKYO –
   MITSUBISHI UFJ, CREDIT SUISSE
7  AG, CREDIT SUISSE GROUP,
   RAIFFEISEN ZENTRALBANK
8  OESTERREICH AG, UBS AG

9  [ADDITIONAL COUNSEL ON SIGNATURE PAGES]

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13              SAN FRANCISCO DIVISION

14

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ISLAMIC REPUBLIC OF IRAN, et al. <br><br> Defendants. | CASE NO. 3:08-mc-80030-JSW (BZ) <br><br> RESPONSE OF NON-PARTIES ABN AMRO BANK N.V., BNP PARIBAS, BANK OF TOKYO – MITSUBISHI UFJ, CREDIT SUISSE AG, CREDIT SUISSE GROUP, MIZUHO CORPORATE BANK, LTD., NATIXIS, RAIFFEISEN ZENTRALBANK OESTERREICH AG, SUMITOMO MITSUI BANKING CORPORATION, AND UBS AG IN OPPOSITION TO MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) [FINANCIAL INSTITUTIONS] <br><br> Date: July 2, 2008 <br> Time: 10:00 a.m. <br> Dept: Courtroom G, 15th Floor <br> Judge: Hon. Bernard Zimmerman |

Pursuant to the Court's May 8, 2008 Amended Order Resetting of Post-Judgment Motions, non-parties ABN AMRO Bank N.V., BNP Paribas, Bank of Tokyo – Mitsubishi UFJ, Credit Suisse AG, Credit Suisse Group, Mizuho Corporate Bank, Ltd., Natixis, Raiffeisen

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

RESPONSE OF FINANCIAL INSTITUTIONS TO
MOTION FOR ASSIGNMENT OF RIGHTS
CASE NO. 3:08-mc-80030-JSW (BZ)

23201\1607754.4

Zentralbank Oesterreich AG, Sumitomo Mitsui Banking Corporation, and UBS AG (collectively, "the Non-Party Financial Institutions") respectfully submit this non-party response in opposition to Plaintiffs' Motion for Assignment of Rights Pursuant to C.C.P. § 708.510(a) and F.R.C.P. 69(a) [Financial Institutions].

The Non-Party Financial Institutions are not parties to the dispute between Plaintiffs and the judgment debtor or to the present Motion. Moreover, although Plaintiffs mailed copies of the Motion to the Non-Party Financial Institutions, the Non-Party Financial Institutions have not been served with process in this action. Nevertheless, the Non-Party Financial Institutions are filing this "opposition" in an abundance of caution to call to the Court's attention certain issues raised by Plaintiffs' motion and, to the extent Plaintiffs' motion seeks a judicial order that is not permitted under controlling state or federal law, to object thereto. Specifically, the Non-Party Financial Institutions support the arguments advanced in the Brief of *Amici Curiae* California Bankers Association, Institute of International Bankers, International Bankers Association in California, The Clearing House, and The Organization For International Investment, filed with the Court on or about June 9, 2008. In addition, in the event that Plaintiffs ask the Court to issue any order or other relief directed against the non-parties named in Plaintiffs' motion, the Non-Party Financial Institutions respectfully request that they be given notice thereof and an opportunity to intervene and hereby reserve any and all arguments, objections and defenses they may have to such a request for relief.

DATED: June 9, 2008                    FARELLA BRAUN & MARTEL LLP


                                       By:_____/s/ Andrew Leibnitz_____
                                              Andrew Leibnitz

                                       Attorneys for Non-Parties
                                       ABN AMRO BANK N.V., BNP PARIBAS, BANK OF
                                       TOKYO – MITSUBISHI UFJ, CREDIT SUISSE AG,
                                       CREDIT SUISSE GROUP, RAIFFEISEN
                                       ZENTRALBANK OESTERREICH AG, UBS AG

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

RESPONSE OF FINANCIAL INSTITUTIONS TO
MOTION FOR ASSIGNMENT OF RIGHTS                - 2 -                23201\1607754.4
CASE NO. 3:08-mc-80030-JSW (BZ)

Lawrence L. Ginsburg, Esq.
MOSES & SINGER LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-1299
Telephone: (212)554-7840
Facsimile: (917)206-4323
Email: lginsburg@mosessinger.com

Of Counsel for Non-Party
ABN AMRO BANK N.V.


Thomas E. Crocker, Esq.
Robert N. Driscoll, Esq.
ALSTON & BIRD LLP
The Atlantic Building
950 F Street, NW
Washington, DC 20004-1404
Telephone: (202) 756-3300
Facsimile: (202) 756-3333
E-Mail: thomas.crocker@alston.com
E-Mail: bob.driscoll@alston.com

Of Counsel for Non-Party
BANK OF TOKYO – MITSUBISHI UFJ


Shawn J. Chen, Esq.
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Ave., N.W.
Washington, DC 20006
Telephone: (202) 974-1552
Facsimile: (202) 974-1999
E-Mail: schen@cgsh.com

