Andrew Leibnitz, State Bar No. 184723
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: 415-954-4400
Facsimile: 415-954-4480
E-Mail: aleibnitz@fbm.com

Attorneys for Non-Parties
ABN AMRO BANK N.V., BNP PARIBAS,
BANK OF TOKYO – MITSUBISHI UFJ,
CREDIT SUISSE AG, CREDIT SUISSE
GROUP, RAIFFEISEN ZENTRALBANK
OESTERREICH AG, UBS AG

[ADDITIONAL COUNSEL ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>Defendants. | Case No. 3:08-mc-80030-JSW (BZ)<br><br>**PROOF OF SERVICE**<br><br>Date: July 2, 2008<br>Time: 10:00 a.m.<br>Dept.: Courtroom G, 15th Floor<br>Judge: Hon. Bernard Zimmerman |

I, Doris Williams, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 235 Montgomery Street, 17th Floor, San Francisco, California 94104. On this day, I served the parties on the attached service list with a copy of the within document(s):

- RESPONSE OF NON-PARTIES ABN AMRO BANK N.V., BNP PARIBAS, BANK OF TOKYO – MITSUBISHI UFJ, CREDIT SUISSE AG, CREDIT SUISSE GROUP, MIZUHO CORPORATE BANK, LTD., NATIXIS, RAIFFEISEN ZENTRALBANK OESTERREICH AG, SUMITOMO MITSUI BANKING CORPORATION, AND UBS

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

PROOF OF SERVICE
Case No. 3:08-mc-80030-JSW (BZ)

23201\1608302.1

AG IN OPPOSITION TO MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) [FINANCIAL INSTITUTIONS]

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date.

☒ by transmitting via email the document(s) listed above to the email addresses set forth below on this date.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 9, 2008, at San Francisco, California.

_____
Doris Williams

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

PROOF OF SERVICE
Case No. 3:08-mc-80030-JSW (BZ)

- 2 -

23201\1608302.1

# SERVICE LIST

Via Email dr-ahmadinejad@president.ir
PRESIDENT DR. AHMADINEJAD

ISLAMIC REPUBLIC OF IRAN
Pasadaran Avenue
Golestan Yekom
Teheran, Iran
ATTN: Responsible Officer

ISLAMIC REPUBLIC OF IRAN
Khomeini Avenue
United Nations Street
Teheran, Iran
ATTN: Responsible Officer

ABN Amro
101 California Street, Suite 4300
San Francisco, CA 94111
Attn: PRESIDENT OR AGENT FOR SERVICE OF PROCESS

Abu Dhabi International Bank
1020 – 19th Street NW # 500
Washington, DC 20036
Attn: PRESIDENT OR AGENT FOR SERVICE OF PROCESS

Asian Development Bank
815 Connecticut Avenue NW # 325
Washington, DC 20006
Attn: PRESIDENT OR AGENT FOR SERVICE OF PROCESS

AUSTRIAN NATIONAL BANK
745 – 5th Avenue, Suite 2005
New York, NY 10151
Attn: PRESIDENT OR AGENT FOR SERVICE OF PROCESS

Bank of Tokyo Mitsubishi-UFJ
1909 K Street NW, Suite 350
Washington, DC 20006
Attn: PRESIDENT OR AGENT FOR SERVICE OF PROCESS

Bank of Tokyo Mitsubishi-UFJ
400 California Street
San Francisco, CA 94104
Attn: PRESIDENT OR AGENT FOR SERVICE OF PROCESS

Bank of Tokyo Mitsubishi UFJ
777 South Figueroa Street, #600
Los Angeles, CA 90017
Attn: PRESIDENT OR AGENT FOR SERVICE OF PROCESS

BNP Paribas
One Front Street
San Francisco, CA 94111
Attn: PRESIDENT OR AGENT FOR SERVICE OF PROCESS

BNP Paribas
725 Figueroa Street, Suite 2090
Los Angeles, CA 90017
Attn: PRESIDENT OR AGENT FOR SERVICE OF PROCESS

