Jay R. Henneberry (State Bar No. 135065)
jhenneberry@chadbourne.com
CHADBOURNE & PARKE LLP
350 South Grand Avenue, Suite 3300
Los Angeles, CA 90071
Telephone: (213) 892-1000
Facsimile: (213) 622-9865

*Attorneys for Non-Party*
*The Export-Import Bank of Korea*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., <br><br> Plaintiffs, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants. | Case No. 3:08-mc-80030-JSW <br><br> Hon. Jeffrey S. White <br> Hon. Bernard Zimmerman <br><br> **DECLARATION OF HWAN KIM** <br><br> Date: July 2, 2008 <br> Time: 9:00 a.m. <br> Place: Courtroom G |

Hwan Kim, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am a member of the law firm of Chadbourne & Parke LLP, counsel to the Export-Import Bank of Korea ("KEXIM"). I have personal knowledge of the facts stated in this declaration, which is based upon my review of publicly available information about KEXIM that is published on the official Internet website for KEXIM.

2. On May 30, 2008, I used the Internet to access KEXIM's 2007 Annual Report, which is published at http://www.koreaexim.go.kr/en/about/m02/s01_01.jsp. A true and correct copy of selected pages of the 2007 Annual Report is attached to this Declaration as Exhibit A.

3. Page 1 of Exhibit A provides a profile of KEXIM, which reads:

1

DECLARATION OF HWAN KIM – CASE NO. 3:08-mc-80030-JSW

LA1 - 119741.01

> "The Export-Import Bank of Korea (Korea EXIMBank) is an official export credit agency providing comprehensive export credit and guarantee programs to support Korean enterprises in conducting overseas business. Since its establishment in 1976, the Bank has actively supported Korea's export-led economy and facilitated economic cooperation with foreign countries."

4. Page 48 of Exhibit A provides a detailed description of KEXIM, its formation, and its mandate, which reads:

> "The Export-Import Bank of Korea (the "Bank") was established in 1976 as a special financial institution under the Export-Import Bank of Korea Act (the "EXIM Bank Act") to engage in facilitating export and import transactions, overseas investments, and overseas resources development through the extension of loans and other financial facilities. The Bank has eleven domestic branches, four overseas subsidiaries and thirteen overseas offices as of December 31, 2007.

> "The Bank has ₩ 4,000,000 million of authorized capital and as of December 31, 2007, its paid-in-capital is ₩ 3,308,755 million through several capital increases. The Bank is owned by the Government of the Republic of Korea (the "Government'), the Bank of Korea ("BOK") and Korea Development Bank with 60.15%, 35.21% and 4.64% shareholding, respectively, as of December 31, 2007.

> "The Bank, as an agent of the Government, has managed The Economic Development Cooperation Fund and the Inter-Korean Cooperation Fund (the "Funds") since June 1987 and March 1991, respectively. The Funds are managed under separate accounts from the Bank's own accounts and not included in the accompanying non-consolidated financial statements. The related management commissions are received from the Government."

5. A true and correct copy of the Answer and Objections of Export Import Bank of Korea to Plaintiffs' Interrogatories in Attachment dated June 2, 2008 is attached to this Declaration as Exhibit B.

I declare under the penalty of perjury that foregoing is true and correct.

Dated: June 9, 2008

CHADBOURNE & PARKE LLP

By /s/ Hwan Kim
_____
Hwan Kim

2

DECLARATION OF HWAN KIM -- CASE NO. 3:08-mc-80030-JSW

LA1 - 119741.01