# EXHIBIT A

www.koreaexim.go.kr

# YOUR PARTNER FOR GLOBAL BUSINESS

ANNUAL REPORT 2007




Korea Eximbank
THE EXPORT-IMPORT BANK OF KOREA


EXHIBIT A

PROFILE



INTRODUCTION
01 Profile
02 Financial Highlights
04 Message from the Chairman & President
08 2007 at a Glance
10 Economic Situation & Outlook

12 REVIEW OF OPERATIONS
14 Bank Account Activities
24 Government Account Activities - EDCF
30 Government Account Activities - IKCF

34 SERVING THE COMMUNITY
36 Corporate Social Responsibility
38 Ethics Management

39 FINANCIAL REPORT

92 APPENDIX
92 Board of Directors
94 Financial Services
97 Organization
98 Domestic Branches
99 Overseas Network



[KOREA EXIMBANK] IS AN OFFICIAL EXPORT CREDIT AGENCY PROVIDING EXPORT CREDIT AND GUARANTEE PROGRAMS TO SUPPORT KOREAN ENTERPRISES IN OVERSEAS BUSINESS. SINCE ITS ESTABLISHMENT IN 1976, THE BANK HAS ACTIVELY SUPPORTED EXPORT-LED ECONOMY AND FACILITATED ECONOMIC COOPERATION WITH FOREIGN COUNTRIES.

KOREA EXIMBANK'S PRIMARY SERVICES INCLUDE EXPORT LOANS, TRADE FINANCE, AND GUARANTEE PROGRAMS STRUCTURED TO MEET THE NEEDS OF CLIENTS IN A DIRECT EFFORT TO BOTH COMPLEMENT AND STRENGTHEN THE CLIENTS' COMPETITIVENESS IN GLOBAL MARKETS. THE BANK ALSO PROVIDES OVERSEAS INVESTMENT CREDIT, NATURAL RESOURCES DEVELOPMENT CREDIT, IMPORT CREDIT, AND INFORMATION SERVICES RELATED TO BUSINESS OPPORTUNITIES ABROAD.

FURTHERMORE, THE BANK IS RESPONSIBLE FOR THE OPERATION OF TWO GOVERNMENT FUNDS. THE ECONOMIC DEVELOPMENT COOPERATION FUND (EDCF), A KOREAN OFFICIAL DEVELOPMENT ASSISTANCE PROGRAM, AND THE INTER-KOREAN COOPERATION FUND (IKCF), AN ECONOMIC COOPERATION PROGRAM WITH NORTH KOREA.

THE BANK STRIVES TO BECOME "YOUR PARTNER FOR GLOBAL BUSINESS" AS REFLECTED IN ITS VISION BY CONTINUOUSLY FOSTERING INNOVATION AND DEVELOPMENT THROUGHOUT ITS OPERATIONS.



# NOTES TO NON-CONSOLIDATED FINANCIAL STATEMENTS

FOR THE YEARS ENDED DECEMBER 31, 2007 AND 2006

## 1. GENERAL:

The Export-Import Bank of Korea (the "Bank") was established in 1976 as a special financial institution under the Export-Import Bank of Korea Act (the "EXIM Bank Act") to engage in facilitating export and import transactions, overseas investments, and overseas resources development through the extension of loans and other financial facilities. The Bank has eleven domestic branches, four overseas subsidiaries and thirteen overseas offices as of December 31, 2007.

The Bank has ₩4,000,000 million of authorized capital and as of December 31, 2007, its paid-in capital is ₩3,308,755 million through several capital increases. The Bank is owned by the Government of the Republic of Korea (the "Government"), the Bank of Korea ("BOK") and Korea Development Bank with 60.15%, 35.21% and 4.64% shareholding, respectively, as of December 31, 2007.

The Bank, as an agent of the Government, has managed The Economic Development Cooperation Fund and the Inter-Korean Cooperation Fund (the "Funds") since June 1987 and March 1991, respectively. The Funds are managed under separate accounts from the Bank's own accounts and not included in the accompanying non-consolidated financial statements. The related management commissions are received from the Government.

## 2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES:

BASIS OF NON-CONSOLIDATED FINANCIAL STATEMENT PRESENTATION

The Bank maintains its official accounting records in Korean Won and prepares statutory non-consolidated financial statements in the Korean language (Hangul) in conformity with the accounting principles and banking accounting standards generally accepted in the Republic of Korea. Certain accounting principles and banking accounting standards applied by the Bank that conform with financial accounting standards and accounting principles in the Republic of Korea may not conform with generally accepted accounting principles and banking accounting practices in other countries. Accordingly, these non-consolidated financial statements are intended for use by those who are informed about Korean accounting principles and practices. The accompanying financial statements have been condensed, restructured and translated into English (with certain expanded descriptions) from the Korean language non-consolidated financial statements. Certain information included in the Korean language financial statements, but not required for a fair presentation of the Bank's financial position, results of operations, changes in shareholders' equity or cash flows, is not presented in the accompanying financial statements.

The significant accounting policies followed by the Bank in preparing the accompanying financial statements are summarized below.

INTEREST INCOME RECOGNITION

The Bank applies the accrual basis in recognizing interest income related to deposits, loans and securities, except for non-secured uncollectible receivables. Interest on loans, whose principal or interest is past due at the balance sheet date, is generally not accrued, with the exception of interest on certain loans secured by guarantee of governments or government agencies, or collateralized by bank deposits. When a loan is placed on non-accrual status, previously accrued interest is generally reversed and deducted from current interest income, and future interest income is recognized on cash basis in accordance with the accounting standards of the banking industry. As of December 31, 2007 and 2006, the accrued interest income not recognized in the accompanying financial statements based on the above criteria, amounted to ₩50,099 million and ₩16,373 million, respectively.