# EXHIBIT B

CO-901A
Rev. 7/90

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DEBORAH D. PETERSON etc. et. al.          ISLAMIC REPUBLIC OF IRAN
_____           _____
         Plaintiff(s)              vs              Defendant(s)

CIVIL ACTION NO. 01 2094 and related case numbers (RCL)
WRIT OF ATTACHMENT ON JUDGMENT
OTHER THAN WAGES, SALARY AND COMMISSIONS

To   EXPORT IMPORT BANK OF KOREA
_____

     1300 L Street NW, Suite 825, Washington DC 20005      Garnishee:
_____
and all divisions, subdivisions, subsidiaries, affiliates and related entities

You are hereby notified that any money, property or credits other than wages, salary and commissions of the above named defendant(s), are seized by the Writ of Attachment, and you are required to hold it and not to pay or surrender it to the defendant(s) or to anyone else without an order from this court., and all agencies and **
The Judgement against the defendant was entered on  Sept. 7, 2007  in the amount of
  See below*                         ($ 2,656,944,877).00 the costs amounting to $
_____  with interest at  4.27  % from
  9/7/2007  less credits of $  -0-  .

Within ten (10) days after this writ is served upon you, you are required to answer the interrogatories, UNDER PENALTY OF PERJURY, and to file in this Court the original and one copy of the answers, and to serve a copy, by mail or other means, upon the plaintiff(s) and upon the defendant(s). If you fail to do so, judgment may be entered against you for the entire amount of the plaintiff's claims with interest and costs.

Witness the Honorable Chief Judge of said Court, this  2nd  day of  April
 2008 .     and instrumentalities which are generally described on Exhibit "A"
            and which is attached hereto and incorporated herein for purposes of
            illustration only.    Nancy M. Mayer-Whittington, Clerk

                                         By _____
                                                Deputy Clerk

DAVID J. COOK, Esq. CSB: 060859
ADMITTED PRO HAC VICE
_____
Attorney for Plaintiff
165 Fell Street, San Francisco, California 94102
_____
P.O. Box 270, San Francisco, California 94104
_____
Phone: (877) 989 4730; Fax: (866) 989 0491
_____
Address & Telephone Number

*Two billion, six hundred and fifty six million,
nine hundred and fourty four thousand, eight hundred
and seventy seven hundred and no cents.

**EXHIBIT B**

## INTERROGATORIES IN ATTACHMENT

### NOTICE

As a garnishee, you are required by law to file answers to the following Interrogatories in Attachment1 within ten (10) days after service of the writ upon you [Title 16, Section 521 (a), D.C. Code 1981 ed.]. If you fail to answer the Interrogatories, judgment may be entered against you for the entire amount of the plaintiff's claim and costs [Title 16, Section 526(b), D.C. Code 1981 ed.].

The garnishee is required to file the original and one copy of the answers in this Court, and to serve a copy upon the plaintiff(s) and defendant(s).

If within ten (10) days after service of the answers, the party at whose request the Attachment was issued does not contest the answers pursuant to Title 15, Section 522, D.C. Code (1981 ed.), the garnishee's obligations under the attachment shall be limited by the answers.

1. Were you at the time of the service of the writ of attachment, or have you been between the time of such service and the filing of your answers to this interrogatory, indebted to the defendant(s), and, if so, how, and in what amount?

ANSWER

The Export Import Bank of Korea ("KEXIM") objects to this Interrogatory on the grounds of sovereign immunity and lack of personal and subject matter jursidiction. KEXIM further objects to the interrogatory on the ground that it can be interpreted as impermissibly asking for information relating to overseas branches, divisions, subdivisions, subsidiaries, affiliates and related entities and thus is overly burdensome and in violation of KEXIM's sovereign immunity and KEXIM's obligations under Korean law. Subject to and without waiving these objections, KEXIM states that it has none of the requested items at 1300 L Street NW, Suite 825, Washington, D.C. or anywhere else in the United States.

2. Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels, or credits of the defendant(s) in you possession or charge, and, if so, what?

ANSWER

KEXIM objects to this interrogatory on the grounds of sovereign immunity and lack of personal and subject matter jursidiction. KEXIM further objects to the interrogatory on the ground that it can be interpreted as impermissibly asking for information relating to overseas branches, divisions, subdivisions, subsidiaries, affiliates and related entities and thus is overly burdensome and in violation of KEXIM's sovereign immunity and KEXIM's obligations under Korean law. Subject to and without waiving these objections, KEXIM states that it has none of the requested items at 1300 L Street NW, Suite 825, Washington, D.C. or anywhere else in the United States.

