| | |
|---|---|
| 1 | Jay R. Henneberry (State Bar No. 135065) |
| | jhenneberry@chadbourne.com |
| 2 | CHADBOURNE & PARKE LLP |
| | 350 South Grand Avenue, Suite 3300 |
| 3 | Los Angeles, CA 90071 |
| | Telephone:   (213) 892-1000 |
| 4 | Facsimile:    (213) 622-9865 |

*Attorneys for Non-Party*
*The Export-Import Bank of Korea*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., | Case No. 3:08-mc-80030-JSW |
| | Hon. Jeffrey S. White |
| | Hon. Bernard Zimmerman |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | Date:  July 2, 2008 |
| ISLAMIC REPUBLIC OF IRAN, et al., | Time:  9:00 a.m. |
| | Place: Courtroom G |
| Defendants. | |

PROOF OF SERVICE

LA1 - 119702.02

# PROOF OF SERVICE

I am employed in the County of <u>Los Angeles</u> State of California. I am over the age of 18 and not a party to the within action; my business address is: 350 South Grand Avenue, Suite 3300, Los Angeles, California 90071-3406.

On **June 9, 2008**, I caused the true and correct copy(s) of:

**MEMORANDUM OF THE EXPORT-IMPORT BANK OF KOREA IN OPPOSITION TO PLAINTIFFS' MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.51(a) AND F.R.C.P. 69(a)**

**[PROPOSED] ORDER DENYING MOTION AND DECLARATION OF HWAN KIM FILED CONCURRENTLY HEREWITH**

to be served in the manner so indicated to the following individual(s) listed below:

**PLEASE SEE ATTACHED LIST**

☒ **BY MAIL TO ALL COUNSEL:**

☒ I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

☒ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **BY ELECTRONIC MAIL:** Pursuant to the Court's e-filing procedures, counsel registered will receive a copy via electronic mail.

☐ **BY FACSIMILE:** I transmitted a true copy of said document via facsimile machine pursuant to Rule 2005. The facsimile machine I used complied with Rule 2003(3), and no error was reported by the machine.

☐ **BY OVERNIGHT DELIVERY (Federal Express):** I deposited such envelope(s) at the appropriate location for collection and overnight delivery to the person(s) or office(s) named on the attached list.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **June 9, 2008**, at Los Angeles, California.

_____Romina Cabatbat_____        _____/s/ Romina Cabatbat_____
Type Name                                              Signature

- 2 -
PROOF OF SERVICE

LA1 - 119702.02

## SERVICE LIST

<u>Peterson v. Islamic Republic of Iran, et al.</u>
USDC Northern Dist. Case No.: 3:08-mc-80030-JSW

| | |
|---|---|
| David J. Cook, Esq.<br>Cook Collection Attorneys<br>165 Fell Street<br>San Francisco, CA 94102<br>Email: cookdavidj@aol.com | **[BY ELECTRONIC MAIL]** |
| Thomas Fay, Esq.<br>601 Pennsylvania Avenue NW<br>South Building, Suite 900<br>Washington, D.C. 20004 | **[BY MAIL]** |
| Steven Perles, Esq.<br>Perles Law Firm, P.C.<br>1146 19th Street, 5th Floor<br>Washington, D.C. 20036 | **[BY MAIL]** |
| ISLAMIC REPUBLIC OF IRAN<br>Pasdaran Avenue<br>Golestan Yekom<br>Tehran, Iran<br>Attn: Responsible Officer | **[BY MAIL]** |
| ISLAMIC REPUBLIC OF IRAN<br>Khomeni Avenue<br>United Nations Street<br>Tehran, Iran<br>Attn: Responsible Officer | **[BY MAIL]** |