**Timothy T. Scott (SBN 126971)**
**tscott@sidley.com**
**Ryan M. Sandrock (SBN 251781)**
**rsandrock@sidley.com**
**SIDLEY AUSTIN LLP**
**555 California Street**
**San Francisco, California  94104**
**Telephone: (415) 772-1200**
**Facsimile: (415) 772-7400**

**Mark D. Hopson**
**mhopson@sidley.com**
**Griffith L. Green**
**ggreen@sidley.com**
**SIDLEY AUSTIN LLP**
**1501 K Street, N.W.**
**Washington, D.C. 20005**
**Telephone: (202) 736-8000**
**Facsimile: (202) 736-8711**

**Attorneys For The International**
**Bank for Reconstruction and Development**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.) et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.<br><br>Defendants. | Case No. 08-mc-80030-JSW<br><br>Hon. Jeffrey S. White<br><br>Hon. Bernard Zimmerman<br><br>**DECLARATION OF RYAN M. SANDROCK IN SUPPORT OF MOTION TO STAY MOTION FOR ASSIGNMENT PENDING THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA'S DECISION ON PLAINTIFFS' MOTION TO APPOINT A RECEIVER** |

I, Ryan M. Sandrock, declare as follows:

1. I am an attorney with Sidley Austin LLP, counsel for the International Bank for Reconstruction and Development (the "World Bank") in the above-captioned matter, and admitted to

DECLARATION OF RYAN M. SANDROCK IN SUPPORT OF MOTION TO STAY MOTION FOR ASSIGNMENT PENDING THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA'S DECISION ON PLAINTIFFS' MOTION TO APPOINT A RECEIVER – CASE NO. 08-80030

SF1 1500256v.1

practice before this Court. I make this declaration in support of the World Bank's Motion To Stay Motion For Assignment Pending The United States District Court For the District of Columbia's Decision On Plaintiffs' Motion To Appoint A Receiver.

2. Attached as Exhibit A hereto is a true and correct copy of the Writ of Attachment as to the World Bank, filed in 1:01-cv-02094 (DDC).

3. Attached as Exhibit B hereto is a true and correct copy of an excerpt of the Docket Report for 1:01-cv-02094 (DDC).

4. Attached as Exhibit C hereto is a true and correct copy of a letter from P. Miranda to D. Cook (dated May 9, 2008).

5. Attached as Exhibit D hereto is a true and correct copy of a Motion For Appointment of Receiver As Supplemental Remedy Pursuant to F.R.C.P. 69(a)(1), And Under Rule 66 of the Federal Rules of Civil Procedure, 28 U.S.C. § 754 And 28 U.S.C. § 1692, filed in 1:01-cv-02094 (DDC).

6. Attached as Exhibit E hereto is a true and correct copy of a letter from J. Powers to the D.C. District Court (dated May 1, 2008).

7. Attached as Exhibit F hereto is a true and correct copy of a letter from G. Green to D. Cook (dated May 23, 2008).

8. Attached as Exhibit G hereto is a true and correct copy of an Emergency Motion To Shorten Time to Respond to JBIC's Motion to Quash.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 28th day of May 2008 at San Francisco, California.

/s/ Ryan M. Sandrock

Ryan M. Sandrock

2

**DECLARATION OF RYAN M. SANDROCK IN SUPPORT OF MOTION TO STAY MOTION FOR ASSIGNMENT PENDING THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA'S DECISION ON PLAINTIFFS' MOTION TO APPOINT A RECEIVER – CASE NO. 08-80030**

SF1 1500256v.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DECLARATION OF RYAN M. SANDROCK IN SUPPORT OF MOTION TO STAY MOTION FOR ASSIGNMENT PENDING THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA'S DECISION ON PLAINTIFFS' MOTION TO APPOINT A RECEIVER – CASE NO. 08-80030**

SF1 1473001v.1

SF1 1500256v.1