UNITED STATES DISTRICT COURT

Northern District of California

DEBORAH A. PETERSON, Personal
Representatoive of the Estate of James C.
Knipple (Dec.), et al.,

Plaintiff(s),

v.

ISLAMIC REPUBLIC OF IRAN,

Defendant(s).

Case No.  3:08-mc-80030-JSW (BZ)

(Proposed)

**ORDER GRANTING APPLICATION FOR
ADMISSION OF ATTORNEY *PRO HAC
VICE***

Francis A. Vasquez, Jr., an active member in good standing the bar of the U.S. District Court, District of Maryland, whose business address and telephone number is

WHITE & CASE, LLP
701 – Thirteenth Street, N.W.
Washington, D.C. 20005 (202) 626-3600

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing International Finance Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac vice*.  Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party.  All future filings in the action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:  June 10, 2008

Bernard Zimmerman
United States Magistrate Judge

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA