1

2                    UNITED STATES DISTRICT COURT

3                      Northern District of California

4

5    DEBORAH A. PETERSON, Personal          Case No.  3:08-mc-80030-JSW (BZ)
     Representatoive of the Estate of James C.
6    Knipple (Dec.), et al.,                          (Proposed)

7              Plaintiff(s),                ORDER GRANTING APPLICATION FOR
                                            ADMISSION OF ATTORNEY *PRO HAC*
8         v.                                *VICE*

9    ISLAMIC REPUBLIC OF IRAN,

10             Defendant(s).

11

12        Frank Panopoulos, an active member in good standing the bar of the U.S. District Court,

13   District of Columbia, whose business address and telephone number is

14        WHITE & CASE, LLP
          701 – Thirteenth Street, N.W.
15        Washington, D.C. 20005 (202) 626-3600

16        having applied in the above-entitled action for admission to practice in the Northern

17   District of California on a *pro hac vice* basis, representing International Finance Corporation.

18        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

19   conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*

20   *vice*.  Service of papers upon and communication with co-counsel designed in the application will

21   constitute notice to the party.  All future filings in the action are subject to the requirements

22   contained in General Order No. 45, *Electronic Case Filing*.

23   Dated:   June 10, 2008

24                                          _____

25                                          Bernard Zimmerman
                                            United States Magistrate Judge
26

27

28

IT IS SO ORDERED

Judge Bernard Zimmerman

UNITED STATES DISTRICT COURT  NORTHERN  OF CALIFORNIA