1  Timothy T. Scott (SBN 126971)
   tscott@sidley.com
2  Ryan M. Sandrock (SBN 251781)
   rsandrock@sidley.com
3  SIDLEY AUSTIN LLP
   555 California Street
4  San Francisco, California  94104
   Telephone: (415) 772-1200
5  Facsimile: (415) 772-7400

6  Mark D. Hopson
   mhopson@sidley.com
7  Griffith L. Green
   ggreen@sidley.com
8  SIDLEY AUSTIN LLP
   1501 K Street, N.W.
9  Washington, D.C. 20005
   Telephone: (202) 736-8000
10 Facsimile: (202) 736-8711

11 Attorneys For The International
   Bank for Reconstruction and Development
12
13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                       SAN FRANCISCO DIVISION

16
   DEBORAH D. PETERSON, Personal      )
17 Representative of the Estate of James C.  )   Case No. 08-mc-80030-JSW
   Knipple (Dec.) et al.,             )
                                      )   Hon. Jeffrey S. White
18                                    )
              Plaintiffs,             )   Hon. Bernard Zimmerman
19                                    )
       v.                             )
                                      )   PROOF OF SERVICE
20                                    )
   ISLAMIC REPUBLIC OF IRAN, et al.   )
21                                    )
              Defendants.             )
22                                    )
                                      )
23                                    )
                                      )
24                                    )
                                      )
25                                    )
                                      )
26
27
28

─────────────────────────────────────
                    PROOF OF SERVICE

SF1 1501664v.1

**PROOF OF SERVICE**

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is Sidley Austin LLP, 555 California Street, San Francisco, California 94104.

On June 9, 2008, I served the following document(s) described as:

**MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION FOR ASSIGNMENT**

**DECLARATION OF RYAN M. SANDROCK IN SUPPORT OF MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION FOR ASSIGNMENT**

on all interested parties in this action as follows (or as on the attached service list):

President Dr. Ahmadinejad
ISLAMIC REPUBLIC OF IRAN
Pasadaran Avenue
Goldestan Yekom
Teheran, Iran
ATTN: Responsible Officer
Email: dr-ahmadinejad@president.ir

David J. Cook, Esq.
Robert J. Perkiss, Esq.'
COOK COLLECTION ATTORNEYS
165 Fell Street
San Francisco, CA 94102
Email: cook@squeezebloodfromturnip.com

SF1 1501664v.1

1   ☐     (U.S. MAIL) I served the foregoing document(s) by U.S. Mail, as follows: I placed true copies of the document(s) in a sealed envelope addressed to each interested party as shown above. I placed each such envelope for collection and mailing at Sidley Austin LLP, San Francisco, California. I am readily familiar with the Firm's business practice for collection and processing of correspondence for mailing. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid.

☒     (E-MAIL) I caused the document(s) to be delivered by e-mail to each interested party as shown above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 9, 2008, at San Francisco, California.

_Joan Nielson_

3

PROOF OF SERVICE

SF1 1501664v.1