Timothy T. Scott (SBN 126971)
tscott@sidley.com
Ryan M. Sandrock (SBN 251781)
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Mark D. Hopson
mhopson@sidley.com
Griffith L. Green
ggreen@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

Attorneys For The International
Bank for Reconstruction and Development

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.) et al., <br><br> Plaintiffs, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, et al. <br><br> Defendants. | Case No. 08-mc-80030-JSW <br> Hon. Jeffrey S. White <br> Hon. Bernard Zimmerman <br><br> PROOF OF SERVICE |

PROOF OF SERVICE

SF1 1501721v.1

## PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is Sidley Austin LLP, 555 California Street, San Francisco, California 94104.

On June 10, 2008, I served the following document(s) described as:

**MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION FOR ASSIGNMENT\**

**DECLARATION OF RYAN M. SANDROCK IN SUPPORT OF MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION FOR ASSIGNMENT**

**PROOF OF SERVICE (By Email)**

**PROOF OF SERVICE (By Mail)**

on all interested parties in this action as follows (or as on the attached service list):

President Dr. Ahmadinejad
ISLAMIC REPUBLIC OF IRAN
Pasadaran Avenue
Goldestan Yekom
Teheran, Iran
ATTN: Responsible Officer
Email: dr-ahmadinejad@president.ir

ISLAMIC REPUBLIC OF IRAN
Khomeini Avenue
United Nations Street
Teheran, Iran
ATTN: Responsible Officer
(via U.S. Mail only)

David J. Cook, Esq.
Robert J. Perkiss, Esq.'
COOK COLLECTION ATTORNEYS
165 Fell Street
San Francisco, CA 94102
Email: cook@squeezebloodfromturnip.com

☒   (U.S. MAIL) I served the foregoing document(s) by U.S. Mail, as follows: I placed true copies of the document(s) in a sealed envelope addressed to each interested party as shown above. I placed each such envelope for collection and mailing at Sidley Austin LLP, San Francisco, California. I am readily familiar with the Firm's business practice for collection and processing of correspondence for mailing. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid.

☐   (E-MAIL) I caused the document(s) to be delivered by e-mail to each interested party as shown above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 10, 2008, at San Francisco, California.

*/s/ Joan Nielson*
Joan Nielson

ABN Amro
101 California Street, Suite 4300
San Francisco, CA 94111
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Abu Dhabi International Bank
1020 19th Street, NW, Suite 500
Washington, DC 20036
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Asian Development Bank
815 Connecticut Avenue, NW # 325
Washington, DC 20006
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

AUSTRIAN NATIONAL BANK
745 Fifth Avenue, Suite 2005
New York, NY 10151
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Bank of Tokyo Mitsubishi-UFJ
1909 K Street NW, Suite 350
Washington, DC 20006
Ann: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Bank of Tokyo Mitsubishi-UFJ
400 California Street
San Francisco, CA 94104
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Bank of Tokyo Mitsubishi UFJ
777 South Figueroa Street, Suite 600
Los Angeles, CA 90017
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

BNP Paribas
One Front Street
San Francisco, CA 94111
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

BNP Paribas
725 Figueroa Street, Suite 2090
Los Angeles, CA 90017
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Commercial Bank of Kuwait
1120 Avenue of the Americas
New York, NY 10036
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Commerzbank
633 West Fifth Street, Suite 6600
Los Angeles, CA 90071
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Commerzbank AG
2 World Financial Center
New York, NY 10281
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Credit Suisse Group
1201 F Street NW, #450
Washington, DC 20004
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Credit Suisse AG
1801 Avenue of the Starts, Suite 311
Los Angeles, CA 90067
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

