**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH D. PETERSON, et al., | |
| Plaintiffs, | No. C 08-80030-MISC JSW |
| v. | |
| ISLAMIC REPUBLIC OF IRAN, et al., | **ORDER REFERRING MOTION RE AMICI CURIAE TO MAGISTRATE JUDGE** |
| Defendants. | |

Pursuant to Local Rule 72-1, the motion for leave to appear as amici curiae and to file an amicus brief in the above captioned matter is HEREBY REFERRED to Magistrate Judge Zimmerman to prepare a report and recommendation.

**IT IS SO ORDERED.**

Dated: June 11, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom