# EXHIBIT A

CO-901A
Rev. 7/90

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DEBORAH D. PETERSON, Personal etc.                    ISLAMIC REPUBLIC OF IRAN
_____                       _____
        Plaintiff(s)                    vs                    Defendant(s)

CIVIL ACTION NO. 01-2094 (RCL) and related case numbers
WRIT OF ATTACHMENT ON JUDGMENT
OTHER THAN WAGES, SALARY AND COMMISSIONS

To   THE WORLD BANK 1818 H Street, NW, Washington DC 20433   

_____Garnishee:

      You are hereby notified that any money, property or credits other than wages, salary and commissions of the above named defendant(s), are seized by the Writ of Attachment, and you are required to hold it and not to pay or surrender it to the defendant(s) or to anyone else without an order from this court., **for the entities listed**

      The Judgement against the defendant was entered on _Sept. 7, 2007_ in the amount of **on Ex. "A"**

__SEE BELOW *_____($2,656,944,877) and the costs amounting to $ **attached and**
                                                                **incorporated**
_____ with interest at ___4.27%_____% from

_Sept. 7, 2007_____ less credits of $ _-0-_____.

      Within ten (10) days after this writ is served upon you, you are required to answer the interrogatories, **UNDER PENALTY OF PERJURY**, and to file in this Court the original and one copy of the answers, and to serve a copy, by mail or other means, upon the plaintiff(s) and upon the defendant(s). If you fail to do so, judgment may be entered against you for the entire amount of the plaintiff's claims with interest and costs.

_2008_    Witness the Honorable Chief Judge of said Court, this ~~May~~ 25^(TH) day of _March_____,

\*Two billion, Six hundred and
fifty fix million, nine hundred and          Nancy M. Mayer-Whittington, Clerk
fourty four thousand and eight hundred
and seventy seven dollars and no cents.      By _T. GUHER_____
                                                      Deputy Clerk
DAVID J. COOK, Esq. California State BAR NUMBER: 060859
~~COOK COLLECTION ATTORNEYS~~
Attorney for Plaintiff
ADMITTED PRO HAC VICE

165 Fell Street, San Francisco, California 94102
~~P.O. Box 270, San Francisco, California~~ 94104
Atorneys for Plaintiff Deborah D. Peterson, personal
_____
Address & Telephone Number
representative etc. et. and other parties listed
therein. Phone: (877) 989 4730
Fax: (866) 989 0491; Email: DAVID COOK@CookCollectionAttorneys.Com

**RECEIVED**

MAY 1 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### INTERROGATORIES IN ATTACHMENT

### NOTICE

As a garnishee, you are required by law to file answers to the following Interrogatories in Attachment I within ten (10) days after service of the writ upon you [Title 16, Section 521 (a), D.C. Code 1981 ed.]. If you fail to answer the Interrogatories, judgment may be entered against you for the entire amount of the plaintiff's claim and costs [Title 16, Section 526(b), D.C. Code 1981 ed.].

The garnishee is required to file the original and one copy of the answers in this Court, and to serve a copy upon the plaintiff(s) and defendant(s).

If, within ten (10) days after service of the answers, the party at whose request the Attachment was issued does not contest the answers pursuant to Title 15, Section 522, D.C. Code (1981 ed.), the garnishee's obligations under the attachment shall be limited by the answers.

1.    Were you at the time of the service of the writ of attachment, or have you been between the time of such service and the filing of your answers to this interrogatory indebted to the defendant(s), and, if so, how, and in what amount?
        ANSWER _____

_____

_____

_____

2.    Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels, or credits of the defendant(s) in you possession or charge, and, if so, what?
        ANSWER _____

_____

_____

_____

I declare under the penalties of perjury that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.


Date: _____        _____
                                                            Garnishee