DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ. (State Bar # 62386)
**COOK COLLECTION ATTORNEYS**
**A PROFESSIONAL LAW CORPORATION**
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel: (415) 989-4730
Fax: (415) 989-0491
File No. 52.759

Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
of the Estate of James C. Knipple (Dec.), et al.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>Defendants. | CASE NO. 3:08-mc-80030-JSW (BZ)<br><br>NOTICE OF WITHDRAWAL OF SPECIFIC AUTHORITY, AS CITED IN MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)<br><br>Date: June 20, 2008<br>Time: 9:00 a.m.<br>Courtroom: 17, 16th Floor<br>Judge: Jeffrey S. White |

TO ALL PARTIES:

PLEASE TAKE NOTICE that Plaintiffs DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., hereby withdraw any citation or reference to *Estate of Ferdinand Marcos Human Rights Litigation*, 910 F. Supp. 1470 (D. Hawaii Court, 1995) 4, 13, as cited in the Memorandum of Points and Authorities in Support of the following motions for assignment of rights:

1. SHIPPING AND DOCK FEES AND BUNKERED FUEL SALES - Docket No. 20;

2. FINANCIAL INSTITUTIONS - Docket No. 26.

1  DATED: June 10, 2008                           COOK COLLECTION ATTORNEYS

                                                  By:  /s/ David J. Cook
                                                  DAVID J. COOK, ESQ. (SB# 060859)
                                                  Attorneys for Plaintiffs DEBORAH D. PETERSON,
                                                  Personal Representatives of the Estate of James C.
                                                  Knipple
                                                  (Dec.), et al.

F:\USERS\DJCNEW\peterson.withdrawmarcusfinancialsf

NOTICE OF WITHDRAWAL OF SPECIFIC AUTHORITY, AS CITED IN MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) - CASE NO. 3:08-mc-80030-JSW (BZ)

2

## PROOF OF SERVICE

HIS EXCELLENCY MAHMOUD
AHMADINEJAD THE PRESIDENT
Palestine Avenue
Azerbaijan Intersection
Tehran, Islamic Republic of Iran
Fax: +98 21 6 649 5880

ISLAMIC REPUBLIC OF IRAN
Pasadaran Avenue
Golestan Yekom
Teheran, Iran
ATTN: Responsible Officer

ISLAMIC REPUBLIC OF IRAN
Khomeini Avenue
United Nations Street
Teheran, Iran
ATTN: Responsible Officer

Ryan Sandrock
Sidley Austin LLP
555 California Street
San Francisco, CA 94104-1715
Fax: 415-772-7400

Jerrold Evan Abeles
Arent Fox LLP
445 S. Figueroa Street, Suite 3750
Los Angeles, CA 90071
Fax: (213) 629-7401

Jay Robert Henneberry
Chadbourne & Parke
350 S. Grand Avenue, Suite 3300
Los Angeles, CA 90071
Fax: 213-622-9865

Matthew Paul Lewis
White & Case LLP
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071-2007
Fax: 213-452-2329

Noel Andrew Leibnitz
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Fax: 415-954-4480

William Lewis Stern
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
Fax: 415-268-7522

Mark Fredrick Lambert
White & Case LLP
3000 El Camino Real
Five Palo Alto Square, 10th Floor
Palo Alto, CA 94306
Fax: 650/213-8158

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

NOTICE OF WITHDRAWAL OF SPECIFIC AUTHORITY, AS CITED IN MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)

on the above-named person(s) by:

__XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 10, 2008.

/s/ Karene Jen
Karene Jen