1  DAVID J. COOK, ESQ. (State Bar # 060859)
   ROBERT J. PERKISS, ESQ. (State Bar # 62386)
2  COOK COLLECTION ATTORNEYS
   A PROFESSIONAL LAW CORPORATION
3  165 Fell Street
   San Francisco, CA 94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA 94104-0270
5  Tel: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,759

7  Attorneys for Plaintiffs
   DEBORAH D. PETERSON, Personal Representatives
8  of the Estate of James C. Knipple (Dec.), et al.

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12
   DEBORAH D. PETERSON, Personal        )   CASE NO. 3:08-mc-80030-JSW (BZ)
13 Representative of the Estate of James C. )
   Knipple (Dec.), et al.,                )   *AMENDED* NOTICE OF WITHDRAWAL OF
14                                         )   SPECIFIC AUTHORITY, AS CITED IN
                Plaintiffs,                )   MEMORANDUM OF POINTS AND
15                                         )   AUTHORITIES IN SUPPORT OF MOTION
   vs.                                     )   FOR ASSIGNMENT OF RIGHTS PURSUANT
16                                         )   TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
   ISLAMIC REPUBLIC OF IRAN, et al.,       )
17                                         )   Date: July 2, 2008
                Defendants.                )   Time: 10:00 a.m.
18 _____)   Courtroom: G
                                               Magistrate Judge: Bernard Zimmerman
19
   TO ALL PARTIES:
20
   PLEASE TAKE NOTICE that Plaintiffs DEBORAH D. PETERSON, Personal
21
   Representative of the Estate of James C. Knipple (Dec.), et al., hereby withdraw any citation or
22
   reference to *Estate of Ferdinand Marcos Human Rights Litigation*, 910 F. Supp. 1470 (D.
23
   Hawaii Court, 1995) 4, 13, as cited in the Memorandum of Points and Authorities in Support of
24
   the following motions for assignment of rights:
25
       1. SHIPPING AND DOCK FEES AND BUNKERED FUEL SALES - Docket No. 20;
26
       2. FINANCIAL INSTITUTIONS - Docket No. 26.
27

28 *AMENDED* NOTICE OF WITHDRAWAL OF SPECIFIC AUTHORITY, AS CITED IN MEMORANDUM OF
   POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO
   C.C.P. § 708.510(a) AND F.R.C.P. 69(a) - CASE NO. 3:08-mc-80030-JSW (BZ)                    1

1  DATED: June 12, 2008                COOK COLLECTION ATTORNEYS

2
                                        By:   /s/ David J. Cook
3                                       DAVID J. COOK, ESQ. (SB# 060859)
                                        Attorneys for Plaintiffs DEBORAH D. PETERSON,
4                                       Personal Representatives of the Estate of James C.
                                        Knipple
5                                       (Dec.), et al.

6
   F:\USERS\DJCNEW\peterson.withdrawmarcusfinancialsf
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
   *AMENDED* NOTICE OF WITHDRAWAL OF SPECIFIC AUTHORITY, AS CITED IN MEMORANDUM OF
   POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO
   C.C.P. § 708.510(a) AND F.R.C.P. 69(a) - CASE NO. 3:08-mc-80030-JSW (BZ)                2

## PROOF OF SERVICE

| | |
|---|---|
| HIS EXCELLENCY MAHMOUD AHMADINEJAD THE PRESIDENT<br>Palestine Avenue<br>Azerbaijan Intersection<br>Tehran, Islamic Republic of Iran<br>Fax: +98 21 6 649 5880 | Jay Robert Henneberry<br>Chadbourne & Parke<br>350 S. Grand Avenue, Suite 3300<br>Los Angeles, CA 90071<br>Fax: 213-622-9865 |
| ISLAMIC REPUBLIC OF IRAN<br>Pasadaran Avenue<br>Golestan Yekom<br>Teheran, Iran<br>ATTN: Responsible Officer | Matthew Paul Lewis<br>White & Case LLP<br>633 West Fifth Street, Suite 1900<br>Los Angeles, CA 90071-2007<br>Fax: 213-452-2329 |
| ISLAMIC REPUBLIC OF IRAN<br>Khomeini Avenue<br>United Nations Street<br>Teheran, Iran<br>ATTN: Responsible Officer | Noel Andrew Leibnitz<br>Farella Braun & Martel LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Fax: 415-954-4480 |
| Ryan Sandrock<br>Sidley Austin LLP<br>555 California Street<br>San Francisco, CA 94104-1715<br>Fax: 415-772-7400 | William Lewis Stern<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105<br>Fax: 415-268-7522 |
| Jerrold Evan Abeles<br>Arent Fox LLP<br>445 S. Figueroa Street, Suite 3750<br>Los Angeles, CA 90071<br>Fax: (213) 629-7401 | Mark Fredrick Lambert<br>White & Case LLP<br>3000 El Camino Real<br>Five Palo Alto Square, 10th Floor<br>Palo Alto, CA 94306<br>Fax: 650/213-8158 |

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

*AMENDED* NOTICE OF WITHDRAWAL OF SPECIFIC AUTHORITY, AS CITED IN MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)

on the above-named person(s) by:

__XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 12, 2008.

/s/ Karene Jen
Karene Jen