**WHITE & CASE** LLP

Francis A. Vasquez, Jr. (*pro hac vice*)
Frank Panopoulos (*pro hac vice*)
701 Thirteenth Street, NW
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
fvasquez@whitecase.com
fpanopoulos@whitecase.com

Mark F. Lambert (State Bar No. 197410)
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA 94306
Telephone: (650) 213-0347
Facsimile: (650) 213-8158
mlambert@whitecase.com

*Attorneys for International Finance Corporation*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>ISLAMIC REPUBLIC OF IRAN, *et al.*<br><br>        Defendants. | Case No. 08-MC-80030-JSW<br><br>The Honorable Jeffrey S. White<br>The Honorable Bernard Zimmerman<br><br>INTERNATIONAL FINANCE CORPORATION'S NOTICE OF JOINDER IN INTERNATIONAL BANK FOR RECONSTRUCTION AND DEVELOPMENT'S MOTION TO STAY PLAINTIFFS' MOTION FOR ASSIGNMENT PENDING THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA'S DECISION ON PLAINTIFFS' MOTION TO APPOINT A RECEIVER<br><br>Date: July 2, 2008<br><br>Time: 9:00 a.m.<br><br>Place: Courtroom G |

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that International Finance Corporation ("IFC") joins in the Motion to Stay Plaintiffs' Motion for Assignment Pending the United States District Court for the District of Columbia's Decision on Plaintiffs' Motion to Appoint a Receiver filed by the International Bank for Reconstruction and Development ("World Bank") on May 28, 2008. IFC previously supported the World Bank's Motion in IFC's Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion for Assignment of Rights Pursuant to C.C.P. § 708.510(a) and F.R.C.P. 69(a) filed on June 9, 2008. For the reasons set forth in the World Bank's Motion, as well as in IFC's Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion for Assignment of Rights, IFC now formally joins the request for a stay of this ancillary proceeding until the U.S. District Court for the District of Columbia decides Plaintiffs' motion requesting appointment of a receiver and the sovereign immunity defenses asserted by IFC, the World Bank, and other putative garnishees in that proceeding.

Dated: June 12, 2008                                    Respectfully submitted,

**WHITE & CASE** LLP

/s/ Mark F. Lambert
Mark F. Lambert (State Bar No. 197410)
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA 94306
Telephone: (650) 213-0347
Facsimile: (650) 213-8158
mlambert@whitecase.com

Francis A. Vasquez, Jr. (*pro hac vice*)
Frank Panopoulos (*pro hac vice*)
701 Thirteenth Street, NW
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
fvasquez@whitecase.com
fpanopoulos@whitecase.com

*Attorneys for International Finance Corporation*

-1-   INTERNATIONAL FINANCE CORPORATION'S NOTICE OF JOINDER IN WORLD BANK'S MOTION TO STAY
CASE NO. 08-MC-80030-JSW

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing International Finance Corporation's Notice of Joinder in International Bank for Reconstruction and Development's Motion to Stay Plaintiffs' Motion for Assignment Pending the United States District Court for the District of Columbia's Decision on Plaintiffs' Motion to Appoint a Receiver was served this 12th day of June 2008 by electronic notice through the United States District Court for the Northern District of California upon all parties registered for electronic notification pursuant to the Court's electronic filing procedures, and upon the following parties by e-mail and first class mail:

ISLAMIC REPUBLIC OF IRAN
President Dr. Ahmadinejad
dr-ahmadinejad@president.ir

ISLAMIC REPUBLIC OF IRAN
acting through its
MINISTRY OF DEFENSE AND
SUPPORT OF ARMED FORCES
No. 1 Shahid Kaboli Street
Beginning of Resalat Highway
Seyyed Khandan Bridge
P.O. Box 16765-1479
Tehran, Iran
Attn: Responsible Officer

ISLAMIC REPUBLIC OF IRAN
Pasadaran Avenue
Golestan Yekom
Tehran, Iran
Attn: Responsible Officer

ISLAMIC REPUBLIC OF IRAN
Khomeini Avenue
United Nations Street
Tehran, Iran
Attn: Responsible Officer

I declare that I am employed in the office of a member of the bar of this Court at whose directions the service was made. I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 12, 2008 at Palo Alto, California.

Michael T. Kenny