1  DAVID J. COOK, ESQ. (State Bar # 060859)
   ROBERT J. PERKISS, ESQ. (State Bar # 62386)
2  COOK COLLECTION ATTORNEYS
   A PROFESSIONAL LAW CORPORATION
3  165 Fell Street
   San Francisco, CA 94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA 94104-0270
5  Tel: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,759

7  Attorneys for Plaintiffs
   DEBORAH D. PETERSON, Personal Representatives
8  of the Estate of James C. Knipple (Dec.), et al.

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

13  DEBORAH D. PETERSON, Personal         )    CASE NO. 3:08-mc-80030-JSW (BZ)
    Representative of the Estate of James C. )
    Knipple (Dec.), et al.,                )    [PROPOSED] ORDER GRANTING MOTION
14                                          )    FOR ASSIGNMENT OF RIGHTS PURSUANT
                                            )    TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
15             Plaintiffs,                  )
                                            )    [SHIPPING AND DOCK FEES and
16  vs.                                     )    BUNKERED FUEL SALES]
                                            )
17  ISLAMIC REPUBLIC OF IRAN, et al.,       )    Date: July 2, 2008
                                            )    Time: 10:00 a.m.
18             Defendants.                  )    Courtroom: G
    _____     )    Magistrate Judge: Bernard Zimmerman
19

20         Based upon the MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. §

21  708.510(a) AND F.R.C.P. 69(a) brought by Plaintiffs DEBORAH D. PETERSON, Personal

22  Representative of the Estate of James C. Knipple (Dec.), et al. ("Plaintiffs"), and for good cause

23  appearing, therefore,

24         IT IS HEREBY ORDERED that Plaintiffs are assigned of rights, accounts, accounts

25  receivable, rights to payment of money, and general intangibles, owed and in favor of THE

26  ISLAMIC REPUBLIC OF IRAN, and all of its agencies and instrumentalities, such as the

27  MINISTRY OF ROAD AND TRANSPORTATION OF THE ISLAMIC REPUBLIC OF IRAN,

28
    [PROPOSED] ORDER GRANTING MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. §
    708.510(a) AND F.R.C.P. 69(a) [SHIPPING AND DOCK FEES and BUNKERED FUEL SALES]
    CASE NO. 3:08-mc-80030-JSW (BZ)                                                              1

1  and PORTS & SHIPPING ORGANIZATION, and any other specialized department, division or

2  unit managing the docks, harbors, islands, inlets, terminals, storage facilities, loading and off-

3  loading facilities (for gasoline, refined petroleum products, petrochemicals), docking and harbor

4  facilities and all other loading and off-loading facilities (hereinafter collectively "Iran") due from

5  the following shipping companies, freight forwarders, shipping agents, importers, ocean-going

6  carriers, tankers, and other transportation and shipping companies, ocean-going shipping lines:

7     A.   BALAJI SHIPPING (U.K.) Shipping (Orient Express Lines Limited).
      B.   CHINA OCEAN SHIPPING (GROUP) COMPANIES (COSCO CONTAINER
8          LINES CO. Ltd.).
      C.   CHINA SHIPPING (GROUP) company (CHINA SHIPPING CONTAINER LINES
9          COMPANY Ltd.).
      D.   CMA CGM The French Line.
10    E.   CSAV (COMPANIA SUD AMERICANA DE VAPORES, S.A.) (also dba
           EUROATLANTIC CONTAINER LINE); Norasia Container Line Ltd.; Comanhia
11         Libra De Navegacao (and also d.b.a. Braztrans Lines).
      F.   CHUN LEE SHIPPING.
12    G.   EMIRATES SHIPPING LINES.
      H.   EVERGREEN LINE.
13    I.   HANJIN SHIPPING (THAILAND).
      K.   HAMBURG SUD (AG).
14    L.   HAPAG LLOYD AG.
      M.   HYUNDAI MERCHANT MARINE CO. Ltd.
15    N    Kawasaki Kisen Kaisha Ltd. ("K" Line)
      O.   "K" LINE (China) Ltd.
16    P.   "K" LINE (THAILAND) Ltd.
      Q.   MAERSK LINE (A.P. MOLLER-MAERSK, A/S).
17    R.   MEDITERRANEAN SHIPPING COMPANY (MSC).
      S.   MITSUI O.S.K. LINES Ltd.
18    T.   NMT SHIPPING LINES.
      U    NYK LINES.
19    V.   ORIENT OVERSEAS CONTAINER LINE (OOCL).
      W.   Pacific International Lines (Pte) Ltd.
20    X.   PDZ HOLDINGS BHD.
      Y.   SIMATECH SHIPPING LLC.
21    Z.   WAN HAI LINES Ltd.
      AA.  YANG MING MARINE TRANSPORT CORPORATION .
22    BB.  Any other person or party acting as freight forwarder, broker, agent, representative,
           of financier acting in concert with these SHIPPING COMPANIES.
23
      (And all others, hereinafter collectively "SHIPPING COMPANIES")
24
25  These fees and rights to payment of money consist of 1) SHIPPING AND DOCK FEES which

26  consist of charges imposed by Iran and through the charges imposed by PORTS & SHIPPING

27  ORGANIZATION of Iran (or other agencies and instrumentalities)  for the general purpose of

28

1   transporting, delivering, picking up, loading any products, such as any goods, containers, bulk

2   goods, gasoline, refined petroleum products or any other products; or 2) utilizing the harbors,

3   docks, terminals, warehouse, wharfs, barges, tugboat, cleaning, garbage and refuse, diving

4   facilities and services, container services, cargo services, duties and tariffs, along with any and all

5   other services as set forth by way of various Tariffs, Rules and price schedules.

