DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel: (415) 989-4730
Fax: (415) 989-0491
File No. 52,759

Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
of the Estate of James C. Knipple (Dec.), et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants. | CASE NO. 3:08-mc-80030-JSW (BZ) <br><br> [PROPOSED] ORDER GRANTING MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) <br><br> [LANDING RIGHTS] <br><br> Date: July 2, 2008 <br> Time: 10:00 a.m. <br> Courtroom: G <br> Magistrate Judge: Bernard Zimmerman |

Based upon the MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) brought by Plaintiffs DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al. ("Plaintiffs"), and for good cause appearing, therefore,

IT IS HEREBY ORDERED that Plaintiffs are assigned all rights, accounts, accounts receivable, rights to payment of money, and general intangibles, owed and in favor of THE ISLAMIC REPUBLIC OF IRAN, and all of its agencies and instrumentalities, including Iran Air, (hereinafter collectively "Iran") due from various airlines as set forth below, consisting of landing rights, gate fees, fuel fees, food charges, rental of or use of any hanger facility, gate, terminal use,

or other facility made available by and on behalf if Iran for and on behalf of the below-listed airlines in the operation of any airport, or other transportation facility, as follows:

    A.    QATAR AIRLINES.
    B.    AIR FRANCE.
    C.    BMI (British Midlands).
    D.    TURKISH AIRLINES.
    E.    EMIRATES AIRLINES.
    F.    BRITISH AIRWAYS.
    G.    AUSTRALIAN AIRLINES.
    H.    GULF AIR.
    I.    LUFTHANSA.
    J.    ALITALIA.
    K.    SWISS INTERNATIONAL AIRLINES.
    L.    AEROFLOT.
    M.    KLM (Royal Dutch Airlines).
    N.    JAL (Japan Airlines).
    O.    KUWAIT AIRLINES.
    P.    P.I.A. AIR (Pakistani Air).
    Q.    ROYAL JORDANIAN.
    R.    SAFFAT AVIATION SERVICES.
    S.    SYRIAN AIRLINES.
    T.    CHINA SOUTHERN AIRLINES
(And all others, hereinafter collectively "Airlines".)

IT IS FURTHER ORDERED that Plaintiffs are assigned all of the monies due Iran from the various Airlines, the transaction as set forth therein, and that the payments otherwise due Iran, shall be paid to and on behalf of Plaintiffs, by a check, draft, money order or wire transfer, payable to the order of DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), as a representative for and on behalf of the Plaintiffs in the above-entitled action, that such funds be forwarded to David J. Cook, Esq., Cook Collection Attorneys, P.L.C., 165 Fell Street, San Francisco, CA 94102, and/or P.O. Box 270, San Francisco, CA 94104, Telephone No. (877) 989-4730, until the total of the judgment in the above-entitled action be paid in full herein.

DATED: _____

                                                            BERNARD ZIMMERMAN
                                                            MAGISTRATE JUDGE OF THE
                                                            UNITED STATES DISTRICT COURT

F:\USERS\DJCNEW\peterson.assignlandingord

[PROPOSED] ORDER GRANTING MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) [LANDING RIGHTS] - CASE NO. 3:08-mc-80030-JSW (BZ)     2

**PROOF OF SERVICE**

| | |
|---|---|
| HIS EXCELLENCY AYATOLLAH SAYED 'ALI KHAMENEI<br>THE OFFICE OF THE SUPREME LEADER<br>Islamic Republic Street<br>Shahid Keshvar Doust Street<br>Tehran, Islamic Republic of Iran | ISLAMIC REPUBLIC OF IRAN<br>Pasadaran Avenue<br>Golestan Yekom<br>Teheran, Iran<br>ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process |
| President<br>HIS EXCELLENCY MAHMOUD AHMADINEJAD THE PRESIDENT<br>Palestine Avenue<br>Azerbaijan Intersection<br>Tehran, Islamic Republic of Iran<br>Fax: +98 21 6 649 5880 | ISLAMIC REPUBLIC OF IRAN<br>Khomeini Avenue<br>United Nations Street<br>Teheran, Iran<br>ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process |
| ISLAMIC REPUBLIC OF IRAN<br>acting through its MINISTRY OF DEFENSE AND SUPPORT FOR ARMED FORCES<br>No. 1 Shahid Kaboli Street<br>Beginning of Resalat Highway<br>Seyyed Khandan Bridge<br>P.O. Box 16765-1479<br>Tehran, Iran<br>Attn: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process | IRAN AIR<br>No.221,Second Floor,Public Relations, Support Services Bld.<br>IranAir H.Q.<br>Mehrabad Airport<br>Tehran, Iran<br>E-mail: PR@IranAir.com |

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

[PROPOSED] ORDER GRANTING MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) [LANDING RIGHTS]

on the above-named person(s) by:

__XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 15, 2008.

/s/ Karene Jen
Karene Jen