DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ. (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel: (415) 989-4730
Fax: (415) 989-0491
File No. 52,759

Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
of the Estate of James C. Knipple (Dec.), et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants. | CASE NO. 3:08-mc-80030-JSW (BZ) <br><br> [PROPOSED] <br> ORDER GRANTING MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) <br><br> [FINANCIAL INSTITUTIONS] <br><br> Date: July 2, 2008 <br> Time: 10:00 a.m. <br> Courtroom: G <br> Magistrate Judge: Bernard Zimmerman |

Based upon the MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) brought by Plaintiffs DEBORAH D. PETERSON, Personal Representatives of the Estate of James C. Knipple (Dec.), et al. ("Plaintiffs"), and for good cause appearing,

IT IS HEREBY ORDERED that the MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) is hereby granted.

IT IS HEREBY FURTHER ORDERED that Plaintiffs, and each of the same, are hereby assigned, all deposits, deposit accounts, rights to receive payment of money, contingent rights,

future rights, general intangibles, rights of any refund, rights to direct, transfer or dispose of any account, deposit account, rights to receive any checks, drafts or money orders, rights to transfer, use or control any account, regardless of the name, (all hereinafter collectively "Accounts"), to and in favor of THE ISLAMIC REPUBLIC OF IRAN, and all of its agencies and instrumentalities (hereinafter collectively "Iran"), in which such accounts, and each of the same, are in the possession, control, dominion, custody, care, or held by the following financial institutions as listed on *Exhibit "E"* attached hereto.

IT IS HEREBY FURTHER ORDERED that Plaintiffs, and each of the same, shall be assigned all of the accounts, to care of David J. Cook, Esq., Cook Collection Attorneys, P.L.C., 165 Fell Street, San Francisco, CA 94102, and/or P.O. Box 270, San Francisco, CA 94104, for purpose of satisfaction of the outstanding judgment rendered in the United States District Court, District of Columbia, entitled *Peterson vs. Islamic Republic of Iran*, Consolidated Case Nos. 01-2094 (RCL) and 01-2684 (RCL, and that the assignment order remains in full force and effect, until the judgment is paid in full herein.

DATED: _____

_____
BERNARD ZIMMERMAN
MAGISTRATE JUDGE OF THE
UNITED STATES DISTRICT COURT

F:\USERS\DJCNEW\peterson.assignfinancialord

## PROOF OF SERVICE

| | |
|---|---|
| HIS EXCELLENCY AYATOLLAH SAYED 'ALI KHAMENEI<br>THE OFFICE OF THE SUPREME LEADER<br>Islamic Republic Street<br>Shahid Keshvar Doust Street<br>Tehran, Islamic Republic of Iran | MARK D. HOPSON<br>GRIFFITH L. GREEN<br>SIDLEY AUSTIN LLP<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>Fax: (202) 736-8711 |
| President<br>HIS EXCELLENCY MAHMOUD AHMADINEJAD THE PRESIDENT<br>Palestine Avenue<br>Azerbaijan Intersection<br>Tehran, Islamic Republic of Iran<br>Fax: +98 21 6 649 5880 | JERROLD ABELES<br>ARENT FOX LLP<br>555 W. Fifth Street, 48th Floor<br>Los Angeles, CA 90013<br><br>JAMES H. HULME<br>ARENT FOX LLP<br>1050 Connecticut Avenue NW<br>Washington, D.C. 20036 |
| ISLAMIC REPUBLIC OF IRAN<br>acting through its MINISTRY OF DEFENSE AND SUPPORT FOR ARMED FORCES<br>No. 1 Shahid Kaboli Street<br>Beginning of Resalat Highway<br>Seyyed Khandan Bridge<br>P.O. Box 16765-1479<br>Tehran, Iran<br>Attn: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process | WILLIAM L. STERN<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105-2482<br>Fax: (415) 268-7522<br><br>NANCY R. THOMAS<br>MORRISON & FOERSTER LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013-1024 |
| ISLAMIC REPUBLIC OF IRAN<br>Pasadaran Avenue<br>Golestan Yekom<br>Teheran, Iran<br>ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process | JAY R. HENNEBERRY<br>CHADBOURNE & PARKE LLP<br>350 South Grand Avenue, Suite 3300<br>Los Angeles, CA 90071<br>Fax: 213-622-9865<br><br>MATTHEW PAUL LEWIS<br>WHITE & CASE LLP<br>633 West Fifth Street, Suite 1900<br>Los Angeles, CA 90071-2007<br>Fax: 213-452-2329 |
| ISLAMIC REPUBLIC OF IRAN<br>Khomeini Avenue<br>United Nations Street<br>Teheran, Iran<br>ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process | MARK FREDRICK LAMBERT<br>WHITE & CASE LLP<br>3000 El Camino Real<br>Five Palo Alto Square, 10th Floor<br>Palo Alto, CA 94306<br>Fax: 650/213-8158 |
| TIMOTHY T. SCOTT<br>RYAN M. SANDROCK<br>SIDLEY AUSTIN LLP<br>555 California Street<br>San Francisco, CA 94104<br>Fax: (415) 772-7400 | FRANCIS ANTHONY VASQUEZ, JR.<br>FRANK PANOPOULOS<br>WHITE & CASE LLP<br>701 - Thirteenth Street, N.W.<br>Washington, D.C. 20005 |

1  NOEL ANDREW LEIBNITZ
   FARELLA BRAUN & MARTEL LLP
2  235 Montgomery Street, 17th Floor
   San Francisco, CA 94104
3  Fax: 415-954-4480

4      I declare:

5      I am employed in the County of San Francisco, California. I am over the age of eighteen
   (18) years and not a party to the within cause. My business address is 165 Fell Street, San
6  Francisco, CA 94102. On the date set forth below, I served the attached:

7      [PROPOSED] ORDER GRANTING MOTION FOR ASSIGNMENT OF RIGHTS
       PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
8      [FINANCIAL INSTITUTIONS]

9  on the above-named person(s) by:

10   __XXX__  (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage
   thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the
11 person(s) served above.

12     I declare under penalty of perjury that the foregoing is true and correct.

13     Executed on June 15, 2008.

14
                                    /s/  Karene Jen
15                                  Karene Jen