
Clerk's Use Only
Initial for fee pd.:

FRANCIS A. VASQUEZ, JR.
WHITE & CASE, LLP
701 - Thirteenth Street, N.W.
Washington, D.C. 20005
(202) 626-3600; (202) 639-9355 (fax)

FILED
08 JUN -6 PM 12:54
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEBORAH A. PETERSON, Personal
Representative of the Estate of James C.
Knipple (Dec.), et al.

Plaintiff(s),

v.

ISLAMIC REPUBLIC OF IRAN, et al.

Defendant(s).

CASE NO. 3:08-mc-80030-JSW (BZ)

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Francis A. Vasquez, Jr.                , an active member in good standing of the bar of U.S. District Court, District of Maryland                , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing International Finance Corporation in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Mark F. Lambert, White & Case LLP, 3000 El Camino Real, 5 Palo Alto Square, 9th Floor, Palo Alto, CA 94306, (650) 213.0300

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 5, 2008

Francis A. Vasquez, Jr.