1  DAVID J. COOK, ESQ. (State Bar # 060859)
   ROBERT J. PERKISS, ESQ. (State Bar # 62386)
2  COOK COLLECTION ATTORNEYS
   A PROFESSIONAL LAW CORPORATION
3  165 Fell Street
   San Francisco, CA 94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA 94104-0270
5  Tel: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,759

7  Attorneys for Plaintiffs
   DEBORAH D. PETERSON, Personal Representatives
8  of the Estate of James C. Knipple (Dec.), et al.

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12
   DEBORAH D. PETERSON, Personal        )    CASE NO. 3:08-mc-80030-JSW (BZ)
13 Representative of the Estate of James C. )
   Knipple (Dec.), et al.,               )    EX PARTE APPLICATION FOR LEAVE TO
14                                       )    FILE LATE BRIEF RE: MEMORANDUM OF
                 Plaintiffs,             )    POINTS AND AUTHORITIES IN REPLY TO
15                                       )    OPPOSITION TO MOTION FOR
   vs.                                   )    ASSIGNMENT OF RIGHTS UNDER C.C.P. §
16                                       )    708.510 OF:
   ISLAMIC REPUBLIC OF IRAN, et al.,     )
17                                       )    1. The World Bank (International Bank of
                 Defendants.             )       Reconstruction and Development ("IBRD"):
18 _____ )    2. International Finance Corporation ("IFC");
                                              3. Japan Bank of International Cooperation
19                                               ("JBIC);
                                              4. Export-Import Bank of Korea ("KEXIM").
20
                                              Date:  July 2, 2008
21                                            Time:  10:00 a.m.
                                              Courtroom: G
22                                            Magistrate Judge: Bernard Zimmerman

23         COMES NOW Plaintiffs DEBORAH D. PETERSON, Personal Representative of the

24 Estate of James C. Knipple (Dec.), et al. ("Plaintiffs") who hereby apply to this court for an order

25 to permit late filing of the MEMORANDUM OF POINTS AND AUTHORITIES IN REPLY TO

26 OPPOSITION TO MOTION FOR ASSIGNMENT OF RIGHTS UNDER C.C.P. § 708.510 OF:

27 ///

28 ///

EX PARTE APPLICATION FOR LEAVE TO FILE LATE BRIEF RE: MEMORANDUM OF POINTS AND
AUTHORITIES IN REPLY TO OPPOSITION TO MOTION FOR ASSIGNMENT OF RIGHTS UNDER C.C.P. §
708.510 OF: . . . - CASE NO. 3:08-mc-80030-JSW (BZ)         1

1. 1.The World Bank (International Bank of Reconstruction and Development ("IBRD"):
2. 2. International Finance Corporation ("IFC");
3. 3. Japan Bank of International Cooperation ("JBIC);
4. 4. Export-Import Bank of Korea ("KEXIM").

5  DATED: June 17, 2008                COOK COLLECTION ATTORNEYS

                                       By:    /s/ David J. Cook
                                       DAVID J. COOK, ESQ. (SB# 060859)
                                       Attorneys for Plaintiffs
                                       DEBORAH D. PETERSON, Personal
                                       Representatives of the Estate of James C. Knipple
                                       (Dec.), et al.

F:\USERS\DJCNEW\petersonsf.exleave

EX PARTE APPLICATION FOR LEAVE TO FILE LATE BRIEF RE: MEMORANDUM OF POINTS AND AUTHORITIES IN REPLY TO OPPOSITION TO MOTION FOR ASSIGNMENT OF RIGHTS UNDER C.C.P. § 708.510 OF: . . . - CASE NO. 3:08-mc-80030-JSW (BZ)          2

1  DAVID J. COOK, ESQ. (State Bar # 060859)
   ROBERT J. PERKISS, ESQ. (State Bar # 62386)
2  COOK COLLECTION ATTORNEYS
   A PROFESSIONAL LAW CORPORATION
3  165 Fell Street
   San Francisco, CA  94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA  94104-0270
5  Tel: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,759

7  Attorneys for Plaintiffs
   DEBORAH D. PETERSON, Personal Representatives
8  of the Estate of James C. Knipple (Dec.), et al.

9              UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12

13  DEBORAH D. PETERSON, Personal      )   CASE NO. 3:08-mc-80030-JSW (BZ)
    Representative of the Estate of James C. )
14  Knipple (Dec.), et al.,            )   DECLARATION OF DAVID J. COOK, ESQ.
                                       )   IN SUPPORT OF EX PARTE APPLICATION
15           Plaintiffs,               )   FOR LEAVE TO FILE LATE BRIEF RE:
                                       )   MEMORANDUM OF POINTS AND
16  vs.                                )   AUTHORITIES IN REPLY TO OPPOSITION
                                       )   TO MOTION FOR ASSIGNMENT OF
17  ISLAMIC REPUBLIC OF IRAN, et al.,  )   RIGHTS UNDER C.C.P. § 708.510 OF:
                                       )
18           Defendants.               )   1. The World Bank (International Bank of
    _____)      Reconstruction and Development ("IBRD");
19                                          2. International Finance Corporation ("IFC");
                                            3. Japan Bank of International Cooperation
20                                             ("JBIC");
                                            4. Export-Import Bank of Korea ("KEXIM").

