1 | DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ. (State Bar # 62386)
2 | COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
3 | 165 Fell Street
San Francisco, CA 94102
4 | Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
5 | Tel: (415) 989-4730
Fax: (415) 989-0491
6 | File No. 52,759

7 | Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
8 | of the Estate of James C. Knipple (Dec.), et al.

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants. | CASE NO. 3:08-mc-80030-JSW (BZ) <br><br> DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF EX PARTE APPLICATION FOR LEAVE TO FILE LATE BRIEF RE: MEMORANDUM OF POINTS AND AUTHORITIES IN REPLY TO OPPOSITION TO MOTION FOR ASSIGNMENT OF RIGHTS UNDER C.C.P. § 708.510 OF: <br><br> 1. The World Bank (International Bank of Reconstruction and Development ("IBRD"); <br> 2. International Finance Corporation ("IFC"); <br> 3. Japan Bank of International Cooperation ("JBIC"); <br> 4. Export-Import Bank of Korea ("KEXIM"). <br><br> Date: July 2, 2008 <br> Time: 10:00 a.m. <br> Courtroom: G <br> Magistrate Judge: Bernard Zimmerman |

I, DAVID J. COOK, hereby declare and state as follows:

1. I am one of the attorneys of record for Plaintiffs in the above-entitled action, am duly authorized to practice before all courts in the State of California, and am familiar with the facts and circumstances in this action.

2. Various international and foreign banks and other parties have filed various oppositions to Plaintiffs' motion for assignment of rights (Docket Nos. 52, 53, 55, 61, 62 & 63.)

3. Per the order of the court (Docket Nos. 30 & 31, May 7 & 8, 2008), a reply was due on June 16, 2008. Declarant assigned the proper calendaring of this matter to an attorney and office manager, who failed to note the order and reset the matter based upon governing local rules with a date of June 18, 2008, which was in error. Declarant discovered the error in the evening of June 16, 2008, recognizing that a response would be one day late.

4. Declarant relied upon an associate counsel and an office manager to properly coordinate the filing of this response, given the voluminous filings in this case, now arising out of proceedings in six District Court cases, all of which require timely coordination and promptness.

5. Declarant requests leave to file this brief one day late in that the brief is complete, raises issues previously raised, and is within the guidelines of local rules, although one day after the order of this court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 17, 2008.

                                              /s/ David J. Cook
                                        DAVID J. COOK, ESQ. (SB# 060859)

F:\USERS\DJCNEW\petersonsf.exleave