DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ. (State Bar # 62386)
**COOK COLLECTION ATTORNEYS**
**A PROFESSIONAL LAW CORPORATION**
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel: (415) 989-4730
Fax: (415) 989-0491
File No. 52,759

Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
of the Estate of James C. Knipple (Dec.), et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants. | CASE NO. 3:08-mc-80030-JSW (BZ) <br><br> ORDER GRANTING EX PARTE APPLICATION FOR LEAVE TO FILE LATE BRIEF RE: MEMORANDUM OF POINTS AND AUTHORITIES IN REPLY TO OPPOSITION TO MOTION FOR ASSIGNMENT OF RIGHTS UNDER C.C.P. § 708.510 |

Based upon the ex parte application for leave to file late brief of Plaintiffs DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al. ("Plaintiffs"), and for good cause appearing, therefore,

IT IS HEREBY ORDERED that Plaintiffs may file their MEMORANDUM OF POINTS AND AUTHORITIES IN REPLY TO OPPOSITION TO MOTION FOR ASSIGNMENT OF RIGHTS UNDER C.C.P. § 708.510 OF: 1.The World Bank (International Bank of Reconstruction and Development ("IBRD"); 2. International Finance Corporation ("IFC"); 3. Japan Bank of

///

///

///

1  International Cooperation ("JBIC"); 4. Export-Import Bank of Korea ("KEXIM") - one day late,
2  i.e., June 17, 2008.

4  DATED: _____    _____
                              BERNARD ZIMMERMAN
5                             MAGISTRATE JUDGE OF THE
                              UNITED STATES DISTRICT COURT

6  F:\USERS\DJCNEW\petersonsf.exleave