1  DAVID J. COOK, ESQ. (State Bar # 060859)
   ROBERT J. PERKISS, ESQ. (State Bar # 62386)
2  COOK COLLECTION ATTORNEYS
   A PROFESSIONAL LAW CORPORATION
3  165 Fell Street
   San Francisco, CA 94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA 94104-0270
5  Tel: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,759

7  Attorneys for Plaintiffs
   DEBORAH D. PETERSON, Personal Representatives
8  of the Estate of James C. Knipple (Dec.), et al.

9                UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12
   DEBORAH D. PETERSON, Personal      )   CASE NO. 3:08-mc-80030-JSW (BZ)
13 Representative of the Estate of James C. )
   Knipple (Dec.), et al.,             )
14                                     )   PROOF OF SERVICE
             Plaintiffs,               )
15                                     )
   vs.                                 )
16                                     )
   ISLAMIC REPUBLIC OF IRAN, et al.,   )
17                                     )
             Defendants.               )
18 _____)

19 HIS EXCELLENCY MAHMOUD              ISLAMIC REPUBLIC OF IRAN
   AHMADINEJAD THE PRESIDENT           Khomeini Avenue
20 Palestine Avenue                    United Nations Street
   Azerbaijan Intersection             Teheran, Iran
21 Tehran, Islamic Republic of Iran    ATTN: President Mahmoud Ahmadinjad or
   Fax: +98 21 6 649 5880              Responsible Officer or Agent for Service of
22                                     Process
   ISLAMIC REPUBLIC OF IRAN
23 Pasadaran Avenue                    RYAN SANDROCK
   Golestan Yekom                      SIDLEY AUSTIN LLP
24 Teheran, Iran                       555 California Street
   ATTN: President Mahmoud Ahmadinjad or  San Francisco, CA 94104-1715
25 Responsible Officer or Agent for Service of
   Process                             MARK D. HOPSON
26                                     SIDLEY AUSTIN LLP
                                       1501 K Street, N.W.
27                                     Washington, D.C. 20005

28

PROOF OF SERVICE - CASE NO. 3:08-mc-80030-JSW (BZ)                                    1

| | |
|---|---|
| JERROLD EVAN ABELES<br>ARENT FOX LLP<br>555 W. Fifth Street, 48th Floor<br>Los Angeles, CA 90013 | NOEL ANDREW LEIBNITZ<br>FARELLA BRAUN & MARTEL LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104 |
| JAMES H. HULME<br>ARENT FOX PLLC<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-5339 | WILLIAM LEWIS STERN<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105 |
| JAY ROBERT HENNEBERRY<br>CHADBOURNE & PARKE<br>350 S. Grand Avenue, Suite 3300<br>Los Angeles, CA 90071 | MARK FREDRICK LAMBERT<br>WHITE & CASE LLP<br>3000 El Camino Real<br>5 Palo Alto Square, 9th Floor<br>Palo Alto, CA 94306 |
| MATTHEW PAUL LEWIS<br>WHITE & CASE LLP<br>633 West Fifth Street, Suite 1900<br>Los Angeles, CA 90071-2007 | FRANCIS A. VASQUEZ, JR.<br>WHITE & CASE LLP<br>701 Thirteenth Street, N.W.<br>Washington, D.C. 20005-3807 |

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

EX PARTE APPLICATION FOR LEAVE TO FILE LATE BRIEF RE: MEMORANDUM OF POINTS AND AUTHORITIES IN REPLY TO OPPOSITION TO MOTION FOR ASSIGNMENT OF RIGHTS UNDER C.C.P. § 708.510 OF:

1. The World Bank (International Bank of Reconstruction and Development ("IBRD");
2. International Finance Corporation ("IFC");
3. Japan Bank of International Cooperation ("JBIC);
4. Export-Import Bank of Korea ("KEXIM").

DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF EX PARTE APPLICATION FOR LEAVE TO FILE LATE BRIEF RE: MEMORANDUM OF POINTS AND AUTHORITIES IN REPLY TO OPPOSITION TO MOTION FOR ASSIGNMENT OF RIGHTS UNDER C.C.P. § 708.510 OF:

1. The World Bank (International Bank of Reconstruction and Development ("IBRD");
2. International Finance Corporation ("IFC");
3. Japan Bank of International Cooperation ("JBIC);
4. Export-Import Bank of Korea ("KEXIM").

ORDER GRANTING EX PARTE APPLICATION FOR LEAVE TO FILE LATE BRIEF RE: MEMORANDUM OF POINTS AND AUTHORITIES IN REPLY TO OPPOSITION TO MOTION FOR ASSIGNMENT OF RIGHTS UNDER C.C.P. § 708.510

on the above-named person(s) by:

___XXX___ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

1  I declare under penalty of perjury that the foregoing is true and correct.
2  Executed on June 17, 2008.

          /s/   Karene Jen
             Karene Jen