1   Timothy T. Scott (SBN 126971)
    tscott@sidley.com
2   Ryan M. Sandrock (SBN 251781)
    rsandrock@sidley.com
3   SIDLEY AUSTIN LLP
    555 California Street
4   San Francisco, California  94104
    Telephone: (415) 772-1200
5   Facsimile: (415) 772-7400

6   Mark D. Hopson
    mhopson@sidley.com
7   Griffith L. Green
    ggreen@sidley.com
8   SIDLEY AUSTIN LLP
    1501 K Street, N.W.
9   Washington, D.C. 20005
    Telephone: (202) 736-8000
10  Facsimile: (202) 736-8711

11  Attorneys For The International
    Bank for Reconstruction and Development

12                  UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                      SAN FRANCISCO DIVISION

15

16  DEBORAH D. PETERSON, Personal          )
17  Representative of the Estate of James C.   )   Case No. 08-mc-80030-JSW
    Knipple (Dec.) et al.,                 )   Hon. Jeffrey S. White
18                                          )   Hon. Bernard Zimmerman
                    Plaintiffs,            )
19                                          )
            v.                              )   PROOF OF SERVICE
20                                          )
                                            )
21  ISLAMIC REPUBLIC OF IRAN, et al.        )
                                            )
22                  Defendants.             )
                                            )
23                                          )
                                            )
24                                          )
                                            )
25                                          )
26
27
28

                        PROOF OF SERVICE

SF1 1502740v.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is Sidley Austin LLP, 555 California Street, San Francisco, California 94104.

On June 18, 2008, I served the following document(s) described as:

**REPLY IN SUPPORT OF MOTION TO STAY MOTION FOR ASSIGNMENT PENDING THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA'S DECISION ON PLAINTIFFS' MOTION TO APPOINT A RECEIVER**

**PROOF OF SERVICE**

on all interested parties in this action as follows (or as on the attached service list):

President Dr. Ahmadinejad
ISLAMIC REPUBLIC OF IRAN
Pasadaran Avenue
Goldestan Yekom
Teheran, Iran
ATTN: Responsible Officer
Email: dr-ahmadinejad@president.ir

ISLAMIC REPUBLIC OF IRAN
Khomeini Avenue
United Nations Street
Teheran, Iran
ATTN: Responsible Officer

David J. Cook, Esq.
Robert J. Perkiss, Esq.'
COOK COLLECTION ATTORNEYS
165 Fell Street
San Francisco, CA 94102
Email: cook@squeezebloodfromturnip.com

His Excellency, Mahmoud Ahmadinejad,
The President
Palestine Avenue
Azerbaijan Intersection
Tehran, Islamic Republic of Iran
Fax: +98 21 6 649 5880

Jerrold Abeles
ARENT FOX LLP
555 W. Fifth Street, 48th Floor
Los Angeles, CA 90013

James H. Hulme
ARENT FOX LLP
1050 Connecticut Avenue NW
Washington, D.C. 20036

Nancy R. Thomas
MORRISON & FOERSTER LLP
555 West Fifth Street,
Los Angeles, CA 90013-1024

Jay R. Henneberry
CHADBOURNE & PARKE LLP
350 South Grand Avenue, Suite 3300
Los Angeles, CA 90071
Fax: (213) 622-9865

SF1 1502740v.1

| | | |
|---|---|---|
| 1 | Matthew Paul Lewis | Noel Andrew Leibnitz |
| 2 | WHITE & CASE LLP<br>633 West Fifth Street, Suite 1900 | FARELLA BRAUN & MARTEL LLP<br>235 Montgomery Street, 17th Floor |
| 3 | Los Angeles, CA 90071-2007<br>Fax: (213) 452-2329 | San Francisco, CA 94104<br>Fax: (415) 954-4480 |
| 4 | Mark Fredrick Lambert | William L. Stern |
| 5 | WHITE & CASE LLP<br>3000 El Camino Real | MORRISON & FOERSTER LLP<br>425 Market Street |
| 6 | Five Palo Alto Square, 10th Floor<br>Palo Alto, CA 94306 | San Francisco, CA 94105-2482<br>Fax: (415) 268-7522 |
| 7 | Fax: (650) 213-8158 | |
| 8 | Frank Panopoulos<br>WHITE & CASE LLP | |
| 9 | 701 – Thirteenth Street, N.W.<br>Washington, D.C. 20005 | |

10

11   ☒   (U.S. MAIL) I served the foregoing document(s) by U.S. Mail, as follows: I placed true
copies of the document(s) in a sealed envelope addressed to each interested party as shown above. I
12   placed each such envelope for collection and mailing at Sidley Austin LLP, San Francisco,
California. I am readily familiar with the Firm's business practice for collection and processing of
13   correspondence for mailing. Under that practice, the correspondence would be deposited in the
United States Postal Service on that same day in the ordinary course of business, with postage
14   thereon fully prepaid.

15   ☐   (E-MAIL) I caused the document(s) to be delivered by e-mail to each interested party as
shown above.
16

17          I declare under penalty of perjury that the foregoing is true and correct.

18          Executed on June 18, 2008, at San Francisco, California.

19

20          Joan Nielson

21

22

23

24

25

26

27

28

PROOF OF SERVICE

SF1 1502740v.1