RECEIVED

08 JUN -6 PM 12: 54

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

UNITED STATES DISTRICT COURT

Northern District of California

DEBORAH A. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al.

Plaintiff(s),

v.

ISLAMIC REPUBLIC OF IRAN, et al.

Defendant(s).

CASE NO. 3:08-mc-80030-JSW (BZ)

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Francis A. Vasquez, Jr. , an active member in good standing of the bar of U.S. District Court, District of Maryland whose business address and telephone number (particular court to which applicant is admitted) is

WHITE & CASE, LLP
701 - Thirteenth Street, N.W.
Washington, D.C. 20005  (202) 626-3600

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing International Finance Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: JUN 1 9 2008

~~Bernard Zimmerman~~
United States Magistrate Judge

UNITED STATES DISTRICT COURT

Northern District of California

DEBORAH A. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al.

Plaintiff(s),

v.

ISLAMIC REPUBLIC OF IRAN, et al.

Defendant(s).

CASE NO. 3:08-mc-80030-JSW (BZ)

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Frank Panopoulos , an active member in good standing of the bar of U.S. District Court, District of Columbia whose business address and telephone number (particular court to which applicant is admitted) is

WHITE & CASE, LLP
701 - Thirteenth Street, N.W.
Washington, D.C. 20005 (202) 626-3600

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing International Finance Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: JUN 19 2008

_____
Bernard Zimmerman
United States Magistrate Judge