**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

**Magistrate Judge BERNARD ZIMMERMAN**

Date:**7/2/08**             Time: **10:00 a.m.**

**C - 08-80030 MISC  JSW (BZ)**

**Deborah D. Peterson, et al.   v  Islamic Republic of Iran, et al.**

Attorneys:
Plaintiff- David J. Cook, Robert J. Perkiss, Nathaniel L. Dunn
Defendant & Non Parties - Andrew Leibnitz, Jay R. Henneberry, Jerrold Abeles, Matthew R. Lewis, Mark F. Lambert, Frank Panopoulos, William L. Stern, Timothy Scott,

Deputy Clerk: **Simone Voltz**            Reporter: **Katherine Powell-Sullivan**
                                                              **10:27-11:30**

**PROCEEDINGS:**

1. Plaintiff's Motion for Assignment of Rights
2. Plaintiff's Exparte Application to Direct the Issuance of a Second Amended and Alias Writ of Execution
3. Int'l Bank's and Import Export Bank of Korea's Motion to Stay Motion for Assignment
4. Amici Curiae Motion for Leave to Appear and to file Amicus Brief in Response to Motion for Assignment of Rights.

(  ) Status Conference     (  ) P/T Conference     (  ) Case Management Conference

**ORDERED AFTER HEARING:**
_____

( x ) ORDER TO BE PREPARED BY:    Plntf_____    Deft_____    Court_x_

(  ) Referred to Magistrate For: _____

(  ) CASE CONTINUED TO_____    for _____