1  DAVID J. COOK, ESQ. (State Bar # 060859)
   ROBERT J. PERKISS, ESQ (State Bar # 62386)
2  COOK COLLECTION ATTORNEYS
   A PROFESSIONAL LAW CORPORATION
3  165 Fell Street
   San Francisco, CA  94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA  94104-0270
5  Tel.: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,759

7  Attorneys for Plaintiffs
   DEBORAH D. PETERSON, Personal Representatives
8  of the Estate of James C. Knipple (Dec.), et al.

9                    UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12

13  DEBORAH D. PETERSON, Personal      )    CASE NO. 3:08-mc-80030-JSW
    Representative of the Estate of James C. )
    Knipple (Dec.), et al.,             )    DECLARATION OF DAVID J. COOK, ESQ.
14                                       )    IN SUPPORT OF MOTION FOR
               Plaintiffs,               )    ASSIGNMENT OF RIGHTS PURSUANT TO
15                                       )    C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
    vs.                                  )
16                                       )    [HARBOR AND BUNKERED FUEL
    ISLAMIC REPUBLIC OF IRAN, et al.,    )    RIGHTS - CMA CGM S.A. & CMA CGM
17                                       )    The French Line]
               Defendants.              )
18  _____ )    Date:  September 3, 2008
                                             Time: 10:00 a.m.
19                                           Courtroom: G, 15th Floor
                                             Magistrate Judge: Bernard Zimmerman
20

21       I, DAVID J. COOK, hereby declare and state as follows:

22       1.  I am one of the attorneys of record for Plaintiffs in the above-entitled action, am duly

23  authorized to practice before all courts in the State of California, and am familiar with the facts

24  and circumstances in this action.

25       2.  The shipping schedule of CMA CGM S.A. & CMA CGM The French Line shows

26  that the Shipping Line frequents Iranian ports, harbors and other facilities.  The Shipping Line's

27  schedule is set forth by way of its website which shows its traffic, a true and correct copy of the

28  download which is attached hereto marked *Exhibit "A."*  The schedule demonstrates that the

DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION FOR ASSIGNMENT OF RIGHTS
PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) [HARBOR AND BUNKERED FUEL RIGHTS -
CMA CGM S.A. & CMA CGM The French Line] - CASE NO. 3:08-mc-80030-JSW                    1

1  Shipping Line services Iranian ports, and also American ports, thereby creating inferences, as

2  follows: 1) the Shipping Line is generally subject to the jurisdiction of the U.S. in both import and

3  export of products; 2) the Shipping Line is generally doing business with Iranian port facilities in

4  both imported and exported products.

5      3. As Plaintiffs have confirmed that the Shipping Line frequents Iranian harbors, ports,

6  wharfs, docks, and other harbor-like facilities. Plaintiffs likewise have determined that Iran has a

7  whole list of Tariffs which Iran charges oceangoing freighters, carriers, tankers, and the like, a true

8  and correct copy of the MANUAL OF Tariffs applicable to vessels and cargo in Ports of the

9  Islamic Republic of Iran which is attached hereto marked *Exhibit "B."* These tariffs clearly show

10  the charges imposed by Iran upon oceangoing carriers, such as the Shipping Lines as described

11  herein. Plaintiffs have also ascertained from a press release undertaken by the ports and shipping

12  organization of the Department of Transportation of Iran, that Iran sells bunkered oil.

13      4. A true and correct copy of the press release entitled "PSO news, In the name of God

14  Supplement to Port & Sea Magazine Nos 2/Sep-Oct, 2007 is attached hereto marked *Exhibit "C."*

15      5. The Ministry of Roads and Transportation generally oversees the PORTS & SHIPPING

16  ORGANIZATION ("P.S.O.") of Iran who manage the docks, harbors and related facilities

17  pursuant to the printout from the website entitled IR IRAN's Ports & Shipping Organization, a true

18  and correct copy of which is attached hereto marked *Exhibit "D."*

19      6. Iran charges these Shipping Lines an entire array of charges for the privilege of utilizing

20  Iranian docks, harbors, terminals and other maritime facilities, all hereinafter collectively "DOCK

21  FEES." This label is illustrative as seen by, e.g., the entire range of charges imposed by Iran

22  through its Manual of Tariffs Applicable to Vessels and Cargo in the Ports of the Islamic Republic

23  of Iran, a true and correct copy of which is attached hereto marked *Exhibit "B."*

24      7. The National Iranian Oil Products Distribution Company is a subsidiary of the National

25  Iranian Oil Refining and Distributing Co., which is part of the Ministry of Petroleum of the Islamic

26  Republic of Iran per the attached download, a true and correct copy which is attached hereto

27  marked *Exhibit "E."*

28

1       8.  Declarant personally read, reviewed and downloaded all of the above-listed exhibits,

2   and personally obtained these documents by examining the website maintained by the Ports &

3   Shipping Organization website of The Islamic Republic of Iran.  Furthermore, Declarant over the

4   last six months has become familiar with, if not immersed, in generally the economy of Iran and its

5   large-scale business and in which Iran maintains a series of websites, providing for a vast amount

6   of information.  These Tariffs clearly show the charges imposed by Iran upon oceangoing carriers,

7   such as the Shipping Lines as described herein.

