| | |
|---|---|
| 1 | DAVID J. COOK, ESQ. (State Bar # 060859)<br>ROBERT J. PERKISS, ESQ (State Bar # 62386) |
| 2 | COOK COLLECTION ATTORNEYS<br>A PROFESSIONAL LAW CORPORATION |
| 3 | 165 Fell Street<br>San Francisco, CA 94102 |
| 4 | Mailing Address: P.O. Box 270<br>San Francisco, CA 94104-0270 |
| 5 | Tel.: (415) 989-4730<br>Fax: (415) 989-0491 |
| 6 | File No. 52,759 |
| 7 | Attorneys for Plaintiffs<br>DEBORAH D. PETERSON, Personal Representatives |
| 8 | of the Estate of James C. Knipple (Dec.), et al. |

9           UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11           SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 12 | | |
| 13 | DEBORAH D. PETERSON, Personal<br>Representative of the Estate of James C. | ) CASE NO. 3:08-mc-80030-JSW<br>) |
| 14 | Knipple (Dec.), et al., | )<br>) PROOF OF SERVICE |
| 15 | Plaintiffs, | )<br>) |
| 16 | vs. | )<br>) |
| 17 | ISLAMIC REPUBLIC OF IRAN, et al., | )<br>) |
| 18 | Defendants. | ) |

| | | |
|---|---|---|
| 19 | HIS EXCELLENCY AYATOLLAH SAYED<br>`ALI KHAMENEI | ISLAMIC REPUBLIC OF IRAN<br>acting through its MINISTRY OF DEFENSE |
| 20 | THE OFFICE OF THE SUPREME<br>LEADER | AND SUPPORT FOR ARMED FORCES<br>No. 1 Shahid Kaboli Street |
| 21 | Islamic Republic Street<br>Shahid Keshvar Doust Street | Beginning of Resalat Highway<br>Seyyed Khandan Bridge |
| 22 | Tehran, Islamic Republic of Iran | P.O. Box 16765-1479<br>Tehran, Iran |
| 23 | HIS EXCELLENCY MAHMOUD<br>AHMADINEJAD THE PRESIDENT | Attn: President Mahmoud Ahmadinejad or<br>Responsible Officer or Agent for Service of |
| 24 | Palestine Avenue<br>Azerbaijan Intersection | Process |
| 25 | Tehran, Islamic Republic of Iran | ISLAMIC REPUBLIC OF IRAN<br>Khomeini Avenue |
| 26 | ISLAMIC REPUBLIC OF IRAN<br>Pasadaran Avenue | United Nations Street<br>Teheran, Iran |
| 27 | Golestan Yekom<br>Teheran, Iran | ATTN: President Mahmoud Ahmadinejad or<br>Responsible Officer or Agent for Service of |
| 28 | ATTN: President Mahmoud Ahmadinejad or<br>Responsible Officer or Agent for Service of<br>Process | Process |

PROOF OF SERVICE - CASE NO. 3:08-mc-80030-JSW (BZ)                              1

| | |
|---|---|
| Director, Human Rights Headquarters of Iran<br>HIS EXCELLENCY MOHAMMAD<br>JAVAD LARIJANI<br>c/o Office of the Deputy for International Affairs<br>Ministry of Justice<br>Ministry of Justice Building<br>Panzdah-Khordad (Ark) Square<br>Tehran, Islamic Republic of Iran | NATIONAL IRANIAN OIL REFINING AND DISTRIBUTION COMPANY<br>Opposite of Arak Alley Ostad Nejatollahi Ave.<br>Zip Code 15989<br>P.O. Box 15815/3499<br>Tehran, Iran<br>ATTN: Responsible Officer or Agent for Service of Process |
| Minister of Intelligence<br>GHOLAM HOSSEIN MOHSENI EJEIE<br>MINISTRY OF INTELLIGENCE<br>Second Negarestan Street<br>Pasdaran Avenue<br>Tehran, Islamic Republic of Iran | MINISTRY OF PETROLEUM OF THE ISLAMIC REPUBLIC OF IRAN<br>HAFEZ CROSSING<br>Taleghani Avenue<br>Tehran, Iran<br>ATTN: Responsible Officer or Agent for Service of Process |
| Head of the Judiciary<br>AYATOLLAH MAHMOUD HASHEMI SHAHROUDI<br>Howzeh Riyasat-e Qoveh Qazaiyeh<br>Office of the Head of the Judiciary<br>Pasteur Street, Vali Asr Avenue<br>South of Serah-e Jomhouri<br>Tehran 1316814737<br>Islamic Republic of Iran | NATIONAL IRANIAN OIL PRODUCTS DISTRIBUTION COMPANY<br>Bahar St, Somaya Corner<br>Tehran 15617/ 33315<br>P.O .Box 6165<br>Tehran<br>ATTN: Responsible Officer or Agent for Service of Process |
| MINISTRY OF ROADS AND TRANSPORTATION<br>Attn: MOHAMMED RAHMATI<br>MINISTER OF ROAD AND TRANSPORTATION<br>Taleghani Avenue<br>Tehran, Iran | NATIONAL IRANIAN OIL COMPANY<br>Hafez Crossing<br>Taleghani Avenue<br>Tehran, Iran<br>ATTN: Responsible Officer or Agent for Service of Process |
| ALI TAHERI<br>DEPUTY MINISTER AND MANAGING DIRECTOR<br>PORT & SHIPPING ORGANIZATION OF THE ISLAMIC REPUBLIC OF IRAN<br>Building No. 2<br>South Didar Street<br>Shahid Hagnai Expressway,Vanak Square<br>Tehran, Iran | CMA CGM S.A.<br>Attn: President, General Manager, Agent for Service of Process-Legal Matters<br>14th Floor Q House Lumpini<br>1 South Sathorn Road<br>Tungmahamek Sathorn<br>Bangkok 101 Thailand<br><br>CMA CGM The French Line<br>Attn: President, General Manager, Agent for Service of Process-Legal Matters<br>CMA CGM Marseille Head Office<br>4, quai d'Arenc 13235 Marseille cedex 02 France |

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

PROOF OF SERVICE - CASE NO. 3:08-mc-80030-JSW (BZ)   2

1  NOTICE OF MOTION AND MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
2  [HARBOR AND BUNKERED FUEL RIGHTS - CMA CGM S.A. & CMA CGM The French Line]

3
4  MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
5  [HARBOR AND BUNKERED FUEL RIGHTS - CMA CGM S.A. & CMA CGM The French Line]

6  MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. §
7  708.510(a) AND F.R.C.P. 69(a)
   [HARBOR AND BUNKERED FUEL RIGHTS - CMA CGM S.A. & CMA CGM The
8  French Line]

9  DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. §
10  708.510(a) AND F.R.C.P. 69(a)
    [HARBOR AND BUNKERED FUEL RIGHTS - CMA CGM S.A. & CMA CGM The
11  French Line]

12  on the above-named person(s) by:

13  __XXX__  (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the
14  person(s) served above.

15       I declare under penalty of perjury that the foregoing is true and correct.

16       Executed on July 16, 2008.

17
                                    /s/ David J. Cook
18                                  DAVID J. COOK, ESQ. (SB# 060859)

19

20

21

22                    .

23

24

25

26

27

28

PROOF OF SERVICE - CASE NO. 3:08-mc-80030-JSW (BZ)                                          3