1  DAVID J. COOK, ESQ. (State Bar # 060859)
   ROBERT J. PERKISS, ESQ. (State Bar # 62386)
2  COOK COLLECTION ATTORNEYS
   A PROFESSIONAL LAW CORPORATION
3  165 Fell Street
   San Francisco, CA 94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA 94104-0270
5  Tel: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,759

7  Attorneys for Plaintiffs
   DEBORAH D. PETERSON, Personal Representatives
8  of the Estate of James C. Knipple (Dec.), et al.

9                UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12 DEBORAH D. PETERSON, Personal      )   CASE NO. 3:08-mc-80030-JSW (BZ)
   Representative of the Estate of James C. )
13 Knipple (Dec.), et al.,            )   NOTICE OF MOTION AND MOTION FOR
                                      )   AN ORDER COMPELLING ASSIGNMENT
14           Plaintiffs,              )   OF RIGHTS PURSUANT TO C.C.P. §
                                      )   708.510(a) AND F.R.C.P. 69(a)
15 vs.                                )   [HARBOR AND BUNKERED FUEL
                                      )   RIGHTS - CMA CGM S.A. & CMA CGM
16 ISLAMIC REPUBLIC OF IRAN, et al.,  )   The French Line]
                                      )
17           Defendants.              )   Date: September 3, 2008
                                      )   Time: 10:00 a.m.
18                                        Courtroom: G, 15th Floor
                                          Magistrate Judge: Bernard Zimmerman
19
         TO THE ISLAMIC REPUBLIC OF IRAN, AND TO ITS ATTORNEYS OF RECORD,
20
   AND CMA CGM S.A. & CMA CGM The French Line (hereinafter "Shipping Line"), AND
21
   ITS ATTORNEYS, IF ANY:
22
         PLEASE TAKE NOTICE that on the 3rd day of September, 2008 at the hour of 10:00 a.m.,
23
   or as soon thereafter as the matter can be heard in Courtroom G before the Honorable Bernard
24
   Zimmerman, Magistrate Judge of the United States District Court, Northern District of California,
25
   at the courthouse located at 450 Golden Gate Avenue, San Francisco, CA 94102, Plaintiffs
26
   DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et
27
   al. ("Plaintiffs") will and do hereby move this court for an order or relief, as follows:
28

1.     1. For an order compelling THE ISLAMIC REPUBLIC OF IRAN (hereinafter "Iran") to assign to Plaintiffs all rights to payment of money, and accounts, accounts receivable, due and payable, or in the future, or conditional upon some future events, from and owing by the Shipping Line herein, arising out of the use of any harbor, docking, wharf, drayage, loading or unloading facilities, and other facilities provided by any dock, harbor, pier, warehouse, wharf, or other harbor-like facilities, along with and including the sale of bunkered oil and/or fuel provided, sold, delivered, or vended to the Shipping Line by Iran,[1] hereinafter collectively "Harbor and Bunkered Fuel Rights."

    The basis of this motion is that the Shipping Line described herein frequents the docks, harbors, piers, and/or wharfs of Iran, and may purchase from time to time bunkered oil or fuel from Iran, and therefore may owe from time to time various sums of money due Iran.

    Plaintiffs seek an order compelling Iran to assign all of these rights due, or which become due, or are conditional, to and in favor of Plaintiffs for purposes of satisfaction of the judgment, either in part or in whole.

    This motion is based upon this Notice, the attached Motion, Memorandum of Points and Authorities, the Declaration of David J. Cook, Esq., upon all pleadings, papers and other matters on file herein, all matters which this court may take judicial notice hereof, which include but are not limited to, all papers, pleadings and other matters on file herein in that certain action known as *DEBORAH D. PETERSON, Personal Representatives of the Estate of James C. Knipple (Dec.), et al., vs. ISLAMIC REPUBLIC OF IRAN, et al.*, United States District Court for the District of Columbia, Consolidated Civil Actions: 01-2094 (RCL) and 01-2684 (RCL), all other matters which the court may take judicial notice thereof, and upon all oral evidence and argument which may be presented at the hearing hereof.

DATED: July 16, 2008        COOK COLLECTION ATTORNEYS

By:   /s/ David J. Cook
DAVID J. COOK, ESQ. (SB# 060859)
Attorneys for Plaintiffs
DEBORAH D. PETERSON, etc.

---

[1] Iran includes all agencies and instrumentalities.

NOTICE OF MOTION AND MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) [HARBOR AND BUNKERED FUEL RIGHTS - CMA CGM S.A. & CMA CGM The French Line] - CASE NO. 3:08-mc-80030-JSW (BZ)      2