DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel.: (415) 989-4730
Fax: (415) 989-0491
File No. 52,759

Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
of the Estate of James C. Knipple (Dec.), et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants. | CASE NO. 3:08-mc-80030-JSW <br><br> DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) <br><br> [HARBOR AND BUNKERED FUEL RIGHTS - CSAV/ EUROATLANTIC CONTAINER LINE] <br><br> Date:  September 3, 2008 <br> Time:  10:00 a.m. <br> Courtroom: G, 15th Floor <br> Magistrate Judge: Bernard Zimmerman |

I, DAVID J. COOK, hereby declare and state as follows:

1. I am one of the attorneys of record for Plaintiffs in the above-entitled action, am duly authorized to practice before all courts in the State of California, and am familiar with the facts and circumstances in this action.

2. The shipping schedule of CSAV/ EUROATLANTIC CONTAINER LINE shows that the Shipping Line frequents Iranian ports, harbors and other facilities. The Shipping Line's schedule is set forth by way of its website which shows its traffic, a true and correct copy of the download which is attached hereto marked *Exhibit "A."* The schedule demonstrates that the

Shipping Line services Iranian ports, and also American ports, thereby creating inferences, as follows: 1) the Shipping Line is generally subject to the jurisdiction of the U.S. in both import and export of products; 2) the Shipping Line is generally doing business with Iranian port facilities in both imported and exported products.

3. As Plaintiffs have confirmed that the Shipping Line frequents Iranian harbors, ports, wharfs, docks, and other harbor-like facilities. Plaintiffs likewise have determined that Iran has a whole list of Tariffs which Iran charges oceangoing freighters, carriers, tankers, and the like, a true and correct copy of the MANUAL OF Tariffs applicable to vessels and cargo in Ports of the Islamic Republic of Iran which is attached hereto marked *Exhibit "B."* These tariffs clearly show the charges imposed by Iran upon oceangoing carriers, such as the Shipping Lines as described herein. Plaintiffs have also ascertained from a press release undertaken by the ports and shipping organization of the Department of Transportation of Iran, that Iran sells bunkered oil.

4. A true and correct copy of the press release entitled "PSO news, In the name of God Supplement to Port & Sea Magazine Nos 2/Sep-Oct, 2007 is attached hereto marked *Exhibit "C."*

5. The Ministry of Roads and Transportation generally oversees the PORTS & SHIPPING ORGANIZATION ("P.S.O.") of Iran who manage the docks, harbors and related facilities pursuant to the printout from the website entitled IR IRAN's Ports & Shipping Organization, a true and correct copy of which is attached hereto marked *Exhibit "D."*

6. Iran charges these Shipping Lines an entire array of charges for the privilege of utilizing Iranian docks, harbors, terminals and other maritime facilities, all hereinafter collectively "DOCK FEES." This label is illustrative as seen by, e.g., the entire range of charges imposed by Iran through its Manual of Tariffs Applicable to Vessels and Cargo in the Ports of the Islamic Republic of Iran, a true and correct copy of which is attached hereto marked *Exhibit "B."*

7. The National Iranian Oil Products Distribution Company is a subsidiary of the National Iranian Oil Refining and Distributing Co., which is part of the Ministry of Petroleum of the Islamic Republic of Iran per the attached download, a true and correct copy which is attached hereto marked *Exhibit "E."*

8. Declarant personally read, reviewed and downloaded all of the above-listed exhibits, and personally obtained these documents by examining the website maintained by the Ports & Shipping Organization website of The Islamic Republic of Iran. Furthermore, Declarant over the last six months has become familiar with, if not immersed, in generally the economy of Iran and its large-scale business and in which Iran maintains a series of websites, providing for a vast amount of information. These Tariffs clearly show the charges imposed by Iran upon oceangoing carriers, such as the Shipping Lines as described herein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 16, 2008.

                                                         /s/ David J. Cook
                                        DAVID J. COOK, ESQ. (SB# 060859)

F:\USERS\DJCNEW\petersonsf.assigncsav

**EXHIBIT "A"**



Schedules — http://www.csav.cl/csav/porttoport.nsf/frmFilter?OpenForm&Seq=1...

