1  **DAVID J. COOK, ESQ. (State Bar # 060859)**
   **ROBERT J. PERKISS, ESQ. (State Bar # 62386)**
2  **COOK COLLECTION ATTORNEYS**
   **A PROFESSIONAL LAW CORPORATION**
3  165 Fell Street
   San Francisco, CA  94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA  94104-0270
5  Tel: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52.759

7  Attorneys for Plaintiffs
   DEBORAH D. PETERSON, Personal Representatives
8  of the Estate of James C. Knipple (Dec.), et al.

9             UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12
   DEBORAH D. PETERSON, Personal          )    CASE NO. 3:08-mc-80030-JSW
13 Representative of the Estate of James C. )
   Knipple (Dec.), et al.,                 )    MOTION FOR AN ORDER COMPELLING
14                                          )    ASSIGNMENT OF RIGHTS PURSUANT TO
                  Plaintiffs,               )    C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
15                                          )
   vs.                                      )    **[HARBOR AND BUNKERED FUEL**
16                                          )    **RIGHTS - EMIRATES SHIPPING LINES]**
   ISLAMIC REPUBLIC OF IRAN, et al.,        )
17                                          )    Date:  September 3, 2008
                  Defendants.               )    Time: 10:00 a.m.
18 _____ )    Courtroom: G, 15th Floor
                                                 Magistrate Judge: Bernard Zimmerman
19
20      Plaintiffs DEBORAH D. PETERSON, Personal Representative of the Estate of James C.

21 Knipple (Dec.), et al. ("Plaintiffs") will and do hereby move this court for an order or relief, as

   follows:
22
23      1. For an order compelling THE ISLAMIC REPUBLIC OF IRAN (hereinafter "Iran") to

24 assign to Plaintiffs all rights to payment of money, and accounts, accounts receivable, due and

   payable, or in the future, or conditional upon some future events, from and owing by the Shipping
25
   Line herein, arising out of the use of any harbor, docking, wharf, drayage, loading or unloading
26
   facilities, and other facilities provided by any dock, harbor, pier, warehouse, wharf, or other
27
   harbor-like facilities, along with and including the sale of bunkered oil and/or fuel provided, sold,
28

1   delivered, or vended to **EMIRATES SHIPPING LINES** (hereinafter "Shipping Line") by Iran,[2]

2   hereinafter collectively "Harbor and Bunkered Fuel Rights."

3       The basis of this motion is that the Shipping Line described herein frequents the docks,

4   harbors. piers. and/or wharfs of Iran. and may purchase from time to time bunkered oil or fuel

5   from Iran. and therefore may owe from time to time various sums of money due Iran.

6       Plaintiffs seek an order compelling Iran to assign all of these rights due, or which become

7   due. or are conditional, to and in favor of Plaintiffs for purposes of satisfaction of the judgment,

8   either in part or in whole.

9       This motion is based upon this Motion, the Notice, the Memorandum of Points and

10  Authorities. the Declaration of David J. Cook, Esq., upon all pleadings, papers and other matters

11  on file herein, all matters which this court may take judicial notice hereof, which include but are

12  not limited to. all papers, pleadings and other matters on file herein in that certain action known as

13  *DEBORAH D. PETERSON, Personal Representatives of the Estate of James C. Knipple (Dec.), et*

14  *al., vs. ISLAMIC REPUBLIC OF IRAN, et al.*, United States District Court for the District of

15  Columbia, Consolidated Civil Actions: 01-2094 (RCL) and 01-2684 (RCL), all other matters

16  which the court may take judicial notice thereof, and upon all oral evidence and argument which

17  may be presented at the hearing hereof.

18  DATED:  July 16, 2008                    COOK COLLECTION ATTORNEYS

19                                          By: ___/s/ David J. Cook_____
                                            DAVID J. COOK, ESQ. (SB# 060859)
20                                          Attorneys for Plaintiffs
                                            DEBORAH D. PETERSON, Personal
21                                          Representatives of the Estate of James C. Knipple
                                            (Dec.), et al.
22

23  F:\USERS\DJCNEW\petersonsf.assignemirates

24

25

26

27

28
    _____
    [2] Iran includes all agencies and instrumentalities.

    MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
    [HARBOR AND BUNKERED FUEL RIGHTS - EMIRATES SHIPPING LINES]
    CASE NO. 3:08-mc-80030-JSW                                                    2