1  DAVID J. COOK, ESQ. (State Bar # 060859)
   ROBERT J. PERKISS, ESQ (State Bar # 62386)
2  COOK COLLECTION ATTORNEYS
   A PROFESSIONAL LAW CORPORATION
3  165 Fell Street
   San Francisco, CA 94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA 94104-0270
5  Tel.: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,759

7  Attorneys for Plaintiffs
   DEBORAH D. PETERSON, Personal Representatives
8  of the Estate of James C. Knipple (Dec.), et al.

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

13 DEBORAH D. PETERSON, Personal        )   CASE NO. 3:08-mc-80030-JSW
   Representative of the Estate of James C. )
14 Knipple (Dec.), et al.,               )   DECLARATION OF DAVID J. COOK, ESQ.
                                         )   IN SUPPORT OF MOTION FOR
15              Plaintiffs,              )   ASSIGNMENT OF RIGHTS PURSUANT TO
                                         )   C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
16 vs.                                   )
                                         )   [HARBOR AND BUNKERED FUEL
17 ISLAMIC REPUBLIC OF IRAN, et al.,     )   RIGHTS - EMIRATES SHIPPING LINES]
                                         )
18              Defendants.              )   Date: September 3, 2008
   _____)   Time: 10:00 a.m.
                                             Courtroom: G, 15th Floor
19                                           Magistrate Judge: Bernard Zimmerman

20      I, DAVID J. COOK, hereby declare and state as follows:

21      1. I am one of the attorneys of record for Plaintiffs in the above-entitled action, am duly

22 authorized to practice before all courts in the State of California, and am familiar with the facts

23 and circumstances in this action.

24      2. The shipping schedule of **EMIRATES SHIPPING LINES** shows that the Shipping

25 Line frequents Iranian ports, harbors and other facilities. The Shipping Line's schedule is set forth

26 by way of its website which shows its traffic, a true and correct copy of the download which is

27 attached hereto marked *Exhibit "A."* The schedule demonstrates that the Shipping Line services

28 Iranian ports, and also American ports, thereby creating inferences, as follows: 1) the Shipping

DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION FOR ASSIGNMENT OF RIGHTS
PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) [HARBOR AND BUNKERED FUEL RIGHTS -
EMIRATES SHIPPING LINES] - CASE NO. 3:08-mc-80030-JSW                                              1

Line is generally subject to the jurisdiction of the U.S. in both import and export of products; 2) the Shipping Line is generally doing business with Iranian port facilities in both imported and exported products.

3. As Plaintiffs have confirmed that the Shipping Line frequents Iranian harbors, ports, wharfs, docks, and other harbor-like facilities. Plaintiffs likewise have determined that Iran has a whole list of Tariffs which Iran charges oceangoing freighters, carriers, tankers, and the like, a true and correct copy of the MANUAL OF Tariffs applicable to vessels and cargo in Ports of the Islamic Republic of Iran which is attached hereto marked *Exhibit "B."* These tariffs clearly show the charges imposed by Iran upon oceangoing carriers, such as the Shipping Lines as described herein. Plaintiffs have also ascertained from a press release undertaken by the ports and shipping organization of the Department of Transportation of Iran, that Iran sells bunkered oil.

4. A true and correct copy of the press release entitled "PSO news, In the name of God Supplement to Port & Sea Magazine Nos 2/Sep-Oct, 2007 is attached hereto marked *Exhibit "C."*

5. The Ministry of Roads and Transportation generally oversees the PORTS & SHIPPING ORGANIZATION ("P.S.O.") of Iran who manage the docks, harbors and related facilities pursuant to the printout from the website entitled IR IRAN's Ports & Shipping Organization, a true and correct copy of which is attached hereto marked *Exhibit "D."*

6. Iran charges these Shipping Lines an entire array of charges for the privilege of utilizing Iranian docks, harbors, terminals and other maritime facilities, all hereinafter collectively "DOCK FEES." This label is illustrative as seen by, e.g., the entire range of charges imposed by Iran through its Manual of Tariffs Applicable to Vessels and Cargo in the Ports of the Islamic Republic of Iran, a true and correct copy of which is attached hereto marked *Exhibit "B."*

7. The National Iranian Oil Products Distribution Company is a subsidiary of the National Iranian Oil Refining and Distributing Co., which is part of the Ministry of Petroleum of the Islamic Republic of Iran per the attached download, a true and correct copy which is attached hereto marked *Exhibit "E."*

8. Declarant personally read, reviewed and downloaded all of the above-listed exhibits, and personally obtained these documents by examining the website maintained by the Ports &

Shipping Organization website of The Islamic Republic of Iran. Furthermore, Declarant over the last six months has become familiar with, if not immersed, in generally the economy of Iran and its large-scale business and in which Iran maintains a series of websites, providing for a vast amount of information. These Tariffs clearly show the charges imposed by Iran upon oceangoing carriers, such as the Shipping Lines as described herein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 16, 2008.

