1    **DAVID J. COOK, ESQ. (State Bar # 060859)**
     **ROBERT J. PERKISS, ESQ (State Bar # 62386)**
2    **COOK COLLECTION ATTORNEYS**
     **A PROFESSIONAL LAW CORPORATION**
3    165 Fell Street
     San Francisco, CA  94102
4    Mailing Address: P.O. Box 270
     San Francisco, CA  94104-0270
5    Tel.: (415) 989-4730
     Fax: (415) 989-0491
6    File No. 52,759

7    Attorneys for Plaintiffs
     DEBORAH D. PETERSON, Personal Representatives
8    of the Estate of James C. Knipple (Dec.), et al.

9                UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12

13    DEBORAH D. PETERSON, Personal )     CASE NO. 3:08-mc-80030-JSW
     Representative of the Estate of James C. )
     Knipple (Dec.), et al., )
14                           )      PROOF OF SERVICE
            Plaintiffs, )
15                           )
     vs. )
16                           )
     ISLAMIC REPUBLIC OF IRAN, et al., )
17                           )
          Defendants. )
18    _____ )

19    HIS EXCELLENCY AYATOLLAH SAYED      ISLAMIC REPUBLIC OF IRAN
     'ALI KHAMENEI      acting through its MINISTRY OF DEFENSE
20    THE OFFICE OF THE SUPREME      AND SUPPORT FOR ARMED FORCES
     LEADER      No. 1 Shahid Kaboli Street
21    Islamic Republic Street      Beginning of Resalat Highway
     Shahid Keshvar Doust Street      Seyyed Khandan Bridge
22    Tehran, Islamic Republic of Iran      P.O. Box 16765-1479
                                      Tehran, Iran
23    HIS EXCELLENCY MAHMOUD      Attn: President Mahmoud Ahmadinejad or
     AHMADINEJAD THE PRESIDENT      Responsible Officer or Agent for Service of
24    Palestine Avenue      Process
     Azerbaijan Intersection
25    Tehran, Islamic Republic of Iran      ISLAMIC REPUBLIC OF IRAN
                                      Khomeini Avenue
26    ISLAMIC REPUBLIC OF IRAN      United Nations Street
     Pasadaran Avenue      Teheran, Iran
27    Golestan Yekom      ATTN: President Mahmoud Ahmadinejad or
     Teheran, Iran      Responsible Officer or Agent for Service of
28    ATTN: President Mahmoud Ahmadinejad or      Process
     Responsible Officer or Agent for Service of
     Process

Director, Human Rights Headquarters of Iran
HIS EXCELLENCY MOHAMMAD
JAVAD LARIJANI
c/o Office of the Deputy for International
Affairs
Ministry of Justice
Ministry of Justice Building
Panzdah-Khordad (Ark) Square
Tehran, Islamic Republic of Iran

Minister of Intelligence
GHOLAM HOSSEIN MOHSENI EJEIE
MINISTRY OF INTELLIGENCE
Second Negarestan Street
Pasdaran Avenue
Tehran, Islamic Republic of Iran

Head of the Judiciary
AYATOLLAH MAHMOUD HASHEMI
SHAHROUDI
Howzeh Riyasat-e Qoveh Qazaiyeh
Office of the Head of the Judiciary
Pasteur Street, Vali Asr Avenue
South of Serah-e Jomhouri
Tehran 1316814737
Islamic Republic of Iran

MINISTRY OF ROADS AND
TRANSPORTATION
Attn: MOHAMMED RAHMATI
MINISTER OF ROAD AND
TRANSPORTATION
Taleghani Avenue
Tehran, Iran

ALI TAHERI
DEPUTY MINISTER AND MANAGING
DIRECTOR
PORT & SHIPPING ORGANIZATION OF
THE ISLAMIC REPUBLIC OF IRAN
Building No. 2
South Didar Street
Shahid Hagnai Expressway.Vanak Square
Tehran. Iran

NATIONAL IRANIAN OIL REFINING
AND DISTRIBUTION COMPANY
Opposite of Arak Alley Ostad Nejatollahi
Ave.
Zip Code 15989
P.O. Box 15815/3499
Tehran, Iran
ATTN: Responsible Officer or Agent for
Service of Process

MINISTRY OF PETROLEUM OF THE
ISLAMIC REPUBLIC OF IRAN
HAFEZ CROSSING
Taleghani Avenue
Tehran, Iran
ATTN: Responsible Officer or Agent for
Service of Process

NATIONAL IRANIAN OIL PRODUCTS
DISTRIBUTION COMPANY
Bahar St, Somaya Corner
Tehran 15617/ 33315
P.O .Box 6165
Tehran
ATTN: Responsible Officer or Agent for
Service of Process

NATIONAL IRANIAN OIL COMPANY
Hafez Crossing
Taleghani Avenue
Tehran, Iran
ATTN: Responsible Officer or Agent for
Service of Process

**EMIRATES SHIPPING LINES**
**Attn: PRESIDENT, GENERAL**
**MANAGER, AGENT FOR SERVICE OF**
**PROCESS-LEGAL MATTERS**
**Vikas Mohammed Khan, Chairman and**
**CEO of Emirates Shipping Line**
**Emirates Shipping Line FZE**
**AlMoosa Tower 2, 10th Floor, Office 1004**
**Sheikh Zayed Road, Dubai**
**United Arab Emirates**

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco. CA 94102. On the date set forth below, I served the attached:

NOTICE OF MOTION AND MOTION FOR AN ORDER COMPELLING
ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
**[HARBOR AND BUNKERED FUEL RIGHTS - EMIRATES SHIPPING LINES]**

1  MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT
   TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
2  [HARBOR AND BUNKERED FUEL RIGHTS - EMIRATES SHIPPING LINES]

3  MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR
   AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. §
4  708.510(a) AND F.R.C.P. 69(a)
   [HARBOR AND BUNKERED FUEL RIGHTS - EMIRATES SHIPPING LINES]

5
   DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION FOR AN
6  ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. §
   708.510(a) AND F.R.C.P. 69(a)
7  [HARBOR AND BUNKERED FUEL RIGHTS - EMIRATES SHIPPING LINES]

8  on the above-named person(s) by:

9  __XXX__  (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage
   thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the
10 person(s) served above.

11     I declare under penalty of perjury that the foregoing is true and correct.

12     Executed on July 16, 2008.

13
                              ___/s/ David J. Cook_____
14                            DAVID J. COOK, ESQ. (SB# 060859)

15

16

17

18

19

20

21

22

23

24

25

26

27

28