DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel.: (415) 989-4730
Fax: (415) 989-0491
File No. 52,759

Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
of the Estate of James C. Knipple (Dec.), et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants. | CASE NO. 3:08-mc-80030-JSW <br><br> DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) <br><br> [HARBOR AND BUNKERED FUEL RIGHTS - EVERGREEN LINE] <br><br> Date: September 3, 2008 <br> Time: 10:00 a.m. <br> Courtroom: G, 15th Floor <br> Magistrate Judge: Bernard Zimmerman |

I, DAVID J. COOK, hereby declare and state as follows:

1. I am one of the attorneys of record for Plaintiffs in the above-entitled action, am duly authorized to practice before all courts in the State of California, and am familiar with the facts and circumstances in this action.

2. The shipping schedule of **EVERGREEN LINE** shows that the Shipping Line frequents Iranian ports, harbors and other facilities. The Shipping Line's schedule is set forth by way of its website which shows its traffic, a true and correct copy of the download which is attached hereto marked *Exhibit "A."* The schedule demonstrates that the Shipping Line services Iranian ports, and also American ports, thereby creating inferences, as follows: 1) the Shipping Line is generally

DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) [HARBOR AND BUNKERED FUEL RIGHTS-EVERGREEN LINE] - CASE NO. 3:08-mc-80030-JSW

1

subject to the jurisdiction of the U.S. in both import and export of products; 2) the Shipping Line is generally doing business with Iranian port facilities in both imported and exported products.

3. As Plaintiffs have confirmed that the Shipping Line frequents Iranian harbors, ports, wharfs, docks, and other harbor-like facilities. Plaintiffs likewise have determined that Iran has a whole list of Tariffs which Iran charges oceangoing freighters, carriers, tankers, and the like, a true and correct copy of the MANUAL OF Tariffs applicable to vessels and cargo in Ports of the Islamic Republic of Iran which is attached hereto marked *Exhibit "B."* These tariffs clearly show the charges imposed by Iran upon oceangoing carriers, such as the Shipping Lines as described herein. Plaintiffs have also ascertained from a press release undertaken by the ports and shipping organization of the Department of Transportation of Iran, that Iran sells bunkered oil.

4. A true and correct copy of the press release entitled "PSO news, In the name of God Supplement to Port & Sea Magazine Nos 2/Sep-Oct, 2007 is attached hereto marked *Exhibit "C."*

5. The Ministry of Roads and Transportation generally oversees the PORTS & SHIPPING ORGANIZATION ("P.S.O.") of Iran who manage the docks, harbors and related facilities pursuant to the printout from the website entitled IR IRAN's Ports & Shipping Organization, a true and correct copy of which is attached hereto marked *Exhibit "D."*

6. Iran charges these Shipping Lines an entire array of charges for the privilege of utilizing Iranian docks, harbors, terminals and other maritime facilities, all hereinafter collectively "DOCK FEES." This label is illustrative as seen by, e.g., the entire range of charges imposed by Iran through its Manual of Tariffs Applicable to Vessels and Cargo in the Ports of the Islamic Republic of Iran, a true and correct copy of which is attached hereto marked *Exhibit "B."*

7. The National Iranian Oil Products Distribution Company is a subsidiary of the National Iranian Oil Refining and Distributing Co., which is part of the Ministry of Petroleum of the Islamic Republic of Iran per the attached download, a true and correct copy which is attached hereto marked *Exhibit "E."*

8. Declarant personally read, reviewed and downloaded all of the above-listed exhibits, and personally obtained these documents by examining the website maintained by the Ports & Shipping Organization website of The Islamic Republic of Iran. Furthermore, Declarant over the

1  last six months has become familiar with, if not immersed, in generally the economy of Iran and its
2  large-scale business and in which Iran maintains a series of websites, providing for a vast amount
3  of information. These Tariffs clearly show the charges imposed by Iran upon oceangoing carriers,
4  such as the Shipping Lines as described herein.
5      I declare under penalty of perjury that the foregoing is true and correct.
6      Executed on July 16, 2008.

        /s/ David J. Cook
        DAVID J. COOK, ESQ. (SB# 060859)

DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) [HARBOR AND BUNKERED FUEL RIGHTS-EVERGREEN LINE] - CASE NO. 3:08-mc-80030-JSW

3

# EXHIBIT "A"

EVERGREEN LINE  Case 3:08-mc-80030-JSW   Document 99-3   Filed 07/17/08   Page 5 of 8   http://www.evergreen-line.com/static/jsp/service.jsp



# EVERGREEN LINE
EVERGREEN MARINE CORP. (TAIWAN) LTD.    ITALIA MARITTIMA S.p.A.
EVERGREEN MARINE (UK) LTD. EVERGREEN MARINE (HONG KONG) LTD.

Contact Us | Register

About Evergreen Line | Sailing Schedules | Shipment Process | Customer Services | Regional Information

- What is Evergreen Line
- Notices and News
- Service Routes
- Vessel Particulars
- Container Management
- Offices and Agents
- Tariff & Rates
- Bill of Lading Clauses
- e-Commerce
- Other Websites

## Service Routes

The global reach of Evergreen Line's route network and logistics service can be divided into following sectors:

Expand All | Collapse All

+ **Far East - North America and Far - East Central America and the Caribbean**
+ **Far East - North Europe and Mediterranean**
+ **Europe and Mediterranean – America East Coast & Gulf of Mexico**
+ **Far East - Australia and Far East - South Africa and South America**
− **Intra - Asia, Asia - Middle East and Asia India sub-continent**

Evergreen Line offers full container service to meet the demands of customers shipping cargo in between European countries as well as Mediterranean countries.

