| | |
|---|---|
| 1 | DAVID J. COOK, ESQ. (State Bar # 060859)<br>ROBERT J. PERKISS, ESQ (State Bar # 62386) |
| 2 | COOK COLLECTION ATTORNEYS<br>A PROFESSIONAL LAW CORPORATION |
| 3 | 165 Fell Street<br>San Francisco, CA 94102 |
| 4 | Mailing Address: P.O. Box 270<br>San Francisco, CA 94104-0270 |
| 5 | Tel.: (415) 989-4730<br>Fax: (415) 989-0491 |
| 6 | File No. 52,759 |
| 7 | Attorneys for Plaintiffs<br>DEBORAH D. PETERSON, Personal Representatives |
| 8 | of the Estate of James C. Knipple (Dec.), et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., <br><br>Plaintiffs,<br><br>vs.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>Defendants. | CASE NO. 3:08-mc-80030-JSW<br><br>PROOF OF SERVICE |

| | |
|---|---|
| HIS EXCELLENCY AYATOLLAH SAYED 'ALI KHAMENEI<br>THE OFFICE OF THE SUPREME LEADER<br>Islamic Republic Street<br>Shahid Keshvar Doust Street<br>Tehran, Islamic Republic of Iran | ISLAMIC REPUBLIC OF IRAN<br>acting through its MINISTRY OF DEFENSE AND SUPPORT FOR ARMED FORCES<br>No. 1 Shahid Kaboli Street<br>Beginning of Resalat Highway<br>Seyyed Khandan Bridge<br>P.O. Box 16765-1479<br>Tehran, Iran<br>Attn: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process |
| HIS EXCELLENCY MAHMOUD AHMADINEJAD THE PRESIDENT<br>Palestine Avenue<br>Azerbaijan Intersection<br>Tehran, Islamic Republic of Iran | |
| | ISLAMIC REPUBLIC OF IRAN<br>Khomeini Avenue<br>United Nations Street<br>Teheran, Iran<br>ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process |
| ISLAMIC REPUBLIC OF IRAN<br>Pasadaran Avenue<br>Golestan Yekom<br>Teheran, Iran<br>ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process | |

PROOF OF SERVICE - CASE NO. 3:08-mc-80030-JSW (BZ)                                                                                                            1

| | | |
|---|---|---|
| 1 | Director, Human Rights Headquarters of Iran<br>HIS EXCELLENCY MOHAMMAD | NATIONAL IRANIAN OIL REFINING<br>AND DISTRIBUTION COMPANY |
| 2 | JAVAD LARIJANI<br>c/o Office of the Deputy for International | Opposite of Arak Alley Ostad Nejatollahi<br>Ave. |
| 3 | Affairs<br>Ministry of Justice | Zip Code 15989<br>P.O. Box 15815/3499 |
| 4 | Ministry of Justice Building<br>Panzdah-Khordad (Ark) Square | Tehran, Iran<br>ATTN: Responsible Officer or Agent for |
| 5 | Tehran, Islamic Republic of Iran | Service of Process |
| 6 | Minister of Intelligence<br>GHOLAM HOSSEIN MOHSENI EJEIE | MINISTRY OF PETROLEUM OF THE<br>ISLAMIC REPUBLIC OF IRAN |
| 7 | MINISTRY OF INTELLIGENCE<br>Second Negarestan Street | HAFEZ CROSSING<br>Taleghani Avenue |
| 8 | Pasdaran Avenue<br>Tehran, Islamic Republic of Iran | Tehran, Iran<br>ATTN: Responsible Officer or Agent for |
| 9 | | Service of Process |
| 10 | Head of the Judiciary<br>AYATOLLAH MAHMOUD HASHEMI | NATIONAL IRANIAN OIL PRODUCTS<br>DISTRIBUTION COMPANY |
| 11 | SHAHROUDI<br>Howzeh Riyasat-e Qoveh Qazaiyeh | Bahar St, Somaya Corner<br>Tehran 15617/ 33315 |
| 12 | Office of the Head of the Judiciary<br>Pasteur Street, Vali Asr Avenue | P.O .Box 6165 |
| 13 | South of Serah-e Jomhouri<br>Tehran 1316814737 | Tehran<br>ATTN: Responsible Officer or Agent for |
| 14 | Islamic Republic of Iran | Service of Process |
| 15 | MINISTRY OF ROADS AND<br>TRANSPORTATION | NATIONAL IRANIAN OIL COMPANY<br>Hafez Crossing |
| 16 | Attn: MOHAMMED RAHMATI<br>MINISTER OF ROAD AND | Taleghani Avenue<br>Tehran, Iran |
| 17 | TRANSPORTATION<br>Taleghani Avenue | ATTN: Responsible Officer or Agent for<br>Service of Process |
| 18 | Tehran, Iran | **EVERGREEN LINE** |
| 19 | ALI TAHERI<br>DEPUTY MINISTER AND MANAGING | **Attn: Huoyao Yan,General Manager,**<br>**Director** |
| 20 | DIRECTOR<br>PORT & SHIPPING ORGANIZATION OF | **Evergreen Marine Corporation**<br>**No.166, Sec. 2 Minsheng East Road** |
| 21 | THE ISLAMIC REPUBLIC OF IRAN<br>Building No. 2 | **Taipei, Taiwan** |
| 22 | South Didar Street<br>Shahid Hagnai Expressway,Vanak Square | |
| 23 | Tehran, Iran | |

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

NOTICE OF MOTION AND MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) **[HARBOR AND BUNKERED FUEL RIGHTS - EVERGREEN LINE]**

PROOF OF SERVICE - CASE NO. 3:08-mc-80030-JSW (BZ)   2

1  MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
2  [HARBOR AND BUNKERED FUEL RIGHTS - EVERGREEN LINE]

3  MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. §
4  708.510(a) AND F.R.C.P. 69(a)
   [HARBOR AND BUNKERED FUEL RIGHTS - EVERGREEN LINE]
5
   DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION FOR AN
6  ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. §
   708.510(a) AND F.R.C.P. 69(a)
7  [HARBOR AND BUNKERED FUEL RIGHTS - EVERGREEN LINE]

8  on the above-named person(s) by:

9  __XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the
10 person(s) served above.

11    I declare under penalty of perjury that the foregoing is true and correct.

12    Executed on July 16, 2008.

13
                                    /s/ David J. Cook
14                          DAVID J. COOK, ESQ. (SB# 060859)