| | |
|---|---|
| 1 | **DAVID J. COOK, ESQ.** (State Bar # 060859) |
| | **ROBERT J. PERKISS, ESQ.** (State Bar # 62386) |
| 2 | **COOK COLLECTION ATTORNEYS** |
| | **A PROFESSIONAL LAW CORPORATION** |
| 3 | 165 Fell Street |
| | San Francisco, CA  94102 |
| 4 | Mailing Address: P.O. Box 270 |
| | San Francisco, CA  94104-0270 |
| 5 | Tel: (415) 989-4730 |
| | Fax: (415) 989-0491 |
| 6 | File No. 52,759 |

Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
of the Estate of James C. Knipple (Dec.), et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., <br><br>Plaintiffs, <br><br>vs. <br><br>ISLAMIC REPUBLIC OF IRAN, et al., <br><br>Defendants. | CASE NO. 3:08-mc-80030-JSW <br><br>MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) <br><br>**[HARBOR AND BUNKERED FUEL RIGHTS - HAPAG LLOYD AG]** <br><br>Date: September 3, 2008 <br>Time: 10:00 a.m. <br>Courtroom: G, 15th Floor <br>Magistrate Judge: Bernard Zimmerman |

Plaintiffs DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al. ("Plaintiffs") will and do hereby move this court for an order or relief, as follows:

1. For an order compelling THE ISLAMIC REPUBLIC OF IRAN (hereinafter "Iran") to assign to Plaintiffs all rights to payment of money, and accounts, accounts receivable, due and payable, or in the future, or conditional upon some future events, from and owing by the Shipping Line herein, arising out of the use of any harbor, docking, wharf, drayage, loading or unloading facilities, and other facilities provided by any dock, harbor, pier, warehouse, wharf, or other harbor-like facilities, along with and including the sale of bunkered oil and/or fuel provided, sold,

---

MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
[HARBOR AND BUNKERED FUEL RIGHTS - HAPAG LLOYD AG]
CASE NO. 3:08-mc-80030-JSW                                                                                                                                                   1

delivered, or vended to **HAPAG LLOYD AG** (hereinafter "Shipping Line") by Iran, hereinafter collectively "Harbor and Bunkered Fuel Rights."

The basis of this motion is that the Shipping Line described herein frequents the docks, harbors, piers, and/or wharfs of Iran, and may purchase from time to time bunkered oil or fuel from Iran, and therefore may owe from time to time various sums of money due Iran.

Plaintiffs seek an order compelling Iran to assign all of these rights due, or which become due, or are conditional, to and in favor of Plaintiffs for purposes of satisfaction of the judgment, either in part or in whole.

This motion is based upon this Motion, the Notice, the Memorandum of Points and Authorities, the Declaration of David J. Cook, Esq., upon all pleadings, papers and other matters on file herein, all matters which this court may take judicial notice hereof, which include but are not limited to, all papers, pleadings and other matters on file herein in that certain action known as *DEBORAH D. PETERSON, Personal Representatives of the Estate of James C. Knipple (Dec.), et al., vs. ISLAMIC REPUBLIC OF IRAN, et al.*, United States District Court for the District of Columbia, Consolidated Civil Actions: 01-2094 (RCL) and 01-2684 (RCL), all other matters which the court may take judicial notice thereof, and upon all oral evidence and argument which may be presented at the hearing hereof.

DATED: July 16, 2008                COOK COLLECTION ATTORNEYS

By: ___/s/ David J. Cook___
DAVID J. COOK, ESQ. (SB# 060859)
Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal
Representatives of the Estate of James C. Knipple
(Dec.), et al.

F:\USERS\DJCNEW\petersonsf.assignhapaglloyd

MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
[HARBOR AND BUNKERED FUEL RIGHTS - HAPAG LLOYD AG]
CASE NO. 3:08-mc-80030-JSW                                                                 2