1   **DAVID J. COOK, ESQ. (State Bar # 060859)**
    **ROBERT J. PERKISS, ESQ (State Bar # 62386)**
2   **COOK COLLECTION ATTORNEYS**
    **A PROFESSIONAL LAW CORPORATION**
3   165 Fell Street
    San Francisco, CA 94102
4   Mailing Address: P.O. Box 270
    San Francisco, CA 94104-0270
5   Tel.: (415) 989-4730
    Fax: (415) 989-0491
6   File No. 52,759

7   Attorneys for Plaintiffs
    DEBORAH D. PETERSON, Personal Representatives
8   of the Estate of James C. Knipple (Dec.), et al.

9               UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12
    DEBORAH D. PETERSON, Personal      )   CASE NO. 3:08-mc-80030-JSW
13  Representative of the Estate of James C. )
    Knipple (Dec.), et al.,            )   DECLARATION OF DAVID J. COOK, ESQ.
14                                      )   IN SUPPORT OF MOTION FOR
                Plaintiffs,             )   ASSIGNMENT OF RIGHTS PURSUANT TO
15                                      )   C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
    vs.                                 )
16                                      )   [HARBOR AND BUNKERED FUEL
    ISLAMIC REPUBLIC OF IRAN, et al.,   )   RIGHTS - HAPAG LLOYD AG]
17                                      )
                Defendants.             )   Date: September 3, 2008
18  _____ )   Time: 10:00 a.m.
                                            Courtroom: G, 15th Floor
19                                          Magistrate Judge: Bernard Zimmerman

20          I, DAVID J. COOK, hereby declare and state as follows:

21          1. I am one of the attorneys of record for Plaintiffs in the above-entitled action, am duly

22  authorized to practice before all courts in the State of California, and am familiar with the facts

23  and circumstances in this action.

24          2. The shipping schedule of **HAPAG LLOYD AG** shows that the Shipping Line frequents

25  Iranian ports, harbors and other facilities. The Shipping Line's schedule is set forth by way of its

26  website which shows its traffic, a true and correct copy of the download is attached hereto marked

27  *Exhibit "A."* The schedule demonstrates that the Shipping Line services Iranian ports, and also

28  American ports, thereby creating inferences, as follows: 1) the Shipping Line is generally subject

1 | to the jurisdiction of the U.S. in both import and export of products; 2) the Shipping Line is

2 | generally doing business with Iranian port facilities in both imported and exported products.

3 | 3. As Plaintiffs have confirmed that the Shipping Line frequents Iranian harbors, ports,

4 | wharfs, docks, and other harbor-like facilities. Plaintiffs likewise have determined that Iran has a

5 | whole list of Tariffs which Iran charges oceangoing freighters, carriers, tankers, and the like, a true

6 | and correct copy of the MANUAL OF Tariffs applicable to vessels and cargo in Ports of the

7 | Islamic Republic of Iran which is attached hereto marked *Exhibit "B."* These tariffs clearly show

8 | the charges imposed by Iran upon oceangoing carriers, such as the Shipping Lines as described

9 | herein. Plaintiffs have also ascertained from a press release undertaken by the ports and shipping

10 | organization of the Department of Transportation of Iran, that Iran sells bunkered oil.

11 | 4. A true and correct copy of the press release entitled "PSO news, In the name of God

12 | Supplement to Port & Sea Magazine Nos 2/Sep-Oct, 2007 is attached hereto marked *Exhibit "C."*

13 | 5. The Ministry of Roads and Transportation generally oversees the PORTS & SHIPPING

14 | ORGANIZATION ("P.S.O.") of Iran who manage the docks, harbors and related facilities

15 | pursuant to the printout from the website entitled IR IRAN's Ports & Shipping Organization, a true

16 | and correct copy of which is attached hereto marked *Exhibit "D."*

17 | 6. Iran charges these Shipping Lines an entire array of charges for the privilege of utilizing

18 | Iranian docks, harbors, terminals and other maritime facilities, all hereinafter collectively "DOCK

19 | FEES." This label is illustrative as seen by, e.g., the entire range of charges imposed by Iran

20 | through its Manual of Tariffs Applicable to Vessels and Cargo in the Ports of the Islamic Republic

21 | of Iran, a true and correct copy of which is attached hereto marked *Exhibit "B."*

22 | 7. The National Iranian Oil Products Distribution Company is a subsidiary of the National

