| | |
|---|---|
| 1 | DAVID J. COOK, ESQ. (State Bar # 060859)<br>ROBERT J. PERKISS, ESQ (State Bar # 62386) |
| 2 | COOK COLLECTION ATTORNEYS<br>A PROFESSIONAL LAW CORPORATION |
| 3 | 165 Fell Street<br>San Francisco, CA 94102 |
| 4 | Mailing Address: P.O. Box 270<br>San Francisco, CA 94104-0270 |
| 5 | Tel.: (415) 989-4730<br>Fax: (415) 989-0491 |
| 6 | File No. 52,759 |
| 7 | Attorneys for Plaintiffs |
| 8 | DEBORAH D. PETERSON, Personal Representatives<br>of the Estate of James C. Knipple (Dec.), et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON. Personal Representative of the Estate of James C. Knipple (Dec.). et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>Defendants. | CASE NO. 3:08-mc-80030-JSW<br><br>PROOF OF SERVICE |

| | |
|---|---|
| HIS EXCELLENCY AYATOLLAH SAYED ALI KHAMENEI<br>THE OFFICE OF THE SUPREME LEADER<br>Islamic Republic Street<br>Shahid Keshvar Doust Street<br>Tehran, Islamic Republic of Iran<br><br>HIS EXCELLENCY MAHMOUD AHMADINEJAD THE PRESIDENT<br>Palestine Avenue<br>Azerbaijan Intersection<br>Tehran, Islamic Republic of Iran<br><br>ISLAMIC REPUBLIC OF IRAN<br>Pasadaran Avenue<br>Golestan Yekom<br>Teheran, Iran<br>ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process | ISLAMIC REPUBLIC OF IRAN<br>acting through its MINISTRY OF DEFENSE AND SUPPORT FOR ARMED FORCES<br>No. 1 Shahid Kaboli Street Beginning of Resalat Highway Seyyed Khandan Bridge<br>P.O. Box 16765-1479 Tehran, Iran<br>Attn: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process<br><br>ISLAMIC REPUBLIC OF IRAN<br>Khomeini Avenue United Nations Street Teheran, Iran ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process |

PROOF OF SERVICE - CASE NO. 3:08-mc-80030-JSW (BZ)  1

| | |
|---|---|
| Director, Human Rights Headquarters of Iran<br>HIS EXCELLENCY MOHAMMAD<br>JAVAD LARIJANI<br>c/o Office of the Deputy for International<br>Affairs<br>Ministry of Justice<br>Ministry of Justice Building<br>Panzdah-Khordad (Ark) Square<br>Tehran, Islamic Republic of Iran | NATIONAL IRANIAN OIL REFINING<br>AND DISTRIBUTION COMPANY<br>Opposite of Arak Alley Ostad Nejatollahi<br>Ave.<br>Zip Code 15989<br>P.O. Box 15815/3499<br>Tehran, Iran<br>ATTN: Responsible Officer or Agent for<br>Service of Process |
| <u>Minister of Intelligence</u><br>GHOLAM HOSSEIN MOHSENI EJEIE<br>MINISTRY OF INTELLIGENCE<br>Second Negarestan Street<br>Pasdaran Avenue<br>Tehran, Islamic Republic of Iran | MINISTRY OF PETROLEUM OF THE<br>ISLAMIC REPUBLIC OF IRAN<br>HAFEZ CROSSING<br>Taleghani Avenue<br>Tehran, Iran<br>ATTN: Responsible Officer or Agent for<br>Service of Process |
| <u>Head of the Judiciary</u><br>AYATOLLAH MAHMOUD HASHEMI<br>SHAHROUDI<br>Howzeh Riyasat-e Qoveh Qazaiyeh<br>Office of the Head of the Judiciary<br>Pasteur Street, Vali Asr Avenue<br>South of Serah-e Jomhouri<br>Tehran 1316814737<br>Islamic Republic of Iran | NATIONAL IRANIAN OIL PRODUCTS<br>DISTRIBUTION COMPANY<br>Bahar St, Somaya Corner<br>Tehran 15617/ 33315<br>P.O .Box 6165<br>Tehran<br>ATTN: Responsible Officer or Agent for<br>Service of Process |
| MINISTRY OF ROADS AND<br>TRANSPORTATION<br>Attn: MOHAMMED RAHMATI<br>MINISTER OF ROAD AND<br>TRANSPORTATION<br>Taleghani Avenue<br>Tehran, Iran | NATIONAL IRANIAN OIL COMPANY<br>Hafez Crossing<br>Taleghani Avenue<br>Tehran, Iran<br>ATTN: Responsible Officer or Agent for<br>Service of Process |
| ALI TAHERI<br>DEPUTY MINISTER AND MANAGING<br>DIRECTOR<br>PORT & SHIPPING ORGANIZATION OF<br>THE ISLAMIC REPUBLIC OF IRAN<br>Building No. 2<br>South Didar Street<br>Shahid Hagnai Expressway,Vanak Square<br>Tehran, Iran | **HAPAG LLOYD AG.**<br>**Michael Behrendt, Chairman**<br>**Ulrich Kranich, CEO and Human**<br>**Relations Executive**<br>**Ballindamm 25**<br>**Hamburg, D-20095 DEU** |

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

NOTICE OF MOTION AND MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) **[HARBOR AND BUNKERED FUEL RIGHTS - HAPAG LLOYD AG]**

1    MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
2    [HARBOR AND BUNKERED FUEL RIGHTS - HAPAG LLOYD AG]

3    MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. §
4    708.510(a) AND F.R.C.P. 69(a)
   [HARBOR AND BUNKERED FUEL RIGHTS- HAPAG LLOYD AG]

5

6    DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. §
   708.510(a) AND F.R.C.P. 69(a)
7    [HARBOR AND BUNKERED FUEL RIGHTS - HAPAG LLOYD AG]

8 on the above-named person(s) by:

9   XXX  (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the
10 person(s) served above.

11    I declare under penalty of perjury that the foregoing is true and correct.

12    Executed on July 16, 2008.

13

14                                     /s/ David J. Cook
                                 DAVID J. COOK, ESQ. (SB# 060859)