DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel.: (415) 989-4730
Fax: (415) 989-0491
File No. 52,759

Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
of the Estate of James C. Knipple (Dec.), et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>Defendants. | CASE NO. 3:08-mc-80030-JSW<br><br>DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)<br><br>[HARBOR AND BUNKERED FUEL RIGHTS - HANJIN SHIPPING LINES ]<br><br>Date: September 3, 2008<br>Time: 10:00 a.m.<br>Courtroom: G, 15th Floor<br>Magistrate Judge: Bernard Zimmerman |

I, DAVID J. COOK, hereby declare and state as follows:

1. I am one of the attorneys of record for Plaintiffs in the above-entitled action, am duly authorized to practice before all courts in the State of California, and am familiar with the facts and circumstances in this action.

2. The shipping schedule of **HANJIN SHIPPING LINES** shows that the Shipping Line frequents Iranian ports, harbors and other facilities. The Shipping Line's schedule is set forth by way of its website which shows its traffic, a true and correct copy of the download which is attached hereto marked *Exhibit "A."* The schedule demonstrates that the Shipping Line services Iranian ports, and also American ports, thereby creating inferences, as follows: 1) the Shipping

Line is generally subject to the jurisdiction of the U.S. in both import and export of products; 2) the Shipping Line is generally doing business with Iranian port facilities in both imported and exported products.

3. As Plaintiffs have confirmed that the Shipping Line frequents Iranian harbors, ports, wharfs, docks, and other harbor-like facilities. Plaintiffs likewise have determined that Iran has a whole list of Tariffs which Iran charges oceangoing freighters, carriers, tankers, and the like, a true and correct copy of the MANUAL OF Tariffs applicable to vessels and cargo in Ports of the Islamic Republic of Iran which is attached hereto marked *Exhibit "B."* These tariffs clearly show the charges imposed by Iran upon oceangoing carriers, such as the Shipping Lines as described herein. Plaintiffs have also ascertained from a press release undertaken by the ports and shipping organization of the Department of Transportation of Iran, that Iran sells bunkered oil.

4. A true and correct copy of the press release entitled "PSO news, In the name of God Supplement to Port & Sea Magazine Nos 2/Sep-Oct, 2007 is attached hereto marked *Exhibit "C."*

5. The Ministry of Roads and Transportation generally oversees the PORTS & SHIPPING ORGANIZATION ("P.S.O.") of Iran who manage the docks, harbors and related facilities pursuant to the printout from the website entitled IR IRAN's Ports & Shipping Organization, a true and correct copy of which is attached hereto marked *Exhibit "D."*

6. Iran charges these Shipping Lines an entire array of charges for the privilege of utilizing Iranian docks, harbors, terminals and other maritime facilities, all hereinafter collectively "DOCK FEES." This label is illustrative as seen by, e.g., the entire range of charges imposed by Iran through its Manual of Tariffs Applicable to Vessels and Cargo in the Ports of the Islamic Republic of Iran, a true and correct copy of which is attached hereto marked *Exhibit "B."*

7. The National Iranian Oil Products Distribution Company is a subsidiary of the National Iranian Oil Refining and Distributing Co., which is part of the Ministry of Petroleum of the Islamic Republic of Iran per the attached download, a true and correct copy which is attached hereto marked *Exhibit "E."*

8. Declarant personally read, reviewed and downloaded all of the above-listed exhibits, and personally obtained these documents by examining the website maintained by the Ports &

Shipping Organization website of The Islamic Republic of Iran. Furthermore, Declarant over the last six months has become familiar with, if not immersed, in generally the economy of Iran and its large-scale business and in which Iran maintains a series of websites, providing for a vast amount of information. These Tariffs clearly show the charges imposed by Iran upon oceangoing carriers, such as the Shipping Lines as described herein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 16, 2008.

