1  DAVID J. COOK, ESQ. (State Bar # 060859)
   ROBERT J. PERKISS, ESQ (State Bar # 62386)
2  COOK COLLECTION ATTORNEYS
   A PROFESSIONAL LAW CORPORATION
3  165 Fell Street
   San Francisco. CA 94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA 94104-0270
5  Tel.: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,759

7  Attorneys for Plaintiffs
   DEBORAH D. PETERSON, Personal Representatives
8  of the Estate of James C. Knipple (Dec.), et al.

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12
   DEBORAH D. PETERSON, Personal      )   CASE NO. 3:08-mc-80030-JSW
13 Representative of the Estate of James C. )
   Knipple (Dec.), et al..             )
14                                     )   PROOF OF SERVICE
              Plaintiffs,              )
15                                     )
   vs.                                 )
16                                     )
   ISLAMIC REPUBLIC OF IRAN, et al.,   )
17                                     )
              Defendants.              )
18 _____ )

19 HIS EXCELLENCY AYATOLLAH SAYED         ISLAMIC REPUBLIC OF IRAN
   'ALI KHAMENEI                          acting through its MINISTRY OF DEFENSE
20 THE OFFICE OF THE SUPREME              AND SUPPORT FOR ARMED FORCES
   LEADER                                 No. 1 Shahid Kaboli Street
21 Islamic Republic Street                Beginning of Resalat Highway
   Shahid Keshvar Doust Street            Seyyed Khandan Bridge
22 Tehran, Islamic Republic of Iran       P.O. Box 16765-1479
                                          Tehran, Iran
23 HIS EXCELLENCY MAHMOUD                 Attn: President Mahmoud Ahmadinejad or
   AHMADINEJAD THE PRESIDENT              Responsible Officer or Agent for Service of
24 Palestine Avenue                       Process
   Azerbaijan Intersection
25 Tehran, Islamic Republic of Iran       ISLAMIC REPUBLIC OF IRAN
                                          Khomeini Avenue
26 ISLAMIC REPUBLIC OF IRAN               United Nations Street
   Pasadaran Avenue                       Teheran, Iran
27 Golestan Yekom                         ATTN: President Mahmoud Ahmadinejad or
   Teheran, Iran                          Responsible Officer or Agent for Service of
28 ATTN: President Mahmoud Ahmadinejad or Process
   Responsible Officer or Agent for Service of
   Process

PROOF OF SERVICE - CASE NO. 3:08-mc-80030-JSW (BZ)                                    1

DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel.: (415) 989-4730
Fax: (415) 989-0491
File No. 52,759

Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
of the Estate of James C. Knipple (Dec.), et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>Defendants. | CASE NO. 3:08-mc-80030-JSW<br><br>PROOF OF SERVICE |

| | |
|---|---|
| HIS EXCELLENCY AYATOLLAH SAYED 'ALI KHAMENEI<br>THE OFFICE OF THE SUPREME LEADER<br>Islamic Republic Street<br>Shahid Keshvar Doust Street<br>Tehran, Islamic Republic of Iran<br><br>HIS EXCELLENCY MAHMOUD AHMADINEJAD THE PRESIDENT<br>Palestine Avenue<br>Azerbaijan Intersection<br>Tehran, Islamic Republic of Iran<br><br>ISLAMIC REPUBLIC OF IRAN<br>Pasadaran Avenue<br>Golestan Yekom<br>Teheran, Iran<br>ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process | ISLAMIC REPUBLIC OF IRAN<br>acting through its MINISTRY OF DEFENSE AND SUPPORT FOR ARMED FORCES<br>No. 1 Shahid Kaboli Street<br>Beginning of Resalat Highway<br>Seyyed Khandan Bridge<br>P.O. Box 16765-1479<br>Tehran, Iran<br>Attn: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process<br><br>ISLAMIC REPUBLIC OF IRAN<br>Khomeini Avenue<br>United Nations Street<br>Teheran, Iran<br>ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process |

