**DAVID J. COOK, ESQ. (State Bar # 060859)**
**ROBERT J. PERKISS, ESQ (State Bar # 62386)**
**COOK COLLECTION ATTORNEYS**
**A PROFESSIONAL LAW CORPORATION**
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel.: (415) 989-4730
Fax: (415) 989-0491
File No. 52,759

Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
of the Estate of James C. Knipple (Dec.), et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al.,

Plaintiffs,

vs.

ISLAMIC REPUBLIC OF IRAN, et al.,

Defendants.

CASE NO. 3:08-mc-80030-JSW

DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)

**[HARBOR AND BUNKERED FUEL RIGHTS - HYUNDAI MERCHANT MARINE CO., LTD.]**

Date: September 3, 2008
Time: 10:00 a.m.
Courtroom: G, 15th Floor
Magistrate Judge: Bernard Zimmerman

I, DAVID J. COOK, hereby declare and state as follows:

1. I am one of the attorneys of record for Plaintiffs in the above-entitled action, am duly authorized to practice before all courts in the State of California, and am familiar with the facts and circumstances in this action.

2. The shipping schedule of **HYUNDAI MERCHANT MARINE CO., LTD.** shows that the Shipping Line frequents Iranian ports, harbors and other facilities. The Shipping Line's schedule is set forth by way of its website which shows its traffic, a true and correct copy of the download which is attached hereto marked ***Exhibit "A."*** The schedule demonstrates that the

DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) **[HARBOR AND BUNKERED FUEL RIGHTS - HYUNDAI MERCHANT MARINE CO., LTD.]** - CASE NO. 3:08-mc-80030-JSW 1

Shipping Line services Iranian ports, and also American ports, thereby creating inferences, as follows: 1) the Shipping Line is generally subject to the jurisdiction of the U.S. in both import and export of products; 2) the Shipping Line is generally doing business with Iranian port facilities in both imported and exported products.

3. As Plaintiffs have confirmed that the Shipping Line frequents Iranian harbors, ports, wharfs, docks, and other harbor-like facilities. Plaintiffs likewise have determined that Iran has a whole list of Tariffs which Iran charges oceangoing freighters, carriers, tankers, and the like, a true and correct copy of the MANUAL OF Tariffs applicable to vessels and cargo in Ports of the Islamic Republic of Iran which is attached hereto marked ***Exhibit "B."*** These tariffs clearly show the charges imposed by Iran upon oceangoing carriers, such as the Shipping Lines as described herein. Plaintiffs have also ascertained from a press release undertaken by the ports and shipping organization of the Department of Transportation of Iran, that Iran sells bunkered oil.

4. A true and correct copy of the press release entitled "PSO news, In the name of God Supplement to Port & Sea Magazine Nos 2/Sep-Oct, 2007 is attached hereto marked ***Exhibit "C."***

5. The Ministry of Roads and Transportation generally oversees the PORTS & SHIPPING ORGANIZATION ("P.S.O.") of Iran who manage the docks, harbors and related facilities pursuant to the printout from the website entitled IR IRAN's Ports & Shipping Organization, a true and correct copy of which is attached hereto marked ***Exhibit "D."***

6. Iran charges these Shipping Lines an entire array of charges for the privilege of utilizing Iranian docks, harbors, terminals and other maritime facilities, all hereinafter collectively "DOCK FEES." This label is illustrative as seen by, e.g., the entire range of charges imposed by Iran through its Manual of Tariffs Applicable to Vessels and Cargo in the Ports of the Islamic Republic of Iran, a true and correct copy of which is attached hereto marked ***Exhibit "B."***

7. The National Iranian Oil Products Distribution Company is a subsidiary of the National Iranian Oil Refining and Distributing Co., which is part of the Ministry of Petroleum of the Islamic Republic of Iran per the attached download, a true and correct copy which is attached hereto marked ***Exhibit "E."***

8. Declarant personally read, reviewed and downloaded all of the above-listed exhibits,

and personally obtained these documents by examining the website maintained by the Ports & Shipping Organization website of The Islamic Republic of Iran. Furthermore, Declarant over the last six months has become familiar with, if not immersed, in generally the economy of Iran and its large-scale business and in which Iran maintains a series of websites, providing for a vast amount of information. These Tariffs clearly show the charges imposed by Iran upon oceangoing carriers, such as the Shipping Lines as described herein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 16, 2008.

