- Transfer tariff of non-container voluminous and traffic cargo is 138,600 Rials per ton .
- Transfer tariff of direct delivery of cargo in wharfs equipped with special facilities and equipments for import and export cargo and their loading and unloading are done by using the installed facilities and equipments , will be calculated and received on the basis of 20% and in other wharfs of the port , on the basis of 40% ( table 9 and 9-1 ) .
- Transfer tariff of direct delivery of cargo in Boushehr port being transferred to number 2 special economic zone with the use of special equipments will be subject to 50% discount ( enactment no 1397 dated 8.1.84 ) .
- Scrap cargo will be unloaded from vessel only as direct delivery .
- In order to modify some tariffs pertaining to cargo in normal, free and special economic zone in northern ports of the country, transfer tariffs in the said ports will be acquired as described in table 9-1 .

Table 10 - Tariff of stevedoring for general and bulk cargo

Unit : Rials

| Tariff rates of stevedoring per ton of cargo / unit | | | |
|---|---|---|---|
| Cargo group | Import and cabotage | Returned | Export , Transit and foreign transship |
| Miscellaneous cargo | 27.700 | 23,600 | 12,000 |
| Metal ware | 23,100 | 19,600 | 10,000 |
| Bags ( pallets ) | 46.200 | 39,300 | 20,000 |
| Dry bulk | 11,600 | 9,800 | 5,000 |
| Livestock ( per each ) | 4,600 | 3,900 | 2,000 |
| Cold store and frozen cargo | 55,400 | 47,100 | 24,000 |
| Junk and scrap materials ( direct delivery ) | 55,400 | 47,100 | 24,000 |
| Dangerous good | 92.400 | 78,500 | 40.000 |
| Light vehicles , per unit | 92.400 | 78,500 | 40,000 |
| Semi-heavy vehicles , per unit | 184,800 | 157,100 | 80,000 |
| Heavy vehicles , per unit | 277,200 | 235,600 | 120,000 |

**Explanations on stevedoring operations :**
**Stevedoring in two operations of loading and unloading are classified as follow :**
**A. Stevedoring in unloading operation include :**
1. Handling the cargo inside the hold
2. Transferring of the cargo from vessel to transportation means
3. Stowing of the cargo on the transportation means / warfe
The tariffs of the above mentioned operations constitute 25% , 50% and 25% of the stevedoring tariff respectively .
**B. Stevedoring in loading operation include :**
1. Loading of the cargo from transportation means to vessel
2. Handling the cargo inside the hold
3. Stowing of the cargo in the hold of vessel
The tariffs of the above mentioned operations constitute 50% , 25% and 25% of the stevedoring tariff respectively .
Transfer tariff of non-palletized cargo will be 100% higher , i.e. two folds of the rates on stevedoring table , 1650 Rials of which pertains to fine and the rest is considered as the charges of non-palletized cargo .
**Note 1:** in northern ports , since the non-palletized cargo charges have been included in transfer tariffs , they will be exempted from inclusion of the above paragraph .
**Note 2 :** in southern ports , non-palletized cargo being loaded and unloaded by traditional wooden vessels or boats of less than 200 ton capacity will be exempted from inclusion of the above paragraph .
Stevedoring tariff of cargo with bales of over 50 tons weight will be received at 50% higher rates , i.e. , 1.5 folds of the rates on stevedoring table .
In southern ports of the country , shipping lines and cargo owners can take steps to select contractors for unloading of cargo from vessel hold and act in accordance with the contract in between in respect with stevedoring operations .

Table 11 - Tariff of storage of non-container cargo ( import - cabotage and returned ) in the normal, free and special economic zone ports
Unit : ton or package or set / day
Rate : Rials

| Storage duration / Cargo group | | From the 1st day to the 10th day | From the 11th day to the 20th day | From the 21st day to the 30th day | From the 31st day to the 40th day | From the 41st day to the 50th day | After the 50th day |
|---|---|---|---|---|---|---|---|
| Miscellaneous and bags ( ton per day ) | | Exempted | 870 | 1,160 | 1,620 | 2,310 | 3,470 |
| Metal ware ( ton per day ) | | Exempted | 690 | 920 | 1,160 | 1,850 | 2,310 |
| Any kind of packaging , cartoons , cases (package per day ) | Weight of each package up to 50 kg | Exempted | 230 | 350 | 460 | 810 | 920 |
| | Weight of each package over 50 kg | Exempted | 690 | 1,040 | 1,390 | 2,080 | 2,770 |
| Light vehicles ( passenger cars , vans , ... ) unit per day | | Exempted | 13,860 | 18,480 | 23,100 | 27,720 | 36,960 |
| Semi-heavy and heavy vehicles ( trucks , tractors , minibuses , buses , ... ) unit per day | | Exempted | 23,100 | 27,720 | 32,340 | 36,960 | 46,200 |

Table 11-1 - Tariff of storage of non-container cargo (foreign transit and transshipment) in the normal, free and special economic zone ports

Unit : ton or package or set / day
Rate : Rials

| Storage duration       Cargo group | | From the 1st day to the 10th day | From the 11th day to the 20th day | From the 21st day to the 30th day | From the 31st day to the 40th day | From the 41st day to the 50th day | After the 50th day |
|---|---|---|---|---|---|---|---|
| Miscellaneous and bags ( ton per day ) | | Exempted | 375 | 500 | 700 | 1,000 | 1,500 |
| Metal ware ( ton per day ) | | Exempted | 300 | 400 | 500 | 800 | 1.000 |
| Any kind of packaging , cartoons , cases (package per day ) | Weight of each package up to 50 kg | Exempted | 100 | 150 | 200 | 350 | 400 |
| | Weight of each package over 50 kg | Exempted | 300 | 450 | 600 | 900 | 1,200 |
| Light vehicles ( passenger cars , vans , ... ) unit per day | | Exempted | 6,000 | 8,000 | 10,000 | 12,000 | 16,000 |
| Semi-heavy and heavy vehicles ( trucks , tractors , minibuses , buses , ... ) unit per day | | Exempted | 10,000 | 12,000 | 14,000 | 16,000 | 20,000 |

* for Export cargo refer to note 2 of explanation of storage page :31

Table 11-2 - Tariff of storage of non-container import and export cargo in Chabahar port

| Storage duration | Unit of calculations | Storekeeping rate |
|---|---|---|
| Up to full 15 days | Each ton per day | 5 Rials |
| 16 to full 30 days | Each ton per day | 10 Rials |
| 31 to full 45 days | Each ton per day | 40 Rials |
| 46 to full 60 days | Each ton per day | 60 Rials |
| 61 to full 90 days | Each ton per day | 100 Rials |
| 90 days upward | Each ton per day | 200 Rials |

Enactment of the thirtieth session of the high council of ports and shipping organization
25.10.1355

