1  DAVID J. COOK, ESQ. (State Bar # 060859)
   ROBERT J. PERKISS, ESQ (State Bar # 62386)
2  COOK COLLECTION ATTORNEYS
   A PROFESSIONAL LAW CORPORATION
3  165 Fell Street
   San Francisco, CA  94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA  94104-0270
5  Tel.: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52.759

7  Attorneys for Plaintiffs
   DEBORAH D. PETERSON. Personal Representatives
8  of the Estate of James C. Knipple (Dec.), et al.

9              UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12
   DEBORAH D. PETERSON, Personal      )   CASE NO. 3:08-mc-80030-JSW
13 Representative of the Estate of James C.  )
   Knipple (Dec.), et al.,            )
14                                     )   PROOF OF SERVICE
              Plaintiffs,             )
15                                     )
                                       )
   vs.                                 )
16                                     )
   ISLAMIC REPUBLIC OF IRAN, et al.,   )
17                                     )
              Defendants.             )
18 _____)

19 HIS EXCELLENCY AYATOLLAH SAYED          ISLAMIC REPUBLIC OF IRAN
   `ALI KHAMENEI                           acting through its MINISTRY OF DEFENSE
20 THE OFFICE OF THE SUPREME               AND SUPPORT FOR ARMED FORCES
   LEADER                                  No. 1 Shahid Kaboli Street
21 Islamic Republic Street                 Beginning of Resalat Highway
   Shahid Keshvar Doust Street             Seyyed Khandan Bridge
22 Tehran, Islamic Republic of Iran        P.O. Box 16765-1479
                                           Tehran, Iran
23 HIS EXCELLENCY MAHMOUD                  Attn: President Mahmoud Ahmadinejad or
   AHMADINEJAD THE PRESIDENT               Responsible Officer or Agent for Service of
24 Palestine Avenue                        Process
   Azerbaijan Intersection
25 Tehran, Islamic Republic of Iran        ISLAMIC REPUBLIC OF IRAN
                                           Khomeini Avenue
26 ISLAMIC REPUBLIC OF IRAN                United Nations Street
   Pasadaran Avenue                        Teheran, Iran
27 Golestan Yekom                          ATTN: President Mahmoud Ahmadinejad or
   Teheran, Iran                           Responsible Officer or Agent for Service of
28 ATTN: President Mahmoud Ahmadinejad or  Process
   Responsible Officer or Agent for Service of
   Process

PROOF OF SERVICE - CASE NO. 3:08-mc-80030-JSW (BZ)                                    1

1   Director, Human Rights Headquarters of Iran
    HIS EXCELLENCY MOHAMMAD
2   JAVAD LARIJANI
    c/o Office of the Deputy for International
3   Affairs
    Ministry of Justice
4   Ministry of Justice Building
    Panzdah-Khordad (Ark) Square
5   Tehran, Islamic Republic of Iran

NATIONAL IRANIAN OIL REFINING
AND DISTRIBUTION COMPANY
Opposite of Arak Alley Ostad Nejatollahi
Ave.
Zip Code 15989
P.O. Box 15815/3499
Tehran, Iran
ATTN: Responsible Officer or Agent for
Service of Process

6   Minister of Intelligence
    GHOLAM HOSSEIN MOHSENI EJEIE
7   MINISTRY OF INTELLIGENCE
    Second Negarestan Street
8   Pasdaran Avenue
    Tehran, Islamic Republic of Iran
9

MINISTRY OF PETROLEUM OF THE
ISLAMIC REPUBLIC OF IRAN
HAFEZ CROSSING
Taleghani Avenue
Tehran, Iran
ATTN: Responsible Officer or Agent for
Service of Process

    Head of the Judiciary
10  AYATOLLAH MAHMOUD HASHEMI
    SHAHROUDI
11  Howzeh Riyasat-e Qoveh Qazaiyeh
    Office of the Head of the Judiciary
12  Pasteur Street, Vali Asr Avenue
    South of Serah-e Jomhouri
13  Tehran 1316814737
    Islamic Republic of Iran
14

NATIONAL IRANIAN OIL PRODUCTS
DISTRIBUTION COMPANY
Bahar St, Somaya Corner
Tehran 15617/ 33315
P.O .Box 6165
Tehran
ATTN: Responsible Officer or Agent for
Service of Process

    MINISTRY OF ROADS AND
15  TRANSPORTATION
    Attn: MOHAMMED RAHMATI
16  MINISTER OF ROAD AND
    TRANSPORTATION
17  Taleghani Avenue
    Tehran, Iran
18

NATIONAL IRANIAN OIL COMPANY
Hafez Crossing
Taleghani Avenue
Tehran, Iran
ATTN: Responsible Officer or Agent for
Service of Process

    ALI TAHERI
19  DEPUTY MINISTER AND MANAGING
    DIRECTOR
20  PORT & SHIPPING ORGANIZATION OF
    THE ISLAMIC REPUBLIC OF IRAN
21  Building No. 2
    South Didar Street
22  Shahid Hagnai Expressway,Vanak Square
    Tehran, Iran
23

**HYUNDAI MERCHANT MARINE CO.,
LTD.
Attn: PRESIDENT, GENERAL
MANAGER, AGENT FOR SERVICE OF
PROCESS-LEGAL MATTERS
SEONG MAN KIM, PRESIDENT
JAE JUNG LEE, CEO
66, JukSuhn-Dong Jongro-Gu
Seoul, 110-052 South Korea**

        I declare:
24

        I am employed in the County of San Francisco, California. I am over the age of eighteen
25  (18) years and not a party to the within cause. My business address is 165 Fell Street, San
    Francisco, CA 94102. On the date set forth below, I served the attached:
26

        NOTICE OF MOTION AND MOTION FOR AN ORDER COMPELLING
27  ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
    **[HARBOR AND BUNKERED FUEL RIGHTS - HYUNDAI MERCHANT MARINE
28  CO., LTD.]**

1   MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT
    TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
2   **[HARBOR AND BUNKERED FUEL RIGHTS - HYUNDAI MERCHANT MARINE
    CO., LTD.]**
3
    MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR
4   AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. §
    708.510(a) AND F.R.C.P. 69(a)
5   **[HARBOR AND BUNKERED FUEL RIGHTS - HYUNDAI MERCHANT MARINE
    CO., LTD.]**
6
    DECLARATION OF DAVID J. COOK. ESQ. IN SUPPORT OF MOTION FOR AN
7   ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. §
    708.510(a) AND F.R.C.P. 69(a)
8   **[HARBOR AND BUNKERED FUEL RIGHTS - HYUNDAI MERCHANT MARINE
    CO., LTD.]**
9
    on the above-named person(s) by:
10
    __XXX__   (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage
11  thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the
    person(s) served above.
12
    I declare under penalty of perjury that the foregoing is true and correct.
13
    Executed on July 16, 2008.
14

15                                      ___/s/ David J. Cook_____
                                        DAVID J. COOK, ESQ. (SB# 060859)
16

17

18

19

20

21

22

23

24

25

26

27

28