DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel.: (415) 989-4730
Fax: (415) 989-0491
File No. 52,759

Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
of the Estate of James C. Knipple (Dec.), et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants. | CASE NO. 3:08-mc-80030-JSW <br><br> DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) <br><br> [HARBOR AND BUNKERED FUEL RIGHTS - KAWASAKI KISEN KAISHA LTD / "K" LINE] <br><br> Date: September 3, 2008 <br> Time: 10:00 a.m. <br> Courtroom: G, 15th Floor <br> Magistrate Judge: Bernard Zimmerman |

I, DAVID J. COOK, hereby declare and state as follows:

1. I am one of the attorneys of record for Plaintiffs in the above-entitled action, am duly authorized to practice before all courts in the State of California, and am familiar with the facts and circumstances in this action.

2. The shipping schedule of **KAWASAKI KISEN KAISHA LTD / "K" LINE** shows that the Shipping Line frequents Iranian ports, harbors and other facilities. The Shipping Line's schedule is set forth by way of its website which shows its traffic, a true and correct copy of the download which is attached hereto marked *Exhibit "A."* The schedule demonstrates that the

1  Shipping Line services Iranian ports, and also American ports, thereby creating inferences, as
2  follows: 1) the Shipping Line is generally subject to the jurisdiction of the U.S. in both import and
3  export of products; 2) the Shipping Line is generally doing business with Iranian port facilities in
4  both imported and exported products.

5       3. As Plaintiffs have confirmed that the Shipping Line frequents Iranian harbors, ports,
6  wharfs, docks, and other harbor-like facilities. Plaintiffs likewise have determined that Iran has a
7  whole list of Tariffs which Iran charges oceangoing freighters, carriers, tankers, and the like, a true
8  and correct copy of the MANUAL OF Tariffs applicable to vessels and cargo in Ports of the
9  Islamic Republic of Iran which is attached hereto marked *Exhibit "B."* These tariffs clearly show
10 the charges imposed by Iran upon oceangoing carriers, such as the Shipping Lines as described
11 herein. Plaintiffs have also ascertained from a press release undertaken by the ports and shipping
12 organization of the Department of Transportation of Iran, that Iran sells bunkered oil.

13       4. A true and correct copy of the press release entitled "PSO news, In the name of God
14 Supplement to Port & Sea Magazine Nos 2/Sep-Oct, 2007 is attached hereto marked *Exhibit "C."*

15       5. The Ministry of Roads and Transportation generally oversees the PORTS & SHIPPING
16 ORGANIZATION ("P.S.O.") of Iran who manage the docks, harbors and related facilities
17 pursuant to the printout from the website entitled IR IRAN's Ports & Shipping Organization, a true
18 and correct copy of which is attached hereto marked *Exhibit "D."*

19       6. Iran charges these Shipping Lines an entire array of charges for the privilege of utilizing
20 Iranian docks, harbors, terminals and other maritime facilities, all hereinafter collectively "DOCK
21 FEES." This label is illustrative as seen by, e.g., the entire range of charges imposed by Iran
22 through its Manual of Tariffs Applicable to Vessels and Cargo in the Ports of the Islamic Republic
23 of Iran, a true and correct copy of which is attached hereto marked *Exhibit "B."*

24       7. The National Iranian Oil Products Distribution Company is a subsidiary of the National
25 Iranian Oil Refining and Distributing Co., which is part of the Ministry of Petroleum of the Islamic
26 Republic of Iran per the attached download, a true and correct copy which is attached hereto
27 marked *Exhibit "E."*

28       8. Declarant personally read, reviewed and downloaded all of the above-listed exhibits,

1  and personally obtained these documents by examining the website maintained by the Ports &
2  Shipping Organization website of The Islamic Republic of Iran. Furthermore, Declarant over the
3  last six months has become familiar with, if not immersed, in generally the economy of Iran and its
4  large-scale business and in which Iran maintains a series of websites, providing for a vast amount
5  of information. These Tariffs clearly show the charges imposed by Iran upon oceangoing carriers,
6  such as the Shipping Lines as described herein.
7     I declare under penalty of perjury that the foregoing is true and correct.
8     Executed on July 16, 2008.

          /s/ David J. Cook
          DAVID J. COOK, ESQ. (SB# 060859)

F:\USERS\DJCNEW\petersonsf.assignKLINES

DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) [HARBOR AND BUNKERED FUEL RIGHTS - KAWASAKI KISEN KAISHA LTD / "K" LINE] - CASE NO. 3:08-mc-80030-JSW          3

**EXHIBIT "A"**

http://www.kline.co.jp/biz/container/map/pdf/csg.pdf



Westbound

|  | Jebel Ali | Bandarabbas | Karachi | Mundra |
|---|---|---|---|---|
| Shanghai | 15 | 16 | 19 | 21 |
| Ningbo | 14 | 15 | 18 | 20 |
| Xiamen | 12 | 13 | 16 | 18 |
| Singapore | 8 | 9 | 12 | 14 |

Eastbound

|  | Singapore | Shanghai | Ningbo | Xiamen |
|---|---|---|---|---|
| Jebel Ali | 13 | 19 | 20 | 22 |
| Bandarabbas | 11 | 17 | 18 | 20 |
| Karachi | 8 | 14 | 15 | 17 |
| Mundra | 6 | 12 | 13 | 15 |

7/7/2008 2:28 PM

EXHIBIT  A-1

http://www.kline.co.jp/biz/container/map/pdf/psw1.pdf



Eastbound

|  | Long Beach | Oakland |
|---|---|---|
| Kobe | 18 | 22 |
| Ningbo | 16 | 20 |
| Xiamen | 15 | 19 |
| Yantian | 13 | 17 |
| Hong Kong | 12 | 16 |

Westbound

|  | Kobe | Ningbo | Xiamen | Yantian | Hong Kong |
|---|---|---|---|---|---|
| Long Beach | 13 | 15 | 17 | 18 | 19 |
| Oakland | 11 | 13 | 15 | 16 | 17 |

7/7/2008 2:37 PM

EXHIBIT A-2