**DAVID J. COOK, ESQ. (State Bar # 060859)**
**ROBERT J. PERKISS, ESQ (State Bar # 62386)**
**COOK COLLECTION ATTORNEYS**
**A PROFESSIONAL LAW CORPORATION**
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel.: (415) 989-4730
Fax: (415) 989-0491
File No. 52,759

Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
of the Estate of James C. Knipple (Dec.), et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>Defendants. | CASE NO. 3:08-mc-80030-JSW<br><br>PROOF OF SERVICE |

HIS EXCELLENCY AYATOLLAH SAYED 'ALI KHAMENEI
THE OFFICE OF THE SUPREME LEADER
Islamic Republic Street
Shahid Keshvar Doust Street
Tehran, Islamic Republic of Iran

HIS EXCELLENCY MAHMOUD AHMADINEJAD THE PRESIDENT
Palestine Avenue
Azerbaijan Intersection
Tehran, Islamic Republic of Iran

ISLAMIC REPUBLIC OF IRAN
Pasadaran Avenue
Golestan Yekom
Teheran, Iran
ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process

ISLAMIC REPUBLIC OF IRAN
acting through its MINISTRY OF DEFENSE AND SUPPORT FOR ARMED FORCES
No. 1 Shahid Kaboli Street Beginning of Resalat Highway Seyyed Khandan Bridge
P.O. Box 16765-1479 Tehran, Iran
Attn: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process

ISLAMIC REPUBLIC OF IRAN
Khomeini Avenue United Nations Street
Teheran, Iran ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process

Director. Human Rights Headquarters of Iran
HIS EXCELLENCY MOHAMMAD JAVAD LARIJANI
c/o Office of the Deputy for International Affairs
Ministry of Justice
Ministry of Justice Building
Panzdah-Khordad (Ark) Square
Tehran, Islamic Republic of Iran

Minister of Intelligence
GHOLAM HOSSEIN MOHSENI EJEIE
MINISTRY OF INTELLIGENCE
Second Negarestan Street
Pasdaran Avenue
Tehran. Islamic Republic of Iran

Head of the Judiciary
AYATOLLAH MAHMOUD HASHEMI SHAHROUDI
Howzeh Riyasat-e Qoveh Qazaiyeh
Office of the Head of the Judiciary
Pasteur Street, Vali Asr Avenue
South of Serah-e Jomhouri
Tehran 1316814737
Islamic Republic of Iran

MINISTRY OF ROADS AND TRANSPORTATION
Attn: MOHAMMED RAHMATI
MINISTER OF ROAD AND TRANSPORTATION
Taleghani Avenue
Tehran. Iran

ALI TAHERI
DEPUTY MINISTER AND MANAGING DIRECTOR
PORT & SHIPPING ORGANIZATION OF THE ISLAMIC REPUBLIC OF IRAN
Building No. 2
South Didar Street
Shahid Hagnai Expressway,Vanak Square
Tehran. Iran

NATIONAL IRANIAN OIL REFINING AND DISTRIBUTION COMPANY
Opposite of Arak Alley Ostad Nejatollahi Ave.
Zip Code 15989
P.O. Box 15815/3499
Tehran, Iran
ATTN: Responsible Officer or Agent for Service of Process

MINISTRY OF PETROLEUM OF THE ISLAMIC REPUBLIC OF IRAN
HAFEZ CROSSING
Taleghani Avenue
Tehran. Iran
ATTN: Responsible Officer or Agent for Service of Process

NATIONAL IRANIAN OIL PRODUCTS DISTRIBUTION COMPANY
Bahar St, Somaya Corner
Tehran 15617/ 33315
P.O .Box 6165
Tehran
ATTN: Responsible Officer or Agent for Service of Process

NATIONAL IRANIAN OIL COMPANY
Hafez Crossing
Taleghani Avenue
Tehran, Iran
ATTN: Responsible Officer or Agent for Service of Process

**KAWASAKI KISEN KAISHA LTD / "K" LINE**
**Attn: PRESIDENT, GENERAL MANAGER, AGENT FOR SERVICE OF PROCESS-LEGAL MATTERS**
**HIROYUKI MAEKAWA, EXECUTIVE PRESIDENT**
**HIBIYA CENTRAL BUILDING 2-9, Nishi Shinbashi 1 Chrome Minato-ku**
**TKY 105 8421, Japan**

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco. CA 94102. On the date set forth below, I served the attached:

NOTICE OF MOTION AND MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) **[HARBOR AND BUNKERED FUEL RIGHTS - KAWASAKI KISEN KAISHA LTD / "K" LINE]**

MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
**[HARBOR AND BUNKERED FUEL RIGHTS - KAWASAKI KISEN KAISHA LTD / "K" LINE]**

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
**[HARBOR AND BUNKERED FUEL RIGHTS - KAWASAKI KISEN KAISHA LTD / "K" LINE]**

DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
**[HARBOR AND BUNKERED FUEL RIGHTS - KAWASAKI KISEN KAISHA LTD / "K" LINE]**

on the above-named person(s) by:

__XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 16, 2008.

/s/ David J. Cook
DAVID J. COOK, ESQ. (SB# 060859)