1  **DAVID J. COOK, ESQ. (State Bar # 060859)**
   **ROBERT J. PERKISS, ESQ. (State Bar # 62386)**
2  **COOK COLLECTION ATTORNEYS**
   **A PROFESSIONAL LAW CORPORATION**
3  165 Fell Street
   San Francisco. CA  94102
4  Mailing Address: P.O. Box 270
   San Francisco. CA  94104-0270
5  Tel: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,759

7  Attorneys for Plaintiffs
   DEBORAH D. PETERSON, Personal Representatives
8  of the Estate of James C. Knipple (Dec.), et al.

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12

13  DEBORAH D. PETERSON, Personal        )     CASE NO. 3:08-mc-80030-JSW
    Representative of the Estate of James C.  )
    Knipple (Dec.), et al.,              )     MOTION FOR AN ORDER COMPELLING
14                                        )     ASSIGNMENT OF RIGHTS PURSUANT TO
                                          )     C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
15          Plaintiffs,                   )
                                          )
16  vs.                                   )     **[HARBOR AND BUNKERED FUEL**
                                          )     **RIGHTS - MAERSK LINE (A.P. MOLLER**
17  ISLAMIC REPUBLIC OF IRAN, et al.,     )     **MAERSK A/S)]**
                                          )
18          Defendants.                   )     Date:  September 3, 2008
    _____ )     Time: 10:00 a.m.
19                                               Courtroom: G, 15th Floor
                                                 Magistrate Judge: Bernard Zimmerman

20        Plaintiffs DEBORAH D. PETERSON, Personal Representative of the Estate of James C.

21  Knipple (Dec.). et al. ("Plaintiffs") will and do hereby move this court for an order or relief, as

22  follows:

23        1. For an order compelling THE ISLAMIC REPUBLIC OF IRAN (hereinafter "Iran") to

24  assign to Plaintiffs all rights to payment of money, and accounts. accounts receivable, due and

25  payable. or in the future. or conditional upon some future events, from and owing by the Shipping

26  Line herein, arising out of the use of any harbor, docking, wharf, dreyage, loading or unloading

27  facilities, and other facilities provided by any dock, harbor, pier, warehouse, wharf. or other

28  harbor-like facilities, along with and including the sale of bunkered oil and/or fuel provided. sold.

1  delivered, or vended to **MAERSK LINE (A.P. MOLLER MAERSK A/S)** (hereinafter "Shipping

2  Line") by Iran, hereinafter collectively "Harbor and Bunkered Fuel Rights."

3  　　　　The basis of this motion is that the Shipping Line described herein frequents the docks,

4  harbors, piers, and/or wharfs of Iran, and may purchase from time to time bunkered oil or fuel

5  from Iran, and therefore may owe from time to time various sums of money due Iran.

6  　　　　Plaintiffs seek an order compelling Iran to assign all of these rights due, or which become

7  due, or are conditional, to and in favor of Plaintiffs for purposes of satisfaction of the judgment,

8  either in part or in whole.

9  　　　　This motion is based upon this Motion, the Notice, the Memorandum of Points and

10  Authorities, the Declaration of David J. Cook, Esq., upon all pleadings, papers and other matters

11  on file herein, all matters which this court may take judicial notice hereof, which include but are

12  not limited to, all papers, pleadings and other matters on file herein in that certain action known as

13  *DEBORAH D. PETERSON, Personal Representatives of the Estate of James C. Knipple (Dec.), et*

14  *al., vs. ISLAMIC REPUBLIC OF IRAN, et al.*, United States District Court for the District of

15  Columbia, Consolidated Civil Actions: 01-2094 (RCL) and 01-2684 (RCL), all other matters

16  which the court may take judicial notice thereof, and upon all oral evidence and argument which

17  may be presented at the hearing hereof.

18  DATED:  July 16, 2008　　　　　　　　　COOK COLLECTION ATTORNEYS

19  　　　　　　　　　　　　　　　　　　　By: ____/s/ David J. Cook_____
　　　　　　　　　　　　　　　　　　　DAVID J. COOK, ESQ. (SB# 060859)
20  　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　　　DEBORAH D. PETERSON, Personal
21  　　　　　　　　　　　　　　　　　　　Representatives of the Estate of James C. Knipple
　　　　　　　　　　　　　　　　　　　(Dec.), et al.

22

23  F:\USERS\DJCNEW\petersonsf.assignMAERSK

24

25

26

27

28

MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
[HARBOR AND BUNKERED FUEL RIGHTS - MAERSK LINE (A.P. MOLLER MAERSK A/S)]
CASE NO. 3:08-mc-80030-JSW　　　　　　　　　　　　　　　　　　　　　　　　　　　2