1  **DAVID J. COOK, ESQ. (State Bar # 060859)**
   **ROBERT J. PERKISS, ESQ (State Bar # 62386)**
2  **COOK COLLECTION ATTORNEYS**
   **A PROFESSIONAL LAW CORPORATION**
3  165 Fell Street
   San Francisco, CA  94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA  94104-0270
5  Tel.: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,759

7  Attorneys for Plaintiffs
   DEBORAH D. PETERSON, Personal Representatives
8  of the Estate of James C. Knipple (Dec.), et al.

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12
   DEBORAH D. PETERSON, Personal      )    CASE NO. 3:08-mc-80030-JSW
13 Representative of the Estate of James C.  )
   Knipple (Dec.), et al.,            )    DECLARATION OF DAVID J. COOK, ESQ.
14                                     )    IN SUPPORT OF MOTION FOR
              Plaintiffs,             )    ASSIGNMENT OF RIGHTS PURSUANT TO
15                                     )    C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
   vs.                                )
16                                     )    [HARBOR AND BUNKERED FUEL
   ISLAMIC REPUBLIC OF IRAN, et al.,  )    RIGHTS - MAERSK LINE (A.P. MOLLER
17                                     )    MAERSK A/S)]
              Defendants.             )
18 _____    )    Date:  September 3, 2008
                                           Time: 10:00 a.m.
19                                         Courtroom: G, 15th Floor
                                           Magistrate Judge: Bernard Zimmerman
20
         I, DAVID J. COOK, hereby declare and state as follows:
21
         1.  I am one of the attorneys of record for Plaintiffs in the above-entitled action, am duly
22
   authorized to practice before all courts in the State of California, and am familiar with the facts
23
   and circumstances in this action.
24
         2.  The shipping schedule of **MAERSK LINE (A.P. MOLLER MAERSK A/S)** shows
25
   that the Shipping Line frequents Iranian ports, harbors and other facilities.  The Shipping Line's
26
   schedule is set forth by way of its website which shows its traffic, a true and correct copy of the
27
   download which is attached hereto marked ***Exhibit "A."***  The schedule demonstrates that the
28

DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION FOR ASSIGNMENT OF RIGHTS
PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) [HARBOR AND BUNKERED FUEL RIGHTS -
MAERSK LINE (A.P. MOLLER MAERSK, A/S)] - CASE NO. 3:08-mc-80030-JSW                           1

1   Shipping Line services Iranian ports, and also American ports, thereby creating inferences, as

2   follows: 1) the Shipping Line is generally subject to the jurisdiction of the U.S. in both import and

3   export of products; 2) the Shipping Line is generally doing business with Iranian port facilities in

4   both imported and exported products.

5       3. As Plaintiffs have confirmed that the Shipping Line frequents Iranian harbors, ports,

6   wharfs, docks, and other harbor-like facilities. Plaintiffs likewise have determined that Iran has a

7   whole list of Tariffs which Iran charges oceangoing freighters, carriers, tankers, and the like, a true

8   and correct copy of the MANUAL OF Tariffs applicable to vessels and cargo in Ports of the

9   Islamic Republic of Iran which is attached hereto marked *Exhibit "B."* These tariffs clearly show

10  the charges imposed by Iran upon oceangoing carriers, such as the Shipping Lines as described

11  herein. Plaintiffs have also ascertained from a press release undertaken by the ports and shipping

12  organization of the Department of Transportation of Iran, that Iran sells bunkered oil.

13      4. A true and correct copy of the press release entitled "PSO news, In the name of God

14  Supplement to Port & Sea Magazine Nos 2/Sep-Oct, 2007 is attached hereto marked *Exhibit "C."*

15      5. The Ministry of Roads and Transportation generally oversees the PORTS & SHIPPING

16  ORGANIZATION ("P.S.O.") of Iran who manage the docks, harbors and related facilities

17  pursuant to the printout from the website entitled IR IRAN's Ports & Shipping Organization, a true

18  and correct copy of which is attached hereto marked *Exhibit "D."*

19      6. Iran charges these Shipping Lines an entire array of charges for the privilege of utilizing

20  Iranian docks, harbors, terminals and other maritime facilities, all hereinafter collectively "DOCK

21  FEES." This label is illustrative as seen by, e.g., the entire range of charges imposed by Iran

22  through its Manual of Tariffs Applicable to Vessels and Cargo in the Ports of the Islamic Republic

23  of Iran, a true and correct copy of which is attached hereto marked *Exhibit "B."*

24      7. The National Iranian Oil Products Distribution Company is a subsidiary of the National

25  Iranian Oil Refining and Distributing Co., which is part of the Ministry of Petroleum of the Islamic

26  Republic of Iran per the attached download, a true and correct copy which is attached hereto

27  marked *Exhibit "E."*

28      8. Declarant personally read, reviewed and downloaded all of the above-listed exhibits,

1   and personally obtained these documents by examining the website maintained by the Ports &

2   Shipping Organization website of The Islamic Republic of Iran.  Furthermore. Declarant over the

3   last six months has become familiar with, if not immersed. in generally the economy of Iran and its

4   large-scale business and in which Iran maintains a series of websites, providing for a vast amount

5   of information.  These Tariffs clearly show the charges imposed by Iran upon oceangoing carriers.

