| | |
|---|---|
| 1 | DAVID J. COOK, ESQ. (State Bar # 060859) |
| | ROBERT J. PERKISS, ESQ (State Bar # 62386) |
| 2 | COOK COLLECTION ATTORNEYS |
| | A PROFESSIONAL LAW CORPORATION |
| 3 | 165 Fell Street |
| | San Francisco, CA  94102 |
| 4 | Mailing Address: P.O. Box 270 |
| | San Francisco, CA  94104-0270 |
| 5 | Tel.: (415) 989-4730 |
| | Fax: (415) 989-0491 |
| 6 | File No. 52,759 |

Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
of the Estate of James C. Knipple (Dec.), et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., | CASE NO. 3:08-mc-80030-JSW |
| Plaintiffs, | PROOF OF SERVICE |
| vs. | |
| ISLAMIC REPUBLIC OF IRAN, et al., | |
| Defendants. | |

| | |
|---|---|
| HIS EXCELLENCY AYATOLLAH SAYED 'ALI KHAMENEI THE OFFICE OF THE SUPREME LEADER Islamic Republic Street Shahid Keshvar Doust Street Tehran, Islamic Republic of Iran | ISLAMIC REPUBLIC OF IRAN acting through its MINISTRY OF DEFENSE AND SUPPORT FOR ARMED FORCES No. 1 Shahid Kaboli Street Beginning of Resalat Highway Seyyed Khandan Bridge P.O. Box 16765-1479 Tehran, Iran Attn: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process |
| HIS EXCELLENCY MAHMOUD AHMADINEJAD THE PRESIDENT Palestine Avenue Azerbaijan Intersection Tehran, Islamic Republic of Iran | ISLAMIC REPUBLIC OF IRAN Khomeini Avenue United Nations Street Teheran, Iran ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process |
| ISLAMIC REPUBLIC OF IRAN Pasadaran Avenue Golestan Yekom Teheran, Iran ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process | |

PROOF OF SERVICE - CASE NO. 3:08-mc-80030-JSW (BZ)   1

| | |
|---|---|
| Director, Human Rights Headquarters of Iran<br>HIS EXCELLENCY MOHAMMAD<br>JAVAD LARIJANI<br>c/o Office of the Deputy for International Affairs<br>Ministry of Justice<br>Ministry of Justice Building<br>Panzdah-Khordad (Ark) Square<br>Tehran, Islamic Republic of Iran | NATIONAL IRANIAN OIL REFINING<br>AND DISTRIBUTION COMPANY<br>Opposite of Arak Alley Ostad Nejatollahi Ave.<br>Zip Code 15989<br>P.O. Box 15815/3499<br>Tehran, Iran<br>ATTN: Responsible Officer or Agent for Service of Process |
| Minister of Intelligence<br>GHOLAM HOSSEIN MOHSENI EJEIE<br>MINISTRY OF INTELLIGENCE<br>Second Negarestan Street<br>Pasdaran Avenue<br>Tehran, Islamic Republic of Iran | MINISTRY OF PETROLEUM OF THE ISLAMIC REPUBLIC OF IRAN<br>HAFEZ CROSSING<br>Taleghani Avenue<br>Tehran, Iran<br>ATTN: Responsible Officer or Agent for Service of Process |
| Head of the Judiciary<br>AYATOLLAH MAHMOUD HASHEMI SHAHROUDI<br>Howzeh Riyasat-e Qoveh Qazaiyeh<br>Office of the Head of the Judiciary<br>Pasteur Street, Vali Asr Avenue<br>South of Serah-e Jomhouri<br>Tehran 1316814737<br>Islamic Republic of Iran | NATIONAL IRANIAN OIL PRODUCTS DISTRIBUTION COMPANY<br>Bahar St, Somaya Corner<br>Tehran 15617/ 33315<br>P.O .Box 6165<br>Tehran<br>ATTN: Responsible Officer or Agent for Service of Process |
| MINISTRY OF ROADS AND TRANSPORTATION<br>Attn: MOHAMMED RAHMATI<br>MINISTER OF ROAD AND TRANSPORTATION<br>Taleghani Avenue<br>Tehran, Iran | NATIONAL IRANIAN OIL COMPANY<br>Hafez Crossing<br>Taleghani Avenue<br>Tehran, Iran<br>ATTN: Responsible Officer or Agent for Service of Process |
| ALI TAHERI<br>DEPUTY MINISTER AND MANAGING DIRECTOR<br>PORT & SHIPPING ORGANIZATION OF THE ISLAMIC REPUBLIC OF IRAN<br>Building No. 2<br>South Didar Street<br>Shahid Hagnai Expressway, Vanak Square<br>Tehran, Iran | **MAERSK LINE (A.P. MOLLER MAERSK, A/S).**<br>**Attn: PRESIDENT, GENERAL MANAGER, AGENT FOR SERVICE OF PROCESS-LEGAL MATTERS**<br>**Eivind Kolding, CEO**<br>**Esplanaden 50**<br>**Copenhagen, DK-1098K  DNK** |

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

NOTICE OF MOTION AND MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) **[HARBOR AND BUNKERED FUEL RIGHTS - MAERSK LINE (A.P. MOLLER MAERSK A/S)]**

1  MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
2  **[HARBOR AND BUNKERED FUEL RIGHTS - MAERSK LINE (A.P. MOLLER MAERSK A/S)]**

3

4  MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
5  **[HARBOR AND BUNKERED FUEL RIGHTS - MAERSK LINE (A.P. MOLLER MAERSK A/S)]**

6

7  DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
8  **[HARBOR AND BUNKERED FUEL RIGHTS - MAERSK LINE (A.P. MOLLER MAERSK A/S)]**

9  on the above-named person(s) by:

10

11  __XXX__   (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

12

13  I declare under penalty of perjury that the foregoing is true and correct.

   Executed on July 16, 2008.
14

15                               /s/ David J. Cook
                                 DAVID J. COOK, ESQ. (SB# 060859)
16