DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel.: (415) 989-4730
Fax: (415) 989-0491
File No. 52,759

Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
of the Estate of James C. Knipple (Dec.), et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants. | CASE NO. 3:08-mc-80030-JSW <br><br> DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) <br><br> [HARBOR AND BUNKERED FUEL RIGHTS - MEDITERRANEAN SHIPPING COMPANY (MSC) ] <br><br> Date: September 3, 2008 <br> Time: 10:00 a.m. <br> Courtroom: G, 15th Floor <br> Magistrate Judge: Bernard Zimmerman |

I, DAVID J. COOK, hereby declare and state as follows:

1. I am one of the attorneys of record for Plaintiffs in the above-entitled action, am duly authorized to practice before all courts in the State of California, and am familiar with the facts and circumstances in this action.

2. The shipping schedule of **MEDITERRANEAN SHIPPING COMPANY (MSC)** shows that the Shipping Line frequents Iranian ports, harbors and other facilities. The Shipping Line's schedule is set forth by way of its website which shows its traffic, a true and correct copy of the download which is attached hereto marked *Exhibit "A."* The schedule demonstrates that the

1  Shipping Line services Iranian ports, and also American ports, thereby creating inferences, as
2  follows: 1) the Shipping Line is generally subject to the jurisdiction of the U.S. in both import and
3  export of products; 2) the Shipping Line is generally doing business with Iranian port facilities in
4  both imported and exported products.

  3. As Plaintiffs have confirmed that the Shipping Line frequents Iranian harbors, ports, wharfs, docks, and other harbor-like facilities. Plaintiffs likewise have determined that Iran has a whole list of Tariffs which Iran charges oceangoing freighters, carriers, tankers, and the like, a true and correct copy of the MANUAL OF Tariffs applicable to vessels and cargo in Ports of the Islamic Republic of Iran which is attached hereto marked *Exhibit "B."* These tariffs clearly show the charges imposed by Iran upon oceangoing carriers, such as the Shipping Lines as described herein. Plaintiffs have also ascertained from a press release undertaken by the ports and shipping organization of the Department of Transportation of Iran, that Iran sells bunkered oil.

  4. A true and correct copy of the press release entitled "PSO news, In the name of God Supplement to Port & Sea Magazine Nos 2/Sep-Oct, 2007 is attached hereto marked *Exhibit "C."*

  5. The Ministry of Roads and Transportation generally oversees the PORTS & SHIPPING ORGANIZATION ("P.S.O.") of Iran who manage the docks, harbors and related facilities pursuant to the printout from the website entitled IR IRAN's Ports & Shipping Organization, a true and correct copy of which is attached hereto marked *Exhibit "D."*

  6. Iran charges these Shipping Lines an entire array of charges for the privilege of utilizing Iranian docks, harbors, terminals and other maritime facilities, all hereinafter collectively "DOCK FEES." This label is illustrative as seen by, e.g., the entire range of charges imposed by Iran through its Manual of Tariffs Applicable to Vessels and Cargo in the Ports of the Islamic Republic of Iran, a true and correct copy of which is attached hereto marked *Exhibit "B."*

  7. The National Iranian Oil Products Distribution Company is a subsidiary of the National Iranian Oil Refining and Distributing Co., which is part of the Ministry of Petroleum of the Islamic Republic of Iran per the attached download, a true and correct copy which is attached hereto marked *Exhibit "E."*

  8. Declarant personally read, reviewed and downloaded all of the above-listed exhibits,

and personally obtained these documents by examining the website maintained by the Ports & Shipping Organization website of The Islamic Republic of Iran. Furthermore, Declarant over the last six months has become familiar with, if not immersed, in generally the economy of Iran and its large-scale business and in which Iran maintains a series of websites, providing for a vast amount of information. These Tariffs clearly show the charges imposed by Iran upon oceangoing carriers, such as the Shipping Lines as described herein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 16, 2008.

