1  DAVID J. COOK, ESQ. (State Bar # 060859)
   ROBERT J. PERKISS, ESQ (State Bar # 62386)
2  COOK COLLECTION ATTORNEYS
   A PROFESSIONAL LAW CORPORATION
3  165 Fell Street
   San Francisco, CA 94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA 94104-0270
5  Tel.: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,759

7  Attorneys for Plaintiffs
   DEBORAH D. PETERSON, Personal Representatives
8  of the Estate of James C. Knipple (Dec.), et al.

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12
   DEBORAH D. PETERSON, Personal    )    CASE NO. 3:08-mc-80030-JSW
13 Representative of the Estate of James C. )
   Knipple (Dec.), et al.,          )
14                                  )    PROOF OF SERVICE
            Plaintiffs,             )
15                                  )
   vs.                              )
16                                  )
   ISLAMIC REPUBLIC OF IRAN, et al., )
17                                  )
            Defendants.             )
18 _____ )

19 HIS EXCELLENCY AYATOLLAH SAYED          ISLAMIC REPUBLIC OF IRAN
   'ALI KHAMENEI                           acting through its MINISTRY OF DEFENSE
20 THE OFFICE OF THE SUPREME               AND SUPPORT FOR ARMED FORCES
   LEADER                                  No. 1 Shahid Kaboli Street
21 Islamic Republic Street                 Beginning of Resalat Highway
   Shahid Keshvar Doust Street             Seyyed Khandan Bridge
22 Tehran, Islamic Republic of Iran        P.O. Box 16765-1479
                                           Tehran, Iran
23 HIS EXCELLENCY MAHMOUD                  Attn: President Mahmoud Ahmadinejad or
   AHMADINEJAD THE PRESIDENT               Responsible Officer or Agent for Service of
24 Palestine Avenue                        Process
   Azerbaijan Intersection
25 Tehran, Islamic Republic of Iran        ISLAMIC REPUBLIC OF IRAN
                                           Khomeini Avenue
26 ISLAMIC REPUBLIC OF IRAN                United Nations Street
   Pasadaran Avenue                        Teheran, Iran
27 Golestan Yekom                          ATTN: President Mahmoud Ahmadinejad or
   Teheran, Iran                           Responsible Officer or Agent for Service of
28 ATTN: President Mahmoud Ahmadinejad or  Process
   Responsible Officer or Agent for Service of
   Process

PROOF OF SERVICE - CASE NO. 3:08-mc-80030-JSW (BZ)                                      1

| | |
|---|---|
| Director, Human Rights Headquarters of Iran<br>HIS EXCELLENCY MOHAMMAD<br>JAVAD LARIJANI<br>c/o Office of the Deputy for International Affairs<br>Ministry of Justice<br>Ministry of Justice Building<br>Panzdah-Khordad (Ark) Square<br>Tehran, Islamic Republic of Iran | NATIONAL IRANIAN OIL REFINING<br>AND DISTRIBUTION COMPANY<br>Opposite of Arak Alley Ostad Nejatollahi Ave.<br>Zip Code 15989<br>P.O. Box 15815/3499<br>Tehran, Iran<br>ATTN: Responsible Officer or Agent for Service of Process |
| Minister of Intelligence<br>GHOLAM HOSSEIN MOHSENI EJEIE<br>MINISTRY OF INTELLIGENCE<br>Second Negarestan Street<br>Pasdaran Avenue<br>Tehran, Islamic Republic of Iran | MINISTRY OF PETROLEUM OF THE ISLAMIC REPUBLIC OF IRAN<br>HAFEZ CROSSING<br>Taleghani Avenue<br>Tehran, Iran<br>ATTN: Responsible Officer or Agent for Service of Process |
| Head of the Judiciary<br>AYATOLLAH MAHMOUD HASHEMI SHAHROUDI<br>Howzeh Riyasat-e Qoveh Qazaiyeh<br>Office of the Head of the Judiciary<br>Pasteur Street, Vali Asr Avenue<br>South of Serah-e Jomhouri<br>Tehran 1316814737<br>Islamic Republic of Iran | NATIONAL IRANIAN OIL PRODUCTS DISTRIBUTION COMPANY<br>Bahar St, Somaya Corner<br>Tehran 15617/ 33315<br>P.O .Box 6165<br>Tehran<br>ATTN: Responsible Officer or Agent for Service of Process |
| MINISTRY OF ROADS AND TRANSPORTATION<br>Attn: MOHAMMED RAHMATI<br>MINISTER OF ROAD AND TRANSPORTATION<br>Taleghani Avenue<br>Tehran, Iran | NATIONAL IRANIAN OIL COMPANY<br>Hafez Crossing<br>Taleghani Avenue<br>Tehran, Iran<br>ATTN: Responsible Officer or Agent for Service of Process |
| ALI TAHERI<br>DEPUTY MINISTER AND MANAGING DIRECTOR<br>PORT & SHIPPING ORGANIZATION OF THE ISLAMIC REPUBLIC OF IRAN<br>Building No. 2<br>South Didar Street<br>Shahid Hagnai Expressway,Vanak Square<br>Tehran, Iran | **MEDITERRANEAN SHIPPING COMPANY (MSC)**<br>**Attn: PRESIDENT, GENERAL MANAGER, AGENT FOR SERVICE OF PROCESS-LEGAL MATTERS**<br>**Gianluigi Aponte, Chairman**<br>**40 Ave. Eugène-Pittard**<br>**Geneva, CH-1206   CHE** |

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

NOTICE OF MOTION AND MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) **[HARBOR AND BUNKERED FUEL RIGHTS - MEDITERRANEAN SHIPPING COMPANY (MSC)]**

1  MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
2  **[HARBOR AND BUNKERED FUEL RIGHTS - MEDITERRANEAN SHIPPING COMPANY (MSC)]**
3
4  MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
5  **[HARBOR AND BUNKERED FUEL RIGHTS - MEDITERRANEAN SHIPPING COMPANY (MSC)]**
6
7  DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
8  **[HARBOR AND BUNKERED FUEL RIGHTS - MEDITERRANEAN SHIPPING COMPANY (MSC)]**
9

10  on the above-named person(s) by:

11  __XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

12

13  I declare under penalty of perjury that the foregoing is true and correct.

14  Executed on July 16, 2008.

15  /s/ David J. Cook
    DAVID J. COOK, ESQ. (SB# 060859)
16
17
18
19
20
21
22
23
24
25
26
27
28