1  **DAVID J. COOK, ESQ. (State Bar # 060859)**
   **ROBERT J. PERKISS, ESQ. (State Bar # 62386)**
2  **COOK COLLECTION ATTORNEYS**
   **A PROFESSIONAL LAW CORPORATION**
3  165 Fell Street
   San Francisco, CA 94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA 94104-0270
5  Tel: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52.759

7  Attorneys for Plaintiffs
   DEBORAH D. PETERSON, Personal Representatives
8  of the Estate of James C. Knipple (Dec.), et al.

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12
   DEBORAH D. PETERSON, Personal      )   CASE NO. 3:08-mc-80030-JSW
13 Representative of the Estate of James C. )
   Knipple (Dec.), et al.,               )   MOTION FOR AN ORDER COMPELLING
14                                        )   ASSIGNMENT OF RIGHTS PURSUANT TO
                 Plaintiffs,             )   C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
15                                        )
   vs.                                    )   **[HARBOR AND BUNKERED FUEL**
16                                        )   **RIGHTS - MITSUI O.S.K. LINES]**
   ISLAMIC REPUBLIC OF IRAN, et al.,     )
17                                        )   Date: September 3. 2008
                 Defendants.             )   Time: 10:00 a.m.
18 _____ )   Courtroom: G, 15th Floor
                                              Magistrate Judge: Bernard Zimmerman
19
          Plaintiffs DEBORAH D. PETERSON, Personal Representative of the Estate of James C.
20
   Knipple (Dec.), et al. ("Plaintiffs") will and do hereby move this court for an order or relief. as
21
   follows:
22
          1. For an order compelling THE ISLAMIC REPUBLIC OF IRAN (hereinafter "Iran") to
23
   assign to Plaintiffs all rights to payment of money, and accounts, accounts receivable, due and
24
   payable. or in the future, or conditional upon some future events, from and owing by the Shipping
25
   Line herein, arising out of the use of any harbor, docking, wharf, drayage, loading or unloading
26
   facilities, and other facilities provided by any dock, harbor, pier, warehouse, wharf, or other
27
   harbor-like facilities. along with and including the sale of bunkered oil and/or fuel provided, sold,
28

1  delivered, or vended to **MITSUI O.S.K. LINES** (hereinafter "Shipping Line") by Iran,[2]

2  hereinafter collectively "Harbor and Bunkered Fuel Rights."

3       The basis of this motion is that the Shipping Line described herein frequents the docks,

4  harbors, piers, and/or wharfs of Iran, and may purchase from time to time bunkered oil or fuel

5  from Iran, and therefore may owe from time to time various sums of money due Iran.

6       Plaintiffs seek an order compelling Iran to assign all of these rights due, or which become

7  due, or are conditional, to and in favor of Plaintiffs for purposes of satisfaction of the judgment,

8  either in part or in whole.

9       This motion is based upon this Motion, the Notice, the Memorandum of Points and

10 Authorities, the Declaration of David J. Cook, Esq., upon all pleadings, papers and other matters

11 on file herein, all matters which this court may take judicial notice hereof, which include but are

12 not limited to, all papers, pleadings and other matters on file herein in that certain action known as

13 *DEBORAH D. PETERSON, Personal Representatives of the Estate of James C. Knipple (Dec.), et*

14 *al., vs. ISLAMIC REPUBLIC OF IRAN, et al.*, United States District Court for the District of

15 Columbia, Consolidated Civil Actions: 01-2094 (RCL) and 01-2684 (RCL), all other matters

16 which the court may take judicial notice thereof, and upon all oral evidence and argument which

17 may be presented at the hearing hereof.

18 DATED: July 16, 2008           COOK COLLECTION ATTORNEYS

19           By: ___/s/ David J. Cook_____
          DAVID J. COOK, ESQ. (SB# 060859)

20           Attorneys for Plaintiffs
          DEBORAH D. PETERSON, Personal

21           Representatives of the Estate of James C. Knipple
          (Dec.), et al.

22

23 F:\USERS\DJCNEW\petersonsf.assignmitsui

24

25

26

27

_____

28      [2] Iran includes all agencies and instrumentalities.

MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
[HARBOR AND BUNKERED FUEL RIGHTS - MITSUI O.S.K. LINES]
CASE NO. 3:08-mc-80030-JSW           2