DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco. CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel.: (415) 989-4730
Fax: (415) 989-0491
File No. 52.759

Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
of the Estate of James C. Knipple (Dec.), et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.). et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants. | CASE NO. 3:08-mc-80030-JSW <br><br> DECLARATION OF DAVID J. COOK. ESQ. IN SUPPORT OF MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) <br><br> [HARBOR AND BUNKERED FUEL RIGHTS - MITSUI O.S.K. LINES ] <br><br> Date: September 3, 2008 <br> Time: 10:00 a.m. <br> Courtroom: G, 15th Floor <br> Magistrate Judge: Bernard Zimmerman |

I, DAVID J. COOK, hereby declare and state as follows:

1. I am one of the attorneys of record for Plaintiffs in the above-entitled action, am duly authorized to practice before all courts in the State of California, and am familiar with the facts and circumstances in this action.

2. The shipping schedule of **MITSUI O.S.K. LINES** shows that the Shipping Line frequents Iranian ports. harbors and other facilities. The Shipping Line's schedule is set forth by way of its website which shows its traffic, a true and correct copy of the download which is attached hereto marked *Exhibit "A."* The schedule demonstrates that the Shipping Line services Iranian ports, and also American ports, thereby creating inferences, as follows: 1) the Shipping

DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) [HARBOR AND BUNKERED FUEL RIGHTS - MITSUI O.S.K. LINES ] - CASE NO. 3:08-mc-80030-JSW

1

Line is generally subject to the jurisdiction of the U.S. in both import and export of products; 2) the Shipping Line is generally doing business with Iranian port facilities in both imported and exported products.

3. As Plaintiffs have confirmed that the Shipping Line frequents Iranian harbors, ports, wharfs, docks, and other harbor-like facilities. Plaintiffs likewise have determined that Iran has a whole list of Tariffs which Iran charges oceangoing freighters, carriers, tankers, and the like, a true and correct copy of the MANUAL OF Tariffs applicable to vessels and cargo in Ports of the Islamic Republic of Iran which is attached hereto marked *Exhibit "B."* These tariffs clearly show the charges imposed by Iran upon oceangoing carriers, such as the Shipping Lines as described herein. Plaintiffs have also ascertained from a press release undertaken by the ports and shipping organization of the Department of Transportation of Iran, that Iran sells bunkered oil.

4. A true and correct copy of the press release entitled "PSO news, In the name of God Supplement to Port & Sea Magazine Nos 2/Sep-Oct, 2007 is attached hereto marked *Exhibit "C."*

5. The Ministry of Roads and Transportation generally oversees the PORTS & SHIPPING ORGANIZATION ("P.S.O.") of Iran who manage the docks, harbors and related facilities pursuant to the printout from the website entitled IR IRAN's Ports & Shipping Organization, a true and correct copy of which is attached hereto marked *Exhibit "D."*

6. Iran charges these Shipping Lines an entire array of charges for the privilege of utilizing Iranian docks, harbors, terminals and other maritime facilities, all hereinafter collectively "DOCK FEES." This label is illustrative as seen by, e.g., the entire range of charges imposed by Iran through its Manual of Tariffs Applicable to Vessels and Cargo in the Ports of the Islamic Republic of Iran, a true and correct copy of which is attached hereto marked *Exhibit "B."*

7. The National Iranian Oil Products Distribution Company is a subsidiary of the National Iranian Oil Refining and Distributing Co., which is part of the Ministry of Petroleum of the Islamic Republic of Iran per the attached download, a true and correct copy which is attached hereto marked *Exhibit "E."*

8. Declarant personally read, reviewed and downloaded all of the above-listed exhibits, and personally obtained these documents by examining the website maintained by the Ports &

Shipping Organization website of The Islamic Republic of Iran. Furthermore, Declarant over the last six months has become familiar with, if not immersed, in generally the economy of Iran and its large-scale business and in which Iran maintains a series of websites, providing for a vast amount of information. These Tariffs clearly show the charges imposed by Iran upon oceangoing carriers, such as the Shipping Lines as described herein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 16, 2008.

                                    /s/ David J. Cook
                                DAVID J. COOK, ESQ. (SB# 060859)

DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) [HARBOR AND BUNKERED FUEL RIGHTS - MITSUI O.S.K. LINES ] - CASE NO. 3:08-mc-80030-JSW

