| | |
|---|---|
| 1 | DAVID J. COOK, ESQ. (State Bar # 060859)<br>ROBERT J. PERKISS, ESQ (State Bar # 62386) |
| 2 | COOK COLLECTION ATTORNEYS<br>A PROFESSIONAL LAW CORPORATION |
| 3 | 165 Fell Street<br>San Francisco, CA 94102 |
| 4 | Mailing Address: P.O. Box 270<br>San Francisco, CA 94104-0270 |
| 5 | Tel.: (415) 989-4730<br>Fax: (415) 989-0491 |
| 6 | File No. 52,759 |
| 7 | Attorneys for Plaintiffs<br>DEBORAH D. PETERSON, Personal Representatives |
| 8 | of the Estate of James C. Knipple (Dec.), et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.). et al., <br><br>Plaintiffs, <br><br>vs. <br><br>ISLAMIC REPUBLIC OF IRAN, et al., <br><br>Defendants. | CASE NO. 3:08-mc-80030-JSW <br><br> PROOF OF SERVICE |

| | |
|---|---|
| HIS EXCELLENCY AYATOLLAH SAYED 'ALI KHAMENEI<br>THE OFFICE OF THE SUPREME LEADER<br>Islamic Republic Street<br>Shahid Keshvar Doust Street<br>Tehran, Islamic Republic of Iran<br><br>HIS EXCELLENCY MAHMOUD AHMADINEJAD THE PRESIDENT<br>Palestine Avenue<br>Azerbaijan Intersection<br>Tehran, Islamic Republic of Iran<br><br>ISLAMIC REPUBLIC OF IRAN<br>Pasadaran Avenue<br>Golestan Yekom<br>Teheran, Iran<br>ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process | ISLAMIC REPUBLIC OF IRAN<br>acting through its MINISTRY OF DEFENSE AND SUPPORT FOR ARMED FORCES<br>No. 1 Shahid Kaboli Street<br>Beginning of Resalat Highway<br>Seyyed Khandan Bridge<br>P.O. Box 16765-1479<br>Tehran, Iran<br>Attn: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process<br><br>ISLAMIC REPUBLIC OF IRAN<br>Khomeini Avenue<br>United Nations Street<br>Teheran, Iran<br>ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process |

PROOF OF SERVICE - CASE NO. 3:08-mc-80030-JSW (BZ)   1

| | | |
|---|---|---|
| 1 | Director, Human Rights Headquarters of Iran | NATIONAL IRANIAN OIL REFINING |
| 2 | HIS EXCELLENCY MOHAMMAD JAVAD LARIJANI | AND DISTRIBUTION COMPANY Opposite of Arak Alley Ostad Nejatollahi |
| 3 | c/o Office of the Deputy for International Affairs | Ave. Zip Code 15989 |
| 4 | Ministry of Justice Ministry of Justice Building | P.O. Box 15815/3499 Tehran, Iran |
| 5 | Panzdah-Khordad (Ark) Square Tehran, Islamic Republic of Iran | ATTN: Responsible Officer or Agent for Service of Process |
| 6 | Minister of Intelligence | MINISTRY OF PETROLEUM OF THE |
| 7 | GHOLAM HOSSEIN MOHSENI EJEIE MINISTRY OF INTELLIGENCE | ISLAMIC REPUBLIC OF IRAN HAFEZ CROSSING |
| 8 | Second Negarestan Street Pasdaran Avenue | Taleghani Avenue Tehran, Iran |
| 9 | Tehran, Islamic Republic of Iran | ATTN: Responsible Officer or Agent for Service of Process |
| 10 | Head of the Judiciary AYATOLLAH MAHMOUD HASHEMI SHAHROUDI | NATIONAL IRANIAN OIL PRODUCTS DISTRIBUTION COMPANY |
| 11 | Howzeh Riyasat-e Qoveh Qazaiyeh Office of the Head of the Judiciary | Bahar St, Somaya Corner Tehran 15617/ 33315 |
| 12 | ,Pasteur Street, Vali Asr Avenue South of Serah-e Jomhouri | P.O .Box 6165 Tehran |
| 13 | Tehran 1316814737 Islamic Republic of Iran | ATTN: Responsible Officer or Agent for Service of Process |
| 14 | | |
| 15 | MINISTRY OF ROADS AND TRANSPORTATION | NATIONAL IRANIAN OIL COMPANY Hafez Crossing |
| 16 | Attn: MOHAMMED RAHMATI MINISTER OF ROAD AND TRANSPORTATION | Taleghani Avenue Tehran, Iran ATTN: Responsible Officer or Agent for |
| 17 | Taleghani Avenue Tehran, Iran | Service of Process |
| 18 | | **MITSUI O.S.K. LINES** |
| 19 | ALI TAHERI DEPUTY MINISTER AND MANAGING DIRECTOR | **Attn: PRESIDENT, GENERAL MANAGER, AGENT FOR SERVICE OF PROCESS-LEGAL MATTERS** |
| 20 | PORT & SHIPPING ORGANIZATION OF THE ISLAMIC REPUBLIC OF IRAN | **Kunio Suzuki, Chairman of the Board, Representative Director** |
| 21 | Building No. 2 South Didar Street | **Akimitsu Ashida, Executive President, Representative Director** |
| 22 | Shahid Hagnai Expressway,Vanak Square Tehran, Iran | **2-1-1 Toranomon Minato-ku, TKY 105-8688 Japan** |
| 23 | I declare: | |
| 24 | | |
| 25 | I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached: | |
| 26 | | |
| 27 | NOTICE OF MOTION AND MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) **[HARBOR AND BUNKERED FUEL RIGHTS - MITSUI O.S.K. LINES]** | |
| 28 | | |

PROOF OF SERVICE - CASE NO. 3:08-mc-80030-JSW (BZ)   2

1  MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
2  [HARBOR AND BUNKERED FUEL RIGHTS - MITSUI O.S.K. LINES]

3  MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. §
4  708.510(a) AND F.R.C.P. 69(a)
   [HARBOR AND BUNKERED FUEL RIGHTS - MITSUI O.S.K. LINES]

5
   DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION FOR AN
6  ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. §
   708.510(a) AND F.R.C.P. 69(a)
7  [HARBOR AND BUNKERED FUEL RIGHTS - MITSUI O.S.K. LINES]

8  on the above-named person(s) by:

9  __XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the
10 person(s) served above.

11  I declare under penalty of perjury that the foregoing is true and correct.

12  Executed on July 16, 2008.

13
                                          /s/ David J. Cook
14                                        DAVID J. COOK, ESQ. (SB# 060859)