DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel.: (415) 989-4730
Fax: (415) 989-0491
File No. 52,759

Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
of the Estate of James C. Knipple (Dec.), et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants. | CASE NO. 3:08-mc-80030-JSW <br><br> DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) <br><br> [HARBOR AND BUNKERED FUEL RIGHTS - ORIENT OVERSEAS CONTAINER LINE] <br><br> Date: September 3, 2008 <br> Time: 10:00 a.m. <br> Courtroom: G, 15th Floor <br> Magistrate Judge: Bernard Zimmerman |

I, DAVID J. COOK, hereby declare and state as follows:

1. I am one of the attorneys of record for Plaintiffs in the above-entitled action, am duly authorized to practice before all courts in the State of California, and am familiar with the facts and circumstances in this action.

2. The shipping schedule of **ORIENT OVERSEAS CONTAINER LINE** shows that the Shipping Line frequents Iranian ports, harbors and other facilities. The Shipping Line's schedule is set forth by way of its website which shows its traffic, a true and correct copy of the download which is attached hereto marked *Exhibit "A."* The schedule demonstrates that the Shipping Line

1 | services Iranian ports, and also American ports, thereby creating inferences, as follows: 1) the Shipping Line is generally subject to the jurisdiction of the U.S. in both import and export of products; 2) the Shipping Line is generally doing business with Iranian port facilities in both imported and exported products.

3. As Plaintiffs have confirmed that the Shipping Line frequents Iranian harbors, ports, wharfs, docks, and other harbor-like facilities. Plaintiffs likewise have determined that Iran has a whole list of Tariffs which Iran charges oceangoing freighters, carriers, tankers, and the like, a true and correct copy of the MANUAL OF Tariffs applicable to vessels and cargo in Ports of the Islamic Republic of Iran which is attached hereto marked *Exhibit "B."* These tariffs clearly show the charges imposed by Iran upon oceangoing carriers, such as the Shipping Lines as described herein. Plaintiffs have also ascertained from a press release undertaken by the ports and shipping organization of the Department of Transportation of Iran, that Iran sells bunkered oil.

4. A true and correct copy of the press release entitled "PSO news, In the name of God Supplement to Port & Sea Magazine Nos 2/Sep-Oct, 2007 is attached hereto marked *Exhibit "C."*

5. The Ministry of Roads and Transportation generally oversees the PORTS & SHIPPING ORGANIZATION ("P.S.O.") of Iran who manage the docks, harbors and related facilities pursuant to the printout from the website entitled IR IRAN's Ports & Shipping Organization, a true and correct copy of which is attached hereto marked *Exhibit "D."*

6. Iran charges these Shipping Lines an entire array of charges for the privilege of utilizing Iranian docks, harbors, terminals and other maritime facilities, all hereinafter collectively "DOCK FEES." This label is illustrative as seen by, e.g., the entire range of charges imposed by Iran through its Manual of Tariffs Applicable to Vessels and Cargo in the Ports of the Islamic Republic of Iran, a true and correct copy of which is attached hereto marked *Exhibit "B."*

7. The National Iranian Oil Products Distribution Company is a subsidiary of the National Iranian Oil Refining and Distributing Co., which is part of the Ministry of Petroleum of the Islamic Republic of Iran per the attached download, a true and correct copy which is attached hereto marked *Exhibit "E."*

8. Declarant personally read, reviewed and downloaded all of the above-listed exhibits, and personally obtained these documents by examining the website maintained by the Ports & Shipping Organization website of The Islamic Republic of Iran. Furthermore, Declarant over the last six months has become familiar with, if not immersed, in generally the economy of Iran and its large-scale business and in which Iran maintains a series of websites, providing for a vast amount of information. These Tariffs clearly show the charges imposed by Iran upon oceangoing carriers, such as the Shipping Lines as described herein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 16, 2008.

                                                    /s/ David J. Cook
                                                  DAVID J. COOK, ESQ. (SB# 060859)

F:\USERS\DJCNEW\petersonsf.assignorient

# EXHIBIT "A"



Xingang/Qingdao/Shenzhen/ Hong Kong/Singapore/Port Kelang/
Colombo/Jebel Ali/Bandar Abbas/Mundra/Pipavav/Nhava Sheva/
Colombo/Port Kelang/Singapore/Hong Kong

