| | |
|---|---|
| 1 | DAVID J. COOK, ESQ. (State Bar # 060859) |
| | ROBERT J. PERKISS, ESQ (State Bar # 62386) |
| 2 | COOK COLLECTION ATTORNEYS |
| | A PROFESSIONAL LAW CORPORATION |
| 3 | 165 Fell Street |
| | San Francisco, CA 94102 |
| 4 | Mailing Address: P.O. Box 270 |
| | San Francisco, CA 94104-0270 |
| 5 | Tel.: (415) 989-4730 |
| | Fax: (415) 989-0491 |
| 6 | File No. 52,759 |
| 7 | Attorneys for Plaintiffs |
| 8 | DEBORAH D. PETERSON, Personal Representatives of the Estate of James C. Knipple (Dec.), et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., | CASE NO. 3:08-mc-80030-JSW |
| Plaintiffs, | PROOF OF SERVICE |
| vs. | |
| ISLAMIC REPUBLIC OF IRAN, et al., | |
| Defendants. | |

| | |
|---|---|
| HIS EXCELLENCY AYATOLLAH SAYED `ALI KHAMENEI | ISLAMIC REPUBLIC OF IRAN acting through its MINISTRY OF DEFENSE |
| THE OFFICE OF THE SUPREME LEADER | AND SUPPORT FOR ARMED FORCES |
| Islamic Republic Street | No. 1 Shahid Kaboli Street |
| Shahid Keshvar Doust Street | Beginning of Resalat Highway |
| Tehran, Islamic Republic of Iran | Seyyed Khandan Bridge |
| | P.O. Box 16765-1479 |
| | Tehran, Iran |
| HIS EXCELLENCY MAHMOUD AHMADINEJAD THE PRESIDENT | Attn: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of |
| Palestine Avenue | Process |
| Azerbaijan Intersection | |
| Tehran, Islamic Republic of Iran | ISLAMIC REPUBLIC OF IRAN |
| | Khomeini Avenue |
| ISLAMIC REPUBLIC OF IRAN | United Nations Street |
| Pasadaran Avenue | Teheran, Iran |
| Golestan Yekom | ATTN: President Mahmoud Ahmadinejad or |
| Teheran, Iran | Responsible Officer or Agent for Service of |
| ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process | Process |

| | | |
|---|---|---|
| 1 | Director, Human Rights Headquarters of Iran<br>HIS EXCELLENCY MOHAMMAD | NATIONAL IRANIAN OIL REFINING<br>AND DISTRIBUTION COMPANY |
| 2 | JAVAD LARIJANI<br>c/o Office of the Deputy for International | Opposite of Arak Alley Ostad Nejatollahi<br>Ave. |
| 3 | Affairs<br>Ministry of Justice | Zip Code 15989<br>P.O. Box 15815/3499 |
| 4 | Ministry of Justice Building<br>Panzdah-Khordad (Ark) Square | Tehran, Iran<br>ATTN: Responsible Officer or Agent for |
| 5 | Tehran, Islamic Republic of Iran | Service of Process |
| 6 | Minister of Intelligence<br>GHOLAM HOSSEIN MOHSENI EJEIE | MINISTRY OF PETROLEUM OF THE<br>ISLAMIC REPUBLIC OF IRAN |
| 7 | MINISTRY OF INTELLIGENCE<br>Second Negarestan Street | HAFEZ CROSSING<br>Taleghani Avenue |
| 8 | Pasdaran Avenue<br>Tehran, Islamic Republic of Iran | Tehran, Iran<br>ATTN: Responsible Officer or Agent for |
| 9 | | Service of Process |
| 10 | Head of the Judiciary<br>AYATOLLAH MAHMOUD HASHEMI<br>SHAHROUDI | NATIONAL IRANIAN OIL PRODUCTS<br>DISTRIBUTION COMPANY |
| 11 | Howzeh Riyasat-e Qoveh Qazaiyeh<br>Office of the Head of the Judiciary | Bahar St. Somaya Corner<br>Tehran 15617/ 33315 |
| 12 | Pasteur Street, Vali Asr Avenue<br>South of Serah-e Jomhouri | P.O .Box 6165<br>Tehran |
| 13 | Tehran 1316814737<br>Islamic Republic of Iran | ATTN: Responsible Officer or Agent for<br>Service of Process |
| 14 | | |
| 15 | MINISTRY OF ROADS AND<br>TRANSPORTATION | NATIONAL IRANIAN OIL COMPANY<br>Hafez Crossing |
| 16 | Attn: MOHAMMED RAHMATI<br>MINISTER OF ROAD AND | Taleghani Avenue<br>Tehran, Iran |
| 17 | TRANSPORTATION<br>Taleghani Avenue | ATTN: Responsible Officer or Agent for<br>Service of Process |
| 18 | Tehran, Iran | **ORIENT OVERSEAS CONTAINER** |
| 19 | ALI TAHERI<br>DEPUTY MINISTER AND MANAGING | **LINE LTD.**<br>**Attn: PRESIDENT, GENERAL** |
| 20 | DIRECTOR<br>PORT & SHIPPING ORGANIZATION OF | **MANAGER, AGENT FOR SERVICE OF**<br>**PROCESS-LEGAL MATTERS** |
| 21 | THE ISLAMIC REPUBLIC OF IRAN<br>Building No. 2 | **Chee Chen Tung , Chairman of the Board,**<br>**President, Chief Executive Officer** |
| 22 | South Didar Street<br>Shahid Hagnai Expressway.Vanak Square | **33rd Floor, Harbour Centre 25 Harbour**<br>**Road Wanchai, Hong Kong** |
| 23 | Tehran, Iran | |
| 24 | I declare: | |
| 25 | I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached: | |
| 26 | | |
| 27 | NOTICE OF MOTION AND MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) | |
| 28 | **[HARBOR AND BUNKERED FUEL RIGHTS - ORIENT OVERSEAS CONTAINER LINE]** | |

1  MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
2  **[HARBOR AND BUNKERED FUEL RIGHTS - ORIENT OVERSEAS CONTAINER LINE]**
3
4  MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
5  **[HARBOR AND BUNKERED FUEL RIGHTS - ORIENT OVERSEAS CONTAINER LINE]**
6
7  DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
8  **[HARBOR AND BUNKERED FUEL RIGHTS - ORIENT OVERSEAS CONTAINER LINE]**
9
on the above-named person(s) by:

__XXX__  (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 16, 2008.

                                      /s/ David J. Cook
                                  DAVID J. COOK, ESQ. (SB# 060859)