**DAVID J. COOK, ESQ. (State Bar # 060859)**
**ROBERT J. PERKISS, ESQ (State Bar # 62386)**
**COOK COLLECTION ATTORNEYS**
**A PROFESSIONAL LAW CORPORATION**
165 Fell Street
San Francisco. CA  94102
Mailing Address: P.O. Box 270
San Francisco, CA  94104-0270
Tel.: (415) 989-4730
Fax: (415) 989-0491
File No. 52,759

Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
of the Estate of James C. Knipple (Dec.), et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON. Personal Representative of the Estate of James C. Knipple (Dec.). et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants. | CASE NO. 3:08-mc-80030-JSW <br><br> DECLARATION OF DAVID J. COOK. ESQ. IN SUPPORT OF MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) <br><br> **[HARBOR AND BUNKERED FUEL RIGHTS - PACIFIC INTERNATIONAL LINES ]** <br><br> Date:  September 3, 2008 <br> Time: 10:00 a.m. <br> Courtroom: G, 15th Floor <br> Magistrate Judge: Bernard Zimmerman |

I. DAVID J. COOK, hereby declare and state as follows:

1.  I am one of the attorneys of record for Plaintiffs in the above-entitled action, am duly authorized to practice before all courts in the State of California, and am familiar with the facts and circumstances in this action.

2.  The shipping schedule of **PACIFIC INTERNATIONAL LINES** shows that the Shipping Line frequents Iranian ports, harbors and other facilities.  The Shipping Line's schedule is set forth by way of its website which shows its traffic, a true and correct copy of the download which is attached hereto marked *Exhibit "A."*  The schedule demonstrates that the Shipping Line

DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) **[HARBOR AND BUNKERED FUEL RIGHTS - PACIFIC INTERNATIONAL LINES ]** - CASE NO. 3:08-mc-80030-JSW

1

services Iranian ports, and also American ports, thereby creating inferences, as follows: 1) the Shipping Line is generally subject to the jurisdiction of the U.S. in both import and export of products; 2) the Shipping Line is generally doing business with Iranian port facilities in both imported and exported products.

3. As Plaintiffs have confirmed that the Shipping Line frequents Iranian harbors, ports, wharfs, docks, and other harbor-like facilities. Plaintiffs likewise have determined that Iran has a whole list of Tariffs which Iran charges oceangoing freighters, carriers, tankers, and the like, a true and correct copy of the MANUAL OF Tariffs applicable to vessels and cargo in Ports of the Islamic Republic of Iran which is attached hereto marked *Exhibit "B."* These tariffs clearly show the charges imposed by Iran upon oceangoing carriers, such as the Shipping Lines as described herein. Plaintiffs have also ascertained from a press release undertaken by the ports and shipping organization of the Department of Transportation of Iran, that Iran sells bunkered oil.

4. A true and correct copy of the press release entitled "PSO news, In the name of God Supplement to Port & Sea Magazine Nos 2/Sep-Oct, 2007 is attached hereto marked *Exhibit "C."*

5. The Ministry of Roads and Transportation generally oversees the PORTS & SHIPPING ORGANIZATION ("P.S.O.") of Iran who manage the docks, harbors and related facilities pursuant to the printout from the website entitled IR IRAN's Ports & Shipping Organization, a true and correct copy of which is attached hereto marked *Exhibit "D."*

6. Iran charges these Shipping Lines an entire array of charges for the privilege of utilizing Iranian docks, harbors, terminals and other maritime facilities, all hereinafter collectively "DOCK FEES." This label is illustrative as seen by, e.g., the entire range of charges imposed by Iran through its Manual of Tariffs Applicable to Vessels and Cargo in the Ports of the Islamic Republic of Iran, a true and correct copy of which is attached hereto marked *Exhibit "B."*

7. The National Iranian Oil Products Distribution Company is a subsidiary of the National Iranian Oil Refining and Distributing Co., which is part of the Ministry of Petroleum of the Islamic Republic of Iran per the attached download, a true and correct copy which is attached hereto marked *Exhibit "E."*

1       8.  Declarant personally read, reviewed and downloaded all of the above-listed exhibits,

2   and personally obtained these documents by examining the website maintained by the Ports &

3   Shipping Organization website of The Islamic Republic of Iran.  Furthermore, Declarant over the

4   last six months has become familiar with, if not immersed, in generally the economy of Iran and its

5   large-scale business and in which Iran maintains a series of websites, providing for a vast amount

6   of information.  These Tariffs clearly show the charges imposed by Iran upon oceangoing carriers,

7   such as the Shipping Lines as described herein.

