DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel.: (415) 989-4730
Fax: (415) 989-0491
File No. 52,759

Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
of the Estate of James C. Knipple (Dec.), et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>Defendants. | CASE NO. 3:08-mc-80030-JSW<br><br>PROOF OF SERVICE |

HIS EXCELLENCY AYATOLLAH SAYED 'ALI KHAMENEI
THE OFFICE OF THE SUPREME LEADER
Islamic Republic Street
Shahid Keshvar Doust Street
Tehran, Islamic Republic of Iran

HIS EXCELLENCY MAHMOUD AHMADINEJAD THE PRESIDENT
Palestine Avenue
Azerbaijan Intersection
Tehran, Islamic Republic of Iran

ISLAMIC REPUBLIC OF IRAN
Pasadaran Avenue
Golestan Yekom
Teheran, Iran
ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process

ISLAMIC REPUBLIC OF IRAN
acting through its MINISTRY OF DEFENSE
AND SUPPORT FOR ARMED FORCES
No. 1 Shahid Kaboli Street
Beginning of Resalat Highway
Seyyed Khandan Bridge
P.O. Box 16765-1479
Tehran, Iran
Attn: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process

ISLAMIC REPUBLIC OF IRAN
Khomeini Avenue
United Nations Street
Teheran, Iran
ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process

PROOF OF SERVICE - CASE NO. 3:08-mc-80030-JSW (BZ)   1

| | |
|---|---|
| Director, Human Rights Headquarters of Iran<br>HIS EXCELLENCY MOHAMMAD<br>JAVAD LARIJANI<br>c/o Office of the Deputy for International<br>Affairs<br>Ministry of Justice<br>Ministry of Justice Building<br>Panzdah-Khordad (Ark) Square<br>Tehran, Islamic Republic of Iran | NATIONAL IRANIAN OIL REFINING<br>AND DISTRIBUTION COMPANY<br>Opposite of Arak Alley Ostad Nejatollahi<br>Ave.<br>Zip Code 15989<br>P.O. Box 15815/3499<br>Tehran, Iran<br>ATTN: Responsible Officer or Agent for<br>Service of Process |
| Minister of Intelligence<br>GHOLAM HOSSEIN MOHSENI EJEIE<br>MINISTRY OF INTELLIGENCE<br>Second Negarestan Street<br>Pasdaran Avenue<br>Tehran, Islamic Republic of Iran | MINISTRY OF PETROLEUM OF THE<br>ISLAMIC REPUBLIC OF IRAN<br>HAFEZ CROSSING<br>Taleghani Avenue<br>Tehran, Iran<br>ATTN: Responsible Officer or Agent for<br>Service of Process |
| Head of the Judiciary<br>AYATOLLAH MAHMOUD HASHEMI<br>SHAHROUDI<br>Howzeh Riyasat-e Qoveh Qazaiyeh<br>Office of the Head of the Judiciary<br>Pasteur Street, Vali Asr Avenue<br>South of Serah-e Jomhouri<br>Tehran 1316814737<br>Islamic Republic of Iran | NATIONAL IRANIAN OIL PRODUCTS<br>DISTRIBUTION COMPANY<br>Bahar St, Somaya Corner<br>Tehran 15617/ 33315<br>P.O .Box 6165<br>Tehran<br>ATTN: Responsible Officer or Agent for<br>Service of Process |
| MINISTRY OF ROADS AND<br>TRANSPORTATION<br>Attn: MOHAMMED RAHMATI<br>MINISTER OF ROAD AND<br>TRANSPORTATION<br>Taleghani Avenue<br>Tehran, Iran | NATIONAL IRANIAN OIL COMPANY<br>Hafez Crossing<br>Taleghani Avenue<br>Tehran, Iran<br>ATTN: Responsible Officer or Agent for<br>Service of Process |
| ALI TAHERI<br>DEPUTY MINISTER AND MANAGING<br>DIRECTOR<br>PORT & SHIPPING ORGANIZATION OF<br>THE ISLAMIC REPUBLIC OF IRAN<br>Building No. 2<br>South Didar Street<br>Shahid Hagnai Expressway,Vanak Square<br>Tehran, Iran | **PACIFIC INTERNATIONAL LINES<br>LTD.**<br>**Attn: PRESIDENT, GENERAL<br>MANAGER, AGENT FOR SERVICE OF<br>PROCESS-LEGAL MATTERS**<br>Wangxiu Huang, Chairman of the Board<br>Yang Ming Marine Transport Corp.<br>**271 Ming De 1st Road Chidu<br>Keelung, Taiwan** |

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

NOTICE OF MOTION AND MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) **[HARBOR AND BUNKERED FUEL RIGHTS - PACIFIC INTERNATIONAL LINES]**

MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
**[HARBOR AND BUNKERED FUEL RIGHTS - PACIFIC INTERNATIONAL LINES]**

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
**[HARBOR AND BUNKERED FUEL RIGHTS - PACIFIC INTERNATIONAL LINES]**

DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
**[HARBOR AND BUNKERED FUEL RIGHTS - PACIFIC INTERNATIONAL LINES]**

on the above-named person(s) by:

___XXX___ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 16, 2008.

                                        /s/ David J. Cook
                                        DAVID J. COOK, ESQ. (SB# 060859)