1   **DAVID J. COOK, ESQ. (State Bar # 060859)**
    **ROBERT J. PERKISS, ESQ (State Bar # 62386)**
2   **COOK COLLECTION ATTORNEYS**
    **A PROFESSIONAL LAW CORPORATION**
3   165 Fell Street
    San Francisco, CA  94102
4   Mailing Address: P.O. Box 270
    San Francisco, CA  94104-0270
5   Tel.: (415) 989-4730
    Fax: (415) 989-0491
6   File No. 52,759

7   Attorneys for Plaintiffs
    DEBORAH D. PETERSON, Personal Representatives
8   of the Estate of James C. Knipple (Dec.), et al.

9                  UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12
    DEBORAH D. PETERSON, Personal          )    CASE NO. 3:08-mc-80030-JSW
13  Representative of the Estate of James C. )
    Knipple (Dec.), et al.,                 )    DECLARATION OF DAVID J. COOK, ESQ.
14                                          )    IN SUPPORT OF MOTION FOR
              Plaintiffs,                   )    ASSIGNMENT OF RIGHTS PURSUANT TO
15                                          )    C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
    vs.                                     )
16                                          )    **[HARBOR AND BUNKERED FUEL**
    ISLAMIC REPUBLIC OF IRAN, et al.,       )    **RIGHTS - WAN HAI LINES ]**
17                                          )
              Defendants.                   )    Date:  September 3, 2008
18  _____    )    Time: 10:00 a.m.
                                                 Courtroom: G, 15th Floor
19                                               Magistrate Judge: Bernard Zimmerman

20         I, DAVID J. COOK, hereby declare and state as follows:

21         1. I am one of the attorneys of record for Plaintiffs in the above-entitled action, am duly

22  authorized to practice before all courts in the State of California, and am familiar with the facts

23  and circumstances in this action.

24         2. The shipping schedule of **WAN HAI LINES** shows that the Shipping Line frequents

25  Iranian ports, harbors and other facilities.  The Shipping Line's schedule is set forth by way of its

26  website which shows its traffic, a true and correct copy of the download which is attached hereto

27  marked *Exhibit "A."*  The schedule demonstrates that the Shipping Line services Iranian ports,

28  and also American ports, thereby creating inferences, as follows: 1) the Shipping Line is generally

1   subject to the jurisdiction of the U.S. in both import and export of products; 2) the Shipping Line

2   is generally doing business with Iranian port facilities in both imported and exported products.

3          3.  As Plaintiffs have confirmed that the Shipping Line frequents Iranian harbors, ports,

4   wharfs, docks, and other harbor-like facilities. Plaintiffs likewise have determined that Iran has a

5   whole list of Tariffs which Iran charges oceangoing freighters, carriers, tankers, and the like, a true

6   and correct copy of the MANUAL OF Tariffs applicable to vessels and cargo in Ports of the

7   Islamic Republic of Iran which is attached hereto marked *Exhibit "B."* These tariffs clearly show

8   the charges imposed by Iran upon oceangoing carriers, such as the Shipping Lines as described

9   herein. Plaintiffs have also ascertained from a press release undertaken by the ports and shipping

10  organization of the Department of Transportation of Iran, that Iran sells bunkered oil.

11         4.  A true and correct copy of the press release entitled "PSO news, In the name of God

12  Supplement to Port & Sea Magazine Nos 2/Sep-Oct, 2007 is attached hereto marked *Exhibit "C."*

13         5.  The Ministry of Roads and Transportation generally oversees the PORTS & SHIPPING

14  ORGANIZATION ("P.S.O.") of Iran who manage the docks, harbors and related facilities

15  pursuant to the printout from the website entitled IR IRAN's Ports & Shipping Organization, a true

16  and correct copy of which is attached hereto marked *Exhibit "D."*

17         6.  Iran charges these Shipping Lines an entire array of charges for the privilege of utilizing

18  Iranian docks, harbors, terminals and other maritime facilities, all hereinafter collectively "DOCK

19  FEES." This label is illustrative as seen by, e.g., the entire range of charges imposed by Iran

20  through its Manual of Tariffs Applicable to Vessels and Cargo in the Ports of the Islamic Republic

