1  **DAVID J. COOK, ESQ. (State Bar # 060859)**
   **ROBERT J. PERKISS, ESQ. (State Bar # 62386)**
2  **COOK COLLECTION ATTORNEYS**
   **A PROFESSIONAL LAW CORPORATION**
3  165 Fell Street
   San Francisco, CA 94102
4  Mailing Address: P.O. Box 270
   San Francisco. CA 94104-0270
5  Tel: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,759

7  Attorneys for Plaintiffs
   DEBORAH D. PETERSON, Personal Representatives
8  of the Estate of James C. Knipple (Dec.). et al.

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12  DEBORAH D. PETERSON, Personal      )   CASE NO. 3:08-mc-80030-JSW (BZ)
    Representative of the Estate of James C. )
13  Knipple (Dec.), et al.,            )   NOTICE OF MOTION AND MOTION FOR
                                       )   AN ORDER COMPELLING ASSIGNMENT
14            Plaintiffs,              )   OF RIGHTS PURSUANT TO C.C.P. §
                                       )   708.510(a) AND F.R.C.P. 69(a)
15  vs.                                )   **[HARBOR AND BUNKERED FUEL**
                                       )   **RIGHTS - YANG MING MARINE**
16  ISLAMIC REPUBLIC OF IRAN, et al.,  )   **TRANSPORT CORPORATION]**
                                       )
17            Defendants.              )   Date:  September 3. 2008
    _____)   Time:  10:00 a.m.
18                                         Courtroom: G, 15th Floor
                                           Magistrate Judge: Bernard Zimmerman
19
              TO THE ISLAMIC REPUBLIC OF IRAN, AND TO ITS ATTORNEYS OF RECORD.
20
    AND **YANG MING MARINE TRANSPORT CORPORATION,** and all subsidiaries. affiliates.
21
    related entities. divisions and subdivisions (hereinafter "Shipping Line"). AND ITS
22
    ATTORNEYS. IF ANY:
23
              PLEASE TAKE NOTICE that on the 3rd day of September. 2008 at the hour of 10:00 a.m.,
24
    or as soon thereafter as the matter can be heard in Courtroom G before the Honorable Bernard
25
    Zimmerman, Magistrate Judge of the United States District Court, Northern District of California,
26
    at the courthouse located at 450 Golden Gate Avenue, San Francisco. CA 94102. Plaintiffs
27
    DEBORAH D. PETERSON. Personal Representative of the Estate of James C. Knipple (Dec.). et
28

NOTICE OF MOTION AND MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a)
AND F.R.C.P. 69(a) **[HARBOR AND BUNKERED FUEL RIGHTS - YANG MING MARINE TRANSPORT
CORPORATION]** - CASE NO. 3:08-mc-80030-JSW (BZ)                                        1

1  al. ("Plaintiffs") will and do hereby move this court for an order or relief, as follows:

2      1. For an order compelling THE ISLAMIC REPUBLIC OF IRAN (hereinafter "Iran") to

3  assign to Plaintiffs all rights to payment of money, and accounts, accounts receivable, due and

4  payable, or in the future, or conditional upon some future events, from and owing by the Shipping

5  Line herein, arising out of the use of any harbor, docking, wharf, drayage, loading or unloading

6  facilities, and other facilities provided by any dock, harbor, pier, warehouse, wharf, or other

7  harbor-like facilities, along with and including the sale of bunkered oil and/or fuel provided, sold,

8  delivered, or vended to the Shipping Line by Iran,[1] hereinafter collectively "Harbor and Bunkered

9  Fuel Rights."

10      The basis of this motion is that the Shipping Line described herein frequents the docks,

11  harbors, piers, and/or wharfs of Iran, and may purchase from time to time bunkered oil or fuel

12  from Iran, and therefore may owe from time to time various sums of money due Iran.

13      Plaintiffs seek an order compelling Iran to assign all of these rights due, or which become

14  due, or are conditional, to and in favor of Plaintiffs for purposes of satisfaction of the judgment,

15  either in part or in whole.

16      This motion is based upon this Notice, the attached Motion, Memorandum of Points and

17  Authorities, the Declaration of David J. Cook, Esq., upon all pleadings, papers and other matters

18  on file herein, all matters which this court may take judicial notice hereof, which include but are

19  not limited to, all papers, pleadings and other matters on file herein in that certain action known as

20  *DEBORAH D. PETERSON, Personal Representatives of the Estate of James C. Knipple (Dec.), et*

21  *al., vs. ISLAMIC REPUBLIC OF IRAN, et al.*, United States District Court for the District of

22  Columbia, Consolidated Civil Actions: 01-2094 (RCL) and 01-2684 (RCL), all other matters

23  which the court may take judicial notice thereof, and upon all oral evidence and argument which

24  may be presented at the hearing hereof.

25  DATED: July 16, 2008        COOK COLLECTION ATTORNEYS
                                By: ___/s/ David J. Cook_____
26                              DAVID J. COOK, ESQ. (SB# 060859)
                                Attorneys for Plaintiffs
27

28      [1] Iran includes all agencies and instrumentalities.

1   DAVID J. COOK, ESQ. (State Bar # 060859)
    ROBERT J. PERKISS, ESQ. (State Bar # 62386)
2   COOK COLLECTION ATTORNEYS
    A PROFESSIONAL LAW CORPORATION
3   165 Fell Street
    San Francisco. CA  94102
4   Mailing Address: P.O. Box 270
    San Francisco. CA  94104-0270
5   Tel: (415) 989-4730
    Fax: (415) 989-0491
6   File No. 52.759

7   Attorneys for Plaintiffs
    DEBORAH D. PETERSON, Personal Representatives
8   of the Estate of James C. Knipple (Dec.), et al.

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12
    DEBORAH D. PETERSON, Personal        )    CASE NO. 3:08-mc-80030-JSW
13  Representative of the Estate of James C.  )
    Knipple (Dec.). et al.,               )    MOTION FOR AN ORDER COMPELLING
14                                        )    ASSIGNMENT OF RIGHTS PURSUANT TO
                   Plaintiffs,            )    C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
15                                        )
    vs.                                   )    [HARBOR AND BUNKERED FUEL
16                                        )    RIGHTS - YANG MING MARINE
    ISLAMIC REPUBLIC OF IRAN. et al.,     )    TRANSPORT CORPORATION]
17                                        )
                   Defendants.            )    Date:  September 3. 2008
18  _____ )   Time:  10:00 a.m.
                                               Courtroom: G, 15th Floor
19                                             Magistrate Judge: Bernard Zimmerman

20          Plaintiffs DEBORAH D. PETERSON, Personal Representative of the Estate of James C.

21  Knipple (Dec.). et al. ("Plaintiffs") will and do hereby move this court for an order or relief, as

22  follows:

23          1. For an order compelling THE ISLAMIC REPUBLIC OF IRAN (hereinafter "Iran") to

24  assign to Plaintiffs all rights to payment of money, and accounts, accounts receivable, due and

25  payable, or in the future, or conditional upon some future events, from and owing by the Shipping

26  Line herein, arising out of the use of any harbor, docking, wharf, drayage, loading or unloading

27  facilities. and other facilities provided by any dock, harbor. pier. warehouse. wharf. or other

28  harbor-like facilities, along with and including the sale of bunkered oil and/or fuel provided, sold,

---

MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
[HARBOR AND BUNKERED FUEL RIGHTS - YANG MING MARINE TRANSPORT CORPORATION]
CASE NO. 3:08-mc-80030-JSW                                                                    1

1    delivered, or vended to **YANG MING MARINE TRANSPORT CORPORATION** (hereinafter

2    "Shipping Line") by Iran,[2] hereinafter collectively "Harbor and Bunkered Fuel Rights."

3    　　　　The basis of this motion is that the Shipping Line described herein frequents the docks,

4    harbors, piers, and/or wharfs of Iran, and may purchase from time to time bunkered oil or fuel

5    from Iran, and therefore may owe from time to time various sums of money due Iran.

6    　　　　Plaintiffs seek an order compelling Iran to assign all of these rights due, or which become

7    due, or are conditional, to and in favor of Plaintiffs for purposes of satisfaction of the judgment,

8    either in part or in whole.

9    　　　　This motion is based upon this Motion, the Notice, the Memorandum of Points and

10    Authorities, the Declaration of David J. Cook, Esq., upon all pleadings, papers and other matters

11    on file herein, all matters which this court may take judicial notice hereof, which include but are

12    not limited to, all papers, pleadings and other matters on file herein in that certain action known as

13    *DEBORAH D. PETERSON, Personal Representatives of the Estate of James C. Knipple (Dec.), et*

14    *al., vs. ISLAMIC REPUBLIC OF IRAN, et al.*, United States District Court for the District of

15    Columbia, Consolidated Civil Actions: 01-2094 (RCL) and 01-2684 (RCL), all other matters

16    which the court may take judicial notice thereof, and upon all oral evidence and argument which

17    may be presented at the hearing hereof.

18    DATED:  July 16, 2008　　　　　　　　COOK COLLECTION ATTORNEYS

19    　　　　　　　　　　　　　　　　　By: ___/s/ David J. Cook_____
　　　　　　　　　　　　　　　　　　　DAVID J. COOK, ESQ. (SB# 060859)
20    　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　　　DEBORAH D. PETERSON, Personal
21    　　　　　　　　　　　　　　　　　Representatives of the Estate of James C. Knipple
　　　　　　　　　　　　　　　　　　　(Dec.), et al.

22

23    F:\USERS\DJCNEW\petersonsf.assignyang

24

25

26

27    _____

28    　　　　[2] Iran includes all agencies and instrumentalities.

1  **DAVID J. COOK, ESQ. (State Bar # 060859)**
   **ROBERT J. PERKISS, ESQ. (State Bar # 62386)**
2  **COOK COLLECTION ATTORNEYS**
   **A PROFESSIONAL LAW CORPORATION**
3  165 Fell Street
   San Francisco, CA 94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA 94104-0270
5  Tel: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,759

7  Attorneys for Plaintiffs
   DEBORAH D. PETERSON, Personal Representatives
8  of the Estate of James C. Knipple (Dec.), et al.

9           UNITED STATES DISTRICT COURT

10         NORTHERN DISTRICT OF CALIFORNIA

11            SAN FRANCISCO DIVISION

12
   DEBORAH D. PETERSON, Personal        )    CASE NO. 3:08-mc-80030-JSW (BZ)
13 Representative of the Estate of James C.  )
   Knipple (Dec.), et al.,                )    MEMORANDUM OF POINTS AND
14                                         )    AUTHORITIES IN SUPPORT OF MOTION
              Plaintiffs,                  )    FOR AN ORDER COMPELLING
15                                         )    ASSIGNMENT OF RIGHTS PURSUANT TO
   vs.                                     )    C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
16                                         )
   ISLAMIC REPUBLIC OF IRAN, et al.,      )    **[HARBOR AND BUNKERED FUEL**
17                                         )    **RIGHTS - YANG MING MARINE**
              Defendants.                  )    **TRANSPORT CORPORATION]**
18 _____ )
                                                Date: September 3, 2008
19                                              Time: 10:00 a.m.
                                                Courtroom: G, 15th Floor
20                                              Magistrate Judge: Bernard Zimmerman

21              **I. INTRODUCTION.**

22         Plaintiffs DEBORAH D. PETERSON, Personal Representative of the Estate of James C.

23 Knipple (Dec.), et al. ("Plaintiffs") move this court for an order compelling and ordering

24 Defendants ISLAMIC REPUBLIC OF IRAN ("Iran") to assign to Plaintiffs, Judgment Creditors,

25 all of those certain contractual and related rights, described herein as follows: All rights to

26 payment of money, accounts, accounts receivable, due and payable, or due in the future, or

27 conditional upon future events, from and owing by the Shipping Line herein, arising out of the use

28 of any harbor, docking, wharf, drayage, loading or unloading facilities, and other facilities

1   provided by any dock, harbor. pier, warehouse. wharf, or other harbor-like facilities, along with

2   and including the sale of bunkered oil and/or fuel to **YANG MING MARINE TRANSPORT**

3   **CORPORATION** ("Shipping Line") herein, hereinafter collectively "Harbor and Bunkered Fuel

4   Rights." provided. sold. delivered or vendored by Iran.  This is represented by the shipping

5   schedule of the Shipping Line which shows that the Shipping Line frequents Iranian ports, harbors

6   and other facilities.  The Shipping Line's schedule is set forth by way of its website which shows

7   its traffic. marked *Exhibit "A."* [1]  **Specifically, Exhibit "A" shows that the Shipping Line**

8   **serves Bandar Abbas, which is a major Iranian port as listed Exhibit "A-1."  The Shipping**

9   **Line services multiple American ports as listed on Exhibit "A-2."**

10          As Plaintiffs have confirmed that the Shipping Line frequents Iranian harbors, ports.

11  wharfs. docks, and other harbor-like facilities, Plaintiffs likewise have determined that Iran has a

12  whole list of tariffs which Iran charges oceangoing freighters, carriers, tankers, and the like.

13  marked *Exhibit "B."* These tariffs show the charges imposed by Iran upon oceangoing carriers.

14  such as the Shipping Line as described herein.

15          Plaintiffs have also ascertained from a press release undertaken by the ports and shipping

16  organization of the Department of Transportation of Iran, that Iran sells bunkered oil. The press

17  release dated Sep-Oct 2007 and marked *Exhibit "C"* specifically states as follows:

18  Iran Will Earn 1 Billion USD from Bunkering.

19          According to the National Iranian Oil Products Distribution Co.'s plans Islamic
        Republic of Iran set a goal to boost its income derive from ship bunkering to 1
20      billion USD annually.

21          Eng. Ahmadinezhad Vice president of National Iranian Oil Products Distribution
        company stated: ". . . [a]ccording to P.S.O. statistics 3500 foreign ships and 2200
22      domestic ships of above 1000 DWT call the Iranian southern ports annually and as
        a result Iran enjoys the lucrative regional market of the Persian Gulf and the Oman
23      Sea." He added; "by the end of the current year with 2000 foreign ships added to
        the Iranian ships now bunkering by NIOPD Company, 2 million tons of bunker fuel
24      will be sell by the company which will generate 640 million USD of income to the
        country." He continued: NIOPDC has set a goal to boost the country's income
25      from bunkering to 1 billion USD annually by 2010.

26

27

28          [1]  All exhibits are incorporated by reference as though fully set forth in this Memorandum
    in their entirety and are attached to the Declaration of David J. Cook, Esq. which is filed
    contemporaneously herein.

1    Plaintiffs accordingly seek an order compelling Iran to assign all of these rights, and each

2    of the same, to Plaintiffs, as owed by the particular Shipping Line to Iran. With a court-ordered

3    assignment in hand, Plaintiffs can commence the process of collecting the flow or stream of

4    revenue due from the Shipping Line and seek to ameliorate the losses represented by this very

5    large Judgment.

6    ## II. THE ASSETS OF IRAN ARE NOW SUBJECT TO
     ## ENFORCEMENT OF A CIVIL JUDGMENT.

7
     Prior to approximately January 2008, a Judgment Creditor of a foreign state such as Iran
8
     was greatly hobbled in any attempt by which to recover, based upon the Foreign Sovereignty
9
     Immunities Act ("FSIA") and various exceptions. Congress, recognizing that the Marines needed
10
     to be compensated, ultimately enacted an amendment to the FSIA designed to facilitate the
11
     collection through enactment to 28 U.S.C. § 1605A. The key parts of that new section permitting
12
     meaningful collection efforts are found in 28 U.S.C. § 1605A(a)(1) & (g)(1), as follows:
13
           "(a) IN GENERAL. --
14               "(1) NO IMMUNITY. – A foreign state shall not be immune from the
           jurisdiction of courts of the United States or of the States in any case not otherwise
15         covered by this chapter in which money damages are sought against a foreign state
           for personal injury or death that was caused by an act of torture, extrajudicial
16         killing, aircraft sabotage, hostage taking, or the provision of material support or
           resources for such an act if such act or provision of material support or resources is
17         engaged in by an official, employee, or agent of such foreign state while acting
           within the scope of his or her office, employment, or agency."
18
           "(g) PROPERTY IN CERTAIN ACTIONS –
19               "(1) IN GENERAL. – subject to paragraph (3), the property of a foreign
           state against which a judgment is entered under section 1605A, and the property of
20         an agency or instrumentality of such a state, including property that is a separate
           juridical entity or is an interest held directly or indirectly in a separate juridical
21         entity, is subject to attachment in aid of execution, and execution, upon that
           judgment as provided in this section, regardless of –
22               "(A) the level of economic control over the property by the
           government of a foreign state;
23               "(B) whether the profits of the property go to that government;
                 "( C) the degree to which officials of that government manage the
24         property or otherwise control its daily affairs;
                 "(D) whether that government is the sole beneficiary in interest of
25         the property; or
                 "(E) whether establishing the property as a separate entity would
26         entitle the foreign state to benefits in United States courts while
           avoiding its obligations.
27               "(2) UNITED STATES SOVEREIGN IMMUNITY INAPPLICABLE. Any
           property of a foreign state, or agency or instrumentality of a foreign state, to which
28         paragraph (1) applies shall not be immune from attachment in aid of execution, or
           execution, upon a judgement entered under section 1605A because the property is

1    regulated by the United States Government by reason of action taken against that
2    foreign state under the Trading With the Enemy Act or the International Emergency
     Economic Powers Act."

3    Accordingly, the FSIA no longer serves as a bar, and the assets of Iran are now subject to

4    clear levy and execution.

5    ### III. **LOCAL DOCKETING.**

6    Plaintiffs have registered the Judgment with the United States District Court, Northern

7    District of California, Case No. 3:08-mc-80030-JSW. The basis of registering the Judgment under

8    28 U.S.C. § 1963 is the good faith belief that in fact assets of Iran might be subject to levy and

9    execution in the Northern District of California.

10   ### IV. **NATURE OF ASSETS SUBJECT TO LEVY AND EXECUTION -**
     ### **TARIFFS AND DOCKET FEES AND CHARGES.**

11

12   Plaintiffs have determined through a multitude of sources, which include the individual

     shipping schedules, other websites, and other sources, that the Shipping Line transports, handles,
13
     delivers, picks up, loads and offloads products, such as and including general cargo, containers,
14
     bulk goods, dry goods, agricultural products, and other products which may include, but are not
15
     limited to, gasoline and refined petroleum products through Iranian harbors, docks terminals and
16
     off loading facilities.
17
     These Shipping Lines also dock in United States harbors, ports, terminals and other locales
18
     subject to United States jurisdiction. These Shipping Lines are ostensibly subject to the United
19
     States jurisdiction for an entire range of issues, such as commerce, entry in the U.S. territorial
20
     waters, compliance with U.S., State and local environmental laws, and compliance with an entire
21
     array of maritime laws, shipping and other laws.
22
     The Ministry of Roads and Transportation generally oversees the PORTS & SHIPPING
23
     ORGANIZATION ("P.S.O.") of Iran who manage the docks, harbors and related facilities, which
24
     is confirmed by the website the P.S.O. marked *Exhibit "D."* "The history of Ports & Shipping
25
     Organization" states as follows:
26
27   "On May 28, 1952, a decree comprising 18 articles for registration and utilization
     of vessels was approved by the Cabinet. Based on these regulations, using vessels
     in domestic and coastal waters was depended on their registration and issuance of
28   their certificate of registration in one of the Iranian ports. In 1959, following an
     agreement reached between the Ministry of Roads and Ministry of Customs &

1   Monopolies, "General Agency of Ports and Shipping" was transferred from the
    Ministry of Roads and Transportation to the Ministry of Customs & Monopolies.
2   On May 25th, 1960, the title of the "General Directorate of Ports and Shipping" was
    changed to "Ports and Shipping Organization" and its responsibilities and functions
3   were expanded. Based on these developments, the organization was assigned the
    task of exercising the authority of the Government to control all ports and maritime
4   affairs, implementation of port and coastal shipping regulations, promoting
    shipping and commerce, collecting port duties and taxes and registering Iranian
5   vessels.

6   On Oct. 31st, 1964, the maritime law of Iran including 914 articles was put into
    effects, and on Jul. 3rd, 1966, the present ports and shipping organization together
7   with its staff, budget and properties was separated from the Ministry of Economy
    and Finance. On Feb. 2nd, 196, the organization gained the status of a legal entity
8   and its functions, rights, and organizational chart were formally declared. Internal
    regulations on financials transactions and on the employment of staff of the
9   organization were approved respectively on 14 Jul, 1970. The organization was
    separate again from the Ministry of Finance and was transferred to the Ministry of
10  Roads and transportation in 1974."

11  The website of the P.S.O. marked *Exhibit "D"* "TERMS OF REFERENCE" at page 2 of

12  2, states as follows:

13      "The Supreme Council consists of the following Ministers:
        1-Ministry of Financial and Economic Affairs
14      2-Ministry of Roads and Transportation
        3-Ministry of Defence
15      4-Deputy president and Head of Planning and Budget Organization "PBO"
        5-Commander of the Navy"
16
17  Iran charges these Shipping Lines an entire array of charges for the privilege of utilizing

18  Iranian docks, harbors, terminals and other maritime facilities. This label is illustrative as seen by,

19  e.g., the entire range of charges imposed by Iran through its Manual of Tariffs Applicable to

20  Vessels and Cargo in the Ports of the Islamic Republic of Iran, marked *Exhibit "B."* For purposes

21  of illustration, these fees cover an entire array of services: duties, pilotage charges, charges for

22  garbage collection, dredging charges, wharfage charges, charges for towage, charges for bilge

23  water, overtime charges, entry duties, unloading and loading charges, towage charges, light duties,

24  duties and port charges for non-container cargo's, stevedoring charges, storage charges, charges

25  for containers, repositioning the container on the vessel, moving, loading and unloading the

26  containers, crane standby, label removing, flat rocking of the container, tarpaulin covering of the

27  open top container, administrative and current charges, plumbing charges, time renting of

28  equipment, lashing and unlashing charges, quarantine service charges, communications charges,

    diving charges, collecting and cleaning oil charges, registry duties of a vessel registry of

1   transactions on ships and vessels, and many others.

2      To offload or load products of any type in the docks and harbors of Iran would require

3   payment of fees and charges imposed by P.S.O. and therefore constitute an account, account

4   receivable, right to payment of money or general intangible in favor of Iran and therefore subject to

5   levy and execution. Any one or all of these Shipping Lines (or their agents, representatives, or

6   others on their behalf as their agents) would be indebted to Iran for payment for these related

7   services. Iran is no longer protected by the FSIA, and therefore any amounts due from these

8   Shipping Lines are subject to an order compelling an assignment under C.C.P. § 708.510(a).

9      These Shipping Lines service U.S. ports, have local agents and representatives, transport

10  products from the U.S. to foreign countries, transport products from foreign countries to the

11  United States. These ships are seen lining up in local ports clearly displaying their name on the

12  side of large container ships such as EVERGREEN, HAPAG LLOYD, OOCL, YANG MING, etc.

13  **V.  ADDITIONAL ASSETS SUBJECT TO LEVY AND EXECUTION: BUNKERED FUEL.**

14     The National Iran Oil Products Distribution Co., which is a subsidiary of the Ministry of

15  Petroleum of the Islamic Republic of Iran, sells approximately two million tons of bunkered fuel to

16  approximately 3,500 foreign ships which visit various harbors, docks, off loading, terminals,

17  wharfs, and other marine facilities of Iran, in which some or all of these ships are owned and

18  operated by the Shipping Line, which is the subject of this motion. This information comes from

19  P.S.O. News, dated Sept. October, 2007, No 2, at page 12, marked *Exhibit "C"* as stated above.

20  The National Iranian Oil Products Distribution Company is a subsidiary of the National Iranian Oil

21  Refining and Distribution Co., which is part of the Ministry of Petroleum of the Islamic Republic

22  of Iran per the attached download, marked *Exhibit "E."* [2] Plaintiffs therefore have provided

23  sufficient evidence which would indicate that monies due for the acquisition of the bunkered oil

24  are in fact payable for the benefit of the Judgment Debtors.

25     Common experience would suggest that some (or all) of the Shipping Lines make up some

26  part or all of the "foreign ships," who purchase bunkered fuel from the National Iranian Oil

27

28     [2] Bunkered fuel is technically any type of fuel oil used aboard ships. It gets its name from the containers (known as Bunkered Tanks) on ships and in ports that it is stored in, called bunkers.

1    Distribution Co., and accordingly any monies which would be due or owed to Iran for the purchase

2    of the bunkered fuel under this assignment order would now be due to the Plaintiffs.  The revenue

3    stream of $640,000,000, turned over to Plaintiffs, would start the process of ameliorating

4    Plaintiffs' terrible losses, and moreover, commence the process of financial restitution.

5                        VI.  **THIS IS THE MOST EFFECTIVE REMEDY.**

6        An order compelling Iran to execute an assignment would ultimately lead to the assignment

7    itself, assuming that Iran defaults or refuses to execute the contractual assignment. With

8    assignment order in hand, presumably obtained after post-order process, Plaintiffs could serve the

9    Shipping Line with the assignment order and redirect the flow or stream of revenue away from

10    Iran, and to Plaintiffs.[3]

11                        VII.  **WHICH LAW APPLIES.**

12        Plaintiffs seek to enforce the judgment under FRCP 69(a)(1) amended as of 12/1/07, and

13    employ the laws of the domicile, specifically being the laws of the State of California, which

14    provides as follows:

15            Rule 69. Execution
             (a) In General.
16            (1) Money Judgment; Applicable Procedure.
             A money judgment is enforced by a writ of execution, unless the court directs
17            otherwise. The procedure on execution — and in proceedings supplementary to and
             in aid of judgment or execution — must accord with the procedure of the state
18            where the court is located, but a federal statute governs to the extent it applies.

19    *Cigna Property & Cas. Ins. Co. v. Polaris Pictures Corp.*, 159 F.3d 412, 421 (9th Cir.1998)

20    (quoting *Peacock v. Thomas*, 516 U.S. 349, 359 n. 7, 116 S.Ct. 862, 133 L.Ed.2d 817 (1996))

21                        VIII.  **MECHANISM OF AN ASSIGNMENT MOTION.**

22        Plaintiffs seek to obtain an order compelling an assignment permitted under C.C.P. §

23    708.510(a) which provides as follows:

24            "Except as otherwise provided by law, upon application of the judgment creditor on

25    ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

26        [3] On July 2, 2008, Plaintiffs sought virtually identical relief, in which the court denied
     relief essentially on the basis that Plaintiffs sought an assignment order which itself lacked the
27    intermediate step of an order compelling the debtor to make an assignment in the first instance,
     and in the event of default, Plaintiffs seeking additional supplemental relief, the effect of which
     would be to facilitate the assignment through the power of contempt, the equitable powers of the
28    court, or alternatively, the appointment of a judicial officer, such as a clerk, to sign the contractual
     assignment in favor of Plaintiffs.

noticed motion. the court may order the judgment debtor to assign to the judgment creditor, or to a receiver appointed pursuant to Article 7 (commencing with section 708.610) all or part of a right to payment due or to become due, whether or not the right is conditional upon future developments, including but not limited to, the following types of payment:

    1.    Wages due from the federal government that are not subject to withholding under an earnings withholding order.
    2.    Rents.
    3.    Commissions.
    4.    Royalties.
    5.    Payments due from a patent or copyright.
    6.    Insurance policy loan value."

This order compelling assignment would reach all accounts, accounts receivable and rights to payment of money, whether owed now or owed in the future, from "account debtors" who may owe money to the underlying judgment debtor.

The Legislative Comment under C.C.P. § 708.510 indicates that the court has great flexibility in fashioning relief. which itself would enable Plaintiffs to serve the assignment order and obtain payment of amounts which are due or may be due in the future. The Legislative Comment provides as follows:

> **Legislative Committee Comment – Assembly 1982 Addition**
> Section 708.510 provides a new procedure for reaching certain forms of property that cannot be reached by levy under a writ of execution, such as the nonexempt loan value of an unmatured life insurance. endowment, or annuity policy. See Sections 699.720(a)(6), 704.100. It also provides an optional procedure for reaching assignable forms of property that are subject to levy. such as accounts receivable. general intangibles, judgments, and instruments. This section does not make any property assignable that is not already assignable. This remedy may be used alone or in conjunction with other remedies provided in this title for reaching rights to payment, such as execution, orders in examination proceedings, creditors' suits, and receivership. The use of this remedy is subject to limitations on the time for enforcement of judgment. See Sections 683.010-683.220.

The purpose of the assignment order is the same as a contractual assignment under C.C.P. § 708.530. which provides as follows:

> **§ 708.530.**
> (a) Except as provided in subdivision (b), the effect and priority of an assignment ordered pursuant to this article is governed by Section 955.1 of the Civil Code. For the purpose of priority, an assignee of a right to payment pursuant to this article shall be deemed to be a bona fide assignee for value under the terms of Section 955.1 of the Civil Code.
> (b) An assignment of the right to future rent ordered under this article is recordable as an instrument affecting real property and the priority of such an assignment is governed by Section 1214 of the Civil Code.

The effect on the obligor's rights is found under C.C.P. § 708.540, which provides as

1 | follows:

2 | § 708.540.
The rights of an obligor are not affected by an order assigning the right to payment
3 | until notice of the order is received by the obligor. For the purpose of this section,
"obligor" means the person who is obligated to make payments to the judgment
4 | debtor or who may become obligated to make payments to the judgment debtor
depending upon future developments.

5 |

6 | Assignments are found under Civ.C. § 955.1, likewise which provides as follows:

§ 955.1.
7 | (a) Except as provided in Sections 954.5 and 955 and subject to subdivisions (b)
and ( c), a transfer other than one intended to create a security interest (paragraph
8 | (1) or (3) of subdivision (a) of Section 9109 of the Commercial Code) of any
payment intangible (Section 9102 of the Commercial Code) and any transfer of
9 | accounts, chattel paper, payment intangibles, or promissory notes excluded from the
coverage of Division 9 of the Commercial Code by paragraph (4) of subdivision (d)
10 | of Section 9109 of the Commercial Code shall be deemed perfected as against third
persons upon there being executed and delivered to the transferee an assignment
11 | thereof in writing.
(b) As between bona fide assignees of the same right for value without notice, the
12 | assignee first giving notice thereof to the obligor in writing has priority.

13 |     Plaintiffs seek an order compelling Iran to assign the Harbor and Bunkered Fuel Rights to

14 | Plaintiffs, and in default, proceed with additional supplemental remedies.  Assuming that Iran

15 | executes an assignment or the rendition of supplemental relief, an assignment order permit the

16 | Judgment Creditor to reach receivables due now, or due in the future, receivables which might be

17 | contingent, or uncertain, or receivables in which performance might still be due, as provided by the

18 | exact language of C.C.P. § 708.510(a).  The value of an assignment would be to permit Plaintiffs

19 | to reach funds now due and due in the future, and amounts which are even conditional, which is a

20 | more advantageous remedy than a levy.  For example, in ***FIRST CENTRAL COAST BANK, etc.***

21 | ***vs. CUESTA TITLE GUARANTEE COMPANY, et al.***, 143 Cal.App.3d 12, 191 Cal.Rptr. 433

22 | (Cal.App.2 Dist. 1983), the appellate court held that a premature [or late] levy did not reach the

23 | monies which were due at the time of a levy in that a levy constitutes a "snapshot" of any funds

24 | immediately due the debtor. The court stated as page 16 as follows:

25 | "A debt which is uncertain and contingent in the sense that it may never come due
and payable is not subject to garnishment. (Brunskill v. Stutman, supra, 186
26 | Cal.App.2d 97, 8 Cal.Rptr. 910; *Clecak v. Dunn* (1928) 95 Cal.App. 537.)"

27 | ## IX. THREE-STEP PROCESS.

28 |     An assignment motion might necessarily envision a three-step process:

1      1. An order compelling the Judgment Debtor to assign the rights to the Judgment Creditor.

2      2. In the event of noncompliance, supplemental process to appoint a third party or judicial

3  official to actually execute the assignment in favor of the Judgment Creditor.

4      3. An independent action or proceeding, if any, which might be brought by the Judgment

5  Creditor in the enforcement of the rights of the Judgment Debtor against the obligor.

6      An motion compelling an assignment does not adjudicate the underlying obligation owed

7  by the obligor, nor makes such an obligation assignable, other than as allowed by prevailing law.

8  An order compelling an assignment does not preadjudicate the obligor's defenses, whatever they

9  might be, but only ousts the Judgment Debtor, and places the Judgment Creditor in its stead. See

10 *KRACHT v. PERRIN, GARTLAND & DOYLE, etc., et al.*, 219 Cal.App.3d 1019, 268 Cal.Rptr.

11 637 (Cal.App.4 Dist. 1990) in which the court stated at footnote 1, as follows:

12       ·[1] Code of Civil Procedure section 708.510 does not require that notice of the
         motion to cause an assignment be given to the obligor of the judgment debtor. The
13       order of assignment does not affect the obligor's rights until notice of the order is
         received by the obligor. (Code Civ.Proc., § 708.540.) The fact that the choses in
14       action were ordered assigned under Code of Civil Procedure section 708.510 does
         not preclude a challenge to whether the claims were assignable ab initio, because
15       the Legislature specifically noted that section 708.510 "... does not make any
         property assignable that is not already assignable." (See Legis.Com.Comment,
16       Assembly 1982 Addition, West's Ann.Code Civ.Proc., § 708.510.)

17                          X. **CONCLUSION.**

18      The relief sought is limited to a surgical and precise order compelling Iran to assign to

19 Plaintiffs a discrete bundle of apparent contractual rights. Any other relief in the enforcement of

20 this order would be for another day.

21 DATED: July 16, 2008            COOK COLLECTION ATTORNEYS

22                                By: ___/s/ David J. Cook_____
                                  DAVID J. COOK, ESQ. (SB# 060859)
23                                Attorneys for Plaintiffs
                                  DEBORAH D. PETERSON, Personal
24                                Representatives of the Estate of James C. Knipple

25 F:\USERS\DJCNEW\petersonsf.assignyangmpa

26

27

28

1 | **DAVID J. COOK, ESQ. (State Bar # 060859)**
**ROBERT J. PERKISS, ESQ (State Bar # 62386)**
2 | **COOK COLLECTION ATTORNEYS**
**A PROFESSIONAL LAW CORPORATION**
3 | 165 Fell Street
San Francisco, CA 94102
4 | Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
5 | Tel.: (415) 989-4730
Fax: (415) 989-0491
6 | File No. 52,759

7 | Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
8 | of the Estate of James C. Knipple (Dec.), et al.

