1  DAVID J. COOK, ESQ. (State Bar # 060859)
   ROBERT J. PERKISS, ESQ. (State Bar # 62386)
2  COOK COLLECTION ATTORNEYS
   A PROFESSIONAL LAW CORPORATION
3  165 Fell Street
   San Francisco, CA 94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA 94104-0270
5  Tel: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,759

7  Attorneys for Plaintiffs
   DEBORAH D. PETERSON, Personal Representatives
8  of the Estate of James C. Knipple (Dec.), et al.

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12
   DEBORAH D. PETERSON, Personal      )   CASE NO. 3:08-mc-80030-JSW
13 Representative of the Estate of James C. )
   Knipple (Dec.), et al.,            )   MOTION FOR AN ORDER COMPELLING
14                                    )   ASSIGNMENT OF RIGHTS PURSUANT TO
                 Plaintiffs,          )   C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
15                                    )
   vs.                                )   [HARBOR AND BUNKERED FUEL
16                                    )   RIGHTS - YANG MING MARINE
   ISLAMIC REPUBLIC OF IRAN, et al.,  )   TRANSPORT CORPORATION]
17                                    )
                 Defendants.          )   Date: September 3, 2008
18 _____)   Time: 10:00 a.m.
                                          Courtroom: G, 15th Floor
19                                        Magistrate Judge: Bernard Zimmerman

20       Plaintiffs DEBORAH D. PETERSON, Personal Representative of the Estate of James C.

21 Knipple (Dec.), et al. ("Plaintiffs") will and do hereby move this court for an order or relief, as

22 follows:

23       1. For an order compelling THE ISLAMIC REPUBLIC OF IRAN (hereinafter "Iran") to

24 assign to Plaintiffs all rights to payment of money, and accounts, accounts receivable, due and

25 payable, or in the future, or conditional upon some future events, from and owing by the Shipping

26 Line herein, arising out of the use of any harbor, docking, wharf, drayage, loading or unloading

27 facilities, and other facilities provided by any dock, harbor, pier, warehouse, wharf, or other

28 harbor-like facilities, along with and including the sale of bunkered oil and/or fuel provided, sold,

1  delivered, or vended to **YANG MING MARINE TRANSPORT CORPORATION** (hereinafter
2  "Shipping Line") by Iran,[2] hereinafter collectively "Harbor and Bunkered Fuel Rights."
3      The basis of this motion is that the Shipping Line described herein frequents the docks,
4  harbors, piers, and/or wharfs of Iran, and may purchase from time to time bunkered oil or fuel
5  from Iran, and therefore may owe from time to time various sums of money due Iran.
6      Plaintiffs seek an order compelling Iran to assign all of these rights due, or which become
7  due, or are conditional, to and in favor of Plaintiffs for purposes of satisfaction of the judgment,
8  either in part or in whole.
9      This motion is based upon this Motion, the Notice, the Memorandum of Points and
10 Authorities, the Declaration of David J. Cook, Esq., upon all pleadings, papers and other matters
11 on file herein, all matters which this court may take judicial notice hereof, which include but are
12 not limited to, all papers, pleadings and other matters on file herein in that certain action known as
13 *DEBORAH D. PETERSON, Personal Representatives of the Estate of James C. Knipple (Dec.), et*
14 *al., vs. ISLAMIC REPUBLIC OF IRAN, et al.*, United States District Court for the District of
15 Columbia, Consolidated Civil Actions: 01-2094 (RCL) and 01-2684 (RCL), all other matters
16 which the court may take judicial notice thereof, and upon all oral evidence and argument which
17 may be presented at the hearing hereof.

18 DATED: July 16, 2008      COOK COLLECTION ATTORNEYS

19     By: ___/s/ David J. Cook___
20     DAVID J. COOK, ESQ. (SB# 060859)
    Attorneys for Plaintiffs
    DEBORAH D. PETERSON, Personal
21     Representatives of the Estate of James C. Knipple
    (Dec.), et al.
22

23 F:\USERS\DJCNEW\petersonsf.assignyang

---

28     [2] Iran includes all agencies and instrumentalities.

MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
[HARBOR AND BUNKERED FUEL RIGHTS - YANG MING MARINE TRANSPORT CORPORATION]
CASE NO. 3:08-mc-80030-JSW      2