1  **DAVID J. COOK, ESQ. (State Bar # 060859)**
   **ROBERT J. PERKISS, ESQ (State Bar # 62386)**
2  **COOK COLLECTION ATTORNEYS**
   **A PROFESSIONAL LAW CORPORATION**
3  165 Fell Street
   San Francisco, CA  94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA  94104-0270
5  Tel.: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,759

7  Attorneys for Plaintiffs
   DEBORAH D. PETERSON, Personal Representatives
8  of the Estate of James C. Knipple (Dec.), et al.

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12

13  DEBORAH D. PETERSON, Personal          )     CASE NO. 3:08-mc-80030-JSW
    Representative of the Estate of James C. )
    Knipple (Dec.), et al.,                 )     DECLARATION OF DAVID J. COOK, ESQ.
14                                           )     IN SUPPORT OF MOTION FOR
                                             )     ASSIGNMENT OF RIGHTS PURSUANT TO
15          Plaintiffs,                      )     C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
                                             )
16  vs.                                      )     **[HARBOR AND BUNKERED FUEL**
                                             )     **RIGHTS - YANG MING MARINE**
17  ISLAMIC REPUBLIC OF IRAN, et al.,        )     **TRANSPORT CORPORATION ]**
                                             )
18          Defendants.                      )
    _____   )     Date:  September 3, 2008
19                                                 Time:  10:00 a.m.
                                                   Courtroom: G, 15th Floor
                                                   Magistrate Judge: Bernard Zimmerman
20

21       I, DAVID J. COOK, hereby declare and state as follows:

22       1. I am one of the attorneys of record for Plaintiffs in the above-entitled action, am duly

23  authorized to practice before all courts in the State of California, and am familiar with the facts

    and circumstances in this action.
24
         2. The shipping schedule of **YANG MING MARINE TRANSPORT CORPORATION**
25
    shows that the Shipping Line frequents Iranian ports, harbors and other facilities.  The Shipping
26
    Line's schedule is set forth by way of its website which shows its traffic, a true and correct copy of
27
    the download which is attached hereto marked *Exhibit "A."* The schedule demonstrates that the
28

---

DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION FOR ASSIGNMENT OF RIGHTS
PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) **[HARBOR AND BUNKERED FUEL RIGHTS -
YANG MING MARINE TRANSPORT CORPORATION ] - CASE NO. 3:08-mc-80030-JSW**                    1

1   Shipping Line services Iranian ports, and also American ports, thereby creating inferences, as
2   follows: 1) the Shipping Line is generally subject to the jurisdiction of the U.S. in both import and
3   export of products; 2) the Shipping Line is generally doing business with Iranian port facilities in
4   both imported and exported products.

5       3. As Plaintiffs have confirmed that the Shipping Line frequents Iranian harbors, ports,
6   wharfs, docks, and other harbor-like facilities. Plaintiffs likewise have determined that Iran has a
7   whole list of Tariffs which Iran charges oceangoing freighters, carriers, tankers, and the like, a true
8   and correct copy of the MANUAL OF Tariffs applicable to vessels and cargo in Ports of the
9   Islamic Republic of Iran which is attached hereto marked *Exhibit "B."* These tariffs clearly show
10  the charges imposed by Iran upon oceangoing carriers, such as the Shipping Lines as described
11  herein. Plaintiffs have also ascertained from a press release undertaken by the ports and shipping
12  organization of the Department of Transportation of Iran, that Iran sells bunkered oil.

13      4. A true and correct copy of the press release entitled "PSO news, In the name of God
14  Supplement to Port & Sea Magazine Nos 2/Sep-Oct, 2007 is attached hereto marked *Exhibit "C."*

15      5. The Ministry of Roads and Transportation generally oversees the PORTS & SHIPPING
16  ORGANIZATION ("P.S.O.") of Iran who manage the docks, harbors and related facilities
17  pursuant to the printout from the website entitled IR IRAN's Ports & Shipping Organization, a true
18  and correct copy of which is attached hereto marked *Exhibit "D."*

19      6. Iran charges these Shipping Lines an entire array of charges for the privilege of utilizing
20  Iranian docks, harbors, terminals and other maritime facilities, all hereinafter collectively "DOCK
21  FEES." This label is illustrative as seen by, e.g., the entire range of charges imposed by Iran
22  through its Manual of Tariffs Applicable to Vessels and Cargo in the Ports of the Islamic Republic
23  of Iran, a true and correct copy of which is attached hereto marked *Exhibit "B."*

24      7. The National Iranian Oil Products Distribution Company is a subsidiary of the National
25  Iranian Oil Refining and Distributing Co., which is part of the Ministry of Petroleum of the Islamic
26  Republic of Iran per the attached download, a true and correct copy which is attached hereto
27  marked *Exhibit "E."*

28

8.   Declarant personally read, reviewed and downloaded all of the above-listed exhibits, and personally obtained these documents by examining the website maintained by the Ports & Shipping Organization website of The Islamic Republic of Iran.  Furthermore, Declarant over the last six months has become familiar with, if not immersed, in generally the economy of Iran and its large-scale business and in which Iran maintains a series of websites. providing for a vast amount of information.  These Tariffs clearly show the charges imposed by Iran upon oceangoing carriers, such as the Shipping Lines as described herein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 16, 2008.

