# EXHIBIT "B"

In the name of God

**Ports and Shipping Organization**
**Ports and Special Economic Zones Affairs Deputy**

# MANUAL OF

## Tariffs applicable to vessels and cargo

in

## Ports of the Islamic Republic of Iran

March 21 , 2007 to March 20 , 2008

Prepared by :
Directorate General of Transit and Tariffs
Port Tariffs Department

1

# Contents

Title                                                                                     Pages

Introduction ................................................................................................................... 5

## Chapter one
Dues , duties and port charges applicable to ships

### Section 1

Definitions related to vessels ......................................................................................... 7

General conditions ........................................................................................................ 9

### Section 2

Dues, duties and port charges applicable to vessels ............................................................. 10
- Dues , duties and port charges applicable to container, Ro/Ro, non-container / non-oil-cargo vessels in southern ports and non-oil-tanker ships entering ports and wharfs that are built or will be with completely private investment in southern coasts and special wharfs of Qeshm and Kish Island free ports (table 1) ................................ 11

Explanations ................................................................................................................ 11
- Dues , duties and port charges applicable to ships (vessels) with Iranian flag, working as local feeders to transship container or non-container cargo between ports of Islamic Republic of Iran (IRI) and other ports of the region belonging to Iran, also passenger ships, Iranian and foreign passengers and cargo at domestic or international trips, Iranian barges and tugboat carrying vehicles, all Iranian vessels less than 1500 GRT,  entering special wharfs that travel between Iranian islands (table 2)...................................................................................................................... 13
- Tariff of dues , duties and port charges applicable to Iranian and foreign Tanker vessels in southern ports and all vessels in northern ports (table 3) ............................... 14
- Explanations ............................................................................................................. 15
- Tariff of charges of towage for pilotage operations  of Iranian and foreign tanker vessels in southern ports and all vessels in northern ports, in a single berthing/unearthing operation of a vessel (table 4) ......................................................... 15
- Explanations ............................................................................................................. 15
- Exemptions and discounts ............................................................................................ 16
- Method of application of exemptions and discounts for Iranian ships and vessels less than 1500 GRT, including passenger, fishing, cabotage and commercial vessels(table 5)............................................................................................................ 19
- Method of discounting for Iranian and foreign vessels in northern ports ( table 6 ) ..... 20
- Method of discounting for vessels carrying liquefied gases in the service port and petro-chemical special economic energy zone of southern Pars (Asalooyeh) and SBM and SPM in southern ports (tables 7 and 8) ......................................................... 21

2

**Chapter 2**
Duties and charges pertaining to cargo

**Secretion 1**
Definitions related to cargo ........................................................................................ 23

General conditions ...................................................................................................... 24

**Section 2**
Port duties and charges pertaining to non-container cargo .................................. 26
- Tariff of non-container cargo transfer (table 9) ............................................. 26
- Tariff of light cargo transfer in normal, special economic and free zones northern ports (table 9-1) ...................................................................................... 27
- Tariff of transfer in Chabahar port (table 9-2) .............................................. 27
- Explanations on transfer operations ............................................................... 27
- Tariff of stevedoring for general and bulk cargo (table 10) ........................... 28
- Explanations of stevedoring operations ......................................................... 29
- Tariff of storage on non-container import - cabotage and returned cargo (table 11) ..... 29
- Tariff of storage of non-container (export - foreign transit and transshipment cargo) (table 11-1).................................................................................................. 30
- Tariff of storage of non-container import and export cargo in Chabahar port (table 11-2) .......................................................................................................... 30
- Tariff of storage of non-container carton boxes cargo in Khorramshahr and Bushehr port (table 11-3, 11-4) ....................................................................... 31

- Explanations on storage ................................................................................. 31
- Port duties and charges pertaining to cargo (table 12) .................................. 32

**Section 3**
Port duties and charges pertaining to container cargo ......................................... 33
- General conditions and definitions ................................................................ 34
- Tariff of loading and unloading container (THC) and volumetric discounts (table 13)........................................................................................................... 35
- THC tariff of containers in non-container terminals using port equipments (table 13-1)....................................................................................................... 36
- THC tariff of containers in non-container terminals using equipments of the ship (table 13-2) ...................................................................................................... 37
- General explanations on methods of receiving and granted discounts of THC tariffs .. 38
- Tariff of container cargo' transfer in normal, especial economic and free zone northern ports (table 14) ................................................................................ 39
- Tariff of container cargo' stevedoring in normal, especial economic and free zone northern ports (table 15) ............................................................................... 40
- Tariff of storage of containers according to container type ........................... 40
- Tariff of storage of import containers (table 16) ........................................... 40

3

- Tariff of storage of foreign transit, export and transship containers (table 16-1) ........ 40
- Tariff of storage of transshipment containers in Imam Khomeini and Shahid Rajaii ports (table 16-2) ............................................................................................. 41
- Tariff of storage of containers of dangerous cargo of all classes except classes 1 and 7 (table 16-3)................................................................................................. 41
- Tariff of storage of out of standard containers (table 16-4)............................................ 41
- Explanations on storage .............................................................................................. 42
- Tariff of storage of containers in normal. especial economic and free zone northern ports (table 16-5)............................................................................................... 43
- Tariff of storage of export and transit containers in normal, especial economic and free zone northern ports (table 16-5-1)................................................................. 43
- Tariff of storage of container in Boshehr Special Economic zone port (table 16-6)...... 43
- Tariff of containers carrying dangerous cargo ............................................................ 44
- Tariff of repositioning of container on the vessel (table 17) .......................................... 44
- Container terminal operations (table 18) ...................................................................... 45
- Method of exploitation of special equipment ............................................................. 45
- Tariff of heavy weight containers ............................................................................... 45
- Tariff of stripping of containers (table 19) .................................................................. 46
- Tariff of storage in CFS (table 20) .............................................................................. 46
- Tariff of loading and unloading of cars in/out of container (table 21) ........................... 47
- Tariff of monitoring and refer container services (table 22) .......................................... 47
- Tariff of accessory services (table 23)......................................................................... 48
Attachment ....................................................................................................................... 49
- Costs receivable from ships and vessels for quarantine services expenses .................. 50
- A) cargo and passenger ships and vessels (table 24) .................................................... 50
- B) Tankers (table 25) ................................................................................................... 50
- C) Cost of rodent removal and issuing certificate (table 26)......................................... 51
- Tariff of communication costs ..................................................................................... 51
  A) Land line charges (table 27) ................................................................................... 51
- B)Coast station charges (table 28)................................................................................ 52
- Diving operation charges ( table 29 ) .......................................................................... 53
- Tariff of charges of collecting and cleaning of oil materials per hour (table 30)........... 54
- Tariff of registry duties of ships and vessels (table 31)................................................. 55
- Tariff of registry duties of transactions on ships and vessels (table 32)......................... 56
- Note of protest for vessels carrying Iranian flag (table 33)........................................... 56
- Note of protest for vessels carrying foreign flag (table 34)........................................... 56
- Table of re-inspection services expenses for vessels carrying foreign flag (table 35)... 56

### Introduction

Ports and shipping organization , in addition to being the marine reference of the country and a representative of the International Maritime Organization for implementation of marine conventions , also owns the responsibility of managing and leading of all ports of the country .

