IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEBORAH D. PETERSON, et al.,

    Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN, et al.,

    Defendants.

No. C 08-80030-MISC JSW

**ORDER REFERRING MOTIONS TO MAGISTRATE JUDGE ZIMMERMAN**

Between July 16 and July 17, 2008, Plaintiffs filed a number of motions in the above captioned matter for orders compelling assignments of rights. Pursuant to Local Rule 72-1, these motions are HEREBY REFERRED to Magistrate Judge Zimmerman to prepare a report and recommendation.

**IT IS SO ORDERED.**

Dated: July 24, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom
\