UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., | ) ) ) ) ) | No. 08-80030 MISC JSW (BZ) |
| Plaintiff(s), | ) ) | |
| v. | ) ) | **BRIEFING ORDER** |
| ISLAMIC REPUBLIC OF IRAN, et al., | ) ) ) | |
| Defendant(s). | ) ) | |

Judge White has referred to me the additional motions to enforce judgment filed by the plaintiffs on July 16 and 17, 2008. The first filed motion involves CMA CGM S.A & CMA CGM (The French Line). For purposes of judicial economy, the court will address this motion first. Any opposition to this motion shall be filed by August 13, 2008. A reply shall be filed by August 20, 2008. In addition to replying to any issues raised by any opposition, the reply shall address these issues:

1

1.  To the extent that plaintiffs seek an assignment of rights to payment which are not currently in existence, whether such inchoate rights are subject to assignment as opposed to a right of payment which is presently in existence but may become due based on future developments, which appears more in line with the statute.

2.  Whether the plaintiffs are seeking an assignment that would extend to any of the following payments:

    (1) Payments made outside the United States.
    (2) Payments made outside the United States on a contract entered outside the United States.
    (3) Payments made outside the United States on a contract entered outside the United States which has no connection with the United States.

3.  This motion will be heard **September 3, 2008 at 10:00 a.m.**  The other motions will be heard **September 17, 2008 at 10:00 a.m.**  Any replies will be due September 12, 2008. Plaintiffs need not re-brief the issues listed in paragraph 2.

Dated: July 25, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\PETERSON v. ISLAMIC REPUBLIC OF IRAN\BRIEFING ORDER.wpd