**DAVID J. COOK, ESQ. (State Bar # 060859)**
**ROBERT J. PERKISS, ESQ. (State Bar # 62386)**
**COOK COLLECTION ATTORNEYS**
**A PROFESSIONAL LAW CORPORATION**
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel: (415) 989-4730
Fax: (415) 989-0491
File No. 52,759

Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
of the Estate of James C. Knipple (Dec.), et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., Plaintiffs, vs. ISLAMIC REPUBLIC OF IRAN, et al., Defendants. | CASE NO. 3:08-mc-80030-JSW (BZ)<br><br>NOTICE OF BRIEFING ORDER |

TO THE ISLAMIC REPUBLIC OF IRAN, AND TO ITS ATTORNEYS OF RECORD, AND TO ALL Shipping Line, AND THEIR ATTORNEYS, IF ANY:

PLEASE TAKE NOTICE that on July 25, 2008, the court entered that BRIEFING ORDER, a true and correct copy which is attached hereto marked ***Exhibit "A"*** and incorporated by reference.

DATED: July 25, 2008

COOK COLLECTION ATTORNEYS

By: /s/ David J. Cook
DAVID J. COOK, ESQ. (SB# 060859)
Attorneys for Plaintiffs
DEBORAH D. PETERSON, etc.

F:\USERS\DJCNEW\petersonsf.notbriefing

# EXHIBIT "A"

Case 3:08-mc-80030-JSW Document 113 Filed 07/25/2008 Page 1 of 2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al.,

Plaintiff(s),

v.

ISLAMIC REPUBLIC OF IRAN, et al.,

Defendant(s).

No. 08-80030 MISC JSW (BZ)

**BRIEFING ORDER**

Judge White has referred to me the additional motions to enforce judgment filed by the plaintiffs on July 16 and 17, 2008. The first filed motion involves CMA CGM S.A & CMA CGM (The French Line). For purposes of judicial economy, the court will address this motion first. Any opposition to this motion shall be filed by August 13, 2008. A reply shall be filed by August 20, 2008. In addition to replying to any issues raised by any opposition, the reply shall address these issues:

A

Case 3:08-mc-80030-JSW Document 113 Filed 07/25/2008 Page 2 of 2

1. To the extent that plaintiffs seek an assignment of rights to payment which are not currently in existence, whether such inchoate rights are subject to assignment as opposed to a right of payment which is presently in existence but may become due based on future developments, which appears more in line with the statute.

2. Whether the plaintiffs are seeking an assignment that would extend to any of the following payments:

(1) Payments made outside the United States.

(2) Payments made outside the United States on a contract entered outside the United States.

(3) Payments made outside the United States on a contract entered outside the United States which has no connection with the United States.

3. This motion will be heard **September 3, 2008 at 10:00 a.m.** The other motions will be heard **September 17, 2008 at 10:00 a.m.** Any replies will be due September 12, 2008. Plaintiffs need not re-brief the issues listed in paragraph 2.

Dated: July 25, 2008

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\PETERSON v. ISLAMIC REPUBLIC OF IRAN\BRIEFING ORDER.wpd

**DAVID J. COOK, ESQ. (State Bar # 060859)**
**ROBERT J. PERKISS, ESQ (State Bar # 62386)**
**COOK COLLECTION ATTORNEYS**
**A PROFESSIONAL LAW CORPORATION**
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel.: (415) 989-4730
Fax: (415) 989-0491
File No. 52,759

Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
of the Estate of James C. Knipple (Dec.), et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., Plaintiffs, vs. ISLAMIC REPUBLIC OF IRAN, et al., Defendants. | CASE NO. 3:08-mc-80030-JSW (BZ)<br><br>PROOF OF SERVICE |

HIS EXCELLENCY AYATOLLAH SAYED
'ALI KHAMENEI
THE OFFICE OF THE SUPREME
LEADER
Islamic Republic Street
Shahid Keshvar Doust Street
Tehran, Islamic Republic of Iran

HIS EXCELLENCY MAHMOUD
AHMADINEJAD THE PRESIDENT
Palestine Avenue
Azerbaijan Intersection
Tehran, Islamic Republic of Iran

ISLAMIC REPUBLIC OF IRAN
Pasadaran Avenue
Golestan Yekom
Teheran, Iran
ATTN: President Mahmoud Ahmadinejad or
Responsible Officer or Agent for Service of
Process

