1  Paul J. Hall (State Bar No. 066084)
   phall@nixonpeabody.com
2  Walter T. Johnson (State Bar No: 111094)
   wjohnson@nixonpeabody.com
3  Isabelle L. Ord (State Bar No. 198224)
   iord@nixonpeabody.com
4  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
5  San Francisco, CA 94111-3996
   Telephone: (415) 984-8200
6  Facsimile: (415) 984-8300

7  Attorneys for Defendant
   MITSUI O.S.K. LINES, LTD.
8  HANJIN SHIPPING LINES and
   CSAV/EUROLANTIC CONTAINER LINE
9
   MORGAN, LEWIS & BOCKIUS LLP
10 PETER BUSCEMI, State Bar No. 255213
   MATTHEW S. WEILER, State Bar No. 236052
11 One Market, Spear Street Tower
   San Francisco, CA 94105-1126
12 Tel: 415.442.1000
   Fax: 415.442.1001
13 E-mail: mweiler@morganlewis.com
   E-mail: pbuscemi@morganlewis.com
14
   Attorneys for Non-Parties CMA CGM, A.P. Moller-Maersk A/S, and Mediterranean Shipping
15 Company

16
                          UNITED STATES DISTRICT COURT
17
                         NORTHERN DISTRICT OF CALIFORNIA
18
                              SAN FRANCISCO DIVISION
19

20

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al.,<br><br>                Plaintiff,<br><br>vs.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>                Defendants. | Case No. 3:08-mc-80030-JSW<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) AND [PROPOSED] ORDER THEREON**<br><br>Dates: September 3 and 17, 2008<br>Time: 10:00 a.m.<br>Dept.: G, 15th Floor<br>Magistrate Judge: Bernard Zimmerman |

STIPULATION FOR EXTENSION OF TIME TO RESPOND
TO MOTION FOR AN ORDER COMPELLING
ASSIGNMENT OF RIGHTS
(CASE NO. 3:08-MC-80030-JSW)

11112897.2

## STIPULATION

Plaintiffs DEBORAH D. PETERSON, PERSONAL REPRESENTATIVE OF THE ESTATE OF JAMES C. KNIPPLE (DEC.), ET. AL. ("PLAINTIFFS") and third parties MITSUI O.S.K. LINES, LTD. ("MOL"); HANJIN SHIPPING LINES ("HANJIN"); CSAV/EUROATLANTIC CONTAINER LINE ("CSAV"); CMA CGM ("CMA"); A.P. MOLLER-MAERSK A/S ("MAERSK"); and MEDITERRANEAN SHIPPING COMPANY ("MSC") (collectively, the "SHIPPING LINES") do hereby stipulate as follows:

WHEREAS on March 11, 2008, PLAINTIFFS registered a judgment with this Court in the amount of $2,656,944,877 against defendant ISLAMIC REPUBLIC OF IRAN;

WHEREAS on July 16 and 17, 2008, PLAINTIFFS filed and later served Motions for Orders Compelling Assignment of Rights Pursuant to C.C.P. §708.510(a) and F.R.C.P. 69(a) (the "Motions") on the third party SHIPPING LINES;

WHEREAS on July 25, 2008, this Honorable Court issued a Notice of Briefing Order and Briefing Order to the SHIPPING LINES, inviting the SHIPPING LINES to respond to the Motions and setting a briefing schedule that requires hearing of the Motion relating to CMA on September 3, 2008 (for purposes of judicial economy), followed by hearing of the Motions relating to the other third party shipping lines on September 17, 2008;

WHEREAS the SHIPPING LINES make this Stipulation and intend to oppose the Motions without prejudice to or waiver of and having expressly reserved any and all rights and defenses;

WHEREAS the law firm of Morgan Lewis & Bockius was retained on August 8, 2008 to represent CMA, MAERSK, and MSC, and the law firm of Nixon Peabody, LLP was retained on August 8, 2008 to represent CSAV, having been retained to represent MOL and HANJIN only a few

-2-

STIPULATION FOR EXTENSION OF TIME TO RESPOND
TO MOTION FOR AN ORDER COMPELLING
ASSIGNMENT OF RIGHTS AND [PROPOSED ORDER]
(CASE NO. 3:08-MC-80030-JSW)

111112897.2

1  days earlier;

3  WHEREAS good cause exists to continue the hearing for the SHIPPING LINES so that
4  counsel may become familiar with these proceedings and advise their clients accordingly;

6  WHEREAS the Court's previous Briefing Order sought the briefing and hearing of the
7  Motion relating to CMA first, followed by the briefing and hearing of the Motions relating to the
8  other SHIPPING LINES, consistently with the previous Briefing Order, PLAINTIFFS and the
9  SHIPPING LINES propose and request a 30 day extension of time to respond to the Motions such
10 that the response of CMA would be due on September 15, 2008 and heard on October 3, 2008 at
11 10:00 a.m. (or as soon thereafter as convenient for the Court); and the responses of the other
12 SHIPPING LINES shall be due thereafter on such date and with such a hearing date as shall be
13 ordered by the Court;

