| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| | PETER BUSCEMI, State Bar No. 255213 |
| 2 | MATTHEW S. WEILER, State Bar No. 236052 |
| | One Market, Spear Street Tower |
| 3 | San Francisco, CA  94105-1126 |
| | Tel:  415.442.1000 |
| 4 | Fax:  415.442.1001 |
| | E-mail:  mweiler@morganlewis.com |
| 5 | E-mail:  pbuscemi@morganlewis.com |

Attorneys for Non-Parties CMA CGM, A.P. Moller-Maersk A/S, and Mediterranean Shipping Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., <br><br> Plaintiff, <br><br> vs. <br><br> Islamic Republic of Iran, et al., <br><br> Defendant. | Case No. 08-80030 MISC JSW (BZ) <br><br> **DECLARATION OF MATTHEW S. WEILER IN SUPPORT OF JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(A) AND F.R.C.P. 69(A)** <br><br> Dates: September 3 and 27, 2008 <br> Time: 10:00 a.m. <br> Dept.: G, 15th Floor <br> Magistrate Judge:  Bernard Zimmerman |

I, Matthew S. Weiler, declare as follows:

1. I am an attorney at law, licensed to practice before the courts of the State of California and before this Court. I am an associate of the law firm Morgan, Lewis & Bockius LLP, counsel for non-parties CMA CGM ("CMA"), A.P. Moller-Maersk A/S ("Maersk"), and Mediterranean Shipping Company ("MSC"). Pursuant to N.D. Local Rule 6-3(a), I make this declaration in support of the joint stipulation among CMA, Maersk, MSC, Mitsui O.S.K. Lines, Ltd. ("MOL"), Hanjin Shipping Lines ("Hanjin") CSAV/EUROATLANTIC Container Line ("CSAV") (collectively, "Stipulating Shipping Lines") and Plaintiffs to continue the hearing dates for Plaintiffs' Motions to Enforce Judgment. The facts set forth in this declaration are true of my own personal knowledge, and if called I could and would testify competently thereto.

2. On or about March 11, 2008, Plaintiffs registered a judgment with this Court in the amount of $2,656,944,877.00 against the Islamic Republic of Iran.

3. On July 16 and 17, 2008, Plaintiffs filed and later served Motions for Orders Compelling Assignment of Rights Pursuant to C.C.P. §708.510(a) and F.R.C.P. 69(a) (the "Motions") on the third party Stipulating Shipping Lines.

4. On July 25, 2008, this Court entered an order setting a hearing date for September 3, 2008, for a hearing on Plaintiffs' Motion with respect to CMA; setting a briefing schedule that requires CMA to file its Opposition to Plaintiff's Motion on August 13, 2008; and setting a hearing date on Plaintiffs' Motions with respect to other Stipulating Shipping Lines for September 17, 2008.

5. Plaintiffs and Stipulating Shipping Lines agree to a 30 day extension of time to respond to the Motions such that the response of CMA would be due on September 15, 2008 and heard on October 3, 2008 at 10:00 a.m. (or as soon thereafter as convenient for the Court); and the responses of the other Stipulating Shipping Lines may be due, and these motions heard, at such a time as ordered by the Court.

6. Morgan Lewis & Bockius was retained on August 8, 2008, to represent CMA, Maersk, and MSC in connection with this action.

1   7.   Good cause exists to continue the hearing with respect to Stipulating Shipping Companies so that counsel at Morgan Lewis can become familiar with these proceedings and advise CMA, Maersk, and MSC accordingly.

8.   Morgan Lewis has neither sought nor obtained any prior extension on behalf of CMA, Maersk, or MSC in connection with Plaintiff's Motions.

9.   None of CMA, Maersk, MSC waives any objections to personal jurisdiction, or other defenses, by making the stipulation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and based on my personal knowledge, and that this declaration was executed on August 8, 2008, in San Francisco, California.

By     /s/
       Matthew S. Weiler