Paul J. Hall (State Bar No. 066084)
phall@nixonpeabody.com
Walter T. Johnson (State Bar No: 111094)
wjohnson@nixonpeabody.com
Isabelle L. Ord (State Bar No. 198224)
iord@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3996
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

Attorneys for Defendant
MITSUI O.S.K. LINES, LTD.
HANJIN SHIPPING LINES and
CSAV/EUROLANTIC CONTAINER LINE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., <br><br> Plaintiff, <br><br> vs. <br><br> ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants. | Case No. 3:08-mc-80030-JSW <br><br> **DECLARATION OF ISABELLE L. ORD IN SUPPORT OF JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) AND [PROPOSED] ORDER THEREON** <br><br> Dates: September 3 and 17, 2008 <br> Time: 10:00 a.m. <br> Dept.: G, 15th Floor <br> Magistrate Judge: Bernard Zimmerman |

DECL OF I. ORD IN SUPPORT OF STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS (CASE NO. 3:08-MC-80030-JSW)

11112959.1

## DECLARATION OF ISABELLE L. ORD

I, Isabelle L. Ord, declare as follows:

1. I am an attorney with the law firm of Nixon Peabody, LLP, counsel for third parties MITSUI O.S.K. LINES, LTD. ("MOL"); HANJIN SHIPPING LINES ("HANJIN"); AND CSAV/EUROATLANTIC CONTAINER LINE ("CSAV") (collectively, the "SHIPPING LINES") in this action. I have personal knowledge of the following, and if called upon, could testify competently thereto.

2. The SHIPPING LINES make this Stipulation and intend to oppose the Motions For Orders For Assignment (the "Motions") without prejudice to or waiver of and having expressly reserved any and all rights and defenses.

3. Good cause exists to permit an extension of time for the SHIPPING LINES to respond to the Motions and to continue the hearing on the Motions for 30 days, as requested in the Joint Stipulation filed herewith. Nixon Peabody, LLP was retained on August 8, 2008 to represent CSAV, having been retained to represent MOL and HANJIN only days earlier. I have personally reviewed the Motions, and commenced research and analysis of the issues presented. I believe the issues are complex, and will require time beyond that permitted in the Briefing Order to properly and fully respond to the Motions.

4. The SHIPPING LINES have not previously requested any extension relating to the Motions.

5. The requested extension will have no effect on the case because judgment has already been entered, and PLAINTIFFS DEBORAH D. PETERSON, ET. AL ("PLAINTIFFS") are seeking

-2-

DECL OF I. ORD IN SUPPORT OF STIPULATION FOR
EXTENSION OF TIME TO RESPOND TO MOTION FOR AN
ORDER COMPELLING ASSIGNMENT OF RIGHTS
(CASE NO. 3:08-MC-80030-JSW)

11112959.1

only to enforce the judgment.

6.    PLAINTIFFS will not be prejudiced by and have stipulated to the requested extension. On August 8, 2008, I spoke to PLAINTIFFS' counsel, David Cook. Mr. Cook agreed to the extension of time for briefing and hearing of the Motions, but requested that the SHIPPING LINES coordinate their Stipulation with counsel for CMA CGM ("CMA"), A.P. MOLLER-MAERSK A/S ("MAERSK"), and MEDITERRANEAN SHIPPING LINES ("MSL"). I also spoke with Matt Weiler of Morgan Lewis and Bockius, counsel for CMA, MAERSK, and MSL. Mr. Weiler and I agreed to jointly submit the Stipulation, and to notify any identifiable counsel for the various other third party shipping lines of this Stipulation.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed at San Francisco, California on August 8, 2008.

                                                      ISABELLE L. ORD

-3-
DECL OF I. ORD IN SUPPORT OF STIPULATION FOR
EXTENSION OF TIME TO RESPOND TO MOTION FOR AN
ORDER COMPELLING ASSIGNMENT OF RIGHTS
(CASE NO. 3:08-MC-80030-JSW)

11112959.1