JOHN D. GIFFIN, CASB NO. 89608
john.giffin@kyl.com
DAVID PIPER, CASB NO. 179889
david.piper@kyl.com
NICOLE S. BUSSI, CASB NO. 252763
nicole.bussi@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Ave.
San Francisco, California 94133
Telephone:   (415) 398-6000
Facsimile:    (415) 981-0136

Attorneys for Non-Party
HAPAG-LLOYD AG

ROGER B. COVEN, CASB NO. 134389
roger.coven@hklaw.com
TIANJING ZHANG, CASB NO. 256759
tianjing.zhang@hklaw.com
HOLLAND & KNIGHT LLP
633 West Fifth Street, 21st Floor
Los Angeles, California 90071-2040
Telephone:  (213) 896-2400
Facsimile:  (213) 896-2450

Attorneys for Non-Party
WAN HAI LINES LTD.

MITCHELL S. GRIFFIN, CASB NO. 114881
mgriffin@cwghp.com
COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 The Embarcadero
San Francisco, CA 94105
Voice: (415) 438-4600 x217
Fax: (415) 438-4601

Attorneys for Non-Party
YANG MING MARINE TRANSPORT
CORPORATION

DAVID F. SMITH, CASB NO. 175567
dsmith@sherblackwell.com
SHER & BLACKWELL LLP
1850 M Street, NW
Suite 900
Washington, DC 20036
Telephone: (202) 463-2509
Facsimile: (202) 463-4950

- 1 -                                 KYL_SF465182

STIPULATION FOR REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR AN
ORDER COMPELLING ASSIGNMENT OF RIGHTS  — CASE NO. 3:08-MC-80030-JSW

KYL SF\464744.1

Attorneys for Non-Party
ORIENT OVERSEAS CONTAINER LINE LTD.

ALAN NAKAZAWA, CASB NO. 84670
alan.nakazawa@cnc-law.com
COGSWELL, NAKAZAWA & CHANG
444 West Ocean Blvd.
Suite 1250
Long Beach, CA 90802
Telephone: 562-951-8668
Fax: 562-951-3933

Attorneys for Non-Party
KAWASAKI KISEN KAISHA

ALAN NAKAZAWA, CASB NO. 84670
alan.nakazawa@cnc-law.com
COGSWELL, NAKAZAWA & CHANG
444 West Ocean Blvd.
Suite 1250
Long Beach, CA 90802
Telephone: 562-951-8668
Fax: 562-951-3933

PAUL M. KEANE, NYSB NO. PMK5934
pkeane@cckvt.com
CICHANOWICZ CALLAN KEANE VENGROW & TEXTOR
61 Broadway, Suite 3000
New York, NY 10006-2802

Co-Counsel for Non-Party
EVERGREEN MARINE CORPORATION

GRANT ARA NIGOLIAN, CASB NO. 184101
gnigolian@masudafunai.com
MASUDA FUNAI
19191 South Vermont Avenue, Suite 420
Torrance, CA 90502
Telephone: 310-630-5900
Fax: 310-630-5909

Attorneys for Non-Party
HYUNDAI MERCHANT MARINE CO., LTD.

- 2 -                                                    KYL_SF465182

STIPULATION FOR REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR AN
ORDER COMPELLING ASSIGNMENT OF RIGHTS — CASE NO. 3:08-MC-80030-JSW

1

2

3

4

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DEBORAH D. PETERSON, Personnel Representative of the Estate of James C. Knipple (Dec.), et al., | Case No. 3:08-mc-80030-JSW |
| Plaintiffs, | **JOINT STIPULATION FOR REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(A) AND F.R.C.P. 69(a) AND [PROPOSED] ORDER THEREON** |
| vs. | |
| ISLAMIC REPUBLIC OF IRAN, et al., | |
| Defendant. | Date: September 3 and 17, 2008 |
| | Time: 10:00 a.m. |
| | Dept.: G, 15th Floor |
| | Magistrate Judge: Bernard Zimmerman |

### STIPULATION

Plaintiffs DEBORAH D. PETERSON, PERSONAL REPRESENTATIVE OF THE

ESTATE OF JAMES C. KNIPPLE (DEC.), ET AL. ("PLAINTIFFS") and non-parties

appearing through counsel for the limited purpose of opposing Plaintiffs' Motion for an

Order Compelling Assignment HAPAG-LLOYD AG ("HAPAG"); WAN HAI LINES LTD.

