1  JOHN D. GIFFIN, CASB NO. 89608
   john.giffin@kyl.com
2  DAVID PIPER, CASB No. 179889
   david.piper@kyl.com
3  NICOLE S. BUSSI, CASB NO. 252763
   nicole.bussi@kyl.com
4  KEESAL, YOUNG & LOGAN
   A Professional Corporation
5  450 Pacific Ave.
   San Francisco, California 94133
6  Telephone:   (415) 398-6000
   Facsimile:    (415) 981-0136
7
   Attorneys for Non-Party
8  HAPAG-LLOYD AG

9               UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12

13  DEBORAH D. PETERSON, Personnel          )  Case No. 3:08-mc-80030-JSW
14  Representative of the Estate of James C. )
    Knipple (Dec.), et al.,                  )  **DECLARATION OF NICOLE S. BUSSI**
15                                           )  **IN SUPPORT OF JOINT**
                         Plaintiffs,         )  **STIPULATION FOR REQUEST FOR**
16                                           )  **EXTENSION OF TIME TO RESPOND**
           vs.                               )  **TO MOTION FOR AN ORDER**
17                                           )  **COMPELLING ASSIGNEMNT OF**
    ISLAMIC REPUBLIC OF IRAN, et al.,        )  **RIGHTS PURSUANT TO C.C.P. §**
18                                           )  **708.510(A) AND F.R.C.P. 69(a) AND**
                         Defendant.          )  **[PROPOSED] ORDER THEREON**
19                                           )
20                                           )  Date: September 3 and 17, 2008
                                             )  Time:  10:00 a.m.
21                                           )  Dept.:  G, 15th Floor
                                             )  Magistrate Judge:  Bernard Zimmerman
22  _____

23

24            <u>DECLARATION OF NICOLE S. BUSSI</u>

25       1.    I am an attorney with the law firm of Keesal Young & Logan, counsel for

26  third party HAPAG-LLOYD AG ("HAPAG") in this action.  I have personal knowledge of

27  the following, and if called upon, could testify competently thereto.

28                              - 1 -                    KYL_SF465190

1

2      2.      HAPAG makes this Stipulation with WAN HAI LINES LTD. ("WAN HAI");

3   YANG MING MARINE TRANSPORT CORPORATION ("YANG MING"); ORIENT

4   OVERSEAS CONTAINER LINE LTD. ("OOCL"); NAWASAKI KISEN KAISHA

5   ("NAWASAKI"); EVERGREEN MARINE CORPORATION ("EVERGREEN"); and

6   HYUNDAI MERCHANT MARINE ("Hyundai"); (collectively, the "SHIPPING LINES"),

7   appearing through counsel for the limited purpose of opposing Plaintiffs' Motion for an

8   Order Compelling Assignment, intends to oppose the Motions For Orders For

9   Assignment (the "Motions") without prejudice to or waiver of and having expressly

10  reserved any and all rights and defenses.

11

12      3.      Good cause exists to permit an extension of time for HAPAG to respond to

13  the Motions and to continue the hearing on the Motions, as requested in the Joint

14  Stipulation filed herewith.  Keesal, Young & Logan was retained on July 30, 2008 to

15  represent HAPAG.  I have personally reviewed the Motions, and commenced research

16  and commenced analysis of the issues presented.  I believe the issues are complex, and

17  will require time beyond that permitted in the Briefing Order to properly and fully

18  respond to the Motions.

19

20      4.      The SHIPPING LINES have not previously requested any extension

21  relating to the Motions.

22

23      5.      The requested extension will have no effect on the case because judgment

24  has already been entered, and PLAINTIFFS DEBORAH D. PETERSON, ET. AL

25  ("PLAINTIFFS") are seeking only to enforce the judgment.

26

27                                    - 2 -                        KYL_SF465190

28  DECLARATION OF NICOLE S. BUSSI IN SUPPORT OF STIPULATION FOR REQUEST FOR
    EXTENSION OF TIME TO RESPOND TO MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF
    RIGHTS — CASE NO. 3:08-MC-80030-JSW

6.     PLAINTIFFS will not be prejudiced by and have stipulated to the requested extension.  On August 12 and August 13, 2008, I spoke to PLAINTIFFS' counsel, David Cook.  Mr. Cook agreed to the extension of time for briefing and hearing.  I also corresponded with Roger B. Coven of Holland & Knight LLP, counsel for WAN-HAI LINES LTD., Mitchell S. Griffin of Cox, Wootton, Griffin, Hansen & Poulos LLP, counsel for YANG MING MARINE TRANSPORT CORPORATION, David Smith of Sher & Blackwell, counsel for ORIENT OVERSEAS CONTAINER LINE LTD., Alan Nakazawa of Cogswell, Nakazawa & Chang, counsel for NAWASAKI KISEN KAISHA and EVERGREEN MARINE CORPORATION, and Paul M. Keane of Cichanowicz Callan Keane Vengrow & Textor, co-counsel for EVERGREEN MARINE CORPORATION, and Grant Ara Nigolian of Masuda Funai counsel for HYUNDAI MERCHANT MARINE. Counsel and I agreed to jointly submit the Stipulation, and to notify any identifiable counsel for the various other third party shipping lines of this Stipulation.

7.     Furthermore, PLAINTIFFS will not be prejudiced by granting this request because on August 11, 2008, this Honorable Court granted the extension stipulated to by PLAINTIFFS and third parties MITSUI O.S.K. LINES, LTD., HANJIN SHIPPING LINES, CSA V/EUROATLANTIC CONTAINER LINE, A.P. MOLLER-MAERSK A/S/, and MEDITERRANEAN COMPANY thereby ordering that responses to the Motions shall be due on October 27, 2008, and PLAINTIFFS reply due November 5, 2008, with a hearing set for November 26, 2008.

- 3 -                                        KYL_SF465190

1        I declare under penalty of perjury under the laws of the State of California that

2    the foregoing is true and correct and that this Declaration was executed at San

3    Francisco, California, on August 13, 2008.

4

5

6    DATED: August ___, 2008                /s/ Nicole Bussi
                                          NICOLE S. BUSSI

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                        - 4 -                    KYL_SF465190

28   DECLARATION OF NICOLE S. BUSSI IN SUPPORT OF STIPULATION FOR REQUEST FOR
EXTENSION OF TIME TO RESPOND TO MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF
RIGHTS — CASE NO. 3:08-MC-80030-JSW