David F. Smith (State Bar No. 175567)
SHER & BLACKWELL LLP
1850 M Street, NW
Suite 900
Washington, DC 20036
Telephone: (202) 463-2509
Facsimile: (202) 463-4950
E-mail: dsmith@sherblackwell.com

Attorney for Non-Party
ORIENT OVERSEAS CONTAINER LINE LTD.


# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION


| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of Estate of James C. Knipple (Dec.), et al.,<br><br>Plaintiff<br><br>vs.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>Defendants | Case No.: 3:08-mc-80030-JSW<br><br>**DECLARATION OF DAVID F. SMITH IN SUPPORT OF JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) AND [PROPOSED] ORDER THEREON**<br><br>Dates:  September 3 and 17, 2008<br>Time:  10:00 a.m.<br>Dept.:  G, 15th Floor<br>Magistrate Judge: Bernard Zimmerman |

## DECLARATION OF DAVID F. SMITH

I, David F. Smith, declare as follows:

1.      I am an attorney with the law firm of Sher & Blackwell LLP, counsel for the third party ORIENT OVERSEAS CONTAINER LINE LTD. ("OOCL") in this action.  I have personal knowledge of the following, and if called upon, could testify competently thereto.

2.      OOCL makes this Stipulation and intends to oppose the Motion For Orders For Assignment (the "Motion") without prejudice to or waiver of and having expressly reserved any and all rights and defenses.

3.      Good cause exists to permit an extension of time for OOCL to respond to the Motion and to continue the hearing on the Motions as requested in the Joint Stipulation herewith.  Sher & Blackwell LLP was retained on August 11, 2008 to represent OOCL.  I have personally reviewed the Motion, and commenced research and analysis of the issues presented.  I believe the issues are complex, and will require time beyond that permitted in the Briefing Order to properly and fully respond to the  Motion.

4.      OOCL has not previously requested any extension relating to the Motion.

5.      The requested extension will have no effect on the case because judgment has already been entered, and PLAINTIFFS DEBORAH D. PETERSON, ET AL. ("Plaintiffs") are seeking only to enforce the judgment.


6.      This motion will also not prejudice Plaintiffs since I am advised that Nicole Bussi, Esq., counsel for Hapag Lloyd A.G., has spoken with counsel for the Plaintiffs and that they have consented to this extension for her client and any other shipping lines who join in this motion.  In addition, the Court issued an Order on August 11, 2008 granting the dates requested in this motion for other shipping lines.  Thus, the requested dates in this motion are identical to those already granted for other similar respondents.


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed at Washington, D.C. on August 12, 2008.


                              _/s/ David Smith_____
                              David F. Smith