HOLLAND & KNIGHT LLP
  Roger B. Coven (State Bar No. 134389)
  Tianjing Zhang (State Bar No. 256759)
633 West Fifth Street, 21st Floor
Los Angeles, California 90071-2040
Telephone: (213) 896-2400
Facsimile: (213) 896-2450

Attorneys for Non-Party
Wan Hai Lines Ltd.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., <br><br> Plaintiff, <br><br> vs. <br><br> ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants. | ) Case No. 3:08-mc-80030-JSW (BZ) <br> ) <br> ) **DECLARATION OF ROGER B.** <br> ) **COVEN IN SUPPORT OF JOINT** <br> ) **STIPULATION FOR EXTENSION** <br> ) **OF TIME TO RESPOND TO** <br> ) **MOTION FOR ORDER** <br> ) **COMPELLING ASSIGNMENT OF** <br> ) **RIGHTS PURSUANT TO C.C.P. §** <br> ) **708.510(a) AND F.R.C.P. 69(a)** <br> ) <br> ) Dates: September 3 and 17, 2008 <br> ) Time: 10:00 a.m. <br> ) Dept: G, 15th Floor <br> ) Magistrate Judge: Bernard Zimmerman <br> ) <br> ) |

I, Roger B. Coven, declare as follows:

    1.    I am an attorney licensed to practice before all the courts of the State of California. I am a senior counsel in the law firm of Holland & Knight LLP, counsel for Wan Hai Lines, Ltd. ("WHL"). The statements contained in this declaration are true and based on my personal knowledge, unless they are stated to be on information and belief,

1

1   in which case I am informed and believe they are true.  If called upon to testify to these

2   statements, I could and would competently do so under oath.

3       2.      On July 17, 2008, Plaintiffs filed a Motion For An Order Compelling

4   Assignment Of Rights Pursuant To C.C.P. § 708.510(a) and F.R.C.P. 69(a), seeking

5   assignments that would directly affect WHL.

6       3.      On July 25, 2008, this Court entered an order setting a hearing date of

7   September 3, 2008 for the Plaintiffs' motion affecting CMA CGM, and September 17,

8   2008, as the hearing date for Plaintiffs' motions affecting other shipping companies,

9   including WHL.

10      4.      Holland & Knight LLP was retained to represent WHL in this matter on

11  August 8, 2008.

12      5.      On August 8, 2008, Plaintiffs and certain shipping companies submitted a

13  stipulation to extend by 30 days the date by which CMA CGM and certain other shipping

14  companies would be required to submit oppositions to the plaintiffs' motions.  On August

15  11, 2008, this Court entered an order approving that stipulation, moving the hearing on

16  the motion affecting CMA CGM to October 8, 2008, and moving the hearing on motions

17  affecting other shipping companies to November 26, 2008.

18      6.      On August 11, 2008, I spoke by telephone to David Cook, counsel for

19  Plaintiffs in this matter.  Mr. Cook confirmed at that time that he had no objection to

20  extending the briefing dates on the motion affecting WHL to the same dates set for the

21  other shipping companies that had been parties to the stipulation submitted on August 8,

22  2008.

23      7.      WHL has not previously requested any extension of time relating to the

24  subject motions.

25      8.      Good cause exists to continue the hearing on the Plaintiffs' motion affecting

26  WHL to November 26, 2008, to allow Holland & Knight to become familiar with these

27  proceedings and to allow the motion affecting WHL to be heard concurrently with

28  motions affecting other shipping companies.

2

1       9.     WHL does not waive any objection to personal jurisdiction or any other

2  defenses by making this stipulation.

4       Executed on August 12, 2008, at Los Angeles, California.

5       I declare under penalty of perjury under the laws of the State of California and the

6  United States of America that the foregoing is true and correct.

8                             /s/ Roger Coven

9                              Roger B. Coven

10  # 5538411_v1

DECLARATION OF ROGER B. COVEN IN SUPPORT OF JOINT STIPULATION FOR EXTENSION OF TIME
TO RESPOND TO MOTION (Case No. 3:08-MC-80030-JSW (BZ))