1  COX, WOOTTON, GRIFFIN,
   HANSEN & POULOS, LLP
2  Mitchell S. Griffin (SBN 114881)
   190 The Embarcadero
3  San Francisco, CA 94105
   Telephone No.: 415-438-4600
4  Facsimile No.: 415-438-4601

5  Attorneys for Non-Party YANG MING
   MARINE TRANSPORT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>Defendants. | Case No. 08-MC-80030-JSW (BZ)<br><br>**DECLARATION OF MITCHELL S. GRIFFIN IN SUPPORT OF REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. §708.510(A) AND F.R.C.P. 69(A) AND NOTICE OF APPEARANCE FOR NON-PARTY YANG MING MARINE TRANSPORT CORPORATION**<br><br>**Hearing Date: September 17, 2008**<br>**Related Hearing: September 3, 2008**<br>**Time: 10 a.m.**<br>**Place: Courtroom G** |

I, Mitchell S. Griffin declare as follows:

1. I am a partner at the law firm of Cox, Wootton, Griffin, Hansen & Poulos, LLP, attorneys for non-party YANG MING MARINE TRANSPORT CORPORATION ("Yang Ming"), which hereby makes a limited appearance through counsel, for the purpose of submitting an opposition to the Plaintiff's "Motion for Order Compelling Assignment of Rights Pursuant to CCP§708.510(a) and FRCP 69(a)." I have personal knowledge of the following and, if called as a witness, could testify thereto.

2. By making this limited appearance through counsel, Yang Ming does not waive, and

-1-   Case No. C 3:08-mc-90030-JSW (BZ)
DECLARATION AND NOTICE OF APPEARANCE BY COUNSEL FOR NON-PARTY YANG MING MARINE TRANSPORT CORPORATION

specifically reserves, all immunities, defenses and/or objections, including but not limited to, lack of personal jurisdiction and lack of subject matter jurisdiction. Yang Ming makes this request for an extension of time because it intends to oppose the Motion For Order For Assignment that refers to Yang Ming ("the Motion") filed by the Plaintiff herein.

3. Good cause exists to permit an extension of time for Yang Ming to respond to the Motion, consistent with the extension the Court has already granted to CMA CGM, A.P. Moller-Maersk A/S. Mediterranean Shipping Company, Mitsui O.S.K. Lines, Ltd., Hanjin Shipping Lines and CSAV/Eurolantic Container Line because:

   a) An extension to Yang Ming is necessary to maintain the briefing order and schedule that the Court has already established through its previous Orders pertaining to the other shipping lines (the Court's Briefing Order, dated July 25, 2008 and subsequent Order dated August 11, 2008, modifying the initial briefing schedule);

   b) my firm was retained on August 4, 2008 to represent Yang Ming and I have reviewed the Motion and have commenced research and analysis of the issues presented and believe the issues are complex and will require time beyond that permitted by the Court's July 25, 2008 Briefing Order;

4. Yang Ming has not previously requested any extension relating to the Motion.

5. The requested extension will have no effect on the case because the underlying judgment has been entered and the Plaintiff is seeking only to enforce the judgment.

6. The Plaintiff will not be prejudiced and, I am informed and believe, has already stipulated to the extension requested by the other shipping lines, which was the subject of the Court's Order dated August 11, 2008, extending time with regard to the other shipping lines.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed in San Francisco, California on August 12, 2008.

/S/ Mitchell S. Griffin
Mitchell S. Griffin

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

YMA.Iran

-2-   Case No. C 3:08-mc-90030-JSW (BZ)
DECLARATION AND NOTICE OF APPEARANCE BY COUNSEL FOR NON-PARTY YANG MING MARINE TRANSPORT CORPORATION