Alan Nakazawa (State Bar No. 84670)
Dena S. Aghabeg (State Bar No. 185311)
COGSWELL NAKAZAWA & CHANG, LLP
444 West Ocean Boulevard, Suite 1250
Long Beach, California 90802-8131
Telephone: (562) 951-8668
Facsimile: (562) 951-3933

Attorneys for Non-Parties,
KAWASAKI KISEN KAISHA and
EVERGREEN MARINE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al.,<br><br>            Plaintiff,<br><br>     vs.<br><br>Islamic Republic of Iran, et al., | Case No. 08-70030 MISC JSW (BZ)<br><br>DECLARATION OF ALAN NAKAZAWA IN SUPPORT OF STIPULATION REQUESTING ORDER CHANGING TIME FOR BRIEFING AND HEARING<br><br>Date: September 3 and 27, 2008<br>Time: 10:00 a.m.<br>Dept.: G, 15th Floor<br>Magistrate Judge: Bernard Zimmerman |

I, Alan Nakazawa, declare as follows:

1.  I am licensed to practice law in the State of California and before this Honorable Court. I am a partner in the law firm of Cogswell Nakazawa & Chang, LLP, attorneys for non-parties Kawasaki Kisen Kaisha, Ltd. ("K" Line) and Evergreen Marine Corporation (also known as "Evergreen Line").

2.  I make this Declaration in support of the Stipulation requesting an order changing the briefing schedule and hearing date for Plaintiffs' Motion For An Order Compelling Assignment of Rights Pursuant to C.C.P. Section 708.510(a) and F.R.C.P. Section 69(a).

1
DECLARATION OF ALAN NAKAZAWA IN SUPPORT OF STIPULATION
REQUESTING ORDER CHANGING TIME FOR BRIEFING AND HEARING

3. I have personal knowledge of the following facts except for those stated on information and belief, and as to those facts, I believe them to be true.

4. On July 16 and 17, 2008, Plaintiffs filed and later served Motions for Orders Compelling Assignment of Rights Pursuant to C.C.P. Section 708.510(a) and F.R.C.P. Section 69(a) on certain non-party shipping lines.

5. On July 25, 2008, the Court issued a Notice of Briefing Order to the shipping lines inviting the shipping lines to respond to the motions and setting a briefing schedule that required hearing the motion relating to CMA CGM on September 3, 2008, followed by a hearing on the motions relating to the other shipping lines on September 17, 2008.

6. On August 11, 2008, pursuant to a stipulation requesting a change in the briefing schedule and hearing date filed by certain non-party shipping lines, the Court ordered that the response of CMA CGM is due on September 15, 2008, and the motion pertaining to CMA CGM is to be heard on October 8, 2008 at 10:00 a.m. The Court further ordered that Plaintiffs' motion pertaining to the other non-party shipping lines who were parties to the earlier stipulation would be heard on November 26, 2008, with responses due on October 27, 2008 and Plaintiffs' Reply due on November 5, 2008.

7. I was retained to represent "K" Line and Evergreen on July 23, 2008 and August 5, 2008, respectively.

8. The reason for the requested change in scheduling is to allow counsel to become familiar with the proceedings and to advise their clients accordingly. This stipulation and the requested change in scheduling is also requested so that the briefing schedule and hearing date for the motions pertaining to "K" Line and Evergreen match the briefing schedule and hearing date for the other shipping lines that was set by the Court pursuant to its August 11 order.

9. The effect of the requested time modification will be to make the briefing schedule and the hearing date for the shipping lines who are parties to this stipulation to match the briefing schedule and hearing date of the other shipping lines as reflected in this Court's order

2

DECLARATION OF ALAN NAKAZAWA IN SUPPORT OF STIPULATION
REQUESTING ORDER CHANGING TIME FOR BRIEFING AND HEARING

1  dated August 11, 2008.

2       10.    No previous time modification has been sought by "K" Line or Evergreen Line.

3       11.    This stipulation requesting change in scheduling is without prejudice to any and all rights and defenses, none of which are intended to be waived.

       I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

       Executed this 12th day of August, 2008, at Long Beach, California

                By:    __/s/  Alan Nakazawa_____
                       Alan Nakazawa

---

3

**DECLARATION OF ALAN NAKAZAWA IN SUPPORT OF STIPULATION REQUESTING ORDER CHANGING TIME FOR BRIEFING AND HEARING**