1  JOHN D. GIFFIN, CASB NO. 89608
   john.giffin@kyl.com
2  DAVID PIPER, CASB No. 179889
   david.piper@kyl.com
3  NICOLE S. BUSSI, CASB NO. 252763
   nicole.bussi@kyl.com
4  KEESAL, YOUNG & LOGAN
   A Professional Corporation
5  450 Pacific Ave.
   San Francisco, California 94133
6  Telephone:   (415) 398-6000
   Facsimile:   (415) 981-0136
7
   Attorneys for Non-Party
8  HAPAG-LLOYD AG

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12

13
   DEBORAH D. PETERSON, Personnel      ) Case No. 3:08-mc-80030-JSW
14 Representative of the Estate of James C. )
   Knipple (Dec.), et al.,              ) **PROOF OF SERVICE FOR:**
15                                      )
                          Plaintiffs,   ) JOINT STIPULATION FOR REQUEST FOR
16                                      ) EXTENSION OF TIME TO RESPOND TO MOTION
           vs.                          ) FOR AN ORDER COMPELLING ASSIGNMENT OF
17                                      ) RIGHTS PURSUANT TO C.C.P. § 708.510(A) AND
   ISLAMIC REPUBLIC OF IRAN, et al.,    ) F.R.C.P. 69(a) AND [PROPOSED] ORDER
18                                      ) THEREON
                          Defendant.    )
19                                      ) DECLARATION OF NICOLE S. BUSSI IN
                                        ) SUPPORT OF JOINT STIPULATION FOR
20                                      ) REQUEST FOR EXTENSION OF TIME TO
                                        ) RESPOND TO MOTION FOR AN ORDER
21                                      ) COMPELLING ASSIGNEMNT OF RIGHTS
                                        ) PURSUANT TO C.C.P. § 708.510(A) AND F.R.C.P.
22                                      ) 69(a) AND [PROPOSED] ORDER THEREON
                                        )
23                                      )
                                        ) DECLARATION OF DAVID F. SMITH IN SUPPORT
24                                      ) OF JOINT STIPULATION FOR EXTENSION OF
                                        ) TIME TO RESPOND TO MOTION FOR AN ORDER
25                                      ) COMPELLING ASSIGNMENT OF RIGHTS
                                        ) PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P.
26                                      ) 69(a) AND [PROPOSED] ORDER THEREON
                                        )
27                                      )
                           - 1 -                                    KYL_SF465389
28
   DECLARATION OF NICOLE S. BUSSI IN SUPPORT OF STIPULATION FOR REQUEST FOR
   EXTENSION OF TIME TO RESPOND TO MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF
   RIGHTS — CASE NO. 3:08-MC-80030-JSW

   KYL_SF\464744.1

|   |   |
|---|---|
| 1 | ) |
| 2 | ) DECLARATION OF ALAN NAKAZAWA IN<br>) SUPPORT OF STIPULATION REQUESTING<br>) ORDER CHANGING TIME FOR BRIEFING AND<br>) HEARING |
| 3 | ) |
| 4 | ) |
| 5 | ) DECLARATION OF ROGER B. COVEN IN<br>) SUPPORT OF JOINT STIPULATION FOR<br>) EXTENSION OF TIME TO RESPOND TO MOTION<br>) FOR ORDER COMPELLING ASSIGNMENT OF<br>) RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND<br>) F.R.C.P. 69(a) |
| 6 | |
| 7 | |
| 8 | ) DECLARATION OF MITCHELL S. GRIFFIN IN<br>) SUPPORT OF REQUEST FOR EXTENSION OF<br>) TIME TO RESPOND TO MOTION FOR ORDER<br>) COMPELLING ASSIGNMENT OF RIGHTS<br>) PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P.<br>) 69(a) AND NOTICE OF APPEARANCE FOR NON—<br>) PARTY YANG MING MARINE TRANSPORT<br>) CORPORATION |
| 9 | |
| 10 | |
| 11 | |
| 12 | ) |
| 13 | ) |
| 14 | ) |

PLEASE SEE ATTACHED

## **PROOF OF SERVICE**

I, the undersigned, hereby declare that I am employed in the City and County of San Francisco. I am over the age of eighteen years and not a party to the within action. My employer and business address is Keesal, Young & Logan, 450 Pacific Avenue, San Francisco, CA 94133, and my telephone number is (415) 398-6000.

On August 12, 2008, following ordinary business practices, I served:

**JOINT STIPULATION FOR REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(A) AND F.R.C.P. 69(a) AND [PROPOSED] ORDER THEREON**

**DECLARATION OF NICOLE S. BUSSI IN SUPPORT OF JOINT STIPULATION FOR REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR AN ORDER COMPELLING ASSIGNEMNT OF RIGHTS PURSUANT TO C.C.P. § 708.510(A) AND F.R.C.P. 69(a) AND [PROPOSED] ORDER THEREON**

**DECLARATION OF DAVID F. SMITH IN SUPPORT OF JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) AND [PROPOSED] ORDER THEREON**

**DECLARATION OF ALAN NAKAZAWA IN SUPPORT OF STIPULATION REQUESTING ORDER CHANGING TIME FOR BRIEFING AND HEARING**

**DECLARATION OF ROGER B. COVEN IN SUPPORT OF JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)**

**DECLARATION OF MITCHELL S. GRIFFIN IN SUPPORT OF REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) AND NOTICE OF APPEARANCE FOR NON—PARTY YANG MING MARINE TRANSPORT CORPORATION**

on the parties involved addressed as follows:

