JOHN D. GIFFIN, CASB NO. 89608
john.giffin@kyl.com
DAVID PIPER, CASB NO. 179889
david.piper@kyl.com
NICOLE S. BUSSI, CASB NO. 252763
nicole.bussi@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Ave.
San Francisco, California 94133
Telephone:   (415) 398-6000
Facsimile:   (415) 981-0136

Attorneys for Non-Party
HAPAG-LLOYD AG

ROGER B. COVEN, CASB NO. 134389
roger.coven@hklaw.com
TIANJING ZHANG, CASB NO. 256759
tianjing.zhang@hklaw.com
HOLLAND & KNIGHT LLP
633 West Fifth Street, 21st Floor
Los Angeles, California 90071-2040
Telephone:  (213) 896-2400
Facsimile:  (213) 896-2450

Attorneys for Non-Party
WAN HAI LINES LTD.

MITCHELL S. GRIFFIN, CASB NO. 114881
mgriffin@cwghp.com
COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 The Embarcadero
San Francisco, CA 94105
Voice: (415) 438-4600 x217
Fax: (415) 438-4601

Attorneys for Non-Party
YANG MING MARINE TRANSPORT CORPORATION

DAVID F. SMITH, CASB NO. 175567
dsmith@sherblackwell.com
SHER & BLACKWELL LLP
1850 M Street, NW
Suite 900
Washington, DC 20036
Telephone: (202) 463-2509
Facsimile: (202) 463-4950

- 1 -    KYL_SF465182

STIPULATION FOR REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS — CASE NO. 3:08-MC-80030-JSW

