1  DAVID J. COOK, ESQ. (State Bar # 060859)
   ROBERT J. PERKISS, ESQ. (State Bar # 62386)
2  **COOK COLLECTION ATTORNEYS**
   **A PROFESSIONAL LAW CORPORATION**
3  165 Fell Street
   San Francisco, CA 94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA 94104-0270
5  Tel: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,759

7  Attorneys for Plaintiffs
   DEBORAH D. PETERSON, Personal Representatives
8  of the Estate of James C. Knipple (Dec.), et al.

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12
   DEBORAH D. PETERSON, Personal      )   CASE NO. 3:08-mc-80030-JSW (BZ)
13 Representative of the Estate of James C. )
   Knipple (Dec.), et al.,             )   NOTICE OF JOINT STIPULATION FOR
14                                     )   REQUEST FOR EXTENSION OF TIME TO
              Plaintiffs,              )   RESPOND TO MOTION FOR AN ORDER
15                                     )   COMPELLING ASSIGNMENT OF RIGHTS
   vs.                                 )   PURSUANT TO C.C.P. § 708.510(a) AND
16                                     )   F.R.C.P. 69(a) AND ORDER THEREON
   ISLAMIC REPUBLIC OF IRAN, et al.,   )
17                                     )
              Defendants.              )
18 _____ )

19         TO THE ISLAMIC REPUBLIC OF IRAN, AND TO ITS ATTORNEYS OF RECORD,

20 AND TO ALL SHIPPING LINES, AND THEIR ATTORNEYS, IF ANY:

21         PLEASE TAKE NOTICE that on 8/19/08, the court has entered that JOINT

22 STIPULATION FOR REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION

23 FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. §

24 708.510(a) AND F.R.C.P. 69(a) AND ORDER THEREON, a true and correct copy of which is

25 attached hereto marked *Exhibit "A"* and incorporated by reference.

26 ///

27 ///

28 ///

| | | |
|---|---|---|
| 1 | DATED: August 22, 2008 | COOK COLLECTION ATTORNEYS |
| 2 | | |
| 3 | | By: ___/s/ David J. Cook___<br>DAVID J. COOK, ESQ. (SB# 060859)<br>Attorneys for Plaintiffs |
| 4 | | DEBORAH D. PETERSON, etc. |
| 5 | F:\USERS\DJCNEW\petersonsf.notjoint | |

NOTICE OF JOINT STIPULATION FOR REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) AND ORDER THEREON - CASE NO. 3:08-mc-80030-JSW (BZ)  2

# EXHIBIT "A"

1  JOHN D. GIFFIN, CASB NO. 89608
   john.giffin@kyl.com
2  DAVID PIPER, CASB NO. 179889
   david.piper@kyl.com
3  NICOLE S. BUSSI, CASB NO. 252763
   nicole.bussi@kyl.com
4  KEESAL, YOUNG & LOGAN
   A Professional Corporation
5  450 Pacific Ave.
   San Francisco, California 94133
6  Telephone:  (415) 398-6000
   Facsimile:  (415) 981-0136
7
   Attorneys for Non-Party
8  HAPAG-LLOYD AG

9  ROGER B. COVEN, CASB NO. 134389
   roger.coven@hklaw.com
10 TIANJING ZHANG, CASB NO. 256759
11 tianjing.zhang@hklaw.com
   HOLLAND & KNIGHT LLP
12 633 West Fifth Street, 21st Floor
   Los Angeles, California 90071-2040
13 Telephone: (213) 896-2400
14 Facsimile: (213) 896-2450

15 Attorneys for Non-Party
   WAN HAI LINES LTD.
16
   MITCHELL S. GRIFFIN, CASB NO. 114881
17 mgriffin@cwghp.com
   COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
18 190 The Embarcadero
19 San Francisco, CA 94105
   Voice: (415) 438-4600 x217
20 Fax: (415) 438-4601

