```
JOHN D. GIFFIN, CASB NO. 89608
john.giffin@kyl.com
DAVID PIPER, CASB No. 179889
david.piper@kyl.com
NICOLE S. BUSSI, CASB NO. 252763
nicole.bussi@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Ave.
San Francisco, California 94133
Telephone:   (415) 398-6000
Facsimile:    (415) 981-0136

Attorneys for Non-Party
PACIFIC INTERNATIONAL LINES, LTD.
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personnel Representative of the Estate of James C. Knipple (Dec.), et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>Defendant. | Case No. 3:08-mc-80030-JSW<br><br>**DECLARATION OF NICOLE S. BUSSI IN SUPPORT OF JOINT STIPULATION FOR REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR AN ORDER COMPELLING ASSIGNEMNT OF RIGHTS PURSUANT TO C.C.P. § 708.510(A) AND F.R.C.P. 69(a) AND [PROPOSED] ORDER THEREON**<br><br>Date: September 3 and 17, 2008<br>Time: 10:00 a.m.<br>Dept.: G, 15th Floor<br>Magistrate Judge: Bernard Zimmerman |

### DECLARATION OF NICOLE S. BUSSI

1. I am an attorney with the law firm of Keesal Young & Logan, counsel for third party PACIFIC INTERNATIONAL LINES, LTD. ("PACIFIC") in this action. I have personal knowledge of the following, and if called upon, could testify competently

- 1 -    KYL_SF465775

1  thereto.

2. PACIFIC makes this Stipulation appearing through counsel for the limited purpose of opposing Plaintiffs' Motion for an Order Compelling Assignment, intends to oppose the Motions For Orders For Assignment (the "Motions") without prejudice to or waiver of and having expressly reserved any and all rights and defenses.

3. Good cause exists to permit an extension of time for PACIFIC to respond to the Motions and to continue the hearing on the Motions, as requested in the Joint Stipulation filed herewith. Keesal, Young & Logan was retained on August 25, 2008 to represent PACIFIC. I have personally reviewed the Motions, and commenced research and commenced analysis of the issues presented. I believe the issues are complex, and will require time beyond that permitted in the Briefing Order to properly and fully respond to the Motions.

4. PACIFIC has not previously requested any extension relating to the Motions.

5. The requested extension will have no effect on the case because judgment has already been entered, and PLAINTIFFS DEBORAH D. PETERSON, ET. AL ("PLAINTIFFS") are seeking only to enforce the judgment.

6. PLAINTIFFS will not be prejudiced by and have stipulated to the requested extension. On August 26, 2008, I spoke to PLAINTIFFS' counsel, David Cook. Mr. Cook agreed to the extension of time for briefing and hearing. I also corresponded with counsel for all other third party Shipping Lines on August 26, 2008 and notified any

- 2 -    KYL_SF465775

DECLARATION OF NICOLE S. BUSSI IN SUPPORT OF STIPULATION FOR REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS — CASE NO. 3:08-MC-80030-JSW

identifiable counsel for the various other third party shipping lines of this Stipulation.

7. Furthermore, PLAINTIFFS will not be prejudiced by granting this request because on August 11, 2008, this Honorable Court granted the extension stipulated to by PLAINTIFFS and third parties MITSUI O.S.K. LINES, LTD., HANJIN SHIPPING LINES, CSA V/EUROATLANTIC CONTAINER LINE, A.P. MOLLER-MAERSK A/S/, and MEDITERRANEAN COMPANY thereby ordering that responses to the Motions shall be due on October 27, 2008, and PLAINTIFFS reply due November 5, 2008, with a hearing set for November 26, 2008, and on August 19, 2008, this Honorable Court ordered that the responses to the Motions of third parties HAPAG-LLOYD AG; WAN HAI LINES LTD.; YANG MING MARINE TRANSPORT CORPORATION; ORIENT OVERSEAS CONTAINER LINE LTD.; KAWASAKI KISEN KAISHA; EVERGREEN MARINE CORPORATION; HYUNDAI MERCHANT MARINE CO., LTD. shall be due on October 27, 2008, with PLAINTIFFS reply due November 21, 2008, with a hearing set for December 17, 2008.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed at San Francisco, California, on September 2, 2008.

DATED: September ___, 2008

//s/ Nicole Bussi  
NICOLE S. BUSSI

DECLARATION OF NICOLE S. BUSSI IN SUPPORT OF STIPULATION FOR REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS — CASE NO. 3:08-MC-80030-JSW