JOHN D. GIFFIN, CASB NO. 89608
john.giffin@kyl.com
DAVID PIPER, CASB NO. 179889
david.piper@kyl.com
NICOLE S. BUSSI, CASB NO. 252763
nicole.bussi@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Ave.
San Francisco, California 94133
Telephone: (415) 398-6000
Facsimile: (415) 981-0136

Attorneys for Non-Party
PACIFIC INTERNATIONAL LINES, LTD.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DEBORAH D. PETERSON, Personnel Representative of the Estate of James C. Knipple (Dec.), et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>Defendant. | Case No. 3:08-mc-80030-JSW<br><br>**JOINT STIPULATION FOR REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(A) AND F.R.C.P. 69(a) AND [PROPOSED] ORDER THEREON**<br><br>Date: September 3 and 17, 2008<br>Time: 10:00 a.m.<br>Dept.: G, 15th Floor<br>Magistrate Judge: Bernard Zimmerman |

**STIPULATION**

Plaintiffs DEBORAH D. PETERSON, PERSONAL REPRESENTATIVE OF THE ESTATE OF JAMES C. KNIPPLE (DEC.), ET AL. ("PLAINTIFFS") and non-party appearing through counsel for the limited purpose of opposing Plaintiffs' Motion for an Order Compelling Assignment, third party Shipping Line PACIFIC INTERNATIONAL

LINES, LTD. ("PACIFIC") do hereby stipulate as follows:

WHEREAS on March 11, 2008, PLAINTIFFS registered a judgment with this Court in the amount of $2,656,944,877.00 against defendant ISLAMIC REPUBLIC OF IRAN;

WHEREAS on July 16 and July 17, 2008, PLAINTIFFS filed and later served Motions for Orders Compelling Assignment of Rights Pursuant to C.C.P. § 708.510(a) and F.R.C.P. 69(a) (the "Motions") on the third party Shipping Lines;

WHEREAS PACIFIC asserts that it never received PLAINTIFFS' Motions for Orders Compelling Assignment of Rights Pursuant to C.C.P. § 708.510(a) and F.R.C.P. 69(a) (the "Motions") but was informed by third party Shipping Line YANG MING LINES;

WHEREAS on July 25, 2008, this Honorable Court issued a Notice of Briefing Order and Briefing Order to the Shipping Lines, inviting CMA CGM (S.A.) & CMA CGM (The French Line) and the Shipping Lines to respond to the Motions and setting a briefing schedule that requires hearing of the Motion relating to CMA CGM (S.A.) & CMA CGM (The French Line) on September 3, 2008 (for purposes of judicial economy), followed by hearing of the Motions relating to the other third party shipping lines on September 17, 2008;

WHERAS PACIFIC makes this Stipulation and intends to oppose the Motions without prejudice to or waiver of and having expressly reserved any and all rights and defenses;

- 2 - KYL_SF465770v2

STIPULATION FOR REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS — CASE NO. 3:08-MC-80030-JSW

WHEREAS the law firm of Keesal Young & Logan was retained on August 25, 2008 to represent PACIFIC;

WHEREAS good cause exists to continue the hearing for the PACIFIC so that counsel may become familiar with these proceedings and advise their clients accordingly;

WHEREAS the Court's previous Briefing Order sought the briefing and hearing of the Motion relating to CMA first, followed by the briefing and hearing of the Motions relating to the other Shipping Lines;

WHEREAS on August 11, 2008, this Honorable Court ordered that the responses to the Motions of third parties MITSUI O.S.K. LINES, LTD., HANJIN SHIPPING LINES, CSA V/EUROATLANTIC CONTAINER LINE, A.P. MOLLER-MAERSK A/S/, and MEDITERRANEAN COMPANY shall be due on October 27, 2008, with PLAINTIFFS reply due November 5, 2008, with a hearing set for November 26, 2008;

