1  JOHN D. GIFFIN, CASB NO. 89608
   john.giffin@kyl.com
2  DAVID PIPER, CASB No. 179889
   david.piper@kyl.com
3  NICOLE S. BUSSI, CASB NO. 252763
   nicole.bussi@kyl.com
4  KEESAL, YOUNG & LOGAN
   A Professional Corporation
5  450 Pacific Ave.
   San Francisco, California 94133
6  Telephone:  (415) 398-6000
   Facsimile:  (415) 981-0136
7
   Attorneys for Non-Party
8  HAPAG-LLOYD AG

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personnel Representative of the Estate of James C. Knipple (Dec.), et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendant. | Case No. 3:08-mc-80030-JSW <br><br> **PROOF OF SERVICE FOR:** <br><br> JOINT STIPULATION FOR REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(A) AND F.R.C.P. 69(a) AND [PROPOSED] ORDER THEREON <br><br> DECLARATION OF NICOLE S. BUSSI IN SUPPORT OF JOINT STIPULATION FOR REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR AN ORDER COMPELLING ASSIGNEMNT OF RIGHTS PURSUANT TO C.C.P. § 708.510(A) AND F.R.C.P. 69(a) AND [PROPOSED] ORDER THEREON |

- 1 -

PROOF OF SERVICE — CASE NO. 3:08-MC-80030-JSW

KYL_SF465389

KYL_SF464744.1

# PROOF OF SERVICE

I, the undersigned, hereby declare that I am employed in the City and County of San Francisco. I am over the age of eighteen years and not a party to the within action. My employer and business address is Keesal, Young & Logan, 450 Pacific Avenue, San Francisco, CA 94133, and my telephone number is (415) 398-6000.

On September 8, 2008, following ordinary business practices, I served

**JOINT STIPULATION FOR REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(A) AND F.R.C.P. 69(a) AND [PROPOSED] ORDER THEREON**

**DECLARATION OF NICOLE S. BUSSI IN SUPPORT OF JOINT STIPULATION FOR REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR AN ORDER COMPELLING ASSIGNEMNT OF RIGHTS PURSUANT TO C.C.P. § 708.510(A) AND F.R.C.P. 69(a) AND [PROPOSED] ORDER THEREON**

on the parties involved addressed below:

[X]   **BY U.S. MAIL**: I am readily familiar with my employer's practice for collection and processing of documents for mailing with the United States Postal Service and that practice is that the documents are deposited with the United States Postal Serve with postage fully prepaid the same day as the collection in the ordinary course of business. On this date, I served the above interested parties following my employer's ordinary business practice.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 8, 2008, at San Francisco, California.

_____
Megan Albertson

PROOF OF SERVICE

Minister of Intelligence
GHOLAM HOSSEIN MOHSENI EJEIE
MINISTRY OF INTELLIGENCE
Second Negarestan Street
Pasdaran Avenue
Tehran, Islamic Republic of Iran

Head of the Judiciary
AYATOLLAH MAHMOUD HASHEMI
SHARROUDI
Howzeh Riyasat-e Qoveh Qazaiyeh
Office of the Head of the Judiciary
Pasteur Street, Vali Asr Avenue
South of Serah-e Jombouri
Tehran 1316814737
Islamic Republic of Iran

MINISTRY OF ROADS AND
TRANSPORTATION
Attn: MOHAMMED RAHMATI
MINISTER OF ROAD AND
TRANSPORTATION
Taleghani Avenue
Tehran, Iran

ALI TAHERI
DEPUTY MIN1STER AND MANAGING DIRECTOR
PORT & SHIPPING ORGANIZATION OF
THE ISLAMIC REPUBLIC OF IRAN
Building No.2
South Didar Street
Shahid Hagnai Expressway, Vahak Square
Tehran, Iran

NATIONAL IRANIAN OIL REFINING
AND DISTRIBUTION COMPANY
Opposite of Arak Alley Ostad Nejatollahi Ave.
Zip Code 15989
P.O. Box 15815/3499
Tehran, Iran
ATTN: Responsible Officer or Agent for Service of Process

