

One Embarcadero Center
18th Floor
San Francisco, California 94111-3600
(415) 984-8200
Fax: (415) 984-8300
Direct Dial: (415) 984-8346
E-Mail: wjohnson@nixonpeabody.com

September 15, 2008

**VIA HAND DELIVERY**

The Honorable Bernard Zimmerman
United States Magistrate Judge
United States District Court for the Northern District of California
450 Golden Gate Avenue, Department G, 15th Floor
San Francisco, California, 94102

    RE:    <u>Peterson v. Islamic Republic of Iran</u>, USDC Case No. 3:08-mc-80030-JSW

Dear Judge Zimmerman:

    Nixon Peabody LLP represents third party shipping lines Mitsui O.S.K. Lines, Ltd., Hanjin Shipping Co., Ltd., and Compañia Sud Americana de Vapores in this matter. Although our response to the Motions For Assignment is not yet due and will not be heard until November 26, 2008, we have filed our Joint Opposition and supporting documents today to supplement the briefing of third party shipping line CMA CGM S.A.

    We believe our briefing may assist the Court in ruling on the CMA Motion because it deals with virtually the same legal issues presented by that Motion and by all of Plaintiffs' motions involving third party shipping lines. We respectfully request that the Court consider our papers in addition to CMA's. My partner Paul Hall and I plan to attend the hearing on the CMA Motion on October 8, 2008. Although we will be there to observe, we will also be prepared to address the issues if the Court believes that would be helpful.

    Respectfully,

    Walter T. Johnson
    Partner

cc:    All Counsel and Unrepresented Third Parties
       (identified on Service List filed herewith)