Paul J. Hall (State Bar No. 066084)
phall@nixonpeaoby.com
Walter T. Johnson (State Bar No: 111094)
wjohnson@nixonpeabody.com
Isabelle L. Ord (State Bar No. 198224)
iord@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3996
Telephone:   (415) 984-8200
Facsimile:    (415) 984-8300

Attorneys for Third Parties
MITSUI O.S.K. LINES, LTD.,
HANJIN SHIPPING CO., LTD., and
COMPAÑIA SUD AMERICANA DE VAPORES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al.,<br><br>Plaintiff,<br><br>vs.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>Defendants. | Case No. 3:08-mc-80030-JSW<br><br>**NOTICE OF LIMITED APPEARANCE OF COUNSEL ON BEHALF OF THIRD PARTIES MITSUI O.S.K. LINES, LTD., HANJIN SHIPPING CO., LTD., AND COMPAÑIA SUD AMERICANA DE VAPORES**<br><br>Date:   November 26, 2008<br>Time:  10:00 a.m.<br>Dept:   G, 15th Floor<br>Magistrate Judge:  Bernard Zimmerman |

**TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:**

By invitation of the Court under the July 25, 2008 Briefing Order, counsel for third parties Mitsui O.S.K. Lines, Ltd., Hanjin Shipping Co., Ltd., and Compañia Sud Americana De Vapores (the "Shipping Lines") hereby enter a limited appearance for the sole purpose of opposing the Motions For Assignment of Rights Pursuant to C.C.P. § 708.510(a) and F.R.C.P. 69(a). In making this limited appearance, the Shipping Lines and their counsel expressly reserve all rights, objections, and defenses, including but not limited to lack of personal jurisdiction and failure to serve the Shipping Lines.

DATED: September 15, 2008

NIXON PEABODY LLP

By: /s/ Walter T. Johnson
Paul J. Hall
Walter T. Johnson
Isabelle L. Ord
Attorneys for Third Parties
MITSUI O.S.K. LINES, LTD.
HANJIN SHIPPING CO., LTD., and
COMPAÑIA SUD AMERICANA DE
VAPORES