Paul J. Hall (State Bar No. 066084)
phall@nixonpeaoby.com
Walter T. Johnson (State Bar No: 111094)
wjohnson@nixonpeabody.com
Isabelle L. Ord (State Bar No. 198224)
iord@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3996
Telephone:  (415) 984-8200
Facsimile:   (415) 984-8300

Attorneys for Third Parties
MITSUI O.S.K. LINES, LTD.
HANJIN SHIPPING CO., LTD, and
COMPAÑIA SUD AMERICANA DE VAPORES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al.,<br><br>Plaintiff,<br><br>vs.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>Defendants. | Case No. 3:08-mc-80030-JSW<br><br>**DECLARATION OF CLAUDIO BARROILHET IN SUPPORT OF OPPOSITION OF THIRD PARTY COMPAÑIA SUD AMERICANA DE VAPORES TO PLAINTIFFS' MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)**<br><br>Date:  November 26, 2008<br>Time:  10:00 a.m.<br>Dept.:  G, 15th Floor<br>Magistrate Judge:  Bernard Zimmerman |

**DECLARATION OF CLAUDIO BARROILHET**

I, Claudio Barroilhet, declare as follows:

1. I am the Head Counsel of the Legal Department of third party COMPAÑIA SUD AMERICANA DE VAPORES ("CSAV"). My job responsibilities include primary responsibility for the legal matters of CSAV, including the handling of lawsuits all around the world. My office is located at CSAV Head Quarters in Valparaiso, Chile, and my position and authority allow me to investigate and obtain information directly from any relevant division of CSAV.

2. I verified my understanding of the nature of CSAV's business with Iran by contacting the appropriate sections, departments, and staff members of CSAV, including the Ship Management Section, Bunker Department, Operations Management, Planning Department, and Treasury. With the assistance of CSAV's staff, I reviewed CSAV's company records relating to CSAV's shipping schedules and traffic information, purchase of bunker fuel, operations concerning terminal and port services, and payments. I am personally familiar with CSAV's worldwide shipping operations, including CSAV's schedule for ports of call, and CSAV's policies and procedures for purchase of services, supplies, or fuel in port. I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

3. CSAV is an international shipping line headquartered in Valparaiso, Chile. CSAV operates vessels around the world.

4. CSAV does not purchase bunker fuel in Iran. To the extent CSAV incurs harbor or other fees or expenses in Iran, these amounts are paid to the vendors by CSAV's agent on the spot at the time the expense is incurred. These payments are largely made to private companies and none of the transactions result in a debt or an account receivable owed by CSAV to the Iranian government or its agencies. All the agents of CSAV are private companies.

5. Any payments relating to Iran made by CSAV are transmitted from Chile or the United Kingdom to CSAV's agent in Dubai, without the use of United States banks or bank accounts, and these payments have no connection to the United States.

6. I reviewed the Declaration of David Cook ("Cook Declaration") attached to the Motion, including Exhibit "A" thereto, which purports to be internet print outs of CSAV schedules. One of the schedules relates to CSAV's service between San Antonio, Chile and Long Beach, California, and has nothing to do with Iran. The second schedule ends on August 26, 2008. Except as explained herein, CSAV does not "frequent Iranian ports, harbors, or other facilities." CSAV is not "generally doing business with Iranian port facilities in both imported and exported products." [Cook Declaration, ¶3.]

7. CSAV does not hold any assets of Iran or any funds payable to Iran.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed at Valparaiso, Chile on September 12, 2008.

_____
CLAUDIO BARROILHET

DECLARATION OF CLAUDIO BARROILHET
(CASE NO. 3:08-MC-80030-JSW)

11116017.2