Paul J. Hall (State Bar No. 066084)
phall@nixonpeabody.com
Walter T. Johnson (State Bar No: 111094)
wjohnson@nixonpeabody.com
Isabelle L. Ord (State Bar No. 198224)
iord@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax: (415) 984-8300

Attorneys for Third Parties
MITSUI O.S.K. LINES, LTD.,
HANJIN SHIPPING CO., LTD., and
COMPAÑIA SUD AMERICANA DE VAPORES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al.,<br><br>Plaintiff,<br><br>vs.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>Defendant. | No. 3:08-mc-80030-JSW<br><br>**DECLARATION OF MASARU OGAWA IN SUPPORT OF OPPOSITION OF THIRD PARTY MITSUI O.S.K. LINES, LTD. TO PLAINTIFFS' MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)**<br><br>Date: November 26, 2008<br>Time: 10:00 a.m.<br>Dept.: G, 15th Floor<br>Magistrate Judge: Bernard Zimmerman |

# DECLARATION OF MASARU OGAWA

I, Masaru Ogawa, declare as follows:

1. I am the General Manager of the Legal & Insurance Group, General Affairs Division, of third party MITSUI O.S.K. LINES, LTD. ("MOL"). My job responsibilities include primary responsibility for the legal matters of MOL, including the handling of lawsuits and insurance matters all around the world. My office is located at MOL's head office in Tokyo, and my position and authority allow me to investigate and obtain information directly from any relevant division of MOL.

2. I verified my understanding of the very limited nature of MOL's business with Iran by contacting the appropriate staff members of MOL, including members of MOL's liner division, car carrier division, tanker division, and accounting division. With the assistance of these MOL staff members, I reviewed MOL's company records relating to MOL's shipping schedules, policies, methods of payment, and use of agents relating to the Iranian government or its agencies. I am personally familiar with MOL's worldwide shipping operations, including MOL's schedule for ports of call, and MOL's policies and procedures for purchase of services, supplies, or bunker fuel in port. I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

3. MOL is an international shipping line headquartered in Tokyo, Japan. MOL operates vessels around the world.

4. MOL's container service vessels do not call at ports in Iran, and thus MOL's container service vessels do not purchase bunker fuel in Iran, or incur any harbor or other charges or fees in Iranian ports.

5. To the extent MOL provides container service to Iran, MOL contracts for the service with other shipping companies by purchasing slots on other companies' vessels. As the other shipping companies with which MOL contracts are responsible for the bunker fuel and harbor charges for their vessels, the services provided by MOL do not create a debt or account receivable of MOL payable to the Iranian government or its agencies. Any expenses incurred by MOL in

-2-

connection with its contractual services are paid by MOL's agents on the spot, and reimbursed by MOL. All of MOL's agents are private companies.

6. Other MOL vessels do not make regular port calls in Iran. On very rare occasions (no more than a few times per year), MOL vessels may be supplied with bunker fuel at Iranian ports, but even in such cases, MOL purchases the bunker fuel directly from private third party trading companies, and not from the Iranian government or its agencies.

7. If an MOL vessel calls in an Iranian port, MOL does not make direct payments for harbor or other charges incurred. The direct agents of the charterer of the MOL vessel or MOL's agents generally handle payments by estimating the amounts due to the various private companies in Iran, which are then advanced by MOL and paid by the agents on the spot. Additional charges above the estimated amounts are covered by the agents on the spot, and reimbursed by MOL. These payments are largely made to private companies, and none of these transactions result in a debt or account receivable payable by MOL to the Iranian government or its agencies.

8. Payments by MOL to the agents are transmitted from Japan to the agents' bank in Dubai, without the use of United States banks or bank accounts, and these payments have no connection with the United States.

9. I have reviewed the Declaration of David Cook ("Cook Declaration") attached to the Motion, including Exhibit "A" thereto, which purports to be internet print outs of MOL schedules. Exhibit "A" does not contain schedules of MOL vessels. MOL does not "frequent Iranian ports, harbors, or other facilities," and is not "doing business with Iranian port facilities in both imported and exported products." [Cook Declaration, ¶3.]

10. MOL does not hold any assets of the Iranian government or its agencies or any funds payable to the Iranian government or its agencies.

-3-

1  I declare under penalty of perjury under the laws of the State of California that the foregoing
2  is true and correct, and that this declaration was executed at Tokyo, Japan on September ____, 2008.

_____
MASARU OGAWA

-4-

DECLARATION OF MASARU OGAWA IN SUPPORT OF
OPPOSITION OF THIRD PARTY MITSUI O.S.K. LINES,
LTD
CASE NO. 3:08-MC-80030-JSW

11042283.1