Paul J. Hall (State Bar No. 066084)
phall@nixonpeabody.com
Walter T. Johnson (State Bar No: 111094)
wjohnson@nixonpeabody.com
Isabelle L. Ord (State Bar No. 198224)
iord@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax: (415) 984-8300

Attorneys for Third Parties
MITSUI O.S.K. LINES, LTD.,
HANJIN SHIPPING CO., LTD., and
COMPAÑIA SUD AMERICANA DE VAPORES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., <br><br> Plaintiff, <br><br> vs. <br><br> ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendant. | No. 3:08-mc-80030-JSW <br><br> **DECLARATION OF DONG BIN IM IN SUPPORT OF OPPOSITION OF THIRD PARTY HANJIN SHIPPING CO., LTD. TO PLAINTIFFS' MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)** <br><br> Date: November 26, 2008 <br> Time: 10:00 a.m. <br> Dept.: G, 15th Floor <br> Magistrate Judge: Bernard Zimmerman |

## DECLARATION OF DONG BIN IM

I, Dong Bin Im, declare as follows:

1. I am the General Manager of the Purchasing and Procurement Team of third party HANJIN SHIPPING CO., LTD. ("Hanjin"). My job responsibilities include ensuring successful sourcing of suppliers and acquisition of bunker fuel for the fleet of company vessels, managing staff, developing and overseeing operating budgets, and communications with other departments, vendors, and executive management to ensure that procurement goals are met. I am personally familiar with Hanjin's worldwide shipping operations, including Hanjin's schedule for ports of call, and Hanjin's policies and procedures for purchase of services, supplies, or bunker fuel in port. I have personal knowledge of the facts herein, and have also gathered and reviewed appropriate information and documents to confirm my knowledge of the facts in this declaration. If called as a witness, I could and would testify competently thereto.

2. Hanjin is an international shipping line headquartered in Seoul, Korea. Hanjin operates vessels around the world, but does not make scheduled port calls in the Islamic Republic of Iran. As Hanjin ships do not call in Iranian ports, Hanjin does not purchase bunker fuel in Iran, or incur any harbor or other charges or fees in Iranian ports.

3. Hanjin does not do business with the government of Iran or its agencies, and does not owe any payments to Iran or its agencies. Consequently, Hanjin never incurs a debt or creates an account payable owed by Hanjin to the Iranian government or its agencies.

4. On rare occasions, Hanjin may contract with private parties to provide services to customers in Iran. These transactions are handled by contracting for services from other shipping lines through Hanjin's shipping agents, and do not result in the presence of a Hanjin vessel in an Iranian port. These transactions are handled by separate companies and not by Hanjin, so there is no debt or account receivable owed by Hanjin to the Iranian government or its agencies. All of Hanjin's agents are private companies.

5. Payments by Hanjin to agents are transmitted from Korea to Hanjin's bank in the

1  Middle East, without the use of United States banks or bank accounts, and these payments have no
2  connection with the United States.
3       6.    I reviewed the Declaration of David Cook ("Cook Declaration") attached to the
4  Motion, including Exhibit "A" thereto, which purports to be internet print outs of Hanjin schedules.
5  One of the schedules relates to service to Long Beach, California, and has nothing to do with Iran.
6  Both schedules end on September 5, 2008. Hanjin does not "frequent Iranian ports, harbors, or other
7  facilities," and is not "doing business with Iranian port facilities in both imported and exported
8  products." [Cook Declaration, ¶3.]
9       7.    Hanjin does not hold any assets of Iran or its agencies or any funds payable to Iran or
10  its agencies.

12  I declare under penalty of perjury under the laws of the State of California that the foregoing
13  is true and correct, and that this declaration was executed at Seoul, Korea on September 11, 2008.

_____
DONG BIN IM

-3-

DECLARATION OF DONG BIN IM
CASE NO. 3:08-MC-80030-JSW

11042283.1