Paul J. Hall (State Bar No. 066084)
phall@nixonpeabody.com
Walter T. Johnson (State Bar No: 111094)
wjohnson@nixonpeabody.com
Isabelle L. Ord (State Bar No. 198224)
iord@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3996
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

Attorneys for Third Parties
MITSUI O.S.K. LINES, LTD.,
HANJIN SHIPPING CO., LTD., and
COMPAÑIA SUD AMERICANA DE VAPORES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al.,<br><br>Plaintiff,<br><br>vs.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>Defendants. | Case No. 3:08-mc-80030-JSW<br><br>**[PROPOSED] ORDER DENYING MOTIONS FOR ASSIGNMENT OF RIGHTS RE MITSUI O.S.K. LINES, LTD., HANJIN SHIPPING CO., LTD., AND COMPAÑIA SUD AMERICANA DE VAPORES**<br><br>Date: November 26, 2008<br>Time: 10:00 a.m.<br>Dept.: G, 15th Floor<br>Magistrate Judge: Bernard Zimmerman |

1
2                              **[PROPOSED] ORDER**
3
4       The Motions For Assignment of Rights relating to third parties MITSUI O.S.K. LINES, LTD.
5  ("MOL"), HANJIN SHIPPING CO., LTD. ("Hanjin"), and COMPANIA SUD AMERICANA DE
6  VAPORES ("CSAV") (the "Motions") came on for regularly scheduled hearing on November 26,
7  2008. David J. Cook of Cook Collection Attorneys appeared on behalf of plaintiffs Deborah
8  Peterson, et al. ("Plaintiffs"). Paul J. Hall of Nixon Peabody, LLP appeared on behalf of MOL,
9  Hanjin, and CSAV.
10
11      After considering the moving and opposition papers, arguments of counsel, and all other
12 matters presented to the Court, it is HEREBY ORDERED THAT the Motions are **DENIED**.
13
14
15
16 Dated: _____, 2008        _____
17                                        UNITED STATES DISTRICT COURT JUDGE
18
19
20
21
22
23
24
25
26
27
28

-2-