MORGAN, LEWIS & BOCKIUS LLP
PETER BUSCEMI, State Bar No. 255213
MATTHEW S. WEILER, State Bar No. 236052
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: pbuscemi@morganlewis.com
E-mail: mweiler@morganlewis.com

Attorneys for Non-Parties CMA GGM, A.P. Moller Maersk A/S, and Mediterranean Shipping Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants. | Case No. 08-MC-80030-JSW (BZ) <br><br> **[PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. §708.510(A) AND F.R.C.P. 69(A)** <br><br> Hearing Date: October 8, 2008 <br> Time: 10:00 a.m. <br> Place: Courtroom G <br><br> Hon. Bernard Zimmerman |

# [**PROPOSED**] ORDER

Plaintiffs' Motion for Assignment of Rights Pursuant to C.C.P. § 708.510(a) and F.R.C.P. 69(a) relating to CMA CGM ("Motion") was heard by this Court on October 8, 2008.

After considering the moving and opposition papers, arguments of counsel, and all other relevant materials, it is HEREBY ORDERED that Plaintiffs' Motion is DENIED.

DATED: _____         _____

                                                  UNITED STATES DISTRICT COURT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER DENYING MOTION TO
COMPEL ASSIGNMENT
(CASE NO. 08-MC-80030-JSW (BZ))