```
 1  MORGAN, LEWIS & BOCKIUS LLP
    PETER BUSCEMI, State Bar No. 255213
 2  MATTHEW S. WEILER, State Bar No. 236052
    One Market, Spear Street Tower
 3  San Francisco, CA  94105-1126
    Tel:  415.442.1000
 4  Fax: 415.442.1001
    E-mail: pbuscemi@morganlewis.com
 5  E-mail: mweiler@morganlewis.com

 6  Attorneys for Non-Parties CMA GGM, A.P. Moller
    Maersk A/S, and Mediterranean Shipping Company
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>Defendants. | Case No. 08-MC-80030-JSW (BZ)<br><br>**DECLARATION OF BRUNO SCHMITT IN SUPPORT OF THE OPPOSITION OF NON-PARTY CMA CGM TO PLAINTIFFS' MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. §708.510(A) AND F.R.C.P. 69(A)**<br><br>Hearing Date:  October 8, 2008<br>Time:  10:00 a.m.<br>Place:  Courtroom G<br><br>Hon. Bernard Zimmerman |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/62108683.1

1

DECLARATION OF _____
(CASE NO. 08-MC-80030-JSW (BZ))

# DECLARATION OF BRUNO SCHMITT

I, Bruno Schmitt, declare as follows:

1. I currently serve as General Counsel at CMA CGM. I make this declaration in support of the Opposition of CMA CGM to Plaintiffs' Motion for an Order Compelling Assignment of Rights Pursuant to C.C.P. § 708.510(a) and F.R.C.P. 69(a). The facts set forth in this declaration are true of my own personal knowledge, and if called I could and would testify competently thereto.

2. CMA CGM is a French corporation, with its principal place of business in Marseille, France. There is no entity called "CMA CGM S.A.," in Thailand or elsewhere.

3. Neither CMA CGM nor any of its subsidiaries or affiliates has made or is obliged to make any payments in the United States to the Islamic Republic of Iran, or any or its ministries.

4. Neither CMA CGM nor any of its subsidiaries or affiliates has made or is obliged to make any payments in the United States to the entities Plaintiffs describe as the "Ports & Shipping Organization of Iran" or the "National Iranian Oil Products Distribution Co."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and based on my personal knowledge, and that this declaration was executed on September 15, 2008, in Marseille.

_[signature]_

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/62108683.1

2

DECLARATION OF ___
(CASE NO. 08-MC-80030-JSW (BZ)))