DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ. (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel: (415) 989-4730
Fax: (415) 989-0491
File No. 52,759

Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
of the Estate of James C. Knipple (Dec.), et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants. | CASE NO. 3:08-mc-80030-JSW (BZ) <br><br> [PROPOSED] ORDER GRANTING MOTION COMPELLING ASSIGNMENT OF RIGHTS <br><br> [HARBOR AND BUNKERED FUEL RIGHTS - MEDITERRANEAN SHIPPING COMPANY (MSC)] <br><br> Date: October 8, 2008 <br> Time: 10:00 a.m. <br> Courtroom: G, 15th Floor <br> Magistrate Judge: Bernard Zimmerman |

Said notice of motion and motion for assignment of rights having come on regularly for hearing this 8th day of October, 2008 at 10:00 a.m. before the Honorable Bernard Zimmerman, Magistrate Judge of the United States District Court, and David J. Cook, Esq., appearing on behalf of Plaintiffs DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al. ("Plaintiffs"), and Matthew S. Weiler, Esq., appearing on behalf of the Third Party MEDITERRANEAN SHIPPING COMPANY (MSC), and no appearance by Defendant ISLAMIC REPUBLIC OF IRAN, and no claim of exemption having been filed therein, and for good cause appearing, therefore,

IT IS HEREBY ORDERED that the motion for an order compelling the assignment of rights is hereby granted, specifically as to those rights, if any, consisting of various purported

1 | obligations due from Third Party **MEDITERRANEAN SHIPPING COMPANY (MSC)**.

2 | IT IS FURTHER ORDERED that ISLAMIC REPUBLIC OF IRAN (hereinafter "Iran") is hereby compelled to assign to Plaintiffs, care of its attorney, David J. Cook, Cook Collection Attorneys, P.L.C., 165 Fell Street, Third Floor, San Francisco, CA 94102, all rights to payment of money, and accounts, accounts receivable, due and payable, or in the future, or conditional upon some future events, from and owing by Third Party **MEDITERRANEAN SHIPPING COMPANY (MSC)**, arising out of the use of any harbor, docking, wharf, dreyage, loading or unloading facilities, and other facilities provided by any dock, harbor, pier, warehouse, wharf, or other harbor-like facilities, along with and including the sale of bunkered oil and/or fuel provided, sold, delivered, or vended to Third Party **MEDITERRANEAN SHIPPING COMPANY (MSC)** by Iran, hereinafter collectively "Harbor and Bunkered Fuel Rights," for purposes of satisfaction of the judgment, either in part or in whole, of the Judgment in the amount of $2,656,944,877.00, plus interest and costs as may be allowed.

IT IS FURTHER ORDERED that Defendant Iran is hereby stayed, prohibited and enjoined, from cashing, negotiating, advancing, collecting, any and all accounts, accounts receivable, rights to payment of money, claims for payment of money due from third parties, or other rights subject to the assignment herein.

IT IS FURTHER ORDERED that nothing by virtue of this order shall serve to diminish, prejudice, alter, discharge, or affect the rights of the Third Party **MEDITERRANEAN SHIPPING COMPANY (MSC)** in the event that Plaintiffs seek to enforce this order, which such defenses include, but are not limited to, the lack of jurisdiction, whether subject matter or personal jurisdiction, any defense under the contract, or any claim that the Third Party **MEDITERRANEAN SHIPPING COMPANY (MSC)** is immune or free of liability.

DATED: _____

BERNARD ZIMMERMAN
MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT

## NOTICE TO JUDGMENT DEBTOR

PLEASE TAKE NOTICE THAT THE COURT HAS ENTERED AN ORDER ASSIGNING CERTAIN RIGHTS. FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN CONTEMPT.

