1  DAVID J. COOK, ESQ. (State Bar # 060859)
   ROBERT J. PERKISS, ESQ. (State Bar # 62386)
2  COOK COLLECTION ATTORNEYS
   A PROFESSIONAL LAW CORPORATION
3  165 Fell Street
   San Francisco, CA 94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA 94104-0270
5  Tel: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,759

7  Attorneys for Plaintiffs
   DEBORAH D. PETERSON, Personal Representatives
8  of the Estate of James C. Knipple (Dec.), et al.

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12  DEBORAH D. PETERSON, Personal        )   CASE NO. 3:08-mc-80030-JSW (BZ)
    Representative of the Estate of James C. )
13  Knipple (Dec.), et al.,              )   [PROPOSED] ORDER GRANTING MOTION
                                         )   COMPELLING ASSIGNMENT OF RIGHTS
14            Plaintiffs,                )
                                         )   [HARBOR AND BUNKERED FUEL
15  vs.                                  )   RIGHTS - EVERGREEN LINE]
                                         )
16  ISLAMIC REPUBLIC OF IRAN, et al.,    )   Date: December 17, 2008
                                         )   Time: 10:00 a.m.
17            Defendants.                )   Courtroom: G, 15th Floor
                                         )   Magistrate Judge: Bernard Zimmerman
18  _____

19       Said notice of motion and motion for assignment of rights having come on regularly for

20  hearing this 17th day of December, 2008 at 10:00 a.m. before the Honorable Bernard Zimmerman,

21  Magistrate Judge of the United States District Court, and David J. Cook, Esq., appearing on behalf

22  of Plaintiffs DEBORAH D. PETERSON, Personal Representative of the Estate of James C.

23  Knipple (Dec.), et al. ("Plaintiffs"), and Alan Nakazawa, Esq. and/or Paul M. Keane, Esq.,

24  appearing on behalf of the Third Party EVERGREEN LINE, and no appearance by Defendant

25  ISLAMIC REPUBLIC OF IRAN, and no claim of exemption having been filed therein, and for

26  good cause appearing, therefore,

27       IT IS HEREBY ORDERED that the motion for an order compelling the assignment of

28  rights is hereby granted, specifically as to those rights, if any, consisting of various purported
    obligations due from Third Party EVERGREEN LINE.

[PROPOSED] ORDER GRANTING MOTION FOR ASSIGNMENT OF RIGHTS
[HARBOR AND BUNKERED FUEL RIGHTS - EVERGREEN LINE]
CASE NO. 3:08-mc-80030-JSW (BZ)                                                              1

IT IS FURTHER ORDERED that ISLAMIC REPUBLIC OF IRAN (hereinafter "Iran") is hereby compelled to assign to Plaintiffs, care of its attorney, David J. Cook, Cook Collection Attorneys, P.L.C., 165 Fell Street, Third Floor, San Francisco, CA 94102, all rights to payment of money, and accounts, accounts receivable, due and payable, or in the future, or conditional upon some future events, from and owing by Third Party **EVERGREEN LINE,** arising out of the use of any harbor, docking, wharf, dreyage, loading or unloading facilities, and other facilities provided by any dock, harbor, pier, warehouse, wharf, or other harbor-like facilities, along with and including the sale of bunkered oil and/or fuel provided, sold, delivered, or vended to Third Party **EVERGREEN LINE** by Iran, hereinafter collectively "Harbor and Bunkered Fuel Rights," for purposes of satisfaction of the judgment, either in part or in whole, of the Judgment in the amount of $2,656,944,877.00, plus interest and costs as may be allowed.

IT IS FURTHER ORDERED that Defendant Iran is hereby stayed, prohibited and enjoined, from cashing, negotiating, advancing, collecting, any and all accounts, accounts receivable, rights to payment of money, claims for payment of money due from third parties, or other rights subject to the assignment herein.

IT IS FURTHER ORDERED that nothing by virtue of this order shall serve to diminish, prejudice, alter, discharge, or affect the rights of the Third Party **EVERGREEN LINE** in the event that Plaintiffs seek to enforce this order, which such defenses include, but are not limited to, the lack of jurisdiction, whether subject matter or personal jurisdiction, any defense under the contract, or any claim that the Third Party **EVERGREEN LINE** is immune or free of liability.

DATED: _____     _____
                                   BERNARD ZIMMERMAN
                                   MAGISTRATE JUDGE OF THE UNITED STATES
                                   DISTRICT COURT

### NOTICE TO JUDGMENT DEBTOR

PLEASE TAKE NOTICE THAT THE COURT HAS ENTERED AN ORDER ASSIGNING CERTAIN RIGHTS. FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN CONTEMPT.

