DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ. (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel: (415) 989-4730
Fax: (415) 989-0491
File No. 52,759

Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
of the Estate of James C. Knipple (Dec.), et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants. | CASE NO. 3:08-mc-80030-JSW (BZ) <br><br> STIPULATION FOR CONTINUANCE OF REPLY TO OBJECTIONS OF NON-PARTY CMA CGM, AND/OR CONTINUANCE OF MOTION COMPELLING ASSIGNMENT OF RIGHTS <br><br> Date: October 8, 2008 <br> Time: 10:00 a.m. <br> Courtroom: G, 15th Floor <br> Magistrate Judge: Bernard Zimmerman |

IT IS HEREBY STIPULATED by and between Plaintiffs DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al. ("Plaintiffs") and Non-Party CMA CGM, as follows:

1. David J. Cook is a witness for the prosecution in the criminal case entitled *The State of Nevada vs. Orenthal James Simpson*, Case No. 07F19284A/C237890, Clark County District Court (Las Vegas), and may be called as a witness to testify sometime during the week of September 22 - 26, 2008.

2. The brief which is due by Plaintiffs as a reply to OBJECTIONS OF NON-PARTY CMA CGM TO THE DECLARATION OF DAVID J. COOK is set for September 24, 2008. The opposing memorandum filed by CMA CGM, among others, raises substantial issues of law and

1  fact, in which time is required for a meaningful response.

2      3. Plaintiffs therefore request an extension of time by which to file a reply, to a date after

3  October 1, 2008 and consistent with the court's management of this matter, that the hearing date of

4  October 8, 2008 be reset (or maintained), or as the court may order.

5  DATED: September 19, 2008    COOK COLLECTION ATTORNEYS

6

7      By: ___/s/ David J. Cook___
    DAVID J. COOK, ESQ. (SB# 060859)
    Attorneys for Plaintiffs

8      DEBORAH D. PETERSON, Personal Representative
    of the Estate of James C. Knipple (Dec.), et al.

9

10  DATED: September 19, 2008    MORGAN LEWIS & BOCKIUS, LLP

11

12      By: ___/s/ Matthew S. Weiler___
    MATTHEW S. WEILER, ESQ. (SB# 236052)
    Attorneys for Non-Party CMA CGM,

13      A.P. Moller Maersk A/S, and Mediterranean
    Shipping Company

14

15

16  F:\USERS\DJCNEW\petersonsf.stipcont

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

| | |
|---|---|
| HIS EXCELLENCY AYATOLLAH SAYED 'ALI KHAMENEI<br>THE OFFICE OF THE SUPREME LEADER<br>Islamic Republic Street<br>Shahid Keshvar Doust Street<br>Tehran, Islamic Republic of Iran | Minister of Intelligence<br>GHOLAM HOSSEIN MOHSENI EJEIE<br>MINISTRY OF INTELLIGENCE<br>Second Negarestan Street<br>Pasdaran Avenue<br>Tehran, Islamic Republic of Iran |
| HIS EXCELLENCY MAHMOUD AHMADINEJAD THE PRESIDENT<br>Palestine Avenue<br>Azerbaijan Intersection<br>Tehran, Islamic Republic of Iran | Head of the Judiciary<br>AYATOLLAH MAHMOUD HASHEMI SHAHROUDI<br>Howzeh Riyasat-e Qoveh Qazaiyeh<br>Office of the Head of the Judiciary<br>Pasteur Street, Vali Asr Avenue<br>South of Serah-e Jomhouri<br>Tehran 1316814737<br>Islamic Republic of Iran |
| ISLAMIC REPUBLIC OF IRAN<br>Pasadaran Avenue<br>Golestan Yekom<br>Teheran, Iran<br>ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process | MINISTRY OF ROADS AND TRANSPORTATION<br>Attn: MOHAMMED RAHMATI<br>MINISTER OF ROAD AND TRANSPORTATION<br>Taleghani Avenue<br>Tehran, Iran |
| ISLAMIC REPUBLIC OF IRAN acting through its MINISTRY OF DEFENSE AND SUPPORT FOR ARMED FORCES<br>No. 1 Shahid Kaboli Street<br>Beginning of Resalat Highway<br>Seyyed Khandan Bridge<br>P.O. Box 16765-1479<br>Tehran, Iran<br>Attn: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process | ALI TAHERI<br>DEPUTY MINISTER AND MANAGING DIRECTOR<br>PORT & SHIPPING ORGANIZATION OF THE ISLAMIC REPUBLIC OF IRAN<br>Building No. 2<br>South Didar Street<br>Shahid Hagnai Expressway, Vanak Square<br>Tehran, Iran |
| ISLAMIC REPUBLIC OF IRAN<br>Khomeini Avenue<br>United Nations Street<br>Teheran, Iran<br>ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process | NATIONAL IRANIAN OIL REFINING AND DISTRIBUTION COMPANY<br>Opposite of Arak Alley Ostad Nejatollahi Ave.<br>Zip Code 15989<br>P.O. Box 15815/3499<br>Tehran, Iran<br>ATTN: Responsible Officer or Agent for Service of Process |
| Director, Human Rights Headquarters of Iran<br>HIS EXCELLENCY MOHAMMAD JAVAD LARIJANI<br>c/o Office of the Deputy for International Affairs<br>Ministry of Justice<br>Ministry of Justice Building<br>Panzdah-Khordad (Ark) Square<br>Tehran, Islamic Republic of Iran | MINISTRY OF PETROLEUM OF THE ISLAMIC REPUBLIC OF IRAN<br>HAFEZ CROSSING<br>Taleghani Avenue<br>Tehran, Iran<br>ATTN: Responsible Officer or Agent for Service of Process |

| | |
|---|---|
| 1 | NATIONAL IRANIAN OIL PRODUCTS DISTRIBUTION COMPANY |
| 2 | Bahar St, Somaya Corner Tehran 15617/ 33315 |
| 3 | P.O .Box 6165 Tehran |
| 4 | ATTN: Responsible Officer or Agent for Service of Process |
| 5 | |
| 6 | NATIONAL IRANIAN OIL COMPANY Hafez Crossing |
| 7 | Taleghani Avenue Tehran, Iran |
| 8 | ATTN: Responsible Officer or Agent for Service of Process |
| 9 | MATTHEW S. WEILER, ESQ. MORGAN LEWIS & BOCKIUS, LLP |
| 10 | One Market, Spear Street Tower San Francisco, CA 94105 |

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

STIPULATION FOR CONTINUANCE OF REPLY TO OBJECTIONS OF NON-PARTY CMA CGM, AND/OR CONTINUANCE OF MOTION COMPELLING ASSIGNMENT OF RIGHTS

on the above-named person(s) by:

__XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 19, 2008.

_/s/ Karene Jen_
Karene Jen