DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ. (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel: (415) 989-4730
Fax: (415) 989-0491
File No. 52,759

Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
of the Estate of James C. Knipple (Dec.), et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants. | CASE NO. 3:08-mc-80030-JSW (BZ) <br><br> APPLICATION FOR CONTINUANCE OF HEARING ON OBJECTIONS OF NON-PARTY CMA CGM TO THE DECLARATION OF DAVID J. COOK [MOTION COMPELLING ASSIGNMENT OF RIGHTS] <br><br> Date: October 8, 2008 <br> Time: 10:00 a.m. <br> Courtroom: G, 15th Floor <br> Magistrate Judge: Bernard Zimmerman |

COMES NOW Plaintiffs DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., who hereby apply to this court for a continuance of that HEARING ON OBJECTIONS OF NON-PARTY CMA CGM TO THE DECLARATION OF DAVID J. COOK [MOTION COMPELLING ASSIGNMENT OF RIGHTS] based upon the unavailability of Plaintiffs' attorney and lead counsel, David J. Cook, herein.

DATED: September 19, 2008          COOK COLLECTION ATTORNEYS


By:  /s/ David J. Cook
DAVID J. COOK, ESQ. (SB# 060859)
Attorneys for Plaintiffs
DEBORAH D. PETERSON, etc., et al.

F:\USERS\DJCNEW\petersonsf.appcont

APPLICATION FOR CONTINUANCE OF HEARING ON OBJECTIONS OF NON-PARTY CMA CGM TO THE DECLARATION OF DAVID J. COOK [MOTION COMPELLING ASSIGNMENT OF RIGHTS]
CASE NO. 3:08-mc-80030-JSW (BZ)