DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel: (415) 989-4730
Fax: (415) 989-0491
File No. 52,759

Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
of the Estate of James C. Knipple (Dec.), et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants. | CASE NO. 3:08-mc-80030-JSW (BZ) <br><br> DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF APPLICATION FOR CONTINUANCE OF HEARING ON OBJECTIONS OF NON-PARTY CMA CGM TO THE DECLARATION OF DAVID J. COOK <br> [MOTION COMPELLING ASSIGNMENT OF RIGHTS] <br><br> Date: October 8, 2008 <br> Time: 10:00 a.m. <br> Courtroom: G, 15th Floor <br> Magistrate Judge: Bernard Zimmerman |

I, DAVID J. COOK, hereby declare and state as follows:

1. I am one of the attorneys of record for Plaintiffs in the above-entitled action, am duly authorized to practice before all courts in the State of California, and am familiar with the facts and circumstances in this action.

2. Declarant is a prosecution witness in the criminal case entitled *The State of Nevada vs. Orenthal James Simpson*, Case No. 07F19284A/C237890, Clark County District Court ("Criminal Case"). A true and correct copy of the SUBPOENA thereof is attached hereto marked *Exhibit "A"* and incorporated by reference as though fully set forth herein.

3. Declarant has confirmed as of this morning that Declarant will be subject to appear, subject to the court's local scheduling, on September 23, 2008, before the Honorable Jackie Glass, in the Criminal Case. Declarant has been advised by the Office of the District Attorney that Declarant must be available and on the site at least starting on that date and continuing for the next day or two. Declarant has not been advised as to the exact times or commitment necessary, given that the underlying matter is a Criminal Case and the normal vicissitudes relating thereto.

4. Pursuant to a prior order of this court, the court set the hearing based upon Plaintiffs' motion for an order compelling assignment on October 8, 2008, and that the reply brief due by Plaintiffs would be due on September 24, 2008. Given that Declarant is leaving for Las Vegas midday on September 22nd, and will be available for the next 2-3 days, Declarant will not have sufficient time to meaningfully respond to the opposition.

5. Declarant is the only attorney of Plaintiffs' counsel sufficiently familiar with the facts and the law to meaningfully respond. Accordingly, Plaintiffs would suffer a grave hardship if Declarant was unavailable to meaningfully respond to the opposition filed by CMA CGM.

6. Declarant has personally spoken with Matthew Weiler, who has assented to an extension of the time by which to file a reply brief, and pursuant to the signed stipulation, potentially changing the hearing date in such a manner to avoid any hardship and to permit the parties the opportunity to fully litigate the case.

7. The court has specifically set this matter pursuant to that JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) AND [PROPOSED] ORDER THEREON filed 08/11/2008, a true and correct copy which is attached hereto marked *Exhibit "B"* and incorporated by reference as though fully set forth herein.

8. At the time that Declarant spoke with Mr. Weiler in obtaining his consent for the stipulation, Declarant was advised that the potential appearance of Declarant would be September 22nd, as opposed to September 23rd, which is now confirmed.

///

///

DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF APPLICATION FOR CONTINUANCE OF HEARING ON OBJECTIONS OF NON-PARTY CMA CGM TO THE DECLARATION OF DAVID J. COOK [MOTION COMPELLING ASSIGNMENT OF RIGHTS] - CASE NO. 3:08-mc-80030-JSW (BZ)     2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 19, 2008.

                                                /s/ David J. Cook
                                      DAVID J. COOK, ESQ. (SB# 060859)

F:\USERS\DJCNEW\petersonsf.appcont

**EXHIBIT "A"**

# SUBPOENA

| | | |
|---|---|---|
| **THE STATE OF NEVADA** | CASE # 07F19284A/C237890 | CATEGORY: MJR VIOLATRS UT |
| VS. | AGENCY # 07F19284X  CHG  0700012702  ITAGB 0709132924  MPR 887613  ITAGC | |
| **SIMPSON, ORENTHAL JAMES** | | |
| EHRLICH, CHARLES    ; STEWART, CLARENCE | | |

DAVID ROGER, CLARK COUNTY DISTRICT ATTORNEY, AND THE STATE OF NEVADA SEND GREETINGS TO:

**COOK, DAVID (18)**  
165 FELL ST  
SAN FRANCISCO   CA   94102

WORK ADDRESS:  
165 FELL ST  
SAN FRANCISC   CA   94102

HOME PHONE: (415) 989-4730

WORK PHONE: (415) 989-4730

YOU ARE COMMANDED TO APPEAR BEFORE THE:  
**CLARK COUNTY DISTRICT COURT**  
**REGIONAL JUSTICE CENTER**  
**200 LEWIS AVENUE**  
**LAS VEGAS, NV 89101**

DEPARTMENT # 05

on the **8TH DAY OF SEPTEMBER, 2008, AT 10:00 O'CLOCK A.M.**  to testify for the State of Nevada.

