1  DAVID J. COOK, ESQ. (State Bar # 060859)
   ROBERT J. PERKISS, ESQ (State Bar # 62386)
2  COOK COLLECTION ATTORNEYS
   A PROFESSIONAL LAW CORPORATION
3  165 Fell Street
   San Francisco, CA 94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA 94104-0270
5  Tel: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,759

7  Attorneys for Plaintiffs
   DEBORAH D. PETERSON, Personal Representatives
8  of the Estate of James C. Knipple (Dec.), et al.

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants. | CASE NO. 3:08-mc-80030-JSW (BZ) <br><br> [PROPOSED] ORDER GRANTING APPLICATION FOR CONTINUANCE OF HEARING ON OBJECTIONS OF NON-PARTY CMA CGM TO THE DECLARATION OF DAVID J. COOK <br><br> [MOTION COMPELLING ASSIGNMENT OF RIGHTS] <br><br> Date: October 8, 2008 <br> Time: 10:00 a.m. <br> Courtroom: G, 15th Floor <br> Magistrate Judge: Bernard Zimmerman |

Based upon the APPLICATION FOR CONTINUANCE OF HEARING ON OBJECTIONS OF NON-PARTY CMA CGM TO THE DECLARATION OF DAVID J. COOK and declaration in support thereof, and for good cause appearing, therefore,

IT IS HEREBY ORDERED as follows:

1. The reply brief in opposition to any brief or memorandum filed by Non-Party CMA CGM be and the same shall be due on October 1, 2008.

///

///

2. The HEARING ON OBJECTIONS OF NON-PARTY CMA CGM TO THE DECLARATION OF DAVID J. COOK [MOTION COMPELLING ASSIGNMENT OF RIGHTS] shall be reset to _____ at 10:00 a.m. in Courtroom G.

DATED: _____

BERNARD ZIMMERMAN
JUDGE OF THE UNITED STATES
DISTRICT COURT

F:\USERS\DJCNEW\petersonsf.appcont