1  DAVID J. COOK, ESQ. (State Bar # 060859)
   ROBERT J. PERKISS, ESQ. (State Bar # 62386)
2  COOK COLLECTION ATTORNEYS
   A PROFESSIONAL LAW CORPORATION
3  165 Fell Street
   San Francisco, CA 94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA 94104-0270
5  Tel: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,759

7  Attorneys for Plaintiffs
   DEBORAH D. PETERSON, Personal Representatives
8  of the Estate of James C. Knipple (Dec.), et al.

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12
    DEBORAH D. PETERSON, Personal        )   CASE NO. 3:08-mc-80030-JSW (BZ)
13  Representative of the Estate of James C. )
    Knipple (Dec.), et al.,               )
14                                         )   PROOF OF SERVICE
             Plaintiffs,                   )
15                                         )
    vs.                                    )
16                                         )
    ISLAMIC REPUBLIC OF IRAN, et al.,     )
17                                         )
             Defendants.                   )
18  _____)

19  HIS EXCELLENCY AYATOLLAH SAYED            ISLAMIC REPUBLIC OF IRAN
    'ALI KHAMENEI                             acting through its MINISTRY OF DEFENSE
20  THE OFFICE OF THE SUPREME                 AND SUPPORT FOR ARMED FORCES
    LEADER                                    No. 1 Shahid Kaboli Street
21  Islamic Republic Street                   Beginning of Resalat Highway
    Shahid Keshvar Doust Street               Seyyed Khandan Bridge
22  Tehran, Islamic Republic of Iran          P.O. Box 16765-1479
                                              Tehran, Iran
23  HIS EXCELLENCY MAHMOUD                    Attn: President Mahmoud Ahmadinejad or
    AHMADINEJAD THE PRESIDENT                 Responsible Officer or Agent for Service of
24  Palestine Avenue                          Process
    Azerbaijan Intersection
25  Tehran, Islamic Republic of Iran          ISLAMIC REPUBLIC OF IRAN
                                              Khomeini Avenue
26  ISLAMIC REPUBLIC OF IRAN                  United Nations Street
    Pasadaran Avenue                          Tehran, Iran
27  Golestan Yekom                            ATTN: President Mahmoud Ahmadinejad or
    Teheran, Iran                             Responsible Officer or Agent for Service of
28  ATTN: President Mahmoud Ahmadinejad or    Process
    Responsible Officer or Agent for Service of
    Process

PROOF OF SERVICE - CASE NO. 3:08-mc-80030-JSW (BZ)                                        1

| | |
|---|---|
| Director, Human Rights Headquarters of Iran<br>HIS EXCELLENCY MOHAMMAD<br>JAVAD LARIJANI<br>c/o Office of the Deputy for International Affairs<br>Ministry of Justice<br>Ministry of Justice Building<br>Panzdah-Khordad (Ark) Square<br>Tehran, Islamic Republic of Iran | NATIONAL IRANIAN OIL REFINING<br>AND DISTRIBUTION COMPANY<br>Opposite of Arak Alley Ostad Nejatollahi Ave.<br>Zip Code 15989<br>P.O. Box 15815/3499<br>Tehran, Iran<br>ATTN: Responsible Officer or Agent for Service of Process |
| Minister of Intelligence<br>GHOLAM HOSSEIN MOHSENI EJEIE<br>MINISTRY OF INTELLIGENCE<br>Second Negarestan Street<br>Pasdaran Avenue<br>Tehran, Islamic Republic of Iran | MINISTRY OF PETROLEUM OF THE<br>ISLAMIC REPUBLIC OF IRAN<br>HAFEZ CROSSING<br>Taleghani Avenue<br>Tehran, Iran<br>ATTN: Responsible Officer or Agent for Service of Process |
| Head of the Judiciary<br>AYATOLLAH MAHMOUD HASHEMI SHAHROUDI<br>Howzeh Riyasat-e Qoveh Qazaiyeh<br>Office of the Head of the Judiciary<br>Pasteur Street, Vali Asr Avenue<br>South of Serah-e Jomhouri<br>Tehran 1316814737<br>Islamic Republic of Iran | NATIONAL IRANIAN OIL PRODUCTS<br>DISTRIBUTION COMPANY<br>Bahar St, Somaya Corner<br>Tehran 15617/ 33315<br>P.O .Box 6165<br>Tehran<br>ATTN: Responsible Officer or Agent for Service of Process |
| MINISTRY OF ROADS AND TRANSPORTATION<br>Attn: MOHAMMED RAHMATI<br>MINISTER OF ROAD AND TRANSPORTATION<br>Taleghani Avenue<br>Tehran, Iran | NATIONAL IRANIAN OIL COMPANY<br>Hafez Crossing<br>Taleghani Avenue<br>Tehran, Iran<br>ATTN: Responsible Officer or Agent for Service of Process |
| ALI TAHERI<br>DEPUTY MINISTER AND MANAGING DIRECTOR<br>PORT & SHIPPING ORGANIZATION OF THE ISLAMIC REPUBLIC OF IRAN<br>Building No. 2<br>South Didar Street<br>Shahid Hagnai Expressway,Vanak Square<br>Tehran, Iran | MATTHEW S. WEILER, ESQ.<br>MORGAN LEWIS & BOCKIUS, LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105 |

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

APPLICATION FOR CONTINUANCE OF HEARING ON OBJECTIONS OF NON-PARTY CMA CGM TO THE DECLARATION OF DAVID J. COOK [MOTION COMPELLING ASSIGNMENT OF RIGHTS]

DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF APPLICATION FOR CONTINUANCE OF HEARING ON OBJECTIONS OF NON-PARTY CMA CGM TO THE DECLARATION OF DAVID J. COOK [MOTION COMPELLING ASSIGNMENT OF RIGHTS]

[PROPOSED] ORDER GRANTING APPLICATION FOR CONTINUANCE OF HEARING ON OBJECTIONS OF NON-PARTY CMA CGM TO THE DECLARATION OF DAVID J. COOK [MOTION COMPELLING ASSIGNMENT OF RIGHTS]

on the above-named person(s) by:

___XXX___ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 19, 2008.

                                            /s/ Karene Jen
                                            Karene Jen