**DAVID J. COOK, ESQ. (State Bar # 060859)**
**ROBERT J. PERKISS, ESQ. (State Bar # 62386)**
**COOK COLLECTION ATTORNEYS**
**A PROFESSIONAL LAW CORPORATION**
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco. CA 94104-0270
Tel: (415) 989-4730
Fax: (415) 989-0491
File No. 52,759

Attorneys for Plaintiffs
DEBORAH D. PETERSON. Personal Representatives
of the Estate of James C. Knipple (Dec.), et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ISLAMIC REPUBLIC OF IRAN. et al., <br><br> Defendants. | CASE NO. 3:08-mc-80030-JSW (BZ) <br><br> [PROPOSED] ORDER GRANTING MOTION COMPELLING ASSIGNMENT OF RIGHTS <br><br> **[HARBOR AND BUNKERED FUEL RIGHTS - HANJIN SHIPPING LINES]** <br><br> Date:   December 17, 2008 <br> Time:  10:00 a.m. <br> Courtroom: G, 15th Floor <br> Magistrate Judge: Bernard Zimmerman |

Said notice of motion and motion for assignment of rights having come on regularly for hearing this 17th day of December, 2008 at 10:00 a.m. before the Honorable Bernard Zimmerman. Magistrate Judge of the United States District Court. and David J. Cook, Esq., appearing on behalf of Plaintiffs DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.). et al. ("Plaintiffs"). and Isabelle L. Ord, Esq., appearing on behalf of the Third Party **HANJIN SHIPPING LINES**, and no appearance by Defendant ISLAMIC REPUBLIC OF IRAN. and no claim of exemption having been filed therein, and for good cause appearing, therefore.

IT IS HEREBY ORDERED that the motion for an order compelling the assignment of rights is hereby granted, specifically as to those rights, if any, consisting of various purported obligations due from Third Party **HANJIN SHIPPING LINES.**

1    IT IS FURTHER ORDERED that ISLAMIC REPUBLIC OF IRAN (hereinafter "Iran") is

2   hereby compelled to assign to Plaintiffs, care of its attorney, David J. Cook, Cook Collection

3   Attorneys, P.L.C., 165 Fell Street, Third Floor, San Francisco, CA 94102, all rights to payment of

4   money, and accounts, accounts receivable, due and payable, or in the future, or conditional upon

5   some future events, from and owing by Third Party **HANJIN SHIPPING LINES**, arising out of

6   the use of any harbor, docking, wharf, dreyage, loading or unloading facilities, and other facilities

7   provided by any dock, harbor, pier, warehouse, wharf, or other harbor-like facilities, along with

8   and including the sale of bunkered oil and/or fuel provided, sold, delivered, or vended to Third

9   Party **HANJIN SHIPPING LINES** by Iran, hereinafter collectively "Harbor and Bunkered Fuel

10   Rights," for purposes of satisfaction of the judgment, either in part or in whole, of the Judgment in

11   the amount of $2,656,944,877.00, plus interest and costs as may be allowed.

12    IT IS FURTHER ORDERED that Defendant Iran is hereby stayed, prohibited and

13   enjoined, from cashing, negotiating, advancing, collecting, any and all accounts, accounts

14   receivable, rights to payment of money, claims for payment of money due from third parties, or

15   other rights subject to the assignment herein.

16    IT IS FURTHER ORDERED that nothing by virtue of this order shall serve to diminish,

17   prejudice, alter, discharge, or affect the rights of the Third Party **HANJIN SHIPPING LINES** in

18   the event that Plaintiffs seek to enforce this order, which such defenses include, but are not limited

19   to, the lack of jurisdiction, whether subject matter or personal jurisdiction, any defense under the

20   contract, or any claim that the Third Party **HANJIN SHIPPING LINES** is immune or free of

21   liability.

22   DATED: _____    _____

23                                       BERNARD ZIMMERMAN
                                         MAGISTRATE JUDGE OF THE UNITED STATES
24                                       DISTRICT COURT

25                            **NOTICE TO JUDGMENT DEBTOR**

26    PLEASE TAKE NOTICE THAT THE COURT HAS ENTERED AN ORDER

27   ASSIGNING CERTAIN RIGHTS. FAILURE TO COMPLY WITH THIS ORDER MAY

28   RESULT IN CONTEMPT.

1

# PROOF OF SERVICE

2

HIS EXCELLENCY AYATOLLAH SAYED
'ALI KHAMENEI
3
THE OFFICE OF THE SUPREME
LEADER
4
Islamic Republic Street
Shahid Keshvar Doust Street
5
Tehran, Islamic Republic of Iran

