

# NIXON PEABODY LLP
ATTORNEYS AT LAW

One Embarcadero Center
18th Floor
San Francisco, California 94111-3600
(415) 984-8200
Fax: (415) 984-8300
Direct Dial: (415) 984-8346
E-Mail: wjohnson@nixonpeabody.com

September 23, 2008

**VIA HAND DELIVERY**

The Honorable Bernard Zimmerman
United States Magistrate Judge
United States District Court for the Northern District of California
450 Golden Gate Avenue, Department G, 15th Floor
San Francisco, California, 94102

    RE:    *Peterson v. Islamic Republic of Iran*,
            USDC Case No. 3:08-mc-80030-JSW

Dear Judge Zimmerman:

    Nixon Peabody LLP represents third party shipping lines Mitsui O.S.K. Lines, Ltd., Hanjin Shipping Co., Ltd., and Compañia Sud Americana de Vapores in this matter.

    Plaintiffs' counsel, David Cook, informed us of the scheduling issues created by his appearance as a witness in a criminal trial in Las Vegas, Nevada, and has requested an extension of time for his reply and a continuance of the hearing date for the motion concerning CMA CGM SA (the "CMA Motion").

    We respectfully suggest that the CMA Motion be scheduled for hearing on November 26, 2008, the date on which our clients' motions are already scheduled to be heard. Both the CMA Motion and the motions concerning our clients involve virtually the same legal issues. Thus, we filed our Joint Opposition and supporting documents on September 15, 2008 (and so advised the Court). November 26, 2008 is also the hearing date scheduled for the two other shipping lines also represented by CMA's counsel, Morgan Lewis & Bockius, LLP. Morgan Lewis does not object to this request.

    The Court has also set a hearing date of December 17, 2008 for the motions involving the other nine shipping lines, variously represented by seven separate law firms. Leaving that date unchanged for those nine companies would be consistent with the Court's desire to avoid

The Honorable Bernard Zimmerman
September 23, 2008
Page 2

involving an excessive number of pleadings and counsel at the first hearing, while providing full and representative argument on the issues.

                                        Respectfully,

                                        Walter T. Johnson
                                        Partner

cc:   All Counsel and Unrepresented Third Parties
      (identified on Service List filed herewith)

# PROOF OF SERVICE

**CASE NAME:** DEBORAH D. PETERSON, et al. v. ISLAMIC REPUBLIC OF IRAN, et al.
**COURT:** United States Northern District Court, Northern District of California
**CASE NO.:** 3:08-mc-80030-JSW
**NP FILE:** 311909.20

I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is One Embarcadero Center, Suite 1800, San Francisco, CA 94111-3996. On this date, I served the following document(s):

**SEPTEMBER 23, 2008 LETTER TO THE HONORABLE BERNARD ZIMMERMAN**

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

__X__ : By First-Class Mail — I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the United States Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in San Francisco, California, for mailing to the office of the addressee following ordinary business practices.

____ : By Overnight Courier — I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

____ : By Facsimile — I caused each such document to be transmitted by facsimile machine, to the parties and numbers listed below, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine.

____ : By Personal Service — I caused each such envelope to be given to a courier messenger to personally deliver to the office of the addressee.

__X__ : By Electronic Filing – I have reviewed the Order re Electronic Service of Pleadings in Case No. 3:08-mc-80030-JSW pursuant to Local Rule 5-4 and General Order No. 45. I am serving the above document as required by the Order re Electronic Service of Pleadings in Case No. 3:08-mc-80030-JSW and as instructed under the Electronic Case Filing Program. Addressee(s)

**SEE ATTACHMENT TO PROOF OF SERVICE**

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 23, 2008, at San Francisco, California.

