

## NIXON PEABODY LLP
ATTORNEYS AT LAW

One Embarcadero Center
18th Floor
San Francisco, California 94111-3600
(415) 984-8200
Fax: (415) 984-8300
Direct Dial: (415) 984-8346
E-Mail: wjohnson@nixonpeabody.com

September 23, 2008

**VIA HAND DELIVERY**

The Honorable Bernard Zimmerman
United States Magistrate Judge
United States District Court for the Northern District of California
450 Golden Gate Avenue, Department G, 15th Floor
San Francisco, California, 94102

    RE:    *Peterson v. Islamic Republic of Iran*,
             USDC Case No. 3:08-mc-80030-JSW

Dear Judge Zimmerman:

    Nixon Peabody LLP represents third party shipping lines Mitsui O.S.K. Lines, Ltd., Hanjin Shipping Co., Ltd., and Compañia Sud Americana de Vapores in this matter.

    Earlier today, in response to a request by Plaintiffs' counsel for an extension of time, we submitted a letter to the Court asking that the hearing on Plaintiffs' motion with respect to CMA CGM be rescheduled from October 8 to November 26, 2008, the date on which the motions concerning our clients are already scheduled to be heard. We stated in the letter that counsel for CMA CGM did not object to this request. That statement is incorrect. Counsel for CMA CGM does in fact object to rescheduling the hearing for November 26. The misstatement was the result of a miscommunication on our part. We have apologized to counsel for CMA CGM, and we also apologize to the Court for any confusion or inconvenience that our letter may have caused.

                          Respectfully,

                          //S//

                          Walter T. Johnson
                          Partner

cc:    All Counsel and Unrepresented Third
        Parties(identified on Service List filed herewith)

11159498.2