DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel: (415) 989-4730
Fax: (415) 989-0491
File No. 52,759

Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
of the Estate of James C. Knipple (Dec.), et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants. | CASE NO. 3:08-mc-80030-JSW (BZ) <br> DENYING [PROPOSED] ORDER GRANTING APPLICATION FOR CONTINUANCE OF HEARING ON OBJECTIONS OF NON-PARTY CMA CGM TO THE DECLARATION OF DAVID J. COOK <br><br> [MOTION COMPELLING ASSIGNMENT OF RIGHTS] <br><br> Date: October 8, 2008 <br> Time: 10:00 a.m. <br> Courtroom: G, 15th Floor <br> Magistrate Judge: Bernard Zimmerman |

Based upon the APPLICATION FOR CONTINUANCE OF HEARING ON OBJECTIONS OF NON-PARTY CMA CGM TO THE DECLARATION OF DAVID J. COOK and declaration in support thereof, and for good cause appearing, therefore,

IT IS HEREBY ORDERED as follows:

1. The reply brief in opposition to any brief or memorandum filed by Non-Party CMA CGM be and the same shall be due on October 1, 2008.

///

///

[PROPOSED] ORDER GRANTING APPLICATION FOR CONTINUANCE OF HEARING ON OBJECTIONS OF NON-PARTY CMA CGM TO THE DECLARATION OF DAVID J. COOK [MOTION COMPELLING ASSIGNMENT OF RIGHTS] - CASE NO. 3:08-mc-80030-JSW (BZ)                                                          1

PLAINTIFFS' MOTION FOR AN ASSIGNMENT ORDER AND ON

2. The HEARING ON OBJECTIONS OF NON-PARTY CMA CGM TO THE DECLARATION OF DAVID J. COOK [MOTION COMPELLING ASSIGNMENT OF RIGHTS] REMAIN AS SCHEDULED. ~~shall be reset to _____ at 10:00 a.m. in Courtroom G~~.

DATED: __September 23, 2008__

*Bernard Zimmerman*
BERNARD ZIMMERMAN
JUDGE OF THE UNITED STATES
DISTRICT COURT

F:\USERS\DJCNEW\petersonsf.appcont

[PROPOSED] ORDER GRANTING APPLICATION FOR CONTINUANCE OF HEARING ON OBJECTIONS OF NON-PARTY CMA CGM TO THE DECLARATION OF DAVID J. COOK [MOTION COMPELLING ASSIGNMENT OF RIGHTS] - CASE NO. 3:08-mc-80030-JSW (BZ)

2