UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., <br><br> Plaintiff(s), <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendant(s). | No. 08-80030 MISC JSW (BZ) <br><br> **CLERK'S NOTICE REGARDING TENTATIVE RULING ON PLAINTIFF'S MOTION FOR ORDER COMPELLING ASSIGNMENT OF RIGHTS (THE FRENCH LINE)** |

Attached to this Clerk's Notice is a draft of a tentative ruling on plaintiff's Motion For Order Compelling Assignment of Rights (The French Line).  The **October 8, 2008,** hearing remains on calendar.

Dated:  October 6, 2008

*Rose Maher*
_____
Rose Maher - Deputy Clerk to
Magistrate Judge Bernard Zimmerman

G:\BZALL\-REFS\PETERSON v. ISLAMIC REPUBLIC OF IRAN\CLERKS NOT. TENTATIVE RULE RE THE FRENCH LINE.wpd

1