# TENTATIVE RULING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., <br><br>Plaintiff(s), <br><br>v. <br><br>ISLAMIC REPUBLIC OF IRAN, et al., <br><br>Defendant(s). | No. 08-80030 MISC JSW (BZ) <br><br>**ORDER GRANTING PLAINTIFFS' MOTION COMPELLING ASSIGNMENT OF RIGHTS [THE FRENCH LINE]** |

**IT IS ORDERED** that plaintiffs' motion for an order compelling the Islamic Republic of Iran ("Iran") to assign its rights to certain payments purportedly due from CMA CGM S.A., also identified as CMA CGM The French Line, ("The French Line"), is **GRANTED**.

**IT IS FURTHER ORDERED** that by November 10, 2008, Iran must assign to plaintiffs, care of their attorney, David J. Cook, Cook Collection Attorneys, P.L.C., 165 Fell Street, Third Floor, San Francisco, CA 94102, pursuant to F.R.Civ.P.

1

# **TENTATIVE RULING**

69(a) and California Code of Civil Procedure section 780.510(a), all or part of any existing right to payment in the United States, due or to become due, whether or not that right is conditioned on future developments, from and owing by The French Line, arising out of the use of any harbor, docking, wharf, drayage, loading or other harbor-like facilities in the United States, along with and including the sale of bunkered oil and/or fuel provided, sold, delivered, or vended to The French Line by Iran in the United States, for the purposes of satisfaction, in part or in whole, of the judgment of $2,656,944,877.00 in <u>Peterson v. Islamic Republic of Iran</u>, case numbers 01-2094(RCL) and 01-2684(RCL) filed in United States District Court for the District of Columbia.

Pursuant to California Code of Civil Procedure section 780.540, nothing in this order shall alter, affect, predetermine, prejudice or preadjudicate any rights, claims, defenses, privileges or entitlement due and in favor of The French Line in any action proceeding, undertaking, demand, or claim asserted by plaintiffs under and pursuant to the conditions of this order, and all such rights, claims, defenses, privileges, or entitlements due and in favor of The French Line are hereby preserved.

**IT IS FURTHER ORDERED** that plaintiffs shall prepare a form of assignment consistent with this Order, have it approved as to form by The French Line, and serve the assignment along with this Order on Iran by October 15, 2008.

**IT IS FURTHER ORDERED** that if Iran does not assign its

# **TENTATIVE RULING**

rights as ordered, on November 26, 2008, Iran shall show cause why such assignment shall not be entered on its behalf by the Clerk of Court, as a consequence of its failure to comply with this Order.

Dated: October 6, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\PETERSON v. ISLAMIC REPUBLIC OF IRAN\ASSIGNMENT ORDER.TENTATIVE RULE.wpd