**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL MINUTE ORDER

**Magistrate Judge BERNARD ZIMMERMAN**

Time: 10:00a.m.

Date: **10/8/08**

**Misc -08-80030 JWS (BZ)**

 **Deborah D. Peterson, et al.**   v **Islamic Republic of Iran, et al.**

Attorneys:   Plntf.: David J. Cook and Nathaniel L. Dunn
             Deft. Non- Party CMA -CGA: Peter Buscenni and Matthew S. Weiler
             Defts.: Paul Hall

Deputy Clerk: **Simone Voltz**          Reporter:  **Lydia Zinn -  10:05-11:32**

**PROCEEDINGS:**                              **RULING:**

1.  Motion compelling Assignment of rights              Held
2.  _____  _____

( ) Status Conference     ( ) P/T Conference     ( ) Case Management Conference

**ORDERED AFTER HEARING:**
 Motion is taken under submission

( x ) ORDER TO BE PREPARED BY:   Plntf_____   Deft_____   Court_x_

( ) Referred to Magistrate Judge For:

( ) CASE CONTINUED TO_____   for _____

Discovery Cut-Off_____  Expert Discovery Cut-Off_____

Plntf to Name Experts by _____   Deft to Name Experts by_____

P/T Conference Date_____  Trial Date_____  Set for _____ days
                              Type of Trial:  ( )Jury   ( )Court
Notes: _____