UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>Defendant(s). | No. 08-80030 MISC JSW (BZ)<br><br>**ORDER CONTINUING POST-JUDGMENT MOTIONS** |

Following arguments heard by plaintiffs and non-party CMA CGM on October 8, 2008, **IT IS HEREBY ORDERED** as follows:

1. The remaining Shipping Lines' motions currently set for November 26, 2008 are continued until **January 21, 2009 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Any opposition shall be filed by **January 5, 2009** and any reply shall be filed by **January 12, 2009.**

2. The Financial Institutions' motions currently set for

1

1  December 17, 2008 are continued until **February 4, 2009 at**
2  **10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450
3  Golden Gate Avenue, San Francisco, California 94102.  Any
4  opposition shall be filed by **January 12, 2009**.  Any reply
5  shall be filed by **January 21, 2009**.
6  Dated: October 15, 2008

   _____
   Bernard Zimmerman
   United States Magistrate Judge

9  G:\BZALL\-REFS\PETERSON v. ISLAMIC REPUBLIC OF IRAN\ORDER CONTINUING
   HEARINGS.wpd