# Cox, Wootton, Griffin, Hansen & Poulos, LLP

| | | |
|---|---|---|
| TERENCE S. COX | ATTORNEYS AT LAW | LYNN L. KRIEGER |
| RICHARD C. WOOTTON* | 190 THE EMBARCADERO | MAX L. KELLEY |
| MITCHELL S. GRIFFIN | SAN FRANCISCO, CALIFORNIA 94105 | GALIN G. LUK |
| RUPERT P. HANSEN | TELEPHONE (415) 438-4600 • FACSIMILE (415) 438-4601 | COURTNEY M. CRAWFORD |
| GREGORY W. POULOS | www.cwghp.com | JODY M. TALIAFERRO |
| MARC T. CEFALU | | CHRISTOPHER S. KIELIGER |
| *ALSO ADMITTED IN HAWAII | | |

October 21, 2008

**VIA E-File**
The Honorable Bernard Zimmerman
United States Magistrate Judge
United States District Court, Northern District of California
450 Golden Gate Avenue, Ctrm. G, 15 Floor
San Francisco, CA 94012

          Re:  Peterson v. Islamic Republic of Iran
             USCD Case No. 3:08-mc-80030-JSW

Your Honor:

     This firm represents Yang Ming Marine Transport Corporation, one of the Shipping Lines named in the pending motions filed by the plaintiffs, seeking the assignment of certain rights. We are writing to request clarification with regard to your "Order Continuing Post-Judgment Motions," dated October 15, 2008 ("the recent Order").

     In the recent Order, the Court has continued until January 21, 2009, the motions concerning certain Shipping Lines that had previously been set for November 26, 2008.

     By (Stipulation and) Order dated September 4, 2008, the Court had previously scheduled the hearing on the plaintiffs' motions regarding other Shipping Lines for December 17, 2008. The recent Order includes rescheduling of motions set for hearing on December 17, 2008, but those motions are referred to in the recent Order as "Financial Institutions motions."

     We therefore respectfully request clarification whether the hearing and opposition filing deadline with regard to the plaintiffs' motions concerning certain Shipping Lines that had previously been set for December 17, 2008 are also continued.

                 Sincerely,

                 *[signature]*

                 Mitchell S. Griffin
                 COX, WOOTTON, GRIFFIN, HANSEN &
                 POULOS, LLP