1  **DAVID J. COOK, ESQ. (State Bar # 060859)**
   **ROBERT J. PERKISS, ESQ. (State Bar # 62386)**
2  **COOK COLLECTION ATTORNEYS**
   **A PROFESSIONAL LAW CORPORATION**
3  165 Fell Street
   San Francisco. CA  94102
4  Mailing Address: P.O. Box 270
   San Francisco. CA  94104-0270
5  Tel: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,759

7  Attorneys for Plaintiffs
   DEBORAH D. PETERSON, Personal Representatives
8  of the Estate of James C. Knipple (Dec.). et al.

9           UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA

11            SAN FRANCISCO DIVISION

12
   DEBORAH D. PETERSON, Personal      )     CASE NO. 3:08-mc-80030-JSW (BZ)
13 Representative of the Estate of James C. )
   Knipple (Dec.), et al.,             )
14                                      )     PROOF OF SERVICE
            Plaintiffs,                 )
15                                      )
                                        )
   vs.                                  )
16                                      )
   ISLAMIC REPUBLIC OF IRAN. et al.,    )
17                                      )
            Defendants.                 )
18  _____ )

19 HIS EXCELLENCY AYATOLLAH SAYED         ISLAMIC REPUBLIC OF IRAN
   `ALI KHAMENEI                          acting through its MINISTRY OF DEFENSE
20 THE OFFICE OF THE SUPREME             AND SUPPORT FOR ARMED FORCES
   LEADER                                 No. 1 Shahid Kaboli Street
21 Islamic Republic Street                Beginning of Resalat Highway
   Shahid Keshvar Doust Street            Seyyed Khandan Bridge
22 Tehran, Islamic Republic of Iran       P.O. Box 16765-1479
                                          Tehran, Iran
23 HIS EXCELLENCY MAHMOUD                 Attn: President Mahmoud Ahmadinejad or
   AHMADINEJAD THE PRESIDENT              Responsible Officer or Agent for Service of
24 Palestine Avenue                       Process
   Azerbaijan Intersection
25 Tehran. Islamic Republic of Iran       ISLAMIC REPUBLIC OF IRAN
                                          Khomeini Avenue
26 ISLAMIC REPUBLIC OF IRAN               United Nations Street
   Pasadaran Avenue                       Teheran, Iran
27 Golestan Yekom                         ATTN: President Mahmoud Ahmadinejad or
   Teheran. Iran                          Responsible Officer or Agent for Service of
28 ATTN: President Mahmoud Ahmadinejad or Process
   Responsible Officer or Agent for Service of
   Process

Director, Human Rights Headquarters of Iran
HIS EXCELLENCY MOHAMMAD
JAVAD LARIJANI
c/o Office of the Deputy for International
Affairs
Ministry of Justice
Ministry of Justice Building
Panzdah-Khordad (Ark) Square
Tehran, Islamic Republic of Iran

Minister of Intelligence
GHOLAM HOSSEIN MOHSENI EJEIE
MINISTRY OF INTELLIGENCE
Second Negarestan Street
Pasdaran Avenue
Tehran, Islamic Republic of Iran

Head of the Judiciary
AYATOLLAH MAHMOUD HASHEMI
SHAHROUDI
Howzeh Riyasat-e Qoveh Qazaiyeh
Office of the Head of the Judiciary
Pasteur Street, Vali Asr Avenue
South of Serah-e Jomhouri
Tehran 1316814737
Islamic Republic of Iran

MINISTRY OF ROADS AND
TRANSPORTATION
Attn: MOHAMMED RAHMATI
MINISTER OF ROAD AND
TRANSPORTATION
Taleghani Avenue
Tehran, Iran

ALI TAHERI
DEPUTY MINISTER AND MANAGING
DIRECTOR
PORT & SHIPPING ORGANIZATION OF
THE ISLAMIC REPUBLIC OF IRAN
Building No. 2
South Didar Street
Shahid Hagnai Expressway,Vanak Square
Tehran, Iran

NATIONAL IRANIAN OIL REFINING
AND DISTRIBUTION COMPANY
Opposite of Arak Alley Ostad Nejatollahi
Ave.
Zip Code 15989
P.O. Box 15815/3499
Tehran, Iran
ATTN: Responsible Officer or Agent for
Service of Process

MINISTRY OF PETROLEUM OF THE
ISLAMIC REPUBLIC OF IRAN
HAFEZ CROSSING
Taleghani Avenue
Tehran, Iran
ATTN: Responsible Officer or Agent for
Service of Process

NATIONAL IRANIAN OIL PRODUCTS
DISTRIBUTION COMPANY
Bahar St, Somaya Corner
Tehran 15617/ 33315
P.O .Box 6165
Tehran
ATTN: Responsible Officer or Agent for
Service of Process

NATIONAL IRANIAN OIL COMPANY
Hafez Crossing
Taleghani Avenue
Tehran, Iran
ATTN: Responsible Officer or Agent for
Service of Process

MATTHEW S. WEILER, ESQ.
MORGAN LEWIS & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105

1   I declare:

2   I am employed in the County of San Francisco, California. I am over the age of eighteen
(18) years and not a party to the within cause. My business address is 165 Fell Street, San
3   Francisco, CA 94102. On the date set forth below, I served the attached:

4   OBJECTIONS TO REPORT AND RECOMMENDATION TO GRANT PLAINTIFFS'
MOTION FOR ASSIGNMENT OF RIGHTS
5
NOTICE OF MOTION AND MOTION ON HEARING ON OBJECTIONS TO REPORT
6   AND RECOMMENDATION TO GRANT PLAINTIFFS' MOTION FOR ASSIGNMENT
OF RIGHTS PURSUANT TO FRCP 72(b)(2) AND LOCAL RULE 72-3(a)
7
MOTION ON HEARING ON OBJECTIONS TO REPORT AND RECOMMENDATION
8   TO GRANT PLAINTIFFS' MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT
TO FRCP 72(b)(2) AND LOCAL RULE 72-3(a)
9
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION ON
10   HEARING ON OBJECTIONS TO REPORT AND RECOMMENDATION TO GRANT
PLAINTIFFS' MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO FRCP
11   72(b)(2) AND LOCAL RULE 72-3(a)

12   DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION ON
HEARING ON OBJECTIONS TO REPORT AND RECOMMENDATION TO GRANT
13   PLAINTIFFS' MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO FRCP
72(b)(2) AND LOCAL RULE 72-3(a)
14
on the above-named person(s) by:
15
    XXX    (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage
16   thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the
person(s) served above.
17
I declare under penalty of perjury that the foregoing is true and correct.
18
Executed on October 24, 2008.
19

20                                    /s/ Karene Jen
                                      Karene Jen
21

22

23

24

25

26

27

28