**DAVID J. COOK, ESQ. (State Bar # 060859)**
**ROBERT J. PERKISS, ESQ. (State Bar # 62386)**
**COOK COLLECTION ATTORNEYS**
**A PROFESSIONAL LAW CORPORATION**
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel: (415) 989-4730
Fax: (415) 989-0491
File No. 52,759

Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
of the Estate of James C. Knipple (Dec.), et. al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et. al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>Defendants. | CASE NO. 3:08-mc-80030-JSW (BZ)<br><br>NOTICE OF MOTION AND MOTION TO COMPEL RESPONSE TO POST- JUDGMENT DISCOVERY PURSUANT TO F.R.C.P. 69 AND C.C.P. §§ 708.010, 708.020 AND 708.030<br><br>Date: December 17, 2008<br>Time: 10:00 a.m.<br>Courtroom: G, 15th Floor<br>Magistrate Judge: Bernard Zimmerman |

TO DEFENDANTS ISLAMIC REPUBLIC OF IRAN, ITS AGENCIES OR INSTRUMENTALITIES OF THE ISLAMIC REPUBLIC OF IRAN:

PLEASE TAKE NOTICE that on the 17th day of December, 2008 at the hour of 10:00 a.m., or as soon thereafter as the matter can be heard in Courtroom G, before the Honorable Bernard Zimmerman, Magistrate Judge of the United States District Court, at the courthouse located at 450 Golden Gate Avenue, San Francisco, CA 94102, Plaintiffs DEBORAH D. PETERSON, Personal Representatives of the Estate of James C. Knipple (Dec.), et. al. will and does hereby move this Court for an order compelling a verified response, by way of answer, appearance, or otherwise, to the POST-JUDGMENT INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS which is attached to the Declaration of David J. Cook, Esq. and incorporated by

reference.

This motion is based upon on the fact that Plaintiffs have recovered judgment against the Defendants, that Plaintiffs have served post-judgment discovery in accordance with F.R.C.P. 69 and C.C.P. §§ 708.010, 708.020, and 708.030, that Defendants have failed to respond, and that Plaintiff is entitled to an order compelling Defendants to answer the post-judgment interrogatories and produce documents as requested.

This motion is based upon the fact that the above discovery was propounded, requiring a response on or before the due date, but notwithstanding the same, said Defendants have completely and totally failed and refused, and continue to fail and refuse, without good cause or reason to respond, necessitating the subject motion under and pursuant to C.C.P. ¶ 2017.010 and FRCP 37.

Plaintiffs are also entitled to monetary sanctions in the form of attorneys fees, as otherwise allowed herein to the against Defendants for the failure and refusal, and continued failure and refusal, to respond in the manner allowed by law to the post judgment discovery.

Plaintiffs therefore seek the following relief:

1. Defendants shall respond within 15 days from date of service of a Notice of Order granting this motion.

2. Defendants shall fully and completely respond to each items of discovery herein.

3. All objections to each item of discovery are waived, including but not limited to, attorney-client privilege, work product privilege, the right to refer to certain documents, abstracts or compilation under C.C.P. ¶ 2030.290(a)&(b), and FRCP 33(d), and the right to object to form or substance under C.C.P. ¶¶ 2030.230, 2030.240 and FRCP 33(b)(4).

4. For an order compelling the Defendants to produce all of those certain books, letters, papers and files pursuant to C.C.P. § 2031.320 and FRCP 34(b)(2)(A).

5. For an ordering imposing monetary sanctions in the amount of $1,700 against Defendants.

This motion is based upon this Notice, the attached Motion, Memorandum of Points and Authorities, the Declaration of David J. Cook, Esq., the pleadings, records, and files in this action,

and specifically in this action, the judgment, and upon all oral and written evidence and argument which may be presented at the hearing of this motion.

DATED: October 28, 2008

COOK COLLECTION ATTORNEYS

By: /s/ David J. Cook
DAVID J. COOK (SB# 060859)
Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives of the Estate of James C. Knipple (Dec.), et. al.

F:\USERS\DJCNEW\petersonsf.cplpdis

NOTICE OF MOTION AND MOTION TO COMPEL RESPONSE TO POST- JUDGMENT DISCOVERY PURSUANT TO F.R.C.P. 69 AND C.C.P. §§ 708.010, 708.020 AND 708.030
CASE NO. 3:08-mc-80030-JSW (BZ)

3