1  **DAVID J. COOK, ESQ. (State Bar # 060859)**
   **ROBERT J. PERKISS, ESQ. (State Bar # 62386)**
2  **COOK COLLECTION ATTORNEYS**
   **A PROFESSIONAL LAW CORPORATION**
3  165 Fell Street
   San Francisco, CA 94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA 94104-0270
5  Tel.: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,759

7  Attorneys for Plaintiffs
   DEBORAH D. PETERSON, Personal Representatives
8  of the Estate of James C. Knipple (Dec.), et. al.

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12
   DEBORAH D. PETERSON, Personal      )    CASE NO. 3:08-mc-80030-JSW (BZ)
13 Representative of the Estate of James C.  )
   Knipple (Dec.), et. al.,           )    MOTION TO COMPEL RESPONSE TO POST-
14                                     )    JUDGMENT DISCOVERY
           Plaintiffs,                )
15                                     )
                                       )
16 vs.                                 )
                                       )
17 ISLAMIC REPUBLIC OF IRAN, et al.,   )    Date:  December 17, 2008
                                       )    Time: 10:00 a.m.
           Defendants.                 )    Courtroom: G, 15th Floor
18 _____   )    Magistrate Judge: Bernard Zimmerman

19        Plaintiffs DEBORAH D. PETERSON, Personal Representatives of the Estate of James C.

20 Knipple (Dec.), et. al. will and does hereby move this Court for an order compelling a verified

21 response, by way of answer, appearance, or otherwise, to the POST-JUDGMENT

22 INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS which is

23 attached to the Declaration of David J. Cook, Esq. and incorporated by reference.

24        This motion is based upon on the fact that Plaintiffs have recovered judgment against the

25 Defendants, that Plaintiffs have served post-judgment discovery in accordance with F.R.C.P. 69

26 and C.C.P. §§ 708.010, 708.020, and 708.030, that Defendants have failed to respond, and that

27 Plaintiff is entitled to an order compelling Defendants to answer the post-judgment interrogatories

28 and produce documents as requested.

1    This motion is based upon the fact that the above discovery was propounded, requiring a

2    response on or before the due date, but notwithstanding the same, said Defendants have

3    completely and totally failed and refused, and continue to fail and refuse, without good cause or

4    reason to respond, necessitating the subject motion under and pursuant to C.C.P. ¶ 2017.010 and

5    FRCP 37.

6    Plaintiffs are also entitled to monetary sanctions in the form of attorneys fees, as otherwise

7    allowed herein to the against Defendants for the failure and refusal, and continued failure and

8    refusal, to respond in the manner allowed by law to the post judgment discovery.

9    Plaintiffs therefore seek the following relief:

10   1. Defendants shall respond within 15 days from date of service of a Notice of Order

11   granting this motion.

12   2. Defendants shall fully and completely respond to each items of discovery herein.

13   3. All objections to each item of discovery are waived, including but not limited to,

14   attorney-client privilege, work product privilege, the right to refer to certain documents, abstracts

15   or compilation under C.C.P. ¶ 2030.290(a)&(b), and FRCP 33(d), and the right to object to form

16   or substance under C.C.P. ¶¶ 2030.230, 2030.240 and FRCP 33(b)(4).

17   4. For an order compelling the Defendants to produce all of those certain books, letters,

18   papers and files pursuant to C.C.P. § 2031.320 and FRCP 34(b)(2)(A).

19   5. For an ordering imposing monetary sanctions in the amount of $1,700 against

20   Defendants.

21   This motion is based upon this Motion, the Notice, the Memorandum of Points and

22   Authorities, the Declaration of David J. Cook, Esq., the pleadings, records, and files in this action,

23   and specifically in this action, the judgment, and upon all oral and written evidence and argument

24   which may be presented at the hearing of this motion.

25   DATED: October 28, 2008                    COOK COLLECTION ATTORNEYS

26                                              By:___/s/ David J. Cook_____
                                                DAVID J. COOK (SB# 060859)
27                                              Attorneys for Plaintiffs
                                                DEBORAH D. PETERSON, Personal
28                                              Representatives of the Estate of James C. Knipple
                                                (Dec.), et. al.