Of Counsel for Non-Party
BNP PARIBAS


Jorn A. Holl, Esq.
KAVANAGH MALONEY & OSNATO LLP
415 Madison Avenue, 18th Floor
New York, NY 10017
Telephone: (212) 906-8306
Facsimile: (212) 888-7324
E-Mail: jholl@kmollp.com

Of Counsel for Non-Party
RAIFFEISEN ZENTRALBANK OESTERREICH AG

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

RESPONSE OF FINANCIAL INSTITUTIONS TO
MOTION FOR ASSIGNMENT OF RIGHTS       - 3 -                               23201\1607754.3
CASE NO. 3:08-mc-80030-JSW (BZ)

| | | |
|---|---|---|
| 1 | DATED: June 9, 2008 | CLIFFORD CHANCE US LLP |
| 2 | | |
| 3 | | By: _/s/ L. Blad_____ |
| 4 | | Leiv H. Blad, State Bar No. 151353<br>2001 K Street NW<br>Washington, DC 20006 |
| 5 | | Telephone: (202) 912-5000<br>Facsimile: (202) 912-6000 |
| 6 | | E-Mail: leiv.blad@cliffordchance.com |
| 7 | | Attorney for Non-Party<br>MIZUHO CORPORATE BANK, LTD. |
| 8 | | |
| 9 | DATED: June 9, 2008 | WHITE & CASE LLP |
| 10 | | |
| 11 | | |
| 12 | | By:_____<br>Glenn W. Trost, State Bar No. 116203 |
| 13 | | 633 West Fifth Street<br>Suite 1900 |
| 14 | | Los Angeles, CA 90071<br>Telephone: (213) 620-7814<br>Facsimile: (213) 452-2329 |
| 15 | | E-Mail: gtrost@whitecase.com |
| 16 | | Attorney for Non-Party<br>NATIXIS |
| 17 | | |
| 18 | DATED: June 9, 2008 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 19 | | |
| 20 | | |
| 21 | | By:_____<br>Jennifer L. Spaziano, State Bar No. 180225 |
| 22 | | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>1440 New York Avenue NW |
| 23 | | Washington, DC 20005<br>Telephone: 202-371-7000 |
| 24 | | Facsimile: 202-393-5760<br>E-Mail: jen.spaziano@skadden.com |
| 25 | | Attorneys for Non-Party<br>SUMITOMO MITSUI BANKING CORPORATION |
| 26 | | |
| 27 | | |
| 28 | | |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

RESPONSE OF FINANCIAL INSTITUTIONS TO
MOTION FOR ASSIGNMENT OF RIGHTS                - 4 -                                23201\1607754.3
CASE NO. 3:08-mc-80030-JSW (BZ)

| | | |
|---|---|---|
| 1 | DATED: June 9, 2008 | CLIFFORD CHANCE US LLP |

By:_____
Leiv H. Blad, State Bar No. 151353
2001 K Street NW
Washington, DC 20006
Telephone: (202) 912-5000
Facsimile: (202) 912-6000
E-Mail: leiv.blad@cliffordchance.com

Attorney for Non-Party
MIZUHO CORPORATE BANK, LTD.

DATED: June 9, 2008            WHITE & CASE LLP

By: /s/ Glenn W. Trost
_____
Glenn W. Trost, State Bar No. 116203
633 West Fifth Street
Suite 1900
Los Angeles, CA 90071
Telephone: (213) 620-7814
Facsimile: (213) 452-2329
E-Mail: gtrost@whitecase.com

Attorney for Non-Party
NATIXIS

DATED: June 9, 2008            SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:_____
Jennifer L. Spaziano, State Bar No. 180225
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue NW
Washington, DC 20005
Telephone: 202-371-7000
Facsimile: 202-393-5760
E-Mail: jen.spaziano@skadden.com

Attorneys for Non-Party
SUMITOMO MITSUI BANKING CORPORATION

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

RESPONSE OF FINANCIAL INSTITUTIONS TO
MOTION FOR ASSIGNMENT OF RIGHTS
CASE NO. 3:08-mc-80030-JSW (BZ)

- 4 -

23201\1607754.3

DATED: June 9, 2008            CLIFFORD CHANCE US LLP

By: _____
Leiv H. Blad, State Bar No. 151353
2001 K Street NW
Washington, DC 20006
Telephone: (202) 912-5000
Facsimile: (202) 912-6000
E-Mail: leiv.blad@cliffordchance.com

Attorney for Non-Party
MIZUHO CORPORATE BANK, LTD.

DATED: June 9, 2008            WHITE & CASE LLP

By: _____
Glenn W. Trost, State Bar No. 116203
633 West Fifth Street
Suite 1900
Los Angeles, CA 90071
Telephone: (213) 620-7814
Facsimile: (213) 452-2329
E-Mail: gtrost@whitecase.com

Attorney for Non-Party
NATIXIS

DATED: June 9, 2008            SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: *Jennifer L. Spaziano* (signature)
Jennifer L. Spaziano, State Bar No. 180225
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue NW
Washington, DC 20005
Telephone: 202-371-7000
Facsimile: 202-393-5760
E-Mail: jen.spaziano@skadden.com

Attorneys for Non-Party
SUMITOMO MITSUI BANKING CORPORATION