Commercial Bank of Kuwait
1120 Avenue of the Americas
New York, NY 10036
Attn: PRESIDENT OR AGENT FOR SERVICE OF PROCESS

Commerzbank
633 West Fifth Street, Suite 6600
Los Angeles, CA 90071
Attn: PRESIDENT OR AGENT FOR SERVICE OF PROCESS

Commerzbank AG
2 World Financial Center
New York, NY 10281
Attn: PRESIDENT OR AGENT FOR SERVICE OF PROCESS

Credit Suisse Group
1201 F Street NW, # 450
Washington, DC 20004
Attn: PRESIDENT OR AGENT FOR SERVICE OF PROCESS

Credit Suisse AG
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Attn: PRESIDENT OR AGENT FOR SERVICE OF PROCESS

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

PROOF OF SERVICE
Case No. 3:08-mc-80030-JSW (BZ)

- 3 -

23201\1608302.1

| | | |
|---|---|---|
| 1 | Calyon [Bank] fka Credit Lyonnais and fka Credit Agricole | DZ Bank 609 – 5th Avenue, Suite 601 |
| 2 | 515 South Flower Street, Suite 2200 Los Angeles, CA 90071 | New York, NY 10017 Attn: PRESIDENT OR AGENT FOR |
| 3 | Attn: PRESIDENT OR AGENT FOR SERVICE OF PROCESS | SERVICE OF PROCESS |
| 4 | | Export Import Bank of Korea 1300 L Street NW, # 825 |
| 5 | Calyon [Bank] fka Credit Lyonnais and fka Credit Agricole 1301 Avenue of the Americas | Washington, DC 20005 Attn: PRESIDENT OR AGENT FOR |
| 6 | New York, NY 10019 Attn: PRESIDENT OR AGENT FOR | SERVICE OF PROCESS |
| 7 | SERVICE OF PROCESS | Export Import Bank of Korea 460 Park Avenue |
| 8 | Calyon [Bank] fka Credit Lyonnais and fka Credit Agricole | New York, NY 10022 Attn: PRESIDENT OR AGENT FOR |
| 9 | c/o CT Corporation System 818 West 7th Street | SERVICE OF PROCESS |
| 10 | Los Angeles, CA 90017 | Export Import Bank of India 1750 Pennsylvania Avenue NW |
| 11 | Credit Suisse AG 2121 Avenue of the Stars | Washington, DC 20006 Attn: PRESIDENT OR AGENT FOR |
| 12 | Los Angeles, CA 90067 Attn: PRESIDENT OR AGENT FOR | SERVICE OF PROCESS |
| 13 | SERVICE OF PROCESS | Industrial Bank 4812 Georgia Avenue NW |
| 14 | Credit Suisse AG 1201 F Street NW, #450 | Washington, DC 20011 Attn: PRESIDENT OR AGENT FOR |
| 15 | Washington, DC 20004 Attn: PRESIDENT OR AGENT FOR | SERVICE OF PROCESS |
| 16 | SERVICE OF PROCESS | International Monetary Fund 700 – 19th Street NW |
| 17 | Deutsche Bank 300 South Grand Avenue | Washington, DC 20431 Attn: PRESIDENT OR AGENT FOR |
| 18 | Los Angeles, CA 90071 Attn: PRESIDENT OR AGENT FOR | SERVICE OF PROCESS |
| 19 | SERVICE OF PROCESS | International Finance Corporation 2121 Pennsylvania Avenue NW |
| 20 | Deutsche Bank AG 1399 New York Avenue NW, #500 | Washington, DC 20433 Attn: PRESIDENT OR AGENT FOR |
| 21 | Washington, DC 20005 Attn: PRESIDENT OR AGENT FOR | SERVICE OF PROCESS |
| 22 | SERVICE OF PROCESS | International Bank for Reconstruction and Development |
| 23 | Deutsche Bank AG 101 California Street | (aka The World Bank) 1818 H Street NW |
| 24 | San Francisco, CA 94111 Attn: PRESIDENT OR AGENT FOR | Washington, DC 20433 Attn: PRESIDENT OR AGENT FOR |
| 25 | SERVICE OF PROCESS | SERVICE OF PROCESS |
| 26 | Development Bank of Japan 1101 – 17th Street NW, #1001 | Japan Bank for International Cooperation 1909 K Street NW, #300 |
| 27 | Washington, DC 20036 Attn: PRESIDENT OR AGENT FOR | Washington, DC 20006 Attn: PRESIDENT OR AGENT FOR |
| 28 | SERVICE OF PROCESS | SERVICE OF PROCESS |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