I declare under the penalties of perjury that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.

Date: 06/01/2008                                    _____
                                                              Garnishee

# EXHIBIT "A" TO WRIT OF ATTACHMENT, ON JUDGMENT, OTHER THAN WAGES, SALARY AND COMMISSION.

This attachment applies to credits, accounts, accounts receivable, rights to payment of money, general intangibles, deposits, deposit accounts, claim for payment of money, debts due, rights to draw down on any line of credit or banking relationship, rights to receive and demand payment from any loan or credit account, rights to demand and receive any advance of money, funds or credit in which the obligor (debtor or person owing the money) is the *garnishee on this Writ of Attachment on Judgment (non wages),* as listed on the front page of this Writ of Attachment, and the obligee (or creditor or person to whom the money is owed) is the Islamic Republic of Iran, or any of its ministries, divisions, subdivisions, agencies and/or instrumentalities or any one of the same, which include, but are not limited to, the following[1]:

The Ministry of Petroleum on Behalf of the Islamic Republic of Iran, Ministry of Oil on Behalf of the Islamic Republic of Iran, and The National Iranian Oil Company on Behalf of the Islamic Republic of Iran, and its branches, affiliates, subsidiaries, division and subdivisions:

1. National Iranian Oil Company

1. National Iranian Gas Export Company
    Website: www.nigec.ir
    Email: info@nigec.ir

2. National Iranian South Oil Company
    Website: www.nisoc.com
    Email: info@nisoc.com

3. National Iranian Offshore Oil Company
    Website: www.iooc.co.ir
    Email: webmaster@iooc.co.ir

---

[1] This writ of attachment on judgment (non wages) applies to all obligations owed directly or indirectly, by the garnishees to the Islamic Republic of Iran and its agencies and instrumentalities as listed herein.

-1-

4. National Iranian Central Oil Fields Co.
    Website: www.icofc.ir
    Email: info@icofc.ir

5. Khazar Exploration & Production Co.
    Tehran HQ.
    No.19 – 11th Alley – Vozara Ave. – Arjantin sq.
    Tel: +98-21-88722430, 3
    Fax: +98-21-88711386

6. Petroleum Engineering & Development Co.
    Website: www.pedec.ir
    Email: info@pedec.net

7. Pars Oil and Gas Company
    Website: www.pogc.org
    Email: info@pogc.ir

8. Pars Special Economic energy Zone Co.
    Website: www.pseez.com
    Email: info@pseez.com

9. National Iranian Oil Terminals Company
    Website: www.nioc-otc.com
    Email: info@nioc-otc.com

10. National Iranian Drilling Company
    Website: www.nidc.ir
    Email: webmaster@nidc.ir

11. North Drilling Company
    Website: www.northdrilling.com
    Email: info@northdrilling.com

12. PetroIran Development Company
    Website: petroiran.com
    Email: info@petroiran.com

13. Ahwaz Pipe Mills Company
    Website: www.apm-ir.com
    Email: tabibi@apm-ir.com

14. Petropars
    Website: www.petropars.com
    Email: webadmin@ppars.com

15. Fuel Consumption Optimization Co.
    Website: www.ifco.ir
    Email: info@ifco.ir

16. National Iranian Tanker Co.
    Website: www.nitc.co.ir
    Email: administrator@nitc.co.ir

17. Exploration Service Company (ESC)
    Website: www.oeoc.ir
    Email: info@oeoc.ir

18. Kala Naft London Ltd.
    Website: www.kalaltd.com
    Email: admin@kalaltd.com

19. Kala Naft Canada Ltd.
    Website: www.kalanaftcanada.com
    Email: info@kalanaftcanada.com

20. Arvandan Oil and Gas Company
    Website: www.arvandan.org
    Email: info@arvandan.org

21. National Iranian Gas Company
    Website: www.nigc.org
    Email: webmaster@nigc.org

22. National Iranian Petrochemical Company
    Website: www.nipc.net

Email: webmaster@nipc.net

23. National Iranian Oil Refining and Distribution Co.
    Website: www.niordc.ir
    Email: info@niordc.ir

24. Agricultural Cooperative Bank of Iran
    No. 129 Patrice Lumumba Street
    Jalal-Al-Ahmad Expressway Tehran, Iran

The following banks and all branches, affiliates, subsidiaries, division and subdivisions:

25. Agricultural Development Bank of Iran
    Farahzad Expressway
    Tehran, Iran or any other branch

26. Bank Josiaiyi Keshahvarzi
    Farahzad Expressway
    Tehran, Iran or any other branch

27. Bank Taavon Keshavarzi Iran
    P.O. Box 14155/6395
    Tehran, Iran       or any other branch

28. Bank Markazi Jomhouri Islami Iran
    Ferdowsi Avenue
    P O Box 11365-8551 Tehran, Iran or any other branch

29. The Central Bank of Iran
    Ferdowsi Avenue
    P O Box 11365-8551 Tehran, Iran or any other branch

30. Bank Maskan
    Ferdowsi Street
    Tehran, Iran or any other branch

31. Housing Bank Of Iran

Ferdowski Street
Tehran, Iran or any other branch

32. Bank Mellat
    Park Shahr, Varzesh Avenue
    P.O. Box 11365/5964 Tehran, Iran  or any other branch

33. Bank Melli
    P O Box 11365-171
    Ferdowsi Avenue Tehran, Iran or any other branch

34. Bank Melli
    333 New Tokyo Building
    3-1 Marunouchi, 3-chrome, Chiyoda-ku, Tokyo Japan

35. Bank of Industry and Mine of Iran
    Hafez Avenue
    P O Box 11365/4978 Tehran, Iran or any other branch

36. Bank Sanat Va Madan
    Hafez Avenue
    P O Box 11365/4978 Tehran, Iran or any other branch

37. Bank Refah Kargaran
    Moffetah No. 125
    P O Box 15815 1866 Tehran, Iran or any other branch

38. Workers Welfare Bank of Iran
    Moffetah No. 125
    P O Box 15815 1866 Tehran, Iran or any other branch

39. Bank Saderat Iran
    Bank Saderat Tower P O Box 15745-631 Somayeh Street Tehran, Iran or any other branch

40. Bank Sepah
    Eman Khomeini Square
    P O Box 11364 Tehran, Iran or any other branch

-5-

41. Bank Sepah Muenchener Strasse 49
    P O Box 10 03 47 W-6000 Frankfurt am Main 1
    Germany

42. Bank Sepah
    5/7 Eastcheap
    EC3M 1JT London, England

43. Bank Sepah
    650 Fifth Avenue
    New York, NY 10019

44. Bank Tejarat
    130 Taleghani Avenue, Nejatoullahie
    P O Box 11365-5416 Tehran, Iran or any other branch

45. Deutsch-Iranische Handelsbank AG
    Depenau 2, W-2000 Hamburg 1
    Germany or any other branch

46. Europaeisch-Iranische Handelsbank AG
    Depenau 2, W-2000 Hamburg 1
    Germany or any other branch

47. Deutsch-Iranische Handelsbank AG
    23 Argentine Square, Beihaghi Bulvard or any other branch
    P O Box 15815/1787 Tehran 15148, Iran

48. Housing Bank of Iran
    Ferdowsi St
    Tehran, Iran or any other branch

49. Bank Maskan
    Ferdowsi St
    Tehran, Iran or any other branch

50. Iran Overseas Investment Bank Limited
    120 Moorgate, London

    EC2M 6TS, ngland or any other branch

51. Iran Overseas Investment Corporation Limited
    120 Moorgate, London
    EC2M 6TS, England or any other branch

52. Iran Overseas Investment Bank Limited
    Improgetti, Via Germanico 24
    00192 Rome, Italy

53. Iran Overseas Trading Company Limited
    120 Moorgate, London
    EC2M 6TS, England

54. Bank Keshavarzi
    No. 129 Patrice Lumumba Street
    Jalal-al-Ahmad Exp. Tehran, Iran or any other branch

55. Bank of Industry and Mine
    No. 1655 vali-e-asr Avenue
    (After Chamran Crossroads) Tehran, Iran or any other branch

56. Export Development Bank of Iran
    No. 4, Gandi Avenue
    Postal Code 1517479913 Tehran, Iran or any other branch

57. Bank Markazi Jomhouri Islami Iran
    Ferdowsi Avenue
    P O Box 11365-8551 Tehran, Iran

This list include any of the above entities, directly, or a conduit, or any subsidiaries, affiliates, divisions, subdivisions, branches, sub-branches, representative offices, ancand related entities and all intermediaries on their behalf.