| | |
|---|---|
| CALYON [BANK] fka CREDIT LYONNAIS and FKA CREDIT AGRICOLE<br>515 South Flower Street, Suite 2200<br>Los Angeles, CA 90071<br>Attn: PRESIDENT OR AGENT FOR SERVICE OF PROCESS | Deutsche Bank AG<br>1399 New York Avenue NW, Suite 500<br>Washington, DC 20005<br>Attn: PRESIDENT OR AGENT FOR SERVICE OF PROCESS |
| CALYON [BANK] fka CREDIT LYONNAIS and fka CREDIT AGRICOLE<br>1301 Avenue of the Americas<br>New York, NY 10019<br>Attn: PRESIDENT OR AGENT FOR SERVICE OF PROCESS | Deutsche Bank AG<br>101 California Street<br>San Francisco, CA 94111<br>Attn: PRESIDENT OR AGENT FOR SERVICE OF PROCESS |
| CALYON [BANK] fka CREDIT LYONNAIS and fka CREDIT AGRICOLE<br>care of CT CORPORATION SYSTEM<br>818 West Seventh Street<br>Los Angeles, CA 90017 | Development Bank of Japan<br>1101 17th Street NW, Suite 1001<br>Washington, DC 20036<br>Attn: PRESIDENT OR AGENT FOR SERVICE OF PROCESS |
| Credit Suisse AG<br>2121 Avenue of the Stars<br>Los Angeles, CA 90067<br>Attn: PRESIDENT OR AGENT FOR SERVICE OF PROCESS | DZ BANK<br>609 Fifth Avenue, Suite 601<br>New York, NY 10017<br>Attn: PRESIDENT OR AGENT FOR SERVICE OF PROCESS |
| Credit Suisse AG<br>1201 F Street NW, #450<br>Washington. DC 20004<br>Attn: PRESIDENT OR AGENT FOR SERVICE OF PROCESS | Export Import Bank of Korea<br>1300 L Street NW, Suite 825<br>Washington, DC 20005<br>Attn: PRESIDENT OR AGENT FOR SERVICE OF PROCESS |
| Deutsche Bank<br>300 South Grand Avenue<br>Los Angeles, CA 90071<br>Attn: PRESIDENT OR AGENT FOR SERVICE OF PROCESS | Export Import Bank of Korea<br>460 Park Avenue<br>New York, NY 10022<br>Attn: PRESIDENT OR AGENT FOR SERVICE OF PROCESS |
| Industrial Bank<br>4812 Georgia Avenue NW<br>Washington, DC 20011<br>Attn: PRESIDENT OR AGENT FOR SERVICE OF PROCESS | Natexis Banques Populaires<br>1901 Avenue of the Stars. Suite 1901<br>Los Angeles, CA 90067<br>Attn: PRESIDENT OR AGENT FOR SERVICE OF PROCESS |

SF1 1500600v.1

International Monetary Fund
700 19th Street NW
Washington, DC 20431
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

International Finance Corporation
2121 Pennsylvania Avenue NW
Washington, DC 20433
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

INTERNATIONAL BANK FOR
RECONSTRUCTION AND
DEVELOPMENT (aka THE WORLD
BANK)
1818 H Street NW
Washington, DC 20433
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Japan Bank for International Cooperation
1909 K Street, Suite 300
Washington, DC 20006
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Mitsubishi Trust and Banking
520 Madison Avenue, Suite 2501
New York, NY 10022
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Mizuho Corporate Bank ( Japan )
350 South Grand Avenue, Suite 1500
Los Angeles, CA 90017
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Sumitomo Mitsui Banking Corporation
555 California Street, Suite 3350
San Francisco, CA 94104
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Natexis Banques Populaires
1251 Sixth Avenue
New York. NY 10020
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

NATIONAL BANK OF PAKISTAN
100 Wall Street
New York. NY 10005
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS OR LEGAL
PROCESSING DEPT.

Rabobank International
1825 I Street NW, Suite 400
Washington. DC 20006
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Raiffeisen Zentral Bank
1133 Avenue of the Americas
New York, NY 10036
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Societe Generale
1221 Avenue of the Americas
New York, NY 10020
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

State Bank of India
2001 Pennsylvania Ave NW, Suite 625
Washington, DC 20006
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Sumitomo Mitsui Banking Corporation
777 South Figueroa, Suite 2600
Los Angeles, CA 90017
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

UBS AG
101 California Street, Suite 2770
San Francisco, CA 94111
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

UBS AG
1501 K Street NW
Washington, DC 20005
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

UBS AG
633 West Fifth Street
Los Angeles. CA 90017
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS

Export Import Bank of India
1750 Pennsylvania Avenue NW
Washington. DC 20006
Attn: PRESIDENT OR AGENT FOR
SERVICE OF PROCESS