6        IT IS FURTHER ORDERED that Plaintiffs are assigned all rights, accounts, accounts

7   receivable, rights to payment of money, and general intangibles, owed and in favor of THE

8   ISLAMIC REPUBLIC OF IRAN, and all of its agencies and instrumentalities, such and including,

9   the NATIONAL IRANIAN OIL PRODUCTS DISTRIBUTION CO., THE NATIONAL

10  IRANIAN OIL REFINING & DISTRIBUTION COMPANY, AND MINISTRY OF

11  PETROLEUM OF THE ISLAMIC REPUBLIC OF IRAN arising from and based on the sale of

12  petroleum products, oil, fuel, and any and all other petroleum products which are sold to the

13  SHIPPING COMPANIES as "BUNKERED" fuel, petroleum products, and all other products.

14       IT IS FURTHER ORDERED that Plaintiffs are assigned all of the monies due Iran from

15  the various SHIPPING COMPANIES, the transactions as set forth therein, and that the payments

16  otherwise due Iran, shall be paid to and on behalf of Plaintiffs, by a check, draft, money order or

17  wire transfer, payable to the order of DEBORAH D. PETERSON, Personal Representative of the

18  Estate of James C. Knipple (Dec.), as a representative for and on behalf of the Plaintiffs in the

19  above-entitled action, that such funds be forwarded to David J. Cook, Esq., Cook Collection

20  Attorneys, P.L.C., 165 Fell Street, San Francisco, CA 94102, and/or P.O. Box 270, San Francisco,

21  CA 94104, Telephone No. (877) 989-4730, until the total of the judgment in the above-entitled

22  action be paid in full herein.

23

24  DATED: _____        _____
                                    BERNARD ZIMMERMAN
25                                  MAGISTRATE JUDGE OF THE
                                    UNITED STATES DISTRICT COURT
26

27  F:\USERS\DJCNEW\peterson.assigndockord

28
    [PROPOSED] ORDER GRANTING MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. §
    708.510(a) AND F.R.C.P. 69(a) [SHIPPING AND DOCK FEES and BUNKERED FUEL SALES]
    CASE NO. 3:08-mc-80030-JSW (BZ)                                                    3

1    **PROOF OF SERVICE**

2 HIS EXCELLENCY AYATOLLAH SAYED
'ALI KHAMENEI
3 THE OFFICE OF THE SUPREME
LEADER
4 Islamic Republic Street
Shahid Keshvar Doust Street
5 Tehran, Islamic Republic of Iran

6 President
HIS EXCELLENCY MAHMOUD
7 AHMADINEJAD THE PRESIDENT
Palestine Avenue
8 Azerbaijan Intersection
Tehran, Islamic Republic of Iran
9 Fax: +98 21 6 649 5880

10 ISLAMIC REPUBLIC OF IRAN
acting through its MINISTRY OF DEFENSE
11 AND SUPPORT FOR ARMED FORCES
No. 1 Shahid Kaboli Street
12 Beginning of Resalat Highway
Seyyed Khandan Bridge
13 P.O. Box 16765-1479
Tehran, Iran
14 Attn: President Mahmoud Ahmadinejad or
Responsible Officer or Agent for Service of
15 Process

16 ISLAMIC REPUBLIC OF IRAN
Pasadaran Avenue
17 Golestan Yekom
Teheran, Iran
18 ATTN: President Mahmoud Ahmadinejad or
Responsible Officer or Agent for Service of
19 Process

20 ISLAMIC REPUBLIC OF IRAN
Khomeini Avenue
21 United Nations Street
Teheran, Iran
22 ATTN: President Mahmoud Ahmadinejad or
Responsible Officer or Agent for Service of
23 Process

24 MINISTRY OF ROADS AND
TRANSPORTATION
25 Attn: MOHAMMED RAHMATI
MINISTER OF ROAD AND
26 TRANSPORTATION
Taleghani Avenue
27 Tehran, Iran

28

ALI TAHERI
DEPUTY MINISTER AND MANAGING
DIRECTOR
PORT & SHIPPING ORGANIZATION OF
THE ISLAMIC REPUBLIC OF IRAN
Building No. 2
South Didar Street
Shahid Hagnai Expressway,Vanak Square
Tehran, Iran

NATIONAL IRANIAN OIL REFINING
AND DISTRIBUTION COMPANY
Opposite of Arak Alley Ostad Nejatollahi
Ave.
Zip Code 15989
P.O. Box 15815/3499
Tehran, Iran
email: Info@niordc.ir

MINISTRY OF PETROLEUM OF THE
ISLAMIC REPUBLIC OF IRAN
ATTN: RESPONSIBLE OFFICER
HAFEZ CROSSING
Taleghani Avenue
Tehran, Iran

National Iranian Oil Products Distribution
Company
Bahar St, Somaya Corner
Tehran 15617/ 33315
P.O .Box 6165
Tehran
ATTN: RESPONSIBLE OFFICER

NATIONAL IRANIAN OIL COMPANY
ATTN: RESPONSIBLE OFFICER OR
AGENT FOR SERVICE OF PROCESS
Hafez Crossing
Taleghani Avenue
Tehran, Iran

1       I declare:

2       I am employed in the County of San Francisco, California. I am over the age of eighteen
(18) years and not a party to the within cause. My business address is 165 Fell Street, San

3 Francisco, CA 94102. On the date set forth below, I served the attached:

4       [PROPOSED] ORDER GRANTING MOTION FOR ASSIGNMENT OF RIGHTS
PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)

5       **[SHIPPING AND DOCK FEES and BUNKERED FUEL]**

6 on the above-named person(s) by:

7    __XXX__  (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage
thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the

8 person(s) served above.

9       I declare under penalty of perjury that the foregoing is true and correct.

10      Executed on June 15, 2008.

11

                          /s/  Karene Jen
12                             Karene Jen

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28