21                                          Date:  July 2, 2008
                                            Time:  10:00 a.m.
22                                          Courtroom: G
                                            Magistrate Judge: Bernard Zimmerman
23
            I, DAVID J. COOK, hereby declare and state as follows:
24
            1. I am one of the attorneys of record for Plaintiffs in the above-entitled action, am duly
25
    authorized to practice before all courts in the State of California, and am familiar with the facts
26
    and circumstances in this action.
27

28
    DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF EX PARTE APPLICATION FOR LEAVE TO
    FILE LATE BRIEF RE: MEMORANDUM OF POINTS AND AUTHORITIES IN REPLY TO OPPOSITION TO
    MOTION FOR ASSIGNMENT OF RIGHTS UNDER C.C.P. § 708.510 OF: . . .
    CASE NO. 3:08-mc-80030-JSW (BZ)                                                                1

2. Various international and foreign banks and other parties have filed various oppositions to Plaintiffs' motion for assignment of rights (Docket Nos. 52, 53, 55, 61, 62 & 63.)

3. Per the order of the court (Docket Nos. 30 & 31, May 7 & 8, 2008), a reply was due on June 16, 2008. Declarant assigned the proper calendaring of this matter to an attorney and office manager, who failed to note the order and reset the matter based upon governing local rules with a date of June 18, 2008, which was in error. Declarant discovered the error in the evening of June 16, 2008, recognizing that a response would be one day late.

4. Declarant relied upon an associate counsel and an office manager to properly coordinate the filing of this response, given the voluminous filings in this case, now arising out of proceedings in six District Court cases, all of which require timely coordination and promptness.

5. Declarant requests leave to file this brief one day late in that the brief is complete, raises issues previously raised, and is within the guidelines of local rules, although one day after the order of this court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 17, 2008.

                                                            /s/ David J. Cook
                                                          DAVID J. COOK, ESQ. (SB# 060859)

F:\USERS\DJCNEW\petersonsf.exleave

1  DAVID J. COOK, ESQ. (State Bar # 060859)
   ROBERT J. PERKISS, ESQ. (State Bar # 62386)
2  **COOK COLLECTION ATTORNEYS**
   **A PROFESSIONAL LAW CORPORATION**
3  165 Fell Street
   San Francisco, CA 94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA 94104-0270
5  Tel: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,759

7  Attorneys for Plaintiffs
   DEBORAH D. PETERSON, Personal Representatives
8  of the Estate of James C. Knipple (Dec.), et al.

9                UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12
   DEBORAH D. PETERSON, Personal          )   CASE NO. 3:08-mc-80030-JSW (BZ)
13 Representative of the Estate of James C.)
   Knipple (Dec.). et al.,                 )   ORDER GRANTING EX PARTE
14                                         )   APPLICATION FOR LEAVE TO FILE LATE
              Plaintiffs,                  )   BRIEF RE: MEMORANDUM OF POINTS
15                                         )   AND AUTHORITIES IN REPLY TO
   vs.                                     )   OPPOSITION TO MOTION FOR
16                                         )   ASSIGNMENT OF RIGHTS UNDER C.C.P. §
   ISLAMIC REPUBLIC OF IRAN, et al.,       )   708.510
17                                         )
              Defendants.                  )
18 _____)

19      Based upon the ex parte application for leave to file late brief of Plaintiffs DEBORAH D.

20 PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al.

21 ("Plaintiffs"), and for good cause appearing, therefore,

22      IT IS HEREBY ORDERED that Plaintiffs may file their MEMORANDUM OF POINTS

23 AND AUTHORITIES IN REPLY TO OPPOSITION TO MOTION FOR ASSIGNMENT OF

24 RIGHTS UNDER C.C.P. § 708.510 OF: 1.The World Bank (International Bank of Reconstruction

25 and Development ("IBRD"); 2. International Finance Corporation ("IFC"); 3. Japan Bank of

26 ///

27 ///

28 ///

ORDER GRANTING EX PARTE APPLICATION FOR LEAVE TO FILE LATE BRIEF RE: MEMORANDUM OF
POINTS AND AUTHORITIES IN REPLY TO OPPOSITION TO MOTION FOR ASSIGNMENT OF RIGHTS
UNDER C.C.P. § 708.510 OF: . . . - CASE NO. 3:08-mc-80030-JSW (BZ)                          1

1 | International Cooperation ("JBIC"); 4. Export-Import Bank of Korea ("KEXIM") - one day late,
2 | i.e., June 17, 2008.

4 | DATED: _____

BERNARD ZIMMERMAN
MAGISTRATE JUDGE OF THE
UNITED STATES DISTRICT COURT

F:\USERS\DJCNEW\petersonsf.exleave

1  DAVID J. COOK, ESQ. (State Bar # 060859)
   ROBERT J. PERKISS, ESQ. (State Bar # 62386)
2  COOK COLLECTION ATTORNEYS
   A PROFESSIONAL LAW CORPORATION
3  165 Fell Street
   San Francisco, CA 94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA 94104-0270
5  Tel: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,759

7  Attorneys for Plaintiffs
   DEBORAH D. PETERSON. Personal Representatives
8  of the Estate of James C. Knipple (Dec.), et al.