8       I declare under penalty of perjury that the foregoing is true and correct.

9       Executed on July 16, 2008.

10

11                        /s/ David J. Cook
                     DAVID J. COOK, ESQ. (SB# 060859)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) [HARBOR AND BUNKERED FUEL RIGHTS - CMA CGM S.A. & CMA CGM The French Line] - CASE NO. 3:08-mc-80030-JSW·

# EXHIBIT "A"

Case 3:08-mc-80030-JSW   Document 95-2   Filed 07/16/08   Page 5 of 7

# Press Releases

**Press Release Details**

27 Feb 2008
**CMA CGM upgrades its Asia to India/Middle East Gulf services**



**CMA CGM Magazine**

▸ Download the latest edition

▸ Brochures

CMA CGM is pleased to announce the upgrading of its services linking Asia to India and the Middle East Gulf with the introduction of a new, complementary string to its CIMEX service as from the end of March.

The service coverage from Asia will now be split into 2 strings:
String 1 will be dedicated to serve the markets of the Gulf States, Iran and Iraq whereas string 2 will be dedicated to Colombo and WC India supplemented with a call in the Gulf.

Rotation on this twice-weekly service will be as follows:

String 1: Ningbo, Shanghai, Fuqing/Fuzhou, Chiwan, Port Kelang, Jebel Ali, Khorfakkan, Bandar Abbas, Port Kelang

String 2: Xiamen, Shantou, Chiwan, Laem Chebang, Port Kelang, Colombo, Nhava Sheva, Jebel Ali, Port Kelang

Each string will be operated with 5 vessels of an average capacity of 2500 teus and in cooperation with CMA CGM affiliates : ANL and CNC.

*"The trade from Asia to the Middle East has enjoyed a healthy growth that is likely to continue. Our customers have been requesting us to keep pace with their growth. The Asia to India trade - linking the two economies with the highest populations - has been growing steadily and is expected to increase in pace rapidly, following the expanding economic ties and increase in spendable income in India"*, explains Farid Salem, CMA CGM Group Chief Executive Vice-President.

This new service configuration is responding to these developments by offering fast transit times to each market and aims at providing CMA CGM customers with a quality service with additional direct connections.
The service will also open up the market of Shantou by introducing a direct call and linking it to the CMA CGM Group liner network.

CMA CGM, together with its affiliates ANL and CNC, is committed to continue serving its customers in the Asia to India/Middle East Gulf trade with quality services.

**About CMA CGM**
*Led by its founder Jacques R. Saadé, CMA CGM is currently the world's third largest container shipping Group and is ranked number one in France. Operating a fleet of 377vessels, including 101 company-owned, the Group serves 400 ports around the world. In 2007, it carried 7,7 million TEUs (twenty-foot equivalent units). With a presence on all continents and in 150 countries through its network of 600 agencies, the Group employs 16,000 people worldwide, including 4,200 in France.*
**Press Contact:** media@cma-cgm.com - + 00 33 4 88 91 90 36

‹ Back

Contact: Corporate Communication - Marseilles
Phone: +33 (0)4 88 91 90 00 - Email: media@cma-cgm.com

© 2006 CMA CGM - Legal Terms - 7/7/2008 10:11:22 PM - Server 1

A-1



# China - India - Middle East Express ( CIMEX )

# IMPORT

CMA CGM (THAILAND) LIMITED,
As Agent of CMA CGM S.A.

14th Floor, Q House Lumpini, 1 South Sathorn Road,
Tungmahamek, Sathorn, Bangkok 10120, Thailand
Tel : (66-2) 352 3200    Fax : (66-2) 343 8801
Website : www.cma-cgm.com