## Schedule Query

Jebel Ali- United Arab Emirates to Bandar Abbas- Iran
07/JUL/2008  8 Weeks

| Departure Date | Arrival Date | Vessel | Voyage | Transit Time* |
|---|---|---|---|---|
| 07/JUL/2008 | 10/JUL/2008 | SAN AURELIO | 00139 | 3 |
| 07/JUL/2008 | 10/JUL/2008 | SAN AURELIO | 00140 | 3 |
| 15/JUL/2008 | 17/JUL/2008 | O.M. AGARUM | 00141 | 2 |
| 15/JUL/2008 | 17/JUL/2008 | O.M. AGARUM | 00142 | 2 |
| 22/JUL/2008 | 25/JUL/2008 | CMA CGM PARANA | 00143 | 3 |
| 22/JUL/2008 | 25/JUL/2008 | CMA CGM PARANA | 00144 | 3 |
| 03/AUG/2008 | 05/AUG/2008 | CSAV ROTTERDAM | 00145 | 2 |
| 03/AUG/2008 | 05/AUG/2008 | CSAV ROTTERDAM | 00146 | 2 |
| 06/AUG/2008 | 08/AUG/2008 | CMA CGM L'ETOILE | 00147 | 2 |
| 06/AUG/2008 | 08/AUG/2008 | CMA CGM L'ETOILE | 00148 | 2 |
| 18/AUG/2008 | 20/AUG/2008 | CMA CGM TOGO | 00151 | 2 |
| 18/AUG/2008 | 20/AUG/2008 | CMA CGM TOGO | 00152 | 2 |
| 26/AUG/2008 | 28/AUG/2008 | SAN ALESSIO | 00153 | 2 |
| 26/AUG/2008 | 28/AUG/2008 | SAN ALESSIO | 00154 | 2 |

Issued: 07/JUL/2008 16:01      *Estimated Times (Days)

If you fail to find required information or you would like assistance with inland moves please contact us

Copyright © 2007, CSAV - Terms & Conditions of Use      Contact Us | Site Map

EXHIBIT A-1



## Schedule Query

San Antonio- Chile to Long Beach (California)- USA
07/JUL/2008  8 Weeks

| Departure Date | Arrival Date | Vessel | Voyage | Transit Time* |
|---|---|---|---|---|
| 07/JUL/2008 | 20/JUL/2008 | NORASIA POLARIS | 00820 | 13 |
| 12/JUL/2008 | 25/JUL/2008 | CSAV YOKOHAMA | 00821 | 13 |
| 19/JUL/2008 | 27/JUL/2008 | LIBRA CHILE | 00815 | 8 |
| 18/JUL/2008 | 31/JUL/2008 | LIBRA SANTOS | 00822 | 13 |
| 28/JUL/2008 | 03/AUG/2008 | CCNI MAGALLANES | 00816 | 6 |
| 24/JUL/2008 | 06/AUG/2008 | NORASIA ALYA | 00823 | 13 |
| 01/AUG/2008 | 10/AUG/2008 | ELQUI | 00817 | 9 |
| 13/JUL/2008 | 13/AUG/2008 | CAP ORTEGAL | 00066 | 31 |
| 01/AUG/2008 | 14/AUG/2008 | CSAV TOTORAL | 00004 | 13 |
| 19/JUL/2008 | 18/AUG/2008 | LIBRA CHILE | 00822 | 30 |
| 09/AUG/2008 | 22/AUG/2008 | CSAV MEXICO | 00824 | 13 |
| 19/AUG/2008 | 26/AUG/2008 | CSAV SAN ANTONIO | 00818 | 7 |
| 22/JUL/2008 | 26/AUG/2008 | CCNI PUNTA ARENAS | 00829 | 35 |
| 28/JUL/2008 | 28/AUG/2008 | CCNI MAGALLANES | 00823 | 31 |
| 25/AUG/2008 | 30/AUG/2008 | CCNI FORTUNA | 00819 | 5 |
| 18/AUG/2008 | 31/AUG/2008 | CSAV SAO PAULO | 00825 | 13 |
| 01/AUG/2008 | 01/SEP/2008 | ELQUI | 00824 | 31 |
| 28/JUL/2008 | 02/SEP/2008 | CCNI CARTAGENA | 00820 | 36 |
| 03/AUG/2008 | 04/SEP/2008 | CSAV CHICAGO | 00078 | 32 |
| 29/AUG/2008 | 11/SEP/2008 | LIBRA RIO | 00827 | 13 |
| 11/AUG/2008 | 15/SEP/2008 | CAP MELVILLE | 00039 | 35 |
| 19/AUG/2008 | 20/SEP/2008 | CSAV SAN ANTONIO | 00825 | 32 |
| 21/AUG/2008 | 22/SEP/2008 | CAP NELSON | 00067 | 32 |
| 24/AUG/2008 | 25/SEP/2008 | CSAV HAMBURGO | 00086 | 32 |
| 26/AUG/2008 | 25/SEP/2008 | CCNI FORTUNA | 00826 | 30 |
| 01/SEP/2008 | 03/OCT/2008 | CCNI PUNTA ARENAS | 00830 | 32 |

Issued: 07/JUL/2008 16:06                 *Estimated Times (Days)

If you fail to find required information or you would like assistance with inland moves please contact us

Copyright © 2007, CSAV - Terms & Conditions of Use         Contact Us     Site Map

EXHIBIT A-2