                          /s/ David J. Cook
                        DAVID J. COOK, ESQ. (SB# 060859)

F:\USERS\DJCNEW\petersonsf.assignemirates

DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) [HARBOR AND BUNKERED FUEL RIGHTS - EMIRATES SHIPPING LINES] - CASE NO. 3:08-mc-80030-JSW

3

**EXHIBIT "A"**



## HGLX II - Hyper Galex II



**Port Rotation**
Shanghai / Xingang / Qingdao / Shenzhen / Hong Kong / Singapore / Port Klang / Colombo / Dubai (Jebel Ali) / Bandar Abbas / Mundra / Port Kelang / Singapore / Hong Kong / Shanghai / Xingang

Emirates operates the Hyper Galex II service, a leading scheduled service connecting strategic ports in China, the Indian Subcontinent to the Middle East.

HGLX II offers a direct and efficient service with one of the best transit times between Northern China and Dubai, meeting the growing shipping demand of the expanding trade lanes and key markets in the region.

### WESTBOUND

|  | Qingdao | Shenzhen | Hong Kong | Singapore | Port Klang | Colombo | Dubai (Jebel Ali) | Bandar Abbas | Mundra | Pipavav | Mumbai (Nhava Sheva) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Tianjin (Xingang) | 1 | 4 | 5 | 9 | 10 | 13 | 18 | 20 | 23 | 25 | 26 |
| Qingdao |  | 2 | 3 | 7 | 8 | 11 | 16 | 18 | 21 | 23 | 24 |
| Shenzhen |  |  | 1 | 3 | 5 | 8 | 13 | 15 | 18 | 20 | 21 |
| Hong Kong |  |  |  | 3 | 4 | 8 | 13 | 14 | 17 | 19 | 20 |
| Singapore |  |  |  |  | 1 | 4 | 9 | 10 | 13 | 15 | 16 |
| Port Klang |  |  |  |  |  | 3 | 8 | 9 | 12 | 14 | 15 |
| Colombo |  |  |  |  |  |  | 4 | 5 | 9 | 10 | 11 |
| Dubai (Jebel Ali) |  |  |  |  |  |  |  | 1 | 3 | 5 | 6 |
| Bandar Abbas |  |  |  |  |  |  |  |  | 2 | 3 | 4 |
| Mundra |  |  |  |  |  |  |  |  |  | 1 | 2 |

### EASTBOUND

|  | Bandar Abbas | Mundra | Pipavav | Nhava Sheva | Colombo | Port Klang | Singapore | Hong Kong | Tianjin (Xingang) | Qingdao | Shenzhen (Da Chan Bay) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Dubai (Jebel Ali) | 1 | 3 | 5 | 6 | 9 | 12 | 14 | 17 | 21 | 23 | 26 |
| Bandar Abbas |  | 2 | 3 | 4 | 7 | 11 | 12 | 16 | 19 | 21 | 25 |
| Mundra |  |  | 1 | 2 | 4 | 8 | 9 | 13 | 17 | 18 | 22 |
| Pipavav |  |  |  | 1 | 3 | 7 | 8 | 12 | 15 | 17 | 21 |
| Nhava Sheva |  |  |  |  | 2 | 6 | 7 | 10 | 14 | 16 | 19 |
| Colombo |  |  |  |  |  | 3 | 4 | 8 | 11 | 13 | 17 |
| Port Klang |  |  |  |  |  |  | 1 | 4 | 8 | 9 | 12 |
| Singapore |  |  |  |  |  |  |  | 3 | 7 | 8 | 12 |
| Hong Kong |  |  |  |  |  |  |  |  | 3 | 5 | 8 |

© 2008 Emirates Shipping Line FZE

EXHIBIT A-1



## AUX - Asia US Express



**Port Rotation**
Qingdao / Shanghai / Ningbo / Colon / Kingston / New York / Savannah / Port Everglades / Colon / Qingdao

Emirates Shipping Line 's AUX service provides a scheduled service connecting major ports in China with the United States East Coast.

### EASTBOUND

|  | Shanghai | Ningbo | Colon (E) | Kingston (E) | New York | Savannah | Port Everglades |
|---|---|---|---|---|---|---|---|
| Qingdao | 1 | 2 | 20 | 22 | 26 | 29 | 31 |
| Shanghai |  | 1 | 19 | 21 | 25 | 28 | 30 |
| Ningbo |  |  | 18 | 20 | 24 | 27 | 29 |
| Colon (E) |  |  |  | 2 | 6 | 9 | 11 |
| Kingston (E) |  |  |  |  | 4 | 7 | 9 |
| New York |  |  |  |  |  | 3 | 5 |
| Savannah |  |  |  |  |  |  | 2 |
| Port Everglades |  |  |  |  |  |  |  |

### WESTBOUND

|  | Savannah | Port Everglades | Colon (W) | Qingdao | Shanghai | Ningbo |
|---|---|---|---|---|---|---|
| New York | 2 | 4 | 7 | 27 | 30 | 31 |
| Savannah |  | 2 | 5 | 25 | 28 | 29 |
| Port Everglades |  |  | 3 | 23 | 26 | 27 |
| Colon (W) |  |  |  | 20 | 22 | 23 |

© 2008 Emirates Shipping Line FZE

EXHIBIT A-2