The aim as ever is to build a coordinated worldwide service network. Moreover, utilizing Evergreen Line feeder vessels as well as those of other companies in strategic alliances with Evergreen Line, ports in India, Pakistan and Bangladesh also become part of the Evergreen worldwide transportation network.

+ **Intra - Europe and Mediterranean**
+ **Europe – East Coast of South America**

**Detailed Service Routes**

Best viewed in 1024 x 768 only using IE 5.x or higher

Legal Terms of Use, Copyright and Privacy and Security Statement for Evergreen Line Website.
Copyright©2008, All Rights Reserved by Evergreen Marine Corp. (Taiwan) Ltd., Italia Marittima S.p.A.,
Evergreen Marine (UK) Ltd. and Evergreen Marine (Hong Kong) Ltd.



EXHIBIT A

1 of 1    7/7/2008 1:35 PM

# ShipmentLink

Sailing Schedules | B/L Process | Cargo Tracking | Customer Services | Regional Information | Carriers | Login

Contact Us | Register | Home

## Sailing Schedules (Search by Point)

The Sailing Schedules from **JEBEL ALI** to **BANDAR ABBAS** after **JUL-07-2008** are as following:

Sort By: ● Transit Time  ○ Departure Date  ○ Service

Please Click Details for more information

| Seq | Intermodal | Transportation Port | Departure Date | Service | Vessel Voyage | Next Service | Transit Time(days) | Remark | More |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ---- | JEBEL ALI | JUL-14-2008 | CPG2 | EVER GUEST 0003-120E | | 1 | | Details |
| 2 | ---- | JEBEL ALI | JUL-25-2008 | APG | IRENES REMEDY 1050-028E | | 1 | | Details |
| 3 | ---- | JEBEL ALI | AUG-01-2008 | APG | LAUSANNE 1051-027E | | 1 | | Details |
| 4 | ---- | JEBEL ALI | JUL-31-2008 | IGI | SIMA SAMAN 48W | | 2 | | Details |
| 5 | ---- | JEBEL ALI | JUL-24-2008 | CPG1 | COSCO KARACHI 033E | | 2 | | Details |
| 6 | ---- | JEBEL ALI | JUL-17-2008 | CPG1 | COSCO LIANYUNGANG 017E | | 2 | | Details |
| 7 | ---- | JEBEL ALI | JUL-19-2008 | APG | CORDELIA 1049-022E | | 2 | | Details |
| 8 | ---- | JEBEL ALI | JUL-31-2008 | CPG1 | EMPRESS PHOENIX 158E | | 2 | | Details |
| 9 | ---- | JEBEL ALI | JUL-10-2008 | IGI | CAPT. KATTELMANN 44W | | 2 | | Details |
| 10 | ---- | JEBEL ALI | JUL-17-2008 | IGI | SIMA SAMAN 47W | | 2 | | Details |
| 11 | ---- | JEBEL ALI | JUL-24-2008 | IGI | CAPT. KATTELMANN 45W | | 2 | | Details |
| 12 | ---- | JEBEL ALI | JUL-19-2008 | CPG2 | PANAGIA TINOU 0004-117E | | 3 | | Details |

The estimated schedule is considered for information purposes only and the Carrier may update, revise this schedule from time to time without any prior notice.

[Back]

Best viewed in 1024 x 768 only using IE 5.x or higher

Legal Terms of Use, Copyright and Privacy and Security Statement for ShipmentLink Shipping & Transport Website.
Copyright© 2001-2008, All Rights Reserved by Evergreen International Corp.



# ShipmentLink - Sailing Schedules (Search by Point)

http://www.shipmentlink.com/tvs2/jsp/TVS2_InteractiveScheduleRou...

**Sailing Schedules (Search by Point)**

The Sailing Schedules from **LIVERPOOL** to **NORFOLK, VA.** after **JUL-07-2008** are as following:

Sort By: ● Transit Time  ○ Departure Date  ○ Service

| Seq | Intermodal | Transportation Port | Departure Date | Service | Vessel Voyage | Next Service | Transit Time(days) | Remark | More |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Intermodal | THAMESPORT | JUL-13-2008 | NUE | EVER DELIGHT 0330-053W | Intermodal | 13 | | Details |

The estimated schedule is considered for information purposes only and the Carrier may update, revise this schedule from time to time without any prior notice.

Back

Best viewed in 1024 x 768 only using IE 5.x or higher

Legal Terms of Use, Copyright and Privacy and Security Statement for ShipmentLink Shipping & Transport Website.
Copyright© 2001-2008, All Rights Reserved by Evergreen International Corp.

EXHIBIT A-2

1 of 1                                                                                              7/7/2008 1:38 PM

# ShipmentLink

| Sailing Schedules | B/L Process | Cargo Tracking | Customer Services | Regional Information | Carriers | Login |

Contact Us | Register | Home

## Routing Network

### Mediterranean-USEC Service (MUS)



▶ To see Long Term Schedule : **HTML Format**   **PDF Format**   **TXT Format**

| MUS | MARSAXLOKK | TARANTO | LEGHORN | GENOA | FOS SUR MER | VALENCIA | LISBON | NEW YORK | NORFOLK | SAVANNAH | MIAMI | MARSAXLOKK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ETA | THU | FRI | SUN | MON | WED | THU | SUN | MON | WED | THU | SAT | THU |
| ETD | FRI | SAT | MON | TUE | THU | FRI | MON | TUE | WED | FRI | SUN | FRI |
| T/S TIME | 0 | 0 | 2 | 3 | 5 | 6 | 9 | 17 | 19 | 20 | 22 | 34 |

◀ back

Best viewed in 1024 x 768 only using IE 5.x or higher

Legal Terms of Use, Copyright and Privacy and Security Statement for ShipmentLink Shipping & Transport Website.
Copyright© 2001-2008, All Rights Reserved by Evergreen International Corp.