23 | Iranian Oil Refining and Distributing Co., which is part of the Ministry of Petroleum of the Islamic

24 | Republic of Iran per the attached download, a true and correct copy which is attached hereto

25 | marked *Exhibit "E."*

26 | 8. Declarant personally read, reviewed and downloaded all of the above-listed exhibits,

27 | and personally obtained these documents by examining the website maintained by the Ports &

28 | Shipping Organization website of The Islamic Republic of Iran. Furthermore, Declarant over the

1   last six months has become familiar with, if not immersed, in generally the economy of Iran and its

2   large-scale business and in which Iran maintains a series of websites, providing for a vast amount

3   of information.  These Tariffs clearly show the charges imposed by Iran upon oceangoing carriers,

4   such as the Shipping Lines as described herein.

5       I declare under penalty of perjury that the foregoing is true and correct.

6       Executed on July 16, 2008.

7

                           /s/ David J. Cook

8                           DAVID J. COOK, ESQ. (SB# 060859)

9

10   F:\USERS\DJCNEW\petersonsf.assignhapaglloyd

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) |HARBOR AND BUNKERED FUEL RIGHTS - HAPAG LLOYD AG| - CASE NO. 3:08-mc-80030-JSW

# EXHIBIT "A"

## Interactive Schedule

>> Help    >> Print

Please select the port of loading, the port of discharge and the time range. You can limit the number of displayed ports by clicking on 'Limit number of ports by service' or 'Limit number of ports by region'.

>> Limit ports by service
>> Limit ports by region

Port of Loading / Location   JEBEL ALI          2008-07-07   (e.g. 2005-12-20)   ○ Fastest Connections
                                                                                ● All Connections
Port of Discharge / Location   BANDAR ABBAS      2008-09-07   (e.g. 2005-12-20)

>> Find    >> Reset

Dates in bold indicate direct ports of call, otherwise transshipment ports.
The sailing schedule and ports of call are subject to change.

**Ports** JEBEL ALI - BANDAR ABBAS                     **Period** 2008-07-07 - 2008-09-07

| Vessel | Transit time (days) | Service | Departure | Arrival | Voyage-No. | Vessel details | Details |
|---|---|---|---|---|---|---|---|
| OEL MUMBAI | | 2 | 2008-07-07 | 2008-07-09 | 021 | ■ | ■ |
| BUXCROWN | | 2 | 2008-07-08 | 2008-07-10 | V-030 | ■ | ■ |
| BUXCROWN | | 2 - | 2008-07-09 | 2008-07-11 | 031 | ■ | ■ |
| CAPT.KATTELMANN | | 1 - | 2008-07-10 | 2008-07-11 | 45N | ■ | ■ |
| OEL MUMBAI | | 1 | 2008-07-15 | 2008-07-16 | 022 | ■ | ■ |

## Interactive Schedule

>> Help     >> Print

Please select the port of loading, the port of discharge and the time range. You can limit the number of displayed ports by clicking on 'Limit number of ports by service' or 'Limit number of ports by region'.

>> Limit ports by service
>> Limit ports by region

| | | | | |
|---|---|---|---|---|
| Port of Loading / Location | VANCOUVER | 2008-07-07 | (e.g. 2005-12-20) | ⦿ Fastest Connections |
| Port of Discharge / Location | LONG BEACH (EXCL. USLAX) | 2009-09-08 | (e.g. 2005-12-20) | ○ All Connections |

>> Find     >> Reset

**Dates in bold indicate direct ports of call, otherwise transshipment ports.**
The sailing schedule and ports of call are subject to change.

Ports VANCOUVER - LONG BEACH (EXCL. USLAX)          **Period** 2008-07-07 - 2009-09-08

| Vessel | Transit time (days) | Service | Departure | Arrival | Voyage-No. | Vessel details | Details |
|---|---|---|---|---|---|---|---|
| HANSA FLENSBURG | | 1 WAN | 2008-07-26 | 2008-07-27 | 750N | ■ | ■ |
| HANSA FLENSBURG | | 1 WAN | 2008-07-26 | 2008-07-27 | 754S | ■ | ■ |

■ Home   ■ Sitemap   ■ Contact   ■ Legal Terms   ■ Hapag-Lloyd   ■ Privacy Statement
© Hapag-Lloyd AG

EXHIBIT   A-2

7/7/2008 2:13 PM