                                     /s/ David J. Cook
                                   DAVID J. COOK, ESQ. (SB# 060859)

DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) [HARBOR AND BUNKERED FUEL RIGHTS - HANJIN SHIPPING LINES ] - CASE NO. 3:08-mc-80030-JSW

3

**EXHIBIT "A"**





## Port Schedule

* Port : BANDAR ABBAS, IRAN, ISLAMIC REP.
* Mode : incl. Feeder Vessels
* Date : 07Jul08 - 09Sep08

| Vessel | Service Lane | Arrival Time | Berthing Time | Departure Time |
|---|---|---|---|---|
| COSCO SHANGHAI 0054 W | SEA | 06JUL08 14:30 | 06JUL08 16:30 | 08JUL08 17:30 |
| COSCO YOKOHAMA 0035 W | CEN | 05JUL08 18:00 | 05JUL08 19:00 | 08JUL08 17:30 |
| DONG HAI BRIDGE 0017 W | KPS | 06JUL08 04:00 | 06JUL08 05:00 | 08JUL08 18:00 |
| HANJIN PRETORIA 0068 W | CAX | 08JUL08 05:00 | 08JUL08 07:00 | 09JUL08 20:00 |
| CHICAGO BRIDGE 0043 W | SCP | 06JUL08 15:00 | 06JUL08 16:00 | 10JUL08 05:00 |
| HANJIN YANTIAN 0027 W | PSX | 09JUL08 23:00 | 10JUL08 03:00 | 12JUL08 06:00 |
| CAPE SANTIAGO 0066 E | MGS | 11JUL08 15:00 | 11JUL08 16:00 | 12JUL08 06:00 |
| COSCO HONGKONG 0051 W | CEN | 12JUL08 05:00 | 12JUL08 06:00 | 13JUL08 03:00 |
| HANJIN HELSINKI 0041 W | MAP | 11JUL08 15:00 | 11JUL08 16:00 | 13JUL08 18:00 |
| WILLIAMSBURG BRIDGE 0098 W | KPS | 12JUL08 04:00 | 12JUL08 05:00 | 14JUL08 05:00 |
| COSCO FELIXSTOWE 0048 W | SEA | 13JUL08 16:30 | 13JUL08 17:30 | 15JUL08 17:00 |
| HANJIN WILMINGTON 0075 W | CAX | 14JUL08 05:00 | 14JUL08 08:00 | 15JUL08 20:00 |
| SHANGHAI BRIDGE 0047 W | SCP | 14JUL08 04:00 | 14JUL08 05:00 | 17JUL08 18:00 |
| HANJIN BALTIMORE 0029 W | PSX | 16JUL08 06:00 | 16JUL08 07:00 | 18JUL08 18:00 |
| CAPE SANTIAGO 0067 E | MGS | 19JUL08 15:00 | 19JUL08 16:00 | 20JUL08 06:00 |
| HANJIN ROME 0069 W | MAP | 18JUL08 05:00 | 18JUL08 07:00 | 20JUL08 09:00 |
| COSCO LONG BEACH 0038 W | CEN | 18JUL08 13:00 | 18JUL08 15:00 | 20JUL08 13:00 |
| CONCORD BRIDGE 0095 W | KPS | 19JUL08 05:00 | 19JUL08 07:00 | 21JUL08 04:00 |
| HANJIN PRAHA 0072 W | CAX | 20JUL08 05:00 | 20JUL08 08:00 | 21JUL08 18:00 |
| COSCO HAMBURG 0051 W | SEA | 20JUL08 01:30 | 20JUL08 03:00 | 22JUL08 03:00 |
| GENOA BRIDGE 0040 W | SCP | 20JUL08 16:00 | 20JUL08 18:00 | 23JUL08 18:00 |
| HANJIN DALLAS 0027 W | PSX | 22JUL08 16:00 | 22JUL08 18:00 | 25JUL08 18:00 |
| YUE HE 0158 W | CEN | 24JUL08 03:00 | 24JUL08 05:00 | 26JUL08 03:00 |
| HANJIN TAIPEI 0053 W | MAP | 25JUL08 05:00 | 25JUL08 07:00 | 27JUL08 09:00 |
| RIALTO BRIDGE 0030 W | KPS | 26JUL08 05:00 | 26JUL08 07:00 | 28JUL08 04:00 |
| HANJIN PHILADELPHIA 0069 W | CAX | 26JUL08 05:00 | 26JUL08 08:00 | 28JUL08 05:00 |
| CAPE SANTIAGO 0068 E | MGS | 27JUL08 15:00 | 27JUL08 16:00 | 28JUL08 06:00 |
| LU HE 0151 W | SEA | 27JUL08 01:30 | 27JUL08 03:00 | 29JUL08 03:00 |
| LONG BEACH BRIDGE 0046 W | SCP | 27JUL08 17:00 | 27JUL08 19:00 | 31JUL08 04:00 |
| HANJIN MIAMI 0031 W | PSX | 30JUL08 05:00 | 30JUL08 07:00 | 01AUG08 18:00 |
| HANJIN BRUSSELS 0048 W | MAP | 01AUG08 05:00 | 01AUG08 07:00 | 03AUG08 09:00 |
| CLIFTON BRIDGE 0058 W | KPS | 02AUG08 05:00 | 02AUG08 07:00 | 04AUG08 04:00 |
| HANJIN PHOENIX 0070 W | CAX | 01AUG08 14:00 | 01AUG08 17:00 | 04AUG08 06:00 |
| CAPE SANTIAGO 0069 E | MGS | 04AUG08 15:00 | 04AUG08 16:00 | 05AUG08 06:00 |
| ROTTERDAM BRIDGE 0042 W | SCP | 03AUG08 15:30 | 03AUG08 17:00 | 07AUG08 04:00 |