PROOF OF SERVICE - CASE NO. 3:08-mc-80030-JSW (BZ)                                      1

| | |
|---|---|
| Director, Human Rights Headquarters of Iran<br>HIS EXCELLENCY MOHAMMAD<br>JAVAD LARIJANI<br>c/o Office of the Deputy for International<br>Affairs<br>Ministry of Justice<br>Ministry of Justice Building<br>Panzdah-Khordad (Ark) Square<br>Tehran, Islamic Republic of Iran | NATIONAL IRANIAN OIL REFINING<br>AND DISTRIBUTION COMPANY<br>Opposite of Arak Alley Ostad Nejatollahi<br>Ave.<br>Zip Code 15989<br>P.O. Box 15815/3499<br>Tehran, Iran<br>ATTN: Responsible Officer or Agent for<br>Service of Process |
| Minister of Intelligence<br>GHOLAM HOSSEIN MOHSENI EJEIE<br>MINISTRY OF INTELLIGENCE<br>Second Negarestan Street<br>Pasdaran Avenue<br>Tehran, Islamic Republic of Iran | MINISTRY OF PETROLEUM OF THE<br>ISLAMIC REPUBLIC OF IRAN<br>HAFEZ CROSSING<br>Taleghani Avenue<br>Tehran, Iran<br>ATTN: Responsible Officer or Agent for<br>Service of Process |
| Head of the Judiciary<br>AYATOLLAH MAHMOUD HASHEMI<br>SHAHROUDI<br>Howzeh Riyasat-e Qoveh Qazaiyeh<br>Office of the Head of the Judiciary<br>Pasteur Street, Vali Asr Avenue<br>South of Serah-e Jomhouri<br>Tehran 1316814737<br>Islamic Republic of Iran | NATIONAL IRANIAN OIL PRODUCTS<br>DISTRIBUTION COMPANY<br>Bahar St, Somaya Corner<br>Tehran 15617/ 33315<br>P.O .Box 6165<br>Tehran<br>ATTN: Responsible Officer or Agent for<br>Service of Process |
| MINISTRY OF ROADS AND<br>TRANSPORTATION<br>Attn: MOHAMMED RAHMATI<br>MINISTER OF ROAD AND<br>TRANSPORTATION<br>Taleghani Avenue<br>Tehran, Iran | NATIONAL IRANIAN OIL COMPANY<br>Hafez Crossing<br>Taleghani Avenue<br>Tehran, Iran<br>ATTN: Responsible Officer or Agent for<br>Service of Process |
| ALI TAHERI<br>DEPUTY MINISTER AND MANAGING<br>DIRECTOR<br>PORT & SHIPPING ORGANIZATION OF<br>THE ISLAMIC REPUBLIC OF IRAN<br>Building No. 2<br>South Didar Street<br>Shahid Hagnai Expressway, Vanak Square<br>Tehran, Iran | **HANJIN SHIPPING LINES**<br>**Attn: PRESIDENT, GENERAL**<br>**MANAGER, AGENT FOR SERVICE OF**<br>**PROCESS-LEGAL MATTERS**<br>**JEONG WON PARK, PRESIDENT AND**<br>**CHIEF EXECUTIVE OFFICER**<br>**25-11, Youido-Dong Youngdingpo-Gu**<br>**Seoul, 150-010 South Korea** |

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

NOTICE OF MOTION AND MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) **[HARBOR AND BUNKERED FUEL RIGHTS - HANJIN SHIPPING LINES]**

1  MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
2  [HARBOR AND BUNKERED FUEL RIGHTS - HANJIN SHIPPING LINES]

3  MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. §
4  708.510(a) AND F.R.C.P. 69(a)
   [HARBOR AND BUNKERED FUEL RIGHTS - HANJIN SHIPPING LINES]
5
   DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION FOR AN
6  ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. §
   708.510(a) AND F.R.C.P. 69(a)
7  [HARBOR AND BUNKERED FUEL RIGHTS - HANJIN SHIPPING LINES]

8  on the above-named person(s) by:

9  __XXX__  (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the
10 person(s) served above.

11   I declare under penalty of perjury that the foregoing is true and correct.

12   Executed on July 16, 2008.

13
                                        /s/ David J. Cook
14                                      DAVID J. COOK, ESQ. (SB# 060859)

15

16

17

18

19

20

21

22

23

24

25

26

27

28