/s/ David J. Cook
DAVID J. COOK, ESQ. (SB# 060859)

**EXHIBIT "A"**

Login : MyPage : Sitemap : Korean : Chinese : Local Sit

About HMM | HMM Services | Support Center | Customer Plus

Anytime, for your business
Customer Plus

Home > Customer Plus > Schedules

Customer Plus Gu
Schedules
Rate Request
Booking
Bill of Lading
Track & Trace
Arrival Notice
Customer Report
HMM Tariffs
Desktop B/L
eHouse B/L
eMail Center

## Schedules

Sailing | Vessel | Port | Long Term | Your Own Schedule Report

TPS/TAS Schedul
HK & S.PRC Schec
Europe Schedule
Business Partner

**Sailing Schedules Results**

Booking | Rate Quote | e-mail | Excel

ACROBAT READER DOWNLOAD

Trade Lane : Intra-Asia

Origin DUBAI, U.A.E Destination BANDAR ABBAS, IRAN

Vessel Departures in 2 Week(s) from 07/08/08

| Check | Loading Port (Departure) | Vessel/Voyage | SVC | T/S | SVC | Discharging Port (Arrival) | Transit Time |
|---|---|---|---|---|---|---|---|
| | DUBAI, U.A.E 2008-07-05 | NEDLLOYD EUROPA 013E | FM2 | DIRECT | | **BANDAR ABBAS, IRAN 2008-07-05** | 0 days |
| | DUBAI, U.A.E 2008-07-07 | NEDLLOYD ASIA 014W | FM2 | DIRECT | | **BANDAR ABBAS, IRAN 2008-07-12** | 5 days |
| | DUBAI, U.A.E 2008-07-12 | NEDLLOYD ASIA 014E | FM2 | DIRECT | | **BANDAR ABBAS, IRAN 2008-07-12** | 0 days |
| | DUBAI, U.A.E 2008-07-14 | NEDLLOYD OCEANIA 014W | FM2 | DIRECT | | **BANDAR ABBAS, IRAN 2008-07-19** | 5 days |
| | DUBAI, U.A.E 2008-07-19 | NEDLLOYD OCEANIA 014E | FM2 | DIRECT | | **BANDAR ABBAS, IRAN 2008-07-19** | 0 days |
| | DUBAI, U.A.E 2008-07-21 | NEDLLOYD AMERICA 014W | FM2 | DIRECT | | **BANDAR ABBAS, IRAN 2008-07-26** | 5 days |

* Estimated. Please contact your local salesperson or customer service to verify dates and times.
* To make a booking, click 'check-button' on the left and press Booking button above.
* If no 'check-button' in routes, please contact your nearest HMM office.

Back

Move to affiliate site family site

A-1

2007 Hyundai Merchant marine CO.,LTD. All rights rese



Hyundai Merchant Marine http://www.hmm21.com/hmm/ebiz/schedule/getSailingSchedules.jsp

Login : MyPage : Sitemap : Korean : Chinese : Local Sit

About HMM | HMM Services | Support Center | Customer Plus

Anytime, for your business
Customer Plus

Home > Customer Plus > Schedules

Customer Plus Gu
Schedules
Rate Request
Booking
Bill of Lading
Track & Trace
Arrival Notice
Customer Report
HMM Tariffs
Desktop B/L
eHouse B/L
eMail Center

TPS/TAS Schedul
HK & S.PRC Schec
Europe Schedule
Business Partner:

ACROBAT READE DOWNLOAD

## Schedules

Sailing | Vessel | Port | Long Term | Your Own Schedule Report

**Sailing Schedules Results**

Booking | Rate Quote | e-mail | Excel

Trade Lane : Asia to North America

Origin YOKOHAMA, JAPAN Destination LONG BEACH, CA

Vessel Departures in 2 Week(s) from 07/08/08

| Check | Loading Port (Departure) | Vessel/Voyage | SVC | T/S | SVC | Discharging Port (Arrival) | Transit Time |
|---|---|---|---|---|---|---|---|
| | TOKYO, JAPAN 2008-07-06 | MOL MIRACLE 002E | JAS | DIRECT | | LOS ANGELES, CA 2008-07-16 | 10 days |
| ○ | YOKOHAMA, JAPAN 2008-07-07 | APL THAILAND 124E | PCE | DIRECT | | LOS ANGELES, CA 2008-07-14 | 7 days |
| ○ | YOKOHAMA, JAPAN 2008-07-11 | APL SINGAPORE 124E | PCE | DIRECT | | LOS ANGELES, CA 2008-07-21 | 10 days |
| | TOKYO, JAPAN 2008-07-14 | TRIESTE 012E | JAS | DIRECT | | LOS ANGELES, CA 2008-07-23 | 9 days |
| ○ | YOKOHAMA, JAPAN 2008-07-19 | APL PHILIPPINES 125E | PCE | DIRECT | | LOS ANGELES, CA 2008-07-28 | 9 days |
| | TOKYO, JAPAN 2008-07-21 | MOL DISCOVERY 066E | JAS | DIRECT | | LOS ANGELES, CA 2008-07-30 | 9 days |

* Estimated. Please contact your local salesperson or customer service to verify dates and times.
* To make a booking, click 'check-button' on the left and press Booking button above.
* If no 'check-button' in routes, please contact your nearest HMM office.

Back

Move to affiliate site family site

A-2

1 of 2 7/7/2008 2:18 PM

2007 Hyundai Merchant marine CO.,LTD. All rights rese