Table 11-3 Tariff of storage of carton boxes in Khorramshahr and Bushehr ports ( import, cabotage and returned cargo)

| Storage duration<br><br>Cargo group | | From the 1st day to the 10th day | From the 11th day to the 20th day | From the 21st day to the 30th day | From the 31st day to the 40th day | From the 41st day to the 50th day | After the 50th day |
|---|---|---|---|---|---|---|---|
| Any kind of packaging<br><br>, cartons . cases (package per day ) | Up to 15 kg | Exempted | 70 | 80 | 90 | 100 | 120 |
| | Up to 30 kg | Exempted | 90 | 120 | 140 | 170 | 230 |
| | Up to 50 kg | Exempted | 230 | 350 | 460 | 810 | 920 |
| | More than 50 kg | Exempted | 690 | 1,040 | 1,390 | 2,080 | 2,770 |

Table 11-4 Tariff of storage of carton boxes in Khorramshahr and Bushehr ports ( export, foreign transit and transship)

| Storage duration<br><br>Cargo group | | From the 1st day to the 10th day | From the 11th day to the 20th day | From the 21st day to the 30th day | From the 31st day to the 40th day | From the 41st day to the 50th day | After the 50th day |
|---|---|---|---|---|---|---|---|
| Any kind of packaging .<br><br>cartons , cases (package per day ) | Up to 15 kg | Exempted | 30 | 35 | 40 | 45 | 50 |
| | Up to 30 kg | Exempted | 40 | 50 | 60 | 75 | 100 |
| | Up to 50 kg | Exempted | 100 | 150 | 200 | 350 | 400 |
| | More than 50 kg | Exempted | 300 | 450 | 600 | 900 | 1,200 |

**Explanations on storage :**
1. After expiry of the exempted period , storage charges will be calculated and received from the first day of unloading up to the last day the cargo are in the store .
2. Export cargo are exempted from storage charges for 30 days and after expiry of this period , the storage charges will be calculated and received from the first day of entering .

**Note :** in order to promote the export and provide suitable facilities to support this matter , a secondary exemption of export cargo from storage charges for 15 days ( in addition to the primary 30 days ) will be applied with the observation of the following conditions :
A. The secondary exemption will apply only when the cargo owner has played no roles in the stay , clearance or exit of his cargo from the store and the delay in timely clearance has happened only as a result of performing the customs , standards and quarantine formalities and the events have been attested in writing by pertinent organizations .
B. In cases where the loading conditions and possibility are not prepared in the port ( so that the delivery of the cargo is not possible ) .

C.  The execution of the mentioned exemption should be applied immediately after the first storage exemption and the legal conditions on the day of declaration of cargo should be observed in the context of the law .

D.  It is obvious that if the storage period exceeds the granted 15-day exemption , the whole storage charges will be calculated and received for the entire period after the clearance document issuance date .

   3.  The storage charges of cargo like wood and paper will be calculated and received at 1.5 folds and for dangerous cargo listed in the IMDG Code and other flammable cargo at 3 folds of the rates of the first line of the table group number 11 .

**Note :** the storage charges of wood and paper in normal, free and special economic zone northern ports of the country will be calculated and received as equal to the rates contained in the first line of the table group number 11 .

   4.  The storage charges of the cargo kept in open spaces and in hangar stores of regular areas will be 75% of the storage charges in the closed warehouses.

Table 12 - duties and port charges pertaining to cargo

Index : tons of cargo and rate in Rials

| Cargo / Tariff type | Import | Export | Cabotage | Transit | Transship | Returned |
|---|---|---|---|---|---|---|
| Port duties pertaining to cargo | 50 | 12 | -- | -- | -- | -- |
| Charges of loading or unloading on the wharf | 1,000 | 250 | Origin port : 250 Destination port : 1000 | 1,000 | 1,000 | 1,000 |
| Port health duties | 5 | -- | -- | -- | -- | -- |

**Explanation :**

❖  Charges of loading on or unloading from wharf of  Grains are 18% of the figures of the above table .

❖  In dedicated wharfs and installations no charges for loading and unloading on the wharf will be acquired , but , port duties for import or export cargo will be calculated and received in accordance with the above table .

❖  For all non-insured cargo , insurance costs will be calculated and received for each month according to the following formula ( customs affairs law ) .

**CIF value of the good x 0.55 / 1000**

Cargo sent as relief supplies to disaster stricken areas ( caused from unexpected incidents ) which enter Iranian ports are exempted from all dues , duties and port charges ( on the basis of enactment of the session number 1429 dated 14.9.1384 ) .

# Section 3 :
# Dues, duties and port charges pertaining to containers

A. General conditions and definitions
B. THC
C. Storage of containers
D. Accessory services

**General conditions and definitions :**

1. Transship is unloading and transfer of a container from vessel to the container yard of terminal and then , transfer and loading of it to vessel .

2. Internal transship container: is a container that imported from a foreign port and exported to a domestic port.

3- foreign transship container: is a container that imported from a foreign port and exported to another foreign port.

4- Foreign transit container is a container with a content of foreign transit cargo.

5- Terminal operator: is an enterprise to provide services on a port terminal and is responsible for running terminal.

**Container terminal working hours and overtime works :**

Container terminal provides a 24-hour service 363 days in year .

❖ The holidays of the ports include Iranian new year day ( Aid-e-Norooz ) , the first day of Farvardin month in solar calendar ( 21st of March ) and 10th of Moharram ( Ashoora ) in lunar calendar , from 18:00 o'clock on the 9th to 18:00 o'clock on the 10th day of Moharram .

- On official holidays including Fridays , for each hour of work of Gang ( including gantry crane , GRTs and tracks ) 60 dollars will be received from shipping lines or the agent of container vessel as overtime demand .

34

**Table 13**
Rates of loading and unloading of containers (THC) and applicable discounts on the basis of yearly operations volume
( import - foreign transit - transship - export )
In American Dollars per TEU

| Container size | | | Basic rate | Rates from 6001 to 9999 | Rates from 10000 to 14,999 | Rates from 15000 to 19999 | Rates from 20,000 to 39999 | Rates from 40,000 to 59999 | Rates from 60000 to 79999 | Rates from 80,000 upward |
|---|---|---|---|---|---|---|---|---|---|---|
| 20 | Full | Import | 110 | 100 | 90 | 80 | 69 | 66 | 64 | 62 |
| | | Internal transit | 110 | 100 | 90 | 80 | 69 | 66 | 64 | 62 |
| | | Export | 45 | 41 | 37 | 33 | 28 | 27 | 26 | 25 |
| | | foreign transit | 80 | 72 | 66 | 58 | 50 | 48 | 46 | 45 |
| | | Internal Transshipment | 100 | 90 | 82 | 72 | 62 | 60 | 58 | 56 |
| | | Foreign Transshipment | 120 | 108 | 98 | 86 | 75 | 73 | 68 | 65 |
| | | Returned | 94 | 85 | 76 | 68 | 59 | 56 | 54 | 53 |
| | Empty | Incoming /outgoing | 58 | 56 | 52 | 50 | 46 | 42 | 41 | 40 |
| | | Empty transshipment | 84 | 79 | 74 | 68 | 63 | 60 | 55 | 53 |
| 40 | Full | Import | 165 | 149 | 133 | 116 | 99 | 95 | 91 | 88 |
| | | Internal transit | 165 | 149 | 133 | 116 | 99 | 95 | 91 | 88 |
| | | Export | 67/5 | 60 | 54 | 47 | 41 | 39 | 37 | 36 |
| | | foreign transit | 100 | 97 | 90 | 84 | 72 | 69 | 66 | 64 |
| | | Internal Transshipment | 150 | 135 | 121 | 105 | 90 | 86 | 83 | 80 |
| | | Foreign Transshipment | 171 | 154 | 141 | 124 | 107 | 103 | 101 | 95 |
| | | Returned | 140 | 127 | 113 | 99 | 84 | 81 | 77 | 75 |
| | Empty | Incoming /outgoing | 80 | 75 | 68 | 67 | 64 | 60 | 59 | 58 |
| | | Empty transshipment | 110 | 105 | 103 | 99 | 94 | 90 | 87 | 82 |