6   such as the Shipping Lines as described herein.

7          I declare under penalty of perjury that the foregoing is true and correct.

8          Executed on July 16. 2008.

9

10                                          ___/s/ David J. Cook_____
                                            DAVID J. COOK, ESQ. (SB# 060859)

11

12   F:\USERS\DJCNEW\petersonsf.assignMAERSK

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION FOR ASSIGNMENT OF RIGHTS
PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) [HARBOR AND BUNKERED FUEL RIGHTS -
MAERSK LINE (A.P. MOLLER MAERSK. A/S)] - CASE NO. 3:08-mc-80030-JSW                    3

# EXHIBIT "A"

# ⊠ MAERSK LINE

简体中文  Español  English                                                                          Log in | Register | Help

**Home   About us   Our services   News & Media   Help & Contact   Local websites**                    Search

**My Maersk Line**

**Schedules**

» **By location**

» By vessel

» By port

» By map

» By trade lane

**Rates**

**Tracking**

 » Live Help
Let us help you in
an online chat

## Schedules - Transport plan

Actions:

Preferred routings ...

Summary

Found 2 schedules matching your search.

From location:     Jebel Ali Dubai, AE

To location:       Bandar Abbas, IR

Date

From:   07 Jul 2008

To:     21 Jul 2008

Number of weeks  ⦿ 2  ○ 4  ○ 6  ○ 8  Search

The transport plan can be pre
2, 4, 6 or 8 weeks and if you
change, please select the red
number of weeks and click S

If you have search for altern:
routing via the Action drop d
please note that the standard
might not be valid.

⦿  Estimated transit time: 1 days

| Location | Arrival | Departure | Transport via | Voyage no. | Flag | Lloyd's |
|---|---|---|---|---|---|---|
| Jebel Ali Terminal, AE | | 12-Jul-2008 07:00 | NEDLLOYD ASIA | 0814 | LR | 891566 |
| Bandar Abbas Terminal, IR | 12-Jul-2008 21:00 | | | | | |

○  Estimated transit time: 1 days

| Location | Arrival | Departure | Transport via | Voyage no. | Flag | Lloyd's |
|---|---|---|---|---|---|---|
| Jebel Ali Terminal, AE | | 19-Jul-2008 07:00 | NEDLLOYD OCEANIA | 0814 | LR | 891568 |
| Bandar Abbas Terminal, IR | 19-Jul-2008 21:00 | | | | | |

**Note!** Dates for arrivals and departures are local date and time and estimates
are given without guarantee and subject to change without prior notice.

E

Terms of use | Privacy policy | Sitemap | © A.P. Møller - Mærsk A/S. All rights reserved          **A.P. Moller - Maersk Group**

EXHIBIT __A__



**MAERSK LINE**

简体中文  Español  English                                                          Log in | Register | Help

Home  About us  Our services  News & Media  Help & Contact  Local websites                Search

My Maersk Line
Schedules
» By location
» By vessel
» By port
» By map
» By trade lane

Schedules
- by port                                    (for optimal print set print orientation to landscape)

Fill in all the fields below and click "Search". Fields marked with * are mandatory.
Enter dates manually or click on the calendar icon to select a date.

Port name:* [Bandar Abbas]

From date:* [30-Jun-2008]   To date:* [28-Jul-2008]   Search   Reset   + 7 days    » Download Schedule