           /s/ David J. Cook
           DAVID J. COOK, ESQ. (SB# 060859)

F:\USERS\DJCNEW\petersonsf.assignmed

DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) [HARBOR AND BUNKERED FUEL RIGHTS - MEDITERRANEAN SHIPPING COMPANY (MSC) ] - CASE NO. 3:08-mc-80030-JSW 3

# EXHIBIT "A"

### 14.8k - Malacca Express

| Vessel | Voy | Singapore | Port Kelang | Singapore | Pasir Gudang | Singapore |
|---|---|---|---|---|---|---|
| MSC CALCUTTA | 7826A | - | - | - | - | 02.07 |
| MSC CALCUTTA | 7827A | 02.07 | 03.07 | 05.07 | 06.07 | 09.07 |
| MSC CALCUTTA | 7828A | 09.07 | 10.07 | 12.07 | 13.07 | 16.07 |
| MSC CALCUTTA | 7829A | 16.07 | 17.07 | 19.07 | 20.07 | 23.07 |

### 14.9 - Cheetah Service

| | Shanghai | Chiwan | Hong Kong | Singapore | Port Louis | Durban |
|---|---|---|---|---|---|---|
| MSC LEVINA H824A | - | - | - | - | - | 01.07 |
| MSC MANU H825A | - | - | - | - | 03.07 | 08.07 |
| MSC ROBERTA H826A | - | - | - | 01.07 | 10.07 | 15.07 |
| MSC TOBA H827A | - | 03.07 | 04.07 | 08.07 | 17.07 | 22.07 |
| MSC PALERMO H828A | 06.07 | 10.07 | 11.07 | 15.07 | 24.07 | 29.07 |
| MSC MAHIMA H829A | 13.07 | 17.07 | 18.07 | 22.07 | 31.07 | 05.08 |
| MSC SHANNON H830A | 20.07 | 24.07 | 25.07 | 29.07 | 07.08 | 12.08 |

### 14.10 - Middle East - Falcon Service

| | Voy.Nbr | Shanghai | Ningbo | Chiwan | Singapore | Bandar Abbas | Voy. Nbr | Jebel Ali |
|---|---|---|---|---|---|---|---|---|
| MSC MARIA LAURA | F824A | - | - | - | - | - | F826R | 01.07 |
| MSC SANTHYA | F825A | - | - | - | - | 06.07 | F827R | 08.07 |
| MSC GERMANY | F826A | - | - | - | 04.07 | 13.07 | F828R | 15.07 |
| MSC FINLAND | F827A | 02.07 | 03.07 | 06.07 | 11.07 | 20.07 | F829R | 22.07 |
| MSC TIA | F828A | 09.07 | 10.07 | 13.07 | 18.07 | 27.07 | F830R | 29.07 |

### 14.11 - Red Sea - Tiger

| | Qingdao | Pusan | Ningbo | Shanghai | Hong Kong | Chiwan | Sing | Jeddah | P.Sudan | Sokhna | Aqaba |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MSC MAUREEN T822R | - | - | - | - | - | - | - | - | 03.07 | 03.07 | 02.07 |
| MSC FLORENTINA T823R | - | - | - | - | - | - | - | 02.07 | 10.07 | 10.07 | 09.07 |
| MSC VIVIANA T824R | - | - | - | - | - | - | 30.06 | 09.07 | 17.07 | 17.07 | 16.07 |
| MSC ALYSSA T826R | - | - | - | 30.06 | 04.07 | 05.07 | 09.07 | 18.07 | 26.07 | 26.07 | 25.07 |

## 15. MIDDLE EAST TO :

### 15.1 - China + Far East - Silk Express

| | Dubai | Singapore | Hong Kong | Xingang | Ningbo | Shanghai |
|---|---|---|---|---|---|---|
| MSC ESTHI S827R | - | - | - | - | - | 01.07 |
| MSC BRUXELLES S828R | - | - | 30.06 | 03.07 | 06.07 | 08.07 |
| MSC CHICAGO S829R | - | 02.07 | 07.07 | 10.07 | 13.07 | 15.07 |
| MSC MARIA ELENA S830R | 02.07 | 09.07 | 14.07 | 17.07 | 20.07 | 22.07 |
| MSC PAMELA S831R | 09.07 | 16.07 | 21.07 | 24.07 | 27.07 | 29.07 |
| MSC SUSANNA S832R | 16.07 | 23.07 | 28.07 | 31.07 | 03.08 | 05.08 |
| MSC INES S833R | 23.07 | 30.07 | 04.08 | 07.08 | 10.08 | 12.08 |
| MSC SINDY S834R | 30.07 | 06.08 | 11.08 | 14.08 | 17.08 | 19.08 |
| MSC MADELEINE S835R | 06.08 | 13.08 | 18.08 | 21.08 | 24.08 | 26.08 |