3

**EXHIBIT "A"**

| Line Code | CM6 |
|---|---|

30-Jun-08

| VESSEL NAME | CODE | OPERATOR | VOY | VOY TYPE | | CNNSA | CNYTN | MYTPP | LKCMB | AEJEA | SADMN | AEJEA | IRBND | SGSIN | CNNSA | CNYTN | | VOY | VOY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | CNNSA | NANSHA | YANTIAN | TANJUNG PELEPAS | COLOMBO | JEBEL ALI | DAMMAM | JEBEL ALI | BANDAR ABBAS | SINGAPORE | NANSHA | YANTIAN | CNYTN | | |
| Flag Registration(W) | | | | | PERFORMA | L | L | LD | LD | LD | D | D | D | | | | PERFORMA | | |
| Flag Registration(E) | | | | | | | | | | | L | LD | LD | LD | D | D | | | |
| | | | | VOY TYPE | SUN - MON | SUN - MON | MON - TUE | SAT - SAT | WED - WED | SUN - MON | TUE - THU | FRI - SAT | SAT - MON | TUE - WED | SUN - MON | MON - TUE | MON - TUE | | VOY TYPE |
| NEDLLOYD ASIA | ASI | MSK | 0809 | H | 13-Apr - 14-Apr | 13-Apr - 14-Apr | 14-Apr - 15-Apr | 19-Apr - 19-Apr | 23-Apr - 23-Apr | 27-Apr - 29-Apr | 30-Apr - 1-May | 2-May - 4-May | 3-May - 5-May | 13-May - 14-May | 18-May - 19-May | 19-May - 20-May | 19-May - 20-May | 0810 | R |
| NEDLLOYD OCEANIA | OCE | MSK | 0809 | H | 20-Apr - 21-Apr | 20-Apr - 21-Apr | 21-Apr - 22-Apr | 26-Apr - 26-Apr | 30-Apr - 30-Apr | 4-May - 6-May | 8-May - 8-May | 9-May - 10-May | 10-May - 12-May | 20-May - 21-May | 25-May - 26-May | 26-May - 27-May | 26-May - 27-May | 0810 | R |
| NEDLLOYD AMERICA | AME | MSK | 0809 | H | 27-Apr - 28-Apr | 27-Apr - 28-Apr | 28-Apr - 29-Apr | 3-May - 3-May | 7-May - 7-May | 11-May - 13-May | 13-May - 15-May | 16-May - 17-May | 19-May - 21-May | 28-May - 29-May | 1-Jun - 2-Jun | 2-Jun - 3-Jun | 2-Jun - 3-Jun | 0810 | R |
| NEDLLOYD AFRICA | NAF | MSK | 0811 | H | 4-May - 5-May | 4-May - 5-May | 5-May - 6-May | 10-May - 10-May | 14-May - 14-May | 18-May - 20-May | 21-May - 22-May | 23-May - 24-May | 25-May - 27-May | 4-Jun - 4-Jun | 8-Jun - 9-Jun | 9-Jun - 10-Jun | 9-Jun - 10-Jun | 0812 | R |
| NEDLLOYD EUROPA | EUR | MSK | 0811 | H | 11-May - 12-May | 11-May - 12-May | 12-May - 13-May | 16-May - 17-May | 21-May - 21-May | 25-May - 27-May | 27-May - 29-May | 30-May - 31-May | 1-Jun - 2-Jun | 10-Jun - 11-Jun | 15-Jun - 16-Jun | 16-Jun - 17-Jun | 16-Jun - 17-Jun | 0812 | R |
| NEDLLOYD ASIA | ASI | MSK | 0811 | H | 18-May - 19-May | 18-May - 19-May | 19-May - 20-May | 23-May - 24-May | 28-May - 28-May | 1-Jun - 3-Jun | 3-Jun - 7-Jun | 8-Jun - 9-Jun | 10-Jun - 11-Jun | 18-Jun - 19-Jun | 22-Jun - 23-Jun | 23-Jun - 24-Jun | 23-Jun - 24-Jun | 0812 | R |
| NEDLLOYD OCEANIA | OCE | MSK | 0811 | H | 25-May - 26-May | 25-May - 26-May | 26-May - 27-May | 31-May - 31-May | 4-Jun - 4-Jun | 8-Jun - 9-Jun | 11-Jun - 14-Jun | 15-Jun - 16-Jun | 16-Jun - 17-Jun | 25-Jun - 26-Jun | 29-Jun - 30-Jun | 30-Jun - 1-Jul | 30-Jun - 1-Jul | 0812 | R |
| NEDLLOYD AMERICA | AME | MSK | 0811 | H | 1-Jun - 2-Jun | 1-Jun - 2-Jun | 2-Jun - 3-Jun | 7-Jun - 7-Jun | 11-Jun - 11-Jun | 15-Jun - 16-Jun | 17-Jun - 18-Jun | 20-Jun - 21-Jun | 21-Jun - 23-Jun | 1-Jul - 2-Jul | 6-Jul - 7-Jul | 7-Jul - 8-Jul | 7-Jul - 8-Jul | 0812 | R |