**Calling Ports**

| Port | AIM2 | |
|---|---|---|
| | ETA | ETD |
| Xingang | | Mon |
| Qingdao | Tue | Wed |
| Shenzhen | Sat | Sat |
| Hong Kong | Sat | Sun |
| Singapore | Wed | Thu |
| Port Kelang | Thu | Fri |
| Colombo | Mon | Tue |
| Jebel Ali | Sat | Sun |
| Bandar Abbas | Sun | Mon |
| Mundra | Thu | Thu |
| Pipavav | Fri | Sat |
| Nhava Sheva | Sat | Sun |
| Colombo | Tue | Wed |
| Port Kelang | Sat | Sat |
| Singapore | Sun | Sun |
| Hong Kong | Thu | Thu |
| Xingang | Sun | |

**Transit Time (Days)**
**AIM2 (Westbound)**

| From / To (Depart/Arrive) | Shenzhen (Sat) | Hong Kong (Sat) | Singapore (Wed) | Port Kelang (Thu) | Colombo (Mon) | Jebel Ali (Sat) | Bandar Abbas (Sun) |
|---|---|---|---|---|---|---|---|
| Xingang (Mon) | 5 | 5 | 9 | 10 | 14 | 19 | 20 |
| Qingdao (Wed) | 3 | 3 | 7 | 8 | 12 | 17 | 18 |
| Shenzhen (Sat) | | | 4 | 5 | 9 | 14 | 15 |
| Hong Kong (Sun) | | | 3 | 4 | 8 | 13 | 14 |
| Singapore (Thu) | | | | 0 | 4 | 9 | 10 |
| Port Kelang (Fri) | | | | | 3 | 8 | 9 |
| Colombo (Tue) | | | | | | 4 | 5 |

**Transit Time (Days)**
**AIM2 (Eastbound)**

| From / To (Depart/Arrive) | Bandar Abbas (Sun) | Mundra (Thu) | Pipavav (Fri) | Nhava Sheva (Sat) | Colombo (Tue) | Port Kelang (Sat) | Singapore (Sun) | Hong Kong (Thu) | Xingang (Sun) | Qingdao (Tue) |
|---|---|---|---|---|---|---|---|---|---|---|
| Jebel Ali (Sun) | 0 | 4 | 5 | 6 | 9 | 13 | 14 | 18 | 21 | 23 |
| Bandar Abbas (Mon) | | 3 | 4 | 5 | 8 | 12 | 13 | 17 | 20 | 22 |
| Mundra (Thu) | | | 1 | 2 | 5 | 9 | 10 | 14 | 17 | 19 |
| Pipavav (Sat) | | | | 0 | 3 | 7 | 8 | 12 | 15 | 17 |
| Nhava Sheva (Sun) | | | | | 2 | 6 | 7 | 11 | 14 | 16 |
| Colombo (Wed) | | | | | | 3 | 4 | 8 | 11 | 13 |
| Port Kelang (Sat) | | | | | | | 1 | 5 | 8 | 10 |
| Singapore (Sun) | | | | | | | | 4 | 7 | 9 |
| Hong Kong (Thu) | | | | | | | | | 3 | 5 |



We take it personally

www.oocl.com

North America (1) 888 388 OOCL (6625) • Asia (852) 2833 3888 • Europe (44) 207 786 6622

EXHIBIT A-1

# Sailing Schedule - Printable Format
## Sailing Schedule - Jebel Ali, Dubai, United Arab Emirates to Bandar Abbas, Hormozgan, Iran

NOTICE: The information shown is for indication only (and is based on data obtained from the relevant data or content provider) and neither CargoSmart nor any of its data or content providers shall be liable for any errors or delays in the content, or for any actions taken in reliance thereon.

Schedule Last Updated (Greenwich Mean Time):

| 07 Jul 2008 by OOCL | 07 Jul 2008 by COSCON | 06 Jul 2008 by MISC | 07 Jul 2008 by MOL | 07 Jul 2008 by NYK |
|---|---|---|---|---|
| 04 Jul 2008 by Evergreen Line | | | | |

| | | | | |
|---|---|---|---|---|
| Requested by: | | | Requested on: | Jul 8 2008 |
| Carrier: | All | | Origin City: | Jebel Ali |
| Intended Date Range: | Sailing within 2 weeks from Jul 9 2008 | | Origin Country: | United Arab Emirates |
| Service: | All | | Destination City: | Bandar Abbas |
| Shortest Estimated Transit Time: | 1 days | | Destination Country: | Iran |
| Sorted By: | ETD at POL | | Grouped by Carrier: | no |

Regional date is displayed.