8       I declare under penalty of perjury that the foregoing is true and correct.

9       Executed on July 16, 2008.

10

11                 /s/ David J. Cook
               DAVID J. COOK, ESQ. (SB# 060859)

12

13  F:\USERS\DJCNEW\petersonsf.assignpacific

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION FOR ASSIGNMENT OF RIGHTS
PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) [HARBOR AND BUNKERED FUEL RIGHTS -
PACIFIC INTERNATIONAL LINES ] - CASE NO. 3:08-mc-80030-JSW     3

# EXHIBIT "A"

 **PIL** *Delivering on our promises* 

Home | **About PIL** | **News** | **Careers** | **Contact Us**

## Schedules

Origin / Port Of Load             : JEBEL ALI, UNITED ARAB EMIRATES

Port Of Discharge / Destination : BANDAR ABBAS, IRAN

Start Date                             : 7-Jul-2008

| Port Of Load | Port Of Discharge | Estimated Departure | Estimated Arrival | Vessel | Voyage | Transit Time |
|---|---|---|---|---|---|---|
| Jebel Ali | Bandar Abbas | 11/07/08 | 14/07/08 | Kota Puri | 004E | 4 |
| Jebel Ali | Bandar Abbas | 18/07/08 | 21/07/08 | Kota Gunawan | 059E | 4 |
| Jebel Ali | Bandar Abbas | 25/07/08 | 28/07/08 | Tower Bridge | 153E | 4 |
| Jebel Ali | Bandar Abbas | 01/08/08 | 04/08/08 | Kota Perdana | 009E | 4 |
| Jebel Ali | Bandar Abbas | 09/08/08 | 12/08/08 | Gulf Bridge | 021E | 4 |
| Jebel Ali | Bandar Abbas | 15/08/08 | 18/08/08 | Kota Ekspres | 156E | 4 |

Quick Links

Service Network

Track & Trace

Schedules

Port Schedules

**Help & Contact**

Let us help you in finding the right shipping activities



Links | F.A.Q. | Sitemap | Copyright Notice | Privacy Policy

Copyright © Pacific International Lines (Pte) Ltd . ALL Rights Reserved.

EXHIBIT A-1

 **PIL**   *Delivering on our promises*       Home | About PIL | News | Careers | Contact Us

| eServices | Our Services | Rate & Charges | Shipping Guide | Office & Agent Network |

## Schedules

Quick Links

Service Network

Track & Trace

Schedules

Port Schedules

Port : Oakland, USOAK

Date : 7-Jul-08 to 18-Aug-08

**Help & Contact**
Let us help you in
finding the right
shipping activities

| Vessel | Voyage | Service | Arrival Date | Berthing Date | Departure Date |
|--------|--------|---------|--------------|---------------|----------------|
| Wan Hai 505 | E032 | CTP | 12/07/08 | 12/07/08 | 13/07/08 |
| Wan Hai 505 | W032 | CTP | 12/07/08 | 12/07/08 | 13/07/08 |
| Wan Hai 509 | E007 | CTP | 19/07/08 | 19/07/08 | 20/07/08 |
| Wan Hai 509 | W007 | CTP | 19/07/08 | 19/07/08 | 20/07/08 |
| Wan Hai 501 | E036 | CTP | 26/07/08 | 26/07/08 | 27/07/08 |
| Wan Hai 501 | W036 | CTP | 26/07/08 | 26/07/08 | 27/07/08 |

**Links | F.A.Q. | Sitemap | Copyright Notice | Privacy Policy**

Copyright © Pacific International Lines (Pte) Ltd . ALL Rights Reserved.

EXHIBIT A-2

https://www.pilship.com/ecms-server/Public/dsp.jsp?id=2005000061



## PIL

*Delivering on our promises*

About PIL | News | Careers | Contact Us

| eServices | Our Services | Rate & Charges | Shipping Guide | Office & Agent Network |

more than **23** countries

more than **100** modern container vessels

PIL **NO.4** In Singapore for its Internationalisation

**Quick Links**

Service Network

Track & Trace

Schedules

Port Schedules

**WHL-PIL Strategic Alliance in Formation**

Wan Hai Lines Limited (WHL) and Pacific International Lines (PIL) have also established their own alliance. The cooperation of the two companies started in 2004 with the joint deployment

Track & Trace

B/L No. [        ]  [        ]  GO

Schedule     Port Schedule

Port From    - Select Load Port -

Port To      - Select Discharge Port -

Date         7-Jul-108    Duration  6   Wks  GO

GO

Service

- Select A Network -    GO

**Help & Contact**

Let us help you to find the right shipping activities

**Download Adobe Flash Player**

*Get* ADOBE
FLASH PLAYER

Links | F.A.Q. | Sitemap | Copyright Notice | Privacy Policy

Copyright Â© Pacific International Lines (Pte) Ltd . All Rights Reserved.

7/7/2008 3:13 PM