21  of Iran, a true and correct copy of which is attached hereto marked *Exhibit "B."*

22         7.  The National Iranian Oil Products Distribution Company is a subsidiary of the National

23  Iranian Oil Refining and Distributing Co., which is part of the Ministry of Petroleum of the Islamic

24  Republic of Iran per the attached download, a true and correct copy which is attached hereto

25  marked *Exhibit "E."*

26         8.  Declarant personally read, reviewed and downloaded all of the above-listed exhibits,

27  and personally obtained these documents by examining the website maintained by the Ports &

28  Shipping Organization website of The Islamic Republic of Iran.  Furthermore, Declarant over the

1   last six months has become familiar with. if not immersed, in generally the economy of Iran and its

2   large-scale business and in which Iran maintains a series of websites, providing for a vast amount

3   of information.  These Tariffs clearly show the charges imposed by Iran upon oceangoing carriers,

4   such as the Shipping Lines as described herein.

5          I declare under penalty of perjury that the foregoing is true and correct.

6          Executed on July 16, 2008.

7                                              /s/ David J. Cook
8                                      DAVID J. COOK, ESQ. (SB# 060859)

9
    F:\USERS\DJCNEW\petersonsf.assignwan
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION FOR ASSIGNMENT OF RIGHTS
PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) [HARBOR AND BUNKERED FUEL RIGHTS -
WAN HAI LINES ] - CASE NO. 3:08-mc-80030-JSW

# EXHIBIT "A"

To view this site,pls use Internet Explorer and the version must be at least 5.5



**WAN HAI LINES LTD.**
WE CARRY, WE CARE.

SITE MAP
F  A  Q
H O M E
中文

**Shipping&Schedule**

**About WHL**          **Investor Inform.**          **Careers @ Wan Hai**          **Press Release**          **Local Websites**

HOME > Shipping Schedule > by Port to Port

**Notice**
**Shipping Schedule**
**Tracking**
**Telex Release**
**Services**
**Other Information**
**U.S.A. Tariff**
**Port & Terminal**
**Link to Related**
**WHL eProcurement**
**Wan Hai Family**

○ **daily** update



**PORT** TO **PORT**

**PORT TO PORT** RESULT          DOWNLOAD PDF

**DEPARTURE FROM**
**JEBEL ALI,UNITED ARAB EMIRATES**

**ARRIVAL TO**
**BANDAR ABBAS,IRAN**

| Departure Date | Departure Vsl/Voy | Arrival Date | Arrival Vsl/Voy | Transit Time | Initial Service | Trans Port | Transfer /Direct |
|---|---|---|---|---|---|---|---|
| 20080714 | NORTHERN HARMONY / E001 | 20080714 | NORTHERN HARMONY / W002 | 0 days | China-Middle East Service | | D |
| 20080714 | NORTHERN HARMONY / W002 | 20080714 | NORTHERN HARMONY / W002 | 0 days | Gulf Pakistan Service | | D |
| 20080715 | WAN HAI 311 / E030 | 20080715 | WAN HAI 311 / W030 | 0 days | China-Middle East Service | | D |
| 20080718 | WAN HAI 315 / E023 | 20080828 | WAN HAI 315 / W024 | 41 days | China-Middle East Service | | D |
| 20080719 | NORTHERN HARMONY / E002 | 20080728 | NORTHERN HARMONY / W003 | 9 days | Gulf Pakistan Service | | D |
| 20080721 | SIMA SABHA / W013 | 20080721 | SIMA SABHA / W013 | 0 days | Gulf Pakistan Service | | D |
| 20080726 | SIMA SABHA / E013 | 20080804 | SIMA SABHA / W014 | 9 days | Gulf Pakistan Service | | D |
| 20080726 | WAN HAI 303 / E064 | 20080904 | WAN HAI 303 / W065 | 40 days | China-Middle East Service | | D |
| 20080728 | NORTHERN HARMONY / W003 | 20080728 | NORTHERN HARMONY / W003 | 0 days | Gulf Pakistan Service | | D |
| 20080731 | WAN HAI 302 / E073 | 20080731 | WAN HAI 302 / W073 | 0 days | China-Middle East Service | | D |
| 20080802 | NORTHERN HARMONY / E003 | 20080811 | NORTHERN HARMONY / W004 | 9 days | Gulf Pakistan Service | | D |