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12 |

13 | DEBORAH D. PETERSON, Personal     )     CASE NO. 3:08-mc-80030-JSW
Representative of the Estate of James C.     )
Knipple (Dec.), et al.,     )     DECLARATION OF DAVID J. COOK, ESQ.
14 |                                            )     IN SUPPORT OF MOTION FOR
                    Plaintiffs,     )     ASSIGNMENT OF RIGHTS PURSUANT TO
15 |                                            )     C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
vs.     )
16 |                                            )     **[HARBOR AND BUNKERED FUEL**
ISLAMIC REPUBLIC OF IRAN, et al.,     )     **RIGHTS - YANG MING MARINE**
17 |                                            )     **TRANSPORT CORPORATION ]**
                    Defendants.     )
18 | _____ )     Date: September 3, 2008
                                                   Time: 10:00 a.m.
19 |                                                  Courtroom: G, 15th Floor
                                                   Magistrate Judge: Bernard Zimmerman
20 |

I, DAVID J. COOK, hereby declare and state as follows:

1. I am one of the attorneys of record for Plaintiffs in the above-entitled action, am duly authorized to practice before all courts in the State of California, and am familiar with the facts and circumstances in this action.

2. The shipping schedule of **YANG MING MARINE TRANSPORT CORPORATION** shows that the Shipping Line frequents Iranian ports, harbors and other facilities. The Shipping Line's schedule is set forth by way of its website which shows its traffic, a true and correct copy of the download which is attached hereto marked *Exhibit "A."* The schedule demonstrates that the

1   Shipping Line services Iranian ports, and also American ports, thereby creating inferences, as

2   follows: 1) the Shipping Line is generally subject to the jurisdiction of the U.S. in both import and

3   export of products: 2) the Shipping Line is generally doing business with Iranian port facilities in

4   both imported and exported products.

5       3. As Plaintiffs have confirmed that the Shipping Line frequents Iranian harbors, ports,

6   wharfs, docks, and other harbor-like facilities. Plaintiffs likewise have determined that Iran has a

7   whole list of Tariffs which Iran charges oceangoing freighters, carriers, tankers, and the like, a true

8   and correct copy of the MANUAL OF Tariffs applicable to vessels and cargo in Ports of the

9   Islamic Republic of Iran which is attached hereto marked *Exhibit "B."* These tariffs clearly show

10   the charges imposed by Iran upon oceangoing carriers, such as the Shipping Lines as described

11   herein. Plaintiffs have also ascertained from a press release undertaken by the ports and shipping

12   organization of the Department of Transportation of Iran, that Iran sells bunkered oil.

13       4. A true and correct copy of the press release entitled "PSO news, In the name of God

14   Supplement to Port & Sea Magazine Nos 2/Sep-Oct, 2007 is attached hereto marked *Exhibit "C."*

15       5. The Ministry of Roads and Transportation generally oversees the PORTS & SHIPPING

16   ORGANIZATION ("P.S.O.") of Iran who manage the docks, harbors and related facilities

17   pursuant to the printout from the website entitled IR IRAN's Ports & Shipping Organization, a true

18   and correct copy of which is attached hereto marked *Exhibit "D."*

19       6. Iran charges these Shipping Lines an entire array of charges for the privilege of utilizing

20   Iranian docks, harbors, terminals and other maritime facilities, all hereinafter collectively "DOCK

21   FEES." This label is illustrative as seen by, e.g., the entire range of charges imposed by Iran

22   through its Manual of Tariffs Applicable to Vessels and Cargo in the Ports of the Islamic Republic

23   of Iran, a true and correct copy of which is attached hereto marked *Exhibit "B."*

24       7. The National Iranian Oil Products Distribution Company is a subsidiary of the National

25   Iranian Oil Refining and Distributing Co., which is part of the Ministry of Petroleum of the Islamic

26   Republic of Iran per the attached download, a true and correct copy which is attached hereto

27   marked *Exhibit "E."*

28

DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION FOR ASSIGNMENT OF RIGHTS
PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) [HARBOR AND BUNKERED FUEL RIGHTS -
YANG MING MARINE TRANSPORT CORPORATION ] - CASE NO. 3:08-mc-80030-JSW     2

1    8.  Declarant personally read, reviewed and downloaded all of the above-listed exhibits,

2  and personally obtained these documents by examining the website maintained by the Ports &

3  Shipping Organization website of The Islamic Republic of Iran.  Furthermore, Declarant over the

4  last six months has become familiar with, if not immersed, in generally the economy of Iran and its

5  large-scale business and in which Iran maintains a series of websites. providing for a vast amount

6  of information.  These Tariffs clearly show the charges imposed by Iran upon oceangoing carriers,

7  such as the Shipping Lines as described herein.

8        I declare under penalty of perjury that the foregoing is true and correct.

9        Executed on July 16. 2008.

10

11        _____/s/ David J. Cook_____
          DAVID J. COOK, ESQ. (SB# 060859)

12

13  F:\USERS\DJCNEW\petersonsf.assignyang

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION FOR ASSIGNMENT OF RIGHTS
PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) [HARBOR AND BUNKERED FUEL RIGHTS -
YANG MING MARINE TRANSPORT CORPORATION ] - CASE NO. 3:08-mc-80030-JSW        3

# EXHIBIT "A"

YangMing Marine Transport Corporation   **Long Term Schedule**

Generate Date : 2008/07/08

**CGX - CHINA-GULF EXPRESS SERVICE ( E-Bound )**

| New Voy.CODE | VSL Name | VSL ABBR | VSL CODE | COM VOY | YML VOY | AEDXB | | IRBND | | MYPEN | | SGSIN | | HKHKG | | CNSHA | | CNNGB | | CNXMN | | CNSHA | | CNNGB | | CNXMN | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ETB | ETD | ETB | ETD | ETB | ETD | ETB | ETD | ETB | ETD | ETB | ETD | ETB | ETD | ETB | ETD | ETB | ETD | ETB | ETD | ETB | ETD |
| | | | | | | SAT | SUN | MON | TUE | TUE | WED | THU | THU | MON | MON | THU | FRI | SAT | SAT | SUN | SUN | THU | FRI | SAT | SAT | SUN | SUN |
| | | | | | | 22:00 | 16:00 | 04:00 | 04:00 | 15:00 | 07:00 | 09:30 | 22:30 | 13:30 | 21:00 | 17:00 | 11:00 | 02:00 | 10:00 | 13:00 | 19:30 | 17:00 | 11:00 | 02:00 | 10:00 | 13:00 | 19:30 |
| CGX821E | YM ENERGY | YENG | 373 | 40E | 40E | 06/07 | 06/08 | 06/09 | 06/10 | 06/17 | 06/18 | 06/19 | 06/19 | 06/23 | 06/23 | ----- | ----- | ----- | ----- | ----- | ----- | 06/26 | 06/27 | 06/28 | 06/28 | 06/29 | 06/29 |
| CGX822E | YM SUN | YSUN | 368 | 38E | 38E | 06/14 | 06/15 | 06/16 | 06/17 | SKIP | SKIP | 06/26 | 06/26 | SKIP | SKIP | ----- | ----- | ----- | ----- | ----- | ----- | 07/03 | 07/04 | 07/05 | 07/05 | 07/06 | 07/06 |
| CGX823E | YM STAR | YSTR | 370 | 43E | 43E | 06/21 | 06/22 | 06/23 | 06/24 | SKIP | SKIP | SKIP | SKIP | 07/03 | 07/03 | 07/07 | 07/07 | ----- | ----- | ----- | ----- | 07/10 | 07/11 | 07/12 | 07/12 | 07/13 | 07/13 |
| CGX824E | YM MOON | YMON | 369 | 41E | 41E | 06/28 | 06/29 | 06/30 | 07/01 | 07/08 | 07/09 | 07/10 | 07/10 | 07/14 | 07/14 | ----- | ----- | ----- | ----- | ----- | ----- | 07/17 | 07/18 | 07/19 | 07/19 | 07/20 | 07/20 |

Calling Ports --
[AEDXB] : DUBAI, United Arab Emirates
[IRBND] : BANDAR ABBAS, Iran
[MYPEN] : PENANG, Malaysia
[SGSIN] : SINGAPORE, Singapore
[HKHKG] : HONGKONG, Hong Kong
[CNSHA] : SHANGHAI, China
[CNNGB] : NINGBO, China
[CNXMN] : XIAMEN, China
[CNSHA] : SHANGHAI, China
[CNNGB] : NINGBO, China
[CNXMN] : XIAMEN, China

| New Voy.CODE | VSL Name | VSL ABBR | VSL CODE | COM VOY | YML VOY | AEDXB | | IRBND | | MYPEN | | SGSIN | | HKHKG | | CNSHK | | CNXMN | | CNSHA | | CNNGB | | CNXMN | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ETB | ETD | ETB | ETD | ETB | ETD | ETB | ETD | ETB | ETD | ETB | ETD | ETB | ETD | ETB | ETD | ETB | ETD | ETB | ETD |
| | | | | | | SAT | SUN | MON | TUE | TUE | WED | THU | THU | MON | MON | | | | | THU | FRI | SAT | SAT | SUN | SUN |
| | | | | | | 22:00 | 16:00 | 04:00 | 04:00 | 14:30 | 07:00 | 09:30 | 22:30 | 13:30 | 21:30 | | | | | 17:00 | 11:00 | 02:00 | 10:00 | 13:00 | 19:30 |
| CGX825E | YM FORTUNE | YFTN | 374 | 43E | 43E | 07/05 | 07/06 | 07/07 | 07/08 | SKIP | SKIP | 07/17 | 07/17 | SKIP | SKIP | ----- | ----- | ----- | ----- | 07/24 | 07/25 | 07/26 | 07/26 | 07/27 | 07/27 |
| CGX826E | YM ENERGY | YENG | 373 | 41E | 41E | 07/12 | 07/13 | 07/14 | 07/15 | 07/22 | 07/23 | 07/24 | 07/24 | 07/28 | 07/28 | ----- | ----- | ----- | ----- | 07/31 | 08/01 | 08/02 | 08/02 | 08/03 | 08/03 |
| CGX827E | YM SUN | YSUN | 368 | 39E | 39E | 07/19 | 07/20 | 07/21 | 07/22 | 07/29 | 07/30 | 07/31 | 07/31 | 08/04 | 08/04 | ----- | ----- | ----- | ----- | 08/07 | 08/08 | 08/09 | 08/09 | 08/10 | 08/10 |
| CGX828E | YM STAR | YSTR | 370 | 44E | 44E | 07/26 | 07/27 | 07/28 | 07/29 | 08/05 | 08/06 | 08/07 | 08/07 | 08/11 | 08/11 | ----- | ----- | ----- | ----- | 08/14 | 08/15 | 08/16 | 08/16 | 08/17 | 08/17 |
| CGX829E | YM MOON | YMON | 369 | 42E | 42E | 08/02 | 08/03 | 08/04 | 08/05 | 08/12 | 08/13 | 08/14 | 08/14 | 08/18 | 08/18 | ----- | ----- | ----- | ----- | ----- | ----- | ----- | ----- | ----- | ----- |
| CGX830E | YM FORTUNE | YFTN | 374 | 44E | 44E | 08/09 | 08/10 | 08/11 | 08/12 | 08/19 | 08/20 | 08/21 | 08/21 | 08/25 | 08/25 | ----- | ----- | ----- | ----- | 08/28 | 08/29 | 08/30 | 08/30 | 08/31 | 08/31 |
| CGX831E | YM ENERGY | YENG | 373 | 42E | 42E | 08/16 | 08/17 | 08/18 | 08/19 | 08/26 | 08/27 | 08/28 | 08/28 | 09/01 | 09/01 | ----- | ----- | ----- | ----- | 09/04 | 09/05 | 09/06 | 09/06 | 09/07 | 09/07 |
| CGX832E | YM SUN | YSUN | 368 | 40E | 40E | 08/23 | 08/24 | 08/25 | 08/26 | 09/02 | 09/03 | 09/04 | 09/04 | 09/08 | 09/08 | ----- | ----- | ----- | ----- | 09/11 | 09/12 | 09/13 | 09/13 | 09/14 | 09/14 |
| CGX833E | YM STAR | YSTR | 370 | 45E | 45E | 08/30 | 08/31 | 09/01 | 09/02 | 09/09 | 09/10 | 09/11 | 09/11 | 09/15 | 09/15 | ----- | ----- | ----- | ----- | 09/18 | 09/19 | 09/20 | 09/20 | 09/21 | 09/21 |
| CGX834E | YM INSTRUCTION | YISN | 281 | 18E | 18E | 09/06 | 09/07 | 09/08 | 09/09 | 09/16 | 09/17 | 09/18 | 09/18 | 09/22 | 09/22 | 09/26 | 09/27 | 09/28 | 09/28 | ----- | ----- | ----- | ----- | ----- | ----- |
| CGX835E | YM FORTUNE | YFTN | 374 | 45E | 45E | 09/13 | 09/14 | 09/15 | 09/16 | 09/23 | 09/24 | 09/25 | 09/25 | 09/29 | 09/29 | ----- | ----- | ----- | ----- | 10/02 | 10/03 | 10/04 | 10/04 | 10/05 | 10/05 |
| CGX836E | YM ENERGY | YENG | 373 | 43E | 43E | 09/20 | 09/21 | 09/22 | 09/23 | 09/30 | 10/01 | 10/02 | 10/02 | 10/06 | 10/06 | ----- | ----- | ----- | ----- | 10/09 | 10/10 | 10/11 | 10/11 | 10/12 | 10/12 |
| CGX837E | YM SUN | YSUN | 368 | 41E | 41E | 09/27 | 09/28 | 09/29 | 09/30 | 10/07 | 10/08 | 10/09 | 10/09 | 10/13 | 10/13 | ----- | ----- | ----- | ----- | 10/16 | 10/17 | 10/18 | 10/18 | 10/19 | 10/19 |
| CGX838E | YM STAR | YSTR | 370 | 46E | 46E | 10/04 | 10/05 | 10/06 | 10/07 | 10/14 | 10/15 | 10/16 | 10/16 | 10/20 | 10/20 | ----- | ----- | ----- | ----- | 10/23 | 10/24 | 10/25 | 10/25 | 10/26 | 10/26 |
| CGX839E | YM MOON | YMON | 369 | 44E | 44E | 10/11 | 10/12 | 10/13 | 10/14 | 10/21 | 10/22 | 10/23 | 10/23 | 10/27 | 10/27 | ----- | ----- | ----- | ----- | 10/30 | 10/31 | 11/01 | 11/01 | 11/02 | 11/02 |
| CGX840E | YM FORTUNE | YFTN | 374 | 46E | 46E | 10/18 | 10/19 | 10/20 | 10/21 | 10/28 | 10/29 | 10/30 | 10/30 | 11/03 | 11/03 | ----- | ----- | ----- | ----- | 11/06 | 11/07 | 11/08 | 11/08 | 11/09 | 11/09 |

Calling Ports --
[AEDXB] : DUBAI, United Arab Emirates
[IRBND] : BANDAR ABBAS, Iran
[MYPEN] : PENANG, Malaysia
[SGSIN] : SINGAPORE, Singapore
[HKHKG] : HONGKONG, Hong Kong
[CNSHK] : SHEKOU, China
[CNXMN] : XIAMEN, China
[CNSHA] : SHANGHAI, China
[CNNGB] : NINGBO, China
[CNXMN] : XIAMEN, China

EXHIBIT A-1



YangMing Marine Transport Corporation **Long Term Schedule**

Generate Date : 2008/07/08

**CAX - HANJIN CHINA-USWC EXPRESS SERVICE ( W-Bound )**

| New Voy.CODE | VSL Name | VSL ABBR | VSL CODE | COM VOY | YML VOY | USLGB | | USOAK | | KRPUS | | KRKWY | | CNSHA | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ETB | ETD | ETB | ETD | ETB | ETD | ETB | ETD | ETB | ETD |
| | | | | | | FRI | MON | TUE | TUE | FRI | SAT | | | SUN | MON |
| | | | | | | 17:00 | 06:00 | 06:00 | 18:00 | 23:00 | 15:00 | | | 18:00 | 16:00 |
| CAX821W | HANJIN PRETORIA | HNPT | 494 | 0067W | 67W | 06/06 | 06/09 | 06/10 | 06/10 | SKIP | SKIP | 06/21 | 06/22 | 06/22 | 06/23 |
| CAX822W | HANJIN PRAHA | HNPR | 444 | 0071W | 71W | 06/13 | 06/16 | 06/17 | 06/17 | 07/04 | 07/05 | ----- | ----- | 07/06 | 07/07 |
| CAX823W | HANJIN PHILADELPHIA | HNPH | 600 | 0068W | 68W | 06/22 | 06/25 | 06/26 | 06/26 | 07/11 | 07/12 | ----- | ----- | 07/13 | 07/14 |
| CAX824W | HANJIN PHOENIX | HJPX | 400 | 0069W | 69W | 06/27 | 06/30 | 07/01 | 07/01 | 07/18 | 07/19 | ----- | ----- | 07/20 | 07/21 |
| CAX825W | HANJIN PRETORIA | HNPT | 494 | 0068W | 68W | 07/04 | 07/08 | 07/09 | 07/09 | 07/25 | 07/26 | ----- | ----- | 07/27 | 07/28 |
| CAX826W | HANJIN WILMINGTON | HJWM | HH3 | 0075W | 75W | 07/12 | 07/14 | 07/15 | 07/15 | 07/29 | 07/30 | ----- | ----- | ----- | ----- |
| CAX827W | HANJIN PRAHA | HNPR | 444 | 0072W | 72W | 07/18 | 07/21 | 07/22 | 07/22 | 08/01 | 08/02 | ----- | ----- | 08/03 | 08/04 |
| CAX828W | HANJIN PHILADELPHIA | HNPH | 600 | 0069W | 69W | 07/25 | 07/28 | 07/29 | 07/29 | 08/08 | 08/09 | ----- | ----- | 08/10 | 08/11 |
| CAX829W | HANJIN PHOENIX | HJPX | 400 | 0070W | 70W | 08/01 | 08/04 | 08/05 | 08/05 | 08/15 | 08/16 | ----- | ----- | 08/17 | 08/18 |
| CAX830W | HANJIN PRETORIA | HNPT | 494 | 0069W | 69W | 08/08 | 08/11 | 08/12 | 08/12 | 08/22 | 08/23 | ----- | ----- | 08/24 | 08/25 |
| CAX831W | HANJIN PRAHA | HNPR | 444 | 0073W | 73W | 08/15 | 08/18 | 08/19 | 08/19 | 08/29 | 08/30 | ----- | ----- | 08/31 | 09/01 |
| CAX832W | HANJIN PHILADELPHIA | HNPH | 600 | 0070W | 70W | 08/22 | 08/25 | 08/26 | 08/26 | 09/05 | 09/06 | ----- | ----- | 09/07 | 09/08 |
| CAX833W | HANJIN PHOENIX | HJPX | 400 | 0071W | 71W | 08/29 | 09/02 | SKIP | SKIP | 09/12 | 09/13 | ----- | ----- | 09/14 | 09/15 |
| CAX834W | HANJIN PRETORIA | HNPT | 494 | 0070W | 70W | 09/05 | 09/08 | 09/09 | 09/09 | 09/19 | 09/20 | ----- | ----- | 09/21 | 09/22 |
| CAX835W | HANJIN PRAHA | HNPR | 444 | 0074W | 74W | 09/12 | 09/15 | 09/16 | 09/16 | 09/26 | 09/27 | ----- | ----- | 09/28 | 09/29 |
| CAX836W | HANJIN PHILADELPHIA | HNPH | 600 | 0071W | 71W | 09/19 | 09/22 | 09/23 | 09/23 | 10/03 | 10/04 | ----- | ----- | 10/05 | 10/06 |
| CAX837W | HANJIN PHOENIX | HJPX | 400 | 0072W | 72W | 09/26 | 09/29 | 09/30 | 09/30 | 10/10 | 10/11 | ----- | ----- | 10/12 | 10/13 |
| CAX838W | HANJIN PRETORIA | HNPT | 494 | 0071W | 71W | 10/03 | 10/06 | 10/07 | 10/07 | 10/17 | 10/18 | ----- | ----- | 10/19 | 10/20 |
| CAX839W | HANJIN PRAHA | HNPR | 444 | 0075W | 75W | 10/10 | 10/13 | 10/14 | 10/14 | 10/24 | 10/25 | ----- | ----- | 10/26 | 10/27 |
| CAX840W | HANJIN PHILADELPHIA | HNPH | 600 | 0072W | 72W | 10/17 | 10/20 | 10/21 | 10/21 | 10/31 | 11/01 | ----- | ----- | 11/02 | 11/03 |

Calling Ports --
[USLGB] : LONG BEACH, United States of America
[USOAK] : OAKLAND, United States of America
[KRPUS] : PUSAN, Korea
[KRKWY] : KWANGYANG, Korea
[CNSHA] : SHANGHAI, China

EXHIBIT A-2

# Schedule Online

## Schedule Download

- Click the area you prefer, the long-term sailing schedule reports would show there listed by trade service.
- The XML format report file could be imported into your back end system at your I.T 's convenience.
- This long-term schedule is not continuously updated. For up-to-date information, you can refer to vessel tracking details or contact local office.

| Export view | Import view |
|---|---|
| **Asia** | **Asia** |
| Asia \ Europe \ Indian Sub-Continent \ Middle East \ Mediterranean \ U.S. East Coast \ U.S. West Coast | Asia \ Europe \ Indian Sub-Continent \ Middle East \ Mediterranean \ U.S. East Coast \ U.S. West Coast |
| **Europe** | **Europe** |
| Asia \ Indian Sub-Continent \ U.S. East Coast | Asia \ Indian Sub-Continent \ U.S. East Coast |
| **Indian Sub-Continent** | **Indian Sub-Continent** |
| Asia \ Europe | Asia \ Europe |
| **Mediterranean** | **Mediterranean** |
| Asia \ Mediterranean \ U.S. East Coast | Asia \ Mediterranean \ U.S. East Coast |
| **Middle East** | **Middle East** |
| Asia \ Middle East | Asia \ Middle East |
| **South America** | **South America** |
| U.S. East Coast | U.S. East Coast |
| **U.S. East Coast** | **U.S. East Coast** |
| South America \ Asia \ Europe \ Mediterranean | South America \ Asia \ Europe \ Mediterranean |
| **U.S. West Coast** | **U.S. West Coast** |
| Asia | Asia |

### South America -> U.S. East Coast

| Service Name | Last Update | File Format | ▲ TOP |
|---|---|---|---|
| ES2 - US E.COAST/E.COAST S.AMERICA-2 (N-Bound) | | HTML   TEXT   CSV   XML | |

### Europe -> Asia

| Service Name | Last Update | File Format | ▲ TOP |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| AE1 - YML/KL ASIA EUROPE SERVICE LOOP-1 (E-Bound) | HTML | TEXT | CSV | XML |
| AE2 - YML/KL ASIA-EUROPE SERVICE LOOP-2 (E-Bound) | HTML | TEXT | CSV | XML |
| AE3 - YML/KL ASIA-EUROPE SERVICE LOOP-3 (E-Bound) | HTML | TEXT | CSV | XML |
| AEX - HJS/CON ASIA-EUROPE SERVICE Loop-2 (E-Bound) | HTML | TEXT | CSV | XML |
| FEX - HJS/ CON ASIA-EUROPE SERVICE Loop 3 (E-Bound) | HTML | TEXT | CSV | XML |
| NCX - [AES] COSCO ASIA-EUROPE SERVICE (E-Bound) | HTML | TEXT | CSV | XML |
| PM1 - K-LINE-ERO-ASIA-USWC PDM SERVICE (D-Bound) | HTML | TEXT | CSV | XML |
| SCX - [AEN] COSCO ASIA-EUROPE SERVICE (E-Bound) | HTML | TEXT | CSV | XML |

### Europe -> U.S. East Coast

| Service Name | Last Update | File Format | | | ▲TOP |
|---|---|---|---|---|---|
| TA1 - TRANS ATLANTIC SERVICE-LOOP 1 (W-Bound) | | HTML | TEXT | CSV | XML |

### Europe -> Indian Sub-Continent

| Service Name | Last Update | File Format | | | ▲TOP |
|---|---|---|---|---|---|
| ISE - INDIA SUB-CONTINENTAL - NCP SERVICE (E-Bound) | | HTML | TEXT | CSV | XML |

### Asia -> Europe

| Service Name | Last Update | File Format | | | ▲TOP |
|---|---|---|---|---|---|
| AE1 - YML/KL ASIA EUROPE SERVICE LOOP-1 (W-Bound) | | HTML | TEXT | CSV | XML |
| AE2 - YML/KL ASIA-EUROPE SERVICE LOOP-2 (W-Bound) | | HTML | TEXT | CSV | XML |
| AE3 - YML/KL ASIA-EUROPE SERVICE LOOP-3 (W-Bound) | | HTML | TEXT | CSV | XML |
| AEX - HJS/CON ASIA-EUROPE SERVICE Loop-2 (W-Bound) | | HTML | TEXT | CSV | XML |
| FEX - HJS/ CON ASIA-EUROPE SERVICE Loop 3 (W-Bound) | | HTML | TEXT | CSV | XML |
| NCX - [AES] COSCO ASIA-EUROPE SERVICE (W-Bound) | | HTML | TEXT | CSV | XML |
| PM1 - K-LINE-ERO-ASIA-USWC PDM SERVICE (C-Bound) | | HTML | TEXT | CSV | XML |
| SCX - [AEN] COSCO ASIA-EUROPE SERVICE (W-Bound) | | HTML | TEXT | CSV | XML |

### Asia -> Asia

| Service Name | Last Update | File Format | | | ▲TOP |
|---|---|---|---|---|---|
| BSJ - BKK-SIN-PGU-JKT SERVICE (S-Bound) | | HTML | TEXT | CSV | XML |
| BSJ - BKK-SIN-PGU-JKT SERVICE (N-Bound) | | HTML | TEXT | CSV | XML |
| CN1 - CHINA-HKG-MNL-JAVA SERVICE (S-Bound) | | HTML | TEXT | CSV | XML |
| CN1 - CHINA-HKG-MNL-JAVA SERVICE (N-Bound) | | HTML | TEXT | CSV | XML |
| CTS - CHINA - THAILAND SERVICE (S-Bound) | | HTML | TEXT | CSV | XML |
| CTS - CHINA - THAILAND SERVICE (N-Bound) | | HTML | TEXT | CSV | XML |
| ITX - TAIWAN - MANILA SERVICE (S-Bound) | | HTML | TEXT | CSV | XML |
| ITX - TAIWAN - MANILA SERVICE (N-Bound) | | HTML | TEXT | CSV | XML |
| JKM - JPN-KR-TWN-HKG-SIN-MALAYSIA SERVICE (S-Bound) | | HTML | TEXT | CSV | XML |
| JKM - JPN-KR-TWN-HKG-SIN-MALAYSIA SERVICE (N-Bound) | | HTML | TEXT | CSV | XML |
| JS2 - SHANGHAI - NAGOYA SERVICE (E-Bound) | | HTML | TEXT | CSV | XML |
| JS2 - SHANGHAI - NAGOYA SERVICE (W-Bound) | | HTML | TEXT | CSV | XML |

| Service Name | | | | |
|---|---|---|---|---|
| JS4 - JAPAN CENTRAL - CHINA SERVICE (E-Bound) | HTML | TEXT | CSV | XML |
| JS4 - JAPAN CENTRAL - CHINA SERVICE (W-Bound) | HTML | TEXT | CSV | XML |
| JS7 - (JS6) JAPAN - CHINA SERVICE (E-Bound) | HTML | TEXT | CSV | XML |
| JS7 - (JS6) JAPAN - CHINA SERVICE (W-Bound) | HTML | TEXT | CSV | XML |
| JSS - JAPAN - SOUTH CHINA SERVICE (S-Bound) | HTML | TEXT | CSV | XML |
| JSS - JAPAN - SOUTH CHINA SERVICE (N-Bound) | HTML | TEXT | CSV | XML |
| JTC - JAPAN-TAIWAN-BANGKOK SERVICE (S-Bound) | HTML | TEXT | CSV | XML |
| JTC - JAPAN-TAIWAN-BANGKOK SERVICE (N-Bound) | HTML | TEXT | CSV | XML |
| JTH - CNC-JPN-KR-TWN-HKG SERVICEE (S-Bound) | HTML | TEXT | CSV | XML |
| JTH - CNC-JPN-KR-TWN-HKG SERVICEE (N-Bound) | HTML | TEXT | CSV | XML |
| JTX - JAPAN-THAILAND EXPRESS SERVICE (S-Bound) | HTML | TEXT | CSV | XML |
| JTX - JAPAN-THAILAND EXPRESS SERVICE (N-Bound) | HTML | TEXT | CSV | XML |
| KHX - KAOHSIUNG - HAIPHONG EXPRESS SERVIC (W-Bound) | HTML | TEXT | CSV | XML |
| KHX - KAOHSIUNG - HAIPHONG EXPRESS SERVIC (E-Bound) | HTML | TEXT | CSV | XML |
| NHS - KOREA - SINGAPORE SERVICE (W-Bound) | HTML | TEXT | CSV | XML |
| NSD - UNI-TAIWAN-JAPAN SERVICE (N-Bound) | HTML | TEXT | CSV | XML |
| PAS - PAN ASIA SERVICE (S-Bound) | HTML | TEXT | CSV | XML |
| PAS - PAN ASIA SERVICE (N-Bound) | HTML | TEXT | CSV | XML |
| PR3 - TAIWAN-HONG KONG SERVICE (S-Bound) | HTML | TEXT | CSV | XML |
| PR3 - TAIWAN-HONG KONG SERVICE (N-Bound) | HTML | TEXT | CSV | XML |
| PRD - PEARL RIVER DELTA SERVICE (S-Bound) | HTML | TEXT | CSV | XML |
| PRD - PEARL RIVER DELTA SERVICE (N-Bound) | HTML | TEXT | CSV | XML |
| TCH - TAIWAN-CHINA-HONG KONG SERVICE (N-Bound) | HTML | TEXT | CSV | XML |
| TCH - TAIWAN-CHINA-HONG KONG SERVICE (S-Bound) | HTML | TEXT | CSV | XML |
| THX - TAIWAN - HOCHIMINH SERVICE (A-Bound) | HTML | TEXT | CSV | XML |
| THX - TAIWAN - HOCHIMINH SERVICE (B-Bound) | HTML | TEXT | CSV | XML |
| TIS - TAIWAN-INDONESIA SERVICE (S-Bound) | HTML | TEXT | CSV | XML |
| TIS - TAIWAN-INDONESIA SERVICE (N-Bound) | HTML | TEXT | CSV | XML |
| TP2 - TWKHH-TWKEL-PHMNL SERVICE (S-Bound) | HTML | TEXT | CSV | XML |
| TP2 - TWKHH-TWKEL-PHMNL SERVICE (N-Bound) | HTML | TEXT | CSV | XML |
| TP3 - TWKHH-PHMNL SERVICE (W-Bound) | HTML | TEXT | CSV | XML |
| TPI - TAIWAN-PHILIPPINES-INDONESIA SERVIC (W-Bound) | HTML | TEXT | CSV | XML |
| TPI - TAIWAN-PHILIPPINES-INDONESIA SERVIC (E-Bound) | HTML | TEXT | CSV | XML |

## Asia -> Mediterranean

| Service NameLast Update | | File Format | | ▲ TOP |
|---|---|---|---|---|
| ABX - FAR EAST - BLACK SEA EXPRESS SERVIC (W-Bound) | HTML | TEXT | CSV | XML |
| ADX - AEGEAN SEA DIRECT EXPRESS (W-Bound) | HTML | TEXT | CSV | XML |
| AME - ASIA-MED EXPRESS SERVICE (W-Bound) | HTML | TEXT | CSV | XML |
| AMX - ASIA-MEDITERRANEAN EXPRESS SERVICE (W-Bound) | HTML | TEXT | CSV | XML |
| CMX - CHINA-MEDITERRANEAN EXPRESS SERVICE (W-Bound) | HTML | TEXT | CSV | XML |
| EMX - EAST MED EXPRESS SERVICE (W-Bound) | HTML | TEXT | CSV | XML |

## Asia -> U.S. East Coast

| Service Name | Last Update | | File Format | | | ▲ TOP |
|---|---|---|---|---|---|---|
| AW1 - ASIA-US EAST COAST SERVICE LOOP-1 (E-Bound) | | HTML | TEXT | CSV | XML | |
| AW2 - ASIA-US EAST COAST SERVICE LOOP-2 (E-Bound) | | HTML | TEXT | CSV | XML | |
| AW3 - ASIA-US EAST COAST SERVICE LOOP-3 (E-Bound) | | HTML | TEXT | CSV | XML | |
| AW4 - ASIA-US EAST COAST SERVICE LOOP-4 (E-Bound) | | HTML | TEXT | CSV | XML | |
| AW5 - ASIA-US EAST COAST SERVICE LOOP-5 (E-Bound) | | HTML | TEXT | CSV | XML | |
| SIA - SINGAPORE-INDIA-N.AMERICA SERVICE (W-Bound) | | HTML | TEXT | CSV | XML | |

## Asia -> U.S. West Coast

| Service Name | Last Update | | File Format | | | ▲ TOP |
|---|---|---|---|---|---|---|
| CAX - HANJIN CHINA-USWC EXPRESS SERVICE (E-Bound) | | HTML | TEXT | CSV | XML | |
| CEN - CHINA-NE PACIFIC SERVICE-COSCO (E-Bound) | | HTML | TEXT | CSV | XML | |
| PM1 - K-LINE-ERO-ASIA-USWC PDM SERVICE (A-Bound) | | HTML | TEXT | CSV | XML | |
| PN3 - YM - PNW SERVICE (E-Bound) | | HTML | TEXT | CSV | XML | |
| PNN - CH - PNW SERVICE NORTH LOOP (E-Bound) | | HTML | TEXT | CSV | XML | |
| PNS - CH - PNS SERVICE SOUTH LOOP (E-Bound) | | HTML | TEXT | CSV | XML | |
| PNW - K-LINE PNW SERVICE (E-Bound) | | HTML | TEXT | CSV | XML | |
| PS1 - K-LINE-PSW1 SERVICE (E-Bound) | | HTML | TEXT | CSV | XML | |
| PS3 - K-LINE-PSW3 SERVICE (E-Bound) | | HTML | TEXT | CSV | XML | |
| PS4 - YM-PSW4 SERVICE (E-Bound) | | HTML | TEXT | CSV | XML | |
| PS5 - YM-PSW5 SERVICE (E-Bound) | | HTML | TEXT | CSV | XML | |
| PSW - YM- PSW2 SERVICE (E-Bound) | | HTML | TEXT | CSV | XML | |
| PSX - HANJIN HKG-TWN-USWC EXPRESS SERVICE (E-Bound) | | HTML | TEXT | CSV | XML | |