_____/s/ David J. Cook_____
DAVID J. COOK, ESQ. (SB# 060859)

F:\USERS\DJCNEW\petersonsf.assignyang

# EXHIBIT "A"

YangMing Marine Transport Corporation  **Long Term Schedule**

Generate Date : 2008/07/08

**CGX - CHINA-GULF EXPRESS SERVICE ( E-Bound )**

| New Voy.CODE | VSL Name | VSL ABBR | VSL CODE | COM VOY | YML VOY | AEDXB ETB | AEDXB ETD | IRBND ETB | IRBND ETD | MYPEN ETB | MYPEN ETD | SGSIN ETB | SGSIN ETD | HKHKG ETB | HKHKG ETD | CNSHA ETB | CNSHA ETD | CNNGB ETB | CNNGB ETD | CNXMN ETB | CNXMN ETD | CNSHA ETB | CNSHA ETD | CNNGB ETB | CNNGB ETD | CNXMN ETB | CNXMN ETD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | SAT | SUN | MON | TUE | TUE | WED | THU | THU | MON | MON | THU | FRI | SAT | SAT | SUN | SUN | THU | FRI | SAT | SAT | SUN | SUN |
| | | | | | | 22:00 | 16:00 | 04:00 | 04:00 | 15:00 | 07:00 | 09:30 | 22:30 | 13:30 | 21:00 | 17:00 | 11:00 | 02:00 | 10:00 | 13:00 | 19:30 | 17:00 | 11:00 | 02:00 | 10:00 | 13:00 | 19:30 |
| CGX821E | YM ENERGY | YENG | 373 | 40E | 40E | 06/07 | 06/08 | 06/09 | 06/10 | 06/17 | 06/18 | 06/19 | 06/19 | 06/23 | 06/23 | ----- | ----- | ----- | ----- | ----- | ----- | 06/26 | 06/27 | 06/28 | 06/28 | 06/29 | 06/29 |
| CGX822E | YM SUN | YSUN | 368 | 38E | 38E | 06/14 | 06/15 | 06/16 | 06/17 | SKIP | SKIP | 06/26 | 06/26 | SKIP | SKIP | ----- | ----- | ----- | ----- | ----- | ----- | 07/03 | 07/04 | 07/05 | 07/05 | 07/06 | 07/06 |
| CGX823E | YM STAR | YSTR | 370 | 43E | 43E | 06/21 | 06/22 | 06/23 | 06/24 | SKIP | SKIP | 07/03 | 07/03 | 07/07 | 07/07 | ----- | ----- | ----- | ----- | ----- | ----- | 07/10 | 07/11 | 07/12 | 07/12 | 07/13 | 07/13 |
| CGX824E | YM MOON | YMON | 369 | 41E | 41E | 06/28 | 06/29 | 06/30 | 07/01 | 07/08 | 07/09 | 07/10 | 07/10 | 07/14 | 07/14 | ----- | ----- | ----- | ----- | ----- | ----- | 07/17 | 07/18 | 07/19 | 07/19 | 07/20 | 07/20 |

Calling Ports --
[AEDXB] : DUBAI, United Arab Emirates
[IRBND] : BANDAR ABBAS, Iran
[MYPEN] : PENANG, Malaysia
[SGSIN] : SINGAPORE, Singapore
[HKHKG] : HONGKONG, Hong Kong
[CNSHA] : SHANGHAI, China
[CNNGB] : NINGBO, China
[CNXMN] : XIAMEN, China
[CNSHA] : SHANGHAI, China
[CNNGB] : NINGBO, China
[CNXMN] : XIAMEN, China