All commercial ports of the country in north and south are administered as administration generals affiliated to this organization .

This organization is affiliated to ministry of roads and transportation and its general manager is considered one of deputies of the said ministry . The managing board of ports and shipping organization , as a representative of high council the organization , which is composed of the ministers of roads and transportation , defense , economy and finance , chief commander of navy , president of the planning and budget organization , enacts executive laws and regulations of the ports in the domain of authorities delegated to it .

### Tariff determination

One of the duties of the high council of ports and shipping organization is to determine port tariffs, which can be delegated to the managing board of the organization . These tariffs are composed of two main sections of vessels and cargo . The tariffs consist of lines including dues, duties and port charges .

**Dues:** are part of tariffs that are acquired from vessels and cargo entering regions under sovereignty of the Iranian government as sovereignty right , without provision of any services .

**Duties:** are part of tariffs that are acquired from vessels and cargo as compensation for the expenses of construction and maintenance of port infrastructures .

**Charges:** are part of tariffs that are acquired from vessels and cargo for covering the expenses pertaining to provided services . Of course , this part of the tariff will be received in return of the service provided .

### Validity:

This manual has been prepared as the manual of port tariffs of the country on the basis of provisions of the enactments of the high council and managing board and will act as reference for all operations of all ports throughout the solar year of 1386 ( March 21 2007 to March 20 2008 ) .

These tariffs (charges) determine the maximum amounts receivable from customers of the ports and considering the provision of many of the services by private sector , acquiring less amounts in the competitive market will be feasible .

# Chapter one

## TARIFF OF DUES , DUTIES AND PORT CHARGES PERTAINING TO VESSELS

**Section 1**
- Definitions related to vessels
- General conditions

**Section 2**
- Dues , duties and port charges pertaining to vessels

# Section 1

**Definitions related to vessel**

**Vessel**

Is a commercial floating body with a gross tonnage of over 500 that is permitted to travel in all waterways permitted for shipping .

**Gross registered tonnage(GRT)**

Is the whole capacity of spaces of the trunk and board of a vessel including hold stores , all reservoirs and tanks for fuels and water and so on , powerhouse , spaces required for passengers and crews , spaces over the shipboard having capability of being loaded . This capacity is volumetric and each 100 cubic feet or 2.83 cubic meter of it is equal to one ton of gross capacity .

**Net registered tonnage(NRT)**

Is equal to gross registered tonnage(GRT) minus spaces allocated for crews , powerhouse , passengers and also navigational bridge .

**Dead weight (DWT)**

The maximum loadable weight of a vessel , the total weight of cargo , supplies , fuel , crews , and passengers that a vessel is allowed to carry in a loading condition of up to the maximum loading line in summer . Its measurement unit is metric ton

**Nationality , flag**

Is the country where the vessel has been registered and is allowed to carry its flag .

**Liner vessels**

Are those traveling in regular lines between specific ports of a route , carrying cargo at definite fares usually determined by international or regional conferences .

**Charter vessel**

Is one working as hired . This hiring can be time based or trip wise .

**Container ( full container ) vessel**

Is a vessel capable of carrying containers only .

**Semi-container vessel**

Is one capable of carrying containers together with other miscellaneous cargo .

**Dry bulk carrier vessel**

Is a vessel used for carrying dry bulk cargo like wheat , barley , corn , and coal .

**Service vessel**

Is a vessel used for provision of marine services like tugboats , boats and ...

**Passenger vessel**

Is a vessel specifically used for carrying passengers .

**Research vessel**

Is a vessel used for marine , meteorological and scientific researches .

**Cargo vessel**

Is a vessel used for carrying different types of cargo .

**Fishing vessel**

Is a vessel used for fishing .

**Ro/Ro vessel**

Is a vessel that land vehicles can directly get on and off of it .

**Tanker vessel**

Is a vessel used for carrying liquid materials ( oil or non-oil ) .

**Refer vessel**

Is a vessel whose load spaces' temperature is under control and is used for carrying cargo like

7

meat , dairy products and ...

## Barges

Are water vehicles bigger than usual boats , which do not possess any motors , but are towed by tugboats . Barge is the most commonly used water vehicle for loading and unloading of huge ocean cruiser vessels that can not berth at the wharfs and are to stay at anchor . Barge is a vessel with a small draft and is used for service affairs like water supplying , fuel supplying and cargo transferring ( lighterage ) .

## Tugboat

Is a vessel with a high motor power for service affairs and helping vessels berthing or unberthing the port or towing barges in free waters .

## Dredger

Is a vessel for dredging waterways and entrance canals and wharfs of the ports .

## Traditional wooden vessel

Small wooden units traditionally being used for carrying cargo in Persian gulf region . ( vessels smaller than ships performing cargo transportation between local ports and sometimes to neighboring countries )

## Fuel supplier

Vessels with fuel reservoirs being exclusively used for fuel supplying to vessels , whether in territorial or international waters .

## Buoy layer

Vessels with special equipment for laying buoys .

## Supply boat,  crew carrying boat

Special vessels for carrying foodstuffs and things needed by vessels that transfer the needed materials and tools and also the crews to and from vessels .

## Basin

A space inside the break water being used for maneuvering of vessels in order to get berthed to or unberthed from wharfs .

## External anchorage area

A safe region outside the domain of the port for anchoring and staying of vessels .

## Internal anchorage area

A safe region near the port for anchoring and short term staying of vessels .

## Pilot

A person knowing the navigation routes nearby the port assigned to offer consultations to the ship captain in order to enter the port and get berthed to or unberthed from the wharf , who has the related certificate .

## Cargo-and-passenger vessels

Vessels capable of accepting passengers and carrying cargo in association .

## OP- vessel

Vessel that have required equipment for collecting oil contaminations of the water surface .

## Emergency condition or force major

Refer to conditions in which , the affairs get out of normal and regular state due to natural factors like floods , earthquakes , storms , ...

## SPM and SBM

SPM ( single point mooring ) and SBM ( single buoy mooring ) are types of mooring with one buoy in deep waters generally for supplying fuel for tankers as an underwater oil pipe terminal and a device for mooring a tanker or loading and unloading of gas liquefactions

**Northern ports**

Ports of Anzali , Noshahr and Amirabad and other ports built by ports and shipping organization or other governmental organizations on the shores of Caspian sea .

**Southern ports**

Imam Khomeini , Shahid Rajaii ( Bandar Abbas ) , Chabahar . Booshehr and other ports built by ports and shipping organization or other governmental organizations on the shores of Oman sea and Persian Gulf .