ISLAMIC REPUBLIC OF IRAN
acting through its MINISTRY OF DEFENSE
AND SUPPORT FOR ARMED FORCES
No. 1 Shahid Kaboli Street
Beginning of Resalat Highway
Seyyed Khandan Bridge
P.O. Box 16765-1479
Tehran, Iran
Attn: President Mahmoud Ahmadinejad or
Responsible Officer or Agent for Service of
Process

ISLAMIC REPUBLIC OF IRAN
Khomeini Avenue
United Nations Street
Teheran, Iran
ATTN: President Mahmoud Ahmadinejad or
Responsible Officer or Agent for Service of
Process

Director, Human Rights Headquarters of Iran
HIS EXCELLENCY MOHAMMAD JAVAD LARIJANI
c/o Office of the Deputy for International Affairs
Ministry of Justice
Ministry of Justice Building
Panzdah-Khordad (Ark) Square
Tehran, Islamic Republic of Iran

Minister of Intelligence
GHOLAM HOSSEIN MOHSENI EJEIE
MINISTRY OF INTELLIGENCE
Second Negarestan Street
Pasdaran Avenue
Tehran, Islamic Republic of Iran

Head of the Judiciary
AYATOLLAH MAHMOUD HASHEMI SHAHROUDI
Howzeh Riyasat-e Qoveh Qazaiyeh
Office of the Head of the Judiciary
Pasteur Street, Vali Asr Avenue
South of Serah-e Jomhouri
Tehran 1316814737
Islamic Republic of Iran

MINISTRY OF ROADS AND TRANSPORTATION
Attn: MOHAMMED RAHMATI
MINISTER OF ROAD AND TRANSPORTATION
Taleghani Avenue
Tehran, Iran

ALI TAHERI
DEPUTY MINISTER AND MANAGING DIRECTOR
PORT & SHIPPING ORGANIZATION OF THE ISLAMIC REPUBLIC OF IRAN
Building No. 2
South Didar Street
Shahid Hagnai Expressway,Vanak Square
Tehran, Iran

NATIONAL IRANIAN OIL REFINING AND DISTRIBUTION COMPANY
Opposite of Arak Alley Ostad Nejatollahi Ave.
Zip Code 15989
P.O. Box 15815/3499
Tehran, Iran
ATTN: Responsible Officer or Agent for Service of Process

MINISTRY OF PETROLEUM OF THE ISLAMIC REPUBLIC OF IRAN
HAFEZ CROSSING
Taleghani Avenue
Tehran, Iran
ATTN: Responsible Officer or Agent for Service of Process

NATIONAL IRANIAN OIL PRODUCTS DISTRIBUTION COMPANY
Bahar St. Somaya Corner
Tehran 15617/ 33315
P.O .Box 6165
Tehran
ATTN: Responsible Officer or Agent for Service of Process

NATIONAL IRANIAN OIL COMPANY
Hafez Crossing
Taleghani Avenue
Tehran, Iran
ATTN: Responsible Officer or Agent for Service of Process

**CMA CGM S.A.**
**Attn: President, General Manager, Agent for Service of Process-Legal Matters**
**14th Floor Q House Lumpini**
**1 South Sathorn Road**
**Tungmahamek Sathorn**
**Bangkok 101 Thailand**

**CMA CGM The French Line**
**Attn: President, General Manager, Agent for Service of Process-Legal Matters**
**CMA CGM Marseille Head Office**
**4, quai d'Arenc 13235 Marseille cedex 02**
**France**

**CSAV/ EUROATLANTIC CONTAINER LINE - Attn: PRESIDENT, GENERAL MANAGER, AGENT FOR SERVICE OF PROCESS-LEGAL MATTERS**
**Ricardo Claro Valdés, Chairman**
**Plaza Sotomayor 50**
**Valparaiso Chile**

**EMIRATES SHIPPING LINES**
**Attn: PRESIDENT, GENERAL MANAGER, AGENT FOR SERVICE OF PROCESS-LEGAL MATTERS**
**Vikas Mohammed Khan, Chairman and CEO of Emirates Shipping Line**
**Emirates Shipping Line FZE**
**AlMoosa Tower 2, 10th Floor, Office 1004**
**Sheikh Zayed Road, Dubai**
**United Arab Emirates**