15 WHEREAS responses to the Motions shall be in accordance with the Local Rules of the
16 United States District Court, Northern District of California, and any other order as may be issued by
17 the Court;

19 WHEREAS SHIPPING LINES have never previously sought an extension relating to the
20 Motions;

22 WHEREAS counsel for the SHIPPING LINES are not aware of the identity of counsel for all
23 the other shipping lines, if counsel have been appointed, and are unable to coordinate this Stipulation
24 with all the other shipping lines, counsel for the SHIPPING LINES will notify any identified counsel
25 for the other Shipping Lines of the Stipulation;

27 WHEREAS counsel for the SHIPPING LINES shall undertake the responsibility of effecting

-3-

STIPULATION FOR EXTENSION OF TIME TO RESPOND
TO MOTION FOR AN ORDER COMPELLING
ASSIGNMENT OF RIGHTS AND [PROPOSED ORDER]
(CASE NO. 3:08-MC-80030-JSW)

11112897.2

1  service of process on all appropriate parties.

3  PLAINTIFFS and the SHIPPING LINES hereby stipulate as follows:

5  1. The SHIPPING LINES shall have a 30 day extension of time to respond to the Motions such that the response of CMA would be due on September 15, 2008 and heard on October 3, 2008 at 10:00 a.m. (or as soon thereafter as convenient for the Court); and the responses of the other SHIPPING LINES shall be due thereafter on such date and with such a hearing date as shall be ordered by the Court; and

11  2. PLAINTIFFS' Reply Brief(s) shall be due according to the Federal Rules of Civil Procedure.

**IT IS SO STIPULATED.**

DATED:   August 8, 2008

NIXON PEABODY LLP

By: _____/s/_____
ISABELLE L. ORD
Attorneys for Third Parties
MITSUI O.S.K. LINES, LTD.
HANJIN SHIPPING LINES and
CSAV/EUROATLANTIC CONTAINER LINE

-4-

STIPULATION FOR EXTENSION OF TIME TO RESPOND
TO MOTION FOR AN ORDER COMPELLING
ASSIGNMENT OF RIGHTS AND [PROPOSED ORDER]
(CASE NO. 3:08-MC-80030-JSW)

11112897.2

1  DATED:     August 8, 2008                    MORGAN LEWIS & BOCKIUS LLP

2
                                                By: _____/s/_____
3                                                   Matthew S. Weiler
                                                    Counsel for CMA CMG, Maersk, and MSC
4                                                   One Market Spear Street Tower
                                                    San Francisco, CA 94105-1126
5                                                   Tel: (415) 442-1000
                                                    Fax: (415) 442-1001
6

7       I, Isabelle Ord, am the ECF User whose ID and password are being used to file this

8  Stipulation and [Proposed] Order to Continue Hearing Date. In compliance with General Order 45,

9  X.B., I hereby attest that the signatory below has concurred in this filing.

10

11                                              COOK COLLECTION ATTORNEYS

12 DATED:     August 8, 2008

13
                                                By: _____/s/_____
14                                                  DAVID J. COOK
                                                    Attorneys for Plaintiffs
15                                                  DEBORAH D. PETERSON,
                                                    Personal Representatives of the Estate
16                                                  of James C. Knipple (Dec.), et al.

-5-

STIPULATION FOR EXTENSION OF TIME TO RESPOND
TO MOTION FOR AN ORDER COMPELLING
ASSIGNMENT OF RIGHTS AND [PROPOSED ORDER]
(CASE NO. 3:08-MC-80030-JSW)

11112897.2

**PROPOSED ORDER**

As stipulated by PLAINTIFFS and the SHIPPING LINES, and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The SHIPPING LINES shall have a 30 day extension of time to respond to the Motions as follows: The Response of CMA is due on September 15, 2008 and will be heard on October 3, 2008 at 10:00 a.m. (or as soon thereafter as convenient for the Court);

2. The responses to the Motions of the other SHIPPING LINES (aside from CMA) shall be due thereafter on such date and with such a hearing date as shall be ordered by the Court as follows_____; and

3. PLAINTIFFS' Reply Brief(s) shall be due according to the Federal Rules of Civil Procedure.

Dated: August ___, 2008

_____
HONORABLE BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

-6-
STIPULATION FOR EXTENSION OF TIME TO RESPOND
TO MOTION FOR AN ORDER COMPELLING
ASSIGNMENT OF RIGHTS AND [PROPOSED ORDER]
(CASE NO. 3:08-MC-80030-JSW)

11112897.2