("WAN HAI"); YANG MING MARINE TRANSPORT CORPORATION ("YANG MING");

ORIENT OVERSEAS CONTAINER LINE LTD. ("OOCL"); KAWASAKI KISEN

KAISHA ("KAWASAKI"); EVERGREEN MARINE CORPORATION ("EVERGREEN");

HYUNDAI MERCHANT MARINE CO., LTD. ("Hyundai"); (collectively, the "SHIPPING

LINES") do hereby stipulate as follows:

- 3 -                                        KYL_SF465182

1       WHEREAS on March 11, 2008, PLAINTIFFS registered a judgment with this

2   Court in the amount of $2,656,944,877.00 against defendant ISLAMIC REPUBLIC OF

3   IRAN;

4

5       WHEREAS on July 16 and July 17, 2008, PLAINTIFFS filed and later served

6   Motions for Orders Compelling Assignment of Rights Pursuant to C.C.P. § 708.510(a)

7   and F.R.C.P. 69(a) (the "Motions") on the third party SHIPPING LINES;

8

9       WHEREAS on July 25, 2008, this Honorable Court issued a Notice of Briefing

10  Order and Briefing Order to the SHIPPING LINES, inviting CMA CGM (S.A.) & CMA

11  CGM  (The French Line) and the SHIPPING LINES to respond to the Motions and

12  setting a briefing schedule that requires hearing of the Motion relating to CMA CGM

13  (S.A.) & CMA CGM (The French Line) on September 3, 2008 (for purposes of judicial

14  economy), followed by hearing of the Motions relating to the other third party shipping

15  lines on September 17, 2008;

16

17      WHERAS the SHIPPING LINES make this Stipulation and intend to oppose the

18  Motions without prejudice to or waiver of and having expressly reserved any and all

19  rights and defenses;

20

21      WHEREAS the law firm of Keesal Young & Logan was retained on July 30, 2008

22  to represent HAPAG;

23

24      WHEREAS the law firm of Holland & Knight was retained on August 8, 2008 to

25  represent WAN HAI;

26

27

28

KYL_SF465182

STIPULATION FOR REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR AN
ORDER COMPELLING ASSIGNMENT OF RIGHTS — CASE NO. 3:08-MC-80030-JSW

WHEREAS the law firm of Cox, Wootton, Griffin, Hansen & Poulos, LLP was retained on August 4, 2008 to represent YANG MING;

WHEREAS the law firm of Sher & Blackwell was retained on August 11, 2008 to represent OOCL;

WHEREAS the law firm of Cogswell, Nakazawa & Chang was retained on July 23, 2008 to represent K-LINE and on August 5, 2008 to represent EVERGREEN;

WHEREAS the law firm of Cichanowicz Callan Keane Vengrow & Textor was retained on August 4, 2008 to represent EVERGREEN;

WHEREAS the law firm of Masuda Funai was retained on August 13, 2008 to represent HYUNDAI;

WHEREAS good cause exists to continue the hearing for the SHIPPING LINES so that counsel may become familiar with these proceedings and advise their clients accordingly;

WHEREAS the Court's previous Briefing Order sought the briefing and hearing of the Motion relating to CMA first, followed by the briefing and hearing of the Motions relating to the other Shipping Lines;

WHEREAS on August 11, 2008, this Honorable Court ordered that the responses to the Motions of third parties MITSUI O.S.K. LINES, LTD., HANJIN SHIPPING LINES, CSA V/EUROATLANTIC CONTAINER LINE, A.P. MOLLER-MAERSK A/S/, and MEDITERRANEAN COMPANY shall be due on October 27, 2008, with

KYL_SF465182

1   PLAINTIFFS reply due November 5, 2008, with a hearing set for November 26, 2008;

2

3       PLAINTIFFS and the SHIPPING LINES request an extension of time to respond

4   to the Motions such that the response of the SHIPPING LINES would be due on October

5   27, 2008, PLAINTIFFS' reply would be due November 21, 2008, and the Motion will be

6   heard on a date set by the Court in December, 2008;

7

8       WHEREAS responses to the Motions shall be in accordance with the Local Rules

9   of the United States District Court, Northern District of California, and any other order

10  as may be issued by the Court;

11

12      WHEREAS the SHIPPING LINES have never previously sought an extension

13  relating to the Motions;

14

15      WHEREAS counsel for third parties MITSUI O.S.K. LINES, LTD., HANJIN

16  SHIPPING LINES, CSA V/EUROATLANTIC CONTAINER LINE, A.P. MOLLER-

17  MAERSK A/S/, and MEDITERRANEAN COMPANY have been contacted regarding this

18  Stipulation, and stated that they do no object to the proposed dates listed for the

19  response to the Motions and reply however, they request that the hearing date be set as

20  November 26, 2008;

21

22      WHEREAS counsel for HAPAG shall undertake the responsibility of effecting

23  service of process on all appropriate parties.