**Please see attached**

PROOF OF SERVICE

<u>Minister of Intelligence</u>
GHOLAM HOSSEIN MOHSENI EJEIE
MINISTRY OF INTELLIGENCE
Second Negarestan Street
Pasdaran Avenue
Tehran, Islamic Republic of Iran

<u>Head of the Judiciary</u>
AYATOLLAH MAHMOUD HASHEMI
SHARROUDI
Howzeh Riyasat-e Qoveh Qazaiyeh
Office of the Head of the Judiciary
Pasteur Street, Vali Asr Avenue
South of Serah-e Jombouri
Tehran 1316814737
Islamic Republic of Iran

MINISTRY OF ROADS AND
TRANSPORTATION
Attn: MOHAMMED RAHMATI
MINISTER OF ROAD AND
TRANSPORTATION
Taleghani Avenue
Tehran, Iran

ALI TAHERI
DEPUTY MINISTER AND MANAGING
DIRECTOR
PORT & SHIPPING ORGANIZATION OF
THE ISLAMIC REPUBLIC OF IRAN
Building No.2
South Didar Street
Shahid Hagnai Expressway, Vahak Square
Tehran, Iran

NATIONAL IRANIAN OIL REFINING
AND DISTRIBUTION COMPANY
Opposite of Arak Alley Ostad Nejatollahi Ave.
Zip Code 15989
P.O. Box 15815/3499
Tehran, Iran
ATTN: Responsible Officer or Agent for
Service of Process

MINISTRY OF PETROLEUM OF
THE ISLAMIC REPUBLIC OF IRAN
HAFEZ CROSSING
Taleghani Avenue
Tehran, Iran
ATTN: Responsible Officer or Agent for
Service of Process

NATIONAL IRANIAN OIL PRODUCTS
DISTRIBUTION COMPANY
Bahar St., Somaya Corner
Tehran 15617/ 33315
P.O. Box 6165
Tehran, Iran
ATTN: Responsible Officer or
Agent for Service of Process

NATIONAL IRANIAN OIL COMPANY
Hafez Crossing
Taleghani Avenue
Tehran, Iran
Attn: Responsible Officer or Agent for
Service of Process

CMA CGM S.A./CMA CGM
The French Liner/MAERSK
LINE/MEDITERRANEAN SHIPPING
Matthew S. Weiler, Esq.
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126

HANJIN SHIPPING LINES/MITSUI O.S.K.
LINES/CSAV/EUROATLANTIC
CONTAINER
Paul J. Hall
Walter T. Johnson
Isabelle L. Ord
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3996

EMIRATES SHIPPING LINES
Attn: PRESIDENT, GENERAL MANAGER,
Agent for Service of Process – Legal Matters
Vikas Mohammed Khan, Chairman and
CEO of Emirates Shipping Line
Emirates Shipping Line FZE
AlMoosa Tower 2, 10th floor, Office 1004
Sheikh Zayed Road, Dubai
United Arab Emirates

HIS EXCELLENCY AYATOLLAH SAYED
'ALI KHAMENEI
THE OFFICE OF THE SUPREME
LEADER
Islamic Republic Street
Shahid Késhvar Doust Street
Tehran, Islamic Republic of Iran


HIS EXCELLENCY MAHMOUD
AHIMADINEJAD THE PRESIDENT
Palestine Avenue
Azerbaijan Intersection
Tehran, Islamic Republic of Iran


ISLAMIC REPUBLIC OF IRAN
acting through its MINISTRY OF DEFENSE
AND SUPPORT FOR ARMED FORCES
No. 1 Shahid Kaboli Street
Beginning of Resalat Highway
Seyyed Khandan Bridge
P.O. Box 16765-1479
Tehran, Iran
Attn: President Mahmoud Ahmadinejad or
Responsible Officer or Agent for Service of
Process

ISLAMIC REPUBLIC OF IRAN
Pasadaran Avenue
Golestan Yekom
Teheran, Iran
ATTN: President Mahmoud Ahmadinejad or
Responsible Officer or Agent for Service of
Process


ISLAMIC REPUBLIC OF IRAN
Khomeini Avenue
UnitedNations Street
Teheran, Iran
ATTN: President Mahmoud Ahmadinejad or
Responsible Officer or Agent for Service of
Process



Director, Human Rights Headquarters of Iran
HIS EXCELLENCY MOHAMMAD
JAVAD LARIJANI
c/o Office of the Deputy for International
Affairs
Ministry of Justice
Ministry of Justice Building
Panzdah-Khordad (Ark) Square
Tehran, Islamic Republic of Iran

PACIFIC INTERNATIONAL LINES LTD.
Attn: PRESIDENT, GENERAL MANAGER, AGENT FOR SERVICE OF PROCESS- LEGAL MATTERS
Wangxiu Huang, Chairman of the Board
Yang Ming Marine Transport Corp.
271 Ming De 1st Road Chidu
Keelung, Taiwan


HYUNDAI MERCHANT MARINE CO., LTD.
Attn: PRESIDENT, GENERAL MANAGER, AGENT FOR SERVICE OF PROCESS- LEGAL MATTERS
SEONG MAN KIM, PRESIDENT
JAE JUNG LEE, CEO
66, JukSuhn-Dong Jongro-Gu
Seoul, 110-052 South Korea


[X] **BY U.S. MAIL:** I am readily familiar with my employer's practice for collection and processing of documents for mailing with the United States Postal Service and that practice is that the documents are deposited with the United States Postal Serve with postage fully prepaid the same day as the collection in the ordinary course of business. On this date, I served the above interested parties following my employer's ordinary business practice.

Executed on August 15, 2008, at San Francisco, California.

/s/ Megan Albertson
Megan Albertson