KYL_SF\464744.1

```
 1
    Attorneys for Non-Party
 2  ORIENT OVERSEAS CONTAINER LINE LTD.

 3
    ALAN NAKAZAWA, CASB NO. 84670
 4  alan.nakazawa@cnc-law.com
    COGSWELL, NAKAZAWA & CHANG
 5  444 West Ocean Blvd.
    Suite 1250
 6  Long Beach, CA 90802
    Telephone: 562-951-8668
 7  Fax: 562-951-3933

 8
    Attorneys for Non-Party
 9  KAWASAKI KISEN KAISHA

10  ALAN NAKAZAWA, CASB NO. 84670
    alan.nakazawa@cnc-law.com
11  COGSWELL, NAKAZAWA & CHANG
    444 West Ocean Blvd.
12  Suite 1250
    Long Beach, CA 90802
13  Telephone: 562-951-8668
    Fax: 562-951-3933
14

15
    PAUL M. KEANE, NYSB NO. PMK5934
16  pkeane@cckvt.com
    CICHANOWICZ CALLAN KEANE VENGROW & TEXTOR
17  61 Broadway, Suite 3000
    New York, NY 10006-2802
18
    Co-Counsel for Non-Party
19  EVERGREEN MARINE CORPORATION

20  GRANT ARA NIGOLIAN, CASB NO. 184101
    gnigolian@masudafunai.com
21  MASUDA FUNAI
    19191 South Vermont Avenue, Suite 420
22  Torrance, CA 90502
    Telephone:  310-630-5900
23  Fax:  310-630-5909

24  Attorneys for Non-Party
    HYUNDAI MERCHANT MARINE CO., LTD.
25

26

27
                                          - 2 -                          KYL_SF465182
28
    STIPULATION FOR REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR AN
    ORDER COMPELLING ASSIGNMENT OF RIGHTS  — CASE NO. 3:08-MC-80030-JSW
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personnel Representative of the Estate of James C. Knipple (Dec.), et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>Defendant. | Case No. 3:08-mc-80030-JSW<br><br>**JOINT STIPULATION FOR REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(A) AND F.R.C.P. 69(a) AND [PROPOSED] ORDER THEREON**<br><br>Date: September 3 and 17, 2008<br>Time: 10:00 a.m.<br>Dept.: G, 15th Floor<br>Magistrate Judge: Bernard Zimmerman |

## STIPULATION

Plaintiffs DEBORAH D. PETERSON, PERSONAL REPRESENTATIVE OF THE ESTATE OF JAMES C. KNIPPLE (DEC.), ET AL. ("PLAINTIFFS") and non-parties appearing through counsel for the limited purpose of opposing Plaintiffs' Motion for an Order Compelling Assignment HAPAG-LLOYD AG ("HAPAG"); WAN HAI LINES LTD. ("WAN HAI"); YANG MING MARINE TRANSPORT CORPORATION ("YANG MING"); ORIENT OVERSEAS CONTAINER LINE LTD. ("OOCL"); KAWASAKI KISEN KAISHA ("KAWASAKI"); EVERGREEN MARINE CORPORATION ("EVERGREEN"); HYUNDAI MERCHANT MARINE CO., LTD. ("Hyundai"); (collectively, the "SHIPPING LINES") do hereby stipulate as follows:

1     WHEREAS on March 11, 2008, PLAINTIFFS registered a judgment with this Court in the amount of $2,656,944,877.00 against defendant ISLAMIC REPUBLIC OF IRAN;

    WHEREAS on July 16 and July 17, 2008, PLAINTIFFS filed and later served Motions for Orders Compelling Assignment of Rights Pursuant to C.C.P. § 708.510(a) and F.R.C.P. 69(a) (the "Motions") on the third party SHIPPING LINES;

    WHEREAS on July 25, 2008, this Honorable Court issued a Notice of Briefing Order and Briefing Order to the SHIPPING LINES, inviting CMA CGM (S.A.) & CMA CGM (The French Line) and the SHIPPING LINES to respond to the Motions and setting a briefing schedule that requires hearing of the Motion relating to CMA CGM (S.A.) & CMA CGM (The French Line) on September 3, 2008 (for purposes of judicial economy), followed by hearing of the Motions relating to the other third party shipping lines on September 17, 2008;

    WHERAS the SHIPPING LINES make this Stipulation and intend to oppose the Motions without prejudice to or waiver of and having expressly reserved any and all rights and defenses;

    WHEREAS the law firm of Keesal Young & Logan was retained on July 30, 2008 to represent HAPAG;

    WHEREAS the law firm of Holland & Knight was retained on August 8, 2008 to represent WAN HAI;

STIPULATION FOR REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS — CASE NO. 3:08-MC-80030-JSW

WHEREAS the law firm of Cox, Wootton, Griffin, Hansen & Poulos, LLP was retained on August 4, 2008 to represent YANG MING;

WHEREAS the law firm of Sher & Blackwell was retained on August 11, 2008 to represent OOCL;

WHEREAS the law firm of Cogswell, Nakazawa & Chang was retained on July 23, 2008 to represent K-LINE and on August 5, 2008 to represent EVERGREEN;

WHEREAS the law firm of Cichanowicz Callan Keane Vengrow & Textor was retained on August 4, 2008 to represent EVERGREEN;

WHEREAS the law firm of Masuda Funai was retained on August 13, 2008 to represent HYUNDAI;

WHEREAS good cause exists to continue the hearing for the SHIPPING LINES so that counsel may become familiar with these proceedings and advise their clients accordingly;

WHEREAS the Court's previous Briefing Order sought the briefing and hearing of the Motion relating to CMA first, followed by the briefing and hearing of the Motions relating to the other Shipping Lines;