21 Attorneys for Non-Party
   YANG MING MARINE TRANSPORT
22 CORPORATION
23
   DAVID F. SMITH, CASB NO. 175567
24 dsmith@sherblackwell.com
   SHER & BLACKWELL LLP
25 1850 M Street, NW
   Suite 900
26 Washington, DC 20036
27 Telephone: (202) 463-2509
   Facsimile: (202) 463-4950
28
                                              - 1 -                              KYL_SF465182
   STIPULATION FOR REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR AN
   ORDER COMPELLING ASSIGNMENT OF RIGHTS — CASE NO. 3:08-MC-80030-JSW
                                                                A            KYL SF464744.1

| | |
|---|---|
| 1 | Attorneys for Non-Party |
| 2 | ORIENT OVERSEAS CONTAINER LINE LTD. |
| 3 | ALAN NAKAZAWA, CASB NO. 84670 |
| 4 | alan.nakazawa@cnc-law.com |
| | COGSWELL, NAKAZAWA & CHANG |
| 5 | 444 West Ocean Blvd. |
| 6 | Suite 1250 |
| | Long Beach, CA 90802 |
| 7 | Telephone: 562-951-8668 |
| | Fax: 562-951-3933 |
| 8 | |
| 9 | Attorneys for Non-Party |
| | KAWASAKI KISEN KAISHA |
| 10 | |
| | ALAN NAKAZAWA, CASB NO. 84670 |
| 11 | alan.nakazawa@cnc-law.com |
| | COGSWELL, NAKAZAWA & CHANG |
| 12 | 444 West Ocean Blvd. |
| 13 | Suite 1250 |
| | Long Beach, CA 90802 |
| 14 | Telephone: 562-951-8668 |
| | Fax: 562-951-3933 |
| 15 | |
| 16 | PAUL M. KEANE, NYSB NO. PMK5934 |
| | pkeane@cckvt.com |
| | CICHANOWICZ CALLAN KEANE VENGROW & TEXTOR |
| 17 | 61 Broadway, Suite 3000 |
| 18 | New York, NY 10006-2802 |
| 19 | Co-Counsel for Non-Party |
| | EVERGREEN MARINE CORPORATION |
| 20 | GRANT ARA NIGOLIAN, CASB NO. 184101 |
| 21 | gnigolian@masudafunai.com |
| | MASUDA FUNAI |
| 22 | 19191 South Vermont Avenue, Suite 420 |
| | Torrance, CA 90502 |
| 23 | Telephone: 310-630-5900 |
| | Fax: 310-630-5909 |
| 24 | Attorneys for Non-Party |
| 25 | HYUNDAI MERCHANT MARINE CO., LTD. |
| 26 | |
| 27 | |
| 28 | |

- 2 -

KYL_SF465182

STIPULATION FOR REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS — CASE NO. 3:08-MC-80030-JSW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personnel Representative of the Estate of James C. Knipple (Dec.), et al.,<br><br>               Plaintiffs,<br><br>vs.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>               Defendant. | Case No. 3:08-mc-80030-JSW<br><br>JOINT STIPULATION FOR REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(A) AND F.R.C.P. 69(a) AND [PROPOSED] ORDER THEREON<br><br>Date: September 3 and 17, 2008<br>Time: 10:00 a.m.<br>Dept.: G, 15th Floor<br>Magistrate Judge: Bernard Zimmerman |

## STIPULATION

Plaintiffs DEBORAH D. PETERSON, PERSONAL REPRESENTATIVE OF THE ESTATE OF JAMES C. KNIPPLE (DEC.), ET AL. ("PLAINTIFFS") and non-parties appearing through counsel for the limited purpose of opposing Plaintiffs' Motion for an Order Compelling Assignment HAPAG-LLOYD AG ("HAPAG"); WAN HAI LINES LTD. ("WAN HAI"); YANG MING MARINE TRANSPORT CORPORATION ("YANG MING"); ORIENT OVERSEAS CONTAINER LINE LTD. ("OOCL"); KAWASAKI KISEN KAISHA ("KAWASAKI"); EVERGREEN MARINE CORPORATION ("EVERGREEN"); HYUNDAI MERCHANT MARINE CO., LTD. ("Hyundai"); (collectively, the "SHIPPING LINES") do hereby stipulate as follows:

1     WHEREAS on March 11, 2008, PLAINTIFFS registered a judgment with this Court in the amount of $2,656,944,877.00 against defendant ISLAMIC REPUBLIC OF IRAN;

5     WHEREAS on July 16 and July 17, 2008, PLAINTIFFS filed and later served Motions for Orders Compelling Assignment of Rights Pursuant to C.C.P. § 708.510(a) and F.R.C.P. 69(a) (the "Motions") on the third party SHIPPING LINES;