WHEREAS on August 19, 2008, this Honorable Court ordered that the responses to the Motions of third parties HAPAG-LLOYD AG; WAN HAI LINES LTD.; YANG MING MARINE TRANSPORT CORPORATION; ORIENT OVERSEAS CONTAINER LINE LTD.; KAWASAKI KISEN KAISHA; EVERGREEN MARINE CORPORATION; HYUNDAI MERCHANT MARINE CO., LTD. shall be due on October 27, 2008, with PLAINTIFFS reply due November 21, 2008, with a hearing set for December 17, 2008;

PLAINTIFFS and PACIFIC request an extension of time to respond to the Motions such that the response of PACIFIC would be due on October 27, 2008,

- 3 -    KYL_SF465770v2

STIPULATION FOR REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS — CASE NO. 3:08-MC-80030-JSW

PLAINTIFFS' reply would be due November 21, 2008, and the Motion will be heard on December 17, 2008;

WHEREAS responses to the Motions shall be in accordance with the Local Rules of the United States District Court, Northern District of California, and any other order as may be issued by the Court;

WHEREAS PACIFIC has never previously sought an extension relating to the Motions;

WHEREAS counsel for third parties MITSUI O.S.K. LINES, LTD., HANJIN SHIPPING LINES, CSA V/EUROATLANTIC CONTAINER LINE, A.P. MOLLER-MAERSK A/S/, MEDITERRANEAN COMPANY, HAPAG-LLOYD AG, WAN HAI LINES LTD., YANG MING MARINE TRANSPORT CORPORATION, ORIENT OVERSEAS CONTAINER LINE LTD., KAWASAKI KISEN KAISHA, EVERGREEN MARINE CORPORATION, HYUNDAI MERCHANT MARINE CO., LTD have been contacted regarding this Stipulation, and stated that they do no object to the proposed dates listed;

WHEREAS counsel for PACIFIC shall undertake the responsibility of effecting service of process on all appropriate parties.

PLAINTIFFS and PACIFIC hereby stipulate to request for an extension of time as follows:

1. PACIFIC shall have an extension of time to respond to the Motions

- 4 - KYL_SF465770v2

STIPULATION FOR REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS — CASE NO. 3:08-MC-80030-JSW

such that the response of PACIFIC would be due on October 27, 2008 and heard on December 17, 2008.

2. PLAINTIFFS' Reply Brief(s) shall be due on November 21, 2008.

**IT IS SO STIPULATED.**

DATED: September ___, 2008

//s/ Nicole Bussi
JOHN D. GIFFIN
DAVID PIPER
NICOLE S. BUSSI
KEESAL, YOUNG & LOGAN
Attorneys for Non-Party
PACIFIC INTERNATIONAL LINES, LTD.

I, Nicole S. Bussi, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to Continue Hearing Date. In compliance with General Order 45, X.B., I hereby attest that the signatory below has concurred in this filing.

DATED: September ___, 2008

//s/ David Cook
DAVID J. COOK
Attorneys for Plaintiffs
DEBORAH D. PETERSON
Personal Representative of the Estate of
James C. Knipple (Dec.), et al.

- 5 - KYL_SF465770v2

STIPULATION FOR REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS — CASE NO. 3:08-MC-80030-JSW

**PROPOSED ORDER**

As stipulated by PLAINTIFFS and PACIFIC, and for good cause shown; **IT IS HEREBY ORDERED:**

1. PACIFIC shall have an extension of time to respond to the Motion as follows: The response to the Motions shall be due on October 27, 2008.

2. PLAINTIFFS' Reply Brief(s) shall be due on November 21, 2008.

3. A hearing date on the response and reply brief shall be December 17, 2008 at 10:00 a.m.

DATED: September 4, 2008

HONORABLE BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Bernard Zimmerman
NORTHERN DISTRICT OF CALIFORNIA

- 6 - KYL_SF465770v2
STIPULATION FOR REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS — CASE NO. 3:08-MC-80030-JSW