MINISTRY OF PETROLEUM OF
THE ISLAMIC REPUBLIC OF IRAN
HAFEZ CROSSING
Taleghani Avenue
Tehran, Iran
ATTN: Responsible Officer or Agent for
Service of Process

NATIONAL IRANIAN OIL PRODUCTS
DISTRIBUTION COMPANY
Bahar St., Somaya Corner
Tehran 15617/33315
P.O. Box 6165
Tehran, Iran
ATTN: Responsible Officer or Agent for Service of Process

NATIONAL IRANIAN OIL COMPANY
Hafez Crossing
Taleghani Avenue
Tehran, Iran
Attn: Responsible Officer or Agent for Service of Process

CMA CGM S.A./CMA CGM
The French Liner/MAERSK
LINE/MEDITERRANEAN SHIPPING
Matthew S. Weiler, Esq.
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126

HANJIN SHIPPING LINES/MITSUI O.S.K.
LINES/CSAV/EUROATLANTIC
CONTAINER
Paul J. Hall
Walter T. Johnson
Isabelle L. Ord
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3996

EMIRATES SHIPPING LINES,
Attn: PRESIDENT, GENERAL MANAGER,
Agent for Service of Process - Legal Matters
Vikas Mohammed Khan, Chairman and
CEO of Emirates Shipping Line
Emirates shipping Line FZE
AlMoosa Tower 2, 10th floor, Office 1004
Sheikh Zayed Road, Dubai
United Arab Emirates

HIS EXCELLENCY AYATOLLAH SAYED
'ALI KHAMENEI
THE OFFICE OF THE SUPREME LEADER
Islamic Republic Street
Shahid Késhvar Doust Street
Tehran, Islamic Republic of Iran

HIS EXCELLENCY MAHMOUD
AHIMADINEJAD THE PRESIDENT
Palestine Avenue
Azerbaijan Intersection
Tehran, Islamic Republic of Iran

ISLAMIC REPUBLIC OF IRAN
acting through its MINISTRY OF DEFENSE
AND SUPPORT FOR ARMED FORCES
No.1 Shahid Kaboli Street
Beginning of Resalat Highway
Seyyed Khandan Bridge
P.O. Box 16765-1479
Tehran, Iran
Attn: President Mahmoud Ahmadinejad or
Responsible Officer or Agent for Service of Process

ISLAMIC REPUBLIC OF IRAN
Pasadaran Avenue
Golestan Yekom
Teheran, Iran
ATTN: President Mahmoud Ahmadinejad or
Responsible Officer or Agent for Service of Process

ISLAMIC REPUBLIC OF IRAN
Khomeini Avenue
United Nations Street
Teheran, Iran
ATTN: President Mahmoud Ahmadinejad or
Responsible Officer or Agent for Service of
Process


Director, Human Rights Headquarters of Iran
HIS EXCELLENCY MOHAMMAD
JAVAD LARIJANI
c/o Office of the Deputy for International Affairs
Ministry of Justice
Ministry of Justice Building
Panzdah-Khordad (Ark) Square
Tehran, Islamic Republic of Iran

PACIFIC INTERNATIONAL LINES LTD.
Attn: PRESIDENT, GENERAL MANAGER,
AGENT FOR SERVICE OF PROCESS –
LEGAL MATTERS
Wangxiu Huang, Chairman of the Board
Yang Ming Marine Transport Corp.
271 Ming De 1st Road Chidu
Keelung, Taiwan

HYUNDAI MERCHANT MARINB CO., LTD.
Attn: PRESIDENT, GENERAL MANAGER,
AGENT FOR SERVICE OF PROCESS –
LEGAL MATTERS
SEONG MAN KIM, PRESIDENT
JAE JUNG LEE, CEO
66, JukSuhn-Dong Jongro-Gu
Seoul, 110-052 South Korea