[PROPOSED] ORDER GRANTING MOTION FOR ASSIGNMENT OF RIGHTS
[HARBOR AND BUNKERED FUEL RIGHTS - MEDITERRANEAN SHIPPING COMPANY (MSC)]
CASE NO. 3:08-mc-80030-JSW (BZ)

3

## PROOF OF SERVICE

HIS EXCELLENCY AYATOLLAH SAYED 'ALI KHAMENEI
THE OFFICE OF THE SUPREME LEADER
Islamic Republic Street
Shahid Keshvar Doust Street
Tehran, Islamic Republic of Iran

HIS EXCELLENCY MAHMOUD AHMADINEJAD THE PRESIDENT
Palestine Avenue
Azerbaijan Intersection
Tehran, Islamic Republic of Iran

ISLAMIC REPUBLIC OF IRAN
Pasadaran Avenue
Golestan Yekom
Teheran, Iran
ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process

ISLAMIC REPUBLIC OF IRAN
acting through its MINISTRY OF DEFENSE AND SUPPORT FOR ARMED FORCES
No. 1 Shahid Kaboli Street
Beginning of Resalat Highway
Seyyed Khandan Bridge
P.O. Box 16765-1479
Tehran, Iran
Attn: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process

ISLAMIC REPUBLIC OF IRAN
Khomeini Avenue
United Nations Street
Teheran, Iran
ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process

Director, Human Rights Headquarters of Iran
HIS EXCELLENCY MOHAMMAD JAVAD LARIJANI
c/o Office of the Deputy for International Affairs
Ministry of Justice
Ministry of Justice Building
Panzdah-Khordad (Ark) Square
Tehran, Islamic Republic of Iran

Minister of Intelligence
GHOLAM HOSSEIN MOHSENI EJEIE
MINISTRY OF INTELLIGENCE
Second Negarestan Street
Pasdaran Avenue
Tehran, Islamic Republic of Iran

Head of the Judiciary
AYATOLLAH MAHMOUD HASHEMI SHAHROUDI
Howzeh Riyasat-e Qoveh Qazaiyeh
Office of the Head of the Judiciary
Pasteur Street, Vali Asr Avenue
South of Serah-e Jomhouri
Tehran 1316814737
Islamic Republic of Iran

MINISTRY OF ROADS AND TRANSPORTATION
Attn: MOHAMMED RAHMATI
MINISTER OF ROAD AND TRANSPORTATION
Taleghani Avenue
Tehran, Iran

ALI TAHERI
DEPUTY MINISTER AND MANAGING DIRECTOR
PORT & SHIPPING ORGANIZATION OF THE ISLAMIC REPUBLIC OF IRAN
Building No. 2
South Didar Street
Shahid Hagnai Expressway, Vanak Square
Tehran, Iran

NATIONAL IRANIAN OIL REFINING AND DISTRIBUTION COMPANY
Opposite of Arak Alley Ostad Nejatollahi Ave.
Zip Code 15989
P.O. Box 15815/3499
Tehran, Iran
ATTN: Responsible Officer or Agent for Service of Process

MINISTRY OF PETROLEUM OF THE ISLAMIC REPUBLIC OF IRAN
HAFEZ CROSSING
Taleghani Avenue
Tehran, Iran
ATTN: Responsible Officer or Agent for Service of Process

```
 1 | NATIONAL IRANIAN OIL PRODUCTS
   | DISTRIBUTION COMPANY
 2 | Bahar St, Somaya Corner
   | Tehran 15617/ 33315
 3 | P.O .Box 6165
   | Tehran
 4 | ATTN: Responsible Officer or Agent for
   | Service of Process
 5 |
   | NATIONAL IRANIAN OIL COMPANY
 6 | Hafez Crossing
   | Taleghani Avenue
 7 | Tehran, Iran
   | ATTN: Responsible Officer or Agent for
 8 | Service of Process
 9 | MATTHEW S. WEILER, ESQ.
   | MORGAN LEWIS & BOCKIUS. LLP
10 | One Market, Spear Street Tower
   | San Francisco, CA 94105
11
```

12          I declare:

13          I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

14

15          [PROPOSED] ORDER GRANTING MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS [HARBOR AND BUNKERED FUEL RIGHTS - MEDITERRANEAN SHIPPING COMPANY (MSC)]

16

17 on the above-named person(s) by:

18     __XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California. addressed to the person(s) served above.

19

20          I declare under penalty of perjury that the foregoing is true and correct.

21          Executed on September 18. 2008.

22                                                  /s/ Karene Jen
                                                    Karene Jen
23