## PROOF OF SERVICE

| | |
|---|---|
| HIS EXCELLENCY AYATOLLAH SAYED 'ALI KHAMENEI<br>THE OFFICE OF THE SUPREME LEADER<br>Islamic Republic Street<br>Shahid Keshvar Doust Street<br>Tehran, Islamic Republic of Iran | Minister of Intelligence<br>GHOLAM HOSSEIN MOHSENI EJEIE<br>MINISTRY OF INTELLIGENCE<br>Second Negarestan Street<br>Pasdaran Avenue<br>Tehran, Islamic Republic of Iran |
| HIS EXCELLENCY MAHMOUD AHMADINEJAD THE PRESIDENT<br>Palestine Avenue<br>Azerbaijan Intersection<br>Tehran, Islamic Republic of Iran | Head of the Judiciary<br>AYATOLLAH MAHMOUD HASHEMI SHAHROUDI<br>Howzeh Riyasat-e Qoveh Qazaiyeh<br>Office of the Head of the Judiciary<br>Pasteur Street, Vali Asr Avenue<br>South of Serah-e Jomhouri<br>Tehran 1316814737<br>Islamic Republic of Iran |
| ISLAMIC REPUBLIC OF IRAN<br>Pasadaran Avenue<br>Golestan Yekom<br>Teheran, Iran<br>ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process | MINISTRY OF ROADS AND TRANSPORTATION<br>Attn: MOHAMMED RAHMATI<br>MINISTER OF ROAD AND TRANSPORTATION<br>Taleghani Avenue<br>Tehran, Iran |
| ISLAMIC REPUBLIC OF IRAN<br>acting through its MINISTRY OF DEFENSE AND SUPPORT FOR ARMED FORCES<br>No. 1 Shahid Kaboli Street<br>Beginning of Resalat Highway<br>Seyyed Khandan Bridge<br>P.O. Box 16765-1479<br>Tehran, Iran<br>Attn: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process | ALI TAHERI<br>DEPUTY MINISTER AND MANAGING DIRECTOR<br>PORT & SHIPPING ORGANIZATION OF THE ISLAMIC REPUBLIC OF IRAN<br>Building No. 2<br>South Didar Street<br>Shahid Hagnai Expressway, Vanak Square<br>Tehran, Iran |
| ISLAMIC REPUBLIC OF IRAN<br>Khomeini Avenue<br>United Nations Street<br>Teheran, Iran<br>ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process | NATIONAL IRANIAN OIL REFINING AND DISTRIBUTION COMPANY<br>Opposite of Arak Alley Ostad Nejatollahi Ave.<br>Zip Code 15989<br>P.O. Box 15815/3499<br>Tehran, Iran<br>ATTN: Responsible Officer or Agent for Service of Process |
| Director, Human Rights Headquarters of Iran<br>HIS EXCELLENCY MOHAMMAD JAVAD LARIJANI<br>c/o Office of the Deputy for International Affairs<br>Ministry of Justice<br>Ministry of Justice Building<br>Panzdah-Khordad (Ark) Square<br>Tehran, Islamic Republic of Iran | MINISTRY OF PETROLEUM OF THE ISLAMIC REPUBLIC OF IRAN<br>HAFEZ CROSSING<br>Taleghani Avenue<br>Tehran, Iran<br>ATTN: Responsible Officer or Agent for Service of Process |

NATIONAL IRANIAN OIL PRODUCTS
DISTRIBUTION COMPANY
Bahar St, Somaya Corner
Tehran 15617/ 33315
P.O .Box 6165
Tehran
ATTN: Responsible Officer or Agent for
Service of Process

NATIONAL IRANIAN OIL COMPANY
Hafez Crossing
Taleghani Avenue
Tehran, Iran
ATTN: Responsible Officer or Agent for
Service of Process

ALAN NAKAZAWA
COGSWELL, NAKAZAWA & CHANG
444 West Ocean Blvd., Suite 1250
Long Beach, CA 90802

PAUL M. KEANE
CICHANOWICZ CALLAN KEANE
VENGROW & TEXTOR
61 Broadway, Suite 3000
New York, NY 10006-2802

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

[PROPOSED] ORDER GRANTING MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS [HARBOR AND BUNKERED FUEL RIGHTS - EVERGREEN LINE]

on the above-named person(s) by:

___XXX___ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 18, 2008.

                                                      ___/s/ Karene Jen___
                                                          Karene Jen