SPECIAL INSTRUCTIONS: NONE

UPON RECEIPT CALL 1-800-321-9631

DATED: 07/18/2008

BY:  DAVID J J ROGER  
     DISTRICT ATTORNEY  
     TEAM TRACK:02

***IMPORTANT***

YOU MUST CALL _____ AFTER 6:00 P.M. THE DAY BEFORE COURT MONDAY THROUGH FRIDAY, TO VERIFY THAT YOU ARE NEEDED AS A WITNESS IN THE ABOVE CASE. IF YOU HEAR THE DEFENDANT'S NAME IN YOUR CASE MENTIONED, YOU MUST APPEAR. HEARING OR SPEECH IMPAIRED PLEASE CALL TT/TDD RELAY NEVADA TOLL FREE (800) 326-6868 MONDAY THROUGH FRIDAY 8:00 A.M TO 5:00 P M

P

Please keep this portion of the form and bring it with you to court.

Please detach this portion of the form, make any necessary changes to your addresses or phone numbers. Sign, date and place it in the envelope provided with this side facing the window, and mail it immediately. The envelope is self-addressed and requires no postage.

CHARGES:  CONSP TO COMMIT A CRIME;CONSP KIDNAP 1ST WDW;CONSP ROBBERY WDW;BURGLARY WDW--LVMPD/CED

PROSECUTOR: DAVID J J ROGER

☐

DEFENDANT: SIMPSON, ORENTHAL JAMES  
CASE #: 07F19284A/C237890  
CATEGORY: MJR VIOLATRS UT

COURT DATE:  09/08/2008 10:00AM  
DEPARTMENT: 05

Please check the box above if there are any changes to your address or phone number, and make the changes below.

**COOK, DAVID (18)**

HOME: 165 FELL ST  
      SAN FRANCISCO   CA   94102

      HOME PHONE: (415) 989-4730

WORK: 165 FELL ST  
      SAN FRANCISC   CA   94102

      WORK PHONE: (415) 989-4730

I hereby acknowledge receipt of this Subpoena, and by my signature promise to appear at the place and date indicated thereon.

_____  
SIGNATURE OF WITNESS



8-2-08  
_____  
DATE

# EXHIBIT "B"

Case 3:08-mc-80030-JSW   Document 164-1   Filed 09/19/08   Page 7 of 12
Case 3:08-mc-80030-JSW   Document 118   Filed 08/11/2008   Page 1 of 6
Case 3:08-mc-80030-JSW   Document 115   Filed 08/08/2008   Page 1 of 6

1  Paul J. Hall (State Bar No. 066084)
   phall@nixonpeabody.com
2  Walter T. Johnson (State Bar No: 111094)
   wjohnson@nixonpeabody.com
3  Isabelle L. Ord (State Bar No. 198224)
   iord@nixonpeabody.com
4  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
5  San Francisco, CA 94111-3996
   Telephone: (415) 984-8200
6  Facsimile: (415) 984-8300

7  Attorneys for Defendant
   MITSUI O.S.K. LINES, LTD.
8  HANJIN SHIPPING LINES and
   CSAV/EUROLANTIC CONTAINER LINE
9
   MORGAN, LEWIS & BOCKIUS LLP
10 PETER BUSCEMI, State Bar No. 255213
   MATTHEW S. WEILER, State Bar No. 236052
11 One Market, Spear Street Tower
   San Francisco, CA 94105-1126
12 Tel: 415.442.1000
   Fax: 415.442.1001
13 E-mail: mweiler@morganlewis.com
   E-mail: pbuscemi@morganlewis.com
14
   Attorneys for Non-Parties CMA CGM, A.P. Moller-Maersk A/S, and Mediterranean Shipping
15 Company

16
                   UNITED STATES DISTRICT COURT
17
                   NORTHERN DISTRICT OF CALIFORNIA
18
                   SAN FRANCISCO DIVISION
19

20 | DEBORAH D. PETERSON, Personal | Case No. 3:08-mc-80030-JSW
21 | Representative of the Estate of James C. Knipple |
   | (Dec.), et al., |
22 |                                | JOINT STIPULATION FOR EXTENSION
   |                   Plaintiff,   | OF TIME TO RESPOND TO MOTION FOR
23 |                                | AN ORDER COMPELLING ASSIGNMENT
   |        vs.                     | OF RIGHTS PURSUANT TO C.C.P. §
24 |                                | 708.510(a) AND F.R.C.P. 69(a) AND
   | ISLAMIC REPUBLIC OF IRAN, et al., | [PROPOSED] ORDER THEREON
25 |                                |
   |                                | Dates: September 3 and 17, 2008
26 |                   Defendants.  | Time: 10:00 a.m.
   |                                | Dept.: G, 15th Floor
27 |                                | Magistrate Judge: Bernard Zimmerman
28