6

HIS EXCELLENCY MAHMOUD
AHMADINEJAD THE PRESIDENT
7
Palestine Avenue
Azerbaijan Intersection
8
Tehran, Islamic Republic of Iran

9

ISLAMIC REPUBLIC OF IRAN
Pasadaran Avenue
10
Golestan Yekom
Teheran, Iran
11
ATTN: President Mahmoud Ahmadinejad or
Responsible Officer or Agent for Service of
12
Process

13

ISLAMIC REPUBLIC OF IRAN
acting through its MINISTRY OF DEFENSE
14
AND SUPPORT FOR ARMED FORCES
No. 1 Shahid Kaboli Street
15
Beginning of Resalat Highway
Seyyed Khandan Bridge
16
P.O. Box 16765-1479
Tehran, Iran
17
Attn: President Mahmoud Ahmadinejad or
Responsible Officer or Agent for Service of
18
Process

19

ISLAMIC REPUBLIC OF IRAN
Khomeini Avenue
20
United Nations Street
Teheran, Iran
21
ATTN: President Mahmoud Ahmadinejad or
Responsible Officer or Agent for Service of
22
Process

23

Director, Human Rights Headquarters of Iran
HIS EXCELLENCY MOHAMMAD
24
JAVAD LARIJANI
c/o Office of the Deputy for International
25
Affairs
Ministry of Justice
26
Ministry of Justice Building
Panzdah-Khordad (Ark) Square
27
Tehran, Islamic Republic of Iran

28

Minister of Intelligence
GHOLAM HOSSEIN MOHSENI EJEIE
MINISTRY OF INTELLIGENCE
Second Negarestan Street
Pasdaran Avenue
Tehran, Islamic Republic of Iran

Head of the Judiciary
AYATOLLAH MAHMOUD HASHEMI
SHAHROUDI
Howzeh Riyasat-e Qoveh Qazaiyeh
Office of the Head of the Judiciary
Pasteur Street, Vali Asr Avenue
South of Serah-e Jomhouri
Tehran 1316814737
Islamic Republic of Iran

MINISTRY OF ROADS AND
TRANSPORTATION
Attn: MOHAMMED RAHMATI
MINISTER OF ROAD AND
TRANSPORTATION
Taleghani Avenue
Tehran, Iran

ALI TAHERI
DEPUTY MINISTER AND MANAGING
DIRECTOR
PORT & SHIPPING ORGANIZATION OF
THE ISLAMIC REPUBLIC OF IRAN
Building No. 2
South Didar Street
Shahid Hagnai Expressway,Vanak Square
Tehran, Iran

NATIONAL IRANIAN OIL REFINING
AND DISTRIBUTION COMPANY
Opposite of Arak Alley Ostad Nejatollahi
Ave.
Zip Code 15989
P.O. Box 15815/3499
Tehran, Iran
ATTN: Responsible Officer or Agent for
Service of Process

MINISTRY OF PETROLEUM OF THE
ISLAMIC REPUBLIC OF IRAN
HAFEZ CROSSING
Taleghani Avenue
Tehran, Iran
ATTN: Responsible Officer or Agent for
Service of Process

1  NATIONAL IRANIAN OIL PRODUCTS
   DISTRIBUTION COMPANY
2  Bahar St. Somaya Corner
   Tehran 15617/ 33315
3  P.O .Box 6165
   Tehran
4  ATTN: Responsible Officer or Agent for
   Service of Process
5
   NATIONAL IRANIAN OIL COMPANY
6  Hafez Crossing
   Taleghani Avenue
7  Tehran, Iran
   ATTN: Responsible Officer or Agent for
8  Service of Process

9  ISABELLE L. ORD
   NIXON PEABODY LLP
10 One Embarcadero Center, Suite 1800
   San Francisco, CA 94111
11
       I declare:
12
       I am employed in the County of San Francisco, California. I am over the age of eighteen
13 (18) years and not a party to the within cause. My business address is 165 Fell Street. San
   Francisco, CA 94102. On the date set forth below, I served the attached:
14
       [PROPOSED] ORDER GRANTING MOTION FOR AN ORDER COMPELLING
15     ASSIGNMENT OF RIGHTS [HARBOR AND BUNKERED FUEL RIGHTS -
       HANJIN SHIPPING LINES]
16
   on the above-named person(s) by:
17
     XXX   (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage
18 thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the
   person(s) served above.
19
       I declare under penalty of perjury that the foregoing is true and correct.
20
       Executed on September 19. 2008.
21

22                                    /s/ Karene Jen
                                        Karene Jen
23

24

25

26

27

28