*Carolyn Ernser*
Carolyn Ernser

---

PROOF OF SERVICE
CASE NO. 3:08-MC-80030-JSW
-1-
11106800.1

# ATTACHMENT TO PROOF OF SERVICE

| | |
|---|---|
| DEBORAH D. PETERSON, et al.<br>David J. Cook, Esq.<br>Robert J. Perkiss, Esq.<br>Cook Collections Attorneys<br>165 Fell Street<br>San Francisco, CA 94102 | HIS EXCELLENCY AYATOLLAH SAYED 'ALI KHAMENEI<br>THE OFFICE OF THE SUPREME LEADER<br>Islamic Republic Street<br>Shahid Késhvar Doust Street<br>Tehran, Islamic Republic of Iran |
| HIS EXCELLENCY MAHMOUD AHIMADINEJAD THE PRESIDENT<br>Palestine Avenue<br>Azerbaijan Intersection<br>Tehran, Islamic Republic of Iran | ISLAMIC REPUBLIC OF IRAN<br>acting through its MINISTRY OF DEFENSE AND SUPPORT FOR ARMED FORCES<br>No. 1 Shahid Kaboli Street<br>Beginning of Resalat Highway<br>Seyyed Khandan Bridge<br>P.O. Box 16765-1479<br>Tehran, Iran<br>Attn: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process |
| ISLAMIC REPUBLIC OF IRAN<br>Pasadaran Avenue<br>Golestan Yekom<br>Teheran, Iran<br>ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process | ISLAMIC REPUBLIC OF IRAN<br>Khomeini Avenue<br>UnitedNations Street<br>Teheran, Iran<br>ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process |
| Director, Human Rights Headquarters of Iran<br>HIS EXCELLENCY MOHAMMAD JAVAD LARIJANI<br>c/o Office of the Deputy for International Affairs<br>Ministry of Justice<br>Ministry of Justice Building<br>Panzdah-Khordad (Ark) Square<br>Tehran, Islamic Republic of Iran | Minister of Intelligence<br>GHOLAM HOSSEIN MOHSENI EJEIE<br>MINISTRY OF INTELLIGENCE<br>Second Negarestan Street<br>Pasdaran Avenue<br>Tehran, Islamic Republic of Iran |
| Head of the Judiciary<br>AYATOLLAH MAHMOUD HASHEMI SHARROUDI<br>Howzeh Riyasat-e Qoveh Qazaiyeh<br>Office of the Head of the Judiciary<br>Pasteur Street, Vali Asr Avenue<br>South of Serah-e Jombouri<br>Tehran 1316814737<br>Islamic Republic of Iran | MINISTRY OF ROADS AND TRANSPORTATION<br>Attn: MOHAMMED RAHMATI<br>MINISTER OF ROAD AND TRANSPORTATION<br>Taleghani Avenue<br>Tehran, Iran |

PROOF OF SERVICE
CASE NO. 3:08-MC-80030-JSW

-2-

11106800.1

| | |
|---|---|
| ALI TAHERI<br>DEPUTY MINISTER AND MANAGING DIRECTOR<br>PORT & SHIPPING ORGANIZATION OF THE ISLAMIC REPUBLIC OF IRAN<br>Building No.2<br>South Didar Street<br>Shahid Hagnai Expressway, Vahak Square<br>Tehran, Iran | NATIONAL. IRANIAN OIL REFINING AND DISTRIBUTION COMPANY<br>Opposite of Arak Alley Ostad Nejatollahi Ave.<br>Zip Code 15989<br>P.O. Box 15815/3499<br>Tehran, Iran<br>ATTN: Responsible Officer or Agent for Service of Process |
| MINISTRY OF PETROLEUM OF THE ISLAMIC REPUBLIC OF IRAN<br>HAFEZ CROSSING<br>Taleghani Avenue<br>Tehran, Iran<br>ATTN: Responsible Officer or Agent for Service of Process | NATIONAL IRANIAN OIL PRODUCTS DISTRIBUTION COMPANY<br>Bahar St., Somaya Corner<br>Tehran 15617/ 33315<br>P.O. Box 6165<br>Tehran, Iran<br>ATTN: Responsible Officer or Agent for Service of Process |
| NATIONAL IRANIAN OIL COMPANY<br>Hafez Crossing<br>Taleghani Avenue<br>Tehran, Iran<br>Attn: Responsible Officer or Agent for Service of Process | CMA CGM S.A.<br>A.P. MOLLER-MAERSK A/S<br>MEDITERRANEAN SHIPPING COMPANY<br>Peter Buscemi, Esq.<br>Matthew S. Weiler, Esq.<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126 |
| EMIRATES SHIPPING LINES<br>Attn: PRESIDENT, GENERAL MANAGER, Agent for Service of Process – Legal Matters<br>Vikas Mohammed Khan, Chairman and CEO of Emirates Shipping Line<br>Emirates Shipping Line FZE<br>AlMoosa Tower 2, 10th floor, Office 1004<br>Sheikh Zayed Road, Dubai<br>United Arab Emirates | KAWASAKI KISEN KAISHA, LTD.<br>EVERGREEN LINE<br>Alan Nakazawa, Esq.<br>Cogswell Nakazawa & Chang LLP<br>444 W Ocean Blvd #1250<br>Long Beach, CA, 90802-8131 |
| EVERGREEN LINE<br>Paul Keane<br>Cichanowicz, Callan, Keane, Vengrow & Textor, LLP<br>Suite 3000<br>61 Broadway<br>New York, NY 10006-2802 | HAPAG LLOYD AG<br>PACIFIC INTERNATIONAL LINES, LTD.<br>John Griffin, Esq.<br>Nicole Bussi, Esq.<br>Keesal Young & Logan<br>450 Pacific Ave<br>San Francisco, CA, 94133 |
| HYUNDAI MERCHANT MARINE CO., LTD.<br>Grant Nigolian, Esq.<br>Masuda, Funai, Eifer & Mitchell, Ltd.<br>19191 S. Vermont Ave., Suite 420<br>Torrance, CA 90502 | ORIENT OVERSEAS CONTAINER LINE LTD.<br>David Smith, Esq.<br>Sher & Blackwell<br>Suite 900, 1850 M Street, N.W.<br>Washington, D.C. 20036 |

| WAN HAI LINES LTD.<br>Roger Coven, Esq.<br>Holland & Knight LLP<br>633 W 5th St 21FL<br>Los Angeles, CA, 90071-2040 | YANG MING MARINE TRANSPORT<br>Mitchell Griffin, Esq.<br>Cox, Wootton, Griffin, Hansen & Poulos  LLP<br>190 The Embarcadero<br>San Francisco, CA, 94105 |