PROOF OF SERVICE
Case No. 3:08-mc-80030-JSW (BZ)

- 2 -

23201\1608302.1

| # | Left Column | Right Column |
|---|---|---|
| 1 | Mitsubishi Trust and Banking | Societe Generale |
| 2 | 520 Madison Avenue, Suite 2501 | 1221 Avenue of the Americas |
|   | New York, NY  10022 | New York, NY  10020 |
| 3 | Attn:  PRESIDENT OR AGENT FOR SERVICE OF PROCESS | Attn:  PRESIDENT OR AGENT FOR SERVICE OF PROCESS |
| 4 | Mizuho Corporate Bank (Japan) | State Bank of India |
| 5 | 350 South Grand Avenue, Suite 1500 | 2001 Pennsylvania Avenue NW, #625 |
|   | Los Angeles, CA  90017 | Washington, DC  20006 |
| 6 | Attn:  PRESIDENT OR AGENT FOR SERVICE OF PROCESS | Attn:  PRESIDENT OR AGENT FOR SERVICE OF PROCESS |
| 7 | Natexis Banques Populaires | Sumitomo Mitsui Banking Corporation |
| 8 | 1901 Avenue of the Stars, Suite 1901 | 555 California Street, Suite 3350 |
|   | Los Angeles, CA  90067 | San Francisco, CA  94104 |
| 9 | Attn:  PRESIDENT OR AGENT FOR SERVICE OF PROCESS | Attn:  PRESIDENT OR AGENT FOR SERVICE OF PROCESS |
| 10 | Natexis Banques Populaires | Sumitomo Mitsui Banking Corporation |
| 11 | 1251 – 6th Avenue | 777 South Figueroa, Suite 2600 |
|    | New York, NY  10020 | Los Angeles, CA  90017 |
| 12 | Attn:  PRESIDENT OR AGENT FOR SERVICE OF PROCESS | Attn:  PRESIDENT OR AGENT FOR SERVICE OF PROCESS |
| 13 | National Bank of Pakistan | UBS AG |
| 14 | 100 Wall Street | 101 California Street, Suite 2770 |
|    | New York, NY  10005 | San Francisco, CA  94111 |
| 15 | Attn:  PRESIDENT OR AGENT FOR SERVICE OF PROCESS | Attn:  PRESIDENT OR AGENT FOR SERVICE OF PROCESS |
| 16 | Attn:  LEGAL PROCESSING DEPARTMENT | UBS AG |
| 17 | Rabobank International | 633 West Fifth Street |
| 18 | 1825 I Street NW, # 400 | Los Angeles, CA  90017 |
|    | Washington, DC  20006 | Attn:  PRESIDENT OR AGENT FOR SERVICE OF PROCESS |
| 19 | Attn:  PRESIDENT OR AGENT FOR SERVICE OF PROCESS | UBS AG |
| 20 | Raiffeisen Zentral Bank | 1501 K Street NW |
| 21 | 1133 Avenue of the Americas | Washington, DC  20005 |
|    | New York, NY  10036 | Attn:  PRESIDENT OR AGENT FOR SERVICE OF PROCESS |
| 22 | Attn:  PRESIDENT OR AGENT FOR SERVICE OF PROCESS | |
| 23 | David J. Cook, Esq. | By Electronic Mail and Regular Mail |
|    | Cook Collection Attorneys | |
| 24 | 165 Fell Street | |
|    | San Francisco, CA 94102 | |
| 25 | Email: cookdavidj@aol.com | |
|    | Attorneys for Plaintiffs | |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

PROOF OF SERVICE
Case No. 3:08-mc-80030-JSW (BZ)
- 3 -
23201\1608302.1