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12
   DEBORAH D. PETERSON, Personal        )    CASE NO. 3:08-mc-80030-JSW (BZ)
13 Representative of the Estate of James C. )
   Knipple (Dec.), et al.,               )
14                                        )    PROOF OF SERVICE
                Plaintiffs,              )
15                                        )
   vs.                                    )
16                                        )
   ISLAMIC REPUBLIC OF IRAN, et al.,     )
17                                        )
                Defendants.              )
18 _____)

19 HIS EXCELLENCY MAHMOUD              ISLAMIC REPUBLIC OF IRAN
   AHMADINEJAD THE PRESIDENT           Khomeini Avenue
20 Palestine Avenue                    United Nations Street
   Azerbaijan Intersection             Teheran, Iran
21 Tehran, Islamic Republic of Iran    ATTN: President Mahmoud Ahmadinjad or
   Fax: +98 21 6 649 5880              Responsible Officer or Agent for Service of
22                                      Process
   ISLAMIC REPUBLIC OF IRAN
23 Pasadaran Avenue                    RYAN SANDROCK
   Golestan Yekom                      SIDLEY AUSTIN LLP
24 Teheran, Iran                       555 California Street
   ATTN: President Mahmoud Ahmadinjad or  San Francisco, CA 94104-1715
25 Responsible Officer or Agent for Service of
   Process                             MARK D. HOPSON
26                                      SIDLEY AUSTIN LLP
                                        1501 K Street, N.W.
27                                      Washington, D.C. 20005

28

PROOF OF SERVICE - CASE NO. 3:08-mc-80030-JSW (BZ)                            1

| | |
|---|---|
| 1  JERROLD EVAN ABELES | NOEL ANDREW LEIBNITZ |
|    ARENT FOX LLP | FARELLA BRAUN & MARTEL LLP |
| 2  555 W. Fifth Street, 48th Floor | 235 Montgomery Street, 17th Floor |
|    Los Angeles, CA 90013 | San Francisco, CA 94104 |
| 3  | |
|    JAMES H. HULME | WILLIAM LEWIS STERN |
| 4  ARENT FOX PLLC | MORRISON & FOERSTER LLP |
|    1050 Connecticut Avenue, N.W. | 425 Market Street |
| 5  Washington. D.C. 20036-5339 | San Francisco, CA 94105 |
| 6  JAY ROBERT HENNEBERRY | MARK FREDRICK LAMBERT |
|    CHADBOURNE & PARKE | WHITE & CASE LLP |
| 7  350 S. Grand Avenue. Suite 3300 | 3000 El Camino Real |
|    Los Angeles, CA 90071 | 5 Palo Alto Square, 9th Floor |
| 8  | Palo Alto, CA 94306 |
|    MATTHEW PAUL LEWIS | |
| 9  WHITE & CASE LLP | FRANCIS A. VASQUEZ, JR. |
|    633 West Fifth Street, Suite 1900 | WHITE & CASE LLP |
| 10 Los Angeles, CA 90071-2007 | 701 Thirteenth Street. N.W. |
|    | Washington, D.C. 20005-3807 |

11

12      I declare:

13      I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco. CA 94102. On the date set forth below, I served the attached:

14

15  EX PARTE APPLICATION FOR LEAVE TO FILE LATE BRIEF RE: MEMORANDUM OF POINTS AND AUTHORITIES IN REPLY TO OPPOSITION TO MOTION FOR ASSIGNMENT OF RIGHTS UNDER C.C.P. § 708.510 OF:

16

17  1.The World Bank (International Bank of Reconstruction and Development ("IBRD");
    2. International Finance Corporation ("IFC");
    3. Japan Bank of International Cooperation ("JBIC);
18  4. Export-Import Bank of Korea ("KEXIM").

19  DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF EX PARTE APPLICATION FOR LEAVE TO FILE LATE BRIEF RE: MEMORANDUM OF
20  POINTS AND AUTHORITIES IN REPLY TO OPPOSITION TO MOTION FOR ASSIGNMENT OF RIGHTS UNDER C.C.P. § 708.510 OF:

21

22  1.The World Bank (International Bank of Reconstruction and Development ("IBRD");
    2. International Finance Corporation ("IFC");
    3. Japan Bank of International Cooperation ("JBIC):
23  4. Export-Import Bank of Korea ("KEXIM").

24  ORDER GRANTING EX PARTE APPLICATION FOR LEAVE TO FILE LATE BRIEF RE: MEMORANDUM OF POINTS AND AUTHORITIES IN REPLY TO OPPOSITION
25  TO MOTION FOR ASSIGNMENT OF RIGHTS UNDER C.C.P. § 708.510

26  on the above-named person(s) by:

27  __XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the
28  person(s) served above.

1 | I declare under penalty of perjury that the foregoing is true and correct.
2 | Executed on June 17, 2008.

          /s/   Karene Jen
              Karene Jen