| MOTHER VESSEL | VOYAGE NO. | ETD NHAVA SHEVA | ETD JEBEL ALI | ETD KHOR AL FAKKAN | ETD BANDAR ABBAS | ETA PORT KLANG | FEEDER | VOYAGE NO. | ETD PORT KLANG | ETA LAEM CHABANG |
|---|---|---|---|---|---|---|---|---|---|---|
| CMA CGM KALAMATA | GE148E | 5 Jan 08 | 8 Jan 08 | 9 Jan 08 | 10 Jan 08 | 19 Jan 08 | KUO LUNG | GL723N | 21 Jan 08 | 24 Jan 08 |
| INDAMEX CAUVERY | GE150E | 10 Jan 08 | 13 Jan 08 | 14 Jan 08 | 15 Jan 08 | 24 Jan 08 | KUO LUNG | GL724N | 28 Jan 08 | 31 Jan 08 |
| VILLE DE MARS | GE152E | 17 Jan 08 | 20 Jan 08 | 21 Jan 08 | 22 Jan 08 | 31 Jan 08 | KUO LUNG | GL725N | 4 Feb 08 | 7 Feb 08 |
| EAGIADINA | GE154E | 23 Jan 08 | 26 Jan 08 | 27 Jan 08 | 28 Jan 08 | 6 Feb 08 | KUO LUNG | GL726N | 11 Feb 08 | 14 Feb 08 |
| SINOTRANS QINGDAO | GE156E | 2 Feb 08 | 5 Feb 08 | 6 Feb 08 | 7 Feb 08 | 16 Feb 08 | KUO LUNG | GL727N | 18 Feb 08 | 21 Feb 08 |
| CMA CGM KALAMATA | GE158E | 8 Feb 08 | 11 Feb 08 | 12 Feb 08 | 13 Feb 08 | 22 Feb 08 | KUO LUNG | GL728N | 25 Feb 08 | 28 Feb 08 |
| INDAMEX CAUVERY | GE160E | 13 Feb 08 | 16 Feb 08 | 17 Feb 08 | 18 Feb 08 | 27 Feb 08 | KUO LUNG | GL729N | 3 Mar 08 | 6 Mar 08 |
| VILLE DE MARS | GE162E | 21 Feb 08 | 24 Feb 08 | 25 Feb 08 | 26 Feb 08 | 6 Mar 08 | KUO LUNG | GL730N | 10 Mar 08 | 13 Mar 08 |

**Sales & Marketing   : Ext # 3268-3275**
**Email address :  thd.sales@cma-cgm.com**

**Import Documentation &**
**Customer Service**
**Email address :thd.importdoc@cma-cgm.com**





# Pacific Express US East Coast Service (PEX I)

## IMPORT

**CMA CGM (THAILAND) LIMITED.**
**As Agent of CMA CGM S.A.**

14th Floor, Q House Lumpini, 1 South Sathorn Road,
Tungmahamek, Sathorn, Bangkok 10120, Thailand
Tel : (66-2) 352 3200   Fax : (66-2) 343 8801
Website : www.cma-cgm.com

| MOTHER VESSEL | VOYAGE NO. | ETD NEW YORK | ETD SAVANNAH | ETD MIAMI | ETA HONG KONG | FEEDER | VOYAGE NO. | ETD HONG KONG | ETA LAEM CHABANG |
|---|---|---|---|---|---|---|---|---|---|
| XIN CHANG SHA | PX422W | 2 Mar 08 | 5 Mar 08 | 7 Mar 08 | 3 Apr 08 | TBA | TBA | 11 Apr 08 | 16 Apr 08 |
| VILLE DE ORION | PX424W | 9 Mar 08 | 12 Mar 08 | 14 Mar 08 | 10 Apr 08 | TBA | TBA | 18 Apr 08 | 23 Apr 08 |
| VILLE DE TAURUS | PX426W | 16 Mar 08 | 19 Mar 08 | 21 Mar 08 | 17 Apr 08 | TBA | TBA | 25 Apr 08 | 30 Apr 08 |
| CSCL VANCOUVER | PX428W | 26 Mar 08 | 29 Mar 08 | 31 Mar 08 | 27 Apr 08 | TBA | TBA | 2 May 08 | 7 May 08 |
| CMA CGM AMERICA | PX430W | 30 Mar 08 | 2 Apr 08 | 4 Apr 08 | 1 May 08 | TBA | TBA | 9 May 08 | 14 May 08 |
| CSCL SYDNEY | PX432W | 8 Apr 08 | 11 Apr 08 | 13 Apr 08 | 10 May 08 | TBA | TBA | 16 May 08 | 21 May 08 |
| XIN HAI KOU | PX434W | 13 Apr 08 | 16 Apr 08 | 18 Apr 08 | 15 May 08 | TBA | TBA | 23 May 08 | 28 May 08 |
| PX436W | 20-นน.น. | 24 Feb 08 | 27 Feb 08 | 29 Feb 08 | 27 Mar 08 | TBA | TBA | 30 May 08 | 4 Jun 08 |

Sales & Marketing   : Ext # 3268-3275

Email address : thd.sales@cma-cgm.com

Import Documentation & Customer Service

Email address :thd.importdoc@cma-cgm.com

The schedule is subject to change without notice.  Please call customer service for the fastest information.