EXHIBIT A-1

| Vessel | Service | ETA | ETB | ETD |
|---|---|---|---|---|
| HANJIN BOSTON 0032 W | PSX | 05AUG08 16:00 | 05AUG08 18:00 | 08AUG08 18:00 |
| HANJIN PARIS 0081 W | MAP | 08AUG08 05:00 | 08AUG08 07:00 | 10AUG08 09:00 |
| NORMANDIE BRIDGE 0072 W | KPS | 09AUG08 05:00 | 09AUG08 07:00 | 11AUG08 04:00 |
| HANJIN PRETORIA 0069 W | CAX | 08AUG08 14:00 | 08AUG08 17:00 | 11AUG08 06:00 |
| CAPE SANTIAGO 0070 E | MGS | 12AUG08 15:00 | 12AUG08 16:00 | 13AUG08 06:00 |
| CHICAGO BRIDGE 0044 W | SCP | 10AUG08 15:30 | 10AUG08 17:00 | 14AUG08 04:00 |
| HANJIN YANTIAN 0028 W | PSX | 12AUG08 16:00 | 12AUG08 18:00 | 15AUG08 18:00 |
| PENANG SENATOR 0058 W | MAP | 15AUG08 05:00 | 15AUG08 07:00 | 17AUG08 09:00 |
| WILLIAMSBURG BRIDGE 0099 W | KPS | 16AUG08 05:00 | 16AUG08 07:00 | 18AUG08 04:00 |
| HANJIN PRAHA 0073 W | CAX | 15AUG08 14:00 | 15AUG08 17:00 | 18AUG08 06:00 |
| SHANGHAI BRIDGE 0048 W | SCP | 17AUG08 15:30 | 17AUG08 17:00 | 21AUG08 04:00 |
| CAPE SANTIAGO 0071 E | MGS | 20AUG08 15:00 | 20AUG08 16:00 | 21AUG08 06:00 |
| HANJIN BALTIMORE 0030 W | PSX | 19AUG08 16:00 | 19AUG08 18:00 | 22AUG08 18:00 |
| HANJIN OTTAWA 0061 W | MAP | 22AUG08 05:00 | 22AUG08 07:00 | 24AUG08 09:00 |
| CONCORD BRIDGE 0096 W | KPS | 23AUG08 05:00 | 23AUG08 07:00 | 25AUG08 04:00 |
| HANJIN PHILADELPHIA 0070 W | CAX | 22AUG08 14:00 | 22AUG08 17:00 | 25AUG08 06:00 |
| GENOA BRIDGE 0041 W | SCP | 24AUG08 15:30 | 24AUG08 17:00 | 28AUG08 04:00 |
| CAPE SANTIAGO 0072 E | MGS | 28AUG08 15:00 | 28AUG08 16:00 | 29AUG08 06:00 |
| HANJIN DALLAS 0028 W | PSX | 26AUG08 16:00 | 26AUG08 18:00 | 29AUG08 18:00 |
| HANJIN AMSTERDAM 0052 W | MAP | 29AUG08 05:00 | 29AUG08 07:00 | 31AUG08 09:00 |
| RIALTO BRIDGE 0031 W | KPS | 30AUG08 05:00 | 30AUG08 07:00 | 01SEP08 04:00 |
| HANJIN MIAMI 0032 W | PSX | 02SEP08 16:00 | 02SEP08 18:00 | 05SEP08 18:00 |

\* Schedules are subject to change

 