The rates for transship of both 20 and 40 feet containers include two operations of loading and unloading

**Table 13-1**
THC tariffs of containers in non-container terminals using port equipments at 120 percent of the preliminary table
In American Dollars per TEU

| Container size | | | Basic rate | Rates from 6001 to 9999 | Rates from 10000 to 14,999 | Rates from 15000 to 19999 | Rates from 20,000 to 39999 | Rates from 40,000 to 59999 | Rates from 60000 to 79999 | Rates from 80,000 upward |
|---|---|---|---|---|---|---|---|---|---|---|
| 20 | Full | Import | 132 | 120 | 108 | 96 | 83 | 79 | 77 | 74 |
| | | Internal transit | 132 | 120 | 108 | 96 | 83 | 79 | 77 | 74 |
| | | Export | 54 | 49 | 44 | 40 | 33 | 32 | 31 | 30 |
| | | foreign transit | 96 | 86 | 79 | 70 | 60 | 58 | 55 | ·54 |
| | | Internal Transshipment | 120 | 108 | 98 | 86 | 74 | 72 | 70 | 67 |
| | | Foreign Transshipment | 144 | 130 | 118 | 103 | 90 | 88 | 82 | 78 |
| | | Returned | 112 | 102 | 91 | 82 | 71 | 67 | 65 | 64 |
| | Empty | Incoming /outgoing | 70 | 67 | 62 | 59 | 55 | 50 | 49 | 48 |
| | | Empty transshipment | 101 | 95 | 89 | 82 | 76 | 72 | 66 | 64 |
| 40 | Full | Import | 198 | 178 | 160 | 139 | 119 | 114 | 110 | 106 |
| | | Internal transit | 198 | 178 | 160 | 139 | 119 | 114 | 110 | 106 |
| | | Export | 81 | 72 | 65 | 57 | 49 | 46 | 45 | 43 |
| | | foreign transit | 120 | 116 | 108 | 101 | 86 | 83 | 7 | 77 |
| | | Internal Transshipment | 180 | 162 | 145 | 126 | 108 | 103 | 100 | 96 |
| | | Foreign Transshipment | 205 | 185 | 169 | 149 | 128 | 124 | 121 | 114 |
| | | Returned | 168 | 152 | 136 | 119 | 101 | 96 | 92 | 90 |
| | Empty | Incoming /outgoing | 96 | 90 | 82 | 81 | 77 | 72 | 71 | 70 |
| | | Empty transshipment | 132 | 126 | 124 | 119 | 113 | 108 | 104 | 98 |

Table 13-2
THC tariffs of containers in non-container terminals using vessel equipments at 70 percent of the preliminary table
In American Dollars per TEU

| Container size | | | Basic rate | Rates from 6001 to 9999 | Rates from 10000 to 14,999 | Rates from 15000 to 19999 | Rates from 20,000 to 39999 | Rates from 40,000 to 59999 | Rates from 60000 to 79999 | Rates from 80,000 upward |
|---|---|---|---|---|---|---|---|---|---|---|
| 20 | Full | Import | 77 | 70 | 63 | 56 | 48 | 46 | 45 | 43 |
| | | Internal transit | 77 | 70 | 63 | 56 | 48 | 46 | 45 | 43 |
| | | Export | 32 | 29 | 26 | 23 | 20 | 19 | 18 | 18 |
| | | foreign transit | 56 | 50 | 46 | 41 | 35 | 34 | 32 | 32 |
| | | Transshipment | 70 | 63 | 57 | 50 | 43 | 42 | 41 | 39 |
| | | Returned | 84 | 76 | 69 | 60 | 53 | 51 | 48 | 46 |
| | Empty | Incoming /outgoing | 65 | 60 | 53 | 48 | 41 | 39 | 38 | 37 |
| | | Empty transshipment | 41 | 39 | 36 | 35 | 32 | 29 | 28 | 28 |
| 40 | Full | Import | 59 | 55 | 52 | 48 | 44 | 42 | 39 | 37 |
| | | Internal transit | 116 | 104 | 93 | 81 | 69 | 66 | 64 | 62 |
| | | Export | 116 | 104 | 93 | 81 | 69 | 66 | 64 | 62 |
| | | foreign transit | 47 | 42 | 38 | 33 | 28 | 27 | 26 | 25 |
| | | Transshipment | 70 | 68 | 63 | 59 | 50 | 48 | 46 | 45 |
| | | Returned | 105 | 95 | 85 | 74 | 63 | 60 | 58 | 56 |
| | Empty | Incoming /outgoing | 120 | 108 | 99 | 87 | 75 | 72 | 71 | 67 |
| | | Empty transshipment | 98 | 89 | 79 | 69 | 59 | 57 | 54 | 52 |
| | | | 56 | 52 | 48 | 47 | 45 | 42 | 42 | 41 |
| | | | 77 | 74 | 72 | 69 | 66 | 63 | 61 | 57 |

**General explanations , receiving method and granted discounts regarding THC tariffs**

1. Discounts based on performance volume do not cover repositioning of the container on the vessel .
2. Delivery or transfer of the direct delivery containers are performed in the special site of direct delivery of container terminal .
3. Lashing and unlashing refers to all types of quick release or manual lashings .
4. All transship containers in discounts system based on performance volume are only considered one move .
5. All empty containers entering the port through vessels and leaving it through vessels as empty are only considered one move in discounts system based on performance volume .
6. The charges for handling containers unloaded in out of container terminal should be paid by cargo owners on the basis of related tariffs .
7. THC of up to 6000 moves is calculated on the basis of basic rates . The said charges for operations bigger than 6000 moves , will be calculated and received after subtraction of the amount of each column and on the basis of the scope of the related columns ( in a graded manner ) in respect with performance of the shipping line to which the container belongs . In calculation of volume related discounts , only the following containers will be counted :

A. Containers transported to the port directly and by the same shipping line .

B. The leased containers of the container shipping lines have been carried to the port by the lines and it has been recorded in manifests and B/Ls issued by the shipping line .