Dates in blue reflect actual arrival/departure dates

| Vessel Name | Terminal Name | Arrival Date | Departu |
|---|---|---|---|
| NEDLLOYD AFRICA | Bandar Abbas Terminal | 30 Jun 2008 00:16 | 01 Jul 20 |
| MI YUN HE | Bandar Abbas Terminal | 02 Jul 2008 13:00 | 03 Jul 20 |
| SIMA SAMAN | Bandar Abbas Terminal | 03 Jul 2008 07:00 | 03 Jul 20 |
| DENHAM | Bandar Abbas Terminal | 04 Jul 2008 12:14 | 06 Jul 20 |
| NEDLLOYD EUROPA | Bandar Abbas Terminal | 06 Jul 2008 03:06 | 07 Jul 20 |
| OEL MUMBAI | Bandar Abbas Terminal | 06 Jul 2008 07:00 | 07 Jul 20 |
| DENHAM | Bandar Abbas Terminal | 06 Jul 2008 20:00 | 11 Jul 20 |
| LUCIEN GA | Bandar Abbas Terminal | 11 Jul 2008 01:00 | 12 Jul 20 |
| CAPTAIN KATTLEMANN | Bandar Abbas Terminal | 11 Jul 2008 07:00 | 11 Jul 20 |
| NEDLLOYD ASIA | Bandar Abbas Terminal | 12 Jul 2008 21:00 | 14 Jul 20 |
| DENHAM | Bandar Abbas Terminal | 13 Jul 2008 20:00 | 18 Jul 20 |
| SIMA PARS | Bandar Abbas Terminal | 16 Jul 2008 13:00 | 17 Jul 20 |
| SIMA SAMAN | Bandar Abbas Terminal | 18 Jul 2008 07:00 | 19 Jul 20 |
| NEDLLOYD OCEANIA | Bandar Abbas Terminal | 19 Jul 2008 21:00 | 21 Jul 20 |
| OEL MUMBAI | Bandar Abbas Terminal | 20 Jul 2008 07:00 | 21 Jul 20 |
| DENHAM | Bandar Abbas Terminal | 20 Jul 2008 20:00 | 25 Jul 20 |
| SIMA PAYA | Bandar Abbas Terminal | 23 Jul 2008 13:00 | 24 Jul 20 |
| NEDLLOYD AMERICA | Bandar Abbas Terminal | 26 Jul 2008 21:00 | 28 Jul 20 |
| DENHAM | Bandar Abbas Terminal | 27 Jul 2008 20:00 | 01 Aug 20 |

Generated on Mon, 7 Jul 2008 21:03 UTC
Sailing Schedule data is refreshed 4 times daily at 00h00, 06h00, 12h00 and 18h00 UTC (last refreshed on Mon, 7 Jul 2008 18:47 UTC).

EXHIBIT  A-1



**MAERSK LINE**

简体中文  Español  English

Log in | Register | Help

Home   About us   Our services   News & Media   Help & Contact   Local websites

Search

**My Maersk Line**

**Schedules**
» By location
» By vessel
» By port
» By map
» By trade lane

**Schedules - by port**

(for optimal print set print orientation to landscape)

Fill in all the fields below and click "Search". Fields marked with * are mandatory.
Enter dates manually or click on the calendar icon to select a date.

Port name:*   Long Beach

From date:*   30-Jun-2008      To date:*   28-Jul-2008      Search   Reset   + 7 days   » Download Schedule

Dates in blue reflect actual arrival/departure dates

| Vessel Name | Terminal Name | Arrival Date | Departure Date | Voyage Number IN \| OUT |
|---|---|---|---|---|
| MSC LUCY | SSA TERMINALS / PIER A | 03 Jul 2008 08:15 | 06 Jul 2008 18:04 | 825A \| 827R |
| CALLAO EXPRESS | Long Beach ITS Pier G | 05 Jul 2008 06:15 | 08 Jul 2008 06:00 | 972N \| 978S |
| HANSA RENDSBURG | Long Beach ITS Pier G | 10 Jul 2008 05:00 | 11 Jul 2008 17:00 | 749N \| 753A |
| MSC BUSAN | SSA TERMINALS / PIER A | 10 Jul 2008 06:00 | 13 Jul 2008 04:00 | 826A \| 828R |
| E.R. WILHELMSHAVEN | Long Beach ITS Pier G | 12 Jul 2008 08:00 | 14 Jul 2008 06:00 | 973N \| 979S |
| MSC CHARLESTON | SSA TERMINALS / PIER A | 17 Jul 2008 06:00 | 20 Jul 2008 04:00 | 827A \| 829R |
| MAERSK PHUKET | Long Beach ITS Pier G | 18 Jul 2008 08:00 | 20 Jul 2008 03:00 | 974N \| 980S |
| HANSA FLENSBURG | Long Beach ITS Pier G | 23 Jul 2008 13:00 | 24 Jul 2008 16:00 | 750N \| 754A |
| CMA CGM AFRICA | Long Beach J Pier | 24 Jul 2008 06:00 | 27 Jul 2008 04:00 | 027E \| 028W |
| CAP SARAY | Long Beach ITS Pier G | 25 Jul 2008 08:00 | 27 Jul 2008 06:00 | 975N \| 981S |

Generated on Mon, 7 Jul 2008 21:03 UTC
Sailing Schedule data is refreshed 4 times daily at 00h00, 06h00, 12h00 and 18h00 UTC (last refreshed on Mon, 7 Jul 2008 18:47 UTC).

EXHIBIT A-2

Terms of use | Privacy policy | Sitemap | © A.P. Møller - Mærsk A/S. All rights reserved

A.P. Moller - Maersk Group

7/7/2008 2:05 PM