EXHIBIT A-1



### 1.9c - N.W.C. - Turkey Express

|  | Felixstowe | Antwerp | Gebze | Istanbul | Gemlik | Felixstowe | Antwerp |
|---|---|---|---|---|---|---|---|
| MSC ELENA 44A | - | - | - | - | OMIZ | 03/04.07 | 04/05.07 |
| MSC MARIA PIA 50A | - | - | /30.06 | 30.06/01.07 | 02.07 | 10/11.07 | 11/12.07 |
| MSC NILGUN 31A | - | - | 06/07.07 | 07/08.07 | 09.07 | 17/18.07 | 18/19.07 |
| MSC ELENA 45A | 03/04.07 | 04/05.07 | 13/14.07 | 14/15.07 | 16.07 | 24/25.07 | 25/26.07 |
| MSC MARIA PIA 51A | 10/11.07 | 11/12.07 | 20/21.07 | 21/22.07 | 23.07 | 31.07/01.08 | 01/02.08 |
| MSC NILGUN 32A | 17/18.07 | 18/19.07 | 27/28.07 | 28/29.07 | 30.07 | 07/08.08 | 08/09.08 |
| MSC ELENA 46A | 24/25.07 | 25/26.07 | 03/04.08 | 04/05.08 | 06.08 | 14/15.08 | 15/16.08 |

### 1.10A - United States - North Atlantic

|  | Bremerhaven | Felixstowe | Antwerp | Le Havre | Boston | Newyork | Baltimore | Norfolk |
|---|---|---|---|---|---|---|---|---|
| MSC PRAGUE 653 | - | - | - | - | - | - | - | 01.07 |
| MSC DIEGO 640 | - | - | - | - | 03.07 | 04.07 | 06.07 | 08.07 |
| MSC DARTFORD 5 | - | - | 01.07 | 03.07 | 10.07 | 11.07 | 13.07 | 15.07 |
| MSC COLOMBIA 16 | 05.07 | 06.07 | 08.07 | 10.07 | 17.07 | 18.07 | 20.07 | 22.07 |
| MSC PRAGUE 654 | 12.07 | 13.07 | 15.07 | 17.07 | 24.07 | 25.07 | 27.07 | 29.07 |
| MSC DIEGO 640 | 19.07 | 20.07 | 22.07 | 24.07 | 31.07 | 01.08 | 03.08 | 05.08 |
| MSC DARTFORD 6 | 26.07 | 27.07 | 29.07 | 31.07 | 07.08 | 08.08 | 10.08 | 12.08 |
| MSC COLOMBIA 18 | 02.08 | 03.08 | 05.08 | 07.08 | 14.08 | 15.08 | 17.08 | 19.08 |