| NEDLLOYD AFRICA | NAF | MSK | 0813 | H | 8-Jun - 9-Jun | 8-Jun - 9-Jun | 9-Jun - 10-Jun | 14-Jun - 15-Jun | 19-Jun - 19-Jun | 23-Jun - 25-Jun | 26-Jun - 28-Jun | 27-Jun - 28-Jun | 28-Jun - 30-Jun | 8-Jul - 9-Jul | 13-Jul - 14-Jul | 14-Jul - 15-Jul | 14-Jul - 15-Jul | 0814 | R |
| NEDLLOYD EUROPA | EUR | MSK | 0813 | H | 15-Jun - 16-Jun | 15-Jun - 16-Jun | 16-Jun - 17-Jun | 21-Jun - 21-Jun | 25-Jun - 25-Jun | 29-Jun - 30-Jun | 1-Jul - 3-Jul | 4-Jul - 5-Jul | 5-Jul - 7-Jul | 15-Jul - 16-Jul | 20-Jul - 21-Jul | 21-Jul - 22-Jul | 21-Jul - 22-Jul | 0814 | R |
| NEDLLOYD ASIA | ASI | MSK | 0813 | H | 22-Jun - 23-Jun | 22-Jun - 23-Jun | 23-Jun - 24-Jun | 28-Jun - 28-Jun | 2-Jul - 2-Jul | 6-Jul - 7-Jul | 8-Jul - 10-Jul | 11-Jul - 12-Jul | 12-Jul - 14-Jul | 22-Jul - 23-Jul | 27-Jul - 28-Jul | 28-Jul - 29-Jul | 28-Jul - 29-Jul | 0814 | R |
| NEDLLOYD OCEANIA | OCE | MSK | 0813 | H | 29-Jun - 30-Jun | 29-Jun - 30-Jun | 30-Jun - 1-Jul | 5-Jul - 5-Jul | 9-Jul - 9-Jul | 13-Jul - 14-Jul | 15-Jul - 17-Jul | 18-Jul - 19-Jul | 19-Jul - 21-Jul | 29-Jul - 30-Jul | 3-Aug - 4-Aug | 4-Aug - 5-Aug | 4-Aug - 5-Aug | 0814 | R |
| NEDLLOYD AMERICA | AME | MSK | 0813 | H | 6-Jul - 7-Jul | 6-Jul - 7-Jul | 7-Jul - 8-Jul | 12-Jul - 12-Jul | 16-Jul - 16-Jul | 20-Jul - 21-Jul | 22-Jul - 24-Jul | 25-Jul - 26-Jul | 26-Jul - 28-Jul | 5-Aug - 6-Aug | 10-Aug - 11-Aug | 11-Aug - 12-Aug | 11-Aug - 12-Aug | 0814 | R |
| NEDLLOYD AFRICA | NAF | MSK | 0815 | H | 13-Jul - 14-Jul | 13-Jul - 14-Jul | 14-Jul - 15-Jul | 19-Jul - 19-Jul | 23-Jul - 23-Jul | 27-Jul - 28-Jul | 29-Jul - 31-Jul | 1-Aug - 2-Aug | 2-Aug - 4-Aug | 12-Aug - 13-Aug | 17-Aug - 18-Aug | 18-Aug - 19-Aug | 18-Aug - 19-Aug | 0816 | R |
| NEDLLOYD EUROPA | EUR | MSK | 0815 | H | 20-Jul - 21-Jul | 20-Jul - 21-Jul | 21-Jul - 22-Jul | 26-Jul - 26-Jul | 30-Jul - 30-Jul | 3-Aug - 4-Aug | 5-Aug - 7-Aug | 8-Aug - 9-Aug | 9-Aug - 11-Aug | 19-Aug - 20-Aug | 24-Aug - 25-Aug | 25-Aug - 26-Aug | 25-Aug - 26-Aug | 0816 | R |
| NEDLLOYD ASIA | ASI | MSK | 0815 | H | 27-Jul - 28-Jul | 27-Jul - 28-Jul | 28-Jul - 29-Jul | 2-Aug - 2-Aug | 6-Aug - 6-Aug | 10-Aug - 11-Aug | 12-Aug - 14-Aug | 15-Aug - 16-Aug | 16-Aug - 18-Aug | 26-Aug - 27-Aug | 31-Aug - 1-Sep | 1-Sep - 2-Sep | 1-Sep - 2-Sep | 0816 | R |
| NEDLLOYD OCEANIA | OCE | MSK | 0815 | H | 3-Aug - 4-Aug | 3-Aug - 4-Aug | 4-Aug - 5-Aug | 9-Aug - 9-Aug | 13-Aug - 13-Aug | 17-Aug - 18-Aug | 19-Aug - 21-Aug | 22-Aug - 23-Aug | 23-Aug - 25-Aug | 2-Sep - 3-Sep | 7-Sep - 8-Sep | 8-Sep - 9-Sep | 8-Sep - 9-Sep | 0816 | R |
| NEDLLOYD AMERICA | AME | MSK | 0815 | H | 10-Aug - 11-Aug | 10-Aug - 11-Aug | 11-Aug - 12-Aug | 16-Aug - 16-Aug | 20-Aug - 20-Aug | 24-Aug - 25-Aug | 26-Aug - 28-Aug | 29-Aug - 30-Aug | 30-Aug - 1-Sep | 9-Sep - 10-Sep | 14-Sep - 15-Sep | 15-Sep - 16-Sep | 15-Sep - 16-Sep | 0816 | R |
| NEDLLOYD AFRICA | NAF | MSK | 0817 | H | 17-Aug - 18-Aug | 17-Aug - 18-Aug | 18-Aug - 19-Aug | 23-Aug - 23-Aug | 27-Aug - 27-Aug | 31-Aug - 1-Sep | 2-Sep - 4-Sep | 5-Sep - 6-Sep | 6-Sep - 8-Sep | 16-Sep - 17-Sep | 21-Sep - 22-Sep | 22-Sep - 23-Sep | 22-Sep - 23-Sep | 0818 | R |