| Origin | Cut-off Date | Port of Load (POL) | ETD at POL | Port of Discharge (POD) | ETA at POD | Final Destination Hub (FND) | ETA at FND | Est. Transit Time (Days) | Vessel Voyage | Service | Haul Origin | Haul Des |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jebel Ali | 12 Jul (Sat) 00:00 | Jebel Ali | 13 Jul (Sun) | Bandar Abbas | 14 Jul (Mon) | Bandar Abbas | 14 Jul (Mon) | 1 | EMIRATES NORIKA 828E | AIM2 | CY | CY |
| Jebel Ali | 19 Jul (Sat) 00:00 | Jebel Ali | 20 Jul (Sun) | Bandar Abbas | 20 Jul (Sun) | Bandar Abbas | 21 Jul (Mon) | 1 | EMIRATES MARINA 829E | AIM2 | CY | CY |

Schedules 1 to 2 of 2                               Page 1 of 1

[ Print ]  [ Close ]

# Asia India Middle East Service 2 (AIM2)



OOCL
We take it personally
www.oocl.com

Xingang/Qingdao/Shenzhen/Hong Kong/Singapore/
Port Kelang/Colombo/Jebel Ali/Bandar Abbas/Mundra/
Pipavav/Nhava Sheva/Colombo/Port Kelang/Singapore/Hong Kong

### Transit Time (Days)
(Westbound)

| From / To (Depart/Arrive) | Shenzhen (Sat) | Hong Kong (Sat) | Singapore (Wed) | Port Kelang (Thu) | Colombo (Mon) | Jebel Ali (Sat) | Bandar Abbas (Sun) |
|---|---|---|---|---|---|---|---|
| Xingang (Mon) | 5 | 5 | 9 | 10 | 14 | 19 | 20 |
| Qingdao (Wed) | 3 | 3 | 7 | 8 | 12 | 17 | 18 |
| Shenzhen (Sat) |   |   | 4 | 5 | 9 | 14 | 15 |
| Hong Kong (Sun) |   |   | 3 | 4 | 8 | 13 | 14 |
| Singapore (Thu) |   |   |   | 0 | 4 | 9 | 10 |
| Port Kelang (Fri) |   |   |   |   | 3 | 8 | 9 |
| Colombo (Tue) |   |   |   |   |   | 4 | 5 |

### Transit Time (Days)
(Eastbound)

| From / To (Depart/Arrive) | Bandar Abbas (Sun) | Mundra (Thu) | Pipavav (Fri) | Nhava Sheva (Sat) | Colombo (Tue) | Port Kelang (Sat) | Singapore (Sun) | Hong Kong (Thu) | Xingang (Sun) | Qingdao (Tue) |
|---|---|---|---|---|---|---|---|---|---|---|
| Jebel Ali (Sun) | 0 | 4 | 5 | 6 | 9 | 13 | 14 | 18 | 21 | 23 |
| Bandar Abbas (Mon) |   | 3 | 4 | 5 | 8 | 12 | 13 | 17 | 20 | 22 |
| Mundra (Thu) |   |   | 1 | 2 | 5 | 9 | 10 | 14 | 17 | 19 |
| Pipavav (Sat) |   |   |   | 0 | 3 | 7 | 8 | 12 | 15 | 17 |
| Nhava Sheva (Sun) |   |   |   |   | 2 | 6 | 7 | 11 | 14 | 16 |
| Colombo (Wed) |   |   |   |   |   | 3 | 4 | 8 | 11 | 13 |
| Port Kelang (Sat) |   |   |   |   |   |   | 1 | 5 | 8 | 10 |
| Singapore (Sun) |   |   |   |   |   |   |   | 4 | 7 | 9 |
| Hong Kong (Thu) |   |   |   |   |   |   |   |   | 3 | 5 |

**OOCL**
*We take it personally*

Last Update Date: 07-Jul-2008

## PACIFIC-ATLANTIC EXPRESS--PAX

Long Beach call Eastbound suspended until further notice.
For shipping instruction cut off schedules from Europe, please see below:

| Vessel Name | STUTTGART EXPRESS | Vessel Name | SINGAPORE EXPRESS | Vessel Name | ANTWERPEN EXPRESS | Vessel Name | NEW YORK EXPRESS |
|---|---|---|---|---|---|---|---|
| Vessel/Voyage | STU 074 | Vessel/Voyage | SNX 034 | Vessel/Voyage | ANX 053 | Vessel/Voyage | NYX 037 |
| Port | Arr--Dep | Port | Arr--Dep | Port | Arr--Dep | Port | Arr--Dep |
| Southampton | 09--10 May | Thamesport | 16--17 May | Thamesport | 23--24 May | Thamesport | 30--31 May |
| Antwerp | 11--12 May | Antwerp | 17--18 May | Antwerp | 24--25 May | Antwerp | 31--01 Jun |
| Bremerhaven | 13--14 May | Bremerhaven | 20--22 May | Bremerhaven | 27--28 May | Bremerhaven | 02--03 Jun |
| Rotterdam | 15--16 May | Rotterdam | 24--25 May | Rotterdam | 29--30 May | Rotterdam | 04--05 Jun |
| Halifax | 22--22 May | Halifax | 30--31 May | Halifax | 05--05 Jun | Halifax | 11--12 Jun |
| New York | 24--25 May | New York | 01--02 Jun | New York | 07--07 Jun | New York | 13--14 Jun |
| Norfolk | 26--26 May | Norfolk | 03--03 Jun | Norfolk | 08--09 Jun | Norfolk | 15--15 Jun |
| Savannah | 27--28 May | Savannah | 04--05 Jun | Savannah | 10--11 Jun | Savannah | 16--17 Jun |
| Manzanillo (Panama) | 01--02 Jun | Manzanillo (Panama) | 08--09 Jun | Manzanillo (Panama) | 14--15 Jun | Manzanillo (Panama) | 20--21 Jun |
| Long Beach | 08--09 Jun | Long Beach | 15--16 Jun | Long Beach | 21--22 Jun | Long Beach | 27--28 Jun |
| Oakland | 10--11 Jun | Oakland | 17--18 Jun | Oakland | 23--24 Jun | Oakland | 29--29 Jun |
| Yokohama | 22--22 Jun | Yokohama | 29--29 Jun | Yokohama | 06--06 Jul | Yokohama | 10--11 Jul |
| Kobe | 23--23 Jun | Kobe | 30--01 Jul | Kobe | 07--07 Jul | Kobe | 12--13 Jul |
| Yantian | 26--27 Jun | Yantian | 03--04 Jul | Yantian | 10--11 Jul | Busan | 18--19 Jul |
| Hong Kong | 28--28 Jun | Hong Kong | 04--05 Jul | Hong Kong | 11--12 Jul | | |
| Kobe | 01--02 Jul | Kobe | 08--08 Jul | Kobe | 15--15 Jul | | |
| Nagoya | 02--03 Jul | Nagoya | 09--09 Jul | Nagoya | 16--16 Jul | | |
| Tokyo | 03--04 Jul | Tokyo | 10--10 Jul | Tokyo | 17--17 Jul | | |
| Seattle | 12--13 Jul | Seattle | 18--19 Jul | Seattle | 25--26 Jul | | |
| Oakland | 15--15 Jul | Oakland | 21--21 Jul | Oakland | 28--28 Jul | | |
| Balboa | 22--23 Jul | Balboa | 29--29 Jul | Balboa | 05--05 Aug | | |
| Manzanillo (Panama) | 23--23 Jul | Manzanillo (Panama) | 29--30 Jul | Manzanillo (Panama) | 05--06 Aug | | |
| Savannah | 27--27 Jul | Savannah | 02--03 Aug | Savannah | 09--10 Aug | | |
| Norfolk | 29--29 Jul | Norfolk | 04--04 Aug | Norfolk | 11--11 Aug | | |
| New York | 30--31 Jul | New York | 05--06 Aug | New York | 12--13 Aug | | |
| Halifax | 02--02 Aug | Halifax | 08--08 Aug | Halifax | 15--15 Aug | | |
| Thamesport | 08--08 Aug | Thamesport | 15--15 Aug | Thamesport | 22--22 Aug | | |

EXHIBIT A-2

Copyright @ 1998 -2008. Orient Overseas Container Line Limited. All Rights reserved.
Copyright Infringement Policy. Use of this website and information available from it is subject to Terms of Use and Privacy and Security Statement.