EXHIBIT A-1          7/7/2008 3:18 PM

| 20080804 | <u>SIMA SABHA</u> /<br>W014 | 20080804 | <u>SIMA<br>SABHA</u> /<br>W014 | 0 days | Gulf<br>Pakistan<br>Service | D |



To view this site,pls use Internet Explorer and the version must be at lease 5.5

**WAN HAI LINES LTD.**
WE CARRY, WE CARE.

SITE MAP
F A Q
CONTACT US
H O M E

**Shipping Schedule**

**About WHL**    **Investor Inform.**    **Careers @ Wan Hai**    **Press Release**    **Local Websites**

HOME > Shipping Schedule > by Port to Port

Notice
Shipping Schedule
Tracking
Telex Release
Services
Other Information
U.S.A. Tariff
Port & Terminal
Link to Related
WHL eProcurement
Wan Hai Family



⊜ **daily** update

  **PORT** TO PORT

**PORT TO PORT** RESULT          DOWNLOAD PDF

**DEPARTURE FROM**
**YOKOHAMA,JAPAN**

**ARRIVAL TO**
**LONG BEACH, CA,UNITED STATES**

| Departure Date | Departure Vsl/Voy | Arrival Date | Arrival Vsl/Voy | Transit Time | Initial Service | Trans Port | Transfer /Direct |
|---|---|---|---|---|---|---|---|
| 20080711 | HANSA RAVENSBURG / S006 | 20080730 | WAN HAI 510 / E006 | 19 days | Kanto Major Service | KAOHSIUNG | T |
| 20080711 | WAN HAI 223 / S177 | 20080806 | KOTA SALAM / E011 | 26 days | Japan Kanto-Thailand Service | KAOHSIUNG | T |
| 20080712 | VICTORIA STRAIT / S056 | 20080806 | KOTA SALAM / E011 | 25 days | Japan-Taiwan-Philippines Service | TAICHUNG | T |
| 20080716 | WAN HAI 233 / S103 | 20080806 | KOTA SALAM / E011 | 21 days | Kanto Major Service | KAOHSIUNG | T |
| 20080718 | WAN HAI 222 / S175 | 20080813 | WAN HAI 505 / E033 | 26 days | Japan Kanto-Thailand Service | KAOHSIUNG | T |
| 20080719 | VENUS C / S020 | 20080813 | WAN HAI 505 / E033 | 25 days | Japan-Taiwan-Philippines Service | TAICHUNG | T |
| 20080722 | WAN HAI 232 / S105 | 20080813 | WAN HAI 505 / E033 | 22 days | Kanto Major Service | KAOHSIUNG | T |
| 20080725 | WAN HAI 221 / S182 | 20080820 | WAN HAI 509 / E008 | 26 days | Japan Kanto-Thailand Service | KAOHSIUNG | T |
| 20080726 | FORMOSA CONTAINER NO.4 / S017 | 20080820 | WAN HAI 509 / E008 | 25 days | Japan-Taiwan-Philippines Service | TAICHUNG | T |
| 20080729 | WAN HAI 231 / S109 | 20080820 | WAN HAI 509 / E008 | 22 days | Kanto Major Service | KAOHSIUNG | T |

EXHIBIT A-2

| 20080801 | WAN HAI 225 / S173 | 20080827 | WAN HAI 501 / E037 | 26 days | Japan Kanto-Thailand Service | KAOHSIUNG | T |
| 20080802 | VICTORIA STRAIT / S057 | 20080827 | WAN HAI 501 / E037 | 25 days | Japan-Taiwan-Philippines Service | TAICHUNG | T |