## Asia -> Indian Sub-Continent

| Service Name | Last Update | | File Format | | | ▲ TOP |
|---|---|---|---|---|---|---|
| CPX - China - Pakistan Express (W-Bound) | | HTML | TEXT | CSV | XML | |
| CSI - CHINA STRAITS - INDIA SERVICE (W-Bound) | | HTML | TEXT | CSV | XML | |

## Asia -> Middle East

| Service Name | Last Update | | File Format | | | ▲ TOP |
|---|---|---|---|---|---|---|
| CGX - CHINA-GULF EXPRESS SERVICE (W-Bound) | | HTML | TEXT | CSV | XML | |
| TMS - TAIWAN-STRAIT-GULF EXPRESS SERVICE (W-Bound) | | HTML | TEXT | CSV | XML | |

## Mediterranean -> Asia

| Service Name | Last Update | | File Format | | | ▲ TOP |
|---|---|---|---|---|---|---|
| ABX - FAR EAST - BLACK SEA EXPRESS SERVIC (E-Bound) | | HTML | TEXT | CSV | XML | |
| ADX - AEGEAN SEA DIRECT EXPRESS (E-Bound) | | HTML | TEXT | CSV | XML | |
| AME - ASIA-MED EXPRESS SERVICE (E-Bound) | | HTML | TEXT | CSV | XML | |
| AMX - ASIA-MEDITERRANEAN EXPRESS SERVICE (E-Bound) | | HTML | TEXT | CSV | XML | |
| CMX - CHINA-MEDITERRANEAN EXPRESS SERVICE (E-Bound) | | HTML | TEXT | CSV | XML | |

EMX - EAST MED EXPRESS SERVICE (E-Bound)    HTML    TEXT    CSV    XML

## Mediterranean -> Mediterranean

| Service Name | Last Update | | File Format | | | ▲TOP |
|---|---|---|---|---|---|---|
| TIX - TURKEY-ISRAEL-EXPRESS SERVICE (C-Bound) | | HTML | TEXT | CSV | XML | |
| TIX - TURKEY-ISRAEL-EXPRESS SERVICE (D-Bound) | | HTML | TEXT | CSV | XML | |
| UF1 - UFS/PORTSAID-ISRAEL SERVICE (N-Bound) | | HTML | TEXT | CSV | XML | |
| UF1 - UFS/PORTSAID-ISRAEL SERVICE (S-Bound) | | HTML | TEXT | CSV | XML | |
| UF3 - UFS/PORTSAID-ALEXANDRIA SERVICE (W-Bound) | | HTML | TEXT | CSV | XML | |
| UF3 - UFS/PORTSAID-ALEXANDRIA SERVICE (E-Bound) | | HTML | TEXT | CSV | XML | |

## Mediterranean -> U.S. East Coast

| Service Name | Last Update | File Format | | | ▲TOP |
|---|---|---|---|---|---|
| TA6 - TRANS-ATLANTIC SERVICE-LOOP6 (W-Bound) | HTML | TEXT | CSV | XML | |

## U.S. East Coast -> South America

| Service Name | Last Update | File Format | | | ▲TOP |
|---|---|---|---|---|---|
| ES2 - US E.COAST/E.COAST S.AMERICA-2 (S-Bound) | HTML | TEXT | CSV | XML | |

## U.S. East Coast -> Europe

| Service Name | Last Update | File Format | | | ▲TOP |
|---|---|---|---|---|---|
| TA1 - TRANS ATLANTIC SERVICE-LOOP 1 (E-Bound) | HTML | TEXT | CSV | XML | |

## U.S. East Coast -> Asia

| Service Name | Last Update | | File Format | | | ▲TOP |
|---|---|---|---|---|---|---|
| AW1 - ASIA-US EAST COAST SERVICE LOOP-1 (W-Bound) | | HTML | TEXT | CSV | XML | |
| AW2 - ASIA-US EAST COAST SERVICE LOOP-2 (W-Bound) | | HTML | TEXT | CSV | XML | |
| AW3 - ASIA-US EAST COAST SERVICE LOOP-3 (W-Bound) | | HTML | TEXT | CSV | XML | |
| AW4 - ASIA-US EAST COAST SERVICE LOOP-4 (W-Bound) | | HTML | TEXT | CSV | XML | |
| AW5 - ASIA-US EAST COAST SERVICE LOOP-5 (W-Bound) | | HTML | TEXT | CSV | XML | |
| SIA - SINGAPORE-INDIA-N.AMERICA SERVICE (E-Bound) | | HTML | TEXT | CSV | XML | |

## U.S. East Coast -> Mediterranean

| Service Name | Last Update | File Format | | | ▲TOP |
|---|---|---|---|---|---|
| TA6 - TRANS-ATLANTIC SERVICE-LOOP6 (E-Bound) | HTML | TEXT | CSV | XML | |

## U.S. West Coast -> Asia

| Service Name | Last Update | | File Format | | | ▲TOP |
|---|---|---|---|---|---|---|
| CAX - HANJIN CHINA-USWC EXPRESS SERVICE (W-Bound) | | HTML | TEXT | CSV | XML | |
| CEN - CHINA-NE PACIFIC SERVICE-COSCO (W-Bound) | | HTML | TEXT | CSV | XML | |
| PM1 - K-LINE-ERO-ASIA-USWC PDM SERVICE (B-Bound) | | HTML | TEXT | CSV | XML | |

| | | File Format | | |
|---|---|---|---|---|
| PN3 - YM - PNW SERVICE (W-Bound) | HTML | TEXT | CSV | XML |
| PNN - CH - PNW SERVICE NORTH LOOP (W-Bound) | HTML | TEXT | CSV | XML |
| PNS - CH - PNS SERVICE SOUTH LOOP (W-Bound) | HTML | TEXT | CSV | XML |
| PNW - K-LINE PNW SERVICE (W-Bound) | HTML | TEXT | CSV | XML |
| PS1 - K-LINE-PSW1 SERVICE (W-Bound) | HTML | TEXT | CSV | XML |
| PS3 - K-LINE-PSW3 SERVICE (W-Bound) | HTML | TEXT | CSV | XML |
| PS4 - YM-PSW4 SERVICE (W-Bound) | HTML | TEXT | CSV | XML |
| PS5 - YM-PSW5 SERVICE (W-Bound) | HTML | TEXT | CSV | XML |
| PSW - YM- PSW2 SERVICE (W-Bound) | HTML | TEXT | CSV | XML |
| PSX - HANJIN HKG-TWN-USWC EXPRESS SERVICE (W-Bound) | HTML | TEXT | CSV | XML |

## Indian Sub-Continent -> Europe

| Service Name | Last Update | | File Format | | | ▲ T O P |
|---|---|---|---|---|---|---|
| ISE - INDIA SUB-CONTINENTAL - NCP SERVICE (W-Bound) | | HTML | TEXT | CSV | XML | |

## Indian Sub-Continent -> Asia

| Service Name | Last Update | | File Format | | | ▲ T O P |
|---|---|---|---|---|---|---|
| CPX - China - Pakistan Express (E-Bound) | | HTML | TEXT | CSV | XML | |
| CSI - CHINA STRAITS - INDIA SERVICE (E-Bound) | | HTML | TEXT | CSV | XML | |

## Middle East -> Asia

| Service Name | Last Update | | File Format | | | ▲ T O P |
|---|---|---|---|---|---|---|
| CGX - CHINA-GULF EXPRESS SERVICE (E-Bound) | | HTML | TEXT | CSV | XML | |
| TMS - TAIWAN-STRAIT-GULF EXPRESS SERVICE (E-Bound) | | HTML | TEXT | CSV | XML | |

## Middle East -> Middle East

| Service Name | Last Update | | File Format | | | ▲ T O P |
|---|---|---|---|---|---|---|
| DUX - Dubai - Umm Qasr Express Service (E-Bound) | | HTML | TEXT | CSV | XML | |
| DUX - Dubai - Umm Qasr Express Service (W-Bound) | | HTML | TEXT | CSV | XML | |



**YANG MING MARINE TRANSPORT CORP.**
Copyright © Yang Ming All rights reserved.

**EXHIBIT "B"**

In the name of God

**Ports and Shipping Organization**
**Ports and Special Economic Zones Affairs Deputy**

# MANUAL OF

## Tariffs applicable to vessels and cargo

in

## Ports of the Islamic Republic of Iran

March 21 , 2007 to March 20 , 2008

Prepared by :
Directorate General of Transit and Tariffs
Port Tariffs Department

1

B

# Contents

Title                                                                                          Pages
Introduction ............................................................................................................... 5

**Chapter one**
Dues , duties and port charges applicable to ships

**Section 1**

Definitions related to vessels .................................................................................. 7

General conditions  ................................................................................................... 9

**Section 2**

Dues, duties and port charges applicable to vessels .............................................. 10
-    Dues , duties and port charges applicable to container, Ro/Ro, non-container / non-
     oil-cargo vessels in southern ports and non-oil-tanker ships entering ports and
     wharfs that are built or will be with completely private investment in southern coasts
     and special wharfs of Qeshm and Kish Island free ports (table 1) ................................ 11
Explanations ............................................................................................................ 11
-    Dues , duties and port charges applicable to ships (vessels) with Iranian flag,
     working as local feeders to transship container or non-container cargo between ports
     of Islamic Republic of Iran (IRI) and other ports of the region belonging to Iran, also
     passenger ships, Iranian and foreign passengers and cargo at domestic or
     international trips, Iranian barges and tugboat carrying vehicles, all Iranian vessels
     less than 1500 GRT,  entering special wharfs that travel between Iranian islands
     (table 2)................................................................................................................. 13
-    Tariff of dues , duties and port charges applicable to Iranian and foreign Tanker
     vessels in southern ports and all vessels in northern ports (table 3) ............................. 14
-    Explanations ........................................................................................................... 15
-    Tariff of charges of towage for pilotage operations  of Iranian and foreign tanker
     vessels in  southern  ports  and  all  vessels  in  northern  ports,  in  a  single
     berthing/unearthing operation of a vessel (table 4) ......................................................... 15
-    Explanations ........................................................................................................... 15
-    Exemptions and discounts  ...................................................................................... 16
-    Method of application of exemptions and discounts for Iranian ships and vessels less
     than  1500  GRT,  including  passenger,  fishing,  cabotage  and  commercial
     vessels(table 5).......................................................................................................... 19
-    Method of discounting for Iranian and foreign vessels in northern ports ( table 6 ) ..... 20
-    Method of discounting for vessels carrying liquefied gases in the service port and
     petro-chemical special economic energy zone of southern Pars (Asalooyeh) and
     SBM and SPM in southern ports (tables 7 and 8)  ......................................................... 21

**Chapter 2**
Duties and charges pertaining to cargo

**Secretion 1**
Definitions related to cargo ................................................................. 23

General conditions ............................................................................. 24


**Section 2**
Port duties and charges pertaining to non-container cargo .................. 26
-    Tariff of non-container cargo transfer (table 9) ........................... 26
-    Tariff of light cargo transfer in normal, special economic and free zones northern ports (table 9-1) ...................................................................... 27
-    Tariff of transfer in Chabahar port (table 9-2) ............................. 27
-    Explanations on transfer operations ............................................. 27
-    Tariff of stevedoring for general and bulk cargo (table 10) ......... 28
-    Explanations of stevedoring operations ....................................... 29
-    Tariff of storage on non-container import - cabotage and returned cargo (table 11) ..... 29
-    Tariff of storage of non-container (export - foreign transit and transshipment cargo) (table 11-1)................................................................................... 30
-    Tariff of storage of non-container import and export cargo in Chabahar port (table 11-2) ......................................................................................... 30
-    Tariff of storage of non-container carton boxes cargo in Khorramshahr and Bushehr port (table 11-3, 11-4) ................................................................. 31

-    Explanations on storage ............................................................... 31
-    Port duties and charges pertaining to cargo (table 12) ................. 32

**Section 3**
Port duties and charges pertaining to container cargo ....................... 33
-    General conditions and definitions .............................................. 34
-    Tariff of loading and unloading container (THC) and volumetric discounts (table 13)............................................................................................. 35
-    THC tariff of containers in non-container terminals using port equipments (table 13-1)........................................................................................... 36
-    THC tariff of containers in non-container terminals using equipments of the ship (table 13-2) .................................................................................... 37
-    General explanations on methods of receiving and granted discounts of THC tariffs .. 38
-    Tariff of container cargo' transfer in normal, especial economic and free zone northern ports (table 14) ...................................................................... 39
-    Tariff of container cargo' stevedoring in normal, especial economic and free zone northern ports (table 15) ............................................................... 40
-    Tariff of storage of containers according to container type ........... 40
-    Tariff of storage of import containers (table 16) .......................... 40

- Tariff of storage of foreign transit, export and transship containers (table 16-1) ........ 40
- Tariff of storage of transshipment containers in Imam Khomeini and Shahid Rajaii ports (table 16-2) ...................................................................................................... 41
- Tariff of storage of containers of dangerous cargo of all classes except classes 1 and 7 (table 16-3)....................................................................................................................... 41
- Tariff of storage of out of standard containers (table 16-4)........................................... 41
- Explanations on storage ................................................................................................ 42
- Tariff of storage of containers in normal. especial economic and free zone northern ports (table 16-5)................................................................................................................. 43
- Tariff of storage of export and transit containers in normal, especial economic and free zone northern ports (table 16-5-1)............................................................................. 43
- Tariff of storage of container in Boshehr Special Economic zone port (table 16-6)...... 43
- Tariff of containers carrying dangerous cargo .............................................................. 44
- Tariff of repositioning of container on the vessel (table 17) .......................................... 44
- Container terminal operations (table 18) ...................................................................... 45
- Method of exploitation of special equipment ............................................................... 45
- Tariff of heavy weight containers .................................................................................. 45
- Tariff of stripping of containers (table 19) ................................................................... 46
- Tariff of storage in CFS (table 20) ............................................................................... 46
- Tariff of loading and unloading of cars in/out of container (table 21) ........................... 47
- Tariff of monitoring and refer container services (table 22) .......................................... 47
- Tariff of accessory services (table 23)........................................................................... 48
Attachment .......................................................................................................................... 49
- Costs receivable from ships and vessels for quarantine services expenses ................... 50
- A) cargo and passenger ships and vessels (table 24) ..................................................... 50
- B) Tankers (table 25) ..................................................................................................... 50
- C) Cost of rodent removal and issuing certificate (table 26)......................................... 51
- Tariff of communication costs ....................................................................................... 51
  A) Land line charges (table 27) ..................................................................................... 51
- B)Coast station charges (table 28).................................................................................. 52
- Diving operation charges ( table 29 ) ............................................................................ 53
- Tariff of charges of collecting and cleaning of oil materials per hour (table 30)........... 54
- Tariff of registry duties of ships and vessels (table 31)................................................. 55
- Tariff of registry duties of transactions on ships and vessels (table 32)........................ 56
- Note of protest for vessels carrying Iranian flag (table 33)........................................... 56
- Note of protest for vessels carrying foreign flag (table 34)........................................... 56
- Table of re-inspection services expenses for vessels carrying foreign flag (table 35)... 56

**Introduction**

Ports and shipping organization , in addition to being the marine reference of the country and a representative of the International Maritime Organization for implementation of marine conventions , also owns the responsibility of managing and leading of all ports of the country .

All commercial ports of the country in north and south are administered as administration generals affiliated to this organization .

This organization is affiliated to ministry of roads and transportation and its general manager is considered one of deputies of the said ministry . The managing board of ports and shipping organization , as a representative of high council the organization , which is composed of the ministers of roads and transportation , defense , economy and finance , chief commander of navy , president of the planning and budget organization , enacts executive laws and regulations of the ports in the domain of authorities delegated to it .

**Tariff determination**

One of the duties of the high council of ports and shipping organization is to determine port tariffs, which can be delegated to the managing board of the organization . These tariffs  are composed of two main sections of vessels and cargo . The tariffs consist of lines including dues, duties and port charges .

**Dues:** are part of tariffs that are acquired from vessels and cargo entering regions under sovereignty of the Iranian government as sovereignty right , without provision of any services .

**Duties:** are part of tariffs that are acquired from vessels and cargo as compensation for the expenses of construction and maintenance of port infrastructures .

**Charges:** are part of tariffs that are acquired from vessels and cargo for covering the expenses pertaining to provided services . Of course , this part of the tariff will be received in return of the service provided .

**Validity:**

This manual has been prepared as the manual of port tariffs of the country on the basis of provisions of the enactments of the high council and managing board and will act as reference for all operations of all ports throughout the solar year of 1386 ( March 21 2007 to March 20 2008 ) . These tariffs (charges) determine the maximum amounts receivable from customers of the ports and considering the provision of many of the services by private sector , acquiring less amounts in the competitive market will be feasible .

# **Chapter one**

## TARIFF OF DUES , DUTIES AND PORT CHARGES PERTAINING TO VESSELS

**Section 1**
- Definitions related to vessels
- General conditions

**Section 2**
- Dues , duties and port charges pertaining to vessels

# Section 1

**Definitions related to vessel**

**Vessel**

Is a commercial floating body with a gross tonnage of over 500 that is permitted to travel in all waterways permitted for shipping .

**Gross registered tonnage(GRT)**

Is the whole capacity of spaces of the trunk and board of a vessel including hold stores , all reservoirs and tanks for fuels and water and so on , powerhouse , spaces required for passengers and crews , spaces over the shipboard having capability of being loaded . This capacity is volumetric and each 100 cubic feet or 2.83 cubic meter of it is equal to one ton of gross capacity .

**Net registered tonnage(NRT)**

Is equal to gross registered tonnage(GRT) minus spaces allocated for crews , powerhouse , passengers and also navigational bridge .

**Dead weight (DWT)**

The maximum loadable weight of a vessel , the total weight of cargo , supplies , fuel , crews , and passengers that a vessel is allowed to carry in a loading condition of up to the maximum loading line in summer . Its measurement unit is metric ton

**Nationality , flag**

Is the country where the vessel has been registered and is allowed to carry its flag .

**Liner vessels**

Are those traveling in regular lines between specific ports of a route , carrying cargo at definite fares usually determined by international or regional conferences .

**Charter vessel**

Is one working as hired . This hiring can be time based or trip wise .

**Container ( full container ) vessel**

Is a vessel capable of carrying containers only .

**Semi-container vessel**

Is one capable of carrying containers together with other miscellaneous cargo .

**Dry bulk carrier vessel**

Is a vessel used for carrying dry bulk cargo like wheat , barley , corn , and coal .

**Service vessel**

Is a vessel used for provision of marine services like tugboats , boats and ...

**Passenger vessel**

Is a vessel specifically used for carrying passengers .

**Research vessel**

Is a vessel used for marine , meteorological and scientific researches .

**Cargo vessel**

Is a vessel used for carrying different types of cargo .

**Fishing vessel**

Is a vessel used for fishing .

**Ro/Ro vessel**

Is a vessel that land vehicles can directly get on and off of it .

**Tanker vessel**

Is a vessel used for carrying liquid materials ( oil or non-oil ) .

**Refer vessel**

Is a vessel whose load spaces' temperature is under control and is used for carrying cargo like

meat , dairy products and ...

## Barges

Are water vehicles bigger than usual boats , which do not possess any motors , but are towed by tugboats . Barge is the most commonly used water vehicle for loading and unloading of huge ocean cruiser vessels that can not berth at the wharfs and are to stay at anchor . Barge is a vessel with a small draft and is used for service affairs like water supplying , fuel supplying and cargo transferring ( lighterage ) .

## Tugboat

Is a vessel with a high motor power for service affairs and helping vessels berthing or unberthing the port or towing barges in free waters .

## Dredger

Is a vessel for dredging waterways and entrance canals and wharfs of the ports .

## Traditional wooden vessel

Small wooden units traditionally being used for carrying cargo in Persian gulf region . ( vessels smaller than ships performing cargo transportation between local ports and sometimes to neighboring countries )

## Fuel supplier

Vessels with fuel reservoirs being exclusively used for fuel supplying to vessels , whether in territorial or international waters .

## Buoy layer

Vessels with special equipment for laying buoys .

## Supply boat,  crew carrying boat

Special vessels for carrying foodstuffs and things needed by vessels that transfer the needed materials and tools and also the crews to and from vessels .

## Basin

A space inside the break water being used for maneuvering of vessels in order to get berthed to or unberthed from wharfs .

## External anchorage area

A safe region outside the domain of the port for anchoring and staying of vessels .

## Internal anchorage area

A safe region near the port for anchoring and short term staying of vessels .

## Pilot

A person knowing the navigation routes nearby the port assigned to offer consultations to the ship captain in order to enter the port and get berthed to or unberthed from the wharf , who has the related certificate .

## Cargo-and-passenger vessels

Vessels capable of accepting passengers and carrying cargo in association .

## OP- vessel

Vessel that have required equipment for collecting oil contaminations of the water surface .

## Emergency condition or force major

Refer to conditions in which , the affairs get out of normal and regular state due to natural factors like floods , earthquakes , storms , ...

## SPM and SBM

SPM ( single point mooring ) and SBM ( single buoy mooring ) are types of mooring with one buoy in deep waters generally for supplying fuel for tankers as an underwater oil pipe terminal and a device for mooring a tanker or loading and unloading of gas liquefactions

**Northern ports**
Ports of Anzali , Noshahr and Amirabad and other ports built by ports and shipping organization or other governmental organizations on the shores of Caspian sea .

**Southern ports**
Imam Khomeini , Shahid Rajaii ( Bandar Abbas ) , Chabahar . Booshehr and other ports built by ports and shipping organization or other governmental organizations on the shores of Oman sea and Persian Gulf .

## General Conditions

**1. Domain of territory**
Territorial domain of ports and shipping organization includes all port areas determined by laws of Islamic Republic of Iran .

**2. Basis for tariff acquisition**
Dues , duties and port charges applicable to Iranian ships and vessels are calculated and received in Rials , on the basis of Dollars and at the rate of deposit letters of the central bank , and in regard of foreign ships and vessels , they are calculated and received on the basis of US Dollars .

**3. Prepayment**
Port authorities are authorized to estimate and receive the whole or a part of charges due to cargo or vessel , before berthing of the vessel and not to let such vessels to  wharf as long as they have not paid the mentioned expenses .

**4. Working hours of the port ( administrative , non-administrative , nights and holidays )**
Working days of the port authorities are from Saturday to Wednesday and administrative working hours from 7 to 15 . non-administrative working hours 15 to 19 and night working hours from 19 to 7 in the morning of the next day . Loading and unloading operations in bulk , miscellaneous and container terminals will be nonstop 24 hours a day . In addition , Thursdays and Fridays of each week together with official holidays of the country will be considered holiday , on which , loading and unloading operations will be charged as overtime work .  Iranian new year day , Norooz or 1st of Farvardin ( 21st of March ) and the 10th of Moharram of lunar calendar , Ashoora ( circulating in solar calendar ) are the official holidays of the ports and no loading and unloading operations will be done on these days .

**5. Documentation**
The following documents should be submitted to the port authority by the related shipping agency at least 48 hours before the vessels enters the port :
- General declaration of the vessel
- Cargo declaration / manifest
- Dangerous cargo declaration
- Crew list of the ship
- Cargo plan and stowage plan
- Ship store declaration of consumables
- Marine health declaration
- A copy of international tonnage measurement certificate
- Original permit of departure from the last loading port

**Explanations :**
1. All vessels carrying no dangerous cargo , whether container or non-container . should declare not carrying dangerous cargo  in separate declarations .

2. Manifests of transshipment and transit foreign cargo and containers should be submitted to the port authority separately .

9

# Section 2

# Dues , duties and port charges applicable to vessels in southern and northern ports

## ( container , non-container , oil tanker , Ro/Ro , passenger )

**A. Dues , duties and port charges applicable to vessels include the following :**
1.1. Vessel entry into port entrance duties
1.2. Vessel entry into port duties
1.3. loading and unloading duties in wharf
1.4. Loading and unloading duties in berth
1.5. Light duties

**B. Port charges pertaining to vessels :**
**1. Port charges pertaining to vessel**
1.1. Pilotage charges including :
1.1.1. Anchoring and disanchoring
1.1.2. Steering of vessel
1.1.3. Berthing to and unberthing from wharfs
1.2. Dredging charges
1.3. Wharfage charges
1.4. Charges of towage
1.5. Charges of garbage collection from vessel
1.6. Charges of bilge water collection from vessel
1.7. Over time, demands

**Table 1**
Tariff of dues , duties and port charges pertaining to  container , non-container/non-oil-carrying ,
and Ro/Ro vessels entering southern ports or non-oil-carrying vessels entering ports and wharfs
already constructed or to be constructed completely with private sector investment in southern
coasts or special wharfs of free ports of Qeshm and Kish *

Unit : US$ Cents per ton of GRT

| No | Title of tariff | | | Container , non-container/non-oil-carrying , and Ro/Ro vessels of less than 30,000 GRT | Container and Ro/Ro vessels with capacity equal to or over 30,000 GRT |
|---|---|---|---|---|---|
| 1 | Port duties | Port entrance entry duties | | 0.5 C/GRT | 0.25 C/GRT |
| | | Port entry duties | | 0.5 C/GRT | 0.25 C/GRT |
| | | Loading and unloading duties | On wharfs | 1.5 Cents per ton of cargo | 0.75 Cents per ton of cargo |
| | | | On anchor | 0.75 Cents per ton of cargo | 0.25 Cents per ton of cargo |
| 2 | Light duties | | | 2.5 C/GRT | 1.5 C/GRT |
| 3 | Pilotage charges of a round tour | | | 5 C/GRT | 2.5 C/GRT |
| 4 | Charges of garbage collection from wharf | | | 1.5 C/GRT | 0.5 C/GRT |
| 5 | Dredging charges | | | 3 C/GRT | 1.5 C/GRT |
| 6 | Wharfage charges | | | 1 C/GRT per norm of unloading | 1 C/GRT per norm of unloading |
| 7 | Charges of towage | | | 10 C/GRT | 9 C/GRT |
| 8 | Charges of bilge water collection | | | 300 Dollars for each vessel over 5000 tons of GRT | |
| 9 | Overtime : tariff of loading and unloading duties and pilotage charges out of working hours will be 10% and on holidays and Fridays , 20% higher . | | | | |

Explanations :
*Enactments of the session numbers 1428 dated 6.9.1384 , 1435 dated 1.12.1384  and 1470 dated
15.8.1385

11

1. Basis of calculation will be GRT ( Gross registered tonnage ) or in case a vessel holds both GRT and GT , the criterion and basis would be the one with higher tonnage .
2. Charges for towage in the operation of berthing to and unberthing from wharf will be received together with pilotage charges , and in case no towage were used in the operation of berthing to and unberthing from wharf , towage charges will be calculated and received in any way .
3. If the vessel lacks driving force , then , the towage charges will increase 100% .
4. For transferring the pilot to ships and vessels , no expenses will be charged for the services of vessels ( pilot boats , tugboats ,... )
5. In tariffs of line 6 , the basis for calculation will be norms of loading and unloading of any kind of vessel and will be classified in regard with the type of its consignment as follow :
   - One cent for one day of stay of container and Ro/Ro vessels
   - One cent for three days of stay of general cargo , passenger and fishing vessels
   - One cent for five days of stay of bulk vessels
   - ➢ If the unloading time and staying of the vessel at the wharf exceeds the above mentioned norms , the extra stay of the vessel at the wharf ( extraordinary ) , will be calculated and acquired at the rate of 5 cents for each day and 5 out of 24 cents for each hour for stays of less than one day duration .
   - ➢ In case of ships and vessels of less than 1500 ton GRT , for stays of more than 24 hours at the wharf , 1 cent per GRT for each day of stay and for stays less than a day , 1 out of 24 cents per GRT for each hour of stay will be calculated and acquired . It is worth mentioning that these kinds of ships and vessels are exempted from paying the wharfage charges for the first 24 hours of stay ( in accordance with the enactment of the session number 1354 dated 26.6.1382 ) .
6. For repositioning ( shifting ) by using a pilot , 3 cents per GRT , and 1 cent per GRT for shifting using the vessel's rope , has been considered , which will be calculated and acquired according to the table 1 if the towage has taken place .

**Note 1** - shifting means repositioning of the vessel at wharfs or from wharf to berth and vice-versa .

**Note 2** - if the shifting takes place in on the basis of administrative requirements , then , no charges will be received .

7. From ships and vessels traveling to Iranian ports in one trip , light duties will be acquired only once and solely at the first entrance into an Iranian port .

**Note** - by "one trip" is meant the length of time from entering of the vessel into the IRI territorial waters till leaving the last port , although the vessel may berth at several ports .

8. All ships and vessels berthing at the mooring buoys in the port or at another vessel as double bank, will be subject to all tariff lines of table 1 , "dues , duties and port charges" .
9. From combined vessels ( tugboats towing another vessel ) dues , duties and port charges will be calculated and acquired on the basis of the sum of the GRTs of the said vessels .
10. In case of accomplishment of garbage collection in anchor or both in anchor and wharf , the related tariff (garbage collection charges ) will be received only once , but in two folds .

**Note** - receiving trash collection charges from vessels will be contingent upon provision of the related services . In case a port is not able to provide such services due to medical or environmental reasons or either inaccessibility to the vessel in anchor due to climatic reasons and

also lack of required facilities and devices to collect garbage , then it is not allowed to receive these charges . Otherwise , all vessels are obliged to pay the charges related to garbage collection tariff , whether they deliver the garbage or not .

11. Vessels halted at the wharf for unloading and intend to load export cargo , can only do so if their agents have requested from port for loading export cargo to the same vessel at least 12 hours before ending of the unloading of imported cargo . This will be contingent upon that the export cargo be ready at the port and loading start immediately. Otherwise the ship will unberthed and will be charged for that.

**Note** - the staying time at the wharf for two operations of loading and unloading will be calculated separately and on the basis of the types of cargo loaded or unloaded .

12. In case a port states its readiness for berthing at wharf after receiving the NOR of a vessel , but the vessel refrains from berthing for any reason , 500 dollars for each hour of delay ( after a one hour respite elapsing the time that the port has stated its readiness till the time that the vessel states its renunciation and it is recorded in the events registration book ) will be calculated and received .

13. Not exploiting a pilot on passenger vessels (except passenger and-cargo-vessels ) , service vessels like tugboats , dredgers , oil pollution vessels , fuel and water supplying vessels will be permitted only in following conditions , provided that all responsibilities have been accepted by the related shipping company and coordination have been made with the control tower . For such vessels , no pilotage charges will be calculated .

Obviously , acquiring undertaking of acceptance of all responsibilities from the related shipping company is mandatory.

**Conditions provided for the paragraph 13 :**
A. The vessel is owned or leased by organizations or private sector ( regardless of the nationality ) .
B. The vessel provides services up to the territory of external anchorage area.
C. The vessel has had at least three trips to the port in a six month period .
D. The vessel has Iranian master.
E. The master of the vessel has applied for entering the port without presence of a pilot .

**14. Hourly rental rates for marine equipment :**
The hourly renal rates for marine equipment used in operations other than giving berthing/unberthing to vessel will be calculated and received on the basis of mutually agreed rates .

**Table 2**
Tariff of dues , duties and port charges pertaining to carrying Iranian flag and belonging to Iranian shipping companies transshipping container and non-container cargo from Iran to other ports of the region as local feeders , also Iranian and foreign passenger and passenger-and-cargo vessels making domestic and international trips , Iranian barges and tugboats carrying vehicles , and all Iranian vessels less than1500 GRT, entering special wharfs and traveling between Iranian islands , and also all vessels traveling between Iranian ports and islands with Iranian flag carrying cargo as cabotage .

13

Unit : per ton of GRT

| No | | Title of tariff | | Amount of tariff |
|---|---|---|---|---|
| 1 | Port duties | Port entrance entry duties | | 0.05 C/GRT |
| | | Port entry duties | | 0.05 C/GRT |
| | | Loading and unloading duties | On wharfs | 0.15 Cents per ton of cargo |
| | | | On berths | 0.075 Cents per ton of cargo |
| 2 | | Light duties | | 0.25 C/GRT |
| 3 | | Pilotage charges of a round tour | | 0.5 C/GRT |
| 4 | | Charges of garbage collection from wharf | | 0.15 C/GRT |
| 5 | | Dredging charges | | 0.3 C/GRT |
| 6 | | Wharfage charges | | 0.1 C/GRT per norm of unloading |
| 7 | | Charges of towage | | 1 C/GRT |

**Explanations :**
The above table has been framed on the basis of the enactments of the session numbers 1335 dated 19.12.82 , 1345 dated 24.6.82 , 1372 dated 4.3.83 and 1394 dated 26.11.83 .
Invoices issued for vessels will be at a minimum amount of 100,000 Rials and in case the due amount is less than 100,000 Rials , the same amount of 100,000 will be charged .