| New Voy.CODE | VSL Name | VSL ABBR | VSL CODE | COM VOY | YML VOY | AEDXB ETB | AEDXB ETD | IRBND ETB | IRBND ETD | MYPEN ETB | MYPEN ETD | SGSIN ETB | SGSIN ETD | HKHKG ETB | HKHKG ETD | CNSHK ETB | CNSHK ETD | CNXMN ETB | CNXMN ETD | CNSHA ETB | CNSHA ETD | CNNGB ETB | CNNGB ETD | CNXMN ETB | CNXMN ETD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ETB | ETD | ETB | ETD | ETB | ETD | ETB | ETD | ETB | ETD | ETB | ETD | ETB | ETD | ETB | ETD | ETB | ETD | ETB | ETD |
| | | | | | | SAT | SUN | MON | TUE | TUE | WED | THU | THU | MON | MON | | | | | THU | FRI | SAT | SAT | SUN | SUN |
| | | | | | | 22:00 | 16:00 | 04:00 | 04:00 | 14:30 | 07:00 | 09:30 | 22:30 | 13:30 | 21:30 | | | | | 17:00 | 11:00 | 02:00 | 10:00 | 13:00 | 19:30 |
| CGX825E | YM FORTUNE | YFTN | 374 | 43E | 43E | 07/05 | 07/06 | 07/07 | 07/08 | SKIP | SKIP | 07/17 | 07/17 | SKIP | SKIP | ----- | ----- | ----- | ----- | 07/24 | 07/25 | 07/26 | 07/26 | 07/27 | 07/27 |
| CGX826E | YM ENERGY | YENG | 373 | 41E | 41E | 07/12 | 07/13 | 07/14 | 07/15 | 07/22 | 07/23 | 07/24 | 07/24 | 07/28 | 07/28 | ----- | ----- | ----- | ----- | 07/31 | 08/01 | 08/02 | 08/02 | 08/03 | 08/03 |
| CGX827E | YM SUN | YSUN | 368 | 39E | 39E | 07/19 | 07/20 | 07/21 | 07/22 | 07/29 | 07/30 | 07/31 | 07/31 | 08/04 | 08/04 | ----- | ----- | ----- | ----- | 08/07 | 08/08 | 08/09 | 08/09 | 08/10 | 08/10 |
| CGX828E | YM STAR | YSTR | 370 | 44E | 44E | 07/26 | 07/27 | 07/28 | 07/29 | 08/05 | 08/06 | 08/07 | 08/07 | 08/11 | 08/11 | ----- | ----- | ----- | ----- | 08/14 | 08/15 | 08/16 | 08/16 | 08/17 | 08/17 |
| CGX829E | YM MOON | YMON | 369 | 42E | 42E | 08/02 | 08/03 | 08/04 | 08/05 | 08/12 | 08/13 | 08/14 | 08/14 | 08/18 | 08/18 | ----- | ----- | ----- | ----- | ----- | ----- | ----- | ----- | ----- | ----- |
| CGX830E | YM FORTUNE | YFTN | 374 | 44E | 44E | 08/09 | 08/10 | 08/11 | 08/12 | 08/19 | 08/20 | 08/21 | 08/21 | 08/25 | 08/25 | ----- | ----- | ----- | ----- | 08/28 | 08/29 | 08/30 | 08/30 | 08/31 | 08/31 |
| CGX831E | YM ENERGY | YENG | 373 | 42E | 42E | 08/16 | 08/17 | 08/18 | 08/19 | 08/26 | 08/27 | 08/28 | 08/28 | 09/01 | 09/01 | ----- | ----- | ----- | ----- | 09/04 | 09/05 | 09/06 | 09/06 | 09/07 | 09/07 |
| CGX832E | YM SUN | YSUN | 368 | 40E | 40E | 08/23 | 08/24 | 08/25 | 08/26 | 09/02 | 09/03 | 09/04 | 09/04 | 09/08 | 09/08 | ----- | ----- | ----- | ----- | 09/11 | 09/12 | 09/13 | 09/13 | 09/14 | 09/14 |
| CGX833E | YM STAR | YSTR | 370 | 45E | 45E | 08/30 | 08/31 | 09/01 | 09/02 | 09/09 | 09/10 | 09/11 | 09/11 | 09/15 | 09/15 | ----- | ----- | ----- | ----- | 09/18 | 09/19 | 09/20 | 09/20 | 09/21 | 09/21 |
| CGX834E | YM INSTRUCTION | YISN | 281 | 18E | 18E | 09/06 | 09/07 | 09/08 | 09/09 | 09/16 | 09/17 | 09/18 | 09/18 | 09/22 | 09/22 | 09/26 | 09/27 | 09/28 | 09/28 | ----- | ----- | ----- | ----- | ----- | ----- |
| CGX835E | YM FORTUNE | YFTN | 374 | 45E | 45E | 09/13 | 09/14 | 09/15 | 09/16 | 09/23 | 09/24 | 09/25 | 09/25 | 09/29 | 09/29 | ----- | ----- | ----- | ----- | 10/02 | 10/03 | 10/04 | 10/04 | 10/05 | 10/05 |
| CGX836E | YM ENERGY | YENG | 373 | 43E | 43E | 09/20 | 09/21 | 09/22 | 09/23 | 09/30 | 10/01 | 10/02 | 10/02 | 10/06 | 10/06 | ----- | ----- | ----- | ----- | 10/09 | 10/10 | 10/11 | 10/11 | 10/12 | 10/12 |
| CGX837E | YM SUN | YSUN | 368 | 41E | 41E | 09/27 | 09/28 | 09/29 | 09/30 | 10/07 | 10/08 | 10/09 | 10/09 | 10/13 | 10/13 | ----- | ----- | ----- | ----- | 10/16 | 10/17 | 10/18 | 10/18 | 10/19 | 10/19 |
| CGX838E | YM STAR | YSTR | 370 | 46E | 46E | 10/04 | 10/05 | 10/06 | 10/07 | 10/14 | 10/15 | 10/16 | 10/16 | 10/20 | 10/20 | ----- | ----- | ----- | ----- | 10/23 | 10/24 | 10/25 | 10/25 | 10/26 | 10/26 |
| CGX839E | YM MOON | YMON | 369 | 44E | 44E | 10/11 | 10/12 | 10/13 | 10/14 | 10/21 | 10/22 | 10/23 | 10/23 | 10/27 | 10/27 | ----- | ----- | ----- | ----- | 10/30 | 10/31 | 11/01 | 11/01 | 11/02 | 11/02 |
| CGX840E | YM FORTUNE | YFTN | 374 | 46E | 46E | 10/18 | 10/19 | 10/20 | 10/21 | 10/28 | 10/29 | 10/30 | 10/30 | 11/03 | 11/03 | ----- | ----- | ----- | ----- | 11/06 | 11/07 | 11/08 | 11/08 | 11/09 | 11/09 |

Calling Ports --
[AEDXB] : DUBAI, United Arab Emirates
[IRBND] : BANDAR ABBAS, Iran
[MYPEN] : PENANG, Malaysia
[SGSIN] : SINGAPORE, Singapore
[HKHKG] : HONGKONG, Hong Kong
[CNSHK] : SHEKOU, China
[CNXMN] : XIAMEN, China
[CNSHA] : SHANGHAI, China
[CNNGB] : NINGBO, China
[CNXMN] : XIAMEN, China