**General Conditions**

**1. Domain of territory**

Territorial domain of ports and shipping organization includes all port areas determined by laws of Islamic Republic of Iran .

**2. Basis for tariff acquisition**

Dues , duties and port charges applicable to Iranian ships and vessels are calculated and received in Rials , on the basis of Dollars and at the rate of deposit letters of the central bank , and in regard of foreign ships and vessels , they are calculated and received on the basis of US Dollars .

**3. Prepayment**

Port authorities are authorized to estimate and receive the whole or a part of charges due to cargo or vessel , before berthing of the vessel and not to let such vessels to  wharf as long as they have not paid the mentioned expenses .

**4. Working hours of the port ( administrative , non-administrative , nights and holidays )**

Working days of the port authorities are from Saturday to Wednesday and administrative working hours from 7 to 15 . non-administrative working hours 15 to 19 and night working hours from 19 to 7 in the morning of the next day . Loading and unloading operations in bulk , miscellaneous and container terminals will be nonstop 24 hours a day . In addition , Thursdays and Fridays of each week together with official holidays of the country will be considered holiday , on which , loading and unloading operations will be charged as overtime work .  Iranian new year day , Norooz or 1st of Farvardin ( 21st of March ) and the 10th of Moharram of lunar calendar , Ashoora ( circulating in solar calendar ) are the official holidays of the ports and no loading and unloading operations will be done on these days .

**5. Documentation**

The following documents should be submitted to the port authority by the related shipping agency at least 48 hours before the vessels enters the port :

- General declaration of the vessel
- Cargo declaration / manifest
- Dangerous cargo declaration
- Crew list of the ship
- Cargo plan and stowage plan
- Ship store declaration of consumables
- Marine health declaration
- A copy of international tonnage measurement certificate
- Original permit of departure from the last loading port

**Explanations :**

1. All vessels carrying no dangerous cargo , whether container or non-container . should declare not carrying dangerous cargo  in separate declarations .

2. Manifests of transshipment and transit foreign cargo and containers should be submitted to the port authority separately .

# Section 2

# Dues , duties and port charges applicable to vessels in southern and northern ports

## ( container , non-container , oil tanker , Ro/Ro , passenger )

**A. Dues , duties and port charges applicable to vessels include the following :**
1.1. Vessel entry into port entrance duties
1.2. Vessel entry into port duties
1.3. loading and unloading duties in wharf
1.4. Loading and unloading duties in berth
1.5. Light duties

**B. Port charges pertaining to vessels :**
**1. Port charges pertaining to vessel**
1.1. Pilotage charges including :
1.1.1. Anchoring and disanchoring
1.1.2. Steering of vessel
1.1.3. Berthing to and unberthing from wharfs
1.2. Dredging charges
1.3. Wharfage charges
1.4. Charges of towage
1.5. Charges of garbage collection from vessel
1.6. Charges of bilge water collection from vessel
1.7. Over time, demands

**Table 1**
Tariff of dues , duties and port charges pertaining to  container , non-container/non-oil-carrying , and Ro/Ro vessels entering southern ports or non-oil-carrying vessels entering ports and wharfs already constructed or to be constructed completely with private sector investment in southern coasts or special wharfs of free ports of Qeshm and Kish *

Unit : US$ Cents per ton of GRT

| No | Title of tariff | | | Container , non-container/non-oil-carrying , and Ro/Ro vessels of less than 30,000 GRT | Container and Ro/Ro vessels with capacity equal to or over 30,000 GRT |
|---|---|---|---|---|---|
| 1 | Port duties | Port entrance entry duties | | 0.5 C/GRT | 0.25 C/GRT |
| | | Port entry duties | | 0.5 C/GRT | 0.25 C/GRT |
| | | Loading and unloading duties | On wharfs | 1.5 Cents per ton of cargo | 0.75 Cents per ton of cargo |
| | | | On anchor | 0.75 Cents per ton of cargo | 0.25 Cents per ton of cargo |
| 2 | Light duties | | | 2.5 C/GRT | 1.5 C/GRT |
| 3 | Pilotage charges of a round tour | | | 5 C/GRT | 2.5 C/GRT |
| 4 | Charges of garbage collection from wharf | | | 1.5 C/GRT | 0.5 C/GRT |
| 5 | Dredging charges | | | 3 C/GRT | 1.5 C/GRT |
| 6 | Wharfage charges | | | 1 C/GRT per norm of unloading | 1 C/GRT per norm of unloading |
| 7 | Charges of towage | | | 10 C/GRT | 9 C/GRT |
| 8 | Charges of bilge water collection | | | 300 Dollars for each vessel over 5000 tons of GRT | |
| 9 | Overtime : tariff of loading and unloading duties and pilotage charges out of working hours will be 10% and on holidays and Fridays , 20% higher . | | | | |

Explanations :
*Enactments of the session numbers 1428 dated 6.9.1384 , 1435 dated 1.12.1384  and 1470 dated 15.8.1385

1. Basis of calculation will be GRT ( Gross registered tonnage ) or in case a vessel holds both GRT and GT , the criterion and basis would be the one with higher tonnage .
2. Charges for towage in the operation of berthing to and unberthing from wharf will be received together with pilotage charges , and in case no towage were used in the operation of berthing to and unberthing from wharf , towage charges will be calculated and received in any way .
3. If the vessel lacks driving force , then , the towage charges will increase 100% .
4. For transferring the pilot to ships and vessels , no expenses will be charged for the services of vessels ( pilot boats , tugboats ,... )
5. In tariffs of line 6 , the basis for calculation will be norms of loading and unloading of any kind of vessel and will be classified in regard with the type of its consignment as follow :
    - One cent for one day of stay of container and Ro/Ro vessels
    - One cent for three days of stay of general cargo , passenger and fishing vessels
    - One cent for five days of stay of bulk vessels
    - ➢ If the unloading time and staying of the vessel at the wharf exceeds the above mentioned norms , the extra stay of the vessel at the wharf ( extraordinary ) , will be calculated and acquired at the rate of 5 cents for each day and 5 out of 24 cents for each hour for stays of less than one day duration .
    - ➢ In case of ships and vessels of less than 1500 ton GRT , for stays of more than 24 hours at the wharf , 1 cent per GRT for each day of stay and for stays less than a day , 1 out of 24 cents per GRT for each hour of stay will be calculated and acquired . It is worth mentioning that these kinds of ships and vessels are exempted from paying the wharfage charges for the first 24 hours of stay ( in accordance with the enactment of the session number 1354 dated 26.6.1382 ) .
6. For repositioning ( shifting ) by using a pilot , 3 cents per GRT , and 1 cent per GRT for shifting using the vessel's rope , has been considered , which will be calculated and acquired according to the table 1 if the towage has taken place .