**EVERGREEN LINE**
Attn: Huoyao Yan,General Manager, Director
Evergreen Marine Corporation
No.166, Sec. 2 Minsheng East Road
Taipei, Taiwan

**HANJIN SHIPPING LINES**
Attn: PRESIDENT, GENERAL MANAGER, AGENT FOR SERVICE OF PROCESS-LEGAL MATTERS
JEONG WON PARK, PRESIDENT AND CHIEF EXECUTIVE OFFICER
25-11, Youido-Dong Youngdingpo-Gu
Seoul, 150-010 South Korea

**HAPAG LLOYD AG.**
Michael Behrendt, Chairman
Ulrich Kranich, CEO and Human Relations Executive
Ballindamm 25
Hamburg, D-20095 DEU

**HYUNDAI MERCHANT MARINE CO., LTD.**
Attn: PRESIDENT, GENERAL MANAGER, AGENT FOR SERVICE OF PROCESS-LEGAL MATTERS
SEONG MAN KIM, PRESIDENT
JAE JUNG LEE, CEO
66, JukSuhn-Dong Jongro-Gu
Seoul, 110-052 South Korea

**KAWASAKI KISEN KAISHA LTD / "K" LINE**
Attn: PRESIDENT, GENERAL MANAGER, AGENT FOR SERVICE OF PROCESS-LEGAL MATTERS
HIROYUKI MAEKAWA, EXECUTIVE PRESIDENT
HIBIYA CENTRAL BUILDING 2-9, Nishi Shinbashi 1 Chrome Minato-ku
TKY 105 8421, Japan

**MAERSK LINE (A.P. MOLLER MAERSK, A/S).**
Attn: PRESIDENT, GENERAL MANAGER, AGENT FOR SERVICE OF PROCESS-LEGAL MATTERS
Eivind Kolding, CEO
Esplanaden 50
Copenhagen, DK-1098K DNK

**MEDITERRANEAN SHIPPING COMPANY (MSC)**
Attn: PRESIDENT, GENERAL MANAGER, AGENT FOR SERVICE OF PROCESS-LEGAL MATTERS
Gianluigi Aponte, Chairman
40 Ave. Eugène-Pittard
Geneva, CH-1206 CHE

**MITSUI O.S.K. LINES**
Attn: PRESIDENT, GENERAL MANAGER, AGENT FOR SERVICE OF PROCESS-LEGAL MATTERS
Kunio Suzuki, Chairman of the Board, Representative Director
Akimitsu Ashida, Executive President, Representative Director
2-1-1 Toranomon
Minato-ku, TKY 105-8688 Japan

**ORIENT OVERSEAS CONTAINER LINE LTD.**
Attn: PRESIDENT, GENERAL MANAGER, AGENT FOR SERVICE OF PROCESS-LEGAL MATTERS
Chee Chen Tung , Chairman of the Board, President, Chief Executive Officer
33rd Floor, Harbour Centre 25 Harbour Road Wanchai, Hong Kong

**PACIFIC INTERNATIONAL LINES LTD.**
Attn: PRESIDENT, GENERAL MANAGER, AGENT FOR SERVICE OF PROCESS-LEGAL MATTERS
Wangxiu Huang, Chairman of the Board
Yang Ming Marine Transport Corp.
271 Ming De 1st Road Chidu
Keelung, Taiwan

**WAN HAI LINES LTD.**
Attn: PRESIDENT, GENERAL MANAGER, AGENT FOR SERVICE OF PROCESS-LEGAL MATTERS
Boting Chen, Chairman of the Board, General Manager
10th Floor, 136 Sung Chiang Rd
Taipei, Taiwan

**YANG MING MARINE TRANSPORT CORPORATION**
Attn: PRESIDENT, GENERAL MANAGER, AGENT FOR SERVICE OF PROCESS-LEGAL MATTERS
Wangxiu Huang, Chairman of the Board
271 Ming De 1st Road Chidu
Keelung, Taiwan

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street. San Francisco, CA 94102. On the date set forth below, I served the attached:

NOTICE OF BRIEFING ORDER

on the above-named person(s) by:

__XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 25, 2008.

/s/ David J. Cook
DAVID J. COOK, ESQ. (SB# 060859)