24

25      PLAINTIFFS and the SHIPPING LINES hereby stipulate to request for an

26  extension of time as follows:

27
                                    - 6 -                        KYL_SF465182

28  STIPULATION FOR REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR AN
    ORDER COMPELLING ASSIGNMENT OF RIGHTS — CASE NO. 3:08-MC-80030-JSW

1

2          1.      The SHIPPING LINES shall have an extension of time to respond to

3   the Motions such that the response of the SHIPPING LINES would be due on October

4   27, 2008 and heard on a date set by this Court in December, 2008.

5

6          2.      PLAINTIFFS' Reply Brief(s) shall be due on November 21, 2008.

7

8   **IT IS SO STIPULATED.**

9

10  DATED: August ___, 2008              <u>/s/ Nicole Bussi</u>
                                         JOHN D. GIFFIN
11                                       DAVID PIPER
                                         NICOLE S. BUSSI
12                                       KEESAL, YOUNG & LOGAN
                                         Attorneys for Non-Party
13                                       HAPAG-LLOYD AG.

14

15  DATED: August ___, 2008              <u>/s/ Roger Coven</u>
                                         ROGER B. COVEN
16                                       TIANJING ZHANG
17                                       HOLLAND & KNIGHT LLP
                                         Attorneys for Non-Party
18                                       WAN HAI LINES LTD.

19

20  DATED: August ___, 2008              <u>/s/ Mitchell Griffin</u>
                                         MITCHELL S. GRIFFIN
21                                       COX, WOOTTON, GRIFFIN, HANSEN &
                                         POULOS, LLP
22                                       Attorneys for Non-Party
23                                       YANG MING MARINE TRANSPORT
                                         CORPORATION

24

25

26

27                                              - 7 -                     KYL_SF465182

28  STIPULATION FOR REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR AN
    ORDER COMPELLING ASSIGNMENT OF RIGHTS — CASE NO. 3:08-MC-80030-JSW

DATED: August ___, 2008

/s/ David Smith
_____
DAVID F. SMITH
SHER & BLACKWELL LLP
Attorneys for Non-Party
ORIENT OVERSEAS CONTAINER LINE
LTD.

DATED: August ___, 2008

/s/ Alan Nakazawa
_____
ALAN NAKAZAWA
COGSWELL, NAKAZAWA & CHANG
Attorneys for Non-Parties
KAWASAKI KISEN KAISHA and
EVERGREEN MARINE CORPORATION

DATED: August ___, 2008

/s/ Paul Keane
_____
PAUL M. KEANE
CICHANOWICZ CALLAN KEANE
VENGROW & TEXTOR
Attorneys for Non-Party
EVERGREEN MARINE CORPORATION

DATED: August ___, 2008

/s/ Grant Ara Nigolian
_____
GRANT ARA NIGOLIAN
MASUDA FUNAI
Attorneys for Non-Party Specially
Appearing
HYUNDAI MERCHANT MARINE CO.,
LTD.

I, Nicole S. Bussi, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to Continue Hearing Date. In compliance with General Order 45, X.B., I hereby attest that the signatory below has concurred in this filing.

- 8 -                                    KYL_SF465182

STIPULATION FOR REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS — CASE NO. 3:08-MC-80030-JSW

1

DATED: August ___, 2008

///s/ David Cook
DAVID J. COOK
Attorneys for Plaintiffs
DEBORAH D. PETERSON
Personal Representative of the Estate of
James C. Knipple (Dec.), et al.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

- 9 -                                    KYL_SF465182

28

STIPULATION FOR REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR AN
ORDER COMPELLING ASSIGNMENT OF RIGHTS — CASE NO. 3:08-MC-80030-JSW

# PROPOSED ORDER

As stipulated by PLAINTIFFS and the SHIPPING LINES, and for good cause shown; **IT IS HEREBY ORDERED:**

     1.    The SHIPPING LINES shall have an extension of time to respond to the Motion as follows: The response to the Motions shall be due on October 27, 2008.

     2.    PLAINTIFFS' Reply Brief(s) shall be due on November 21, 2008.

     3.    A hearing date on the response and reply brief shall be December _____, 2008 at 10:00 a.m.

DATED: August ___, 2008

                                   HONORABLE BERNARD ZIMMERMAN
                                   UNITED STATES MAGISTRATE JUDGE

KYL_SF465182