WHEREAS on August 11, 2008, this Honorable Court ordered that the responses to the Motions of third parties MITSUI O.S.K. LINES, LTD., HANJIN SHIPPING LINES, CSA V/EUROATLANTIC CONTAINER LINE, A.P. MOLLER-MAERSK A/S/, and MEDITERRANEAN COMPANY shall be due on October 27, 2008, with

PLAINTIFFS reply due November 5, 2008, with a hearing set for November 26, 2008;

PLAINTIFFS and the SHIPPING LINES request an extension of time to respond to the Motions such that the response of the SHIPPING LINES would be due on October 27, 2008, PLAINTIFFS' reply would be due November 21, 2008, and the Motion will be heard on a date set by the Court in December, 2008;

WHEREAS responses to the Motions shall be in accordance with the Local Rules of the United States District Court, Northern District of California, and any other order as may be issued by the Court;

WHEREAS the SHIPPING LINES have never previously sought an extension relating to the Motions;

WHEREAS counsel for third parties MITSUI O.S.K. LINES, LTD., HANJIN SHIPPING LINES, CSA V/EUROATLANTIC CONTAINER LINE, A.P. MOLLER-MAERSK A/S/, and MEDITERRANEAN COMPANY have been contacted regarding this Stipulation, and stated that they do no object to the proposed dates listed for the response to the Motions and reply however, they request that the hearing date be set as November 26, 2008;

WHEREAS counsel for HAPAG shall undertake the responsibility of effecting service of process on all appropriate parties.

PLAINTIFFS and the SHIPPING LINES hereby stipulate to request for an extension of time as follows:

1

2      1.    The SHIPPING LINES shall have an extension of time to respond to
3 the Motions such that the response of the SHIPPING LINES would be due on October
4 27, 2008 and heard on a date set by this Court in December, 2008.

5

6      2.    PLAINTIFFS' Reply Brief(s) shall be due on November 21, 2008.

7

8 **IT IS SO STIPULATED.**

9

10 DATED: August ___, 2008        /s/ Nicole Bussi
    JOHN D. GIFFIN
11     DAVID PIPER
    NICOLE S. BUSSI
12     KEESAL, YOUNG & LOGAN
    Attorneys for Non-Party
13     HAPAG-LLOYD AG.

14

15

16 DATED: August ___, 2008        /s/ Roger Coven
    ROGER B. COVEN
17     TIANJING ZHANG
    HOLLAND & KNIGHT LLP
18     Attorneys for Non-Party
    WAN HAI LINES LTD.

19

20 DATED: August ___, 2008        /s/ Mitchell Griffin
    MITCHELL S. GRIFFIN
21     COX, WOOTTON, GRIFFIN, HANSEN &
    POULOS, LLP
22     Attorneys for Non-Party
    YANG MING MARINE TRANSPORT
23     CORPORATION

24

25

26

27     - 7 -    KYL_SF465182

28 STIPULATION FOR REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR AN
ORDER COMPELLING ASSIGNMENT OF RIGHTS — CASE NO. 3:08-MC-80030-JSW

| | |
|---|---|
| DATED: August ___, 2008 | /s/ David Smith<br>DAVID F. SMITH<br>SHER & BLACKWELL LLP<br>Attorneys for Non-Party<br>ORIENT OVERSEAS CONTAINER LINE LTD. |
| DATED: August ___, 2008 | /s/ Alan Nakazawa<br>ALAN NAKAZAWA<br>COGSWELL, NAKAZAWA & CHANG<br>Attorneys for Non-Parties<br>KAWASAKI KISEN KAISHA and<br>EVERGREEN MARINE CORPORATION |
| DATED: August ___, 2008 | /s/ Paul Keane<br>PAUL M. KEANE<br>CICHANOWICZ CALLAN KEANE VENGROW & TEXTOR<br>Attorneys for Non-Party<br>EVERGREEN MARINE CORPORATION |
| DATED: August ___, 2008 | /s/ Grant Ara Nigolian<br>GRANT ARA NIGOLIAN<br>MASUDA FUNAI<br>Attorneys for Non-Party Specially Appearing<br>HYUNDAI MERCHANT MARINE CO., LTD. |

I, Nicole S. Bussi, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to Continue Hearing Date. In compliance with General Order 45, X.B., I hereby attest that the signatory below has concurred in this filing.

STIPULATION FOR REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS — CASE NO. 3:08-MC-80030-JSW

| | |
|---|---|
| DATED: August ___, 2008 | /s/ David Cook<br>DAVID J. COOK<br>Attorneys for Plaintiffs<br>DEBORAH D. PETERSON<br>Personal Representative of the Estate of<br>James C. Knipple (Dec.), et al. |

- 9 -  KYL_SF465182

STIPULATION FOR REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS — CASE NO. 3:08-MC-80030-JSW

# ~~PROPOSED~~ ORDER

As stipulated by PLAINTIFFS and the SHIPPING LINES, and for good cause shown; **IT IS HEREBY ORDERED:**

1. The SHIPPING LINES shall have an extension of time to respond to the Motion as follows: The response to the Motions shall be due on October 27, 2008.
2. PLAINTIFFS' Reply Brief(s) shall be due on November 21, 2008.
3. A hearing date on the response and reply brief shall be December __17th__, 2008 at 10:00 a.m.

DATED: August __19__, 2008

HONORABLE BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE



- 10 -    KYL_SF465182

STIPULATION FOR REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS — CASE NO. 3:08-MC-80030-JSW