9     WHEREAS on July 25, 2008, this Honorable Court issued a Notice of Briefing Order and Briefing Order to the SHIPPING LINES, inviting CMA CGM (S.A.) & CMA CGM (The French Line) and the SHIPPING LINES to respond to the Motions and setting a briefing schedule that requires hearing of the Motion relating to CMA CGM (S.A.) & CMA CGM (The French Line) on September 3, 2008 (for purposes of judicial economy), followed by hearing of the Motions relating to the other third party shipping lines on September 17, 2008;

17     WHERAS the SHIPPING LINES make this Stipulation and intend to oppose the Motions without prejudice to or waiver of and having expressly reserved any and all rights and defenses;

21     WHEREAS the law firm of Keesal Young & Logan was retained on July 30, 2008 to represent HAPAG;

24     WHEREAS the law firm of Holland & Knight was retained on August 8, 2008 to represent WAN HAI;

- 4 -      KYL_SF465182

STIPULATION FOR REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS — CASE NO. 3:08-MC-80030-JSW

1    WHEREAS the law firm of Cox, Wootton, Griffin, Hansen & Poulos, LLP was
2 retained on August 4, 2008 to represent YANG MING;

3
4    WHEREAS the law firm of Sher & Blackwell was retained on August 11, 2008 to
5 represent OOCL;

6    WHEREAS the law firm of Cogswell, Nakazawa & Chang was retained on July
7 23, 2008 to represent K-LINE and on August 5, 2008 to represent EVERGREEN;
8

9    WHEREAS the law firm of Cichanowicz Callan Keane Vengrow & Textor was
10 retained on August 4, 2008 to represent EVERGREEN;
11

12    WHEREAS the law firm of Masuda Funai was retained on August 13, 2008 to
13 represent HYUNDAI;
14

15    WHEREAS good cause exists to continue the hearing for the SHIPPING LINES so
16 that counsel may become familiar with these proceedings and advise their clients
17 accordingly;
18

19    WHEREAS the Court's previous Briefing Order sought the briefing and hearing of
20 the Motion relating to CMA first, followed by the briefing and hearing of the Motions
21 relating to the other Shipping Lines;
22

23    WHEREAS on August 11, 2008, this Honorable Court ordered that the responses
24 to the Motions of third parties MITSUI O.S.K. LINES, LTD., HANJIN SHIPPING
25 LINES, CSA V/EUROATLANTIC CONTAINER LINE, A.P. MOLLER-MAERSK A/S/,
26 and MEDITERRANEAN COMPANY shall be due on October 27, 2008, with
27
28

- 5 -                                                                  KYL_SF465182

STIPULATION FOR REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR AN
ORDER COMPELLING ASSIGNMENT OF RIGHTS — CASE NO. 3:08-MC-80030-JSW

1 | PLAINTIFFS reply due November 5, 2008, with a hearing set for November 26, 2008;

3 |     PLAINTIFFS and the SHIPPING LINES request an extension of time to respond to the Motions such that the response of the SHIPPING LINES would be due on October 27, 2008, PLAINTIFFS' reply would be due November 21, 2008, and the Motion will be heard on a date set by the Court in December, 2008;

8 |     WHEREAS responses to the Motions shall be in accordance with the Local Rules of the United States District Court, Northern District of California, and any other order as may be issued by the Court;

12 |     WHEREAS the SHIPPING LINES have never previously sought an extension relating to the Motions;

15 |     WHEREAS counsel for third parties MITSUI O.S.K. LINES, LTD., HANJIN SHIPPING LINES, CSA V/EUROATLANTIC CONTAINER LINE, A.P. MOLLER-MAERSK A/S/, and MEDITERRANEAN COMPANY have been contacted regarding this Stipulation, and stated that they do no object to the proposed dates listed for the response to the Motions and reply however, they request that the hearing date be set as November 26, 2008;

22 |     WHEREAS counsel for HAPAG shall undertake the responsibility of effecting service of process on all appropriate parties.

25 |     PLAINTIFFS and the SHIPPING LINES hereby stipulate to request for an extension of time as follows:

1.   The SHIPPING LINES shall have an extension of time to respond to the Motions such that the response of the SHIPPING LINES would be due on October 27, 2008 and heard on a date set by this Court in December, 2008.