B

Case 3:08-mc-80030-JSW   Document 164-1   Filed 09/19/08   Page 8 of 12
Case 3:08-mc-80030-JSW   Document 118   Filed 08/11/2008   Page 2 of 6
Case 3:08-mc-80030-JSW   Document 115   Filed 08/08/2008   Page 2 of 6

## STIPULATION

Plaintiffs DEBORAH D. PETERSON, PERSONAL REPRESENTATIVE OF THE ESTATE OF JAMES C. KNIPPLE (DEC.), ET. AL. ("PLAINTIFFS") and third parties MITSUI O.S.K. LINES, LTD. ("MOL"); HANJIN SHIPPING LINES ("HANJIN"); CSAV/EUROATLANTIC CONTAINER LINE ("CSAV"); CMA CGM ("CMA"); A.P. MOLLER-MAERSK A/S ("MAERSK"); and MEDITERRANEAN SHIPPING COMPANY ("MSC") (collectively, the "SHIPPING LINES") do hereby stipulate as follows:

WHEREAS on March 11, 2008, PLAINTIFFS registered a judgment with this Court in the amount of $2,656,944,877 against defendant ISLAMIC REPUBLIC OF IRAN;

WHEREAS on July 16 and 17, 2008, PLAINTIFFS filed and later served Motions for Orders Compelling Assignment of Rights Pursuant to C.C.P. §708.510(a) and F.R.C.P. 69(a) (the "Motions") on the third party SHIPPING LINES;

WHEREAS on July 25, 2008, this Honorable Court issued a Notice of Briefing Order and Briefing Order to the SHIPPING LINES, inviting the SHIPPING LINES to respond to the Motions and setting a briefing schedule that requires hearing of the Motion relating to CMA on September 3, 2008 (for purposes of judicial economy), followed by hearing of the Motions relating to the other third party shipping lines on September 17, 2008;

WHEREAS the SHIPPING LINES make this Stipulation and intend to oppose the Motions without prejudice to or waiver of and having expressly reserved any and all rights and defenses;

WHEREAS the law firm of Morgan Lewis & Bockius was retained on August 8, 2008 to represent CMA, MAERSK, and MSC, and the law firm of Nixon Peabody, LLP was retained on August 8, 2008 to represent CSAV, having been retained to represent MOL and HANJIN only a few

-2-

STIPULATION FOR EXTENSION OF TIME TO RESPOND
TO MOTION FOR AN ORDER COMPELLING
ASSIGNMENT OF RIGHTS AND [PROPOSED ORDER]
(CASE NO. 3:08-MC-80030-JSW)

111128972

Case 3:08-mc-80030-JSW   Document 164-1   Filed 09/19/08   Page 9 of 12
Case 3:08-mc-80030-JSW   Document 118   Filed 08/11/2008   Page 3 of 6
Case 3:08-mc-80030-JSW   Document 115   Filed 08/08/2008   Page 3 of 6

1  days earlier;

3  WHEREAS good cause exists to continue the hearing for the SHIPPING LINES so that
4  counsel may become familiar with these proceedings and advise their clients accordingly;

6  WHEREAS the Court's previous Briefing Order sought the briefing and hearing of the
7  Motion relating to CMA first, followed by the briefing and hearing of the Motions relating to the
8  other SHIPPING LINES, consistently with the previous Briefing Order, PLAINTIFFS and the
9  SHIPPING LINES propose and request a 30 day extension of time to respond to the Motions such
10 that the response of CMA would be due on September 15, 2008 and heard on October 3, 2008 at
11 10:00 a.m. (or as soon thereafter as convenient for the Court); and the responses of the other
12 SHIPPING LINES shall be due thereafter on such date and with such a hearing date as shall be
13 ordered by the Court;

*[handwritten: Oct 8 CMA / Oct 22 / rest]*

15 WHEREAS responses to the Motions shall be in accordance with the Local Rules of the
16 United States District Court, Northern District of California, and any other order as may be issued by
17 the Court;

19 WHEREAS SHIPPING LINES have never previously sought an extension relating to the
20 Motions;

22 WHEREAS counsel for the SHIPPING LINES are not aware of the identity of counsel for all
23 the other shipping lines, if counsel have been appointed, and are unable to coordinate this Stipulation
24 with all the other shipping lines, counsel for the SHIPPING LINES will notify any identified counsel
25 for the other Shipping Lines of the Stipulation;

27 WHEREAS counsel for the SHIPPING LINES shall undertake the responsibility of effecting

-3-

STIPULATION FOR EXTENSION OF TIME TO RESPOND
TO MOTION FOR AN ORDER COMPELLING
ASSIGNMENT OF RIGHTS AND [PROPOSED ORDER]
(CASE NO. 3:08-MC-80030-JSW)

111128972

Case 3:08-mc-80030-JSW   Document 164-1   Filed 09/19/08   Page 10 of 12
Case 3:08-mc-80030-JSW   Document 118   Filed 08/11/2008   Page 4 of 6
Case 3:08-mc-80030-JSW   Document 115   Filed 08/08/2008   Page 4 of 6

1 | service of process on all appropriate parties.