# Port Schedule

* Port : LONG BEACH,CA, U.S.A
* Mode : incl. Feeder Vessels
* Date : 07Jul08 - 09Sep08

| Vessel | Service Lane | Arrival Time | Berthing Time | Departure Time |
|---|---|---|---|---|
| COSCO SHANGHAI 0054 W | SEA | 06JUL08 14:30 | 06JUL08 16:30 | 08JUL08 17:30 |
| COSCO YOKOHAMA 0035 W | CEN | 05JUL08 18:00 | 05JUL08 19:00 | 08JUL08 17:30 |
| DONG HAI BRIDGE 0017 W | KPS | 06JUL08 04:00 | 06JUL08 05:00 | 08JUL08 18:00 |
| HANJIN PRETORIA 0068 W | CAX | 08JUL08 05:00 | 08JUL08 07:00 | 09JUL08 20:00 |
| CHICAGO BRIDGE 0043 W | SCP | 06JUL08 15:00 | 06JUL08 16:00 | 10JUL08 05:00 |
| HANJIN YANTIAN 0027 W | PSX | 09JUL08 23:00 | 10JUL08 03:00 | 12JUL08 06:00 |
| CAPE SANTIAGO 0066 E | MGS | 11JUL08 15:00 | 11JUL08 16:00 | 12JUL08 06:00 |
| COSCO HONGKONG 0051 W | CEN | 12JUL08 05:00 | 12JUL08 06:00 | 13JUL08 03:00 |
| HANJIN HELSINKI 0041 W | MAP | 11JUL08 15:00 | 11JUL08 16:00 | 13JUL08 18:00 |
| WILLIAMSBURG BRIDGE 0098 W | KPS | 12JUL08 04:00 | 12JUL08 05:00 | 14JUL08 05:00 |
| COSCO FELIXSTOWE 0048 W | SEA | 13JUL08 16:30 | 13JUL08 17:30 | 15JUL08 17:00 |
| HANJIN WILMINGTON 0075 W | CAX | 14JUL08 05:00 | 14JUL08 08:00 | 15JUL08 20:00 |
| SHANGHAI BRIDGE 0047 W | SCP | 14JUL08 04:00 | 14JUL08 05:00 | 17JUL08 18:00 |
| HANJIN BALTIMORE 0029 W | PSX | 16JUL08 06:00 | 16JUL08 07:00 | 18JUL08 18:00 |
| CAPE SANTIAGO 0067 E | MGS | 19JUL08 15:00 | 19JUL08 16:00 | 20JUL08 06:00 |
| HANJIN ROME 0069 W | MAP | 18JUL08 05:00 | 18JUL08 07:00 | 20JUL08 09:00 |
| COSCO LONG BEACH 0038 W | CEN | 18JUL08 13:00 | 18JUL08 15:00 | 20JUL08 13:00 |
| CONCORD BRIDGE 0095 W | KPS | 19JUL08 05:00 | 19JUL08 07:00 | 21JUL08 04:00 |
| HANJIN PRAHA 0072 W | CAX | 20JUL08 05:00 | 20JUL08 08:00 | 21JUL08 18:00 |
| COSCO HAMBURG 0051 W | SEA | 20JUL08 01:30 | 20JUL08 03:00 | 22JUL08 03:00 |
| GENOA BRIDGE 0040 W | SCP | 20JUL08 16:00 | 20JUL08 18:00 | 23JUL08 18:00 |
| HANJIN DALLAS 0027 W | PSX | 22JUL08 16:00 | 22JUL08 18:00 | 25JUL08 18:00 |
| YUE HE 0158 W | CEN | 24JUL08 03:00 | 24JUL08 05:00 | 26JUL08 03:00 |
| HANJIN TAIPEI 0053 W | MAP | 25JUL08 05:00 | 25JUL08 07:00 | 27JUL08 09:00 |
| RIALTO BRIDGE 0030 W | KPS | 26JUL08 05:00 | 26JUL08 07:00 | 28JUL08 04:00 |
| HANJIN PHILADELPHIA 0069 W | CAX | 26JUL08 05:00 | 26JUL08 08:00 | 28JUL08 05:00 |
| CAPE SANTIAGO 0068 E | MGS | 27JUL08 15:00 | 27JUL08 16:00 | 28JUL08 06:00 |
| LU HE 0151 W | SEA | 27JUL08 01:30 | 27JUL08 03:00 | 29JUL08 03:00 |
| LONG BEACH BRIDGE 0046 W | SCP | 27JUL08 17:00 | 27JUL08 19:00 | 31JUL08 04:00 |
| HANJIN MIAMI 0031 W | PSX | 30JUL08 05:00 | 30JUL08 07:00 | 01AUG08 18:00 |
| HANJIN BRUSSELS 0048 W | MAP | 01AUG08 05:00 | 01AUG08 07:00 | 03AUG08 09:00 |
| CLIFTON BRIDGE 0058 W | KPS | 02AUG08 05:00 | 02AUG08 07:00 | 04AUG08 04:00 |
| HANJIN PHOENIX 0070 W | CAX | 01AUG08 14:00 | 01AUG08 17:00 | 04AUG08 06:00 |
| CAPE SANTIAGO 0069 E | MGS | 04AUG08 15:00 | 04AUG08 16:00 | 05AUG08 06:00 |
| ROTTERDAM BRIDGE 0042 W | SCP | 03AUG08 15:30 | 03AUG08 17:00 | 07AUG08 04:00 |