C. The containers carried to the port by container shipping lines who have also carried containers of two or more container lines to the port and are traveling in that route .

Note 1 of paragraph C : all shipping lines including carrying container , owner of the container or the agent of the owner are obliged to determine the authentic container owner's name loading in the lists sent as EDI to the computer system of Shahid Rajaii container terminal
 at the time of sending the information of the entrance manifest of the vessels .

Note 2 of paragraph C : in case that the Note 1 of paragraph C is not realized , the THC bills related to containers whose owners' names have not been specified in the sent information of the manifest (EDI) ,will be calculated and claimed from the carrying shipping line on the basis of maximum ( basic ) rates .

Note 3 of paragraph C : statements and bills of THC issued by the container terminal operator of each port will be issued and sent separately to each of the owners or hirers of containers through their related agents in Iran for confirmation and payment of the related charges .

D. The vessels coming from origins other than the Persian gulf and Oman Sea region as roundtrip carrying containers from this region to Iranian ports .

Note 1 : Volume based discounts do not include vessels coming from ports of Persian Gulf and Oman Sea ports ( Dubai , Salaleh , Pakistani ports , ... )

8. No discounts on the THC table will be considered out of the above conditions or under miscellaneous conditions of container entry .
9. Any container shipping line signing a contract with the port committing to perform at least 20,000 moves in a year will enjoy THC discounts on each related column of the table group number 13 .

In this case , the THC calculation and exaction at the discounted rates will be carried out from the first day of the contract year to the last container of the one year period .

At the end of the contract year , if the performance of the shipping line is less than the amount

committed , then , in addition to exaction of the THC at the rate of the table , a difference will be acquired from the shipping line as penalty , whose amount will be calculated from the following formula :

( the amount committed - the amount performed ) x committed THC rate = penalty difference

Note 1: If the shipping line contracted with the private terminal operator, limit of 20000 teu can be avoided.

Note 2: The penalty will be calculated on that base, if the counteract signed with port authority; otherwise it will be depend on items of conteract.

If the shipping line performance exceeds the committed amount in the contract year , the basis for calculation will be the related columns of the table group number 13 .

Note - provision of a written commitment and valid cheque of the company party to the contract instead of bank guarantee will be acceptable in order to ensure the implementation of the contract in case of signing contract with port authority otherwise it will be depend on terminal operator acceptance.

10. The THC charges of the full container will be undertaken by the cargo owners or their legal representatives , but these charges are exacted from shipping lines by the port or its contractor as its agent , just for facilitation of the affairs . And consequently , the shipping line will receive the sailed charges from the cargo owner .

Note : all shipping lines are obliged to receive the same amount paid to the port from the cargo owners , and exaction of any amount exceeding the basic rates of the THC tables from the cargo owners is forbidden .

11. The THC charges of the empty containers will be due to the shipping line .

12. The THC tariffs at the time of unloading will include the following operations as separated by the operation : unloading from vessel (50%) , moving to the yard (20%) , unloading and stowing in the yard (15%) and loading to the cargo owner's means and stowing (15%) and the THC tariffs at the time of loading will consist the following operations as separated by the operation : unloading and stowing in CY (15%) , loading to the carrying means and stowing (15%) , moving to the side of vessel (20%) , and loading to vessel (50%) .

13. The THC charges include lashing and unlashing charges of the container .

Note : if the lashing and unlashing operation is other than the THC operations , then the related charges will be calculated and received on the basis of the pertaining tariffs ( table 23 ) .

14. In order to modify some tariffs pertaining to containers in normal, free and special economic zone northern ports of the country, the THC charges are calculated and received in accordance with the transfer tariff and stevedoring tariff as per the following tables .

**Table 14 - Tariff of container cargo' transfer in normal, free and special economic zone northern ports of the country**

Unit : Rials

| Cargo type | 20 feet | | 40 feet | |
|---|---|---|---|---|
| | Full | Empty | Full | Empty |
| Imported Containers per unit | 181,300 | 126,900 | 226,600 | 158,600 |
| Export and transshipment containers per unit | 72,110 | 103,014 | 57,688 | 82,412 |

**Table 15 - Tariff of container cargo' stevedoring in normal, free and special economic zone northern ports of the country**

Unite: Rails

| | |
|---|---|
| 20 and 40 feet container per ton | 12,800 |
| Export and Transit containers cargo per ton | 5,800 |

**Tables of tariffs of storage of containers according to container type**
**Table 16 - Tariff of storage of internal transit and imported containers**

set/day/Rails

| Storage duration | 20 feet | | 40 feet | |
|---|---|---|---|---|
| | Full | Empty | Full | Empty |
| From day 1 to day 10 | Exempted | Exempted | Exempted | Exempted |
| From day 11 to day 30 | 35,200 | 17,600 | 70,400 | 35,200 |
| From day 31 to day 60 | 48,400 | 30,800 | 83,600 | 44,000 |
| From day 61 to day 90 | 61,600 | 35,200 | 96,800 | 52,800 |
| From day 90 onward | 88,000 | 44,000 | 123,200 | 61,600 |

**Table 16-1 - Tariff of storage of foreign transit, export and transshipment containers**

set/day/Rails

| Storage duration | 20 feet | | 40 feet | |
|---|---|---|---|---|
| | Full | Empty | Full | Empty |
| From day 1 to day 10 | Exempted | Exempted | Exempted | Exempted |
| From day 11 to day 30 | 16,000 | 8,000 | 32,000 | 16,000 |
| From day 31 to day 60 | 22,000 | 14,000 | 38,000 | 20,000 |
| From day 61 to day 90 | 28,000 | 16,000 | 44,000 | 24,000 |
| From day 90 onward | 40,000 | 20,000 | 56,000 | 28,000 |

Note: only transship empty containers

40

**Table 16-2 - Tariff of storage of transship containers in Imam Khomeini and Bandar Abbas ports**   set/day/Rails

| Storage duration | 20 feet | | 40 feet | |
|---|---|---|---|---|
| | Full | Empty | Full | Empty |
| From day 1 to day 20 | Exempted | Exempted | Exempted | Exempted |
| From day 21 to day 30 | 16,000 | 8,000 | 32,000 | 16,000 |
| From day 31 to day 60 | 22,000 | 14,000 | 38,000 | 20,000 |
| From day 61 to day 90 | 28,000 | 16,000 | 44,000 | 24,000 |
| From day 90 onward | 40,000 | 20,000 | 56,000 | 28,000 |

*According to the enactment number E_H/315/31107 dated 83.3.12 of the honorable managing board of the organization , the exemption period from storage tariffs of transshipment containers in Imam Khomeini and Shahid Rajaii ports is 20 days .