### 1.11A - United States - South Atlantic, Mexico and Gulf

|  | Antw | Felix | Hbg | Brehv. | Le Havre | Charleston | Savannah | Freeport | P.Everg | Vera Cruz | Altamira | Houston | N.Orleans |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MSC TOKYO 21 A | - | - | - | - | - | - | - | - | - | - | - | - | 01.07 |
| MSC MICHAELA 640 A | - | - | - | - | - | - | - | 30.06 | 03.07 | 02.07 | 04.07 | 06.07 | 08.07 |
| MSC FLORIDA 23 A | - | - | - | - | - | 05.07 | 06.07 | 07.07 | 10.07 | 09.07 | 11.07 | 13.07 | 15.07 |
| MSC TURCHIA 21 A | - | - | - | 01.07 | 02.07 | 12.07 | 13.07 | 14.07 | 17.07 | 16.07 | 18.07 | 20.07 | 22.07 |
| MSC SWEDEN 68 A | 02.07 | 04.07 | 06.07 | 08.07 | 09.07 | 19.07 | 20.07 | 21.07 | 24.07 | 23.07 | 25.07 | 27.07 | 29.07 |
| MSC MALAYSIA 12 A | 09.07 | 11.07 | 13.07 | 15.07 | 16.07 | 26.07 | 27.07 | 28.07 | 31.07 | 30.07 | 01.08 | 03.08 | 05.08 |
| MSC VENEZUELA 8 A | 16.07 | 18.07 | 20.07 | 22.07 | 23.07 | 02.08 | 03.08 | 04.08 | 07.08 | 06.08 | 09.08 | 10.08 | 12.08 |
| MSC MARTA 18 A | 23.07 | 25.07 | 27.07 | 29.07 | 30.07 | 09.08 | 10.08 | 11.08 | 14.08 | 13.08 | 16.08 | 17.08 | 19.08 |
| MSC FLORIDA 24 A | 30.07 | 01.08 | 03.08 | 05.08 | 06.08 | 16.08 | 17.08 | 18.08 | 21.08 | 20.08 | 23.08 | 24.08 | 26.08 |
| MSC TURCHIA 22 A | 06.08 | 09.08 | 10.08 | 12.08 | 13.08 | 23.08 | 24.08 | 25.08 | 28.08 | 27.08 | 30.08 | 31.08 | 02.09 |
| MSC SWEDEN 69 A | 13.08 | 16.08 | 17.08 | 19.08 | 20.08 | 30.08 | 31.08 | 01.09 | 04.09 | 03.09 | 06.09 | 07.09 | 09.09 |
| MSC MALAYSIA 13 A | 20.08 | 23.08 | 24.08 | 26.08 | 27.08 | 06.09 | 07.09 | 08.09 | 11.09 | 10.09 | 13.09 | 14.09 | 16.09 |
| MSC VENEZUELA 9 A | 27.08 | 30.08 | 31.08 | 02.09 | 03.09 | 13.09 | 14.09 | 15.09 | 18.09 | 17.09 | 20.09 | 21.09 | 23.09 |
| MSC MARTA 19 A | 04.09 | 06.09 | 07.09 | 09.09 | 10.09 | 20.09 | 21.09 | 22.09 | 25.09 | 24.09 | 27.09 | 28.09 | 30.09 |
| MSC FLORIDA 25 A | 11.09 | 13.09 | 14.09 | 16.09 | 17.09 | 27.09 | 28.09 | 29.09 | 02.10 | 01.10 | 04.10 | 05.10 | 07.10 |
| MSC TURCHIA 23 A | 18.09 | 20.09 | 21.09 | 23.09 | 24.09 | 04.10 | 05.10 | 06.10 | 09.10 | 08.10 | 11.10 | 12.10 | 14.10 |
| MSC SWEDEN 70 A | 25.09 | 27.09 | 28.09 | 30.09 | 01.10 | 11.10 | 12.10 | 13.10 | 16.10 | 15.10 | 18.10 | 19.10 | 21.10 |

A-2

| | 1.11Ab - United States - South Atlantic, Mexico and Gulf & West Coast | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | TShip vessel to Long Beach via Freeport | Antw | Felixs | Hbg | Bremh. | Le Havre | Freeport | Long Beach |
| MSC ALESSIA 567 A | MSC DONATA G824 R | - | - | - | - | - | - | 30.06 |
| MSC TOKYO 21 A | MSC EMMA G825 R | - | - | - | - | - | - | 07.07 |
| MSC MICHAELA 640 A | MSC ORNELLA G826 R | - | - | - | - | - | 01.07 | 14.07 |
| MSC FLORIDA 23 A | MSC ELA G827 R | - | - | - | - | - | 08.07 | 21.07 |
| MSC TURCHIA 21 A | MSC TANZANIA G828 R | - | - | - | 30.06 | 02.07 | 15.07 | 28.07 |
| MSC SWEDEN 68 A | MSC FABIENNE G829 R | 03.07 | 04.07 | 06.07 | 07.07 | 09.07 | 22.07 | 04.08 |
| MSC MALAYSIA 12 A | MSC DEBRA G830 R | 10.07 | 11.07 | 13.07 | 14.07 | 16.07 | 29.07 | 11.08 |
| MSC VENEZUELA 8 A | MSC KENYA G831 R | 17.07 | 18.07 | 20.07 | 21.07 | 23.07 | 05.08 | 19.08 |
| MSC MARTA 18 A | MSC POH LIN G832 R | 24.07 | 25.07 | 27.07 | 28.07 | 30.07 | 12.08 | 26.08 |
| MSC FLORIDA 24 A | MSC LISA G833 R | 31.07 | 01.08 | 03.08 | 04.08 | 06.08 | 19.08 | 02.09 |
| MSC TURCHIA 22 A | MSC DONATA G834 R | 07.08 | 08.08 | 10.08 | 11.08 | 13.08 | 26.08 | 09.09 |
| MSC SWEDEN 69 A | MSC EMMA G835 R | 14.08 | 15.08 | 17.08 | 18.08 | 20.08 | 02.09 | 16.09 |
| MSC MALAYSIA 13 A | MSC ORNELLA G836 R | 21.08 | 22.08 | 24.08 | 25.08 | 27.08 | 09.09 | 23.09 |
| MSC VENEZUELA 9 A | MSC ELA G837 R | 28.08 | 29.08 | 31.08 | 01.09 | 03.09 | 16.09 | 30.09 |
| MSC MARTA 19 A | MSC TANZANIA G838 R | 04.09 | 05.09 | 07.09 | 08.09 | 10.09 | 23.09 | 07.10 |
| MSC FLORIDA 25 A | MSC FABIENNE G839 R | 11.09 | 12.09 | 14.09 | 15.09 | 17.09 | 30.09 | 14.10 |
| MSC TURCHIA 23 A | MSC DEBRA G840 R | 18.09 | 19.09 | 21.09 | 22.09 | 24.09 | 07.10 | 21.10 |
| MSC SWEDEN 70 A | MSC KENYA G841 R | 25.09 | 26.09 | 28.09 | 29.09 | 01.10 | 14.10 | 28.10 |