| NEDLLOYD EUROPA | EUR | MSK | 0817 | H | 24-Aug - 25-Aug | 24-Aug - 25-Aug | 25-Aug - 26-Aug | 30-Aug - 30-Aug | 3-Sep - 3-Sep | 7-Sep - 8-Sep | 9-Sep - 11-Sep | 12-Sep - 13-Sep | 13-Sep - 15-Sep | 23-Sep - 24-Sep | 28-Sep - 29-Sep | 29-Sep - 30-Sep | 29-Sep - 30-Sep | 0818 | R |
| NEDLLOYD ASIA | ASI | MSK | 0817 | H | 31-Aug - 1-Sep | 31-Aug - 1-Sep | 1-Sep - 2-Sep | 6-Sep - 6-Sep | 10-Sep - 10-Sep | 14-Sep - 15-Sep | 16-Sep - 18-Sep | 19-Sep - 20-Sep | 20-Sep - 22-Sep | 30-Sep - 1-Oct | 5-Oct - 6-Oct | 6-Oct - 7-Oct | 6-Oct - 7-Oct | 0818 | R |
| NEDLLOYD OCEANIA | OCE | MSK | 0817 | H | 7-Sep - 8-Sep | 7-Sep - 8-Sep | 8-Sep - 9-Sep | 13-Sep - 13-Sep | 17-Sep - 17-Sep | 21-Sep - 22-Sep | 23-Sep - 25-Sep | 26-Sep - 27-Sep | 27-Sep - 29-Sep | 7-Oct - 8-Oct | 12-Oct - 13-Oct | 13-Oct - 14-Oct | 13-Oct - 14-Oct | 0818 | R |
| NEDLLOYD AMERICA | AME | MSK | 0817 | H | 14-Sep - 15-Sep | 14-Sep - 15-Sep | 15-Sep - 16-Sep | 20-Sep - 20-Sep | 24-Sep - 24-Sep | 28-Sep - 29-Sep | 30-Sep - 2-Oct | 3-Oct - 4-Oct | 4-Oct - 6-Oct | 14-Oct - 15-Oct | 19-Oct - 20-Oct | 20-Oct - 21-Oct | 20-Oct - 21-Oct | 0818 | R |
| NEDLLOYD AFRICA | NAF | MSK | 0819 | H | 21-Sep - 22-Sep | 21-Sep - 22-Sep | 22-Sep - 23-Sep | 27-Sep - 27-Sep | 1-Oct - 1-Oct | 5-Oct - 6-Oct | 7-Oct - 9-Oct | 10-Oct - 11-Oct | 11-Oct - 13-Oct | 21-Oct - 22-Oct | 26-Oct - 27-Oct | 27-Oct - 28-Oct | 27-Oct - 28-Oct | 0820 | R |
| NEDLLOYD EUROPA | EUR | MSK | 0819 | H | 28-Sep - 29-Sep | 28-Sep - 29-Sep | 29-Sep - 30-Sep | 4-Oct - 4-Oct | 8-Oct - 8-Oct | 12-Oct - 13-Oct | 14-Oct - 16-Oct | 17-Oct - 18-Oct | 18-Oct - 20-Oct | 28-Oct - 29-Oct | 2-Nov - 3-Nov | 3-Nov - 4-Nov | 3-Nov - 4-Nov | 0820 | R |
| NEDLLOYD ASIA | ASI | MSK | 0819 | H | 5-Oct - 6-Oct | 5-Oct - 6-Oct | 6-Oct - 7-Oct | 11-Oct - 11-Oct | 15-Oct - 15-Oct | 19-Oct - 20-Oct | 21-Oct - 23-Oct | 24-Oct - 25-Oct | 25-Oct - 27-Oct | 4-Nov - 5-Nov | 9-Nov - 10-Nov | 10-Nov - 11-Nov | 10-Nov - 11-Nov | 0820 | R |
| NEDLLOYD OCEANIA | OCE | MSK | 0819 | H | 12-Oct - 13-Oct | 12-Oct - 13-Oct | 13-Oct - 14-Oct | 18-Oct - 18-Oct | 22-Oct - 22-Oct | 26-Oct - 27-Oct | 28-Oct - 30-Oct | 31-Oct - 1-Nov | 1-Nov - 3-Nov | 11-Nov - 12-Nov | 16-Nov - 17-Nov | 17-Nov - 18-Nov | 17-Nov - 18-Nov | 0820 | R |
| NEDLLOYD AMERICA | AME | MSK | 0819 | H | 19-Oct - 20-Oct | 19-Oct - 20-Oct | 20-Oct - 21-Oct | 25-Oct - 25-Oct | 29-Oct - 29-Oct | 2-Nov - 3-Nov | 4-Nov - 6-Nov | 7-Nov - 8-Nov | 8-Nov - 10-Nov | 18-Nov - 19-Nov | 23-Nov - 24-Nov | 24-Nov - 25-Nov | 24-Nov - 25-Nov | 0820 | R |
| NEDLLOYD AFRICA | NAF | MSK | 0821 | H | 26-Oct - 27-Oct | 26-Oct - 27-Oct | 27-Oct - 28-Oct | 1-Nov - 1-Nov | 5-Nov - 5-Nov | 9-Nov - 10-Nov | 11-Nov - 13-Nov | 14-Nov - 15-Nov | 15-Nov - 17-Nov | 25-Nov - 26-Nov | 30-Nov - 1-Dec | 1-Dec - 2-Dec | 1-Dec - 2-Dec | 0822 | R |
| NEDLLOYD EUROPA | EUR | MSK | 0821 | H | 2-Nov - 3-Nov | 2-Nov - 3-Nov | 3-Nov - 4-Nov | 8-Nov - 8-Nov | 12-Nov - 12-Nov | 16-Nov - 17-Nov | 18-Nov - 20-Nov | 21-Nov - 22-Nov | 22-Nov - 24-Nov | 2-Dec - 3-Dec | 7-Dec - 8-Dec | 8-Dec - 9-Dec | 8-Dec - 9-Dec | 0822 | R |