| Vessel Name | LONDON EXPRESS | Vessel Name | PARIS EXPRESS | Vessel Name | TOKYO EXPRESS | Vessel Name | LONDON EXPRESS |
|---|---|---|---|---|---|---|---|
| Vessel/Voyage | LON 058 | Vessel/Voyage | PAR 041 | Vessel/Voyage | TOK 036 | Vessel/Voyage | LON 058 |
| Port | Arr-Dep | Port | Arr-Dep | Port | Arr-Dep | Port | Arr-Dep |
| Thamesport | 07--07 Jun | Yantian | 12--13 Jun | Thamesport | 15--16 Jun | Yantian | --22 Aug |
| Antwerp | 08--08 Jun | Hong Kong | 13--13 Jun | Antwerp | 16--17 Jun | Thamesport | 20--21 Jun |
| Bremerhaven | 09--11 Jun | Kobe | 17--17 Jun | Bremerhaven | 19--20 Jun | Antwerp | 21--22 Jun |
| Rotterdam | 11--12 Jun | Nagoya | 18--18 Jun | Rotterdam | 21--21 Jun | Bremerhaven | 23--24 Jun |
| Halifax | 18--18 Jun | Tokyo | 19--19 Jun | Halifax | 27--28 Jun | Rotterdam | 25--26 Jun |
| New York | 19--20 Jun | Seattle | 27--28 Jun | New York | 30--01 Jul | Halifax | 01--02 Jul |
| Norfolk | 21--21 Jun | Oakland | 30--30 Jun | Norfolk | 02--03 Jul | New York | 03--05 Jul |
| Savannah | 23--24 Jun | Balboa | 08--08 Jul | Savannah | 05--05 Jul | Norfolk | 06--06 Jul |
| Manzanillo (Panama) | 27--28 Jun | Manzanillo (Panama) | 08--09 Jul | Manzanillo (Panama) | 09--10 Jul | Savannah | 08--08 Jul |
| Los Angeles | 04--04 Jul | Savannah | 12--13 Jul | Los Angeles | 16--17 Jul | Manzanillo (Panama) | 12--13 Jul |
| Oakland | 05--06 Jul | Norfolk | 14--14 Jul | Oakland | 18--19 Jul | Los Angeles | 19--20 Jul |
| Yokohama | 17--18 Jul | New York | 15--16 Jul | Yokohama | 29--29 Jul | Oakland | 21--22 Jul |
| Kobe | 19--20 Jul | Halifax | 18--18 Jul | Kobe | 30--31 Jul | Yokohama | 02--02 Aug |
| Yantian | 24--25 Jul | Thamesport | 25--25 Jul | Yantian | 04--05 Aug | Kobe | 03--04 Aug |
| Hong Kong | 25--26 Jul | | | Hong Kong | 05--06 Aug | Yantian | 07--08 Aug |
| Kobe | 29--29 Jul | | | Kobe | 09--09 Aug | Hong Kong | 08--23 Aug |
| Nagoya | 30--30 Jul | | | Nagoya | 10--10 Aug | Kobe | 26--26 Aug |
| Tokyo | 31--31 Jul | | | Tokyo | 11--11 Aug | Nagoya | 27--27 Aug |
| Seattle | 08--09 Aug | | | Seattle | 15--16 Aug | Tokyo | 28--28 Aug |
| Oakland | 11--11 Aug | | | Oakland | 18--18 Aug | Seattle | 05--06 Sep |
| Balboa | 19--19 Aug | | | Balboa | 26--26 Aug | Oakland | 08--08 Sep |
| Manzanillo (Panama) | 19--20 Aug | | | Manzanillo (Panama) | 26--27 Aug | Balboa | 16--16 Sep |
| Savannah | 23--24 Aug | | | Savannah | 30--31 Aug | Manzanillo (Panama) | 16--17 Sep |
| Norfolk | 25--25 Aug | | | Norfolk | 01--01 Sep | Savannah | 20--21 Sep |
| New York | 26--27 Aug | | | New York | 02--03 Sep | Norfolk | 22--22 Sep |
| Halifax | 29--29 Aug | | | Halifax | 05--05 Sep | New York | 23--24 Sep |
| Thamesport | 05--05 Sep | | | Thamesport | 12--12 Sep | Halifax | 26--26 Sep |
| | | | | | | Thamesport | 03--03 Oct |

| Vessel Name | TOKYO EXPRESS | Vessel Name | KIEL EXPRESS | Vessel Name | LEVERKUSEN EXPRESS | Vessel Name | ESSEN EXPRESS |
|---|---|---|---|---|---|---|---|
| Vessel/Voyage | TOX 037 | Vessel/Voyage | KIX 005 | Vessel/Voyage | LEV 090 | Vessel/Voyage | ESS 075 |
| Port | Arr-Dep | Port | Arr-Dep | Port | Arr-Dep | Port | Arr-Dep |
| Thamesport | 27--28 Jun | Thamesport | 08--09 Jul | Thamesport | 11--11 Jul | Yantian | --18 Jul |
| Antwerp | 28--30 Jun | Antwerp | 10--11 Jul | Antwerp | 12--13 Jul | Hong Kong | 18--19 Jul |

Copyright @ 1998 -2008. Orient Overseas Container Line Limited. All Rights reserved.
Copyright Infringement Policy. Use of this website and information available from it is subject to Terms of Use and Privacy and Security Statement.