**Table 3**
Tariff of dues , duties and port charges pertaining to oil tankers ( Iranian and foreign ) in southern ports and all vessels on northern ports
Unit : US$ Cents per ton of GRT

| No | Tariff title | | Calculation unit | Tariff amount | Remarks |
|---|---|---|---|---|---|
| 1 | Port entrance entry duties | | Per ton of GRT | 6 Cents | |
| 2 | Port entry duties | | Per ton of GRT | 10 Cents | |
| 3 | Dredging charges | | Per ton of GRT | 41 Cents | |
| 4 | Pilotage charges of a round tour of a vessel | | Per ton of GRT | 40 Cents | |
| 5 | Light duties | | Per ton of GRT | 4 Cents | |
| 6 | Loading and unloading duties | On wharfs | Per ton of cargo | 22 Cents | |
| | | On berths | Per ton of cargo | 11 Cents | |
| 7 | Wharfage charges | | Per ton of GRT Per hour | 0.45 Cents * | |
| 8 | Charges of garbage collection from wharf | | | 5 Dollars | Traditional wooden vessel |
| | | | | 20 Dollars | Metal body vessels to 800 ton of GRT |
| | | | | 125 Dollars | vessels of 801 to 5000 ton of GRT |
| | | | | 700 Dollars | vessels of 5000 ton of GRT upward |
| 9 | Overtime : tariff of items 4 and 6 out of working hours will be 10% and on holidays and Fridays , 20% higher . | | | | |
| | Charges of bilge water collection from ship | | | 300 Dollars for each vessel over 5000 tons of GRT | |

* (enactments of the session numbers 1246 dated 79.4.16)

14

**Explanation 1 - regarding item 8 :**
A. The stated tariffs are for up to 7 days of stay at the wharfs .
B. For each day of stay over 7 days , one seventh of the above tariffs will be received .
C. In ports lacking the required equipment for collecting bildge from the hold water of the vessel , the tariff of 65 dollars will be received from ships and vessels of 801 to 5000 GRT .
D. In case the garbage collection service was performed in berth or both in berth and wharf , the above tariffs will be received in two folds .
E. The tariff for receiving water used for washing of reservoirs for oil-tankers in southern ports (if the service is done) will be 2000 dollars .
**Explanation 2** - the charges for repositioning ( shifting in the wharf ) with the use of a pilot will be 7 cents per ton of GRT and 3 cents if it is done with ship's rope , and if towage takes place , the related charges will be calculated and received according to table 4 .
**Explanation 3** - the pilotage tariff will include steering the vessel , dropping and raising anchor , tying the vessel to the wharf and untying it . So , if the vessel is transferred from wharf to internal anchorage area and then given berthing in accordance with the order of the shipping services company , then , one shifting charges should be calculated and received , provided that it has not been due to administrative exigencies . In case a towage has been done , the related charges will be calculated and received according to table 4 .
**Explanation 4** - the towage charges in berthing of vessels to wharfs and unearthing from them will be received separately in accordance with table 4 .

**Table 4**
Tariff of towage charges for pilotage operations of oil-tankers ( Iranian and foreign ) in southern ports and all vessels in northern ports , in a single berthing and unberthing operation of a vessel*

| No | Vessel tonnage | Vessel towage charges | |
|----|----|----|----|
| | | Foreign vessels | Iranian vessels |
| 1 | Up to 1500 ton of GRT | 300 dollars | 50 dollars |
| 2 | From 1501 to 5000 ton of GRT | 800 dollars | 100 dollars |
| 3 | From 5001 to 10000 ton of GRT | 1500 dollars | 150 dollars |
| 4 | From 10001 to 15000 ton of GRT | 2200 dollars | 200 dollars |
| 5 | From 15001 to 20000 ton of GRT | 2900 dollars | 250 dollars |
| 6 | From 20001 to 25000 ton of GRT | 3600 dollars | 300 dollars |
| 7 | From 25001 ton of GRT upward | 4500 dollars | 400 dollars |

* enactment of the managing board of ports and shipping organization dated 1372.10.1

**Explanations :**
1. Type and number of tugboats and hours of use for berthing/unberthing the vessel to or from the wharf it have no effect on the mentioned tariff .
2. Towage charges for operations other than berthing to and unberthing from wharf will be acquired separately and in accordance with the current tariffs in use .
3. If no tugboats are used in the pilotage operations for berthing to or unberthing from the wharf , the towage charges will be calculated and acquired in any case , in accordance with the above table .
4. The pilotage and towage operations will be carried out in accordance with the current laws ,

regulations and instructions and in case no towage and pilotage are used during , berthing or untying , no towage and pilotage charges will be acquired .

5. No charges for the service of vessels ( pilot boat , tugboat , and so on ) will be acquired for transferring of the pilot to vessel .

## Exemptions and discounts

1. All ships and vessels belonging to the Red Crescent Association of the Islamic Republic of Iran , whether for hospital usage or for other charity purposes will be exempted from all dues , duties and port charges ( the law related to amendment of a part of the tariff for port duties and dues annexed to the law of establishment of the ports and shipping organization approved on December 11 , 1972 ) .

2. All war ships and vessels belonging to military or police forces of the Islamic Republic of Iran and ports and shipping organization acting for noncommercial purposes are exempted from all dues , duties and port charges ( the law related to the establishment permit of the ports and shipping organization approved in June , 1960 ) , and in relation with war ships , only the charges for any services provided will be subject to calculation and acquisition .

3. All service providing vessels including tugboats active in pilotage operations , dredgers , oil pollution vessels , fuel and water supplying and buoy laying vessels , supply and crew carrying boats traveling in the limits of the port basin and the external anchorage area , for whom no port clearance is issued ( regardless of the nationality and flags ) are exempted from paying the duties for entering the port entrance and entering the port , the dredging and light charges in later trips after the first entry . Of course , the said vessels at the first entry and also later entries before leaving the port , for which , port clearance have been issued , are bound to pay the mentioned duties and charges in accordance with the approved rates .

4. All ships and vessels entering anchorage areas of the ports of Islamic Republic of Iran for noncommercial purposes like bunkering , exchange of crews , getting provision , repairing the vessel , getting medical helps , seeking refuge , research affairs , training and similar affairs , are exempted from all the tariffs table number one , except garbage charges.

Note 1 - in case the mentioned vessels are given berthing in addition to medical helps , they will only pay for pilotage , garbage collection , towage and staying at the wharf , if the services have been provided .

Note 2 - vessel berthed to the wharf for getting medical helps under emergency ( force major ) conditions are exempted from all the tariff for dues , duties and port charges pertaining to vessels ( table 1 ) for the first 72 hours and in case they stay for more than 72 hours , they will pay only for the charges of pilotage ,garbage collection , towage and staying at the wharf .

5. Vessel inflicted with marine accidents or caught fire and in need of help , search and rescue :

   A. Saving the lives of people in the sea is mandatory and gratuitous .

   B. Salvage of cargo and vessels are arbitrary and if the port accepts the salvage , all charges of equipments and services used or provided ( including towage , boats , barges , water evacuation pumps , fire fighting cylinders and materials , transferring of cargo and vessels , wages of people , ... ) will be calculated and received in accordance with the agreement between the vessel owner or his legal representative and the port ) .

   C. In cases where the vessel is sank or damaged or their remnants cause trouble for shipping operations and their owners refrain from removing the obstacle , ports and shipping organization can move them to a suitable place at its own expenses and if the owners do not

pay the expenses , the organization can seize and sell them and procure its claims observing the provisions of the articles 29 and 36 of the marine law in priority to other creditors ( according to the article 37 of the marine law ) .

6. All service vessels equipped with loading and unloading equipment being used for lighterage of big vessels in internal and external anchorage areas are exempted from all dues and port duties and will only pay for charges of pilotage , garbage collection , towage and wharfage .

7. If in an occasion , the loading and unloading equipment present in the port did not have sufficient power to move some special bales , and another vessel enters the port ( alone or accompanying a tugboat ) to provide this service at the request of the owner of cargo or the shipping company . both the vessel and the tugboat will be exempted from paying the port duties ( line 1 ) , light duties ( line 2 ) and dredging charges ( line 5 ) listed in the table of tariff for dues , duties and port charges ( table  1 ) and will pay only charges related to pilotage , towage , garbage collection and wharfage .

8. All vessels carrying illegal consignment of oil materials from neighboring countries discovered in Iranian waters , provided that the illegitimacy of the consignment is declared as indisputable by the legal authorities ( through enactment of the session number 1397 dated 8.10.1384 ) and with regard to the note 5 of article 20 of the executive by-law of the act of application method of governmental chastisements approved by the respected board of ministers regarding sales of illegal petroleum products discovered from ships and vessels at the governmental rates in order to hasten the process and uniformity of approaching such vessels in the ports , are subject to 95 percent discount on port dues and duties .

9. All vessels carrying relief supplies to disaster stricken areas ( caused from unexpected incidents ) which enter Iranian ports are exempted from all dues , duties and port charges ( on the basis of enactment of the session number 1429 dated 14.9.1384 ) .

10. All vessels ( whether with Iranian or foreign flag ) from origin or to destination of Qeshm free zone carrying non-oil import , export , or transit cargo are subject to 50 percent discount on dues, duties and port charges ( excluding towage charges ) ( enactment of the session number 1480 dated 23.11.85 ) .

11. Dues, duties and port charges pertaining to vessels entering the new container terminal of Shahid Rajaii Port , whose capacities are 7000 TEU or more are subject to discounts as follow :

| Vessel capacity TEU | Method and rate of discounts on dues, duties and port charges pertaining to vessels entering the new container terminal of Shahid Rajaii Port ( in a one year period ) | | | | | |
|---|---|---|---|---|---|---|
| | First shipping line | | Second shipping line | | Third shipping line | |
| | Trip number | Discount percent | Trip number | Discount percent | Trip number | Discount percent |
| 7000 TEU upward | First trip | 80 | First trip | 60 | First trip | 40 |
| | From the second trip to the end of a one year period | 40 | From the second trip to the end of a one year period | 40 | From the second trip to the end of a one year period | 40 |
| * The criteria for calculation of discount for a one year period is the entry date of the first vessel for any of the above mentioned shipping lines . | | | | | | |
| * The above mentioned discount will be calculated on the basis of the GT of the vessel . | | | | | | |
| * The towage charges will not be subject to any discount . | | | | | | |

( enactment of the session number 1473 of the managing board dated 13.9.85 )

12. All vessels carrying transit cargo ( non-oil ) to the destination of Iraq entering southern ports of the country are entitled to 50 percent discount on dues, duties and port charges ( excluding towage charges ) ( enactment of the session number 1481 dated 9.12.85 ) .

13. Vessels of Iranian nationality with gross capacity of up to 200 GRT being used for fishing and cabotage cargo between Iranian ports are only entitled to pay for loading and unloading of cargo at the port dues and wharfage , being exempted from all other  dues, duties and port charges tariffs ; with the explanation that such vessels are also exempted from wharfage charges for the first 24 hours , but if the stay exceeds 24 hours , then the whole staying time will be calculated and received ( enactment of the high council of ports and shipping organization dated 17.7.1362 ) and subject of the enactment of the session number 1335 dated 19.3.1382 of the managing board with the corrected table as attached :

Table 5
Method of application of exemptions and discounts for Iranian ships and vessels less than 1500GRT , including passenger , fishing , cabotage and commercial ships and vessels

| No | tariff | | Iranian cargo and/or cargo-passenger vessels of 60 ton GRT or lower | | | | Iranian cargo and/or cargo-passenger vessels of 61 to 200 ton GRT | | | | Iranian cargo and/or cargo-passenger vessels of 201 to 1500 ton GRT | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | commercial | cabotage | fishing | Passenger | commercial | cabotage | fishing | passenger | commercial | cabotage | fishing | passenger |
| 1 | Port duties | Port entrance entry duties | - | - | - | - | - | - | - | - | - | - | - | - |
| | | Port entry duties | - | - | - | - | - | - | - | - | - | - | - | - |
| | | Loading and unloading duties | - | - | - | - | + | + | + | + | + | + | + | + |
| 2 | Light duties | | - | - | - | - | - | - | - | - | - | - | - | - |
| 3 | Pilotage charges of a round tour | | *+ | - | - | *+ | *+ | - | - | *+ | *+ | *+ | *+ | *+ |
| 4 | Charges of garbage collection from wharf | | ***+ | ***+ | ***+ | ***+ | ***+ | - | - | ***+ | ***+ | ***+ | ***+ | ***+ |
| 5 | Dredging charges | | + | - | - | + | + | - | - | + | + | + | + | + |
| 6 | Wharfage charges | | **+ | **+ | **+ | **+ | **+ | **+ | **+ | **+ | **+ | **+ | **+ | **+ |
| 7 | Charges of towage | | - | - | - | - | ***+ | ***+ | ***+ | ***+ | ***+ | ***+ | ***+ | ***+ |

Explanations : port charges relating to passengers' cargo not accompanied with the passenger in passenger ships and vessels will be calculated and received in accordance with the contents of the manifest .
(-) means exemption and not receiving of the related tariff .
(+) means not exemption and receiving of the related tariff .
(*) means that in case of using pilot , pilotage charges should be received .
(**) means that in case of staying of the vessel at the wharf for more than 24 hours , the staying charges will be calculated and received on the basis of 1 C/GRT per day and for less than 1 day , on the basis of one twenty fourth of C/GRT per hour .
(***) means receivable in case of provision of the service .

14. Table related to discounts for vessels , whether Iranian or foreign , in northern ports . whose tariffs have been presented in table 3 . Discounts will be calculated and received in the following ways :

**Table 6**

| Description | Discount |
|---|---|
| Passenger vessels including ships and traditional wooden vessels | 50% |
| Iranian fishing vessels in territorial waters fishing for domestic uses | 90% |
| **Export :** | |
| Commercial vessels of 1500 GRT or more , entering the port for loading cargo like clinkers , gravels , sand and grit , cement , sulfur , and bulk concentrates of mineral materials . | 75% |
| Commercial vessels entering the port for loading other non-oil cargo except those contained in the above paragraph . | 50% |
| In case the above mentioned vessels were also carrying imported cargo , only 50% of the charges will be subject to discount . | |
| **Transit :** | |
| Non-oil-carrying container and non-container commercial vessels whose total loads are foreign transit cargo entering the port for loading and unloading . | 75% |
| Non-oil-carrying container and non-container commercial vessels carrying both imported and foreign transit cargo together , will be discounted to a degree proportionate with the ratio of the foreign transit cargo to the total amount of the cargo and to a maximum amount of | 75% |
| In case the vessel enters the port for carrying export and transit cargo together without unloading any cargo , it will be subject to 75% discount on the basis of proportion of foreign transit cargo and 50% for proportion of export cargo . | |
| **Explanation :** | |
| In case of being subject to multiple discounts , the highest rate of discount from the viewpoint of total amount payable for the cargo owners will be used as criteria for calculation of discount for ships and vessels . | |

15. To all tankers carrying oil products which enter northern ports of the country 25 percent and to all tankers transferring oil consignments through STS operations 35 percent discount is granted ( in proportion with the table 3 ) ( enactment of the session number 1459 dated 16.5.85 ) .

16. To all items of dues, duties and port charges for Iranian vessels which have joined the marine fleet of the country in Caspian sea since March 21 , 2006 or will join it in future , 50% discount is granted for 5 years from the date of registration ( enactment of the session number 1483 dated 22.12.85 ) .

17. To all items of dues, duties and port charges for Iranian non-oil-carrying vessels now operating in Caspian sea , 30% discount is granted ( enactment of the session number 1483 dated 22.12.85 ) .

18. For commercial vessels ( non-oil/non-gas-carrying ) in service ports and petro-chemistry of special economic energy zone of southern Pars ( Asalooyeh ) , tables 1 of this manual will apply , without considering dredging charges . wharfage . and no discounts will be granted . The above

tariff will apply to all vessels carrying export cargo from special economic energy zone of southern Pars and all vessels carrying import cargo to be consumed in the area itself ( enactment of the session number 1498 dated 25.4.86 ) .

19. For vessels carrying gas liquefactions in service ports and petro-chemistry of special economic energy zone of southern Pars ( Asalooyeh ) and all SBM and SPM in southern ports of the country , tables 7 and 8 will act as criteria ( enactment of the session number 1498 dated 25.4.86 ) .

**Table 7**
Table of tariff of dues, duties and port charges pertaining to vessels carrying gas liquefactions in service ports of Pars and special petrochemical   zone of southern Pars ( Asalooyeh )
Unit : Cents of American dollars

| No | Title | Tariff |
|----|-------|--------|
| 1 | Port entrance entry duties | 0.5 C/GRT |
| 2 | Port entry duties | 0.5 C/GRT |
| 3 | Loading and unloading duties | 1.5 C/Per ton of cargo |
| 4 | Light duties | 2.5 C/GRT |
| 5 | Pilotage charges of a round tour | 20 C/GRT |
| 6 | Charges of garbage collection | 1.5 C/GRT |
| 7 | Towage charges | 18 C/GRT |

**Explanation :**
1 - no discounts will apply to the above tariffs .

**Table 8**
Table of tariff of dues, duties and port charges pertaining to vessels carrying gas liquefactions in SBM and SPM of all southern ports of the country

| No | Title | Tariff |
|----|-------|--------|
| 1 | Port entrance entry duties | 0.5 C/GRT |
| 2 | Port entry duties | 0.5 C/GRT |
| 3 | Loading and unloading duties in SBM or SPM | 0.75 C/Per ton of cargo |
| 4 | Light duties | 2.5 C/GRT |
| 5 | Pilotage charges of a round tour | 40 C/GRT |
| 6 | Charges of garbage collection | 3 C/GRT |
| 7 | Towage charges | 18 C/GRT |

**Explanation :**
1 - no discounts will apply to the above tariffs .
2 - the above tariffs are applicable only to vessels performing loading and unloading operations through SBM and SPM .

# Chapter 2
## Duties and charges pertaining to cargo

**Section 1 :**
-   General conditions and definitions

**Section 2 :**
-   Duties and port charges pertaining to non-container cargo

**Section 3 :**
-   Duties and port charges pertaining to container cargo

**Section 1**

**Definitions related to cargo :**
**Definite import cargo**
is a cargo released from customhouse for being used inside the country .
**Definite export cargo**
Is a cargo being sent to abroad for sale or being used .
**Cabotage cargo**
Is a cargo being carried from one point of the country to another through sea or borderline rivers
**Foreign transit cargo**
Is a foreign cargo coming into country from one border point and going out from another in order
to pass through the soil of Islamic Republic of Iran .
**Internal transit cargo**
Is a non-custom-cleared good being carried and delivered from one authorized customhouse to
another .
**Transship cargo**
Is a cargo being transferred from one vessel to another in the berths or ports of the country . The
transfer may be carried out directly ( ship to ship ) or indirectly ( being unloaded on the port or in
the customhouse and then loaded to a ship ) .
**Especial Economic Zone Ports**
The ports are located in the Especial Economic Zones defined by Especial Economic Zones
Code.
**Free Zone Ports**
The ports are located in the Free Zones defined by Free Zones Code.
**Imported cargo to the zone**
The cargos that are entered to the Especial Economic or Free Zones to use, process, consume in
production, evaluate, up grade, repair, ..... .
**Returned cargo**
The imported cargo present in port customs sites can be released for being returned to abroad .
The returned good is not considered as either definite import or definite export cargo.
**Voluminous and traffic cargo**
Is a cargo whose dimensions are greater than 12x2.5x2.5 meters and for loading and unloading of
which in port sites , special equipments are used .
**Light vehicles**
Include passenger cars , vans , motorcycles ...
**Semi-heavy vehicles**
Include mini-buses , small trucks ...
**Heavy vehicles**
Include trucks , buses , trailers and port equipments and all road building and agricultural
equipments , railroad wagons and locomotives ...
**Container**
A big chamber made from wood or metal , which frequently can accommodate a full load of a
big truck or trailer
**20 feet container**
A standard container whose dimensions have been determined as 20x8x8 feet by ISO .
**40 feet container**

23

A standard container whose dimensions have been determined as 40x8x8 feet by ISO .
**TEU**
Twenty feet Equivalent Container.
**Nonstandard container**
Any container out of the above mentioned dimensions is considered as nonstandard .
**Heavy weight container**
Is a container too heavy to be unloaded by a gentry crane and requiring special equipment .

**THC**
(Terminal Handling Charge) including unloading a container from vessel , moving it to the container yard , unloading and stowing in the CY , loading to the owner's transportation means and stowing or unloading in the CY and stowing , loading to the transportation means and stowing . moving to the side of the vessel and loading to vessel .
**Move**
Means the operation of unloading a container from vessel or loading it to vessel , whether 20 or 40 feet .
**Strip container**
Is emptying the contents of a container in accordance with the request of the cargo owner or the shipping agent .
**FCL container**
Is a container whose contents belong to one custom license .
**LCL container**
Is a container whose contents belong to more than one custom license .
**CFS store**
Is a special place for emptying and storing of cargo related to FCL or LCL .
**Administrative transit**
Transferring of consignments from one customhouse in a port to another
**Relocation**
Transfer of good from its first storage place to another place in the port .
**Non-palletized cargo**
Are cargo which have come out of its original packaging form or are carried in an unusual condition and without suitable packing .
**Special bales**
Consignments whose volumes and weights are extraordinary and special equipments are needed for their transfer .
**Oil products**
Include cargo like crude oil , gasoline , gas oil and fuel oil .

**General conditions :**
**1. Basis for calculation and receiving of tariffs pertaining to cargo and containers :**
1.1. Duties and port charges pertaining to cargo ( except THC ) will be calculated and received in Rials .
1.2. The basis for calculation of THC is American dollar , which will be changed into Rials and received at the exchange rate of central bank on the day of loading or unloading of the container to or from the vessel .
**2. Working hours of the port ( official , nonofficial , nights and holidays ) :**

Working days of the port authorities are Saturday through Wednesday with official working hours being 7 to 15 , nonofficial hours 15 to 19 and nights from 19 to 7 in the next morning . Loading and unloading operations in bulk cargo terminal, general cargo, miscellaneous and container terminals will be in action 24 hours a day . In addition , Thursdays and Fridays of all weeks and formal holidays of the country will be considered holidays and loading and unloading works on these days will be treated and calculated as overtime works . Iranian new year day , "Norooz" or 1st of Farvardin ( 21st of March ) and the 10th of Moharram of lunar calendar , Ashoora ( circulating in solar calendar ) are also the official holidays of the ports and no operations will be done on these two days .

**3. Safety :**

All groups using ports are obliged to obey the routine laws and instructions and essentially comply with regulations .

**4. Charges of repositioning of consignments in the administrative transit section :**

A. Port authority reserves for itself the right of control , reloading , unloading and repositioning of the whole consignment and will take steps to administrative transit of cargo and containers to other domestic customhouses ( Sirjan , western Tehran , Shahriar , ... ) upon agreement and cooperation with the port , in case of extraordinary condensation of cargo and containers in the customhouse places , sites and stores , and the cargo and container owners will be incumbent to pay all charges for repositioning , storage , loading and unloading , preservation , transportation , and so on in customhouses .

B. Port authority will have the right to displace or inspect and move to another place any consignment or container with the risk and expenses of the owner or the agent of cargo or vessel owner increase they appear damaging other consignments or properties in surveillance .

**5. Dangerous , hazardous or harming cargo :**

Dangerous , hazardous or harming cargo should be stated to the port at least 48 hours in advance of their entry to the port or arrival of the vessel by the shipping agencies . Such cargo have been classified and listed as following by International Maritime Organization (IMO) under published codes of dangerous cargo ( IMDG CODE ) :

1. Explosive substances
2. High pressure gases , fluids and pressurized liquids
3. Flammable liquids
4. Flammable solids and substances with spontaneous flammability characters
5. Oxidizing substances and organic peroxides
6. Toxic and infectious substances
7. Radioactive materials
8. Corrosive substances
9. Miscellaneous dangerous substances

**Note 1 :** the executive method in respect of the dangerous cargo titles will be acted upon as before until further notice and no new title is being added in this regard . Obviously , any changes in the titles of the subject will be brought to notice of the ports .

**Note 2 :** the chemical substance of "Soda-ash" or sodium carbonate , which has not been included in the book of IMDG Code , is not considered dangerous substance .

**6- These tariffs are applicable on all Iranian ports including normal, free zone and especial economic zones ports.**

## Section 2 :
### Duties and port charges pertaining to non-container cargo

Table 9 - Transfer Tariff of non-container cargo in normal, free and special economic zone ports
Unit : Rials

| Tariff of transfer rate per ton of cargo / per unit ( non-container ) | | | | | | |
|---|---|---|---|---|---|---|
| Cargo group | | Import and cabotage in destination port | Export | Transit and foreign transshipment | Returned | Cabotage in origin port |
| Light cargo of each bale weighing less than 30 tons | Misc. | 41,600 | 9,000 | 18,000 | 35,300 | 10,400 |
| | Metal ware | 37,000 | 8,000 | 16,000 | 31,400 | 9,200 |
| | Bags ( pallets ) | 41,600 | 9,000 | 18,000 | 35,300 | 10,400 |
| Heavy cargo | From 30 to 60 tons | 138,600 | 30,000 | 60.000 | 117,800 | 34,700 |
| | From 61 to 120 tons | 277,200 | 60,000 | 120,000 | 235,600 | 69.300 |
| | From 120 tons upward | 369,600 | 80,000 | 160,000 | 314,200 | 92,400 |
| Dry bulk | | 9,200 | 2,000 | 4,000 | 7,900 | 2,300 |
| Liquid bulk | | 4,600 | 1,000 | 2,000 | 3,900 | 1,200 |
| Livestock ( per each ) | | 4,600 | 1,000 | 2,000 | 3,900 | 1,200 |
| Cold store and frozen cargo | | 27,700 | 6,000 | 12,000 | 23,600 | 6,900 |
| Junk cargo and scrap materials (direct delivery) | | 27,700 | 6,000 | 12,000 | 23,600 | 6,900 |
| Dangerous good | | 92,400 | 20,000 | 40,000 | 78.500 | 23,100 |
| Light vehicles , per unit | | 138,600 | 30,000 | 60,000 | 117,800 | 34,700 |
| Semi-heavy vehicles , per unit | | 231,000 | 50,000 | 100,000 | 196,400 | 57,800 |
| Heavy vehicles , per unit | | 462,000 | 100,000 | 200,000 | 392,700 | 115,500 |
| Wheat | | 1,900 | 410 | 830 | 1,600 | 500 |

Table 9-1- Transfer Tariff of light cargo in normal, free and special economic zone northern ports of the country

Unit: Rails

| Description | | Import and cabotage in destination port | Export | Transit and foreign transship | Returned | Cabotage in origin port |
|---|---|---|---|---|---|---|
| Light cargo of each bale weighing less than 30 tons | Miscellaneous cargo | 18,700 | 4,100 | 8,100 | 15,900 | 4,700 |
| | Bags ( pallets ) | 18,700 | 4,100 | 8,100 | 15,900 | 4,700 |
| Light cargo of each bale weighing less than 30 tons | Less than 5 tons | 11,600 | 2,500 | 5,000 | 9,800 | 2,900 |
| | 5 to 15 tons | 34,700 | 7,500 | 15,000 | 29,500 | 8,700 |

Explanation :
* transfer tariff of other cargo in normal, free and special economic zone northern ports of the country will be received in accordance with table 9 .

Table 9-2 - Tariff of port charges pertaining to cargo in Chabahar port
( transfer charges )

unit : Rials

| Tariff type | Import | Export | cabotage | Transit | transship | Returned |
|---|---|---|---|---|---|---|
| Transfer charge | 1650 | 412 | Origin port : 412 Destination port :1650 | 1650 | 1650 | 1650 |

**Explanations on transfer operations :**
- The transfer operation consists of transportation , unloading , stowing and loading operations , the tariffs of each operation being 40% , 25% , 10% and 25% of the transfer tariff respectively .
- Transfer tariff of non-palletized cargo which are unloaded and kept in cargo terminals ( indirect delivery ) will be 100% higher , that is two folds of the transfer table rates , 1650 Rials of which pertains to fine and the rest is for the charges of non-palletized cargo.

**Note 1 :** in southern ports , non-palletized cargo being loaded and unloaded by traditional wooden vessels or floating units of less than 200 ton capacity will be exempted from inclusion of the above paragraph .

**Note 2 :** in Noshahr port , non-palletized cargo being unloaded and kept in cargo terminals (indirect delivery) will be charged two folds of the transfer tariff from shipping lines and one fold from the cargo owners , 3300 Rials of which pertaining to fines from shipping lines and 1650 Rials fine from the cargo owners and the rest is considered as the charges of non-palletized cargo

27

- Transfer tariff of non-container voluminous and traffic cargo is 138,600 Rials per ton .
- Transfer tariff of direct delivery of cargo in wharfs equipped with special facilities and equipments for import and export cargo and their loading and unloading are done by using the installed facilities and equipments , will be calculated and received on the basis of 20% and in other wharfs of the port , on the basis of 40% ( table 9 and 9-1 ) .
- Transfer tariff of direct delivery of cargo in Boushehr port being transferred to number 2 special economic zone with the use of special equipments will be subject to 50% discount ( enactment no 1397 dated 8.1.84 ) .
- Scrap cargo will be unloaded from vessel only as direct delivery .
- In order to modify some tariffs pertaining to cargo in normal, free and special economic zone in northern ports of the country, transfer tariffs in the said ports will be acquired as described in table 9-1 .

Table 10 - Tariff of stevedoring for general and bulk cargo

Unit : Rials

| Tariff rates of stevedoring per ton of cargo / unit | | | |
|---|---|---|---|
| Cargo group | Import and cabotage | Returned | Export , Transit and foreign transship |
| Miscellaneous cargo | 27,700 | 23,600 | 12,000 |
| Metal ware | 23,100 | 19,600 | 10,000 |
| Bags ( pallets ) | 46,200 | 39,300 | 20.000 |
| Dry bulk | 11,600 | 9,800 | 5,000 |
| Livestock ( per each ) | 4,600 | 3,900 | 2,000 |
| Cold store and frozen cargo | 55,400 | 47,100 | 24,000 |
| Junk and scrap materials ( direct delivery ) | 55,400 | 47,100 | 24,000 |
| Dangerous good | 92,400 | 78,500 | 40,000 |
| Light vehicles , per unit | 92,400 | 78,500 | 40,000 |
| Semi-heavy vehicles , per unit | 184,800 | 157,100 | 80,000 |
| Heavy vehicles , per unit | 277,200 | 235,600 | 120,000 |

**Explanations on stevedoring operations :**
**Stevedoring in two operations of loading and unloading are classified as follow :**
**A. Stevedoring in unloading operation include :**
1. Handling the cargo inside the hold
2. Transferring of the cargo from vessel to transportation means
3. Stowing of the cargo on the transportation means / warfe
The tariffs of the above mentioned operations constitute 25% , 50% and 25% of the stevedoring tariff respectively .
**B. Stevedoring in loading operation include :**
1. Loading of the cargo from transportation means to vessel
2. Handling the cargo inside the hold
3. Stowing of the cargo in the hold of vessel
The tariffs of the above mentioned operations constitute 50% , 25% and 25% of the stevedoring tariff respectively .
Transfer tariff of non-palletized cargo will be 100% higher , i.e. two folds of the rates on stevedoring table , 1650 Rials of which pertains to fine and the rest is considered as the charges of non-palletized cargo .
**Note 1:** in northern ports , since the non-palletized cargo charges have been included in transfer tariffs , they will be exempted from inclusion of the above paragraph .
**Note 2 :** in southern ports , non-palletized cargo being loaded and unloaded by traditional wooden vessels or boats of less than 200 ton capacity will be exempted from inclusion of the above paragraph .
Stevedoring tariff of cargo with bales of over 50 tons weight will be received at 50% higher rates , i.e. , 1.5 folds of the rates on stevedoring table .
In southern ports of the country , shipping lines and cargo owners can take steps to select contractors for unloading of cargo from vessel hold and act in accordance with the contract in between in respect with stevedoring operations .

Table 11 - Tariff of storage of non-container cargo ( import - cabotage and returned ) in the normal, free and special economic zone ports
Unit : ton or package or set / day
Rate : Rials

| Storage duration<br><br>Cargo group | | From the 1st day to the 10th day | From the 11th day to the 20th day | From the 21st day to the 30th day | From the 31st day to the 40th day | From the 41st day to the 50th day | After the 50th day |
|---|---|---|---|---|---|---|---|
| Miscellaneous and bags ( ton per day ) | | Exempted | 870 | 1,160 | 1,620 | 2.310 | 3,470 |
| Metal ware ( ton per day ) | | Exempted | 690 | 920 | 1,160 | 1,850 | 2.310 |
| Any kind of packaging , cartoons , cases (package per day ) | Weight of each package up to 50 kg | Exempted | 230 | 350 | 460 | 810 | 920 |
| | Weight of each package over 50 kg | Exempted | 690 | 1,040 | 1,390 | 2.080 | 2,770 |
| Light vehicles ( passenger cars , vans , ... ) unit per day | | Exempted | 13,860 | 18,480 | 23,100 | 27,720 | 36,960 |
| Semi-heavy and heavy vehicles ( trucks , tractors , minibuses , buses , ... ) unit per day | | Exempted | 23,100 | 27,720 | 32,340 | 36,960 | 46,200 |

29

Table 11-1 - Tariff of storage of non-container cargo (foreign transit and transshipment) in the normal, free and special economic zone ports

Unit : ton or package or set / day
Rate : Rials

| Storage duration | | From the 1st day to the 10th day | From the 11th day to the 20th day | From the 21st day to the 30th day | From the 31st day to the 40th day | From the 41st day to the 50th day | After the 50th day |
|---|---|---|---|---|---|---|---|
| Cargo group | | | | | | | |
| Miscellaneous and bags ( ton per day ) | | Exempted | 375 | 500 | 700 | 1,000 | 1,500 |
| Metal ware ( ton per day ) | | Exempted | 300 | 400 | 500 | 800 | 1.000 |
| Any kind of packaging , cartoons , cases (package per day ) | Weight of each package up to 50 kg | Exempted | 100 | 150 | 200 | 350 | 400 |
| | Weight of each package over 50 kg | Exempted | 300 | 450 | 600 | 900 | 1,200 |
| Light vehicles ( passenger cars , vans , ... ) unit per day | | Exempted | 6,000 | 8,000 | 10,000 | 12,000 | 16,000 |
| Semi-heavy and heavy vehicles ( trucks , tractors , minibuses , buses , ... ) unit per day | | Exempted | 10,000 | 12,000 | 14,000 | 16,000 | 20,000 |

* for Export cargo refer to note 2 of explanation of storage page :31

Table 11-2 - Tariff of storage of non-container import and export cargo in Chabahar port

| Storage duration | Unit of calculations | Storekeeping rate |
|---|---|---|
| Up to full 15 days | Each ton per day | 5 Rials |
| 16 to full 30 days | Each ton per day | 10 Rials |
| 31 to full 45 days | Each ton per day | 40 Rials |
| 46 to full 60 days | Each ton per day | 60 Rials |
| 61 to full 90 days | Each ton per day | 100 Rials |
| 90 days upward | Each ton per day | 200 Rials |

Enactment of the thirtieth session of the high council of ports and shipping organization
25.10.1355

Table 11-3 Tariff of storage of carton boxes in Khorramshahr and Bushehr ports ( import, cabotage and returned cargo)

| Storage duration<br><br>Cargo group | | From the 1st day to the 10th day | From the 11th day to the 20th day | From the 21st day to the 30th day | From the 31st day to the 40th day | From the 41st day to the 50th day | After the 50th day |
|---|---|---|---|---|---|---|---|
| Any kind of packaging<br><br>, cartons , cases (package per day ) | Up to 15 kg | Exempted | 70 | 80 | 90 | 100 | 120 |
| | Up to 30 kg | Exempted | 90 | 120 | 140 | 170 | 230 |
| | Up to 50 kg | Exempted | 230 | 350 | 460 | 810 | 920 |
| | More than 50 kg | Exempted | 690 | 1,040 | 1,390 | 2,080 | 2,770 |

Table 11-4 Tariff of storage of carton boxes in Khorramshahr and Bushehr ports ( export, foreign transit and transship)

| Storage duration<br><br>Cargo group | | From the 1st day to the 10th day | From the 11th day to the 20th day | From the 21st day to the 30th day | From the 31st day to the 40th day | From the 41st day to the 50th day | After the 50th day |
|---|---|---|---|---|---|---|---|
| Any kind of packaging ,<br><br>cartons , cases (package per day ) | Up to 15 kg | Exempted | 30 | 35 | 40 | 45 | 50 |
| | Up to 30 kg | Exempted | 40 | 50 | 60 | 75 | 100 |
| | Up to 50 kg | Exempted | 100 | 150 | 200 | 350 | 400 |
| | More than 50 kg | Exempted | 300 | 450 | 600 | 900 | 1,200 |

**Explanations on storage :**
1. After expiry of the exempted period , storage charges will be calculated and received from the first day of unloading up to the last day the cargo are in the store .
2. Export cargo are exempted from storage charges for 30 days and after expiry of this period , the storage charges will be calculated and received from the first day of entering .