EXHIBIT A-1



YangMing Marine Transport Corporation **Long Term Schedule**

Generate Date : 2008/07/08

**CAX - HANJIN CHINA-USWC EXPRESS SERVICE ( W-Bound )**

| New Voy.CODE | VSL Name | VSL ABBR | VSL CODE | COM VOY | YML VOY | USLGB | | USOAK | | KRPUS | | KRKWY | | CNSHA | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ETB | ETD | ETB | ETD | ETB | ETD | ETB | ETD | ETB | ETD |
| | | | | | | FRI | MON | TUE | TUE | FRI | SAT | | | SUN | MON |
| | | | | | | 17:00 | 06:00 | 06:00 | 18:00 | 23:00 | 15:00 | | | 18:00 | 16:00 |
| CAX821W | HANJIN PRETORIA | HNPT | 494 | 0067W | 67W | 06/06 | 06/09 | 06/10 | 06/10 | SKIP | SKIP | 06/21 | 06/22 | 06/22 | 06/23 |
| CAX822W | HANJIN PRAHA | HNPR | 444 | 0071W | 71W | 06/13 | 06/16 | 06/17 | 06/17 | 07/04 | 07/05 | ----- | ----- | 07/06 | 07/07 |
| CAX823W | HANJIN PHILADELPHIA | HNPH | 600 | 0068W | 68W | 06/22 | 06/25 | 06/26 | 06/26 | 07/11 | 07/12 | ----- | ----- | 07/13 | 07/14 |
| CAX824W | HANJIN PHOENIX | HJPX | 400 | 0069W | 69W | 06/27 | 06/30 | 07/01 | 07/01 | 07/18 | 07/19 | ----- | ----- | 07/20 | 07/21 |
| CAX825W | HANJIN PRETORIA | HNPT | 494 | 0068W | 68W | 07/04 | 07/08 | 07/09 | 07/09 | 07/25 | 07/26 | ----- | ----- | 07/27 | 07/28 |
| CAX826W | HANJIN WILMINGTON | HJWM | HH3 | 0075W | 75W | 07/12 | 07/14 | 07/15 | 07/15 | 07/29 | 07/30 | ----- | ----- | ----- | ----- |
| CAX827W | HANJIN PRAHA | HNPR | 444 | 0072W | 72W | 07/18 | 07/21 | 07/22 | 07/22 | 08/01 | 08/02 | ----- | ----- | 08/03 | 08/04 |
| CAX828W | HANJIN PHILADELPHIA | HNPH | 600 | 0069W | 69W | 07/25 | 07/28 | 07/29 | 07/29 | 08/08 | 08/09 | ----- | ----- | 08/10 | 08/11 |
| CAX829W | HANJIN PHOENIX | HJPX | 400 | 0070W | 70W | 08/01 | 08/04 | 08/05 | 08/05 | 08/15 | 08/16 | ----- | ----- | 08/17 | 08/18 |
| CAX830W | HANJIN PRETORIA | HNPT | 494 | 0069W | 69W | 08/08 | 08/11 | 08/12 | 08/12 | 08/22 | 08/23 | ----- | ----- | 08/24 | 08/25 |
| CAX831W | HANJIN PRAHA | HNPR | 444 | 0073W | 73W | 08/15 | 08/18 | 08/19 | 08/19 | 08/29 | 08/30 | ----- | ----- | 08/31 | 09/01 |
| CAX832W | HANJIN PHILADELPHIA | HNPH | 600 | 0070W | 70W | 08/22 | 08/25 | 08/26 | 08/26 | 09/05 | 09/06 | ----- | ----- | 09/07 | 09/08 |
| CAX833W | HANJIN PHOENIX | HJPX | 400 | 0071W | 71W | 08/29 | 09/02 | SKIP | SKIP | 09/12 | 09/13 | ----- | ----- | 09/14 | 09/15 |
| CAX834W | HANJIN PRETORIA | HNPT | 494 | 0070W | 70W | 09/05 | 09/08 | 09/09 | 09/09 | 09/19 | 09/20 | ----- | ----- | 09/21 | 09/22 |
| CAX835W | HANJIN PRAHA | HNPR | 444 | 0074W | 74W | 09/12 | 09/15 | 09/16 | 09/16 | 09/26 | 09/27 | ----- | ----- | 09/28 | 09/29 |
| CAX836W | HANJIN PHILADELPHIA | HNPH | 600 | 0071W | 71W | 09/19 | 09/22 | 09/23 | 09/23 | 10/03 | 10/04 | ----- | ----- | 10/05 | 10/06 |
| CAX837W | HANJIN PHOENIX | HJPX | 400 | 0072W | 72W | 09/26 | 09/29 | 09/30 | 09/30 | 10/10 | 10/11 | ----- | ----- | 10/12 | 10/13 |
| CAX838W | HANJIN PRETORIA | HNPT | 494 | 0071W | 71W | 10/03 | 10/06 | 10/07 | 10/07 | 10/17 | 10/18 | ----- | ----- | 10/19 | 10/20 |
| CAX839W | HANJIN PRAHA | HNPR | 444 | 0075W | 75W | 10/10 | 10/13 | 10/14 | 10/14 | 10/24 | 10/25 | ----- | ----- | 10/26 | 10/27 |
| CAX840W | HANJIN PHILADELPHIA | HNPH | 600 | 0072W | 72W | 10/17 | 10/20 | 10/21 | 10/21 | 10/31 | 11/01 | ----- | ----- | 11/02 | 11/03 |

Calling Ports --
[USLGB] : LONG BEACH, United States of America
[USOAK] : OAKLAND, United States of America
[KRPUS] : PUSAN, Korea
[KRKWY] : KWANGYANG, Korea
[CNSHA] : SHANGHAI, China

EXHIBIT A-2

## Schedule Download

- Click the area you prefer, the long-term sailing schedule reports would show there listed by trade service.
- The XML format report file could be imported into your back end system at your I.T 's convenience.
- This long-term schedule is not continuously updated. For up-to-date information, you can refer to vessel tracking details or contact local office.