**Note 1** - shifting means repositioning of the vessel at wharfs or from wharf to berth and vice-versa .

**Note 2** - if the shifting takes place in on the basis of administrative requirements , then , no charges will be received .

7. From ships and vessels traveling to Iranian ports in one trip , light duties will be acquired only once and solely at the first entrance into an Iranian port .

**Note** - by "one trip" is meant the length of time from entering of the vessel into the IRI territorial waters till leaving the last port , although the vessel may berth at several ports .

8. All ships and vessels berthing at the mooring buoys in the port or at another vessel as double bank, will be subject to all tariff lines of table 1 , "dues , duties and port charges" .
9. From combined vessels ( tugboats towing another vessel ) dues , duties and port charges will be calculated and acquired on the basis of the sum of the GRTs of the said vessels .
10. In case of accomplishment of garbage collection in anchor or both in anchor and wharf , the related tariff (garbage collection charges ) will be received only once , but in two folds .

**Note** - receiving trash collection charges from vessels will be contingent upon provision of the related services . In case a port is not able to provide such services due to medical or environmental reasons or either inaccessibility to the vessel in anchor due to climatic reasons and

also lack of required facilities and devices to collect garbage , then it is not allowed to receive these charges . Otherwise , all vessels are obliged to pay the charges related to garbage collection tariff , whether they deliver the garbage or not .

11. Vessels halted at the wharf for unloading and intend to load export cargo , can only do so if their agents have requested from port for loading export cargo to the same vessel at least 12 hours before ending of the unloading of imported cargo . This will be contingent upon that the export cargo be ready at the port and loading start immediately. Otherwise the ship will unberthed and will be charged for that.

**Note** - the staying time at the wharf for two operations of loading and unloading will be calculated separately and on the basis of the types of cargo loaded or unloaded .

12. In case a port states its readiness for berthing at wharf after receiving the NOR of a vessel , but the vessel refrains from berthing for any reason , 500 dollars for each hour of delay ( after a one hour respite elapsing the time that the port has stated its readiness till the time that the vessel states its renunciation and it is recorded in the events registration book ) will be calculated and received .

13. Not exploiting a pilot on passenger vessels (except passenger and-cargo-vessels ) , service vessels like tugboats , dredgers , oil pollution vessels , fuel and water supplying vessels will be permitted only in following conditions , provided that all responsibilities have been accepted by the related shipping company and coordination have been made with the control tower . For such vessels , no pilotage charges will be calculated .

Obviously , acquiring undertaking of acceptance of all responsibilities from the related shipping company is mandatory.

**Conditions provided for the paragraph 13 :**
A. The vessel is owned or leased by organizations or private sector  ( regardless of the nationality ) .
B. The vessel provides services up to the territory of external anchorage area.
C. The vessel has had at least three trips to the port in a six month period .
D. The vessel has Iranian master.
E. The master of the vessel has applied for entering the port without presence of a pilot .

**14. Hourly rental rates for marine equipment :**
The hourly renal rates for marine equipment used in operations other than giving berthing/unberthing to vessel will be calculated and received on the basis of mutually agreed rates .

**Table 2**
Tariff of dues , duties and port charges pertaining to carrying Iranian flag and belonging to Iranian shipping companies transshipping container and non-container cargo from Iran to other ports of the region as local feeders , also Iranian and foreign passenger and passenger-and-cargo vessels making  domestic and international trips , Iranian barges and tugboats carrying vehicles , and all Iranian vessels less than1500 GRT, entering special wharfs and traveling between Iranian islands , and also all vessels traveling between Iranian ports and islands with Iranian flag carrying cargo as cabotage .

Unit : per ton of GRT

| No | Title of tariff | | | Amount of tariff |
|---|---|---|---|---|
| 1 | Port duties | Port entrance entry duties | | 0.05 C/GRT |
| | | Port entry duties | | 0.05 C/GRT |
| | | Loading and unloading duties | On wharfs | 0.15 Cents per ton of cargo |
| | | | On berths | 0.075 Cents per ton of cargo |
| 2 | Light duties | | | 0.25 C/GRT |
| 3 | Pilotage charges of a round tour | | | 0.5 C/GRT |
| 4 | Charges of garbage collection from wharf | | | 0.15 C/GRT |
| 5 | Dredging charges | | | 0.3 C/GRT |
| 6 | Wharfage charges | | | 0.1 C/GRT per norm of unloading |
| 7 | Charges of towage | | | 1 C/GRT |

**Explanations :**
The above table has been framed on the basis of the enactments of the session numbers 1335 dated 19.12.82 , 1345 dated 24.6.82 , 1372 dated 4.3.83 and 1394 dated 26.11.83 .
Invoices issued for vessels will be at a minimum amount of 100,000 Rials and in case the due amount is less than 100,000 Rials , the same amount of 100,000 will be charged .

**Table 3**
Tariff of dues , duties and port charges pertaining to oil tankers ( Iranian and foreign ) in southern ports and all vessels on northern ports
Unit : US$ Cents per ton of GRT

| No | Tariff title | | Calculation unit | Tariff amount | Remarks |
|---|---|---|---|---|---|
| 1 | Port entrance entry duties | | Per ton of GRT | 6 Cents | |
| 2 | Port entry duties | | Per ton of GRT | 10 Cents | |
| 3 | Dredging charges | | Per ton of GRT | 41 Cents | |
| 4 | Pilotage charges of a round tour of a vessel | | Per ton of GRT | 40 Cents | |
| 5 | Light duties | | Per ton of GRT | 4 Cents | |
| 6 | Loading and unloading duties | On wharfs | Per ton of cargo | 22 Cents | |
| | | On berths | Per ton of cargo | 11 Cents | |
| 7 | Wharfage charges | | Per ton of GRT Per hour | 0.45 Cents * | |
| 8 | Charges of garbage collection from wharf | | | 5 Dollars | Traditional wooden vessel |
| | | | | 20 Dollars | Metal body vessels to 800 ton of GRT |
| | | | | 125 Dollars | vessels of 801 to 5000 ton of GRT |
| | | | | 700 Dollars | vessels of 5000 ton of GRT upward |
| 9 | Overtime : tariff of items 4 and 6 out of working hours will be 10% and on holidays and Fridays , 20% higher . | | | | |
| | Charges of bilge water collection from ship | | | 300 Dollars for each vessel over 5000 tons of GRT | |

\* (enactments of the session numbers 1246 dated 79.4.16)

14

**Explanation 1 - regarding item 8 :**
A. The stated tariffs are for up to 7 days of stay at the wharfs .
B. For each day of stay over 7 days , one seventh of the above tariffs will be received .
C. In ports lacking the required equipment for collecting bildge from the hold water of the vessel , the tariff of 65 dollars will be received from ships and vessels of 801 to 5000 GRT .
D. In case the garbage collection service was performed in berth or both in berth and wharf , the above tariffs will be received in two folds .
E. The tariff for receiving water used for washing of reservoirs for oil-tankers in southern ports (if the service is done) will be 2000 dollars .
**Explanation 2** - the charges for repositioning ( shifting in the wharf ) with the use of a pilot will be 7 cents per ton of GRT and 3 cents if it is done with ship's rope , and if towage takes place , the related charges will be calculated and received according to table 4 .
**Explanation 3** - the pilotage tariff will include steering the vessel , dropping and raising anchor , tying the vessel to the wharf and untying it . So , if the vessel is transferred from wharf to internal anchorage area and then given berthing in accordance with the order of the shipping services company , then , one shifting charges should be calculated and received , provided that it has not been due to administrative exigencies . In case a towage has been done , the related charges will be calculated and received according to table 4 .
**Explanation 4** - the towage charges in berthing of vessels to wharfs and unearthing from them will be received separately in accordance with table 4 .