2.   PLAINTIFFS' Reply Brief(s) shall be due on November 21, 2008.

IT IS SO STIPULATED.

DATED: August ___, 2008

/s/ Nicole Bussi
JOHN D. GIFFIN
DAVID PIPER
NICOLE S. BUSSI
KEESAL, YOUNG & LOGAN
Attorneys for Non-Party
HAPAG-LLOYD AG.

DATED: August ___, 2008

/s/ Roger Coven
ROGER B. COVEN
TIANJING ZHANG
HOLLAND & KNIGHT LLP
Attorneys for Non-Party
WAN HAI LINES LTD.

DATED: August ___, 2008

/s/ Mitchell Griffin
MITCHELL S. GRIFFIN
COX, WOOTTON, GRIFFIN, HANSEN &
POULOS, LLP
Attorneys for Non-Party
YANG MING MARINE TRANSPORT
CORPORATION

- 7 -                                                                KYL_SF465182
STIPULATION FOR REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR AN
ORDER COMPELLING ASSIGNMENT OF RIGHTS — CASE NO. 3:08-MC-80030-JSW

| | | |
|---|---|---|
| 1 | DATED: August ___, 2008 | /s/ David Smith |
| 2 | | DAVID F. SMITH |
| | | SHER & BLACKWELL LLP |
| 3 | | Attorneys for Non-Party |
| 4 | | ORIENT OVERSEAS CONTAINER LINE LTD. |

DATED: August ___, 2008      /s/ Alan Nakazawa
                              ALAN NAKAZAWA
                              COGSWELL, NAKAZAWA & CHANG
                              Attorneys for Non-Parties
                              KAWASAKI KISEN KAISHA and
                              EVERGREEN MARINE CORPORATION

DATED: August ___, 2008      /s/ Paul Keane
                              PAUL M. KEANE
                              CICHANOWICZ CALLAN KEANE
                              VENGROW & TEXTOR
                              Attorneys for Non-Party
                              EVERGREEN MARINE CORPORATION

DATED: August ___, 2008      /s/ Grant Ara Nigolian
                              GRANT ARA NIGOLIAN
                              MASUDA FUNAI
                              Attorneys for Non-Party Specially Appearing
                              HYUNDAI MERCHANT MARINE CO., LTD.

I, Nicole S. Bussi, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to Continue Hearing Date. In compliance with General Order 45, X.B., I hereby attest that the signatory below has concurred in this filing.

- 8 -                                                                KYL_SF465182

STIPULATION FOR REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS — CASE NO. 3:08-MC-80030-JSW

| | |
|---|---|
| DATED: August ___, 2008 | /s/ David Cook<br>DAVID J. COOK<br>Attorneys for Plaintiffs<br>DEBORAH D. PETERSON<br>Personal Representative of the Estate of<br>James C. Knipple (Dec.), et al. |

- 9 -   KYL_SF465182

STIPULATION FOR REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS — CASE NO. 3:08-MC-80030-JSW

1  **~~PROPOSED~~ ORDER**

3       As stipulated by PLAINTIFFS and the SHIPPING LINES, and for good
4  cause shown; **IT IS HEREBY ORDERED:**

6   1.  The SHIPPING LINES shall have an extension of time to respond to
7       the Motion as follows: The response to the Motions shall be due on
8       October 27, 2008.
9   2.  PLAINTIFFS' Reply Brief(s) shall be due on November 21, 2008.
10  3.  A hearing date on the response and reply brief shall be December
11      __17th__, 2008 at 10:00 a.m.

13  DATED: August __19__, 2008          _____
                                        HONORABLE BERNARD ZIMMERMAN
14                                      UNITED STATES MAGISTRATE JUDGE



- 10 -                                                    KYL_SF465182

STIPULATION FOR REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR AN
ORDER COMPELLING ASSIGNMENT OF RIGHTS — CASE NO. 3:08-MC-80030-JSW

## PROOF OF SERVICE

HIS EXCELLENCY AYATOLLAH SAYED ALI KHAMENEI
THE OFFICE OF THE SUPREME LEADER
Islamic Republic Street
Shahid Keshvar Doust Street
Tehran, Islamic Republic of Iran