2

3 |     PLAINTIFFS and the SHIPPING LINES hereby stipulate as follows:

4

5 |     1.    The SHIPPING LINES shall have a 30 day extension of time to respond to the

6 | Motions such that the response of CMA would be due on September 15, 2008 and heard on

7 | October 8, 2008 at 10:00 a.m. (or as soon thereafter as convenient for the Court); and the

8 | responses of the other SHIPPING LINES shall be due thereafter on such date and with such a

9 | hearing date as shall be ordered by the Court; and

10

11 |     2.    PLAINTIFFS' Reply Brief(s) shall be due ~~according to the Federal~~ Rules of [handwritten: on Sept 24 2008]

12 | ~~Civil Proce~~dure.

13

14 | **IT IS SO STIPULATED.**

15

16

17 | DATED:    August 8, 2008                  NIXON PEABODY LLP

18

19 |                                           By:    /s/
                                              ISABELLE L. ORD
                                              Attorneys for Third Parties
                                              MITSUI O.S.K. LINES, LTD.
                                              HANJIN SHIPPING LINES and
                                              CSAV/EUROATLANTIC CONTAINER
                                              LINE

Case 3:08-mc-80030-JSW   Document 118   Filed 08/11/2008   Page 5 of 6
Case 3:08-mc-80030-JSW   Document 115   Filed 08/08/2008   Page 5 of 6

1  DATED:   August 8, 2008               MORGAN LEWIS & BOCKIUS LLP

2
3                                         By:         /s/
                                              Matthew S. Weiler
                                              Counsel for CMA CMG, Maersk, and MSC
4                                             One Market Spear Street Tower
                                              San Francisco, CA 94105-1126
5                                             Tel: (415) 442-1000
                                              Fax: (415) 442-1001
6
7     I, Isabelle Ord, am the ECF User whose ID and password are being used to file this

8  Stipulation and [Proposed] Order to Continue Hearing Date. In compliance with General Order 45,

9  X.B., I hereby attest that the signatory below has concurred in this filing.

10
11                                        COOK COLLECTION ATTORNEYS
12  DATED:   August 8, 2008

13
                                          By:         /s/
14                                            DAVID J. COOK
                                              Attorneys for Plaintiffs
15                                            DEBORAH D. PETERSON,
                                              Personal Representatives of the Estate
16                                            of James C. Knipple (Dec.), et al.

17
18
19
20
21
22
23
24
25
26
27
28                                       -5-

STIPULATION FOR EXTENSION OF TIME TO RESPOND
TO MOTION FOR AN ORDER COMPELLING
ASSIGNMENT OF RIGHTS AND [PROPOSED ORDER]
(CASE NO. 3:08-MC-80030-JSW)

11112897.2

Case 3:08-mc-80030-JSW   Document 164-1   Filed 09/19/08   Page 12 of 12
Case 3:08-mc-80030-JSW   Document 118   Filed 08/11/2008   Page 6 of 6
Case 3:08-mc-80030-JSW   Document 115   Filed 08/08/2008   Page 6 of 6

## PROPOSED ORDER

As stipulated by PLAINTIFFS and the SHIPPING LINES, and for good cause shown,

IT IS HEREBY ORDERED:

1. The SHIPPING LINES shall have a 30 day extension of time to respond to the Motions as follows: The Response of CMA is due on September 15, 2008 and will be heard on October 8, 2008 at 10:00 a.m. (or as soon thereafter as convenient for the Court);

2. The responses to the Motions of the other SHIPPING LINES (aside from CMA) shall be due thereafter on such date and with such a hearing date as shall be ordered by the Court as follows *Responses - Oct 27 2008* *Reply - Nov 5, 2008*; and *Hearing - Nov 26, 2008 - 10am*

3. PLAINTIFFS' Reply Brief(s) shall be due ~~according to the Federal Rules of Civil Procedure~~ *Sept 24, 2008*.

Dated: August 11, 2008

HONORABLE BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

-6-

STIPULATION FOR EXTENSION OF TIME TO RESPOND
TO MOTION FOR AN ORDER COMPELLING
ASSIGNMENT OF RIGHTS AND [PROPOSED ORDER]
(CASE NO. 3:08-MC-80030-JSW)

111128972