EXHIBIT A-7

| Vessel | Service | ETA | ETB | ETD |
|---|---|---|---|---|
| HANJIN BOSTON 0032 W | PSX | 05AUG08 16:00 | 05AUG08 18:00 | 08AUG08 18:00 |
| HANJIN PARIS 0081 W | MAP | 08AUG08 05:00 | 08AUG08 07:00 | 10AUG08 09:00 |
| NORMANDIE BRIDGE 0072 W | KPS | 09AUG08 05:00 | 09AUG08 07:00 | 11AUG08 04:00 |
| HANJIN PRETORIA 0069 W | CAX | 08AUG08 14:00 | 08AUG08 17:00 | 11AUG08 06:00 |
| CAPE SANTIAGO 0070 E | MGS | 12AUG08 15:00 | 12AUG08 16:00 | 13AUG08 06:00 |
| CHICAGO BRIDGE 0044 W | SCP | 10AUG08 15:30 | 10AUG08 17:00 | 14AUG08 04:00 |
| HANJIN YANTIAN 0028 W | PSX | 12AUG08 16:00 | 12AUG08 18:00 | 15AUG08 18:00 |
| PENANG SENATOR 0058 W | MAP | 15AUG08 05:00 | 15AUG08 07:00 | 17AUG08 09:00 |
| WILLIAMSBURG BRIDGE 0099 W | KPS | 16AUG08 05:00 | 16AUG08 07:00 | 18AUG08 04:00 |
| HANJIN PRAHA 0073 W | CAX | 15AUG08 14:00 | 15AUG08 17:00 | 18AUG08 06:00 |
| SHANGHAI BRIDGE 0048 W | SCP | 17AUG08 15:30 | 17AUG08 17:00 | 21AUG08 04:00 |
| CAPE SANTIAGO 0071 E | MGS | 20AUG08 15:00 | 20AUG08 16:00 | 21AUG08 06:00 |
| HANJIN BALTIMORE 0030 W | PSX | 19AUG08 16:00 | 19AUG08 18:00 | 22AUG08 18:00 |
| HANJIN OTTAWA 0061 W | MAP | 22AUG08 05:00 | 22AUG08 07:00 | 24AUG08 09:00 |
| CONCORD BRIDGE 0096 W | KPS | 23AUG08 05:00 | 23AUG08 07:00 | 25AUG08 04:00 |
| HANJIN PHILADELPHIA 0070 W | CAX | 22AUG08 14:00 | 22AUG08 17:00 | 25AUG08 06:00 |
| GENOA BRIDGE 0041 W | SCP | 24AUG08 15:30 | 24AUG08 17:00 | 28AUG08 04:00 |
| CAPE SANTIAGO 0072 E | MGS | 28AUG08 15:00 | 28AUG08 16:00 | 29AUG08 06:00 |
| HANJIN DALLAS 0028 W | PSX | 26AUG08 16:00 | 26AUG08 18:00 | 29AUG08 18:00 |
| HANJIN AMSTERDAM 0052 W | MAP | 29AUG08 05:00 | 29AUG08 07:00 | 31AUG08 09:00 |
| RIALTO BRIDGE 0031 W | KPS | 30AUG08 05:00 | 30AUG08 07:00 | 01SEP08 04:00 |
| HANJIN MIAMI 0032 W | PSX | 02SEP08 16:00 | 02SEP08 18:00 | 05SEP08 18:00 |

\* Schedules are subject to change

 

 COPYRIGHT (C) HANJIN SHIPPING CO LTD. ALL RIGHTS RESERVED
Select Link Service   HJS Magazine  HJS Terminal  3PL Hanjin Logistics  CyberLogics   GTN   INTTRA     Container Shipping Information Service