**Table 16-3 - Tariff of storage of containers of dangerous cargo of all classes except classes 1 and 7**

set/day/Rails

| Storage duration | 20 feet | | 40 feet | |
|---|---|---|---|---|
| | Full | Empty | Full | Empty |
| From day 1 to day 10 | Exempted | Exempted | Exempted | Exempted |
| From day 11 to day 30 | 105,600 | 17,600 | 211,200 | 35,200 |
| From day 31 to day 60 | 145,200 | 30,800 | 250,800 | 44,000 |
| From day 61 to day 90 | 184,800 | 35,200 | 290,400 | 52,800 |
| From day 90 onward | 264,000 | 44,000 | 369,600 | 61,600 |

**Table 16-4 - Tariff of storage of non standard containers**   set/day/Rails

| Storage duration | 20 feet | | 40 feet | |
|---|---|---|---|---|
| | Full | Empty | Full | Empty |
| From day 1 to day 10 | Exempted | Exempted | Exempted | Exempted |
| From day 11 to day 30 | 70,400 | 35,200 | 140,800 | 70,400 |
| From day 31 to day 60 | 96,800 | 61,600 | 167,200 | 88,000 |
| From day 61 to day 90 | 123,200 | 70,400 | 193,600 | 150,600 |
| From day 90 onward | 176,000 | 88,000 | 246,400 | 123,200 |

**Explanations on storage :**

1. Payment of the storage charges of the empty and full containers will be due to the shipping line or its agent .

2. Export cargo are exempted from storage charges for 30 days and after expiry of this period , the storage charges will be calculated and received from the first day of unloading .

**Note 1 :** in order to promote the export and provide suitable facilities to support this matter , a secondary exemption of export cargo from storage charges for 15 days ( in addition to the primary 30 days ) will be applied with observation of the following conditions :

A. The secondary exemption will apply only when the cargo owner has played no roles in the stay , clearance or exit of his cargo from the store and the delay in timely clearance has happened only as a result of performing the customs , standard and quarantine formalities and the instances have been attested in writing by pertinent organizations .

B. In cases where the loading conditions and possibility are not prepared in the port ( so that the delivery of the cargo is not possible ) .

C. The execution of the mentioned exemption should be applied immediately after the first storage exemption and the legal conditions on the day of declaration of cargo should be observed in the context of the law .

D. It is obvious that if the storage period exceeds the granted 15-day exemption , the whole storage charges will be calculated and received for the entire period after the clearance document issuance date .

3. After expiry of the exemption period , the storage charges will be calculated and received for the whole period of stay in the terminal ( from the unloading day up to the last day of stay ) and on the basis of the related column rates .

4. At the discretion of the port and agreement of the customhouse , containers with the stay length of more than 30 days in container terminal which have entered through sea , will be transited administeredly to other customhouses of the country ( Sirjan , Tehran western , Shahriar , Esfahan , ... ) and the remaining storage and other pertaining charges plus handling charges will be received from the cargo owner at the final release and the port's share will be deposited to the incomes account of the port . transportation and storage charges in the destination customhouses will also be incumbent upon the cargo owner .

5. Containers left from license are subject to storage charges which will be received from the cargo owner or his legal representative at the time of issuance of the final bill .

6. Containers transferred to CFS stores for strip operations or assessment , will be subject to full container storage charges until the time of stripping or exiting terminal . In addition , the stripped cargo transferred to CFS will also be subject to storage charges in accordance with the storage tariff table in CFS ( table 20 ) .

7. Any changes in the rates of the above table will be feasible only with the agreement of the port and the contractor and approval of the honorable managing board of the ports and shipping organization .

8. In order to modify some rates pertaining to container in Noshahr port , and free or special economic zones in northern ports storage charges of the containers in the said port will be calculated and received as described below :

**Table 16–5 – Tariff of container storage in normal, free and special economic zone northern ports of the country**

set/day/Rails

| Storage duration | 20 feet | | 40 feet | |
|---|---|---|---|---|
| | Full | Empty | Full | Empty |
| From day 1 to day 10 | Exempted | Exempted | Exempted | Exempted |
| From day 11 to day 30 | 9,630 | 4,820 | 19,260 | 9,630 |
| From day 31 to day 60 | 12,470 | 6,230 | 24,930 | 12,470 |
| From day 61 to day 90 | 13,600 | 6,800 | 27,200 | 13,600 |
| From day 90 onward | 15,860 | 7,930 | 31,730 | 15,860 |

**Table 16–5 –1 Tariff of export and transit container storage in normal, free and special economic zone northern ports of the country**

set/day/Rails

| Storage duration | 20 feet | | 40 feet | |
|---|---|---|---|---|
| | Full | Empty | Full | Empty |
| From day 1 to day 10 | Exempted | Exempted | Exempted | Exempted |
| From day 11 to day 30 | 4,378 | 2,189 | 8,756 | 4,378 |
| From day 31 to day 60 | 5,666 | 2,833 | 11,333 | 5,666 |
| From day 61 to day 90 | 6,181 | 3,090 | 12,362 | 6,181 |
| From day 90 onward | 7,112 | 3,606 | 14,432 | 7,212 |

Note: With reference to paragraph number 1,2 Explanations on storage page no:42

**Table 16-6 Tariff of import container storage in Bushehr Special Economic Zone port**

set/day/Rails

| Storage duration | 20 feet | 40 feet |
|---|---|---|
| From day 1 to day 30 | 18,130 | 31,728 |
| From day 31 to day 60 | 15,864 | 27,196 |
| From day 61 to day 120 | 13,598 | 24,930 |
| From day 121 onward | 15,864 | 19,264 |

**3. Containers carrying dangerous cargo :**
- The rates of the table 13 (THC) for import or export containers carrying dangerous cargo will be calculated and received at 50% higher and for transit and transship containers carrying dangerous cargo at 20% higher .
- For containers carrying dangerous cargo, whose statements of being dangerous are not submitted to the Shahid Rajaee port 6 hours and for other ports 24 hours before delivering the container or wrongly stated or their stowing of the contents are not in accordance with stowing or packing bases, 400 dollars for each unit of 20 feet container and 800 dollars for each 40 feet container will be received from the shipping line in addition to the total amount of THC .

It is obvious that all charges of inspection , laboratory , environmental and port sites cleaning , service equipments and tools , relief , safety and security used in this regard in addition to other related charges will be acquired from the shipping line or its agent .

Consignments of dangerous (class 1) and radioactive (class 7) in IMDG Code classification should get out of the port as direct delivery and other containers carrying dangerous cargo (specially of classes 3 and 5) are also permitted to stay in the port only for 48 to 72 hours at the discretion of the port and have to leave the port thereafter , and in case of not doing so , the port will take steps to transfer such cargo to other places and all pertaining charges will be borne by the cargo owner .