| 1.11b - United States - Caribbean Service | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Antwerp | Felixstowe | Bremerhaven | Le Havre | Freeport | Caucedo | Port au Prince | Port of Spain (Trinidad) |
| MSC TOKYO 21 | - | - | - | - | - | - | - | 30.06 |
| MSC MICHAELA 640 | - | - | - | - | - | 01.07 | 05.07 | 07.07 |
| MSC FLORIDA 23 | - | - | - | - | 06.07 | 08.07 | 12.07 | 14.07 |
| MSC TURCHIA 21 | - | - | 30.06 | 06.07 | 13.07 | 15.07 | 19.07 | 21.07 |
| MSC SWEDEN 68 | 03.07 | 04.07 | 07.07 | 13.07 | 20.07 | 22.07 | 26.07 | 28.07 |
| MSC MALAYSIA 12 | 10.07 | 11.07 | 14.07 | 20.07 | 27.07 | 29.07 | 02.08 | 04.08 |
| MSC VENEZUELA 8 | 17.07 | 18.07 | 21.07 | 27.07 | 03.07 | 05.08 | 09.08 | 11.08 |
| MSC MARTA 18 | 24.07 | 25.07 | 28.07 | 03.08 | 10.08 | 12.08 | 16.08 | 18.08 |

| 1.12B - NWC to South America East Coast 1 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Antwerp | Tilbury | Rotterdam | Hamburg | Bremerhaven | Rio de Janeiro | Santos | Buenos Aires | Montevideo | Rio Grande | Navegantes | São Francisco |
| MSC GENEVA 753A | - | - | - | - | - | - | - | - | - | - | - | 30.06 |
| MSC LORENA 011A | - | - | - | - | - | - | - | 30.06 | 05.07 | 03.07 | 05.07 | 07.07 |
| MSC LEIGH 014* | - | - | - | - | - | 03.07 | 05.07 | 07.07 | 12.07 | 10.07 | 12.07 | 14.07 |
| MSC LAUSANNE 572A | - | - | - | - | - | 10.07 | 12.07 | 14.07 | 19.07 | 17.07 | 19.07 | 21.07 |
| MSC SANDRA 270A | 02.07 | 03.07 | 04.07 | 05.07 | 06.07 | 17.07 | 19.07 | 21.07 | 26.07 | 24.07 | 26.07 | 28.07 |

10

 **MEDITERRANEAN SHIPPING COMPANY**

## Weekly Schedule

**Note 1**: The Weekly Schedule List is updated every Tuesday

**Note 2**: The choices below are HTTP downloads available in two formats; either in MS-Word or PDF (Adobe Acrobat) formats.

Download the Weekly Schedule List as of **July 01, 2008**

**Microsoft Word format:**

- week 27.zip

**Adobe Acrobat PDF format:**

- week 27.pdf

Get Adobe Acrobat Reader latest version

Back | Top

Mediterranean Shipping Company, S.A. 40, Avenue Eugène-Pittard - CH-1206, Geneva - Switzerland
Tel : +41 22 703 8888 - Fax: +41 22 703 8787 - Email: info@mscgva.ch

© Copyright 1996-2008 - MSC S.A
All Rights Reserved