EXHIBIT A-1

# Asia-North America Unified Schedule East Bound

Week 17 2008    June 27, 2008    E

| SERVICE | PRE | PS1 | PS2 | PS3 | PSX | ESX | PSW | PNW | PCE | PCX | CNY | NYX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VESSEL | APL ENGLAND | APL AUSTRALIA | VOID WEEK | MOL EFFICIENCY | MOL PARTNER | HYUNDAI UNITY | HYUNDAI CONFIDENCE | HYUNDAI REPUBLIC | APL THAILAND | HYUNDAI BARON | APL TURQUOISE | APL BEIJING |
| Abbv/Code | ENG 716W | AAU2 074U | | EFI 0730L | PTR2 746H | HUN 0763P | HCF 731D | HRP 0717H | THI 07734 | HBA 0790R | TUR 0700W | BEI 0743E |
| VOYAGE NO | 168E | 035E | | 043E | 033E | 006E | 115E | 074E | 121E | 166E | 079EP | 023E |
| Karachi | 4/1 | 3/22 | | | | | | 3/22 | | | 3/24 | 3/23 |
| Nhava Sheva | 4/3 | 3/29 | | | | | | 3/29 | | | 3/18 | 3/24 |
| Colombo | 3/31 | 3/22 | | | | | | 3/26 | | | 3/27 | 3/29 |
| Jakarta | 4/6 | 4/1 | | | | | | 4/1 | | | 3/30 | 4/1 |
| Penang | 4/7 | 4/2 | | | | | | 4/1 | | | 3/27 | 3/29 |
| Chittagong | 4/2 | 3/28 | | | | | | 3/28 | | | 3/28 | 3/30 |
| Pasir Gudang | 4/8 | 4/3 | | | | | | 4/3 | | | 4/2 | 4/4 |
| Surabaya | 4/6 | 4/1 | | | | | | 3/30 | | | 3/30 | 4/1 |
| Ho Chi Minh | 4/7 | 4/2 | | | | | 4/5 | 4/5 | | | 4/7 | 4/9 |
| Hai Phong | 4/7 | 4/5 | | | | 4/2 | 4/4 | 4/7 | | | 4/7 | 4/9 |
| Da Nang | 4/2 | 4/4 | | | | | 4/4 | 4/7 | | | 4/3 | 4/5 |
| Sihanoukville | 4/6 | 4/1 | | | | | | | | | | |
| Semarang | 4/5 | 3/31 | | | | | | 3/31 | | | 3/26 | 3/28 |
| Manila | | | | | | 4/8 | 4/5 | 4/5 | | | 4/4 | 4/6 |
| Cebu | | | | | | 4/6 | 4/3 | 4/3 | | | 4/2 | 4/4 |
| Nanjing | | | | 4/9 | | | | | | | 4/9 | 4/11 |
| Fuzhou | | | | | | | 4/7 | 4/5 | | | 4/7 | 4/9 |
| Nantong | | 4/5 | | 4/9 | | 4/7 | | | | | 4/9 | 4/11 |
| | | | | | | | | | | | | |
| Port Kelang | | | | | | | | | | | | |
| Hakata | | | | | | | | | | | | |
| Laem Chabang | | 4/12 | 4/13 | | | | | | | | | |
| Singapore | 4/15 | 4/17 | 4/15 | 4/16 | | | | | | | | |
| Yantian | | | 4/19 | 4/20 | | 4/21 4/23 | 4/26 4/26 | 4/18 4/19 | 4/22 4/22 | | | OMIT OMIT |
| Chiwan | 4/20 | 4/21 | | | | 4/20 4/21 | | | | | 4/21 4/21 | |
| Hong Kong | 4/20 | 4/20 | 4/20 | 4/21 | | 4/22 4/23 | 4/26 4/27 | 4/17 4/18 | 4/21 4/22 | | 4/23 4/24 | OMIT OMIT |
| Kaohsiung | | | | | | 4/24 4/25 | | 4/19 4/20 4/18 4/19 | | | 4/22 4/23 | 4/22 4/24 |
| Xiamen | | | | | | | | 4/16 4/16 | | | Vsl was delayed | |
| Dalian | | | | | | | | | OMIT OMIT | | at CWN/HKG due | |
| Xingang | | | | | | | | | 4/20 4/21 | | to stop work | |
| Qingdao | | | | | | | | | 4/22 4/23 | | resulted from | |
| Shanghai | | | | 4/21 | 4/22 | | 4/23 4/24 | 4/24 4/25 | | 4/24 4/25 | typhoon Neoguri | OMIT OMIT |
| Busan | | | | | | | | 4/22 4/22 | 4/25 4/26 | | 4/27 4/27 | OMIT OMIT |
| | | | | | | | 4/22 4/22 | | | | 4/25 4/25 | |
| Ningbo | | | | 4/23 | 4/23 | | | | | 4/23 4/23 | | |
| Kobe | | | | 4/25 | 4/25 | | | | | | OMIT OMIT | |
| Nagoya | | | | | | | | | 4/26 4/26 | | | Calls only 1 port |
| Yokohama | | | | | | | | | 4/27 4/27 | | | in Asia to |
| Tokyo | | | | 4/26 | 4/27 | | | | 4/27 4/29 | | 4/27 4/27 | recovery |
| Kanpt | | | | | | | | | | | Call CWN before | schedule |
| Kwangyang | | | | | | | | | | 4/26 4/26 | HKG and skip | |
| | | | | | | | | | | | Kobe to keep PACNZ | |
| | | | | | | | | | | | | |
| Los Angeles | 5/3 | 5/6 | | | 5/5 | 5/9 | 5/8 | | | 5/6 5/8 | 5/6 5/9 | |
| Long Beach | | | | | | | | 5/2 5/5 | | | | |