**OOCL** — We take it personally

| Vessel Name | TOKYO EXPRESS | Vessel Name | (illegible) EXPRESS | Vessel Name | HAVERKOGEN EXPRESS | Vessel Name | (illegible) EXPRESS |
|---|---|---|---|---|---|---|---|
| Vessel/Voyage | TYX 058 | Vessel/Voyage | | Vessel/Voyage | | Vessel/Voyage | |
| Port | Arr–Dep | Port | Arr–Dep | Port | Arr–Dep | Port | Arr–Dep |
| Bremerhaven | 01–02 Jul | Bremerhaven | 11–12 Jul | Bremerhaven | 14–15 Jul | Kobe | 22–22 Jul |
| Rotterdam | 03–04 Jul | Rotterdam | 13–14 Jul | Rotterdam | 16–16 Jul | Nagoya | 23–23 Jul |
| Halifax | 10–10 Jul | Halifax | 20–20 Jul | Halifax | 22–23 Jul | Tokyo | 24–24 Jul |
| New York | 11–12 Jul | New York | 22–23 Jul | New York | 24–25 Jul | Seattle | 01–02 Aug |
| Norfolk | 13–13 Jul | Norfolk | 24–24 Jul | Norfolk | 26–26 Jul | Oakland | 04–04 Aug |
| Savannah | 15–15 Jul | Savannah | 26–26 Jul | Savannah | 28–28 Jul | Balboa | 12–12 Aug |
| Manzanillo (Panama) | 18–19 Jul | Manzanillo (Panama) | 30–31 Jul | Manzanillo (Panama) | 01–02 Aug | Manzanillo (Panama) | 12–13 Aug |
| Los Angeles | 25–26 Jul | Los Angeles | 06–07 Aug | Los Angeles | 08–09 Aug | Savannah | 16–17 Aug |
| Oakland | 27–28 Jul | Oakland | 08–08 Aug | Oakland | 10–11 Aug | Norfolk | 18–18 Aug |
| Yokohama | 08–08 Aug | Yokohama | 15–15 Aug | Yokohama | 22–22 Aug | New York | 19–20 Aug |
| Kobe | 09–10 Aug | Kobe | 16–17 Aug | Kobe | 23–24 Aug | Halifax | 22–22 Aug |
| Yantian | 14–15 Aug | Yantian | 21–22 Aug | Yantian | 28–29 Aug | Thamesport | 29–29 Aug |
| Hong Kong | 15–16 Aug | Hong Kong | 22– Aug | Hong Kong | 29–30 Aug | | |
| Kobe | 19–19 Aug | | | Kobe | 02–02 Sep | | |
| Nagoya | 20–20 Aug | | | Nagoya | 03–03 Sep | | |
| Tokyo | 21–21 Aug | | | Tokyo | 04–04 Sep | | |
| Seattle | 29–30 Aug | | | Seattle | 12–13 Sep | | |
| Oakland | 01–01 Sep | | | Oakland | 15–15 Sep | | |
| Balboa | 09–09 Sep | | | Balboa | 23–23 Sep | | |
| Manzanillo (Panama) | 09–10 Sep | | | Manzanillo (Panama) | 23–24 Sep | | |
| Savannah | 13–14 Sep | | | Savannah | 27–28 Sep | | |
| Norfolk | 15–15 Sep | | | Norfolk | 29–29 Sep | | |
| New York | 16–17 Sep | | | New York | 30–01 Oct | | |
| Halifax | 19–19 Sep | | | Halifax | 03–03 Oct | | |
| Thamesport | 26–26 Sep | | | Thamesport | 10–10 Oct | | |

| Vessel Name | KOBE EXPRESS | Vessel Name | PARIS EXPRESS | Vessel Name | SEOUL EXPRESS | Vessel Name | LUDWIGSHAFEN EXPRESS |
|---|---|---|---|---|---|---|---|
| Vessel/Voyage | KBX 056 | Vessel/Voyage | PAR 035 | Vessel/Voyage | SOX 038 | Vessel/Voyage | LUD 003 |
| Port | Arr–Dep | Port | Arr–Dep | Port | Arr–Dep | Port | Arr–Dep |
| Thamesport | 19–19 Jul | Thamesport | 25–25 Jul | Thamesport | 01–01 Aug | Yantian | –08 Aug |
| Antwerp | 20–21 Jul | Antwerp | 26–27 Jul | Antwerp | 02–03 Aug | Hong Kong | 06–09 Aug |
| Bremerhaven | 22–23 Jul | Bremerhaven | 28–29 Jul | Bremerhaven | 04–05 Aug | Kobe | 12–12 Aug |
| Rotterdam | 24–24 Jul | Rotterdam | 30–30 Jul | Rotterdam | 06–06 Aug | Nagoya | 13–13 Aug |
| Halifax | 29–30 Jul | Halifax | 05–06 Aug | Halifax | 12–13 Aug | Tokyo | 14–14 Aug |
| New York | 31–01 Aug | New York | 07–08 Aug | New York | 14–15 Aug | Seattle | 22–23 Aug |

Copyright @ 1998 -2008. Orient Overseas Container Line Limited  All Rights reserved
Copyright Infringement Policy. Use of this website and information available from it is subject to Terms of Use and Privacy and Security Statement.