**Note :** in order to promote the export and provide suitable facilities to support this matter , a secondary exemption of export cargo from storage charges for 15 days ( in addition to the primary 30 days ) will be applied with the observation of the following conditions :

A. The secondary exemption will apply only when the cargo owner has played no roles in the stay , clearance or exit of his cargo from the store and the delay in timely clearance has happened only as a result of performing the customs , standards and quarantine formalities and the events have been attested in writing by pertinent organizations .

B. In cases where the loading conditions and possibility are not prepared in the port ( so that the delivery of the cargo is not possible ) .

31

C.  The execution of the mentioned exemption should be applied immediately after the first storage exemption and the legal conditions on the day of declaration of cargo should be observed in the context of the law .

D.  It is obvious that if the storage period exceeds the granted 15-day exemption , the whole storage charges will be calculated and received for the entire period after the clearance document issuance date .

   3.  The storage charges of cargo like wood and paper will be calculated and received at 1.5 folds and for dangerous cargo listed in the IMDG Code and other flammable cargo at 3 folds of the rates of the first line of the table group number 11 .

**Note :** the storage charges of wood and paper in normal, free and special economic zone northern ports of the country will be calculated and received as equal to the rates contained in the first line of the table group number 11 .

   4.  The storage charges of the cargo kept in open spaces and in hangar stores of regular areas will be 75% of the storage charges in the closed warehouses.

Table 12 - duties and port charges pertaining to cargo

Index : tons of cargo and rate in Rials

| Cargo<br><br>Tariff type | Import | Export | Cabotage | Transit | Transship | Returned |
|---|---|---|---|---|---|---|
| Port duties pertaining to cargo | 50 | 12 | -- | -- | -- | -- |
| Charges of loading or unloading on the wharf | 1,000 | 250 | Origin port : 250 Destination port : 1000 | 1,000 | 1,000 | 1,000 |
| Port health duties | 5 | -- | -- | -- | -- | -- |

**Explanation :**

❖ Charges of loading on or unloading from wharf of Grains are 18% of the figures of the above table .

❖ In dedicated wharfs and installations no charges for loading and unloading on the wharf will be acquired , but , port duties for import or export cargo will be calculated and received in accordance with the above table .

❖ For all non-insured cargo , insurance costs will be calculated and received for each month according to the following formula ( customs affairs law ) .

**CIF value of the good x 0.55 / 1000**

Cargo sent as relief supplies to disaster stricken areas ( caused from unexpected incidents ) which enter Iranian ports are exempted from all dues , duties and port charges ( on the basis of enactment of the session number 1429 dated 14.9.1384 ) .

32

# Section 3 :
## Dues, duties and port charges pertaining to containers

A. General conditions and definitions
B. THC
C. Storage of containers
D. Accessory services

**General conditions and definitions :**

1. Transship is unloading and transfer of a container from vessel to the container yard of terminal and then , transfer and loading of it to vessel .

2. Internal transship container: is a container that imported from a foreign port and exported to a domestic port.

3- foreign transship container: is a container that imported from a foreign port and exported to another foreign port.

4- Foreign transit container is a container with a content of foreign transit cargo.

5- Terminal operator: is an enterprise to provide services on a port terminal and is responsible for running terminal.

**Container terminal working hours and overtime works :**

Container terminal provides a 24-hour service 363 days in year .

❖ The holidays of the ports include Iranian new year day ( Aid-e-Norooz ) , the first day of Farvardin month in solar calendar ( 21st of March ) and 10th of Moharram ( Ashoora ) in lunar calendar , from 18:00 o'clock on the 9th to 18:00 o'clock on the 10th day of Moharram .

- On official holidays including Fridays , for each hour of work of Gang ( including gantry crane , GRTs and tracks ) 60 dollars will be received from shipping lines or the agent of container vessel as overtime demand .

34

**Table 13**
Rates of loading and unloading of containers (THC) and applicable discounts on the basis of yearly operations volume
( import - foreign transit - transship - export )
In American Dollars per TEU

| Container size | | | Basic rate | Rates from 6001 to 9999 | Rates from 10000 to 14,999 | Rates from 15000 to 19999 | Rates from 20,000 to 39999 | Rates from 40,000 to 59999 | Rates from 60000 to 79999 | Rates from 80,000 upward |
|---|---|---|---|---|---|---|---|---|---|---|
| 20 | Full | Import | 110 | 100 | 90 | 80 | 69 | 66 | 64 | 62 |
| | | Internal transit | 110 | 100 | 90 | 80 | 69 | 66 | 64 | 62 |
| | | Export | 45 | 41 | 37 | 33 | 28 | 27 | 26 | 25 |
| | | foreign transit | 80 | 72 | 66 | 58 | 50 | 48 | 46 | 45 |
| | | Internal Transshipment | 100 | 90 | 82 | 72 | 62 | 60 | 58 | 56 |
| | | Foreign Transshipment | 120 | 108 | 98 | 86 | 75 | 73 | 68 | 65 |
| | | Returned | 94 | 85 | 76 | 68 | 59 | 56 | 54 | 53 |
| | Empty | Incoming /outgoing | 58 | 56 | 52 | 50 | 46 | 42 | 41 | 40 |
| | | Empty transshipment | 84 | 79 | 74 | 68 | 63 | 60 | 55 | 53 |
| 40 | Full | Import | 165 | 149 | 133 | 116 | 99 | 95 | 91 | 88 |
| | | Internal transit | 165 | 149 | 133 | 116 | 99 | 95 | 91 | 88 |
| | | Export | 67/5 | 60 | 54 | 47 | 41 | 39 | 37 | 36 |
| | | foreign transit | 100 | 97 | 90 | 84 | 72 | 69 | 66 | 64 |
| | | Internal Transshipment | 150 | 135 | 121 | 105 | 90 | 86 | 83 | 80 |
| | | Foreign Transshipment | 171 | 154 | 141 | 124 | 107 | 103 | 101 | 95 |
| | | Returned | 140 | 127 | 113 | 99 | 84 | 81 | 77 | 75 |
| | Empty | Incoming /outgoing | 80 | 75 | 68 | 67 | 64 | 60 | 59 | 58 |
| | | Empty transshipment | 110 | 105 | 103 | 99 | 94 | 90 | 87 | 82 |

The rates for transship of both 20 and 40 feet containers include two operations of loading and unloading

**Table 13-1**
THC tariffs of containers in non-container terminals using port equipments at 120 percent of the preliminary table
In American Dollars per TEU

| Container size | | | Basic rate | Rates from 6001 to 9999 | Rates from 10000 to 14,999 | Rates from 15000 to 19999 | Rates from 20,000 to 39999 | Rates from 40,000 to 59999 | Rates from 60000 to 79999 | Rates from 80,000 upward |
|---|---|---|---|---|---|---|---|---|---|---|
| 20 | Full | Import | 132 | 120 | 108 | 96 | 83 | 79 | 77 | 74 |
| | | Internal transit | 132 | 120 | 108 | 96 | 83 | 79 | 77 | 74 |
| | | Export | 54 | 49 | 44 | 40 | 33 | 32 | 31 | 30 |
| | | foreign transit | 96 | 86 | 79 | 70 | 60 | 58 | 55 | ·54 |
| | | Internal Transshipment | 120 | 108 | 98 | 86 | 74 | 72 | 70 | 67 |
| | | Foreign Transshipment | 144 | 130 | 118 | 103 | 90 | 88 | 82 | 78 |
| | | Returned | 112 | 102 | 91 | 82 | 71 | 67 | 65 | 64 |
| | Empty | Incoming /outgoing | 70 | 67 | 62 | 59 | 55 | 50 | 49 | 48 |
| | | Empty transshipment | 101 | 95 | 89 | 82 | 76 | 72 | 66 | 64 |
| 40 | Full | Import | 198 | 178 | ·160 | 139 | 119 | 114 | 110 | 106 |
| | | Internal transit | 198 | 178 | 160 | 139 | 119 | 114 | 110 | 106 |
| | | Export | 81 | 72 | 65 | 57 | 49 | 46 | 45 | 43 |
| | | foreign transit | 120 | 116 | 108 | 101 | 86 | 83 | 7 | 77 |
| | | Internal Transshipment | 180 | 162 | 145 | 126 | 108 | 103 | 100 | 96 |
| | | Foreign Transshipment | 205 | 185 | 169 | 149 | 128 | 124 | 121 | 114 |
| | | Returned | 168 | 152 | 136 | 119 | 101 | 96 | 92 | 90 |
| | Empty | Incoming /outgoing | 96 | 90 | 82 | 81 | 77 | 72 | 71 | 70 |
| | | Empty transshipment | 132 | 126 | 124 | 119 | 113 | 108 | 104 | 98 |

Table 13-2
THC tariffs of containers in non-container terminals using vessel equipments at 70 percent of the preliminary table
In American Dollars per TEU

| Container size | | | Basic rate | Rates from 6001 to 9999 | Rates from 10000 to 14,999 | Rates from 15000 to 19999 | Rates from 20,000 to 39999 | Rates from 40,000 to 59999 | Rates from 60000 to 79999 | Rates from 80,000 upward |
|---|---|---|---|---|---|---|---|---|---|---|
| 20 | Full | Import | 77 | 70 | 63 | 56 | 48 | 46 | 45 | 43 |
| | | Internal transit | 77 | 70 | 63 | 56 | 48 | 46 | 45 | 43 |
| | | Export | 32 | 29 | 26 | 23 | 20 | 19 | 18 | 18 |
| | | foreign transit | 56 | 50 | 46 | 41 | 35 | 34 | 32 | 32 |
| | | Transshipment | 70 | 63 | 57 | 50 | 43 | 42 | 41 | 39 |
| | | Returned | 84 | 76 | 69 | 60 | 53 | 51 | 48 | 46 |
| | Empty | Incoming /outgoing | 65 | 60 | 53 | 48 | 41 | 39 | 38 | 37 |
| | | Empty transshipment | 41 | 39 | 36 | 35 | 32 | 29 | 28 | 28 |
| 40 | Full | Import | 59 | 55 | 52 | 48 | 44 | 42 | 39 | 37 |
| | | Internal transit | 116 | 104 | 93 | 81 | 69 | 66 | 64 | 62 |
| | | Export | 116 | 104 | 93 | 81 | 69 | 66 | 64 | 62 |
| | | foreign transit | 47 | 42 | 38 | 33 | 28 | 27 | 26 | 25 |
| | | Transshipment | 70 | 68 | 63 | 59 | 50 | 48 | 46 | 45 |
| | | Returned | 105 | 95 | 85 | 74 | 63 | 60 | 58 | 56 |
| | Empty | Incoming /outgoing | 120 | 108 | 99 | 87 | 75 | 72 | 71 | 67 |
| | | Empty transshipment | 98 | 89 | 79 | 69 | 59 | 57 | 54 | 52 |
| | | | 56 | 52 | 48 | 47 | 45 | 42 | 42 | 41 |
| | | | 77 | 74 | 72 | 69 | 66 | 63 | 61 | 57 |

**General explanations , receiving method and granted discounts regarding THC tariffs**

1. Discounts based on performance volume do not cover repositioning of the container on the vessel .
2. Delivery or transfer of the direct delivery containers are performed in the special site of direct delivery of container terminal .
3. Lashing and unlashing refers to all types of quick release or manual lashings .
4. All transship containers in discounts system based on performance volume are only considered one move .
5. All empty containers entering the port through vessels and leaving it through vessels as empty are only considered one move in discounts system based on performance volume .
6. The charges for handling containers unloaded in out of container terminal should be paid by cargo owners on the basis of related tariffs .
7. THC of up to 6000 moves is calculated on the basis of basic rates . The said charges for operations bigger than 6000 moves , will be calculated and received after subtraction of the amount of each column and on the basis of the related columns ( in a graded manner ) in respect with performance of the shipping line to which the container belongs .
In calculation of volume related discounts , only the following containers will be counted :

A. Containers transported to the port directly and by the same shipping line .

B. The leased containers of the container shipping lines have been carried to the port by the lines and it has been recorded in manifests and B/Ls issued by the shipping line .

C. The containers carried to the port by container shipping lines who have also carried containers of two or more container lines to the port and are traveling in that route .

Note 1 of paragraph C : all shipping lines including carrying container , owner of the container or the agent of the owner are obliged to determine the authentic container owner's name loading in the lists sent as EDI to the computer system of Shahid Rajaii container terminal
 at the time of sending the information of the entrance manifest of the vessels .

Note 2 of paragraph C : in case that the Note 1 of paragraph C is not realized , the THC bills related to containers whose owners' names have not been specified in the sent information of the manifest (EDI) ,will be calculated and claimed from the carrying shipping line on the basis of maximum ( basic ) rates .

Note 3 of paragraph C : statements and bills of THC issued by the container terminal operator of each port will be issued and sent separately to each of the owners or hirers of containers through their related agents in Iran for confirmation and payment of the related charges .

D. The vessels coming from origins other than the Persian gulf and Oman Sea region as roundtrip carrying containers from this region to Iranian ports .

Note 1 : Volume based discounts do not include vessels coming from ports of Persian Gulf and Oman Sea ports ( Dubai , Salaleh , Pakistani ports , ... )

8. No discounts on the THC table will be considered out of the above conditions or under miscellaneous conditions of container entry .
9. Any container shipping line signing a contract with the port committing to perform at least 20,000 moves in a year will enjoy THC discounts on each related column of the table group number 13 .

In this case , the THC calculation and exaction at the discounted rates will be carried out from the first day of the contract year to the last container of the one year period .

At the end of the contract year , if the performance of the shipping line is less than the amount

committed , then , in addition to exaction of the THC at the rate of the table , a difference will be acquired from the shipping line as penalty , whose amount will be calculated from the following formula :

( the amount committed - the amount performed ) x committed THC rate = penalty difference

Note 1: If the shipping line contracted with the private terminal operator, limit of 20000 teu can be avoided.

Note 2: The penalty will be calculated on that base, if the counteract signed with port authority; otherwise it will be depend on items of conteract.

If the shipping line performance exceeds the committed amount in the contract year , the basis for calculation will be the related columns of the table group number 13 .

Note - provision of a written commitment and valid cheque of the company party to the contract instead of bank guarantee will be acceptable in order to ensure the implementation of the contract in case of signing contract with port authority otherwise it will be depend on terminal operator acceptance.

10. The THC charges of the full container will be undertaken by the cargo owners or their legal representatives , but these charges are exacted from shipping lines by the port or its contractor as its agent , just for facilitation of the affairs . And consequently , the shipping line will receive the sailed charges from the cargo owner .

Note : all shipping lines are obliged to receive the same amount paid to the port from the cargo owners , and exaction of any amount exceeding the basic rates of the THC tables from the cargo owners is forbidden .

11. The THC charges of the empty containers will be due to the shipping line .

12. The THC tariffs at the time of unloading will include the following operations as separated by the operation : unloading from vessel (50%) , moving to the yard (20%) , unloading and stowing in the yard (15%) and loading to the cargo owner's means and stowing (15%) and the THC tariffs at the time of loading will consist the following operations as separated by the operation : unloading and stowing in CY (15%) , loading to the carrying means and stowing (15%) , moving to the side of vessel (20%) , and loading to vessel (50%) .

13. The THC charges include lashing and unlashing charges of the container .

Note : if the lashing and unlashing operation is other than the THC operations , then the related charges will be calculated and received on the basis of the pertaining tariffs ( table 23 ) .

14. In order to modify some tariffs pertaining to containers in normal, free and special economic zone northern ports of the country, the THC charges are calculated and received in accordance with the transfer tariff and stevedoring tariff as per the following tables .

### Table 14 - Tariff of container cargo' transfer in normal, free and special economic zone northern ports of the country

Unit : Rials

| Cargo type | 20 feet | | 40 feet | |
|---|---|---|---|---|
| | Full | Empty | Full | Empty |
| Imported Containers per unit | 181,300 | 126,900 | 226,600 | 158,600 |
| Export and transshipment containers per unit | 72,110 | 103,014 | 57,688 | 82,412 |

**Table 15 - Tariff of container cargo' stevedoring in normal, free and special economic zone northern ports of the country**

Unite: Rails

| | |
|---|---|
| 20 and 40 feet container per ton | 12,800 |
| Export and Transit containers cargo per ton | 5,800 |

**Tables of tariffs of storage of containers according to container type**
**Table 16 - Tariff of storage of internal transit and imported containers**

set/day/Rails

| Storage duration | 20 feet | | 40 feet | |
|---|---|---|---|---|
| | Full | Empty | Full | Empty |
| From day 1 to day 10 | Exempted | Exempted | Exempted | Exempted |
| From day 11 to day 30 | 35,200 | 17,600 | 70,400 | 35,200 |
| From day 31 to day 60 | 48,400 | 30,800 | 83,600 | 44,000 |
| From day 61 to day 90 | 61,600 | 35,200 | 96,800 | 52,800 |
| From day 90 onward | 88,000 | 44,000 | 123,200 | 61,600 |

**Table 16-1 - Tariff of storage of foreign transit, export and transshipment containers**

set/day/Rails

| Storage duration | 20 feet | | 40 feet | |
|---|---|---|---|---|
| | Full | Empty | Full | Empty |
| From day 1 to day 10 | Exempted | Exempted | Exempted | Exempted |
| From day 11 to day 30 | 16,000 | 8,000 | 32,000 | 16,000 |
| From day 31 to day 60 | 22,000 | 14,000 | 38,000 | 20,000 |
| From day 61 to day 90 | 28,000 | 16,000 | 44,000 | 24,000 |
| From day 90 onward | 40,000 | 20,000 | 56,000 | 28,000 |

Note: only transship empty containers

**Table 16-2 - Tariff of storage of transship containers in Imam Khomeini and Bandar Abbas ports**

set/day/Rails

| Storage duration | 20 feet | | 40 feet | |
|---|---|---|---|---|
| | Full | Empty | Full | Empty |
| From day 1 to day 20 | Exempted | Exempted | Exempted | Exempted |
| From day 21 to day 30 | 16,000 | 8,000 | 32,000 | 16,000 |
| From day 31 to day 60 | 22,000 | 14,000 | 38,000 | 20,000 |
| From day 61 to day 90 | 28,000 | 16,000 | 44,000 | 24,000 |
| From day 90 onward | 40,000 | 20,000 | 56,000 | 28,000 |

*According to the enactment number E_H/315/31107 dated 83.3.12 of the honorable managing board of the organization , the exemption period from storage tariffs of transshipment containers in Imam Khomeini and Shahid Rajaii ports is 20 days .

**Table 16-3 - Tariff of storage of containers of dangerous cargo of all classes except classes 1 and 7**

set/day/Rails

| Storage duration | 20 feet | | 40 feet | |
|---|---|---|---|---|
| | Full | Empty | Full | Empty |
| From day 1 to day 10 | Exempted | Exempted | Exempted | Exempted |
| From day 11 to day 30 | 105,600 | 17,600 | 211,200 | 35,200 |
| From day 31 to day 60 | 145,200 | 30,800 | 250,800 | 44,000 |
| From day 61 to day 90 | 184,800 | 35,200 | 290,400 | 52,800 |
| From day 90 onward | 264,000 | 44,000 | 369,600 | 61,600 |

**Table 16-4 - Tariff of storage of non standard containers**

set/day/Rails

| Storage duration | 20 feet | | 40 feet | |
|---|---|---|---|---|
| | Full | Empty | Full | Empty |
| From day 1 to day 10 | Exempted | Exempted | Exempted | Exempted |
| From day 11 to day 30 | 70,400 | 35,200 | 140,800 | 70,400 |
| From day 31 to day 60 | 96,800 | 61,600 | 167,200 | 88,000 |
| From day 61 to day 90 | 123,200 | 70,400 | 193,600 | 150,600 |
| From day 90 onward | 176,000 | 88,000 | 246,400 | 123,200 |

**Explanations on storage :**
1. Payment of the storage charges of the empty and full containers will be due to the shipping line or its agent .
2. Export cargo are exempted from storage charges for 30 days and after expiry of this period , the storage charges will be calculated and received from the first day of unloading .

**Note 1 :** in order to promote the export and provide suitable facilities to support this matter , a secondary exemption of export cargo from storage charges for 15 days ( in addition to the primary 30 days ) will be applied with observation of the following conditions :

A. The secondary exemption will apply only when the cargo owner has played no roles in the stay , clearance or exit of his cargo from the store and the delay in timely clearance has happened only as a result of performing the customs , standard and quarantine formalities and the instances have been attested in writing by pertinent organizations .

B. In cases where the loading conditions and possibility are not prepared in the port ( so that the delivery of the cargo is not possible ) .

C. The execution of the mentioned exemption should be applied immediately after the first storage exemption and the legal conditions on the day of declaration of cargo should be observed in the context of the law .

D. It is obvious that if the storage period exceeds the granted 15-day exemption , the whole storage charges will be calculated and received for the entire period after the clearance document issuance date .

3. After expiry of the exemption period , the storage charges will be calculated and received for the whole period of stay in the terminal ( from the unloading day up to the last day of stay ) and on the basis of the related column rates .

4. At the discretion  of the port and agreement of the customhouse , containers with the stay length of more than 30 days in container terminal which have entered through sea , will be transited administeredly to other customhouses of the country ( Sirjan , Tehran western , Shahriar , Esfahan , ... ) and the remaining storage and other pertaining charges plus handling charges will be received from the cargo owner at the final release and the port's share will be deposited to the incomes account of the port . transportation and storage charges in the destination customhouses will also be incumbent upon the cargo owner .

5. Containers left from license are subject to storage charges which will be received from the cargo owner or his legal representative at the time of issuance of the final bill .

6. Containers transferred to CFS stores for strip operations or assessment , will be subject to full container storage charges until the time of stripping or exiting terminal . In addition , the stripped cargo transferred to CFS will also be subject to storage charges in accordance with the storage tariff table in CFS ( table 20 ) .

7. Any changes in the rates of the above table will be feasible only with the agreement of the port and the contractor and approval of the honorable managing board of the ports and shipping organization .

8. In order to modify some rates pertaining to container in Noshahr port , and free or special economic zones in northern ports storage charges of the containers in the said port will be calculated and received as described below :

**Table 16-5 - Tariff of container storage in normal, free and special economic zone northern ports of the country**

set/day/Rails

| Storage duration | 20 feet | | 40 feet | |
|---|---|---|---|---|
| | Full | Empty | Full | Empty |
| From day 1 to day 10 | Exempted | Exempted | Exempted | Exempted |
| From day 11 to day 30 | 9,630 | 4,820 | 19,260 | 9,630 |
| From day 31 to day 60 | 12,470 | 6,230 | 24,930 | 12,470 |
| From day 61 to day 90 | 13,600 | 6.800 | 27,200 | 13,600 |
| From day 90 onward | 15,860 | 7,930 | 31,730 | 15,860 |

**Table 16-5 -1 Tariff of export and transit container storage in normal, free and special economic zone northern ports of the country**

set/day/Rails

| Storage duration | 20 feet | | 40 feet | |
|---|---|---|---|---|
| | Full | Empty | Full | Empty |
| From day 1 to day 10 | Exempted | Exempted | Exempted | Exempted |
| From day 11 to day 30 | 4,378 | 2,189 | 8,756 | 4,378 |
| From day 31 to day 60 | 5,666 | 2,833 | 11,333 | 5,666 |
| From day 61 to day 90 | 6,181 | 3,090 | 12,362 | 6,181 |
| From day 90 onward | 7,112 | 3,606 | 14,432 | 7,212 |

Note: With reference to paragraph number 1,2 Explanations on storage page no:42

**Table 16-6 Tariff of import container storage in Bushehr Special Economic Zone port**

set/day/Rails

| Storage duration | 20 feet | 40 feet |
|---|---|---|
| From day 1 to day 30 | 18,130 | 31,728 |
| From day 31 to day 60 | 15,864 | 27,196 |
| From day 61 to day 120 | 13,598 | 24,930 |
| From day 121 onward | 15,864 | 19,264 |

43

### 3. Containers carrying dangerous cargo :

- The rates of the table 13 (THC) for import or export containers carrying dangerous cargo will be calculated and received at 50% higher and for transit and transship containers carrying dangerous cargo at 20% higher .

- For containers carrying dangerous cargo, whose statements of being dangerous are not submitted to the Shahid Rajaee port 6 hours and for other ports 24 hours before delivering the container or wrongly stated or their stowing of the contents are not in accordance with stowing or packing bases, 400 dollars for each unit of 20 feet container and 800 dollars for each 40 feet container will be received from the shipping line in addition to the total amount of THC .

It is obvious that all charges of inspection , laboratory , environmental and port sites cleaning , service equipments and tools , relief , safety and security used in this regard in addition to other related charges will be acquired from the shipping line or its agent .

Consignments of dangerous (class 1) and radioactive (class 7) in IMDG Code classification should get out of the port as direct delivery and other containers carrying dangerous cargo (specially of classes 3 and 5) are also permitted to stay in the port only for 48 to 72 hours at the discretion of the port and have to leave the port thereafter , and in case of not doing so , the port will take steps to transfer such cargo to other places and all pertaining charges will be borne by the cargo owner .

### 4. Handling of container on the vessel

**Table 17 - Tariff of repositioning of container on the vessel**

Per each unit

| No | Description of the operations in repositioning containers | Amount in dollars |
|----|-----------------------------------------------------------|-------------------|
| 1 | Repositioning of container from hold to hold (bay to bay) or changing the situation of container inside the hold without using wharf | 33 |
| 2 | Repositioning of container from a hold to another hold (bay to bay) or changing the situation of container inside the hold with using wharf | 55 |
| 3 | Opening of each hatch cover and putting it over another hatch cover and closing the hatch cover again | 55 |
| 4 | Opening of each hatch cover and putting it over the wharf and closing the hatch cover again | 110 |
| 5 | Repositioning of the stock box on the basis of each repositioning stage | 33 |

44

## 5. Container terminal operations

Table 18

Per each unit

| No | | Description of the operations in container terminals | Amount in Rials |
|---|---|---|---|
| 20 feet container | Full | Each move of loading or unloading of container or each move of transfer in container terminal | 33,000 |
| | Empty | Each move of loading or unloading of container or each move of transfer in container terminal | 77,000 |
| 40 feet container | Full | Each move of loading or unloading of container or each move of transfer in container terminal | 55,000 |
| | Empty | Each move of loading or unloading of container or each move of transfer in container terminal | 100,000 |

## 6. Exploitation of special equipments :

- For exploitation of wire , chain and other similar extra devices for repositioning , loading or unloading of a container 55 dollars extra to the THC tariffs will be charged .

## 7. Heavy weight containers :

For loading and unloading or repositioning of such containers only allowed and special equipments of the port will be used and all changes will be received in accordance with the functioning hours of the special equipments and on the basis of the mutually agreed tariffs .

## 8. Stripping of containers :

-  Charges of the complete stripping of a 20feet FCL container will be 880,000 Rials and 40feet container 1,100,000 Rials which will be done on request of the cargo owner and will also be incumbent on the cargo owner.
-  Charges of the complete stripping of a 20 feet LCL container will be 110 Dollars and 40 feet container 132 Dollars which will be done after the container enters the operations terminal site and its payment is incumbent upon the shipping line or its agent .

Note : if the shared ownership of LCL containers is not stated before entry of the vessel , 132 dollars for 20feet container and 165 dollars for 40feet container will be acquired from the shipping line or its agent .

-  For provision of extra services and operations in stripping of containers into a wagon , an extra amount of 77,000 Rials for 20feet container and 99,000 Rials for 40feet container will be exacted by the contractor of the port in addition to the container stripping charges .
-  Charges of stripping a part of the container space will be determined as follow :

**Tariff of stripping of containers on the basis of the cargo volume**
**Table 19**

| Container size | Cargo volume | Amount in Rails |
|---|---|---|
| 20feet container | Up to 3 cubic meters | 220,000 |
| | Up to 10 cubic meters | 310,000 |
| | Over 10 cubic meters | 440,000 |
| 40feet container | Up to 3 cubic meters | 220,000 |
| | Up to 10 cubic meters | 310,000 |
| | Up to 15 cubic meters | 440,000 |
| | Over 15 cubic meters | 660,000 |

**9. CFS storage including :**
Table of charges of keeping cargo in CFS of unloaded cargo from shared containers (LCL) in container terminal ( in tons per day )

**Tariff of cargo storage in CFS**

**Table 20**

Unit : ton / day / Rails

| Storage period | From unloading date up to 10 days | From 11 to 30 days | From 31 to 45 days | From 46 to 60 days | From 61 to 75 days | From 76 to 90 days | From 91 days onward |
|---|---|---|---|---|---|---|---|
| Import | Exempted | 2,970 | 4,400 | 6,600 | 8,800 | 13,200 | 17,600 |
| Foreign transit and transship | Exempted * | 1,350 | 2,000 | 3,000 | 4,000 | 6,000 | 8,000 |
| Export | Exempted | Exempted | 2,000 | 3,000 | 4,000 | 6,000 | 8,000 |

*transshipment cargo exemption period is 20 days

46

- After expiry of the exemption period , the storage charges will be calculated and received on the basis of the whole period of stay in the terminal ( from the unloading day up to the last day of stay ) and on the basis of the related column rates .

## 10. Loading and unloading of cars in/out of container :

**Table 21**

| Loading and unloading of cars in/out of container | 265,000 Rials |
|---|---|
| lashing of cars in the container | 615,000 Rials |

**Table 22**
## 11. Monitoring and services of refer containers

For monitoring and services of refer containers , the following charges will be received  in addition to the THC and related storage charges .

| Refer 20 feet container in the yard | 88,000 Rials | Every 24 hours |
|---|---|---|
| Refer  40 feet container in the yard | 132,000 Rials | Every 24 hours |

- These services include plugging and unplugging and temperature control too .
- Container terminal will not be held liable for any technical and repairing problems of refer containers and will only report the situation to the shipping line or its agent .
- The plugging and unplugging services for refer containers on vessel board will be done at the requests and needs and will cost 22 dollars for each container .
- The repositioning changes of the refer containers stripped into special storage areas will be due to the container terminal operator of the ports .

**Accessory services**

**Table 23**

| No | Description | Amount |
|----|-------------|--------|
| 12 | **Crane standby :**<br>After 30 minutes standby , for each hour or a portion of an hour of gantry crane | 220 Dollars |
| 13 | **Label :**<br>Removing label from container | 44,000 Rails |
| | Sticking label to container | 44,000 Rails |
| 14 | **Flat rocking of the container ( per wall )** | 44,000 Rails |
| 15 | **Tarpaulin covering of open top containers :**<br>20feet container | 90,000 Rails |
| | 40feet container | 135,000 Rails |
| 16 | **Administrative and current changes :**<br>Changing the container's status from import to transship and vice versa | 90,000 Rails |
| | Changing the destination port of container delivered to CY | 135,000 Rails |
| | Container loaded on trailer for being loaded to vessel , but brought back to CY at the request of the shipping agency | 33 Dollars |
| | Issuing of manifest for each unit of container | 4,400 Rails |
| | Issuing of interchange between lines | 132,000 Rails |
| | Amendment or attachment of data at the request of the agency or cargo owner , per unit | 26,400 Rails |
| | Manual data entry of the loading list , per unit of container | 4,400 Rails |
| | Preparing and issuing of the final stowing plan ( bay plan ) , per unit of container | 4,400 Rails |
| | Correcting and changing of position of the container when the container door orientation is not correct | 11 Dollars |
| | Container delivered to port without statement of destination | 132,000 Rails |
| 17 | **Plumbing charges ( in sealing and unsealing ) :**<br>For each number of seal used | 17,500 Rails |
| 18 | **Time renting of equipments :**<br>Each hour of gantry crane | 297 Dollar |
| 19 | **Lashing and unlashing charges ( in operations other than THC ) :**<br>Per unit of container | 1 Dollar |

48

# Attachment :

# Other tariffs

**Charges receivable from ships and vessels for quarantine services expenses**

From all ships and vessels entering Islamic Republic of Iran's territorial waters from foreign ports and stay in Iranian berths and ports are charged some amounts as "quarantine service charges" for each marine trip on the basis of the following table which are deposited in the account of ministry of health , treatment and medical education .