| Export view | Import view |
|---|---|

**Asia** ➘                                          ➚ **Asia**
Asia \ Europe \ Indian Sub-Continent \ Middle East \         Asia \ Europe \ Indian Sub-Continent \ Middle East \
Mediterranean \ U.S. East Coast \ U.S. West Coast        Mediterranean \ U.S. East Coast \ U.S. West Coast

**Europe** ➘                                          ➚ **Europe**
Asia \ Indian Sub-Continent \ U.S. East Coast         Asia \ Indian Sub-Continent \ U.S. East Coast

**Indian Sub-Continent** ➘                         ➚ **Indian Sub-Continent**
Asia \ Europe                                               Asia \ Europe

**Mediterranean** ➘                               ➚ **Mediterranean**
Asia \ Mediterranean \ U.S. East Coast             Asia \ Mediterranean \ U.S. East Coast

**Middle East** ➘                                     ➚ **Middle East**
Asia \ Middle East                                           Asia \ Middle East

**South America** ➘                                  ➚ **South America**
U.S. East Coast                                             U.S. East Coast

**U.S. East Coast** ➘                                ➚ **U.S. East Coast**
South America \ Asia \ Europe \ Mediterranean         South America \ Asia \ Europe \ Mediterranean

**U.S. West Coast** ➘                                ➚ **U.S. West Coast**
Asia                                                          Asia

### South America -> U.S. East Coast

| Service Name | Last Update | | File Format | | | ▲ TOP |
|---|---|---|---|---|---|---|
| ES2 - US E.COAST/E.COAST S.AMERICA-2 (N-Bound) | | HTML | TEXT | CSV | XML | |

### Europe -> Asia

| Service Name | Last Update | File Format | ▲ TOP |
|---|---|---|---|

| AE1 - YML/KL ASIA EUROPE SERVICE LOOP-1 (E-Bound) | HTML | TEXT | CSV | XML |
| AE2 - YML/KL ASIA-EUROPE SERVICE LOOP-2 (E-Bound) | HTML | TEXT | CSV | XML |
| AE3 - YML/KL ASIA-EUROPE SERVICE LOOP-3 (E-Bound) | HTML | TEXT | CSV | XML |
| AEX - HJS/CON ASIA-EUROPE SERVICE Loop-2 (E-Bound) | HTML | TEXT | CSV | XML |
| FEX - HJS/ CON ASIA-EUROPE SERVICE Loop 3 (E-Bound) | HTML | TEXT | CSV | XML |
| NCX - [AES] COSCO ASIA-EUROPE SERVICE (E-Bound) | HTML | TEXT | CSV | XML |
| PM1 - K-LINE-ERO-ASIA-USWC PDM SERVICE (D-Bound) | HTML | TEXT | CSV | XML |
| SCX - [AEN] COSCO ASIA-EUROPE SERVICE (E-Bound) | HTML | TEXT | CSV | XML |

### Europe -> U.S. East Coast

| Service NameLast Update | | File Format | | | ▲ T O P |
|---|---|---|---|---|---|
| TA1 - TRANS ATLANTIC SERVICE-LOOP 1 (W-Bound) | HTML | TEXT | CSV | XML | |

### Europe -> Indian Sub-Continent

| Service NameLast Update | | File Format | | | ▲ T O P |
|---|---|---|---|---|---|
| ISE - INDIA SUB-CONTINENTAL - NCP SERVICE (E-Bound) | HTML | TEXT | CSV | XML | |

### Asia -> Europe

| Service NameLast Update | | File Format | | | ▲ T O P |
|---|---|---|---|---|---|
| AE1 - YML/KL ASIA EUROPE SERVICE LOOP-1 (W-Bound) | HTML | TEXT | CSV | XML | |
| AE2 - YML/KL ASIA-EUROPE SERVICE LOOP-2 (W-Bound) | HTML | TEXT | CSV | XML | |
| AE3 - YML/KL ASIA-EUROPE SERVICE LOOP-3 (W-Bound) | HTML | TEXT | CSV | XML | |
| AEX - HJS/CON ASIA-EUROPE SERVICE Loop-2 (W-Bound) | HTML | TEXT | CSV | XML | |
| FEX - HJS/ CON ASIA-EUROPE SERVICE Loop 3 (W-Bound) | HTML | TEXT | CSV | XML | |
| NCX - [AES] COSCO ASIA-EUROPE SERVICE (W-Bound) | HTML | TEXT | CSV | XML | |
| PM1 - K-LINE-ERO-ASIA-USWC PDM SERVICE (C-Bound) | HTML | TEXT | CSV | XML | |
| SCX - [AEN] COSCO ASIA-EUROPE SERVICE (W-Bound) | HTML | TEXT | CSV | XML | |

### Asia -> Asia

| Service NameLast Update | | File Format | | | ▲ T O P |
|---|---|---|---|---|---|
| BSJ - BKK-SIN-PGU-JKT SERVICE (S-Bound) | HTML | TEXT | CSV | XML | |
| BSJ - BKK-SIN-PGU-JKT SERVICE (N-Bound) | HTML | TEXT | CSV | XML | |
| CN1 - CHINA-HKG-MNL-JAVA SERVICE (S-Bound) | HTML | TEXT | CSV | XML | |
| CN1 - CHINA-HKG-MNL-JAVA SERVICE (N-Bound) | HTML | TEXT | CSV | XML | |
| CTS - CHINA - THAILAND SERVICE (S-Bound) | HTML | TEXT | CSV | XML | |
| CTS - CHINA - THAILAND SERVICE (N-Bound) | HTML | TEXT | CSV | XML | |
| ITX - TAIWAN - MANILA SERVICE (S-Bound) | HTML | TEXT | CSV | XML | |
| ITX - TAIWAN - MANILA SERVICE (N-Bound) | HTML | TEXT | CSV | XML | |
| JKM - JPN-KR-TWN-HKG-SIN-MALAYSIA SERVICE (S-Bound) | HTML | TEXT | CSV | XML | |
| JKM - JPN-KR-TWN-HKG-SIN-MALAYSIA SERVICE (N-Bound) | HTML | TEXT | CSV | XML | |
| JS2 - SHANGHAI - NAGOYA SERVICE (E-Bound) | HTML | TEXT | CSV | XML | |
| JS2 - SHANGHAI - NAGOYA SERVICE (W-Bound) | HTML | TEXT | CSV | XML | |