**Table 4**
Tariff of towage charges for pilotage operations of oil-tankers ( Iranian and foreign ) in southern ports and all vessels in northern ports , in a single berthing and unberthing operation of a vessel*

| No | Vessel tonnage | Vessel towage charges | |
|----|----------------|-----------------------|-----------------|
|    |                | Foreign vessels | Iranian vessels |
| 1 | Up to 1500 ton of GRT | 300 dollars | 50 dollars |
| 2 | From 1501 to 5000 ton of GRT | 800 dollars | 100 dollars |
| 3 | From 5001 to 10000 ton of GRT | 1500 dollars | 150 dollars |
| 4 | From 10001 to 15000 ton of GRT | 2200 dollars | 200 dollars |
| 5 | From 15001 to 20000 ton of GRT | 2900 dollars | 250 dollars |
| 6 | From 20001 to 25000 ton of GRT | 3600 dollars | 300 dollars |
| 7 | From 25001 ton of GRT upward | 4500 dollars | 400 dollars |

\* enactment of the managing board of ports and shipping organization dated 1372.10.1

**Explanations :**
1. Type and number of tugboats and hours of use for berthing/unberthing the vessel to or from the wharf it have no effect on the mentioned tariff .
2. Towage charges for operations other than berthing to and unberthing from wharf will be acquired separately and in accordance with the current tariffs in use .
3. If no tugboats are used in the pilotage operations for berthing to or unberthing from the wharf , the towage charges will be calculated and acquired in any case , in accordance with the above table .
4. The pilotage and towage operations will be carried out in accordance with the current laws ,

regulations and instructions and in case no towage and pilotage are used during , berthing or untying , no towage and pilotage charges will be acquired .

5. No charges for the service of vessels ( pilot boat , tugboat , and so on ) will be acquired for transferring of the pilot to vessel .

**Exemptions and discounts**

1. All ships and vessels belonging to the Red Crescent Association of the Islamic Republic of Iran , whether for hospital usage or for other charity purposes will be exempted from all dues , duties and port charges ( the law related to amendment of a part of the tariff for port duties and dues annexed to the law of establishment of the ports and shipping organization approved on December 11 , 1972 ) .

2. All war ships and vessels belonging to military or police forces of the Islamic Republic of Iran and ports and shipping organization acting for noncommercial purposes are exempted from all dues , duties and port charges ( the law related to the establishment permit of the ports and shipping organization approved in June , 1960 ) , and in relation with war ships , only the charges for any services provided will be subject to calculation and acquisition .

3. All service providing vessels including tugboats active in pilotage operations , dredgers , oil pollution vessels , fuel and water supplying and buoy laying vessels , supply and crew carrying boats traveling in the limits of the port basin and the external anchorage area , for whom no port clearance is issued ( regardless of the nationality and flags ) are exempted from paying the duties for entering the port entrance and entering the port , the dredging and light charges in later trips after the first entry . Of course , the said vessels at the first entry and also later entries before leaving the port , for which , port clearance have been issued , are bound to pay the mentioned duties and charges in accordance with the approved rates .

4. All ships and vessels entering anchorage areas of the ports of Islamic Republic of Iran for noncommercial purposes like bunkering , exchange of crews , getting provision , repairing the vessel , getting medical helps , seeking refuge , research affairs , training and similar affairs , are exempted from all the tariffs table number one , except garbage charges.

**Note 1** - in case the mentioned vessels are given berthing in addition to medical helps , they will only pay for pilotage , garbage collection , towage and staying at the wharf , if the services have been provided .

**Note 2** - vessel berthed to the wharf for getting medical helps under emergency ( force major ) conditions are exempted from all the tariff for dues , duties and port charges pertaining to vessels ( table 1 ) for the first 72 hours and in case they stay for more than 72 hours , they will pay only for the charges of pilotage ,garbage collection , towage and staying at the wharf .

5. Vessel inflicted with marine accidents or caught fire and in need of help , search and rescue :
    A. Saving the lives of people in the sea is mandatory and gratuitous .
    B. Salvage of cargo and vessels are arbitrary and if the port accepts the salvage , all charges of equipments and services used or provided ( including towage , boats , barges , water evacuation pumps , fire fighting cylinders and materials , transferring of cargo and vessels , wages of people , ... ) will be calculated and received in accordance with the agreement between the vessel owner or his legal representative and the port ) .
    C. In cases where the vessel is sank or damaged or their remnants cause trouble for shipping operations and their owners refrain from removing the obstacle , ports and shipping organization can move them to a suitable place at its own expenses and if the owners do not

pay the expenses , the organization can seize and sell them and procure its claims observing the provisions of the articles 29 and 36 of the marine law in priority to other creditors ( according to the article 37 of the marine law ) .

6. All service vessels equipped with loading and unloading equipment being used for lighterage of big vessels in internal and external anchorage areas are exempted from all dues and port duties and will only pay for charges of pilotage , garbage collection , towage and wharfage .

7. If in an occasion , the loading and unloading equipment present in the port did not have sufficient power to move some special bales , and another vessel enters the port ( alone or accompanying a tugboat ) to provide this service at the request of the owner of cargo or the shipping company , both the vessel and the tugboat will be exempted from paying the port duties ( line 1 ) , light duties ( line 2 ) and dredging charges ( line 5 ) listed in the table of tariff for dues , duties and port charges ( table  1 ) and will pay only charges related to pilotage , towage , garbage collection and wharfage .

8. All vessels carrying illegal consignment of oil materials from neighboring countries discovered in Iranian waters , provided that the illegitimacy of the consignment is declared as indisputable by the legal authorities ( through enactment of the session number 1397 dated 8.10.1384 ) and with regard to the note 5 of article 20 of the executive by-law of the act of application method of governmental chastisements approved by the respected board of ministers regarding sales of illegal petroleum products discovered from ships and vessels at the governmental rates in order to hasten the process and uniformity of approaching such vessels in the ports , are subject to 95 percent discount on port dues and duties .