HIS EXCELLENCY MAHMOUD AHMADINEJAD THE PRESIDENT
Palestine Avenue
Azerbaijan Intersection
Tehran, Islamic Republic of Iran

ISLAMIC REPUBLIC OF IRAN
Pasadaran Avenue
Golestan Yekom
Teheran, Iran
ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process

ISLAMIC REPUBLIC OF IRAN
acting through its MINISTRY OF DEFENSE AND SUPPORT FOR ARMED FORCES
No. 1 Shahid Kaboli Street
Beginning of Resalat Highway
Seyyed Khandan Bridge
P.O. Box 16765-1479
Tehran, Iran
Attn: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process

ISLAMIC REPUBLIC OF IRAN
Khomeini Avenue
United Nations Street
Teheran, Iran
ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process

Director, Human Rights Headquarters of Iran
HIS EXCELLENCY MOHAMMAD JAVAD LARIJANI
c/o Office of the Deputy for International Affairs
Ministry of Justice
Ministry of Justice Building
Panzdah-Khordad (Ark) Square
Tehran, Islamic Republic of Iran

Minister of Intelligence
GHOLAM HOSSEIN MOHSENI EJEIE
MINISTRY OF INTELLIGENCE
Second Negarestan Street
Pasdaran Avenue
Tehran, Islamic Republic of Iran

Head of the Judiciary
AYATOLLAH MAHMOUD HASHEMI SHAHROUDI
Howzeh Riyasat-e Qoveh Qazaiyeh
Office of the Head of the Judiciary
Pasteur Street, Vali Asr Avenue
South of Serah-e Jomhouri
Tehran 1316814737
Islamic Republic of Iran

MINISTRY OF ROADS AND TRANSPORTATION
Attn: MOHAMMED RAHMATI
MINISTER OF ROAD AND TRANSPORTATION
Taleghani Avenue
Tehran, Iran

ALI TAHERI
DEPUTY MINISTER AND MANAGING DIRECTOR
PORT & SHIPPING ORGANIZATION OF THE ISLAMIC REPUBLIC OF IRAN
Building No. 2
South Didar Street
Shahid Hagnai Expressway, Vanak Square
Tehran, Iran

NATIONAL IRANIAN OIL REFINING AND DISTRIBUTION COMPANY
Opposite of Arak Alley Ostad Nejatollahi Ave.
Zip Code 15989
P.O. Box 15815/3499
Tehran, Iran
ATTN: Responsible Officer or Agent for Service of Process

MINISTRY OF PETROLEUM OF THE ISLAMIC REPUBLIC OF IRAN
HAFEZ CROSSING
Taleghani Avenue
Tehran, Iran
ATTN: Responsible Officer or Agent for Service of Process