**4. Handling of container on the vessel**

**Table 17 - Tariff of repositioning of container on the vessel**

Per each unit

| No | Description of the operations in repositioning containers | Amount in dollars |
|----|-----------------------------------------------------------|-------------------|
| 1 | Repositioning of container from hold to hold (bay to bay) or changing the situation of container inside the hold without using wharf | 33 |
| 2 | Repositioning of container from a hold to another hold (bay to bay) or changing the situation of container inside the hold with using wharf | 55 |
| 3 | Opening of each hatch cover and putting it over another hatch cover and closing the hatch cover again | 55 |
| 4 | Opening of each hatch cover and putting it over the wharf and closing the hatch cover again | 110 |
| 5 | Repositioning of the stock box on the basis of each repositioning stage | 33 |

**5. Container terminal operations**

**Table 18**

Per each unit

| No | | Description of the operations in container terminals | Amount in Rails |
|---|---|---|---|
| 20 feet container | Full | Each move of loading or unloading of container or each move of transfer in container terminal | 33,000 |
| | Empty | Each move of loading or unloading of container or each move of transfer in container terminal | 77,000 |
| 40 feet container | Full | Each move of loading or unloading of container or each move of transfer in container terminal | 55,000 |
| | Empty | Each move of loading or unloading of container or each move of transfer in container terminal | 100,000 |

**6. Exploitation of special equipments :**
- For exploitation of wire , chain and other similar extra devices for repositioning , loading or unloading of a container 55 dollars extra to the THC tariffs will be charged .

**7. Heavy weight containers :**
For loading and unloading or repositioning of such containers only allowed and special equipments of the port will be used and all changes will be received in accordance with the functioning hours of the special equipments and on the basis of the mutually agreed tariffs .

**8. Stripping of containers :**
   - Charges of the complete stripping of a 20feet FCL container will be 880,000 Rials and 40feet container 1,100,000 Rials which will be done on request of the cargo owner and will also be incumbent on the cargo owner.
   - Charges of the complete stripping of a 20 feet LCL container will be 110 Dollars and 40 feet container 132 Dollars which will be done after the container enters the operations terminal site and its payment is incumbent upon the shipping line or its agent .

**Note :** if the shared ownership of LCL containers is not stated before entry of the vessel , 132 dollars for 20feet container and 165 dollars for 40feet container will be acquired from the shipping line or its agent .
   - For provision of extra services and operations in stripping of containers into a wagon , an extra amount of 77,000 Rials for 20feet container and 99,000 Rials for 40feet container will be exacted by the contractor of the port in addition to the container stripping charges .
   - Charges of stripping a part of the container space will be determined as follow :

**Tariff of stripping of containers on the basis of the cargo volume**
**Table 19**

| Container size | Cargo volume | Amount in Rails |
|---|---|---|
| 20feet container | Up to 3 cubic meters | 220,000 |
| | Up to 10 cubic meters | 310,000 |
| | Over 10 cubic meters | 440,000 |
| 40feet container | Up to 3 cubic meters | 220,000 |
| | Up to 10 cubic meters | 310,000 |
| | Up to 15 cubic meters | 440,000 |
| | Over 15 cubic meters | 660,000 |

**9. CFS storage including :**
Table of charges of keeping cargo in CFS of unloaded cargo from shared containers (LCL) in container terminal ( in tons per day )

**Tariff of cargo storage in CFS**

**Table 20**

Unit : ton / day / Rails

| Storage period | From unloading date up to 10 days | From 11 to 30 days | From 31 to 45 days | From 46 to 60 days | From 61 to 75 days | From 76 to 90 days | From 91 days onward |
|---|---|---|---|---|---|---|---|
| Import | Exempted | 2,970 | 4,400 | 6,600 | 8,800 | 13,200 | 17,600 |
| Foreign transit and transship | Exempted * | 1,350 | 2,000 | 3,000 | 4,000 | 6,000 | 8,000 |
| Export | Exempted | Exempted | 2,000 | 3,000 | 4,000 | 6,000 | 8,000 |

*transshipment cargo exemption period is 20 days

- After expiry of the exemption period , the storage charges will be calculated and received on the basis of the whole period of stay in the terminal ( from the unloading day up to the last day of stay ) and on the basis of the related column rates .

**10. Loading and unloading of cars in/out of container :**

**Table 21**

| Loading and unloading of cars in/out of container | 265,000 Rials |
|---|---|
| lashing of cars in the container | 615,000 Rials |

**Table 22**
**11. Monitoring and services of refer containers**
For monitoring and services of refer containers , the following charges will be received in addition to the THC and related storage charges .

| Refer 20 feet container in the yard | 88,000 Rials | Every 24 hours |
|---|---|---|
| Refer 40 feet container in the yard | 132,000 Rials | Every 24 hours |

- These services include plugging and unplugging and temperature control too .
- Container terminal will not be held liable for any technical and repairing problems of refer containers and will only report the situation to the shipping line or its agent .
- The plugging and unplugging services for refer containers on vessel board will be done at the requests and needs and will cost 22 dollars for each container .
- The repositioning changes of the refer containers stripped into special storage areas will be due to the container terminal operator of the ports .

**Accessory services**

**Table 23**

| No | Description | Amount |
|----|-------------|--------|
| 12 | **Crane standby :**<br>After 30 minutes standby , for each hour or a portion of an hour of gantry crane | 220 Dollars |
| 13 | **Label :**<br>Removing label from container | 44,000 Rails |
|    | Sticking label to container | 44,000 Rails |
| 14 | **Flat rocking of the container ( per wall )** | 44,000 Rails |
| 15 | **Tarpaulin covering of open top containers :**<br>20feet container | 90,000 Rails |
|    | 40feet container | 135,000 Rails |
| 16 | **Administrative and current changes :**<br>Changing the container's status from import to transship and vice versa | 90,000 Rails |
|    | Changing the destination port of container delivered to CY | 135,000 Rails |
|    | Container loaded on trailer for being loaded to vessel , but brought back to CY at the request of the shipping agency | 33 Dollars |
|    | Issuing of manifest for each unit of container | 4,400 Rails |
|    | Issuing of interchange between lines | 132,000 Rails |
|    | Amendment or attachment of data at the request of the agency or cargo owner , per unit | 26,400 Rails |
|    | Manual data entry of the loading list , per unit of container | 4,400 Rails |
|    | Preparing and issuing of the final stowing plan ( bay plan ) , per unit of container | 4,400 Rails |
|    | Correcting and changing of position of the container when the container door orientation is not correct | 11 Dollars |
|    | Container delivered to port without statement of destination | 132,000 Rails |
| 17 | **Plumbing charges ( in sealing and unsealing ) :**<br>For each number of seal used | 17,500 Rails |
| 18 | **Time renting of equipments :**<br>Each hour of gantry crane | 297 Dollar |
| 19 | **Lashing and unlashing charges ( in operations other than THC ) :**<br>Per unit of container | 1 Dollar |

# Attachment :

# Other tariffs

**Charges receivable from ships and vessels for quarantine services expenses**

From all ships and vessels entering Islamic Republic of Iran's territorial waters from foreign ports and stay in Iranian berths and ports are charged some amounts as "quarantine service charges" for each marine trip on the basis of the following table which are deposited in the account of ministry of health , treatment and medical education .