| Oakland | | | | | | 5/4 5/5 | | 5/6 5/7 | | 5/9 5/10 | | |
| Seattle | | 5/2 | 5/4 | | | | | | 5/7 5/8 | | | |
| Vancouver | | 5/4 | 5/5 | | | 5/10 5/11 | | | 5/8 5/9 | | | |
| Portland | | | | | | Vsl was delayed | | | | | | |
| Balboa | | | | | | at CWN/HKG due | OMIT OMIT | | | | 5/11 5/11 | |
| Manzanillo | | | | | | to suspension of | 5/17 5/18 | | | | 5/12 5/13 | 5/11 5/12 |
| Miami | | | | | | pilotage resulted | | | | | 5/15 5/16 | 5/21 5/21 |
| Savannah | | | | | | from typhoon Neoguri | 5/20 5/21 | | | | 5/18 5/19 | 5/19 5/20 |
| Charleston | | | | | | 2 days behind at OAK | | | | | 5/17 5/18 | |
| New York | | | | | | and will VAN before TRI | 5/23 5/24 | | | | 5/20 5/21 | 5/15 5/16 |
| Norfolk | | | | | | | 5/24 5/25 | | | | | 5/17 5/18 |
| Tacoma | | | | | | 5/11 5/12 | | | 5/6 5/7 | | | |
| Jacksonville | | | | | | | OMIT OMIT | | | | | |
| **RAIL GATEPORT** | **LA** | **SEA** | | **LA** | **LA  OAK** | **SAV  NYC** | **LGB** | **SEA  TIW** | **LA** | **LA** | **NY** | **NY** |
| Atlanta | 5/12 | | | 5/13 | 5/13 | | 5/12 | | 5/15 | 5/15 | | |
| Baltimore | 5/12 | 5/11 | | 5/15 | 5/14 5/12 | | 5/12 | 5/13 | 5/15 | 5/15 | | |
| Charleston | 5/13 | | | 5/16 | 5/14 | | 5/11 | | 5/16 | 5/16 | | |
| Chicago | 5/11 | 5/8 | | 5/12 | 5/11 5/10 | 5/25 | 5/15 | 5/12 5/13 | 5/13 | 5/13 | 5/24 | 5/19 |
| Columbus | 5/12 | 5/10 | | 5/14 | 5/13 5/12 | 5/24 | 5/11 | 5/13 | 5/14 | 5/14 | 5/23 | 5/19 |
| Dallas | 5/9 | | | 5/11 | 5/9 | | 5/8 | | 5/12 | 5/12 | | |
| Denver | 5/8 | | | 5/10 | 5/9 | | 5/15 | | 5/10 | 5/10 | | |
| Detroit | 5/12 | 5/12 | | 5/15 | 5/14 | 5/26 | 5/12 | 5/14 | 5/15 | 5/15 | 5/25 | 5/20 |
| El Paso | 5/9 | | | 5/11 | 5/10 | | 5/9 | | 5/11 | 5/11 | | |
| Houston | 5/10 | | | 5/12 | 5/10 | | 5/8 | | 5/12 | 5/12 | | |
| Jacksonville | 5/13 | | | 5/16 | 5/15 | | 5/13 | | 5/16 | 5/16 | | |
| Kansas City | 5/9 | 5/10 | | 5/11 | 5/10 5/10 | 5/27 | 5/8 | 5/8 | 5/11 | 5/11 | 5/27 | 5/21 |
| Marysville | | | | 5/12 | 5/02 | | 5/10 | | 5/13 | 5/13 | | |
| Memphis | 5/11 | | | 5/13 | 5/11 | | 5/9 | | 5/12 | 5/12 | | |
| Mexico City | | | | | | | | | | | | |
| Miami | 5/13 | | | 5/16 | 5/15 | | 5/13 | | 5/16 | 5/16 | | |
| Montreal | | | | | | | | | | | | |
| Nashville | | 5/12 | | | | | | | | | | |
| New Orleans | 5/12 | | | 5/12 | 5/12 | | 5/12 | | 5/12 | 5/12 | | |
| New York | 5/12 | 5/11 | | 5/15 | 5/14 5/12 | | 5/12 | 5/14 | 5/13 | 5/13 | | |
| Los Angeles | | | | | | | | | | | 5/29 | 5/24 |
| Oakland | | | | | | | | | | | | 5/26 |
| Portland | | | | | | | | | | | | 5/24 |
| Seattle | | | | | | | | | | | | 5/24 |
| Norfolk | 5/13 | 5/13 | | 5/16 | 5/15 | | 5/13 | 5/15 | 5/16 | 5/16 | | |
| Omaha | 5/11 | 5/11 | | 5/13 | 5/12 | | 5/11 | | 5/13 | 5/13 | | |
| Orlando | | | | | | | | | | | | |
| Philadelphia | | | | | | | | | | | | |
| San Antonio | 5/10 | | | 5/12 | 5/11 | | 5/10 | | 5/12 | 5/12 | | |
| Savannah | 5/14 | | | 5/16 | 5/14 | | 5/12 | | 5/15 | 5/15 | | |
| St. Louis | 5/11 | 5/11 | | 5/13 | 5/13 | 5/26 | 5/11 | | 5/13 | 5/13 | 5/26 | 5/19 |
| St. Paul | | 5/8 | | | | | | 5/12 5/12 | | | | |
| Stockbridge | 5/14 | 5/13 | | 5/10 | 5/16 5/14 | | 5/14 | 5/15 | 5/17 | 5/17 | | |
| Louisville | 5/13 | 5/13 | | 5/15 | 5/14 | | 5/11 | 5/13 | 5/15 | 5/15 | | |
| Tampa | 5/13 | | | 5/16 | 5/14 | | 5/11 | | 5/16 | 5/16 | | |
| Toronto | | | | | | | | | | | | |