**OOCL**
*We take it personally*

| Vessel Name | KOBE EXPRESS | Vessel Name | PARIS EXPRESS | Vessel Name | SEOUL EXPRESS | Vessel Name | ALGONQUIN EXPRESS |
|---|---|---|---|---|---|---|---|
| Norfolk | 02--02 Aug | Norfolk | 09--09 Aug | Norfolk | 16--16 Aug | Oakland | 25--25 Aug |
| Savannah | 04--04 Aug | Savannah | 11--11 Aug | Savannah | 18--18 Aug | Balboa | 02--02 Sep |
| Manzanillo (Panama) | 08--09 Aug | Manzanillo (Panama) | 15--16 Aug | Manzanillo (Panama) | 22--23 Aug | Manzanillo (Panama) | 02--03 Sep |
| Los Angeles | 15--16 Aug | Los Angeles | 22--23 Aug | Los Angeles | 29--30 Aug | Savannah | 06--07 Sep |
| Oakland | 17--18 Aug | Oakland | 24--25 Aug | Oakland | 31--01 Sep | Norfolk | 08--08 Sep |
| Yokohama | 29--29 Aug | Yokohama | 05--05 Sep | Yokohama | 12--12 Sep | New York | 09--10 Sep |
| Kobe | 30--31 Aug | Kobe | 06--07 Sep | Kobe | 13--14 Sep | Halifax | 12--12 Sep |
| Yantian | 04--05 Sep | Yantian | 11--12 Sep | Yantian | 18--19 Sep | Thamesport | 19--19 Sep |
| Hong Kong | 05--06 Sep | Hong Kong | 12--13 Sep | Hong Kong | 19--20 Sep | | |
| Kobe | 09--09 Sep | Kobe | 16--16 Sep | Kobe | 23--23 Sep | | |
| Nagoya | 10--10 Sep | Nagoya | 17--17 Sep | Nagoya | 24--24 Sep | | |
| Tokyo | 11--11 Sep | Tokyo | 18--18 Sep | Tokyo | 25--25 Sep | | |
| Seattle | 19--20 Sep | Seattle | 26--27 Sep | Seattle | 03--04 Oct | | |
| Oakland | 22--22 Sep | Oakland | 29--29 Sep | Oakland | 06--06 Oct | | |
| Balboa | 30--30 Sep | Balboa | 07--07 Oct | Balboa | 14--14 Oct | | |
| Manzanillo (Panama) | 30--01 Oct | Manzanillo (Panama) | 07--08 Oct | Manzanillo (Panama) | 14--15 Oct | | |
| Savannah | 04--05 Oct | Savannah | 11--12 Oct | Savannah | 18--19 Oct | | |
| Norfolk | 06--06 Oct | Norfolk | 13--13 Oct | Norfolk | 20--20 Oct | | |
| New York | 07--08 Oct | New York | 14--15 Oct | New York | 21--22 Oct | | |
| Halifax | 10--10 Oct | Halifax | 17--17 Oct | Halifax | 24--24 Oct | | |
| Thamesport | 17--17 Oct | Thamesport | 24-- Oct | Thamesport | 31-- Oct | | |

Copyright @ 1998 -2008 Orient Overseas Container Line Limited. All Rights reserved.
Copyright Infringement Policy. Use of this website and information available from it is subject to Terms of Use and Privacy and Security Statement.

*We take it personally*

Shipping instructions, including container number and seal number, must be submitted to OOCL by the deadline stated below:

| PORT | Thamesport | Antwerp | Bremerhaven | Rotterdam |
|---|---|---|---|---|
| DAY | Tuesday | Tuesday | Wednesday | Thursday |
| TIME | 12:00 | 17:00 | 17:00 | 17:00 |

Copyright @ 1998 -2008. Orient Overseas Container Line Limited. All Rights reserved.
Copyright Infringement Policy. Use of this website and information available from it is subject to Terms of Use and Privacy and Security Statement.

# Asia India Middle East Service 2 (AIM2)

To further enhance our network in the Middle East, OOCL continues to expand its Middle East service network by increasing port coverage and introducing different service features. We do this to facilitate customers' access to the Middle East market, and also to sustain our competitiveness.

The new Asia India Middle East Service 2 (AIM2) will provide customers with additional frequency and an alternative service network between China and the Middle East.