**Table 24**
A. cargo and passenger vessel

| No | Gross capacity of vessel | Quarantine service charges |
|----|--------------------------|----------------------------|
| 1  | Up to 500 tons           | Exempted                   |
| 2  | From 501 to 1000 tons    | Each unit 26/4 Dollars     |
| 3  | From 1001 to 2500 tons   | Each unit 34/1 Dollars     |
| 4  | From 2501 to 4000 tons   | Each unit 41/8 Dollars     |
| 5  | From 4001 to 5000 tons   | Each unit 45/1 Dollars     |
| 6  | From 5001 to 7000 tons   | Each unit 49/5 Dollars     |
| 7  | From 7001 to 10000 tons  | Each unit 52/8 Dollars     |
| 8  | From 10001 to 20000 tons | Each unit 57/2 Dollars     |
| 9  | From 20001 to 30000 tons | Each unit 60/5 Dollars     |
| 10 | From 30001 tons upward   | Each unit 64/9 Dollars     |

( Enactment of the board of ministers under number 37954 dated 16.6.1379 )

**Table 25**
B. Oil Tankers

| No | Gross capacity of vessel    | Quarantine service charges |
|----|-----------------------------|----------------------------|
| 1  | Up to 5000 tons             | Each unit 26/4 Dollars     |
| 2  | From 5001 to 15000 tons     | Each unit 31/9 Dollars     |
| 3  | From 15001 to 25000 tons    | Each unit 37/4 Dollars     |
| 4  | From 25001 to 35000 tons    | Each unit 41/8 Dollars     |
| 5  | From 35001 to 45000 tons    | Each unit 45/1 Dollars     |
| 6  | From 45001 to 55000 tons    | Each unit 49/5 Dollars     |
| 7  | From 55001 to 65000 tons    | Each unit 52/8 Dollars     |
| 8  | From 65001 to 75000 tons    | Each unit 57/2 Dollars     |
| 9  | From 75001 to 100000 tons   | Each unit 60/5 Dollars     |
| 10 | From 100001 to 150000 tons  | Each unit 64/9 Dollars     |
| 11 | From 150001 to 250000 tons  | Each unit 68/2 Dollars     |
| 12 | From 250001 tons upward     | Each unit 72/6 Dollars     |

C. In addition to the amounts mentioned for health care measures , some amounts are also acquired as   charges of rodent removal and issuing international certificates from vessels lacking credible certificates according to their registered net weights as described below :

**Table 26**

| No | Registered net weight of vessel | Charges of rodent removal and issuing international certificates |
|----|---------------------------------|------------------------------------------------------------------|
| 1  | Up to 100 tons                  | Exempted                         |
| 2  | From 101 to 1500 tons           | Each unit 113/3 Dollars          |
| 3  | From 1501 to 2500 tons          | Each unit 189/2 Dollars          |
| 4  | From 2501 to 3500 tons          | Each unit 211/2 Dollars          |
| 5  | From 3501 to 4500 tons          | Each unit 284/9 Dollars          |
| 6  | From 4501 to 5500 tons          | Each unit 322/3 Dollars          |
| 7  | From 5501 to 6500 tons          | Each unit 379/5 Dollars          |
| 8  | From 6501 to 7500 tons          | Each unit 455/4 Dollars          |
| 9  | From 7501 to 8500 tons          | Each unit 492/8 Dollars          |
| 10 | From 8501 tons upward           | Each unit 531/3 Dollars          |

**Explanation :**
Costs of the amounts of poisons used will be calculated and added to the above amounts with respect to the temporal values .

### Tariff of communication charges

**Table 27**
A. Land line charges (LL)

| From Iran to | Charges in Gold Franc | | |
|--------------|------------------------|------------------------|------------------|
|              | Each word of telegram  | Telephone per minute   | Telex per minute |
| **Islamic Republic of Iran** Coastal station region Others regions | 0.00 0.20 | 0.00 1.00 | 0.00 0.60 |
| **Europe** Turkey Other countries | 1.30 1.50 | 6.00 6.30 | 3.70 4.40 |
| **Africa** Algeria , Egypt , Morocco , Tunisia Other countries | 1.50 1.60 | 4.50 8.60 | 4.40 5.80 |
| **Asia** Pakistan | 0.30 | 2.80 | 1.58 |
| Iraq , Bahrain , Kuwait , Oman , Qatar | 0.35 | 2.90 | 2.90 |
| UAE , Bangladesh , Cypress , Yemen , Saudi Arabia , Syria , Lebanon | 0.37 | 4.00 | 4.40 |
| Japan , Hong Kong , Indonesia , Korea , Malaysia , China , Maldives , Singapore , Sri Lanka , Thailand , Philippines , Taiwan | 0.40 | 7.50 | 5.90 |
| Australia and Oceania | 1.30 | 10.00 | 5.90 |
| America | 1.00 | 5.00 | 4.40 |

51

**Table 28**
B. Coast station charges (CC)

| | Charges in Gold Franc | | |
|---|---|---|---|
| | Each word of telegram | Telephone per minute | Telex per minute |
| **Telegrams** | 1.00 | | |
| **Telephone contacts ( minimum 3 minutes )**<br>VHF<br>MF<br>HF | | <br>2.00<br>2.34<br>2.34 | |
| **Radio telex contacts ( minimum 3 minutes )** | | | 3.00 |

**Explanations :**
Vessel to coast radio charges calculations :
**A. Coast station charges (CC)**
If the vessel asks for a radiotelephone  communication or sending a radio telegram or radio telex to the port's operation district and the city where the radio station is located , the basis for calculations will be only the CC amount .
**B. Land line charges (LL)**
If the vessel asks for a radiotelephone  communication or sending a radio telegram or radio telex to other parts of Iran or out of country from the coastal station , the basis for calculations will be only the sum of CC and LL amounts .
**Note 1 :**
All messages of vessel to the HARBOR , QUARANTINE , PORT CONTROL , PORT HEALTH , and MASTER addresses through VHF - telegram or radio telex will be allowable .
Radio charges from coast to vessel for all telephone communications , sending telegrams or radio telex from coast to vessel will include only LL charges .
**Note 2 :**
1. In order to persuade Iranian vessels to use coastal stations of the country , all radio communications ( vessel to port and port to vessel ) including radiotelephone , telegram and radio telex will be calculated at 50% discounted rates .
Clarifying that for the communication requests of Iranian vessels through coastal stations to outside the country , the basis of calculations will be the tariff and such communications will not be subject to the 50% discount .
2. On the day of victory of Islamic revolution ( February 11 ) , first of Farvardin ( Iranian new year day = March 21 ) , and religious feasts of Qorban , Qadir and Fitr , 5 days in total , providing radio services to Iranian vessels on HF band will be free of charge .
3. Provision of medical services to all vessels through contact of the vessel with a physician on the coast , having contract with the organization , is also free .
4. In order to encourage and persuade foreign vessels to contact marine communication stations of Iranian ports , for all radiotelephone services between 22 o'clock and 4 o'clock

52

in the morning of next day of the 25th of December only land line charges (LL) will be calculated .

Note 3 –
1. Radiotelephone : minimum time calculated will be 3 minutes including 1 minute of operator's charge .
2. Radio telex : minimum time calculated will be 3 minutes including 1 minute of operator's charge .
3. Minimum amount for regular telegram will be 7 words , and it will be calculated at two folds if it is urgent .
4. Minimum amount for telegram received as SLT will be 22 words .
5. All figures listed on the related tables are in GOLDEN FRANC .
6. The exchange rate being used for calculations of each month will be the formal exchange rate of Dollar against Rial on the last day of the previous month .

*C. Provision of navigation safety ( Navtex ) services including broadcasting of meteorological messages , seafaring warnings , primary emergency messages and navigation signs are free of charge .*

## Tariffs of diving operations charges

**Table 29**

Tariffs of diving operations charges are as per the following table

| No | Operation type | Depth in feet | Rate for man-hour |
|----|----------------|---------------|-------------------|
| 1 | Underwater inspection and search operation | 0 to 60<br>60 to 120<br>120 upward | 9,000 Rails<br>13,500 Rails<br>18,000 Rails |
| 2 | Recovering and floatation operation | 0 to 60<br>60 to 120<br>120 upward | 12,000 Rails<br>18,000 Rails<br>24,000 Rails |
| 3 | Underwater technical operation like welding , cutting , scraping , dredging , underwater washing , taking pictures or video , repairing and so on . | 0 to 60<br>60 to 120<br>120 upward | 15,000 Rails<br>22,500 Rails<br>30,000 Rails |
| 4 | Destruction , explosions and detonation operations | 0 to 60<br>60 to 120<br>120 upward | 20,000 Rails<br>30,000 Rails<br>40,000 Rails |

(enactment of the high commission of the ports and shipping organization under number 1/8861 dated 16.10.74)

## Method of calculation of diving operations charges

A. Diving operations charges are equal to multiplication of the hours of work by the number of people participated in the operation by the amount stipulated on the above table .
B. Charge of tugboat or vessel is equal to the working hours multiplied by the rate of hourly rental of the unit used .

C. 50% of the charges of the paragraph A will be added to the sum of charges as amortization of the equipments , consumed materials and mission charges of personnel involved in diving operation .

D. Charges of accommodation of the diving personnel in missions not using tugboats of the port will be borne by the applicant .

**Tariff of charges of collecting and cleaning of oil materials per hour**

**Table 30**

For each hour

| No | Equipment needed | Number | Iranian vessels | Foreign vessels |
|----|------------------|--------|-----------------|-----------------|
| 1 | Tugboat | 1 unit | In accordance with tariff | |
| 2 | Boat | 1 unit | In accordance with tariff | |
| 3 | 500 ton barge without engine | 1 unit | In accordance with tariff | |
| 4 | Oil patches harnessing boom | For each 20 meters | Rails 480,000 | Dollars 300 |
| 5 | Skimmer | Up to capacity of 20 cubic meters per hour | 400,000 | 250 |
| 6 | Skimmer | From capacity of 21 to 50 cubic meters per hour | 640,000 | 400 |
| 7 | Chemical cleaning materials | For each liter | 80,000 | 50 |
| 8 | Separator exploitation | Per cubic meter of collected materials | 80,000 | 50 |
| 9 | Port institutions washing device | Not including Chemical cleaning materials | 240,000 | 150 |
| 10 | Wages of technicians and casual workers | Each man-hour | 80,000 | 50 |
| 11 | Expert consultancy charges | Each man-hour | 340,000 | 150 |

**( enactment of the high commission of the ports and shipping organization under number 1/8861 dated 16.10.74 )**

**Note** - if the pollution place is located in a distance  farther than 17 nautical miles , then , 30% is added to the rates of the equipments .

## Tariff of registry duties of a vessel *

Article 13 - registry duties and other duties applicable to registration of title documents of a vessel are as follow :

**Table 31**
A.  Registry duties tariff

| No | Gross registered capacity of vessel | Registry duties tariff in Rails |
|----|-------------------------------------|---------------------------------|
| 1  | Under 500 tons                      | Each unit 30,000                |
| 2  | From 501 to 1000 tons               | Each unit 40,000                |
| 3  | From 1001 to 1500 tons              | Each unit 50,000                |
| 4  | From 1501 to 2000 tons              | Each unit 70,000                |
| 5  | From 2001 to 2500 tons              | Each unit 90,000                |
| 6  | From 2501 to 3000 tons              | Each unit 110,000               |
| 7  | From 3001 to 40000 tons             | Each unit 130,000               |
| 8  | From 4001 to 5000 tons              | Each unit150,000                |
| 9  | From 5001 to 6000 tons              | Each unit 170,000               |
| 10 | From 6001 to 7000 tons              | Each unit 190,000               |
| 11 | From 7001 to 8000 tons              | Each unit 210,000               |
| 12 | From 8001 to 9000 tons              | Each unit 230,000               |
| 13 | From 9001 to 10000 tons             | Each unit 250,000               |
| 14 | From 10001 tons upward              | Each unit 300,000               |

B. Renewal registry duties of vessels will be on the basis of 50% of the registry duties listed in the article A above .
C. Charges of registration of changes in certificates are 5000 Rials per change in specifications or characteristics of the vessel or its components .
D. Charges of issuing duplicate certificate for registration of a vessel will be 30% of the registry duties of the same vessel .
*( articles extracted from the marine law of Iran approved by common commission of the parliament on 29.6.1342 )

**Registry duties of transactions on ships and vessels**

**Table 32**
Registry duties of all transactions related to ships and vessels (including mortgage or else)

| No | Net registered capacity | Registry duties |
|----|-------------------------|-----------------|
| 1 | Under 500 tons | 30,000 Rials |
| 2 | From 501 to 1000 tons | 50,000 Rials |
| 3 | From 1001 to 5000 tons | 100,000 Rials |
| 4 | From 5001 to 10000 tons | 150,000 Rials |
| 5 | From 10001 tons upward | 250,000 Rials |

**Table 33 Note of protest**

Vessels carrying Iranian flag

| No | Registered gross capacity | Amount payable |
|----|---------------------------|----------------|
| 1 | Up to 10000 tons | 30,000 Rials |
| 2 | Over 10000 tons | 50,000 Rials |

**Table 34 Vessels carrying foreign flag**

| No | Registered gross capacity | Amount payable |
|----|---------------------------|----------------|
| 1 | Up to 10000 tons | 300 Dollars |
| 2 | Over 10000 tons | 500 Dollars |

**Table 35**

Table of calculation of expenses for provision of re-inspection services for vessels carrying foreign flag

| Vessel capacity | Re-inspection service provision charges in working hours |
|-----------------|----------------------------------------------------------|
| Gross capacity of less than 500 GT | 80 Dollars |
| Gross capacity of 500 GT to 1000 GT | 120 Dollars |
| Gross capacity of 1001 GT to 3000 GT | 200 Dollars |
| Gross capacity of 3000 GT to 4000 GT | 400 Dollars |
| Gross capacity of over 40000 GT | 600 Dollars |
| In case of provision of inspection out of working hours and on holidays, the amount of 50 dollars will be added to the charges of above table. | |

**(Enactment of the session number 1470 of the managing board dated 1385.8.15)**

**EXHIBIT "C"**

# PSO news

ISSN 1023-5957

# Private Sector's Largest Investment in Port Sector



**P**rivate sector's largest investment deal has been clinched between 'Shekar-Novin-e Khalij-e Fars' Company and the Ports and Shipping General Directorate of Khuzestan Province, southern Iran. The two parties have signed a contract for construction of a sugar purification complex at Imam Khomeini Port, with the annual capacity of 1 million tons and with an investment amounting to Rls. 1,896 billion. This complex includes a sugar purification and packaging factory, a 50,000 square



meter warehouse, a berth with the operational capacity of 2 million tons per year, and an 18-megawatt power plant, as well as a mechanized transference system. According to recent studies, with the construction of this complex 600 direct and indirect jobs will be created. This project will lead to construction of one of the most important sugar purification, packaging and distributing centers in the Persian Gulf region, while the majority of its products will be exported

Ali Reza Sate'i, Deputy M.D. of the Ports and Shipping Organization (PSO) said the Organization has tried, since 2005, to change the usage of ports from a place for loading and discharging commodities to centers for industrial and logistic activities. "To achieve this objective, we need private investments. So the Organization provided investors with incentives and made the regulations easier."

The result, he said, was investment of over Rls. 8,500 billion in projects by private entrepreneurs in the past two years. According to him, negotiations are under way with private sector for another Rls. 1,500 billion of investments.

Referring to the Rls.-4,000-billion target set in the Fourth Five-Year Development Plan (2005-2010), Sate'i said the Organization is ahead of the target by 150 percent. Moreover, the director of the project, Aref Rezaei said that his company reached an agreement with one of Europe's leading sugar companies, the German BMA AG, six months ago to import equipments and know-how to construct the factory.

Rezaei promised that products of the factory in Imam Khomeini Port will have the highest quality. The factory, with an annual production capacity of one million tons, is expected to take three years to complete.




## Contents

- Chabahar Expansion Project Launched
- Six New Tugboats Join PSO Fleet
- Iran-Turkey Agreed on Developing Marine Transit Ties
- Private Investments in Ports Increase
- Iran and Denmark Insist on Joint Maritime Cooperation
- Caspian Sea; the Largest Inland Reservoir
- IMO's Response to Current Environmental Challenges

News

# Chabahar Expansion Project Launched

The operations of Phase One to expand the Chabahar Port got officially on the way during a ceremony attended by the Minister of Roads and Transportation and the Managing Director of the Ports and Shipping Organization.

The project included dredging of 17.5 million m$^3$ of material from the seabed to form a deep-water approach channel and harbor basin, reclamation of 200 hectares for the terminal area, approximately 1600m of breakwater extension, construction of a 600m multi-purpose berth and a 600m container berth, paving of 64 hectares for terminal together with supplying of four post-panamax quayside container cranes and 12 rubber tyred gantry cranes.

During the ceremony, the Minister of Roads and Transportation stressed the importance of reactivating the Chabahar Port and said: "Access to open waters depends on the reactivation of this region, and through this we can develop the southeast region of the country and the Province of Sistan and Baluchistan."

He announced that the plan would be operative in three years and stressed: "If funds are made available sooner, we would be in a position to finish the project in two years."

Ali Taheri, the Managing Director of the Ports and Shipping Organization pointed to the advantages and the increasing transit potentials of the country in view of the need to have access to open seas for added contacts with the outside world and growth of export and said: "On this basis it was decided to transform Chabahar into the fourth economical pole of the country."

He said: "The Ports and Shipping Organization has engaged domestic and foreign consultants to undertake studies essential for preparing the Chabahar Port's Master Plan. These included the studies on market, port design, models for loading and discharge systems and project phasing, leading finally to a Master Plan until the target year of 2030."

According to Taheri, following the completion of studies, the project was tendered as International Competitive Bidding according to international standards, and the Khatam Ol Anbia Base won the contract at a price of USD 340 million beating domestic and international consortiums from Japan, China and South Korea. Quoting the figure for project implementation as USD 340 million, he added: "The implementation of the plan, the construction of piers and breakwaters, dredging and removing sediments will







increase the port's capacity, allowing even ships of up to 100,000 DWT to berth."

Stressing the deployment of appropriate cargo handling equipment in the region, Taheri said: "This amount of investment is unique in the region and this type of action was unprecedented in the Province." He expressed hope that the plan to develop and prosper Chabahar would transform it into the Gateway to Iran.

Taheri also announced the news of the Indians' and Russians' interest to invest in the Corridor and hoped that it would be realized soon.

The Managing Director of the Ports and Shipping Organization said: "The Port of Chabahar has been designed and founded on the basis of its transit situation, and will achieve the objectives of 6 million tons capacity set for Phase One in the market studies, playing a major role in facilitating business between Central and Southeast Asia."

# MEPC 56 Names Persian Gulf and Gulf of Oman Special Sea Area

During its 56th Session held from 13 July 2007 in London, the Marine Environment Protection Committee (MEPC) named the Persian Gulf and the Gulf of Oman as Special Sea Area.

A Special Sea Area refers to an area where strict control of shipping activities is needed due to particular oceanic conditions, heavy shipping movements and high environmental sensitivity.

The United Nations Convention on the Law of the Sea (UNCLOS, 1982) has provided the coastal countries the right to clearly define their Special (sensitive) Sea Areas within their exclusive economical territory, by submitting the full details.

Given the annual movement of approximately 40,000 vessels, the intensive exploration of oil reserves from the sea, the sensitive marine habitats including the mangrove forests and the coral reefs, and the existence of precious shallow water fishes, shrimps, turtles, marine mammals such as dolphins and valuable spawning and vegetation zones, the International Maritime Organization (IMO) accepted the littoral states' request, and agreed that in this special regulations to prevent pollution in the Persian Gulf and the Oman Sea.

To enforce the special regulation of these areas, the littoral states must adopt the regulations in Annexes I and V to MARPOL 73/78.

The two main criteria in this respect are the ratification of MARPOL 73/78 by the Persian Gulf states and the provision of reception facilities by ships to prevent the discharge of oily wastes and to prevent and avoid water from the ships in the region.

Through conditions created in the Conventions, the regional states including Iran, Qatar, Bahrain, the United Arab Emirates, the Saudi Arabia and Kuwait have, through the document MEPC56/02, jointly requested the IMO's Main Committee to consider MEPC as the main authority for handling requests for SA status, to show that they are taking the necessary action after being verified the compliance with conditions stated in the Convention.

The regulations stipulated in Articles 15 and 34 of the Annex I and Article 5 of Annex V to MARPOL 73/78 set stricter restrictions on discharge of oily wastes and other materials by ships, which are not applied outside the Special Area. Nonetheless, the new regulations are considered as an important and valuable accomplishment towards protection of the regional environment.

2

**News**

Witnessed by Roads and Transportation and Defense Ministers:

# Six New Tugboats Join PSO Fleet



With the completion of design and construction of six 1200 HP tugboats by the Maritime Industries Division of the Ministry of Defense (Shahid Tamjidi), the launching ceremonies of these boasts were held in the Port of Anzali in the presence of the Minister of Defense, the Minister of Roads and Transportation, the Managing Director of Ports and Shipping Organization and a number of people's representatives in the Islamic Consultative Council. The mentioned tugs have three functions of "berthing ships", "towing vessels" and "maritime fire fighting", and are fully equipped with the state-of-the-art safety equipment and navigation-communication systems. The six boats named FEREIDOONKENAR, ALAM KOOH, MIANKALEH, MASOOLEH, VALASHT and CASPIAN, built on special order of the Ports and Shipping Organization in the Shahid Tamjidi Maritime Industries will be deployed in the northern ports of Iran (in the Caspian Sea). It is worth mentioning that the tugboats were built by Iranian experts and engineers under the supervision and approval of B.V., the French Classification Society. Mostafa Najjar – the Minister of Defense – said during the launching ceremony of the tugboats: "Each boat has a length of 25m, width of 7.25m and draught of 2.65m. They are equipped with 2 engines reaching a top speed of 11 knots. A sum of 12,280,000 Euros was invested to build these boats."

The Minister of Defense added that the boats are equipped with VHS–SSB–GPS and NAVTEX communication system, echo sounder, radar and direction finders. The tugboats' engines were built by MANN Co. of Germany, and their motors and generators by VOLVO of Sweden and STAMFORD UK. Each boat is equipped with two generators of 60,127 A power. He also stressed the importance of developing and strengthening the national maritime fleet in the Caspian Sea.

In the ceremony, Ali Taheri guaranteed PSO's support of the maritime industries and cited the construction of over 116 vessels either through joint venture with foreign concerns or built 100% domestically at a total value of Rls. 2,720 billion as the proof of the Organization's commitment towards maritime industries.

Stating that the Shahid Tamjidi Maritime Industries Group have proven their worth in this domain, Taheri referred to the PSO's privatization drive and said: "In the last two decades, PSO has shown to be the leading organization in privatization, and one can mention the construction of the first buoy laying vessel, passenger ships and tugboats by the private sector."

He added: "Moreover, 97 passenger ships were built or are under construction through administered funds, out of which 15 ships have been delivered and 16 more are due for delivery by September."





With the Objective of Activating NOSTRAC:

# Iranian Study Group Visit Indian Transportation Infrastructure

The NOSTRAC Study Group of Iran met with representatives of India's marine, rail and road transportation brokerage companies and inspected the ports and transportation infrastructure during an 8-day visit to India.

This trip follows a decision made by the NOSTRAC Planning Council to dispatch study groups from India, the Islamic Republic of Iran and Russia to member States to inspect the transportation infrastructures as well as the transportation and transit potentials of the relevant countries.

Accordingly each study group is to prepare a report for activation of the NOSTRAC Corridor after studying the potential transit capacities of each country and identification of obstacles and issues related to the Corridor and to provide applicable solutions to these problems. In this context, the Iranian Study Group composed of representatives from the Ports and Shipping Organization, the Road Transportation and Maintenance Organization and the Islamic Republic of Iran Shipping Lines presented the NOSTRAC Secretariat with their report on their eight-day visit to India, with the objective of removing obstacles facing the NOSTRAC Corridor towards the implementation of the Iran – India bilateral agreement for transportation of Indian export goods to Russia, North Europe and Scandinavia through Iran, as well as expansion of ties among NOSTRAC member states.

It should be mentioned that at the first stage, the Indian Study Group visited Iran in the year 2004 to prepare a comprehensive report on the facilities and the rail, road and port infrastructures on the Bandar Abbas to Amirabad and Anzali route on the path of cargo transited from the Indian Subcontinent to Russia, North Europe and Scandinavia.

The result of the findings in the report was submitted to the Iranian transportation organizations and stakeholders to remove the obstacles and increase the facilities and the road, rail and port capacities.



# Iran-Turkey Agreed on Developing Marine Transit Ties

Iran and Turkish maritime officials attended the First Port-Maritime Cooperation Joint Committee on September 4-6 2007.

The Conference was held according to the articles of the MoU of 19th Joint Commission between the IR of Iran and Republic of Turkey.

The Iranian delegation, headed by Eng. Gh. Sasani, Director General of Transit & Tariff of the Ports and Shipping Organization (PSO) of Iran, and the Turkish delegation, Headed by Sn. Sami Kabas, Director General of the Shipbuilding and Shipyards of the Republic of Turkey stress the necessity of expanding commercial marine transportation and transit ties. Both sides after evaluating the level of ties in ports and maritime cooperation between the two countries, discussed and exchanged information based on the Joint Committee's program.



During the meeting The Iranian side introduced general information and specifications of Iranian ports and foreign investment opportunities in ports and port development projects such as vast back-up areas, berth and basin construction projects; the construction of oil and petrochemical import and export facilities; developing container, refer, general cargo and transit terminals and added value activities; bunkering, processing and re-export products as well as ship building and ship repair yards.



During the meeting the Iranian side handed over a draft MoU 'Concerning the recognition of certificates of competency for service', and delivered a report about joint cooperation between the Islamic Republic of Iran and the Republic of Turkey for the development of transit transportation. In this report, investment opportunities and advantages of Transit between Europe, the Indian Sub-Continent, South East Asia through corridors, Iranian Transit ports and Turkey was introduced. The Turkish side introduced the facilities in the Lake Van, including the rail around the lake and the two ferry boat quays for the transport of vehicles.

The private companies representatives also effectively attended the meeting's discussion:

During the meeting Sadra Company, as one of the active Iranian private companies in the construction of commercial and service vessels and tankers and also in the supply of parts and repairing of vessels was introduced and it was proposed that active Turkish vessel construction and repair companies have bilateral cooperation with Sadra Co..

This cooperation can be on a particular basis or joint agreements to use the facilities of one another. The Iranian side introduced the Asia Classification Society as the classification company of the Islamic Republic of Iran and requested a bilateral meeting between the mentioned company and Turkey's classification company (Turk Loydu Vakfi)

within the next three months. The two parties expressed support for further cooperation and signing an MoU between the two classification companies. In the meeting National Iranian Tanker Company (NITC) requested Turkish ship building companies to deliver better services in repairing oil tankers of NITC. Moreover, the Bana Dostare-Karavan (BDK) Marine Bunkering Company as one of the active companies in bunkering and trading expressed readiness in providing facilities in the following fields:

-To invest in the Tank Farm storage tanks.
-To invest in chartering & buying vessels
-To make a joint venture and commence business abruptly
-To bestow the L.S.G.O & H.S.F.O bunkering of vessels

The Turkish side also visited the Shahid Rajaee Port Complex and ship building companies in Bandar Abbas.

The First Port-Maritime Cooperation Joint Committee between IR of Iran and the Republic of Turkey

News

## Private Investments in Ports Increase



**A**li Reza Sate'i, Member of the Board and PSO Deputy M.D. for Ports and Special Zones Affairs in a news conference predicted the volume of private investment to reach Rls. 25,000 billion by the end of the Fourth Plan.

He added: "According to the Fourth Economic Plan, PSO must increase the investment of the private sector from Rls. 2,000 billion to Rls. 4,000 billion by the end of the Plan. In this context and through facilities and creating trust, PSO has been able to attract Rls. 10,000 billion in investment, which means we are in advance at a rate of 1.5 times the planned schedule."

He stressed: "Our ports have a high potential to attract investment and the mentioned figures can be increased five times over, since only 20% of the potentials have been used."

Sate'i pointed to the new regulation on the Special Economic Zones and added: "The new regulations allow 100% investment by foreign firms on national port projects."



Referring to PSO's position on privatization, Sate'i said: "Currently, all the PSO's terminals are being managed by the private sector and from now on, PSO will no longer purchase any port equipment." He added: "A sum of Rls. 520 billion has been allotted from the Administered Funds for the benefit of private firms interested in investment on port equipment.

"According to the mentioned plan, PSO is trying to obtain the Organization Council's approval for conceding the titles of 400 port related machines and equipment to active private companies." The Member of PSO Board of Directors stressed: "In the context of Government privatization policies, we intend to hand over the management of small ports to the private sector and therefore the management of the Port of Fereidoonkenar will soon be privatized." He continued by announcing the news of wheat export from ports

for the first time and said: "Since Iran has been a wheat importer so far, Iranian ports lack wheat export equipments. Therefore, following the announcement of news of wheat export by the Ministry of Commerce, PSO has initiated the move to equip the ports for the purpose."

Sate'i said: "Through planning and action plans, and after agreement between the Commercial Services Company and Tidewater Terminal Operators, the cereal silo has been prepared by the Company at Imam Khomeini Port and they are decontaminating the silo for export of wheat by the end of August."

He said: "The necessary investments have been made to export an annual amount of one million tons of wheat from the Port of Imam Khomeini, and it is now possible to export 10,000 tons of wheat per day on board of 45,000 DWT vessels."

## The First Health, Safety and Environment (HSE) Training Center in Orumieh

**T**he Ports and Shipping Organization (PSO) has set up the first Health, Safety and Environment (HSE) Training Center along the coasts of Orumieh Lake, in cooperation with the private sector and under the license of international colleges. PSO has established the first HSE Training Center in Orumieh in the context of the Organization's objectives of enhancing safety, protecting the environment and reducing accidents at sea and ports.

Accordingly, the Organization, in collaboration with international colleges, has developed special programs for navigation safety, consisting of the four safety measures, maritime search and rescue, fire fighting at sea, and special port safety.

The courses to be offered are the firefighting training programs (including the safety of hazardous cargoes, terminals and oil platforms, fighting fires caused by hazardous materials, safety and firefighting for port equipment and installations), the environmental training programs (including environmental management systems, ballast water, oil pollution at sea, recycling waste materials), and health programs (including health of port staff and seafarers, health protection and first aid, decontamination of cargo transportation equipment, emergency units and health crises at ports and sea).

It should be mentioned that after the establishment and initial



phases and the provision of training materials, the Center will admit HSE trainees from regional countries such as Azerbaijan, CIS, Iraq, Turkey and Afghanistan.

Educating Iranian trainers in the field of HSE is among the objectives of the Center. For this reason, the initial training sessions will be conducted by foreign lecturers, and then a number of Iranian specialists will be dispatched to relevant colleges for further education.



**News**

# National Marine Pollution Response and Maritime Search and Rescue Exercises in Anzali





The Ports and Shipping Organization, in collaboration with the Department of Environment, the Iranian Fisheries Organization, the National Iranian Tanker Company, the Islamic Republic of Iran Shipping Lines, the Oil Products Exports Terminals, the Iranian Offshore Oil Company, the IRI Navy, the IRI Police, the Islamic Revolutionary Guards Naval Force and the Red Crescent Society, organized the national marine pollution response and maritime search and rescue exercises in the Port of Anzali.

The mentioned exercises were undertaken with the objective of accurate implementation of the national plan for preparedness, response and cooperation

against pollution, enhancing national readiness at times of major incidents leading to marine pollution, improving coordination among national organizations in conducting marine pollution response, improving the marine pollution reporting systems, self assessment and determination of the weaknesses and strengths of the oil spill response system and enhancing the quality of the maritime search and rescue system in the country.

The exercises were held by the PSO teams trained in combating oil pollution and maritime search and rescue deploying over 17 vessels, flying units and mechanical systems for collecting oil from the sea surface.

# The CSC Training Session Held in Collaboration with Germanisher Lloyd





In a move to implement the International Convention for Safe Containers (CSC) in ports and in view of the need for creating the proper grounds for promoting the culture of the mentioned Convention among terminal operators, shipping lines, container owners, charterers and classification societies, the Ports and Shipping Organization initiated a number of training sessions to introduce the Convention.

Accordingly PSO opened negotiations with the Germanisher Lloyd Classification Society (GL), and Mr. Guido Hoege Boeck traveled to Iran to lecture on the International Convention for Safe Containers (CSC) during

the mentioned training sessions. Mr. Boeck has 11 years of experience as container surveyor in the GL and has been responsible for container certificate approval and awarding for 8 years.

As the Islamic Republic of Iran is the only regional country joining the Convention and given the special procedures for enforcing the Convention in ports, it would be beneficial to learn from the experiences of member States in its correct implementation. Representatives from important shipping lines, port and terminal operators, port experts and the domestic and foreign classification societies attended the course.

**News in Brief**

## Maritime Experts Trained to Review Maritime Accidents

Given the importance of accurate reviewing of the maritime accidents in preventing similar cases, and enhancing the know-how of PSO's experts on sea accidents, the Organization organized a 5-day training course on reviewing the maritime accidents.

Subjects discussed during the training session included the history of sea accidents, introduction to different types of sea accidents and the main factors in sea accidents, including human and technical factors. Moreover the regulations, conventions, guidelines and international references for review of accidents were introduced and the different procedures and stages of review and analysis of sea accidents through a systematic method and application of scientific methodology based on IMO Model Course were presented. It should be mentioned that these courses, which were provided previously by foreign lecturers, were conducted for the first time by Iranian professors.

## Initiatives Taken for North –South Oil Transit

Alexander S. Bobreshov, the Vice President and Member of the Board of the Russian Railways and his accompanying delegation discussed ways of mutual cooperation in transiting oil and related products during a meeting with officials from the Ports and Shipping Organization and the IRI Railways. Given the existing potentials and capacities, the parties agreed to set up an expert committee to review the feasibility of transiting oil and related products from CIS and Central Asia to Southeast Asia. They further agreed to set up a center to study, remove obstacles and propose practical solutions for the purpose.

## Port of Chabahar Awarded IMS Certificate

The Port of Chabahar succeeded in obtaining the Certificate for Quality Management, Environment, Occupational Safety and Health Systems based on OHSAS 18001:1999, ISO 14001:2004 and ISO 9001:2000 standards from the R-TUV International Company in Iran.