| Service | HTML | TEXT | CSV | XML |
|---|---|---|---|---|
| JS4 - JAPAN CENTRAL - CHINA SERVICE (E-Bound) | HTML | TEXT | CSV | XML |
| JS4 - JAPAN CENTRAL - CHINA SERVICE (W-Bound) | HTML | TEXT | CSV | XML |
| JS7 - (JS6) JAPAN - CHINA SERVICE (E-Bound) | HTML | TEXT | CSV | XML |
| JS7 - (JS6) JAPAN - CHINA SERVICE (W-Bound) | HTML | TEXT | CSV | XML |
| JSS - JAPAN - SOUTH CHINA SERVICE (S-Bound) | HTML | TEXT | CSV | XML |
| JSS - JAPAN - SOUTH CHINA SERVICE (N-Bound) | HTML | TEXT | CSV | XML |
| JTC - JAPAN-TAIWAN-BANGKOK SERVICE (S-Bound) | HTML | TEXT | CSV | XML |
| JTC - JAPAN-TAIWAN-BANGKOK SERVICE (N-Bound) | HTML | TEXT | CSV | XML |
| JTH - CNC-JPN-KR-TWN-HKG SERVICEE (S-Bound) | HTML | TEXT | CSV | XML |
| JTH - CNC-JPN-KR-TWN-HKG SERVICEE (N-Bound) | HTML | TEXT | CSV | XML |
| JTX - JAPAN-THAILAND EXPRESS SERVICE (S-Bound) | HTML | TEXT | CSV | XML |
| JTX - JAPAN-THAILAND EXPRESS SERVICE (N-Bound) | HTML | TEXT | CSV | XML |
| KHX - KAOHSIUNG - HAIPHONG EXPRESS SERVIC (W-Bound) | HTML | TEXT | CSV | XML |
| KHX - KAOHSIUNG - HAIPHONG EXPRESS SERVIC (E-Bound) | HTML | TEXT | CSV | XML |
| NHS - KOREA - SINGAPORE SERVICE (W-Bound) | HTML | TEXT | CSV | XML |
| NSD - UNI-TAIWAN-JAPAN SERVICE (N-Bound) | HTML | TEXT | CSV | XML |
| PAS - PAN ASIA SERVICE (S-Bound) | HTML | TEXT | CSV | XML |
| PAS - PAN ASIA SERVICE (N-Bound) | HTML | TEXT | CSV | XML |
| PR3 - TAIWAN-HONG KONG SERVICE (S-Bound) | HTML | TEXT | CSV | XML |
| PR3 - TAIWAN-HONG KONG SERVICE (N-Bound) | HTML | TEXT | CSV | XML |
| PRD - PEARL RIVER DELTA SERVICE (S-Bound) | HTML | TEXT | CSV | XML |
| PRD - PEARL RIVER DELTA SERVICE (N-Bound) | HTML | TEXT | CSV | XML |
| TCH - TAIWAN-CHINA-HONG KONG SERVICE (N-Bound) | HTML | TEXT | CSV | XML |
| TCH - TAIWAN-CHINA-HONG KONG SERVICE (S-Bound) | HTML | TEXT | CSV | XML |
| THX - TAIWAN - HOCHIMINH SERVICE (A-Bound) | HTML | TEXT | CSV | XML |
| THX - TAIWAN - HOCHIMINH SERVICE (B-Bound) | HTML | TEXT | CSV | XML |
| TIS - TAIWAN-INDONESIA SERVICE (S-Bound) | HTML | TEXT | CSV | XML |
| TIS - TAIWAN-INDONESIA SERVICE (N-Bound) | HTML | TEXT | CSV | XML |
| TP2 - TWKHH-TWKEL-PHMNL SERVICE (S-Bound) | HTML | TEXT | CSV | XML |
| TP2 - TWKHH-TWKEL-PHMNL SERVICE (N-Bound) | HTML | TEXT | CSV | XML |
| TP3 - TWKHH-PHMNL SERVICE (W-Bound) | HTML | TEXT | CSV | XML |
| TPI - TAIWAN-PHILIPPINES-INDONESIA SERVIC (W-Bound) | HTML | TEXT | CSV | XML |
| TPI - TAIWAN-PHILIPPINES-INDONESIA SERVIC (E-Bound) | HTML | TEXT | CSV | XML |

## Asia -> Mediterranean

| Service NameLast Update | File Format | | | ▲TOP |
|---|---|---|---|---|
| ABX - FAR EAST - BLACK SEA EXPRESS SERVIC (W-Bound) | HTML | TEXT | CSV | XML |
| ADX - AEGEAN SEA DIRECT EXPRESS (W-Bound) | HTML | TEXT | CSV | XML |
| AME - ASIA-MED EXPRESS SERVICE (W-Bound) | HTML | TEXT | CSV | XML |
| AMX - ASIA-MEDITERRANEAN EXPRESS SERVICE (W-Bound) | HTML | TEXT | CSV | XML |
| CMX - CHINA-MEDITERRANEAN EXPRESS SERVICE (W-Bound) | HTML | TEXT | CSV | XML |
| EMX - EAST MED EXPRESS SERVICE (W-Bound) | HTML | TEXT | CSV | XML |