9. All vessels carrying relief supplies to disaster stricken areas ( caused from unexpected incidents ) which enter Iranian ports are exempted from all dues , duties and port charges ( on the basis of enactment of the session number 1429 dated 14.9.1384 ) .

10. All vessels ( whether with Iranian or foreign flag ) from origin or to destination of Qeshm free zone carrying non-oil import , export , or transit cargo are subject to 50 percent discount on dues, duties and port charges ( excluding towage charges ) ( enactment of the session number 1480 dated 23.11.85 ) .

11. Dues, duties and port charges pertaining to vessels entering the new container terminal of Shahid Rajaii Port , whose capacities are 7000 TEU or more are subject to discounts as follow :

| Vessel capacity TEU | Method and rate of discounts on dues, duties and port charges pertaining to vessels entering the new container terminal of Shahid Rajaii Port ( in a one year period ) | | | | | |
|---|---|---|---|---|---|---|
| | First shipping line | | Second shipping line | | Third shipping line | |
| | Trip number | Discount percent | Trip number | Discount percent | Trip number | Discount percent |
| 7000 TEU upward | First trip | 80 | First trip | 60 | First trip | 40 |
| | From the second trip to the end of a one year period | 40 | From the second trip to the end of a one year period | 40 | From the second trip to the end of a one year period | 40 |
| * The criteria for calculation of discount for a one year period is the entry date of the first vessel for any of the above mentioned shipping lines . | | | | | | |
| * The above mentioned discount will be calculated on the basis of the GT of the vessel . | | | | | | |
| * The towage charges will not be subject to any discount . | | | | | | |

( enactment of the session number 1473 of the managing board dated 13.9.85 )

12. All vessels carrying transit cargo ( non-oil ) to the destination of Iraq entering southern ports of the country are entitled to 50 percent discount on dues, duties and port charges ( excluding towage charges ) ( enactment of the session number 1481 dated 9.12.85 ) .

13. Vessels of Iranian nationality with gross capacity of up to 200 GRT being used for fishing and cabotage cargo between Iranian ports are only entitled to pay for loading and unloading of cargo at the port dues and wharfage , being exempted from all other  dues, duties and port charges tariffs ; with the explanation that such vessels are also exempted from wharfage charges for the first 24 hours , but if the stay exceeds 24 hours , then the whole staying time will be calculated and received ( enactment of the high council of ports and shipping organization dated 17.7.1362 ) and subject of the enactment of the session number 1335 dated 19.3.1382 of the managing board with the corrected table as attached :

Table 5
Method of application of exemptions and discounts for Iranian ships and vessels less than 1500GRT , including passenger , fishing , cabotage and commercial ships and vessels

| No | tariff | | Iranian cargo and/or cargo-passenger vessels of 60 ton GRT or lower | | | | Iranian cargo and/or cargo-passenger vessels of 61 to 200 ton GRT | | | | Iranian cargo and/or cargo-passenger vessels of 201 to 1500 ton GRT | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | commercial | cabotage | fishing | Passenger | commercial | cabotage | fishing | passenger | commercial | cabotage | fishing | passenger |
| 1 | Port duties | Port entrance entry duties | - | - | - | - | - | - | - | - | - | - | - | - |
| | | Port entry duties | - | - | - | - | - | - | - | - | - | - | - | - |
| | | Loading and unloading duties | - | - | - | - | + | + | + | + | + | + | + | + |
| 2 | Light duties | | - | - | - | - | - | - | - | - | - | - | - | - |
| 3 | Pilotage charges of a round tour | | *+ | - | - | *+ | *+ | - | - | *+ | *+ | *+ | *+ | *+ |
| 4 | Charges of garbage collection from wharf | | ***+ | ***+ | ***+ | ***+ | ***+ | - | - | ***+ | ***+ | ***+ | ***+ | ***+ |
| 5 | Dredging charges | | + | - | - | + | + | - | - | + | + | + | + | + |
| 6 | Wharfage charges | | **+ | **+ | **+ | **+ | **+ | **+ | **+ | **+ | **+ | **+ | **+ | **+ |
| 7 | Charges of towage | | - | - | - | - | ***+ | ***+ | ***+ | ***+ | ***+ | ***+ | ***+ | ***+ |

Explanations : port charges relating to passengers' cargo not accompanied with the passenger in passenger ships and vessels will be calculated and received in accordance with the contents of the manifest .
(-) means exemption and not receiving of the related tariff .
(+) means not exemption and receiving of the related tariff .
(*) means that in case of using pilot , pilotage charges should be received .
(**) means that in case of staying of the vessel at the wharf for more than 24 hours , the staying charges will be calculated and received on the basis of 1 C/GRT per day and for less than 1 day , on the basis of one twenty fourth of C/GRT per hour .
(***) means receivable in case of provision of the service .

14. Table related to discounts for vessels , whether Iranian or foreign , in northern ports . whose tariffs have been presented in table 3 . Discounts will be calculated and received in the following ways :

**Table 6**

| Description | Discount |
|---|---|
| Passenger vessels including ships and traditional wooden vessels | 50% |
| Iranian fishing vessels in territorial waters fishing for domestic uses | 90% |
| **Export :** | |
| Commercial vessels of 1500 GRT or more , entering the port for loading cargo like clinkers , gravels , sand and grit , cement , sulfur , and bulk concentrates of mineral materials . | 75% |
| Commercial vessels entering the port for loading other non-oil cargo except those contained in the above paragraph . | 50% |
| In case the above mentioned vessels were also carrying imported cargo , only 50% of the charges will be subject to discount . | |
| **Transit :** | |
| Non-oil-carrying  container and non-container commercial vessels whose total loads are foreign transit cargo entering the port for loading and unloading . | 75% |
| Non-oil-carrying  container and non-container commercial vessels carrying both imported and foreign transit cargo together , will be discounted to a degree proportionate with the ratio of the foreign transit cargo to the total amount of the cargo and to a maximum amount of | 75% |
| In case the vessel enters the port for carrying export and transit cargo together without unloading any cargo , it will be subject to 75% discount on the basis of proportion of foreign transit cargo and 50% for proportion of export cargo . | |
| **Explanation :** | |
| In case of being subject to multiple discounts , the highest rate of discount from the viewpoint of total amount payable for the cargo owners will be used as criteria for calculation of discount for ships and vessels . | |

15. To all tankers carrying oil products which enter northern ports of the country 25 percent and to all tankers transferring oil consignments through STS operations 35 percent discount is granted ( in proportion with the table 3 ) ( enactment of the session number 1459 dated 16.5.85 ) .

16. To all items of dues, duties and port charges for Iranian vessels which have joined the marine fleet of the country in Caspian sea since March 21 , 2006 or will join it in future , 50% discount is granted for 5 years from the date of registration ( enactment of the session number 1483 dated 22.12.85 ) .