| | |
|---|---|
| NATIONAL IRANIAN OIL PRODUCTS DISTRIBUTION COMPANY<br>Bahar St. Somaya Corner<br>Tehran 15617/ 33315<br>P.O .Box 6165<br>Tehran<br>ATTN: Responsible Officer or Agent for Service of Process | HANJIN SHIPPING LINES<br>Attn: PRESIDENT, GENERAL MANAGER, AGENT FOR SERVICE OF PROCESS-LEGAL MATTERS<br>JEONG WON PARK, PRESIDENT AND CHIEF EXECUTIVE OFFICER<br>25-11, Youido-Dong Youngdingpo-Gu<br>Seoul, 150-010 South Korea |
| NATIONAL IRANIAN OIL COMPANY<br>Hafez Crossing<br>Taleghani Avenue<br>Tehran, Iran<br>ATTN: Responsible Officer or Agent for Service of Process | MAERSK LINE (A.P. MOLLER MAERSK, A/S).<br>Attn: PRESIDENT, GENERAL MANAGER, AGENT FOR SERVICE OF PROCESS-LEGAL MATTERS<br>Eivind Kolding, CEO<br>Esplanaden 50<br>Copenhagen, DK-1098K  DNK |
| CMA CGM S.A.<br>Attn: President. General Manager, Agent for Service of Process-Legal Matters<br>14th Floor Q House Lumpini<br>1 South Sathorn Road<br>Tungmahamek Sathorn<br>Bangkok 101 Thailand | MEDITERRANEAN SHIPPING COMPANY (MSC)<br>Attn: PRESIDENT, GENERAL MANAGER, AGENT FOR SERVICE OF PROCESS-LEGAL MATTERS<br>Gianluigi Aponte, Chairman<br>40 Ave. Eugène-Pittard<br>Geneva, CH-1206  CHE |
| CMA CGM The French Line<br>Attn: President. General Manager, Agent for Service of Process-Legal Matters<br>CMA CGM Marseille Head Office<br>4. quai d'Arenc 13235 Marseille cedex 02<br>France | MITSUI O.S.K. LINES<br>Attn: PRESIDENT, GENERAL MANAGER, AGENT FOR SERVICE OF PROCESS-LEGAL MATTERS<br>Kunio Suzuki, Chairman of the Board, Representative Director<br>Akimitsu Ashida, Executive President, Representative Director<br>2-1-1 Toranomon<br>Minato-ku, TKY 105-8688 Japan |
| CSAV/ EUROATLANTIC CONTAINER LINE - Attn: PRESIDENT, GENERAL MANAGER. AGENT FOR SERVICE OF PROCESS-LEGAL MATTERS<br>Ricardo Claro Valdés, Chairman<br>Plaza Sotomayor 50<br>Valparaiso Chile | |
| EMIRATES SHIPPING LINES<br>Attn: PRESIDENT, GENERAL MANAGER, AGENT FOR SERVICE OF PROCESS-LEGAL MATTERS<br>Vikas Mohammed Khan, Chairman and CEO of Emirates Shipping Line<br>Emirates Shipping Line FZE<br>AlMoosa Tower 2, 10th Floor. Office 1004<br>Sheikh Zayed Road, Dubai<br>United Arab Emirates | PACIFIC INTERNATIONAL LINES LTD.<br>Attn: PRESIDENT, GENERAL MANAGER, AGENT FOR SERVICE OF PROCESS-LEGAL MATTERS<br>Wangxiu Huang, Chairman of the Board<br>Yang Ming Marine Transport Corp.<br>271 Ming De 1st Road Chidu<br>Keelung, Taiwan |

| | |
|---|---|
| 1 | JOHN D. GIFFIN |
|   | KEESAL, YOUNG & LOGAN |
| 2 | 450 Pacific Avenue |
|   | San Francisco, CA 94133 |
| 3 | Attorneys for HAPAG-LLOYD AG |
| 4 | ROGER B. COVEN |
|   | HOLLAND & KNIGHT LLP |
| 5 | 633 West Fifth Street, 21st Floor |
|   | Los Angeles, CA 90071-2040 |
| 6 | Attorneys for WAN HAI LINES LTD. |
| 7 | MITCHELL S. GRIFFIN |
|   | COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP |
| 8 | 190 The Embarcadero |
|   | San Francisco, CA 94105 |
| 9 | Attorneys for YANG MING MARINE TRANSPORT CORPORATION |
| 10 | DAVID F. SMITH |
|    | SHER & BLACKWELL LLP |
| 11 | 1850 M Street, NW, Suite 900 |
|    | Washington, D.C. 20036 |
| 12 | Attorneys for ORIENT OVERSEAS CONTAINER LINE LTD. |
| 13 | ALAN NAKAZAWA |
|    | COGSWELL, NAKAZAWA & CHANG |
| 14 | 444 West Ocean Blvd., Suite 1250 |
|    | Long Beach, CA 90802 |
| 15 | Attorneys for KAWASAKI KISEN KAISHA |
| 16 | PAUL M. KEANE |
|    | CICHANOWICZ CALLAN KEANE VENGROW & TEXTOR |
| 17 | 61 Broadway, Suite 3000 |
|    | New York, NY 10006-02802 |
| 18 | Attorneys for EVERGREEN MARINE CORPORATION |
| 19 | GRANT ARA NIGOLIAN |
|    | MASUDA FUNAI |
| 20 | 19191 South Vermont Avenue, Suite 420 |
|    | Torrance, CA 90502 |
| 21 | Attorneys for HYUNDAI MERCHANT MARINE CO., LTD. |

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

NOTICE OF JOINT STIPULATION FOR REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) AND ORDER THEREON

on the above-named person(s) by:

__XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 22, 2008.

/s/ David J. Cook
DAVID J. COOK, ESQ. (SB# 060859)