**Table 24**
A. cargo and passenger vessel

| No | Gross capacity of vessel | Quarantine service charges |
|----|--------------------------|----------------------------|
| 1 | Up to 500 tons | Exempted |
| 2 | From 501 to 1000 tons | Each unit 26/4 Dollars |
| 3 | From 1001 to 2500 tons | Each unit 34/1 Dollars |
| 4 | From 2501 to 4000 tons | Each unit 41/8 Dollars |
| 5 | From 4001 to 5000 tons | Each unit 45/1 Dollars |
| 6 | From 5001 to 7000 tons | Each unit 49/5 Dollars |
| 7 | From 7001 to 10000 tons | Each unit 52/8 Dollars |
| 8 | From 10001 to 20000 tons | Each unit 57/2 Dollars |
| 9 | From 20001 to 30000 tons | Each unit 60/5 Dollars |
| 10 | From 30001 tons upward | Each unit 64/9 Dollars |

( Enactment of the board of ministers under number 37954 dated 16.6.1379 )

**Table 25**
B. Oil Tankers

| No | Gross capacity of vessel | Quarantine service charges |
|----|--------------------------|----------------------------|
| 1 | Up to 5000 tons | Each unit 26/4 Dollars |
| 2 | From 5001 to 15000 tons | Each unit 31/9 Dollars |
| 3 | From 15001 to 25000 tons | Each unit 37/4 Dollars |
| 4 | From 25001 to 35000 tons | Each unit 41/8 Dollars |
| 5 | From 35001 to 45000 tons | Each unit 45/1 Dollars |
| 6 | From 45001 to 55000 tons | Each unit 49/5 Dollars |
| 7 | From 55001 to 65000 tons | Each unit 52/8 Dollars |
| 8 | From 65001 to 75000 tons | Each unit 57/2 Dollars |
| 9 | From 75001 to 100000 tons | Each unit 60/5 Dollars |
| 10 | From 100001 to 150000 tons | Each unit 64/9 Dollars |
| 11 | From 150001 to 250000 tons | Each unit 68/2 Dollars |
| 12 | From 250001 tons upward | Each unit 72/6 Dollars |

C. In addition to the amounts mentioned for health care measures , some amounts are also acquired as   charges of rodent removal and issuing international certificates from vessels lacking credible certificates according to their registered net weights as described below :

**Table 26**

| No | Registered net weight of vessel | Charges of rodent removal and issuing international certificates |
|----|--------------------------------|------------------------------------------------------------------|
| 1 | Up to 100 tons | Exempted |
| 2 | From 101 to 1500 tons | Each unit 113/3 Dollars |
| 3 | From 1501 to 2500 tons | Each unit 189/2 Dollars |
| 4 | From 2501 to 3500 tons | Each unit 211/2 Dollars |
| 5 | From 3501 to 4500 tons | Each unit 284/9 Dollars |
| 6 | From 4501 to 5500 tons | Each unit 322/3 Dollars |
| 7 | From 5501 to 6500 tons | Each unit 379/5 Dollars |
| 8 | From 6501 to 7500 tons | Each unit 455/4 Dollars |
| 9 | From 7501 to 8500 tons | Each unit 492/8 Dollars |
| 10 | From 8501 tons upward | Each unit 531/3 Dollars |

**Explanation :**
Costs of the amounts of poisons used will be calculated and added to the above amounts with respect to the temporal values .

### Tariff of communication charges

**Table 27**
A. Land line charges (LL)

| From Iran to | Charges in Gold Franc | | |
|--------------|-----------------------|----------------------|---------------------|
| | Each word of telegram | Telephone per minute | Telex per minute |
| **Islamic Republic of Iran** | | | |
| Coastal station region | 0.00 | 0.00 | 0.00 |
| Others regions | 0.20 | 1.00 | 0.60 |
| **Europe** | | | |
| Turkey | 1.30 | 6.00 | 3.70 |
| Other countries | 1.50 | 6.30 | 4.40 |
| **Africa** | | | |
| Algeria , Egypt , Morocco , Tunisia | 1.50 | 4.50 | 4.40 |
| Other countries | 1.60 | 8.60 | 5.80 |
| **Asia** | | | |
| Pakistan | 0.30 | 2.80 | 1.58 |
| Iraq , Bahrain , Kuwait , Oman , Qatar | 0.35 | 2.90 | 2.90 |
| UAE , Bangladesh , Cypress , Yemen , Saudi Arabia , Syria , Lebanon | 0.37 | 4.00 | 4.40 |
| Japan , Hong Kong , Indonesia , Korea , Malaysia , China , Maldives , Singapore , Sri Lanka , Thailand , Philippines , Taiwan | 0.40 | 7.50 | 5.90 |
| Australia and Oceania | 1.30 | 10.00 | 5.90 |
| America | 1.00 | 5.00 | 4.40 |

**Table 28**
B. Coast station charges (CC)

|  | Charges in Gold Franc | | |
|---|---|---|---|
|  | Each word of telegram | Telephone per minute | Telex per minute |
| **Telegrams** | 1.00 |  |  |
| **Telephone contacts ( minimum 3 minutes )** |  |  |  |
| VHF |  | 2.00 |  |
| MF |  | 2.34 |  |
| HF |  | 2.34 |  |
| **Radio telex contacts ( minimum 3 minutes )** |  |  | 3.00 |

**Explanations :**
Vessel to coast radio charges calculations :
**A. Coast station charges (CC)**
If the vessel asks for a radiotelephone communication or sending a radio telegram or radio telex to the port's operation district and the city where the radio station is located , the basis for calculations will be only the CC amount .
**B. Land line charges (LL)**
If the vessel asks for a radiotelephone communication or sending a radio telegram or radio telex to other parts of Iran or out of country from the coastal station , the basis for calculations will be only the sum of CC and LL amounts .
**Note 1 :**
All messages of vessel to the HARBOR , QUARANTINE , PORT CONTROL , PORT HEALTH , and MASTER addresses through VHF - telegram or radio telex will be allowable .
Radio charges from coast to vessel for all telephone communications , sending telegrams or radio telex from coast to vessel will include only LL charges .
**Note 2 :**
1. In order to persuade Iranian vessels to use coastal stations of the country , all radio communications ( vessel to port and port to vessel ) including radiotelephone , telegram and radio telex will be calculated at 50% discounted rates .
Clarifying that for the communication requests of Iranian vessels through coastal stations to outside the country , the basis of calculations will be the tariff and such communications will not be subject to the 50% discount .
2. On the day of victory of Islamic revolution ( February 11 ) , first of Farvardin ( Iranian new year day = March 21 ) , and religious feasts of Qorban , Qadir and Fitr , 5 days in total , providing radio services to Iranian vessels on HF band will be free of charge .
3. Provision of medical services to all vessels through contact of the vessel with a physician on the coast , having contract with the organization , is also free .
4. In order to encourage and persuade foreign vessels to contact marine communication stations of Iranian ports , for all radiotelephone services between 22 o'clock and 4 o'clock

in the morning of next day of the 25th of December only land line charges (LL) will be calculated .