A-2

**MOL** Mitsui O.S.K. Lines       › Home · Site Map › Japanese

| About MOL | MOL Services | CSR/Environment | Investor Relations | Press Release | MOL Group | Career at Sea | Shipping Research |

Home > MOL Services > Containerships

· Japanese

# Containerships

Advanced Networks Allow Door-to-Door Container Service



### The world's most extensive liner network

MOL's liner route network covers the world. In recent years, the network has continued to spread thanks to economic growth in emerging nations of Asia and other areas. In 1995, MOL played the leading role in creating the world's first strategic liner alliance. We are now a member of The New World Alliance (TNWA) with APL of Singapore and Hyundai Merchant Marine of South Korea. By combining the power of its three member companies, TNWA is unparalleled in port coverage and transit time on routes serving the Pacific, Atlantic, Asia, and Europe. Our services encompass Russia, Africa, South America, and Australia, Asia, and the Middle East, as well as key east-west routes, and offer the highest quality transport.



TNWA Route Network

### Containership fleet supports vast route coverage

MOL operates liner routes spreading all over the world, with a fleet of over 100 containerships. These vessels range in size from 450 TEUs to 8,000 TEUs. We continue to launch large-scale new vessels to boost efficiency and competitiveness.

  

Containership            Containership
**MOL PARADISE**         **MOL ENTERPRISE**

### Owned and operated terminals lay the groundwork for speedy door-to-door service

MOL has seven owned-and-operated container terminals in Japan and overseas (Tokyo, Yokohama, Osaka, Kobe, Laem Chabang, Los Angeles, Oakland). To meet expanding needs, a new terminal is now being built in Jacksonville, Florida and construction of a new terminal will start in Rotterdam, The Netherlands. Thanks to efficient, state-of-the-art systems and equipment, these terminals load and unload cargo around the clock, creating an optimum link between ocean shipping and inland transport and serving as a vital link in MOL's door-to-door service.