Complementing the existing Middle East Asia Express service (MAX) and Asia India Middle East service (AIM), the AIM2 provides faster transit times and a direct service between North China and the Middle East, while both MAX and AIM offer direct links between Central China and the Middle East.





## COMPREHENSIVE PORT COVERAGE

- Comprehensive container shipping links between three of the world's fastest growing economic regions – China, India and the Middle East

- Extensive port coverage, calling at Xingang, Qingdao, Shenzhen, Hong Kong, Singapore, Port Kelang, Colombo, Jebel Ali, Bandar Abbas, Mundra, Pipavav, Nhava Sheva, Colombo, Port Kelang, Singapore, Hong Kong and back to Xingang

- Direct service between China and Singapore, Malaysia, Sri Lanka, India and the Middle East, providing various links for different customer requirements

- Cargo from / to other regions can be transshipped via Hong Kong, Singapore, Port Kelang and Colombo

## ADDITIONAL FREQUENCY AND ALTERNATIVE SERVICE NETWORK

- Offering additional frequency from China to the Middle East and other regions of Southeast Asia, as an alternative to the MAX and AIM services. MAX provides direct service to Shanghai, Ningbo, Hong Kong, Shekou, Singapore, Port Kelang, Jebel Ali, Port Kelang, Singapore, Hong Kong and back to Shanghai; AIM provides direct service to Shanghai, Ningbo, Xiamen, Hong Kong, Shenzhen, Singapore, Port Kelang, Colombo, Cochin, Nhava Sheva, Jebel Ali, Abu Dhabi, Dammam, Jebel Ali, Colombo, Singapore, Hong Kong, Shenzhen and back to Shanghai.

- Offering additional frequency from Mundra to Southeast Asia and China, in addition to the CPX service, which provides direct service to Shanghai, Ningbo, Shekou, Singapore, Karachi, Mundra, Penang, Singapore, Hong Kong and back to Shanghai

COMPETITIVE TRANSIT TIMES

Westbound

- From Xingang: 9 days to Singapore, 10 days to Port Kelang, 14 days to Colombo, 19 days to Jebel Ali, 20 days to Bandar Abbas
- From Qingdao: 7 days to Singapore, 8 days to Port Kelang, 12 days to Colombo, 17 days to Jebel Ali, 18 days to Bandar Abbas
- From Shenzhen: 4 days to Singapore, 5 days to Port Kelang, 9 days to Colombo, 14 days to Jebel Ali, 15 days to Bandar Abbas



- From Hong Kong: 3 days to Singapore, 4 days to Port Kelang, 8 days to Colombo, 13 days to Jebel Ali; 14 days to Bandar Abbas
- From Singapore: 4 days to Colombo, 9 days to Jebel Ali, 10 days to Bandar Abbas
- From Port Kelang: 3 days to Colombo, 8 days to Jebel Ali, 9 days to Bandar Abbas
- From Colombo: 4 days to Jebel Ali, 5 days to Bandar Abbas

Eastbound

- From Jebel Ali: 4 days to Mundra (no space from Jebel Ali to Mundra until further notice), 5 days to Pipavav, 6 days to Nhava Sheva, 9 days to Colombo, 13 days to Port Kelang, 14 days to Singapore, 18 days to Hong Kong, 21 days to Xingang, 23 days to Qingdao
- From Bandar Abbas: 3 days to Mundra, 4 days to Pipavav, 5 days to Nhava Sheva, 12 days to Port Kelang, 13 days to Singapore, 17 days to Hong Kong, 20 days to Xingang, 22 days to Qingdao
- From Mundra: 1 day to Pipavav, 2 days to Nhava Sheva, 5 days to Colombo, 9 days to Port Kelang, 10 days to Singapore, 14 days to Hong Kong, 17 days to Xingang, 19 days to Qingdao
- From Pipavav: 3 days to Colombo, 7 days to Port Kelang, 8 days to Singapore, 12 days to Hong Kong, 15 days to Xingang, 17 days to Qingdao
- From Nhava Sheva: 2 days to Colombo, 6 days to Port Kelang, 7 days to Singapore, 11 days to Hong Kong, 14 days to Xingang, 16 days to Qingdao
- From Colombo: 3 days to Port Kelang, 4 days to Singapore, 8 days to Hong Kong, 11 days to Xingang, 13 days to Qingdao
- From Port Kelang: 5 days to Hong Kong, 8 days to Xingang, 10 days to Qingdao
- From Singapore: 4 days to Hong Kong, 7 days to Xingang, 9 days to Qingdao
- From Hong Kong: 3 days to Xingang, 5 days to Qingdao