The scope of the certificate includes maritime and port services consisting of cargo loading, discharge and storage, ship registration and inspection, seafarers examination and certification, repair and maintenance of equipment and installations, and safety and protection of the marine environment. Following a review of the provincial ports in accordance with the conditions of the integrated management system during a 14-month project, and through training the specialists and implementation of the management system, the Directorate General of the Sistan and Baluchistan Ports and Shipping was able to obtain the Integrated Management System (IMS) Certificate following an audit by the issuing company.

# Who's Who in PSO



S. Mohammad
Member of the Board & Deputy
Managing Director for Maritime Affairs
Tel : + 98 21 88651110
Fax: + 98 21 88651112
E-mail:momeni@pso.ir



E. Azizabadi
Director General of Seafarers
Standards,
Training and Certification
Tel : + 98 21 22288021
Fax: + 98 21 22282500
E-mail:azizabadi@pso.ir



Davood Szarti
Director General for
International Maritime
Specialized Agencies
Tel : + 98 21 88651120
Fax: + 98 21 84932107
E-mail:dsharti@pso.ir



S Ali Estiri
Director General for
Maritime Affairs
Tel : + 98 21 84932675
Fax: + 98 21 84932190
E-mail:estiri@pso.ir



M. Ghadsri
Director General of
Safety & Marine
Protection
Tel : + 98 21 88651118
Fax: + 98 21 84932190
E-mail:ghaderi@pso.ir



H.Alipour
Head of Seafarer
Standards Directorate
Tel : + 98 21 22281592
Fax: + 98 21 22282500
E-mail:alipour@pso.ir



M. Aslankhorco
Head of Training
Department
Tel : + 98 21 84932630
Fax: + 98 21 84932633
E-mail:aslankhorco@pso.ir



Marine Ajeriou
Head of Marine
Communication Department
Tel : + 98 21 84932145
Fax: + 98 21 88651192
E-mail:ajeriou@pso.ir



Ahmad Farhidi
Head of Search and
Rescue & Marine
Environment Protection
Tel : + 98 21 84932172
Fax: + 98 21 84932190
E-mail:porttiti@pso.ir



Nader Parandeh
Head of Seafarer's
Examination's &
Certification Department
Tel : + 98 21 22282501
Fax: + 98 21 22280100
E-mail:parandeh@pso.ir



Ahmed Foroughi
Head of Ship Registration
& Certification
Department
Tel : + 98 21 84932144
Fax: + 98 21 88651192
E-mail:foroughi@pso.ir



Jamal Jafarpour
Head of Maritime
Operation Department
Tel : + 98 21 84932145
Fax: + 98 21 84932675
E-mail:jafarpour@pso.ir



Iraj Roostkhosh
Head of PSC Division
Tel : + 98 21 84932173
Fax: + 98 21 84932190
E-mail:roostkhosh@pso.ir

## Khoramshahr Awarded the IMS Certificate

In the year named for productivity in the Ports and Shipping Organization, the Khoramshahr Ports and Shipping succeeded in obtaining the Integrated Management System (IMS) Certificate, after two years of constant effort of officials and experts towards standardization of processes.

The mentioned system includes the Quality Management System, based on ISO 9001:2000 standards, the Environmental Management System based on ISO 14001:2004 standards and the Occupational Safety and Health based on OHSAS 18001:1999 as defined by the French Bureau Veritas (BV).

## Journalists Trained on "Port and Maritime Concepts"

Considering the vast dimension of shipping industry and dynamic trend of maritime transportation and with a view to the public media's significant responsibility to announce correct and valid news to the public, Ports and Shipping Organization held a training course for journalists on port and maritime concepts.

The course aimed at promoting the knowledge of the journalists in port operation and maritime transportation fields.

P.S.O Managing Director, the Board of Directors and Director General of Port Maritime and Engineering Departments introduce P.S.O. scope of operation to the participants during a 3-day course.

In the final day of the course journalists visited the southern port of Shahid Rajaee and witness the port operation from close distance.

Making Frinds

## Iran and Denmark Insist on Joint Maritime Cooperation

Ali Taheri, the Managing Director of the Ports and Shipping Organization and Soren Haslund, the Danish Ambassador discussed the means of maritime cooperation during a meeting in the PSO's headquarters.

Accompanied by the Embassy's Advisor Mr. Peter Ivertsen and the Commercial Attaché, the Danish Ambassador met with Mr. Taheri and A.Satei,PSO Deputy for Port Affairs and S.E.Z . Stressing the importance of shipping industry for his country, the Danish Ambassador stated: "Despite being a small country, the coastlines and the surrounding seas have made the sea and shipping activities an important feature of the Danish economy and Denmark possesses the most credited shipping lines and the most modern fleet in the world."

He pointed to the movement of the Danish ships, including the Maersk Lines, the world's largest container liners in Iranian ports and stressed the need for expanding cooperation between the two countries in shipping petroleum products, chemicals and LNG.

million TEUs, and for this reason 8 Super Panamax container cranes have been installed in the terminal."

He added: "During the phase II of the project the capacity of the container terminal of Shahid Rajaee Complex will reach 6 million TEUs in two and half years' time."





8

PSO news.octobor 2005

Taheri, referring to Maersk activities in the port of Shahid Rajaee, said: "During meetings held with this Company's representatives in Iran, they expressed their satisfaction of the services provided in the Port, and we hope that once the works on expansion of the Shahid Rajaee Port Complex as well as the development plans are completed and the modern equipment is in place, the port's service would be further improved, allowing the berthing of larger ships of 10–12 thousands TEU in capacity."

Referring to the Shahid Rajaee Expansion Project, the largest container port of the country, to be implemented in three phases, he reiterated: "The current capacity of the port's container terminal currently stands at 1.5 million TEUs, and once the Phase I of the project is completed, this capacity will be doubled reaching to 3

Taheri announced the news of PSO's interest in attracting foreign and domestic investment in the form of BOT contracts for implementing the Organization's development plans and added: "In the context of the Government's privatization policies, the Ports and Shipping Orgarnization has been one of the pioneers of handing over operations to the private sector and so far the management of all the port terminals in the country and most of the ports operations have been handed over to the private sector. Moreover some of the smaller ports are planned to be administered completely by private operators.

" He further announced the PSO's readiness to hand over the construction of infrastructural facilities and port operations to domestic and foreign investors.

## UAE Looks for Investment Opportunities in Iranian Ports

Following the visit by Mahmood Ahmadi Nezhad, the President of Islamic Republic of Iran to the United Arab Emirates (UAE) and positive discussions with the political and economical authorities, which have created the necessary grounds for future economic and executive interactions and planning, the representatives of Ghantoot Groups, one of the leading economic investment corporations in UAE arrived in Tehran to explore opportunities for investment in the country.

Ali Mohammad Sadeq Al Galahi, the President of Ghantoot Group and his accompanying delegation held numerous meetings with the officials of different organizations and ministries, including

the Ports and Shipping Organization, the Tehran Municipality, the Ministry of Energy, the Ministry of Petroleum and the Tidewater Company.

The UAE delegation also visited the Persian Gulf Petroleum Port and the Shahid Rajaee Expansion Project during a trip to Bandar Abbas, and was informed in details of the Shahid Rajaee Expansion Project and the development plans for the Persian Gulf Port during a meeting with officials of the Hormozgan Ports and Shipping. The Ghantoot Group is active in various development projects, road construction, marine, electronic, transportation and other projects.







# Caspian Sea: the Largest Inland Reservoir

**S**pread over an area of 436,000 km², the Caspian Sea is the world's largest inland reservoir, located in the border between Europe and Asia. The coastline of this sea extends over 6500km, with Kazakhstan having the longest coast of 1600km, with Iran (820km), Russia (695km), Turkmenistan (650km) and Azerbaijan (600km) coming next in line.

The deepest point in this lake reaches down to 1025m and the sea has an average depth of 208m, increasing from north to south. There are a number of islands in the sea covering a total area of approximately 2,000 meters. The Sea is fed by over 130 large and small rivers. The largest of these are in the northern coasts, while the small ones are to be found in the western and the southern coasts of the Sea. Volga is the largest river in the Caspian Basin, supplying 80% of the Caspian water alone. The Caspian has no connection to open seas, although ships pass through Volga and then to the Volga-Don Canal to reach the Black Sea and the Baltic. The Caspian Sea can be compared to an aquarium, which holds a wealth of fossil reserves on its bed and a large collection of marine vegetation and species in her heart. Despite being an inland reservoir, the Caspian Sea possesses a rich biodiversity and is the habitat for approximately 1,600 marine species. Sturgeon is the most marine species of the Caspian and over 70% of the world's caviar is supplied from this Sea. The marshlands and lagoons along the coasts of the Sea constitute suitable habitats for millions of indigenous and migrating birds.

## The Caspian Economy

Archeological studies around the Caspian Sea show traces of settlements along the western regions of Turkmenistan, north of Iran and the eastern regions of Azerbaijan dating back to around 12,000 years ago. It appears that the territory surrounding the sea was the breeding grounds for many civilizations.

Although the Sea has always provided the means of income and trade for the coastal residents, in recent centuries and particularly from the 19th century, it gained a new international significance with the industrial exploration of oil in Baku. Before then, the Sea's importance was limited to fishing and shipping, but in recent decades, the issues of exploring the seabed's resources and protection of the environment and the marine environment has also found a new significance.

Russia possesses the largest fleet in the Caspian Sea, although in recent year the Iranian companies have tried to gain a larger share of cargo shipping in this area.

Oil and fuel transfer in the Caspian is mainly realized through pipelines. Along these, tankers carry crude oil from Russia and Kazakhstan to the Port of Neka in Iran, to be taken by the Neka-Rey Pipeline to Tehran Refinery.

The rush for economical exploration of the Sea by some littoral States has resulted in a serious ecological crisis, and according to witnesses, many marine and bird species will become extinct in a near future, transforming the Caspian into a dead sea.

## The Caspian Environment

Due to her enclosed environment and lack of access to open sea, the Caspian ecosystem is quite vulnerable and the protection and conservation of the Caspian environment is therefore a serious responsibility that should be shouldered by all the littoral States. Given the current load of pollution from industrial activities, drilling and explorations, shipping movement and discharge of waste, the invasion of foreign species and illegal fishing, the accomplishment of a sustainable ecosystem would seem impossible without a specific strategy to protect and revive this unique environment. Generally speaking, the sustainable development of the Caspian Sea depends on the conservation of her bio-diversity, which can only be realized through rational and responsible operation of the Sea by all the coastal governments concerned. To this end, it is important for all the states to maintain effective national and regional obligations to preserve the sea.

Under the idea of cooperation among states having common frontiers in enclosed or semi-enclosed seas, Article 123 of the United Nations Convention on the Law of the Sea stipulates: "countries having common frontier in form of enclosed or semi-enclosed sea should cooperate with each other when discharging their duties under this Convention."

The other feature of the Caspian Sea as an inland reservoir is that it is excluded from the principles and regulations on seas related to the vision of maritime regions such as territorial waters, continental shelves, etc. The lack of a legal system governing the Caspian environment can in no way justify the negligence from the international laws governing the seas by the littoral States.

Considering this special characteristic, it is necessary and imperative for the five littoral States, to compile and implement special rules and regulations for conservation and protection of the marine environment.





**Making Friends**

## Iran and Georgia to Develop Marine Ties



The final draft of the agreement on commercial shipping was finalized during the visit of the Ports and Shipping Organization (PSO) delegation to Georgia.

Mohsen Sadeghifar, PSO Director General of Port Affairs announced the news and said: "Considering the existing potentials in Georgia, the draft agreement on commercial-maritime shipping was agreed by the two countries' experts during the fourth Iran-Georgia joint commission in 2005." He added: "The follow-ups by the two countries have resulted in a draft agreement, which was reviewed and finalized by the Iranian and Georgian delegations

during the trip of the PSO delegation to Tiflis."

The Iranian delegation headed by Mohsen Sadeghifar attended several meetings with Georgian transportation officials during their two-day trip, negotiating the terms of the agreement.

The draft of the agreement was finally approved by both parties, making it ready for official signature by the high officials of the Islamic Republic of Iran and Georgia during the future meeting of the two countries' economic commission.

Located in the northwest of Asia on the side of the Caspian Sea, Georgia also has a considerable waterline in the Black Sea (310km) and neighbors the countries of Armenia, Azerbaijan, Russia and Turkey, thus enjoying an ideal situation as a transportation link both on land and the sea through the Black Sea and the Mediterranean. This country imports the bulk of its energy needs including natural gas and petroleum products. The expansion of Georgia's marine transportation sector would be possible by the development of international transportation corridors through the strategic ports of Pouty and Batumi in the Black Sea.




## 10

## Anzali Visited by Representatives from 24 Countries

The Director General of Guilan Ports and Shipping Organization (PSO) invited the Ambassadors and representatives of 24 countries to invest in Anzali Free Trade Zone, during their visit to the Port of Anzali.

During the gathering of ambassadors and attachés of the Central Asian and European countries, Farhad Montassar Koohsari said: "The Anzali Free Trade Zone extends over 200 hectares and at present consists of the three port, industrial and tourist zones."

Pointing to the maritime transportation sector, he said: "The Anzali Free Trade Zone is an ideal place for investment on production units for the purpose of processing, packaging and creating added value." He added: "In this context, the Government of Islamic Republic of Iran has taken great strides in guaranteeing capital investments by foreigners."

Koohsari affirmed: "Due to its position on the NOSTRAC Corridor and its proximity to Central Asian countries, Anzali constitutes an ideal bridge for other countries." Referring to other attractions of Anzali such as trade, tourism, aquaculture, agriculture, etc., he stressed: "In case of investment and activation of this Corridor, we would soon

witness the realization of common interest for all the countries."

Koohsari stressed: "Currently the Guilan ports and customs are among the most important ports and customs of the Caspian region due to their advanced software systems."



He added: "Considering the volume of investment and the ongoing plans, the port's capacity as defined in the Master Plan is predicted to reach 10 million tons with 24 harbors spread over an area of 102 hectares." He cited the development of infrastructure,



tax exemptions, land concessions and special facilities for investors and project owners as among the port's future programs.

Koohsari reiterated. "The high speed of port operations has resulted in the activities of 66 cargo transportation companies, 20 shipping companies, 40 custom clearance firms and 20 cargo survey companies in this district."

He further cited the indicators for developed countries as attention to the sea and shipping, and expansion of ports, roads and railways and said: "In this context we have moved towards the expansion of the port to improve trade in the region."

Koohsari described the tourist attractions of Guilan and Anzali, due to its special location between the sea and the lagoon as unique and stated: "The city has great potentials and can become the most beautiful tourist center in the country and the region if proper investments are made."

Bandar Anzali has a population of 140,000. It is located at a distance of 333km from the national capital. It has currently 37km of coastal stretch, and the Anzali Lagoon is one of the most important attractions of the city.




# IMO's Response to Current Environmental Challenges

Every year IMO celebrates World Maritime Day during the last week in September. The day is used to focus attention on the importance of shipping safety, maritime security and the marine environment and to emphasize a particular aspect of IMO's work.

World Maritime Day was set up by the IMO in 1978 and national governments commemorate it during the last week of September. Various themes were covered in the past 29 years such as safety and welfare of seafarers, cleaner seas and safer oceans, search and rescue and telecommunications in shipping. The theme chosen by IMO this year is Focus on Marine Environment. The IMO Council, at its 97th session in November 2006, endorsed the proposal of Secretary-General, Mr. Efthimios Mitropoulos, that the theme for World Maritime Day 2007 would be "IMO's response to current environmental challenges".

The theme was chosen to give IMO the opportunity to focus on its environmental work (both of the past and present) and thus intensify its efforts to add our contribution to that of the international community to protect and preserve the environment before it is too late.

In his message marking the occasion, IMO Secretary-General Efthimios Mitropoulos,pointing to today's growing concern for the environment and sharper scrutiny and pressure on environmental credentials of every country and industry to which the transport industry is no exception and said: " certainly enough environmental concerns are now high on the agenda in all of its sectors"

"Although statistics reveal that, of all modes of transport, shipping is the least environmentally damaging, there is no doubt that the shipping industry, and IMO, still have more to do in this respect, there is, nevertheless, an impressive track record of continued environmental awareness, concern, action, response and overall success scored by the Organization and the maritime community and industry, which cannot go unnoticed. over many years, IMO adopted a wide range of measures to prevent and control pollution caused by ships and to mitigate the effects of any damage that may occur as a result of maritime operations." Mr.Mitropoulus said. According to Mitropoulos The most serious problem at the time IMO began to address environmental issues was the spillage of oil into the seas, either through accidents or poor operating practices.

"To address these effectively, the Organization embarked on a multi-faceted, ambitious programme of work which culminated successfully in the adoption of International Convention for the Prevention of Pollution from Ships (MARPOL) in1973 which laid the foundation for substantial and

continued reductions in pollution from ships despite a massive increase in world seaborne trade. So that tanker owners take pride in statistics that show that 99.9996 per cent of all oil transported by sea is delivered safely and without impact on the marine environment. he noted.

"MARPOL, nevertheless, recognizes that some areas need protection over and above that sought under normal circumstances. To this end, it defines certain sea areas as .Special Areas and Particularly Sensitive Sea Areas".IMO Secretary General added. He continued:"IMO's environmental work in recent years has covered a remarkably broad canvas including: the adoption, of the Ballast Water Management Convention(2004), entry into force of the 1996 Protocol to the 1972



Convention on the Prevention of Marine Pollution by Dumping of Wastes and Other Matter, and Other IMO Conventions deal with issues such as the use of harmful anti-fouling paint on ship hulls; preparedness, response and co-operation in tackling pollution from oil and from hazardous and noxious substances; the right of States to intervene on the high seas to prevent, mitigate or eliminate danger to their coastlines."

According to him the issue of ship recycling, removal of wrecks, atmospheric pollution have also been IMO's major environmental concern over the past recent years. IMO's Secretary General express concern over delayed implementation of IMO instrument after its entry in to force and further delay in tackling the issues regulated by such instruments which may spur unilateral or regional measures by individual countries or groups of countries and prolongation of the situation which may lead to ambiguities, which, in the final analysis, may count against seafarers, the maritime industry and the environment.

Appreciating IMO's decision to select environmental issues to take centre stage this year, He finally express hope that the theme will play centrepiece in a host of activities and initiatives, which will form part of a concerted action plan that we have been undertaking to educate people; increase their awareness about the true, and deteriorating, state of the planet; and help us all to become responsible citizens, in its fullest sense





## Irano-Hind Shipping Signs Contract for Building 160,000 DWT Ship





The Irano-Hind Shipping Company has signed a contract for construction of one 160,000 DWT Suezmax vessel with South Korea's Hyundai. During the contract signing ceremony, Dr. Gholam Hossen Golparvar, the IRISL Deputy for Commercial Affairs said that the tanker would increase the Irano-Hind capacity to 800,000 DWT and added: "Through investments on new ships and the use of foreign loans, the Company has been able to increase its capacity 5.5 times since 2001, which is a unique feat among domestic companies and constitutes an exceptional leap in the development of commercial fleet." He added: "With this contract, which is for the construction of the third Suezmax tanker, the Company will be the owner of 4 vessels of this type."

Dr. Golparvar stressed: "The Irano-Hind Shipping is trying to increase its fleet capacity to 1 million tons by the year 2010." The IRISL Commercial Deputy stated: "The strategies and investments made by IRISL have directed the national fleet towards capacity expansion, which is the most certain way and tool for economical growth and non-oil export of the country. The Vice-President of the South Korean Hyundai assured the gathering of the high quality of the ships ordered and added: "Hyundai has a close relationship with Iranian shipping companies."

It should be mentioned that the contract is worth USD 80 million, and Hyundai is scheduled to deliver the ships by the year 2009 to the Irano-Hind Shipping Company. Hyundai is currently constructing two similar ships ordered by Irano-Hind shipping.

## Iran Will Earn 1 Billion USD from Bunkering

According to the National Iranian Oil Products Distribution Co.'s plans Islamic Republic of Iran set a goal to boost its incom, derive from ship bunkering to 1 billion USD annually. Eng. Ahmadinezhad Vice president of National Iranian Oil Produts Distribution Company stated:"According to P.S.O. statistics 3500 foreign ships and 2200 domestic ships of above 1000 DWT call the Iranian southern ports annually and as a result Iran enjoys the lucrative regional market of the Persian Gulf and the Oman Sea." He added:"by the end of the current year with 2800 foreign ships added to the Iranian ships now bunkering by NIOPD Company, 2 million tons of bunker fuel will be sell by the company which will generate 640 million USD of income to the country." He countinued: NIOPDC has set a goal to boost the country's income from bunkering to 1 billion USD annually by 2010.

## Iran and Saudi Arabia to Boost Maritime Cooperation

The cabinet has approved a bill on Iran-Saudi marine transportation cooperation, easing transportation between the two countries. The agreement, including an introduction and 13 articles signed by the two governments, aims to establish a legal framework for cooperation in facilitating marine transportation of goods between the two countries. The bill, ratified by the Iranian Parliament and approved by the Guardian Council, is now forwarded to Iran's Ministry of Roads and Transportation as the responsible body for implementation.

According to the MoU the two sides vowed to boost bilateral marine transportation through the ports of the two countries and remove any obstacles, as well as to facilitate the transportation with the third country. According to the article 3 of the memo the ships under the flag of the two countries should observe the provisions of the international conventions and agreements the other party had joined and the other country port codes regarding marine safety, environment, dangerous goods and seafarers work and life conditions.

## Korean Crew Saved by Bonyad Shipping Co.

The crew of a Korean Ship in distress near the gulf of Oman due to flooding of the engine room were saved by M/V SAHAR, belonging to Bonyad Shipping. After being informed of the call for assistance from Korean Ship "DARIAN", which was facing difficulties after water had penetrated the engine room, the Bonyad Shipping owned SAHAR succeeded in rescuing all the distressed ship's officers and crew. According to the report, the 15 crew members including 10 Syrians and 5 Indians were handed over safely to Omani officials.

It should be mentioned that after the accident, which occurred in the morning of 10 August 2007, DARIAN sent distress alerts through VHF asking for assistance from ships present in the region. Being at a distance of 11 miles from the distressed ship, SAHAR immediately changed her course towards the announced position and was able to save the crew of the Korean ship and transfer them on the deck and conduct them to the nearest coast. According to SAHAR Master, the weather at the time of the accident was stormy and the ship was in a very dangerous situation.



According to him, such a situation puts also the aiding ship at risk, but the necessity to rescue the Korean ship's crew impelled the Iranian ship to accept the risks and carefully plan and implement the rescue operation with success. At the time of accident, the Korean ship was carrying cement from Karachi to Iraq.

**Domestic Events**

## 1 · International Conference on Persian Gulf, the Marine Silk Road

The First International Conference on Persian Gulf, the Marine Silk Road titled: "Yesterday's Silk Road, Today's Energy Highway" will be held in December 6-9,2007 in Tehran, with the objective of reviewing and studying the historical identity of the Persian Gulf and its special and unique role in the marine silk road, as the economical highway of this strategic region.

The Conference is divided into six specialized commissions including: "Foreign Business and Trade", "Historical and Touristic Geography", "Environment and Environmental Resources",

"Economy and Investment", "Evaluation of Global Strategy for the Persian Gulf", "Transit of Oil, Gas and Petrochemicals" and "Connections between the East, West, North and South Corridors". In addition to presenting the cultural, commercial, political and geographical history of the marine silk road in the Persian Gulf, the Conference plans to introduce and review the existing and future potentials and conditions of the marine silk road, particularly in the vital highway of the Persian Gulf.
www.persiangulfsilkroad.com

## 4 · Marine Photo Festival Introducing National Maritime Society

In a move to promote the national marine culture, to introduce the Iranian maritime society (the military and defense fleet, the petroleum fleet, the commercial fleet, the fishing community, the passenger fleet and the maritime industries), and to pave the way for closer awareness of the sea and related subject by the general public and photographers, the Ports and Shipping Organization will hold the 4th Iranian Marine Photo Festival.

The Festival includes the 4 sections of "Nature", "The Environment and the Sea", "Man and the Sea" and "Open (in subject related to sea) " and 4 other sections aimed at introducing the maritime

society of the country through such subjects as:
a)The activities of Iranian ports;
b)The activities of Iranian defense and military fleet;
c)The activities of Iranian tanker fleet;
d)The activities of Iranian commercial fleet;
e)The activities of Iranian fishing fleet;
f)The activities of Iranian passenger fleet; and
g)The activities of Iranian ship repairs and maritime industries.
www.seaphoto.ir

## 7 · Conference of Maritime Science and Technology

The Iranian Association of Maritime Science and Technology, in collaboration with the Imam Khomeini University of Noshahr and maritime organizations will hold the 7th National Conference on Maritime Science and Technology for two days starting on 28 November 2007 with the objective of introducing the scientific, research and industrial capacities of the country, expanding relations among the relevant researchers and introducing the latest national accomplishments in this field.

The Conference, which focuses on "Marine Trainings, Military and

Defense Issues", "Maritime Engineering and Technology", "The Rights and Management of Marine Resources" and all the biological and non-biological fields of marine sciences will be held in Noshahr. Moreover, in order to increase the awareness of researchers and scientists of the maritime field of the producers and latest technologies, an exhibition of products from various companies and organizations will be held as the side event to the Conference.
www.ismst.ir

## September 25 , World Maritime Day

According to a report issued by the Public Relations and International Affairs Department of the Ports and Shipping Organization, this year's World Maritime Day, themed as "the Maritime Organizations Response to Environmental Challenges" will be held on September

25th attended by officials, organizations and companies active in the maritime industry as well as seafarers. As in the past, the exemplary seafarers will also be awarded during this year's ceremonies.

**Calendar of Events**

◾ International Maritime-Port Technology and Development Conference
26-28 September
Singapore
www.mtec2007.org

◾ 4th Thai Ports and Shipping 2007
27-28 September 2007
Bangkok
www.transportevent.com

◾ Inmex India 2007
3-5 October 2007
Mumbai India
www.inmexindia.com

◾ Port and Terminal Technology
9-10 October 2007
Antwerp, Belgium
www.mileniumconferences.com

◾ JOC 1st Automotive Maritime Logistic Conference
15-16 October
Baltimore, USA
www.joc.com

◾ 2nd Southern Asia Ports, Logistics and Shipping
18-19 October 2007
Mumbai, India
www.transportevents.com

◾ Maritime Africa
24-26 October 2007
Cape Town
www.maritimeafrica.net

◾ MEDITERANEAN MARITIME
24-25October 2007
Marseille, France
www.baird-online.com

◾ Portech Asia 2007
24-26 October 2007
Shanghai, China
www.globaler.com

◾ 2nd European Conference on „Production Technologies in Shipbuilding
October 25-26, 2007
The armoury of the Hanseatic City of Wismar Germany
www.ecpts.de

◾ Kormarine 2007
24-27 October 2007
Busan S. Korea
www.kormarine.net

◾ Malaysia Ports 2007 Conference
29-30 October
Kuala Lumpur, Malaysia
www.abf-asia.com

◾ SCM Logistics Middle East 2007
29-31 October 2007
Shangri-La Hotel, Dubai, UAE
www.trrapinn.com/2007/scmme

◾ Marine Indonesia
31 October - 3 November 2007
Jakata
www.pamerindo.com

◾ TOC2007 Americans
6-8 November
Panama
www.toc-events.com

◾ Europort 2007
6-10 November 2007
Rotterdam
www.europortmaritime.nl

◾ Container Tracking & Security 2007
7-8 November
Dubai, UAE
www.telematicsupdate.com

◾ ShortSea Conference
15-16 November 2007
City Halls Bruges
Belgium
www.europoint-bv.com

◾ Med Freight 2007
22-23 November
Starhotel President, Genoa
www.lloydsistsevents.com/lm1931

◾ The All China Maritime Conference and Exhibition
27- 30 November 2007
Shanghai, China
www.marintecchina.com

◾ Marine Fuel & Emission Conference
27-28 November
Rotterdam, Netherlands
www.motorship.com

◾ 3rd Trans Middle East 2007
28-29 November 2007
Cairo
www.transportevents.com

◾ Intermodal 2007
4-6 December 2007
Amsterdam
www.intermodal-events.com


13

**Ports of Iran**

# The Port of Imam Khomeini

With the cost of 20 years of activity, the Port of Imam Khomeini is the largest port of the country, located within 11 million $m^2$ of area in the northwest of Persian Gulf and at the extremity of the natural waterway of Khormousa.

Stretching 7km in length, a minimum of 250m in width and an average depth of 20m, the Khormousa waterway provides a calm and assured bed for the movement of the oceangoing commercial vessels and tankers. The Port's excellent equipment and installations have allowed an annual cargo handling capacity of over 35 million tons, equivalent to 30% of the total capacity of the Iranian ports. Moreover, half of the annual oil exchanges are carried out through this port.

● Advantages of Imam Khomeini Port:
This port is the most important and closest southern port to the main agricultural centers, domestic markets and populated regions of the country, and has the shortest distance to Iraq through Shalamcheh border. It has provided the appropriate conditions to activate the East-West Corridor and it enjoys the shortest land and rail route to the north for activating the NOSTRAC Corridor. The proximity of Imam Khomeini Port to the petrochemical complexes of Imam Khomeini Port, Razi, Farabi and the largest petrochemical special zone of Iran, which will be fully operative by the end of current Iranian year with an annual production volume of 11 million tons of solid and liquid products, are among the other advantages provided by the Imam Khomeini Port. This port is also located in the proximity of largest industrial centers in the west, north and central parts of the country including the Khuzestan industries, Abadan refineries, Esfahan, Shiraz, Tehran, Tabriz, Arak, as well as the most important petrochemical, automotive and heavy machines industries in Tehran, Tabriz and Arak. Ships carrying export and transit goods from this port are subject to special rates and port charges. Another important feature of the Port is the availability of 100 km of internal railways, which link the harbors, warehouses and docks and provide the facility of direct transportation of cargo from ship to the business and industrial centers of Iran and neighboring countries.

● Investment in support premises:
Though land concessions to the private sector during the period of 2002–2006, over 30 companies and organizations have invested in construction of warehouses, laminals, silos, workshops, etc. The volume of investments made on over 1,000,000 $m^2$ of support premises is equivalent to Rls. 1,177 billion.

Moreover, the privatization of port's operations has attracted over 60 companies and firms with contracts for discharge, loading and clearing cargo, and about 40 shipping companies acting on behalf of international shipping companies in the fields of imports and exports. The appropriate facilities are available for investment in construction of piers as well as port equipment and installations, liquid oil and petroleum product reservoirs and warehouses.

● Port equipment:
| | |
|---|---|
| 220-ton crane: | 1 |
| Beach crane: | 10 |
| Yard crane: | 38 |
| Trailers: | 6 |
| Gantry crane: | 4 (40 tons) |
| Transtainer: | 5 |
| Reach stacker: | 5 |
| Cereal suction: | 7 |

● Port operations:
Due to the expanse of the port yard and the number of piers as well as the availability of large petrochemical complexes in the area, the Port of Imam Khomeini has a large throughput. In recent years the port's performance has improved significantly.
www.bik.ir

**Distance between Imam Khomeini Port and neighboring ports**

| Route | Distance |
|---|---|
| Imam Khomeini – Dubai | 493 |
| Imam Khomeini – Sharjeh | 510 |
| Imam Khomeini – Fujairah | 682 |
| Imam Khomeini – Masqat | 776 |
| Imam Khomeini – Qatar | 425 |

**Imam Khomeini Terminals**

| Name | No. of berths | Area (m²) | Draught (m) | Capacity |
|---|---|---|---|---|
| Container Terminal | 5 | 1037 | 14 | 250,000 TEU |
| Bulk cargo Terminal | 10 | 3471 | 11-13 | 10,000,000 tons |
| General Cargo Terminal | 17 | 1651 | 11.5-12.5 | 11,000,000 |
| Building Materials | 2 | 400 | 11-12 | 1,000,000 |
| Industrial Powders | 2 | 400 | 11-12 | 1,000,000 |
| Cereal Silos | 2 | 400 | 11-12 | 10,000 + 150,000 |
| Liquid Oil | 2 | 400 | 11-12 | 2,000,000 |

PSO maritime Oct. 2007




**Iran Maritime Community**

# Islamic Republic of Iran Shipping Lines a Global Partner

With the aim of responding to the increasing demands for transportation of cargo and considering the need and importance of regular carriage of goods by sea due to the Iran's long coastlines and accessibility to open seas, Islamic Republic of Iran Shipping Lines (IRISL) commenced its shipping activities with two 2500 Dwt vessels in 1967.

Today, after nearly 40 years, the IRISL Group has been qualified to address itself as a Global Partner and is able to transport 22 million tonnes of cargo annually.

The increasing importance of oceans as the most cost-effective mode for transportation of commercial cargos resulted in the continuous growth of manufacturers' satisfaction to transfer their products by means of vessels to obtain secure facilities and supports.

Understanding this situation, the IRISL Group has provided the customers with new services by expanding its activities in the international sphere at the end of 2005.

According to categorization of prominent international shipping companies of the world, the IRISL Group has been nominated as the largest shipping fleet in the Middle East, and in relation to its fleet expansion, as the second shipping company in the world. The IRISL Group has established 13 subsidiary companies within the country and overseas, and four regional offices in Europe, Far East, and Middle East as well. It has also established 180 International Offices and Agencies all over the world.

Moreover, the IRISL Group has 120 vessels and the potentiality of handling a total capacity of more than 3.9 million tons of cargo in the international routes. Today, the GROUP has 60% of its role playing on international routes, through cargo transportation to most of the major ports all over the world, together with outstanding display of various state-of-the-art loading and discharging services at ports, where it has regional agents as well as offering quality door-to-door services to its customers.

IRISL services and activities are divided and categorized in to different types of bulk, container & break bulk services.

● **IRISL CONTAINER SERVICES**

The container services of IRISL are strongly active in the routes from Asia and Europe to Persian Gulf, Asia to Europe and Indian sub-continent and provide full scope coverage of "port to port" as well as "multimodal" shipments within and between the two continents.

There are over 40,4000 owned and around 10,000 chartered sea born slots available in these services and by carrying around 950,000 TEUs during the year



M.H.Dajmar
IRISL Managing Director

2006, IRISL ranked 22nd in the world in terms of volume.