## Asia -> U.S. East Coast

| Service NameLast Update | | File Format | | | ▲TOP |
|---|---|---|---|---|---|
| AW1 - ASIA-US EAST COAST SERVICE LOOP-1 (E-Bound) | HTML | TEXT | CSV | XML | |
| AW2 - ASIA-US EAST COAST SERVICE LOOP-2 (E-Bound) | HTML | TEXT | CSV | XML | |
| AW3 - ASIA-US EAST COAST SERVICE LOOP-3 (E-Bound) | HTML | TEXT | CSV | XML | |
| AW4 - ASIA-US EAST COAST SERVICE LOOP-4 (E-Bound) | HTML | TEXT | CSV | XML | |
| AW5 - ASIA-US EAST COAST SERVICE LOOP-5 (E-Bound) | HTML | TEXT | CSV | XML | |
| SIA - SINGAPORE-INDIA-N.AMERICA SERVICE (W-Bound) | HTML | TEXT | CSV | XML | |

## Asia -> U.S. West Coast

| Service NameLast Update | | File Format | | | ▲TOP |
|---|---|---|---|---|---|
| CAX - HANJIN CHINA-USWC EXPRESS SERVICE (E-Bound) | HTML | TEXT | CSV | XML | |
| CEN - CHINA-NE PACIFIC SERVICE-COSCO (E-Bound) | HTML | TEXT | CSV | XML | |
| PM1 - K-LINE-ERO-ASIA-USWC PDM SERVICE (A-Bound) | HTML | TEXT | CSV | XML | |
| PN3 - YM - PNW SERVICE (E-Bound) | HTML | TEXT | CSV | XML | |
| PNN - CH - PNW SERVICE NORTH LOOP (E-Bound) | HTML | TEXT | CSV | XML | |
| PNS - CH - PNS SERVICE SOUTH LOOP (E-Bound) | HTML | TEXT | CSV | XML | |
| PNW - K-LINE PNW SERVICE (E-Bound) | HTML | TEXT | CSV | XML | |
| PS1 - K-LINE-PSW1 SERVICE (E-Bound) | HTML | TEXT | CSV | XML | |
| PS3 - K-LINE-PSW3 SERVICE (E-Bound) | HTML | TEXT | CSV | XML | |
| PS4 - YM-PSW4 SERVICE (E-Bound) | HTML | TEXT | CSV | XML | |
| PS5 - YM-PSW5 SERVICE (E-Bound) | HTML | TEXT | CSV | XML | |
| PSW - YM- PSW2 SERVICE (E-Bound) | HTML | TEXT | CSV | XML | |
| PSX - HANJIN HKG-TWN-USWC EXPRESS SERVICE (E-Bound) | HTML | TEXT | CSV | XML | |

## Asia -> Indian Sub-Continent

| Service NameLast Update | | File Format | | | ▲TOP |
|---|---|---|---|---|---|
| CPX - China - Pakistan Express (W-Bound) | HTML | TEXT | CSV | XML | |
| CSI - CHINA STRAITS - INDIA SERVICE (W-Bound) | HTML | TEXT | CSV | XML | |

## Asia -> Middle East

| Service NameLast Update | | File Format | | | ▲TOP |
|---|---|---|---|---|---|
| CGX - CHINA-GULF EXPRESS SERVICE (W-Bound) | HTML | TEXT | CSV | XML | |
| TMS - TAIWAN-STRAIT-GULF EXPRESS SERVICE (W-Bound) | HTML | TEXT | CSV | XML | |

## Mediterranean -> Asia

| Service NameLast Update | | File Format | | | ▲TOP |
|---|---|---|---|---|---|
| ABX - FAR EAST - BLACK SEA EXPRESS SERVIC (E-Bound) | HTML | TEXT | CSV | XML | |
| ADX - AEGEAN SEA DIRECT EXPRESS (E-Bound) | HTML | TEXT | CSV | XML | |
| AME - ASIA-MED EXPRESS SERVICE (E-Bound) | HTML | TEXT | CSV | XML | |
| AMX - ASIA-MEDITERRANEAN EXPRESS SERVICE (E-Bound) | HTML | TEXT | CSV | XML | |
| CMX - CHINA-MEDITERRANEAN EXPRESS SERVICE (E-Bound) | HTML | TEXT | CSV | XML | |

EMX - EAST MED EXPRESS SERVICE (E-Bound)    HTML   TEXT   CSV   XML

## Mediterranean -> Mediterranean

| Service NameLast Update | File Format | | | | ▲ TOP |
|---|---|---|---|---|---|
| TIX - TURKEY-ISRAEL-EXPRESS SERVICE (C-Bound) | HTML | TEXT | CSV | XML | |
| TIX - TURKEY-ISRAEL-EXPRESS SERVICE (D-Bound) | HTML | TEXT | CSV | XML | |
| UF1 - UFS/PORTSAID-ISRAEL SERVICE (N-Bound) | HTML | TEXT | CSV | XML | |
| UF1 - UFS/PORTSAID-ISRAEL SERVICE (S-Bound) | HTML | TEXT | CSV | XML | |
| UF3 - UFS/PORTSAID-ALEXANDRIA SERVICE (W-Bound) | HTML | TEXT | CSV | XML | |
| UF3 - UFS/PORTSAID-ALEXANDRIA SERVICE (E-Bound) | HTML | TEXT | CSV | XML | |