17. To all items of dues, duties and port charges for Iranian non-oil-carrying vessels now operating in Caspian sea , 30% discount is granted ( enactment of the session number 1483 dated 22.12.85 ) .

18. For commercial vessels ( non-oil/non-gas-carrying ) in service ports and petro-chemistry of special economic energy zone of southern Pars ( Asalooyeh ) , tables 1 of this manual will apply , without considering dredging charges . wharfage . and no discounts will be granted . The above

tariff will apply to all vessels carrying export cargo from special economic energy zone of southern Pars and all vessels carrying import cargo to be consumed in the area itself ( enactment of the session number 1498 dated 25.4.86 ) .

19. For vessels carrying gas liquefactions in service ports and petro-chemistry of special economic energy zone of southern Pars ( Asalooyeh ) and all SBM and SPM in southern ports of the country , tables 7 and 8 will act as criteria ( enactment of the session number 1498 dated 25.4.86 ) .

**Table 7**
Table of tariff of dues, duties and port charges pertaining to vessels carrying gas liquefactions in service ports of Pars and special petrochemical   zone of southern Pars ( Asalooyeh )
Unit : Cents of American dollars

| No | Title | Tariff |
|----|-------|--------|
| 1 | Port entrance entry duties | 0.5 C/GRT |
| 2 | Port entry duties | 0.5 C/GRT |
| 3 | Loading and unloading duties | 1.5 C/Per ton of cargo |
| 4 | Light duties | 2.5 C/GRT |
| 5 | Pilotage charges of a round tour | 20 C/GRT |
| 6 | Charges of garbage collection | 1.5 C/GRT |
| 7 | Towage charges | 18 C/GRT |

**Explanation :**
1 - no discounts will apply to the above tariffs .

**Table 8**
Table of tariff of dues. duties and port charges pertaining to vessels carrying gas liquefactions in SBM and SPM of all southern ports of the country

| No | Title | Tariff |
|----|-------|--------|
| 1 | Port entrance entry duties | 0.5 C/GRT |
| 2 | Port entry duties | 0.5 C/GRT |
| 3 | Loading and unloading duties in SBM or SPM | 0.75 C/Per ton of cargo |
| 4 | Light duties | 2.5 C/GRT |
| 5 | Pilotage charges of a round tour | 40 C/GRT |
| 6 | Charges of garbage collection | 3 C/GRT |
| 7 | Towage charges | 18 C/GRT |

**Explanation :**
1 - no discounts will apply to the above tariffs .
2 - the above tariffs are applicable only to vessels performing loading and unloading operations through SBM and SPM .

# Chapter 2
## Duties and charges pertaining to cargo

**Section 1 :**
- General conditions and definitions

**Section 2 :**
- Duties and port charges pertaining to non-container cargo

**Section 3 :**
- Duties and port charges pertaining to container cargo

**Section 1**

**Definitions related to cargo :**

**Definite import cargo**

is a cargo released from customhouse for being used inside the country .

**Definite export cargo**

Is a cargo being sent to abroad for sale or being used .

**Cabotage cargo**

Is a cargo being carried from one point of the country to another through sea or borderline rivers

**Foreign transit cargo**

Is a foreign cargo coming into country from one border point and going out from another in order to pass through the soil of Islamic Republic of Iran .

**Internal transit cargo**

Is a non-custom-cleared good being carried and delivered from one authorized customhouse to another .

**Transship cargo**

Is a cargo being transferred from one vessel to another in the berths or ports of the country . The transfer may be carried out directly ( ship to ship ) or indirectly ( being unloaded on the port or in the customhouse and then loaded to a ship ) .

**Especial Economic Zone Ports**

The ports are located in the Especial Economic Zones defined by Especial Economic Zones Code.

**Free Zone Ports**

The ports are located in the Free Zones defined by Free Zones Code.

**Imported cargo to the zone**

The cargos that are entered to the Especial Economic or Free Zones to use, process, consume in production, evaluate, up grade, repair, ..... .

**Returned cargo**

The imported cargo present in port customs sites can be released for being returned to abroad . The returned good is not considered as either definite import or definite export cargo.

**Voluminous and traffic cargo**

Is a cargo whose dimensions are greater than 12x2.5x2.5 meters and for loading and unloading of which in port sites , special equipments are used .

**Light vehicles**

Include passenger cars , vans , motorcycles ...

**Semi-heavy vehicles**

Include mini-buses , small trucks ...

**Heavy vehicles**

Include trucks , buses , trailers and port equipments and all road building and agricultural equipments , railroad wagons and locomotives ...

**Container**

A big chamber made from wood or metal , which frequently can accommodate a full load of a big truck or trailer

**20 feet container**

A standard container whose dimensions have been determined as 20x8x8 feet by ISO .

**40 feet container**

A standard container whose dimensions have been determined as 40x8x8 feet by ISO .

## TEU

Twenty feet Equivalent Container.

### Nonstandard container

Any container out of the above mentioned dimensions is considered as nonstandard .

### Heavy weight container

Is a container too heavy to be unloaded by a gentry crane and requiring special equipment .

## THC

(Terminal Handling Charge) including unloading a container from vessel , moving it to the container yard , unloading and stowing in the CY , loading to the owner's transportation means and stowing or unloading in the CY and stowing , loading to the transportation means and stowing . moving to the side of the vessel and loading to vessel .

### Move

Means the operation of unloading a container from vessel or loading it to vessel , whether 20 or 40 feet .

### Strip container

Is emptying the contents of a container in accordance with the request of the cargo owner or the shipping agent .

### FCL container

Is a container whose contents belong to one custom license .

### LCL container

Is a container whose contents belong to more than one custom license .

### CFS store

Is a special place for emptying and storing of cargo related to FCL or LCL .

### Administrative transit

Transferring of consignments from one customhouse in a port to another

### Relocation

Transfer of good from its first storage place to another place in the port .

### Non-palletized cargo

Are cargo which have come out of its original packaging form or are carried in an unusual condition and without suitable packing .

### Special bales

Consignments whose volumes and weights are extraordinary and special equipments are needed for their transfer .

### Oil products

Include cargo like crude oil , gasoline , gas oil and fuel oil .

### General conditions :

**1. Basis for calculation and receiving of tariffs pertaining to cargo and containers :**

1.1. Duties and port charges pertaining to cargo ( except THC ) will be calculated and received in Rials .

1.2. The basis for calculation of THC is American dollar , which will be changed into Rials and received at the exchange rate of central bank on the day of loading or unloading of the container to or from the vessel .