Note 3 –

1. Radiotelephone : minimum time calculated will be 3 minutes including 1 minute of operator's charge .
2. Radio telex : minimum time calculated will be 3 minutes including 1 minute of operator's charge .
3. Minimum amount for regular telegram will be 7 words , and it will be calculated at two folds if it is urgent .
4. Minimum amount for telegram received as SLT will be 22 words .
5. All figures listed on the related tables are in GOLDEN FRANC .
6. The exchange rate being used for calculations of each month will be the formal exchange rate of Dollar against Rial on the last day of the previous month .

*C. Provision of navigation safety ( Navtex ) services including broadcasting of meteorological messages , seafaring warnings , primary emergency messages and navigation signs are free of charge .*

## Tariffs of diving operations charges

**Table 29**

Tariffs of diving operations charges are as per the following table

| No | Operation type | Depth in feet | Rate for man-hour |
|----|----------------|---------------|-------------------|
| 1 | Underwater inspection and search operation | 0 to 60<br>60 to 120<br>120 upward | 9,000 Rails<br>13,500 Rails<br>18,000 Rails |
| 2 | Recovering and floatation operation | 0 to 60<br>60 to 120<br>120 upward | 12,000 Rails<br>18,000 Rails<br>24,000 Rails |
| 3 | Underwater technical operation like welding , cutting , scraping , dredging , underwater washing , taking pictures or video , repairing and so on . | 0 to 60<br>60 to 120<br>120 upward | 15,000 Rails<br>22,500 Rails<br>30,000 Rails |
| 4 | Destruction , explosions and detonation operations | 0 to 60<br>60 to 120<br>120 upward | 20,000 Rails<br>30,000 Rails<br>40,000 Rails |

(enactment of the high commission of the ports and shipping organization under number 1/8861 dated 16.10.74)

## Method of calculation of diving operations charges

A. Diving operations charges are equal to multiplication of the hours of work by the number of people participated in the operation by the amount stipulated on the above table .

B. Charge of tugboat or vessel is equal to the working hours multiplied by the rate of hourly rental of the unit used .

C. 50% of the charges of the paragraph A will be added to the sum of charges as amortization of the equipments , consumed materials and mission charges of personnel involved in diving operation .

D. Charges of accommodation of the diving personnel in missions not using tugboats of the port will be borne by the applicant .

**Tariff of charges of collecting and cleaning of oil materials per hour**

**Table 30**

For each hour

| No | Equipment needed | Number | Iranian vessels | Foreign vessels |
|----|------------------|--------|-----------------|-----------------|
| 1 | Tugboat | 1 unit | In accordance with tariff | |
| 2 | Boat | 1 unit | In accordance with tariff | |
| 3 | 500 ton barge without engine | 1 unit | In accordance with tariff | |
| 4 | Oil patches harnessing boom | For each 20 meters | Rails<br>480,000 | Dollars<br>300 |
| 5 | Skimmer | Up to capacity of 20 cubic meters per hour | 400,000 | 250 |
| 6 | Skimmer | From capacity of 21 to 50 cubic meters per hour | 640,000 | 400 |
| 7 | Chemical cleaning materials | For each liter | 80,000 | 50 |
| 8 | Separator exploitation | Per cubic meter of collected materials | 80,000 | 50 |
| 9 | Port institutions washing device | Not including Chemical cleaning materials | 240,000 | 150 |
| 10 | Wages of technicians and casual workers | Each man-hour | 80,000 | 50 |
| 11 | Expert consultancy charges | Each man-hour | 340,000 | 150 |

**( enactment of the high commission of the ports and shipping organization under number 1/8861 dated 16.10.74 )**

**Note** – if the pollution place is located in a distance  farther than 17 nautical miles , then , 30% is added to the rates of the equipments .

**Tariff of registry duties of a vessel \***

Article 13 - registry duties and other duties applicable to registration of title documents of a vessel are as follow :

**Table 31**
A.  Registry duties tariff

| No | Gross registered capacity of vessel | Registry duties tariff in Rails |
|----|-------------------------------------|--------------------------------|
| 1  | Under 500 tons | Each unit 30,000 |
| 2  | From 501 to 1000 tons | Each unit 40,000 |
| 3  | From 1001 to 1500 tons | Each unit 50,000 |
| 4  | From 1501 to 2000 tons | Each unit 70,000 |
| 5  | From 2001 to 2500 tons | Each unit 90,000 |
| 6  | From 2501 to 3000 tons | Each unit 110,000 |
| 7  | From 3001 to 40000 tons | Each unit 130,000 |
| 8  | From 4001 to 5000 tons | Each unit150,000 |
| 9  | From 5001 to 6000 tons | Each unit 170,000 |
| 10 | From 6001 to 7000 tons | Each unit 190,000 |
| 11 | From 7001 to 8000 tons | Each unit 210,000 |
| 12 | From 8001 to 9000 tons | Each unit 230,000 |
| 13 | From 9001 to 10000 tons | Each unit 250,000 |
| 14 | From 10001 tons upward | Each unit 300,000 |

B. Renewal registry duties of vessels will be on the basis of 50% of the registry duties listed in the article A above .
C. Charges of registration of changes in certificates are 5000 Rials per change in specifications or characteristics of the vessel or its components .
D. Charges of issuing duplicate certificate for registration of a vessel will be 30% of the registry duties of the same vessel .
\*( articles extracted from the marine law of Iran approved by common commission of the parliament on 29.6.1342 )

**Registry duties of transactions on ships and vessels**

**Table 32**

Registry duties of all transactions related to ships and vessels (including mortgage or else)

| No | Net registered capacity | Registry duties |
|---|---|---|
| 1 | Under 500 tons | 30,000 Rials |
| 2 | From 501 to 1000 tons | 50,000 Rials |
| 3 | From 1001 to 5000 tons | 100,000 Rials |
| 4 | From 5001 to 10000 tons | 150,000 Rials |
| 5 | From 10001 tons upward | 250,000 Rials |

**Table 33 Note of protest**

Vessels carrying Iranian flag

| No | Registered gross capacity | Amount payable |
|---|---|---|
| 1 | Up to 10000 tons | 30,000 Rials |
| 2 | Over 10000 tons | 50,000 Rials |

**Table 34 Vessels carrying foreign flag**

| No | Registered gross capacity | Amount payable |
|---|---|---|
| 1 | Up to 10000 tons | 300 Dollars |
| 2 | Over 10000 tons | 500 Dollars |

**Table 35**

Table of calculation of expenses for provision of re-inspection services for vessels carrying foreign flag

| Vessel capacity | Re-inspection service provision charges in working hours |
|---|---|
| Gross capacity of less than 500 GT | 80 Dollars |
| Gross capacity of 500 GT to 1000 GT | 120 Dollars |
| Gross capacity of 1001 GT to 3000 GT | 200 Dollars |
| Gross capacity of 3000 GT to 4000 GT | 400 Dollars |
| Gross capacity of over 40000 GT | 600 Dollars |
| In case of provision of inspection out of working hours and on holidays, the amount of 50 dollars will be added to the charges of above table. | |

**(Enactment of the session number 1470 of the managing board dated 1385.8.15)**