  

Gantry crane            Transfer crane

### An IT network to support our extensive liner network

Case 3:08-mc-80030-JSW   Document 106-3   Filed 07/17/08   Page 8 of 11

We introduced the most advanced information technology to manage ship status, booking, control of containers' machinery and equipment, and bill of lading (B/L) information. Various information related to cargo transport is transmitted instantly anywhere in the world. Customers can also use the Internet to check schedules and track their shipments.





Containership  
**MOL EXCELLENCE**

· Privacy Protection Policies

Copyright © 2008 Mitsui O.S.K. Lines All rights reserved.




NAVI-GATOR  INSTA-Track  Tariffs  Services  Schedules  Vendors  Contact  About MOL

# Global Container Service Schedules - Printable (PDF)

Choose a service here: [VW]  ...or select a Trade lane below...

**Trades**

- Asia-Africa & Middle East
- Asia-Europe
- Asia-Mediterranean
- Asia-North America

- Asia-Oceania
- Asia-South / Latin America
- Europe-Africa
- Europe - Consolidated

- Intra-Asia
- North America-Latin/South America
- Trans-Atlantic

---

**Asia - Africa & Middle East**

- CM3: Singapore - Malaysia - U.A.E.
- CM5: South China - Middle East
- CMI: Asia - West Asia - Middle East
- EAX: Asia - East Africa
- WA1: Asia - South/West Africa
- ZAX: Singapore - South Africa

- CM4: Asia - Middle East
- CM6: Singapore - Malaysia - U.A.E.
- MRX: India - Pakistan - Africa
- WA3: Asia - South/West Africa

Return to Top

---

**Asia - Europe**

- Asia / Europe (Eastbound and Westbound)
- EBX: Asia - Europe

- LP4: Asia - Europe
- NCE: Asia - Europe

Return to Top

---

**Asia - Mediterranean**

- Asia / Mediterranean (Eastbound and Westbound)

Return to Top

---

**Asia-North America**

- Asia to North America
- CX1 Unified Schedules

- North America to Asia

Return to Top

**Asia - Oceania**

- AAB: Singapore to Australia
- AU1: China & North Asia to Australia
- AU2: North Asia to Australia
- NZ1: Asia to New Zealand
- NZS: Southeast Asia to New Zealand
- NZM: Asia to New Zealand

- AAT: Singapore/Malaysia to Australia
- AU1: Australia to China & North Asia
- AU2: Australia to North Asia
- NZ2: Asia to New Zealand
- NZS: New Zealand to Southeast Asia
- NZX: Southeast Asia to New Zealand

Return to Top

**Asia - South America & Latin America**

- CSW: Asia - South America
- WL1: Asia - South America

- WL2: Asia - South America

Return to Top

**Europe-Africa**

- SRE - Europe | Africa
- ARE - Europe | West Africa (Express Service)

- SRX - Europe | Africa
- ARX - Europe | West Africa (Weekly Service)

Return to Top

**Europe Consolidated Schedule**

- European Origin/Destination Schedules for All Trades

Return to Top

**Intra-Asia**

- BHS: Korea-Vietnam-Thailand
- CBE: East Japan-Korea-Thailand-Philippines
- CBJ: Thailand-Singapore-Indonesia
- CH2S: Japan-Hkg-Malaysia-S'pore
- JCI: Japan-China
- KJX: Korea-Hong Kong-Singapore-Indonesia
- MES: Singapore-Male

- CBC: Japan-Central China-Thailand-Vietnam
- CBW: West Japan-Korea-Thailand-Philippines
- CHS: Japan-Hkg S'pore-Pt. Kelang
- JC3: Japan-Hong Kong
- KEX: Singapore-Colombo-Karachi
- KTX: China-Japan
- MNX: Manila-Kaohsiung

- NS2: Singapore-Nhava Sheva-Port Kelang
- SMX: Malaysia - Singapore - India
- VH1: Hong Kong-Vietnam
- VH3: Hong Kong-Vietnam
- VSS: Singapore - Vietnam

- NSX: Singapore-Colombo-Nhava Sheva
- TVS: Thailand-Vitenam
- VH2: Hong Kong - Vietnam
- VS2: Singapore - Vietnam

Return to Top

**North America - Latin/South America**

- ACX: U.S. East Coast - East Coast South America

- Latin America Unified Schedule

Return to Top

**Trans-Atlantic**

- Trans-Atlantic: Europe to North America
- IAX/SZX: Asia to North America

- Trans-Atlantic: North America to Europe
- IAX/SZX: North America to Asia

Return to Top

© 2007 MOL Inc.                                                            Sitemap | Terms of Use | Privacy Policy