● **IRISL BULK SERVICE**

IRISL, through ownership of 46 bulk carriers with total deadweight capacity of about 2.3 million tons, is able to carry all kinds of dry clean and unclean bulk cargoes such as grain, coal, iron ore, etc. The IRISL fleet utilizes two other clean product tankers capable of transporting vegetable oils and other products of similar nature.

● IRISL Break Bulk Service 17 oceangoing vessels of modern General Cargo and Multipurpose Cargo ships with a capacity of 300 thousand DWT carry various general cargoes such as machinery, equipment, pipe, timber and steel products from East and South Asia to the Middle East and Persian Gulf ports. www.irisl.net

## IRISL FLEET



| | | |
|---|---|---|
| Bulk Carrier | 46 | 2,299,749 |
| General Cargo Carrier | 111 | 304,165 |
| Tanker | | 40,859 |



## Iran and Russia Agree to Solve Problems of Iranian Ships

The Managing Director of Ports and Shipping Organization announced the news of an agreement to solve the problems of ships flying the Iranian flag in Russian ports. Referring to the initiative taken by PSO to solve the problem of lengthy lay-up time for loading and discharge of Iranian ships and the dissatisfaction of cargo owners, Ali Tahori said: "We have recently held positive talks with the Russians and their port officials have had a good cooperation with PSO during this time."

He added: "Currently, the PSO experts are reviewing and planning the appropriate grounds to solve the problems of Iranian ships in Russian ports."

The PSO Managing Director said that these problems would be reviewed and discussed between the Organization and the private sector and added: "Through these initiatives in a very near future, the Iranian ships would be able to load and discharge their cargo in Russian ports without any problem."





## IMO Meetings

83rd meeting of Maritime Safety Committee (MSC)
3-12 Oct
Copenhagen, Denmark

93rd meeting of Legal Committee (LEG)
22-26 Oct
Panama City, Panama

24th meeting of Council Extraordinary Session
15-16 Nov
Royal Lancaster Hotel, London

25th meeting of Assembly
19-30 Nov
Royal Lancaster Hotel, London

99th meeting of Council
30-30 Nov
Royal Lancaster Hotel, London



15

Iranology

# Kish:   Pearl of the Persian Gulf

Spread over an area of approximately 91 km$^2$ at a distance of 18km from the southern coast of Iran (300km west of Bandar Abbas), the island of Kish with unique natural vistas, calm sea and beautiful beaches offers many attractions for tourism.

In the pre-Christianity period (550-320 BC) Kish was a major center for pearl diving. Around 8 centuries ago, Kish became a commercial hub, during which the small island linked Iran to China, Africa and Europe. In 1970, given the natural features of the island, the beautiful coral beaches, the limpid waters surrounding the island and finally the strategic location, the island was selected as an international tourist center. In the years following the Revolution, Kish was named as the country's first Free Trade Zone to take advantage of its tourism and trade attractions. The selection of Kish as a FTZ and the 15-years tax and excise exemption, as well as other legal facilities governing such zones, including free entry to the island for foreigners, have transformed it into a haven for economical activities.

Tourism and trade are the main economical activities of Kish. With a multitude of large and small markets and malls, approximately 8,500 beds in hotels and diverse leisure activities on offer, Kish hosts 1.5 million travelers per year. There are a limited number of non-polluting and controlled industries established in the island as well.

The Kish climate is hot, with the average temperature reaching 26-27°C and a relatively high average humidity of 76%. Despite a low rainfall, Kish is considered as one of the greenest islands in the Persian Gulf. The island's flora can withstand the severe heat and humidity and consists mainly of lean forests, shrubs and bushes.

During the last two decades of forestation, over 2000 hectares of the island's lands were planted. Moabed Fig Tree, Manna Tree, Mimosa, Eucalyptus and Palms form the dominant flora in Kish. The enclosed land environment has limited the bio-diversity of the island, nonetheless a number of mammal species live here, with the most important being the Iranian Gazelle. Moreover Kish is the habitat for diverse birds and marine species. Various types of beautiful and colorful fishes, corals, shellfishes, dolphins, turtles, etc. can be found in waters surrounding the island.

The main tourist attractions of Kish are the hidden city, the ancient town of Harireh, the large leisure pier, the Dolphin Park, the Bird Garden, the Greek Ship, the aquarium, the traditional water stores and aquatic sports such as swimming, scuba diving, jet skiing etc., as well as other activities such as cycling, riding etc.

● **The Ancient Town of Harireh**

Dating back to 800 years ago, the Ancient Town of Harireh is among the unique attractions of Kish. This town was once the hub port linking Iran to India and China and Europe.

● **The Green Tree**

At the extreme of the longest ancient alluvial course, one finds the "Green Tree Collections" with beautiful huts. The pavements dotted with lanterns in the perpetual green area created with colorful money plants take one to the main attraction consisting of the oldest Moabed Fig Trees of the island. The collection is located in the oldest fertile and the greenest area of Kish.

● **The Mysterious Greek Ship**

This ship was stranded in the year 1966 on her return journey from Iran to Greece. The mystery of the ship's misfortune is still unresolved after these years. Many efforts were made to free the ship but failed. Finally the crew had to abandon her as the efforts proved uneconomical. The sun setting slowly behind the Greek Ship in the azure waters of the Persian Gulf creates an unforgettable and everlasting sight.

● **The Dolphin Park**

So far thousands of palm trees have been planted in the park and a large collection of exceptional cactus trees have been gathered. A collection of rarest and most beautiful animals are kept in the dolphinarium and bird garden of the complex, where dolphins and other sea mammals greet the visitors with their beautiful displays.

● **Water Sports**

Kish is the ideal place to experience water sports. The clubs and leisure centers of Kish offer such services as diving, jet ski, water ski, fast boat trips, parasols, jet boats, pedal boats, banana boats and wind surfs. These centers are located in the eastern coasts of the island.

www.kish.ir







| | | |
|---|---|---|
| DARIUS | ●●●●● | 4444900 |
| SHAYAN | ●●●●● | 4422771-5 |
| PARMIS | ●●●●● | 4442223-5 |
| SHAYGAN | ●●●● | 4422444 |
| SADAF | ●●●● | 4420590-7 |
| FLAMINGO | ●●●● | 4424130-7 |
| MARYAM | ●●●● | 4421111-7 |
| ANA | ●●●● | 4424120-4 |
| HELIA | ●●●● | 4424501-5 |
| GRAND HOTEL | ●●● | 4424860-8 |
| ARIAN | ●●● | 4424951-5 |
| VENUS | ●●● | 4424025-30 |




## PSO news

Concessionaire: Ports And Shipping Organization
Published by: Public Relations, P.S.O
Legal Manager: Hossen Porsan
Editor-in-Chief Saeedeh Pazooki
Artworks Manager: Gh. Mohammadi
Translator: Mojtaba Ahmadikhan
Editor: Ehsan Esmaili
Photographer: H.Kamkari,D Tahari
Address: P.S.O Building, South Didar St., Haghani Highway, Vanak Sq
Tehran, Iran
Tel +98 21 84932602
Fax: + 98 21 88651012

16

# EXHIBIT "D"

# Ports & Shipping Organization

> Home  > SiteMap  > Feedback  > FAQ  > Search  > E-Mail

**Monday, April 28, 2008**

Menu >   About the PSO >   History

About the PSO      >

Tender

Port Tariff

Publications      >

Links      >

Port profiles      >

Portal List      >

**History**

### The history of ports & shipping organization

The history of PSO, the maritime administration of Iran, dates back to 1914 . At that time a dipartment called " South Coostoms Branch " was stablished at the port of Bushehr. Its duty was to monitor Iranian coasts and seaports to prevent smuggling of goods into and out of the country. The function of marine and port affairs were also fulfilled by South Customs Branch. On Feb, 6th, 1927 the control and administration of the port of Anzali on the northern part of the country was transferred by the Russian government of Iran. In the same year , Iran's railway network connected port of Torkaman on the east coast of Caspian sea to the port of Imam Khomeini on the coast of Persian Gulf.

In 1928, after completion of Tehran - Khorramshahr highway the port of Khorramshahr in the southern part of the country gained great importance and its sea trade began to develop. On Feb. 4th in order to manage the affairs of the ports of the country the " General Directorate of ports stablished in Tehran in which all the affairs of ports were concentrated. At this time, a new port was constructed in Noshahr and the berths of the port of Khorramshahr were developed. Necessary port facilities were also constructed in other Northern and southern ports of the country.

In Jan. 1938 Cabinet approved the " port regulations " which had been formulated and recommended by the Ministry of Roads. It was decided that the " General Directorate of the Customs " should put the regulations into effect in those ports where the Ministry of Roads had no representative.

In Aug. 26th,1946,according to the decree of the Council of Ministries, the revenue from operating port facilities was to be collected in special fund for the development of port facilities.

In 1949, the " General Corporation of Ports and Shipping " took the place of the " General Directorate of ports ".

On May 28th, 1952, a decree comprising 18 articles for registration and utilization of vessels was approved by the Cabinet. Based on these regulations, using vessels in domestic and coastal waters was depended on their registration and issuance of their certificate of registration in one of the Iranian ports. In 1959, following an agreement reached between the Ministry of Roads and Ministry of Customs & Monopolies, " General Agency of ports and Shipping " was transferred from the Ministry of Roads and Transportation to the Ministry of Customs & Monopolies. On May 25th, 1960, the title of the " General Directorate of Ports and Shipping " was changed to " Ports and Shipping Organization " and its responsibilities and functions were expanded. Based on these developments, the organization was assigned the task of exercising the authority of the Government to control all ports and maritime affairs, implementation of port and coastal shipping regulations, promoting shipping and commerce, collecting port duties and taxes and registering Iranian vessels.

On Oct. 31st,1964, the maritime law of Iran including 914 articles was put into effects, and on Jul. 3rd, 1966, the present ports and shipping organization together with its staff, budget and properties was separated from the Ministry of Economy and Finance. On Feb. 2nd, 1969, the organization gained the status of a legal entity and its functions, rights, and organizational chart were formally declared. Internal regulations on financials transactions and on the employment of staff of the organization were approved respectively on 14 Jun. and 28 Jul, 1970. The organization was separated again from the Ministry of Finance and was transferred to the Ministry of Roads and transportation in 1974.





# Ports & Shipping Organization

> Home   > SiteMap   > Feedback   > FAQ   > Search   > E-Mail

Monday, April 28, 2008                                          Menu >   About the PSO >   Organizational Chart

| About the PSO | > |
| Tender | |
| Port Tariff | |
| Publications | > |
| Links | > |
| Port profiles | > |
| Portal List | > |

Organization Chart

# IR IRAN
# Ports & Shipping Organization

> Home  > SiteMap  > Feedback  > FAQ  > Search  > E-Mail

**Monday, April 28, 2008**                    Menu >   About the PSO >   Managing Director's Message

| About the PSO | > |
| Tender | |
| Port Tariff | |
| Publications | > |
| Links | > |
| Port profiles | > |
| Portal List | > |

**Managing Director's Message**

### In the name of GOD

Today, shipping industry plays a strategic and significant role in the sustainable development of global, reginal and national economies. It is clear that the expansion of infrastructures for operation in the regional transit corridors would not only promise peace and prosperity within the political and economical structures of the world and the region, but would also boost shipping and relevant services towards a fully integrated world economy. Therefore as an important factor in shipping, ports play a prominent role in global trade. The availability and wide use of modern equipment and IT systems in ports are among the most significant indicators of economical, industrial and social development of any country.



**Ali Taheri**
**Deputy Minister &**
**Managing Director**

The location of iran, as the transit axis linking the Caspian Sea to the southern seas, has assigned a determining role to the country in regional and international trade.

11commercial ports are now operating in Iran, covering a total port land area of 42000 hectares and offering the advantages of easy access to regional markets and industrial zones, high investment potential and great opportunities for procurement, production and re-exporting of goods.

Also noteworthy is the successful establishment of special economic zones in five ports, this has provided a plethora of prospects in foreign investment, development of transportation and transshipment of goods.

To this end major investments have been made by the government over three socio-economical development plans in all technical and engineering aspects of the ports to increase infrastructural facilities, providing a great opportunity for domestic and foreign private parties to benefit from safe and economical routes in the country for their activities. The undertakings in ports during the third development plan have been so impressive that not only have they accomplished the set targets, but in many instances have surpassed expectations and have greatly enhanced Iran's position in the international market.

The above-mentioned initatives and other activities are achieved through the efforts of managers, planners, executives and our dear colleagues in the PSO, for whom I wish all the best.

P.S.O
DOURAN Portal V3.8.2.2

# IR. IRAN
# Ports & Shipping Organization

> Home  > SiteMap  > Feedback  > FAQ  > Search  > E-Mail

**Sunday, April 27, 2008**

Menu >  About the PSO >  Terms of Reference

About the PSO                >

Tender

Port Tariff

Publications                 >

Links                        >

Port profiles                >

Portal List                  >

**Terms of Reference**

**Administration of ports as well as commercial maritime affairs of the country;**

• Construction, completion, and development of building, repair yards, and related equipment in ports and their utilization;

• Preparation, formulation, and enforcement of port, maritime, and commercial shipping regulations according to respective laws;

• Regulation of pilotage subject to the approval of the Supreme Council of the Organization ;

• Administration of loading, discharging, and handling of cargo in port areas and warehousing in the ports of the country where the Organization has a department or branch;

• Administration of telecommunication networks (radio, telegraphy, telephone, teletype, etc.) at sea and on land for making contact with vessels and affiliate ports as well as preparation and supply of related equipment in collaboration with the Ministry of Post, Telegraph, and Telephone;

• Through control of coastal and commercial shipping and striving to develop them and securing safety of traffic and coastal shipping activities;

• Erection and operation of navigational lights and buoys to secure the safety of maritime traffic;

• Registration of Iranian commercial, cruise and other vessels and implementation of related regulations;

• Granting technical certificates of competency to seamen and vessels according to related regulations;

• Collection of port and river duties and charges for loading, warehousing, and other port dues normally collected by PSO or other governmental organizations on behalf of PSO;

• Putting into effect the Iranian Maritime Law and performing the functions laid down in the law establishing the PSO and other related laws;

• Determining the manner and rate of exploiting port facilities and equipment as well as moveable and immoveable properties of the organization an implementing the decisions taken subject to Supreme Council's approval'

• Conducting studies and research on maritime and port affairs as well as commercial navigation;

• Preparation and formulation of the next year's plan as well as long-term plans to be implemented after approval by the Supreme Council;

- Examination of draft international agreements and treaties concerning port and maritime affairs, and commercial navigation in order to present them to the relevant authorities;

- Membership in international organizations related to port and maritime affairs subject to approval by the Supreme Council and the Islamic Consultative Assembly;

- Participation in international conferences and meetings concerning port and maritime affairs;

- Determination of Free Trade zones, if necessary, and formulation of regulations and conditions of their use subject to the agreement of the Supreme Council and approval by the Islamic Consultative Assembly;

- Control of railways from the point of entrance into the port areas to the point of exit from the port, and dispatching wagons and locomotives to open storage areas and sheds;

- Establishment of a training institute of pilots or those engaged in commercial navigation, and sending students abroad to study in specialized courses which the organization deems necessary;

- Issuing permits to construct berths or other installations or equipment while approving the relevant plan and reserving the right to monitor the construction and operation;

- Issuing permits for establishing offices, seamen's clubs, restaurants, and warehouses and other necessary facilities upon the request of authorized persons. The organization, taking into account its capabilities at ports, can lease out land for the construction of the above-mentioned facilities;

- Transferring part of the tasks of the organization to the qualified private bodies;

- Taking measures to reduce freights for the transport of cargoes to Iranian ports, and expediting the process of loading and discharging cargo, and reducing the waiting time of vessels to support the economy of the country

**Governing authorities of the organization are as follows:**

1- The Supreme Council
2- The Board of Directors
3- The Managing Director

**The Supreme Council consists of the following Ministers:**

1- Minister of Financial and Economic Affairs
2- Minister of Roads and Transportation
3- Minister of Defence
4- Deputy president and Head of Planning and Budget Organization "PBO"
5- Commander of the Navy

The Supreme Council is presided over by the Minister of the Roads and Transportation, and in his absence, the members will select the president among themselves. Ports & Shipping Organization has the jurisdiction over free Trade zones in ports of Shahid Rajaee, Bushehr, Anzali, Amirabad and Khorramshahr.

# EXHIBIT "E"

# Ministry of Petroleum

Islamic Republic Of IRAN

Tuesday, April 29, 2008          **Home    About    Subcompanies    Publications    Main Links    Contact Us**

Last Update : 12/10/2003                          Home→Subcompanies→NIORDC

# National Iranian Oil Refining & Distribution Company



Projects    Members    ...    About Us

## History

Although National Iranian Oil Refining and Distribution Company ( NIORDC ) is formed nearly in the past decade and began its activities within a new framework, the company is actually inherited 90 years of Iran's Oil Industries experiences in the fields of refining, transferring and distributing of oil products, as well as, engineering and construction of installations of oil industries.

NIORDC and its subordinate companies has been established to separate oil upstream from downstream activities.NIORDC was established on March 08 / 1992 and undertook to perform all the operations related to refining crude oil and transfer and distribution of oil products.

## Task & Goals
### Responsibilities And Duties Of NIORDC:

- Refining crude oil and producing variety of oil products in the refineries.
- Transferring crude oil from production bases and "Khazar Terminal" to the refineries and also transferring oil products from refineries and import bases to distribution procurement depots and distribution centres.
- Main provider of energy and distributor of oil products.
- Performing all refining projects and schemes, transfer and storing.
- Production, transfer and distribution of 250 million litres of oil products per day.
- Daily export of around 60 million litres of oil products abroad via oil terminals.
- Providing different sectors – industry, agriculture and power plants – with fuel and feed regularly e.g. petrochemical complexes to help them continue production in the country.
- Providing consuming fuel in residential sector, business sector in urban and the peasantry communities all over the country.
- Providing more than 4 million vehicles – heavy and light – existing in the transportation cycle with their required daily fuel.

## Installations And Capabilities Of NIORDC:

- Nine crude oil refineries in Tehran , Tabriz , Isfahan , Abadan , Kermanshah , Shiraz , Bandar Abbas , Arak and Lavan Island .

## Our Policy

- Providing desirable fuel supplying services and supplying feed of industries and factories all over the country in due time.
- Reducing consumption rate through employing energy consumption management and raising export rate to make foreign currency.
- Reducing waste materials through improving efficiency in refining and distribution system.
- Reducing enviroment pollution to reach stable development.
- Rasing human force productivity and promoting level of training.
- Increasing output of refinery facilities and transfer are distribution of oil products.
- Reducing cost of production, transfer and distribution of oil products.

## Subsidiary Companies:

The NIORDC subsidiariesare as follows:
- National Iranian Oil Products Distribution Co.
- Management of Construction & Development of "CNG" Stations Co.
- National Iranian Oil Engineering and Construction Co.
- Oil Pipeline and Telecommunication Co.
- Oil Refining Co.

## Contact Informations and Links:

**Tehran HQ. :**

**Opposite of Arak Alley - Ostad Nejatollahi Ave.**

**Tel : +98-21-88801001-14 , 66465488**

**Fax : +98-21-66152138 , 66466007**

**Zip Code :15989**

**P.O.Box : 15815/3499**

**Email :**   info@niordc.ir

**Web Site :**   www.niordc.ir



- Fourteen thousand kilometers of crude oil and oil product transfer pipelines.
- 150 pumping stations.
- Oil industry telecommunication network.
- Operational zones for pipelines and telecommunication.
- 35 operational zones for NIOPDC.
- 194 operational areas for NIOPDC.
- Storage tank installations with 8 milliard litre capacity.

   

Please send all comments and suggestions to : Webmaster@mop.ir
@ copyright 2004 Islamic Republic of IRAN Petroleum Ministry of IRAN all rights reserved.





**Companies Affiliated To NIOC**

Home   About   Subsidiaries   Main Links   Contact Us

⊞Home > Subsidiaries





### Ministry of Petroleum of IRAN Subsidiaries:

- National Iranian Oil Company
- National Iranian Gas Company
- National Iranian Petrochemical Company
- National Iranian Oil Refining and Distribution Company



#### Preface:

The National Iranian Oil Company (NIOC) was established in February 1948 with the objective of exploration, development, production, marketing of crude oil and natural gas. Having in possession huge hydrocarbon reserves, NIOC is the fourth largest state oil firm in the world.

NIOC's oil and gas in place reserves are 137 bn barrels and 28.17 trillion cubic meters, respectively which gives it a unique status on the global energy supply map. In fact, in recent years, NIOC has been invariably ranked as the world's fourth largest oil company.

Current NIOC production capacities include over 4 million barrels of crude oil and in excess of 437 million cubic meters of natural gas per day. On the export side, the company benefits from its modern extensive facilities on the three islands of Kharg, Lavan and Siri consisting of 17 jetties capable of berthing tankers of all sizes to lift and export its crude oil.

 **National Iranian Gas Export Company**
- Website: www.nigec.ir
- email:info@nigec.ir

 **National Iranian South Oil Company**
- Website: www.nisoc.com
- email:info@nisoc.com

 **National Iranian Offshore Oil Company**
- Website: www.iooc.co.ir
- email:webmaster@iooc.co.ir

 **National Iranian Central Oil Fields Co.**
- Website: www.icofc.ir
- email:info@icofc.ir

**Khazar Exploration & Production Co.**

 **Petroleum Engineering & Development Co.**
- Website: www.pedec.ir
- email:info@pedec.net

 **Pars Oil and Gas Company**
- Website: www.pogc.org
- email:info@pogc.ir

 **Pars Special Economic Energy Zone Co.**
- Website: www.pseez.com
- email:Info@pseez.com

 **National Iranian Oil Terminals Company**
- Website:www.nioc-otc.com
- email:Info@nioc-otc.com

 **National Iranian Drilling Company**
- Website: www.nidc.ir
- email:webmaster@nidc.ir

**North Drilling Company**

## Organizational Structure:

NIOC's General Assembly (consisting of the President, Vice President, Director General of the Management and Planning Organization, Ministers of Oil, Energy, Industries and Mines, Labor and Social Affairs, Economy and Finance) is its highest decision marking body.

It determines the company's general policy guidelines, and approves annual budgets, operations, financial statements and balance sheets. The company's Board of Directors has the authority and major responsibilities to approve operational schemes within the general framework ratified by the General Assembly. It approves transactions and contracts, and prepares budgets and Board reports and annual balance sheets for presentation to the General Assembly. The Board supervises the implementation of general policy guidelines defined by the General Assembly, and pursues executive operations via the company's Managing Director.

## Subsidiary Companies:

With appropriate division of tasks and delegation of responsibilities to subsidiaries-affiliates, NIOC has been able to establish acceptable degrees of coordination within its organizational set up. In fact, NIOC's "Directors" act primarily in policy making and supervision while subsidiaries act as their executive arm in coordinating an array of operations such as exploration, drilling, production and delivery of crude oil and natural gas, for export and domestic consumption.

• Website: www.northdrilling.com
• email: info@northdrilling.com

**PetroIran Development Company**
• Website: www.petroiran.com
• email: info@petroiran.com

**Ahwaz Pipe Mills Company**
• Website: www.apm-ir.com
• email: tabibi@apm-ir.com

**Petropars**
• Website: www.petropars.com
• email: webadmin@ppars.com

**Fuel Consumption Optimization Co.**
• Website: www.ifco.ir
• email: info@ifco.ir

**National Iranian Tanker Co.**
• Website: www.nitc.co.ir
• email: administrator@nitc.co.ir

**Exploration Service Company (ESC)**
• Website: www.oeoc.ir
• email: info@oeoc.ir

**Kala Naft London Ltd.**
• Website: www.kalaltd.com
• email: admin@kalaltd.com

**MSP Kala Naft Co. Tehran**
• Website: www.kalanaft.com
• email: info@kalanaft.com

**Arvandan Oil and Gas Company**
• Website: www.arvandan.org
• email: info@arvandan.org

### NIOC Today

National Iranian Oil Company Today.
.wmv Format
4.37 MB

© 2003, NIOC - National Iranian
Oil Company. All Rights Reserved.
email: webmaster@nioc.ir

Welcome to Ministry of Petroleum of IR-^N Website
Case 3:08-mc-80030-JSW    Document 110-7    Filed 07/17/2008    Page 29 of 30
Page 1 of 2



# Ministry of Petroleum

Islamic Republic Of IRAN

Monday, April 28, 2008

Home    About    Subcompanies    Publications    Main Links    Contact Us

.ast Update : 12/10/2003

Home→Subcompanies→NIORDC

## National Iranian Oil Refining & Distribution Company

Projects    Members    Top Chart    About Us

## History

Although National Iranian Oil Refining and Distribution Company ( NIORDC ) is formed nearly in the past decade and began its activities within a new framework, the company is actually inherited 90 years of Iran's Oil Industries experiences in the fields of refining, transferring and distributing of oil products, as well as, engineering and construction of installations of oil industries.

NIORDC and its subordinate companies has been established to separate oil upstream activities from downstream activities.NIORDC was established on March 08 / 1992 and undertook to perform all the operations related to refining crude oil and transfer and distribution of oil products.

## Task & Goals
### Responsibilities And Duties Of NIORDC:

- Refining crude oil and producing variety of oil products in the refineries.
- Transferring crude oil from production bases and "Khazar Terminal" to the refineries and also transferring oil products from refineries and import bases to distribution procurement depots and distribution centres.
- Main provider of energy and distributor of oil products.
- Performing all refining projects and schemes, transfer and storing.
- Production, transfer and distribution of 250 million litres of oil products per day.
- Daily export of around 60 million litres of oil products abroad via oil terminals.
- Providing different sectors – industry, agriculture and power plants – with fuel and feed regularly e.g. petrochemical complexes to help them continue production in the country.
- Providing consuming fuel in residential sector, business sector in urban and the peasantry communities all over the country.
- Providing more than 4 million vehicles – heavy and light – existing in the transportation cycle with their required daily fuel.

## Installations And Capabilities Of NIORDC:

- Nine crude oil refineries in Tehran , Tabriz , Isfahan , Abadan , Kermanshah , Shiraz , Bandar Abbas , Arak and Lavan Island .

## Our Policy

- Providing desirable fuel supplying services and supplying feed of industries and factories all over the country in due time.
- Reducing consumption rate through employing energy consumption management and raising export rate to make foreign currency.
- Reducing waste materials through improving efficiency in refining and distribution system.
- Reducing enviroment pollution to reach stable development.
- Rasing human force productivity and promoting level of training.
- Increasing output of refinery facilities and transfer are distribution of oil products.
- Reducing cost of production, transfer and distribution of oil products.

## Subsidiary Companies:

The NIORDC subsidiariesare as follows:
- National Iranian Oil Products Distribution Co.
- Management of Construction & Development of "CNG" Stations Co.
- National Iranian Oil Engineering and Construction Co.
- Oil Pipeline and Telecommunication Co.
- Oil Refining Co.

## Contact Informations and Links:

Tehran HQ. :

Opposite of Arak Alley - Ostad Nejatollahi Ave.

Tel : +98-21-88801001-14 , 66465488

Fax : +98-21-66152138 , 66466007

Zip Code :15989

P.O.Box : 15815/3499

Email :    info@niordc.ir

Web Site :    www.niordc.ir

- Fourteen thousand kilometers of crude oil and oil product transfer pipelines.
- 150 pumping stations.
- Oil industry telecommunication network.
- Operational zones for pipelines and telecommunication.
- 35 operational zones for NIOPDC.
- 194 operational areas for NIOPDC.
- Storage tank installations with 8 milliard litre capacity.

   

Please send all comments and suggestions to : Webmaster@mop.ir
℗ copyright 2004 Islamic Republic of IRAN Petroleum Ministry of IRAN all rights reserved.

1 | **DAVID J. COOK, ESQ. (State Bar # 060859)**
**ROBERT J. PERKISS, ESQ (State Bar # 62386)**
2 | **COOK COLLECTION ATTORNEYS**
**A PROFESSIONAL LAW CORPORATION**
3 | 165 Fell Street
San Francisco, CA  94102
4 | Mailing Address: P.O. Box 270
San Francisco, CA  94104-0270
5 | Tel.: (415) 989-4730
Fax: (415) 989-0491
6 | File No. 52,759

7 | Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
8 | of the Estate of James C. Knipple (Dec.), et al.

9 |         UNITED STATES DISTRICT COURT

10 |         NORTHERN DISTRICT OF CALIFORNIA

11 |         SAN FRANCISCO DIVISION

12

13 | DEBORAH D. PETERSON, Personal                )       CASE NO. 3:08-mc-80030-JSW
Representative of the Estate of James C.        )
Knipple (Dec.), et al.,                         )
14 |                                             )       PROOF OF SERVICE
              Plaintiffs,                        )
15 |                                             )
      vs.                                        )
16 |                                             )
ISLAMIC REPUBLIC OF IRAN, et al.,               )
17 |                                             )
              Defendants.                        )
18 | _____         )

19 | HIS EXCELLENCY AYATOLLAH SAYED                ISLAMIC REPUBLIC OF IRAN
'ALI KHAMENEI                                     acting through its MINISTRY OF DEFENSE
20 | THE OFFICE OF THE SUPREME                      AND SUPPORT FOR ARMED FORCES
LEADER                                            No. 1 Shahid Kaboli Street
21 | Islamic Republic Street                        Beginning of Resalat Highway
Shahid Keshvar Doust Street                       Seyyed Khandan Bridge
22 | Tehran, Islamic Republic of Iran               P.O. Box 16765-1479
                                                  Tehran, Iran
23 | HIS EXCELLENCY MAHMOUD                         Attn: President Mahmoud Ahmadinejad or
AHMADINEJAD THE PRESIDENT                         Responsible Officer or Agent for Service of
24 | Palestine Avenue                               Process
Azerbaijan Intersection
25 | Tehran, Islamic Republic of Iran               ISLAMIC REPUBLIC OF IRAN
                                                  Khomeini Avenue
26 | ISLAMIC REPUBLIC OF IRAN                       United Nations Street
Pasadaran Avenue                                  Teheran, Iran
27 | Golestan Yekom                                 ATTN: President Mahmoud Ahmadinejad or
Teheran, Iran                                     Responsible Officer or Agent for Service of
28 | ATTN: President Mahmoud Ahmadinejad or         Process
Responsible Officer or Agent for Service of
Process

Director, Human Rights Headquarters of Iran
HIS EXCELLENCY MOHAMMAD
JAVAD LARIJANI
c/o Office of the Deputy for International
Affairs
Ministry of Justice
Ministry of Justice Building
Panzdah-Khordad (Ark) Square
Tehran. Islamic Republic of Iran

NATIONAL IRANIAN OIL REFINING
AND DISTRIBUTION COMPANY
Opposite of Arak Alley Ostad Nejatollahi
Ave.
Zip Code 15989
P.O. Box 15815/3499
Tehran, Iran
ATTN: Responsible Officer or Agent for
Service of Process

Minister of Intelligence
GHOLAM HOSSEIN MOHSENI EJEIE
MINISTRY OF INTELLIGENCE
Second Negarestan Street
Pasdaran Avenue
Tehran, Islamic Republic of Iran

MINISTRY OF PETROLEUM OF THE
ISLAMIC REPUBLIC OF IRAN
HAFEZ CROSSING
Taleghani Avenue
Tehran. Iran
ATTN: Responsible Officer or Agent for
Service of Process

Head of the Judiciary
AYATOLLAH MAHMOUD HASHEMI
SHAHROUDI
Howzeh Riyasat-e Qoveh Qazaiyeh
Office of the Head of the Judiciary
Pasteur Street. Vali Asr Avenue
South of Serah-e Jomhouri
Tehran 1316814737
Islamic Republic of Iran

NATIONAL IRANIAN OIL PRODUCTS
DISTRIBUTION COMPANY
Bahar St, Somaya Corner
Tehran 15617/ 33315
P.O .Box 6165
Tehran
ATTN: Responsible Officer or Agent for
Service of Process

MINISTRY OF ROADS AND
TRANSPORTATION
Attn: MOHAMMED RAHMATI
MINISTER OF ROAD AND
TRANSPORTATION
Taleghani Avenue
Tehran, Iran

NATIONAL IRANIAN OIL COMPANY
Hafez Crossing
Taleghani Avenue
Tehran, Iran
ATTN: Responsible Officer or Agent for
Service of Process

ALI TAHERI
DEPUTY MINISTER AND MANAGING
DIRECTOR
PORT & SHIPPING ORGANIZATION OF
THE ISLAMIC REPUBLIC OF IRAN
Building No. 2
South Didar Street
Shahid Hagnai Expressway.Vanak Square
Tehran, Iran

**YANG MING MARINE TRANSPORT
CORPORATION
Attn: PRESIDENT, GENERAL
MANAGER, AGENT FOR SERVICE OF
PROCESS-LEGAL MATTERS
Wangxiu Huang, Chairman of the Board
271 Ming De 1st Road Chidu
Keelung, Taiwan**

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen
(18) years and not a party to the within cause. My business address is 165 Fell Street, San
Francisco, CA 94102. On the date set forth below, I served the attached:

NOTICE OF MOTION AND MOTION FOR AN ORDER COMPELLING
ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
**[HARBOR AND BUNKERED FUEL RIGHTS - YANG MING MARINE
TRANSPORT CORPORATION]**

1   MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT
    TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
2   **[HARBOR AND BUNKERED FUEL RIGHTS - YANG MING MARINE**
    **TRANSPORT CORPORATION]**
3
    MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR
4   AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. §
    708.510(a) AND F.R.C.P. 69(a)
5   **[HARBOR AND BUNKERED FUEL RIGHTS - YANG MING MARINE**
    **TRANSPORT CORPORATION]**
6
    DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION FOR AN
7   ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. §
    708.510(a) AND F.R.C.P. 69(a)
8   **[HARBOR AND BUNKERED FUEL RIGHTS - YANG MING MARINE**
    **TRANSPORT CORPORATION]**
9
    on the above-named person(s) by:
10
        __XXX__  (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage
11  thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the
    person(s) served above.
12
        I declare under penalty of perjury that the foregoing is true and correct.
13
        Executed on July 16, 2008.
14

15                                              __/s/ David J. Cook_____
                                                DAVID J. COOK, ESQ. (SB# 060859)
16

17

18

19

20

21

22

23

24

25

26

27

28