## Mediterranean -> U.S. East Coast

| Service NameLast Update | File Format | | | | ▲ TOP |
|---|---|---|---|---|---|
| TA6 - TRANS-ATLANTIC SERVICE-LOOP6 (W-Bound) | HTML | TEXT | CSV | XML | |

## U.S. East Coast -> South America

| Service NameLast Update | File Format | | | | ▲ TOP |
|---|---|---|---|---|---|
| ES2 - US E.COAST/E.COAST S.AMERICA-2 (S-Bound) | HTML | TEXT | CSV | XML | |

## U.S. East Coast -> Europe

| Service NameLast Update | File Format | | | | ▲ TOP |
|---|---|---|---|---|---|
| TA1 - TRANS ATLANTIC SERVICE-LOOP 1 (E-Bound) | HTML | TEXT | CSV | XML | |

## U.S. East Coast -> Asia

| Service NameLast Update | File Format | | | | ▲ TOP |
|---|---|---|---|---|---|
| AW1 - ASIA-US EAST COAST SERVICE LOOP-1 (W-Bound) | HTML | TEXT | CSV | XML | |
| AW2 - ASIA-US EAST COAST SERVICE LOOP-2 (W-Bound) | HTML | TEXT | CSV | XML | |
| AW3 - ASIA-US EAST COAST SERVICE LOOP-3 (W-Bound) | HTML | TEXT | CSV | XML | |
| AW4 - ASIA-US EAST COAST SERVICE LOOP-4 (W-Bound) | HTML | TEXT | CSV | XML | |
| AW5 - ASIA-US EAST COAST SERVICE LOOP-5 (W-Bound) | HTML | TEXT | CSV | XML | |
| SIA - SINGAPORE-INDIA-N.AMERICA SERVICE (E-Bound) | HTML | TEXT | CSV | XML | |

## U.S. East Coast -> Mediterranean

| Service NameLast Update | File Format | | | | ▲ TOP |
|---|---|---|---|---|---|
| TA6 - TRANS-ATLANTIC SERVICE-LOOP6 (E-Bound) | HTML | TEXT | CSV | XML | |

## U.S. West Coast -> Asia

| Service NameLast Update | File Format | | | | ▲ TOP |
|---|---|---|---|---|---|
| CAX - HANJIN CHINA-USWC EXPRESS SERVICE (W-Bound) | HTML | TEXT | CSV | XML | |
| CEN - CHINA-NE PACIFIC SERVICE-COSCO (W-Bound) | HTML | TEXT | CSV | XML | |
| PM1 - K-LINE-ERO-ASIA-USWC PDM SERVICE (B-Bound) | HTML | TEXT | CSV | XML | |

7/7/2008 3:22 PM

| | | | | |
|---|---|---|---|---|
| PN3 - YM - PNW SERVICE (W-Bound) | HTML | TEXT | CSV | XML |
| PNN - CH - PNW SERVICE NORTH LOOP (W-Bound) | HTML | TEXT | CSV | XML |
| PNS - CH - PNS SERVICE SOUTH LOOP (W-Bound) | HTML | TEXT | CSV | XML |
| PNW - K-LINE PNW SERVICE (W-Bound) | HTML | TEXT | CSV | XML |
| PS1 - K-LINE-PSW1 SERVICE (W-Bound) | HTML | TEXT | CSV | XML |
| PS3 - K-LINE-PSW3 SERVICE (W-Bound) | HTML | TEXT | CSV | XML |
| PS4 - YM-PSW4 SERVICE (W-Bound) | HTML | TEXT | CSV | XML |
| PS5 - YM-PSW5 SERVICE (W-Bound) | HTML | TEXT | CSV | XML |
| PSW - YM- PSW2 SERVICE (W-Bound) | HTML | TEXT | CSV | XML |
| PSX - HANJIN HKG-TWN-USWC EXPRESS SERVICE (W-Bound) | HTML | TEXT | CSV | XML |

## Indian Sub-Continent -> Europe

| Service Name Last Update | | File Format | | ▲TOP |
|---|---|---|---|---|
| ISE - INDIA SUB-CONTINENTAL - NCP SERVICE (W-Bound) | HTML | TEXT | CSV | XML |

## Indian Sub-Continent -> Asia

| Service Name Last Update | | File Format | | ▲TOP |
|---|---|---|---|---|
| CPX - China - Pakistan Express (E-Bound) | HTML | TEXT | CSV | XML |
| CSI - CHINA STRAITS - INDIA SERVICE (E-Bound) | HTML | TEXT | CSV | XML |

## Middle East -> Asia

| Service Name Last Update | | File Format | | ▲TOP |
|---|---|---|---|---|
| CGX - CHINA-GULF EXPRESS SERVICE (E-Bound) | HTML | TEXT | CSV | XML |
| TMS - TAIWAN-STRAIT-GULF EXPRESS SERVICE (E-Bound) | HTML | TEXT | CSV | XML |

## Middle East -> Middle East

| Service Name Last Update | | File Format | | ▲TOP |
|---|---|---|---|---|
| DUX - Dubai - Umm Qasr Express Service (E-Bound) | HTML | TEXT | CSV | XML |
| DUX - Dubai - Umm Qasr Express Service (W-Bound) | HTML | TEXT | CSV | XML |

 **YANG MING MARINE TRANSPORT CORP.**
Copyright © Yang Ming All rights reserved.