**2. Working hours of the port ( official , nonofficial , nights and holidays ) :**

Working days of the port authorities are Saturday through Wednesday with official working hours being 7 to 15 , nonofficial hours 15 to 19 and nights from 19 to 7 in the next morning . Loading and unloading operations in bulk cargo terminal, general cargo, miscellaneous and container terminals will be in action 24 hours a day . In addition , Thursdays and Fridays of all weeks and formal holidays of the country will be considered holidays and loading and unloading works on these days will be treated and calculated as overtime works . Iranian new year day , "Norooz" or 1st of Farvardin ( 21st of March ) and the 10th of Moharram of lunar calendar , Ashoora ( circulating in solar calendar ) are also the official holidays of the ports and no operations will be done on these two days .

**3. Safety :**

All groups using ports are obliged to obey the routine laws and instructions and essentially comply with regulations .

**4. Charges of repositioning of consignments in the administrative transit section :**

A. Port authority reserves for itself the right of control , reloading , unloading and repositioning of the whole consignment and will take steps to administrative transit of cargo and containers to other domestic customhouses ( Sirjan , western Tehran , Shahriar , ... ) upon agreement and cooperation with the port , in case of extraordinary condensation of cargo and containers in the customhouse places , sites and stores , and the cargo and container owners will be incumbent to pay all charges for repositioning , storage , loading and unloading , preservation , transportation , and so on in customhouses .

B. Port authority will have the right to displace or inspect and move to another place any consignment or container with the risk and expenses of the owner or the agent of cargo or vessel owner increase they appear damaging other consignments or properties in surveillance .

**5. Dangerous , hazardous or harming cargo :**

Dangerous , hazardous or harming cargo should be stated to the port at least 48 hours in advance of their entry to the port or arrival of the vessel by the shipping agencies . Such cargo have been classified and listed as following by International Maritime Organization (IMO) under published codes of dangerous cargo ( IMDG CODE ) :

1. Explosive substances
2. High pressure gases , fluids and pressurized liquids
3. Flammable liquids
4. Flammable solids and substances with spontaneous flammability characters
5. Oxidizing substances and organic peroxides
6. Toxic and infectious substances
7. Radioactive materials
8. Corrosive substances
9. Miscellaneous dangerous substances

**Note 1 :** the executive method in respect of the dangerous cargo titles will be acted upon as before until further notice and no new title is being added in this regard . Obviously , any changes in the titles of the subject will be brought to notice of the ports .

**Note 2 :** the chemical substance of "Soda-ash" or sodium carbonate , which has not been included in the book of IMDG Code , is not considered dangerous substance .

**6- These tariffs are applicable on all Iranian ports including normal, free zone and especial economic zones ports.**

## Section 2 :
### Duties and port charges pertaining to non-container cargo

Table 9 - Transfer Tariff of non-container cargo in normal, free and special economic zone ports
Unit : Rials

| Tariff of transfer rate per ton of cargo / per unit ( non-container ) | | | | | | |
|---|---|---|---|---|---|---|
| Cargo group | | Import and cabotage in destination port | Export | Transit and foreign transshipment | Returned | Cabotage in origin port |
| Light cargo of each bale weighing less than 30 tons | Misc. | 41,600 | 9,000 | 18,000 | 35,300 | 10,400 |
| | Metal ware | 37,000 | 8,000 | 16,000 | 31,400 | 9,200 |
| | Bags ( pallets ) | 41,600 | 9,000 | 18,000 | 35,300 | 10,400 |
| Heavy cargo | From 30 to 60 tons | 138,600 | 30,000 | 60.000 | 117,800 | 34,700 |
| | From 61 to 120 tons | 277,200 | 60,000 | 120,000 | 235,600 | 69.300 |
| | From 120 tons upward | 369,600 | 80,000 | 160,000 | 314,200 | 92,400 |
| Dry bulk | | 9,200 | 2,000 | 4,000 | 7,900 | 2,300 |
| Liquid bulk | | 4,600 | 1,000 | 2,000 | 3,900 | 1,200 |
| Livestock ( per each ) | | 4,600 | 1,000 | 2,000 | 3,900 | 1,200 |
| Cold store and frozen cargo | | 27,700 | 6,000 | 12,000 | 23,600 | 6,900 |
| Junk cargo and scrap materials (direct delivery) | | 27,700 | 6,000 | 12,000 | 23,600 | 6,900 |
| Dangerous good | | 92,400 | 20,000 | 40,000 | 78.500 | 23,100 |
| Light vehicles , per unit | | 138,600 | 30,000 | 60,000 | 117,800 | 34,700 |
| Semi-heavy vehicles , per unit | | 231,000 | 50,000 | 100,000 | 196,400 | 57,800 |
| Heavy vehicles , per unit | | 462,000 | 100,000 | 200,000 | 392,700 | 115,500 |
| Wheat | | 1,900 | 410 | 830 | 1,600 | 500 |

Table 9-1- Transfer Tariff of light cargo in normal, free and special economic zone northern ports of the country

Unit: Rails

| Description | | Import and cabotage in destination port | Export | Transit and foreign transship | Returned | Cabotage in origin port |
|---|---|---|---|---|---|---|
| Light cargo of each bale weighing less than 30 tons | Miscellaneous cargo | 18,700 | 4,100 | 8,100 | 15,900 | 4,700 |
| | Bags ( pallets ) | 18,700 | 4,100 | 8,100 | 15,900 | 4,700 |
| Light cargo of each bale weighing less than 30 tons | Less than 5 tons | 11,600 | 2,500 | 5,000 | 9,800 | 2,900 |
| | 5 to 15 tons | 34,700 | 7,500 | 15,000 | 29,500 | 8,700 |

Explanation :
* transfer tariff of other cargo in normal, free and special economic zone northern ports of the country  will be received in accordance with table 9 .

Table 9-2 - Tariff of port charges pertaining to cargo in Chabahar port
( transfer charges )

unit : Rials

| Tariff type | Import | Export | cabotage | Transit | transship | Returned |
|---|---|---|---|---|---|---|
| Transfer charge | 1650 | 412 | Origin port : 412 Destination port :1650 | 1650 | 1650 | 1650 |

**Explanations on transfer operations :**
- The transfer operation consists of transportation , unloading , stowing and loading operations , the tariffs of each operation being 40% , 25% , 10% and 25% of the transfer tariff respectively .
- Transfer tariff of non-palletized cargo which are unloaded and kept in cargo terminals ( indirect delivery ) will be 100% higher , that is two folds of the transfer table rates , 1650 Rials of which pertains to fine and the rest is for the charges of non-palletized cargo.

**Note 1 :** in southern ports , non-palletized cargo being loaded and unloaded by traditional wooden vessels or floating units of less than 200 ton capacity will be exempted from inclusion of the above paragraph .

**Note 2 :** in Noshahr port , non-palletized cargo being unloaded and kept in cargo terminals (indirect delivery) will be charged two folds of the transfer tariff from shipping lines and one fold from the cargo owners , 3300 Rials of which pertaining to fines from shipping lines and 1650 Rials fine from the cargo owners and the rest is considered as the charges of non-palletized cargo