1  **DAVID J. COOK, ESQ. (State Bar # 060859)**
   **ROBERT J. PERKISS, ESQ. (State Bar # 62386)**
2  **COOK COLLECTION ATTORNEYS**
   **A PROFESSIONAL LAW CORPORATION**
3  165 Fell Street
   San Francisco, CA 94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA 94104-0270
5  Tel.: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,759

7  Attorneys for Plaintiffs
   DEBORAH D. PETERSON, Personal Representatives
8  of the Estate of James C. Knipple (Dec.), et. al.

9                 UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12

13 | DEBORAH D. PETERSON, Personal | ) | CASE NO. 3:08-mc-80030-JSW (BZ) |
   | Representative of the Estate of James C. | ) | |
   | Knipple (Dec.), et. al., | ) | CERTIFICATE OF GOOD FAITH ATTEMPT |
14 | | ) | TO RESOLVE THE DISCOVERY DISPUTE; |
   |         Plaintiffs, | ) | AND |
15 | | ) | |
   | vs. | ) | DECLARATION OF DAVID J. COOK, ESQ. |
16 | | ) | IN SUPPORT OF MOTION TO COMPEL |
   | ISLAMIC REPUBLIC OF IRAN, et al., | ) | RESPONSE TO POST-JUDGMENT |
17 | | ) | DISCOVERY |
   |         Defendants. | ) | |
18 | _____ | ) | Date:  December 17, 2008 |

19                                          Time: 10:00 a.m.
                                            Courtroom: G, 15th Floor
                                            Magistrate Judge: Bernard Zimmerman
20

21       I, DAVID J. COOK, hereby declare and state as follows:

22       1. I am one of the attorneys of record for Plaintiffs herein, am duly licensed to practice

23 before all Courts in this State, and am familiar with the facts and circumstances as set forth below.

24       2. Plaintiffs propounded the POST-JUDGMENT INTERROGATORIES AND REQUEST

25 FOR PRODUCTION OF DOCUMENTS, a true and correct copy of which is attached hereto

26 marked *Exhibit "A."*

27       3. Plaintiffs forwarded that meet and confer letter to Defendants dated September 2, 2008

28 via U.S. Mail and email, a true and correct copy which is attached hereto marked *Exhibit "B,*`

CERTIFICATE OF GOOD FAITH ATTEMPT TO RESOLVE THE DISCOVERY DISPUTE: AND
DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION TO COMPEL RESPONSE TO
POST-JUDGMENT DISCOVERY - CASE NO. 3:08-mc-80030-JSW (BZ)                                    1

1  along with the email transmittal sheet.  Declarant has not received a response from the Defendant

2  in any form or manner.

3       4.  Declarant herein has expended approximately 1.5 hours in the preparation of this

4  motion to compel discovery, anticipates about 2 hours in the final preparation, travel and

5  appearance time thereof, and .5 hours in the preparation of the post hearing order herein.

6  Declarant's hourly rate is $425.00 an hour for a total compensation in the amount of $1,700.00.

7       I declare under penalty of perjury that the foregoing is true and correct.

8       Executed on October 28, 2008.

9

10                     /s/ David J. Cook
                   DAVID J. COOK (SB# 060859)

11

12  F:\USERS\DJCNEW\petersonsf.cplpdis

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF GOOD FAITH ATTEMPT TO RESOLVE THE DISCOVERY DISPUTE: AND
DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION TO COMPEL RESPONSE TO
POST-JUDGMENT DISCOVERY - CASE NO. 3:08-mc-80030-JSW (BZ)

2

# EXHIBIT "A"

1 | **DAVID J. COOK, ESQ. (State Bar # 060859)**
**ROBERT J. PERKISS, ESQ. (State Bar # 62386)**
2 | **COOK COLLECTION ATTORNEYS**
**A PROFESSIONAL LAW CORPORATION**
3 | 165 Fell Street
San Francisco, CA  94102
4 | Mailing Address: P.O. Box 270
San Francisco, CA  94104-0270
5 | Tel: (415) 989-4730
Fax: (415) 989-0491
6 | File No. 52,759

7 | Attorneys for Plaintiffs DEBORAH D. PETERSON, Personal Representatives
of the Estate of James C. Knipple (Dec.), et. al.

8 |
UNITED STATES DISTRICT COURT

9 |
NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION

10 |

11 | DEBORAH D. PETERSON,     )   CASE NO. 3:08-mc-80030-JSW (BZ)
Personal Representative of the    )
12 | Estate of James C. Knipple (Dec.),   )   POST-JUDGMENT
et. al.,            )   INTERROGATORIES AND REQUEST
13 |       Plaintiffs,      )   FOR PRODUCTION OF DOCUMENTS
             )   PURSUANT TO C.C.P. §§ 708.020 AND
14 | vs.             )   708.030 AND FEDERAL RULES OF
             )   CIVIL PROCEDURE 69(a)
15 | ISLAMIC REPUBLIC OF IRAN,   )
et al.,            )
16 |       Defendants.     )
             )
17 | ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

18 | PROPOUNDING PARTY:    Plaintiffs DEBORAH D. PETERSON etc. et. al.
               [hereinafter "PLAINTIFFS"]
19 |
RESPONDING PARTY:     Defendant ISLAMIC REPUBLIC OF IRAN
20 |                [hereinafter "YOU" and/or "YOUR" AND
               INCLUDES ANY AGENCIES OR
21 |                INSTRUMENTALITIES OF THE ISLAMIC
               REPUBLIC OF IRAN]
22 |
SET NUMBER:        ONE POST JUDGMENT INTERROGATORIES
23 |                AND REQUEST FOR PRODUCTION OF
               DOCUMENTS
24 |
SET NUMBER:        ONE
25 |
    TO DEFENDANT ISLAMIC REPUBLIC OF IRAN, AND TO ITS
26 |
AGENCIES AND INSTRUMENTALITIES:
27 |
    PLAINTIFFS hereby request that YOU answer the following Interrogatories
28 |
for the purpose of payment of the judgment and which is unpaid, as follows:

## INTERROGATORY NO. 1.

Please state YOUR current stated address of the president of YOUR country for purpose of service of process of any legal documents.

YOUR ANSWER:

POST-JUDGMENT INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS PURSUANT TO C.C.P. §§ 708.020 AND 708.030 AND F.R.C.P.69(a) - CASE NO. 3:08-mc-80030-JSW (BZ)

2

## INTERROGATORY NO. 2.

Please state the name, address, and telephone number of each financial institution in which YOU are a signatory, have an interest, ownership, title, access, or use of or to any accounts which are located in the UNITED STATES, and the account number thereof.

Please also provide the name, address, and telephone number of the person who holds title to the assets as described in YOUR answer to this interrogatory, if other than YOURSELF.

YOUR ANSWER:

1  **INTERROGATORY NO. 3.**

2      Please state the name, address and telephone number of any agency and

3  instrumentality under YOUR control, ownership or dominion which has established

4  an account with any financial institution in which YOU or YOUR agency and/or

5  instrumentality are a signatory in any capacity, have access to the funds thereof,

6  ability to deposit and transfer funds, hold the benefit interest therein, or title thereto,

7  which are located in the UNITED STATES, and the name, address, and telephone

8  number of the financial institution and the account number thereof.

9      Please also provide the name, address, and telephone number of the person

10 who holds title to the assets as described in YOUR answer to this interrogatory if

11 other than YOURSELF.

12     YOUR ANSWER:

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## INTERROGATORY NO. 4.

Please state the name, address, telephone number of any stockbroker, bank, financial institution, clearing house, international bank, trust company, insurance company or any other financial institution which holds for YOUR benefit any mutual funds, stocks, bonds, securities, positions in any securities, instruments, debentures, warrants or other medium of money, cash, or other accounts on YOUR behalf, which are located in the UNITED STATES, and the account number thereof including the account number of the stock, bonds, positions, securities and identifying numbers.

Please also provide the name, address, and telephone number of the person who holds title to the assets as described in YOUR answer to this interrogatory, if other than YOURSELF.

YOUR ANSWER:

## INTERROGATORY NO. 5.

Please state the names, address, telephone number, and address of every person, located in the UNITED STATES who owes, may owe, or owes money in which the obligation is conditional or contingent, to YOU for any reason, the nature and description of the obligation, and the amount owed.

Please also provide the name, address, and telephone number of the person who holds title to the assets, if other than YOURSELF.

YOUR ANSWER:

1    **INTERROGATORY NO. 6.**

2          Please describe all real or personal property, including tangible and

3    intangible, by the address, and/or other legal description, in which YOU have an

4    interest, as either legal or beneficial owner, or through any alter ego, surrogate,

5    nominee or third party which are in the UNITED STATES, and the value therein.

6          If personal property, please describe the same in detail, along with the name,

7    address and telephone number of the person or persons who have custody thereof.

8          Please also provide the name, address, and telephone number of the person

9    who holds title to the assets as described in YOUR answer to this interrogatory, if

10   other than YOURSELF.

11         YOUR ANSWER:

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**INTERROGATORY NO. 7.**

Please describe all of YOUR personal property not previously disclosed, by the description thereof, location, value therein, and name, address and telephone number of the custodian thereof, which are in the UNITED STATES.

Please also provide the name, address, and telephone number of the person who holds title to the assets described in YOUR answer to this interrogatory, if other than YOURSELF.

YOUR ANSWER:

## INTERROGATORY NO. 8.

Please state the name, address and telephone number of every clearing house, financial institution, trading house, brokerage house in which YOU own or control an account therein, have a legal or beneficial interest therein, have access thereto, or may transfer funds or assets therefrom which are located in the UNITED STATES, and the account or other identifying number thereof.

Please also provide the name, address, and telephone number of the person who holds title to the assets described in YOUR answer to this interrogatory, if other than YOURSELF.

YOUR ANSWER:

## INTERROGATORY NO. 9.

Please describe all other assets of which YOU, or any of YOUR agencies and instrumentalities, have an interest therein, whether under YOUR name, or in which YOU are a trustee, settlor, beneficiary of any trust, member, partner, stockholder, agent, employee, consultant of any trust, limited liability company, corporation, or partnership as owner of such assets which are located in the UNITED STATES.

Please also provide the name, address, and telephone number of the person who holds title to the assets described in YOUR answer to this interrogatory, if other than YOURSELF.

YOUR ANSWER:

POST-JUDGMENT INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS PURSUANT TO C.C.P. §§ 708.020 AND 708.030 AND F.R.C.P.69(a) - CASE NO. 3:08-mc-80030-JSW (BZ)

10

## INTERROGATORY NO. 10.

Please state the name, address and telephone number of any, corporation, limited liability company, general partnership, limited partnership, holding company, or other entity in which YOU, or any of YOUR agencies or instrumentalities, are a shareholder, owner, equitable owner, officer, director, member, participant, managing agent, employee, consultant, and who paid YOU or from whom YOU, or any person on YOUR behalf, received any monies, funds, or property for any reason within 24 months, any of which are located in the UNITED STATES.

Please also provide the name, address, and telephone number of the person who holds title to the assets described in YOUR answer to this interrogatory, if other than YOURSELF.

YOUR ANSWER:

**INTERROGATORY NO. 11.**

Please state each source of cash, cash flow, payments, loan income, royalties, licensing fees, syndication fees, partnership draws or income, any other income, revenues, profits, or proceeds for the last five years, including the name, address and telephone number of the person paying, or obligated to pay, such income, the amount on a monthly basis, received, paid, due to, owed to, in favor of, for the benefit of, in trust for, in the name of, owned by, in part or in whole, YOU, or any person on YOUR behalf, and the current balance due including all such sources of income, revenue, profits, or proceeds now owed or which may be owed in the future, in which the source of income is due from any entity which are located in the UNITED STATES.

Please also provide the name, address, and telephone number of the person who holds title to the assets described in YOUR answer to this interrogatory, if other than YOURSELF.

YOUR ANSWER:

1 | **INTERROGATORY NO. 12.**

2 |      Please state whether YOU are entitled to any recovery, dividend, distribution,

3 | monies, distribution of monies or property from any person, or party, now or in the

4 | future, such and including from any estate, probate, trust, bankruptcy estate,

5 | receivership, fund, stock broker, lawsuit, settlement, annuity, attorney, profit

6 | sharing plan, or other person which are located in the UNITED STATES.

7 |      Please state the name, address and telephone number of the person or persons

8 | who are the obligor on any obligation as set forth in YOUR answer to this

9 | Interrogatory.

10 |      YOU ANSWER:

*Verification*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _____ day of _____, 2007.

_____

**Name**                              **Title**

1  ### *REQUEST FOR PRODUCTION OF DOCUMENTS*

2  PROPOUNDING PARTY:      Plaintiffs DEBORAH D. PETERSON etc. et. al.
                           [hereinafter "PLAINTIFFS"]
3
   RESPONDING PARTY:       Defendant ISLAMIC REPUBLIC OF IRAN
4                          [hereinafter "YOU" and/or "YOUR" AND
                           INCLUDES ANY AGENCIES OR
5                          INSTRUMENTALITIES OF THE ISLAMIC
                           REPUBLIC OF IRAN]
6  SET NUMBER:             ONE

7       TO DEFENDANT ISLAMIC REPUBLIC OF IRAN, AND TO ITS

8  ATTORNEYS OF RECORD:

9       PLEASE TAKE NOTICE that on the 10rd day of September 2008 at the hour

10 of 10:00 a.m. at the offices of Cook Collection Attorneys, A Professional

11 Corporation, whose address is 165 Fell Street, San Francisco, CA 94102,

12 PLAINTIFF DEBORAH D. PETERSON etc. et. al., will and does hereby request

13 the production of all of the below-listed books, records, papers and files Federal

14 Rules of Civil Procedure 69 and C.C.P. § 708.030(a), and for an opportunity to

15 review, inspect, copy and return the same, as follows:

16      1. All books, records, letters, papers, files, and other writings, or any one of

17 the same, which show, evidence or indicate any of YOUR assets located in the

18 UNITED STATES.

19      2. Any and all books, bills, writings, or other documents which show or

20 evidence any claim of money which YOU have against any person, located in the

21 UNITED STATES.

22      3. All books, records, letters, papers, files, and other writings, or any one and

23 the same, which show, evidence or indicate, any personal property and real property

24 which YOU own which has a value in excess of $500, located in the UNITED

25 STATES.

26      4. All books, records, letters, papers, files, and other writings, or any one of

27 the same, which show, evidence or indicate, directly or indirectly, YOUR interest,

28 ownership, or claim, in and to any cause of action, chose, claim, judgment, account,

1  and/or account receivable, located in the UNITED STATES.

2      5. Any and all writings which show, evidence, or indicate, that YOU are

3  owed or due money by or from any person, located in the UNITED STATES.

4      6. Any all records, including banking records, records from any stockbroker,

5  bank, financial institution, clearing house, international bank, trust company,

6  insurance company or any other financial institution which show evidence or

7  indicate the present location, or name, address, and telephone number of the

8  custodian of any funds in which YOU are a signatory, have any interest, whether

9  beneficial or otherwise, which are located in the UNITED STATES.

10     PLAINTIFFS hereby request that YOU produce all of the ORIGINAL books,

11  letters, papers and files, for the purposes of review, inspection, copying and return.

12  DATED:  July 26, 2008            COOK COLLECTION ATTORNEYS, PLC.

13

14                          By: _____
                            David J. Cook, Esq. (SB# 060859)
15                          Attorney for Plaintiffs DEBORAH D.
                            PETERSON etc. et. al.

16
    F:\USERS\DJCNEW\peterson.sf.pdis
17

18

19

20

21

22

23

24

25

26

27

28

1  **DAVID J. COOK, ESQ. (State Bar # 060859)**
   **ROBERT J. PERKISS, ESQ. (State Bar # 62386)**
2  **COOK COLLECTION ATTORNEYS**
   **A PROFESSIONAL LAW CORPORATION**
3  165 Fell Street
   San Francisco, CA  94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA  94104-0270
5  Tel.: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,759

7  Attorneys for Plaintiffs
   DEBORAH D. PETERSON, Personal Representatives
8  of the Estate of James C. Knipple (Dec.), et al.

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12
   DEBORAH D. PETERSON,              )    CASE NO. 3:08-mc-80030-JSW (BZ)
13 Personal Representative of the    )
   Estate of James C. Knipple (Dec.),)
14 et al.,                           )    PROOF OF SERVICE OF POST-
                                     )    JUDGMENT INTERROGATORIES
15           Plaintiffs,             )    AND REQUEST FOR PRODUCTION
                                     )    OF DOCUMENTS PURSUANT TO
16 vs.                               )    C.C.P. §§ 708.020 AND 708.030
                                     )
17 ISLAMIC REPUBLIC OF IRAN,         )
   et al.,                           )
18                                   )
             Defendants.             )
19 _____
20 ‾‾‾
   HIS EXCELLENCY AYATOLLAH          ISLAMIC REPUBLIC OF IRAN
21 SAYED 'ALI KHAMENEI               acting through its MINISTRY OF
   THE OFFICE OF THE SUPREME         DEFENSE AND SUPPORT FOR
22 LEADER                            ARMED FORCES
   Islamic Republic Street           No. 1 Shahid Kaboli Street Beginning
23 Shahid Keshvar Doust Street       of Resalat Highway Seyyed Khandan
   Tehran, Islamic Republic of Iran  Bridge
24                                   P.O. Box 16765-1479 Tehran, Iran
   HIS EXCELLENCY MAHMOUD            Attn: President Mahmoud
25 AHMADINEJAD THE PRESIDENT         Ahmadinejad or Responsible Officer
   Palestine Avenue                  or Agent for Service of Process
26 Azerbaijan Intersection
   Tehran, Islamic Republic of Iran  ISLAMIC REPUBLIC OF IRAN
27                                   Khomeini Avenue
   ISLAMIC REPUBLIC OF IRAN          United Nations Street
28 Pasadaran Avenue Golestan Yekom   Teheran, Iran ATTN: President
   Teheran, Iran ATTN: President     Mahmoud Ahmadinejad or
   Mahmoud Ahmadinejad or            Responsible Officer or Agent for
   Responsible Officer or Agent for  Service of Process
   Service of Process

1  Director, Human Rights Headquarters
   of Iran
2  HIS EXCELLENCY MOHAMMAD
   JAVAD LARIJANI
3  c/o Office of the Deputy for
   International Affairs Ministry of
4  Justice
   Ministry of Justice Building
5  Panzdah-Khordad (Ark) Square
   Tehran, Islamic Republic of Iran
6
   Minister of Intelligence
7  GHOLAM HOSSEIN MOHSENI
   EJEIE
8  MINISTRY OF INTELLIGENCE
   Second Negarestan Street
9  Pasdaran Avenue
   Tehran, Islamic Republic of Iran
10
   Head of the Judiciary
11 AYATOLLAH MAHMOUD
   HASHEMI SHAHROUDI Howzeh
12 Riyasat-e Qoveh Qazaiyeh Office of
   the Head of the Judiciary
13 Pasteur Street, Vali Asr Avenue
   South of Serah-e Jomhouri
14 Tehran 1316814737 Islamic Republic
   of Iran
15
   MINISTRY OF ROADS AND
16 TRANSPORTATION
   Attn: MOHAMMED RAHMATI
17 MINISTER OF ROAD AND
   TRANSPORTATION
18 Taleghani Avenue Tehran, Iran
19 ALI TAHERI DEPUTY MINISTER
   AND MANAGING DIRECTOR
20 PORT & SHIPPING
   ORGANIZATION OF THE ISLAMIC
21 REPUBLIC OF IRAN Building No. 2
   South Didar Street Shahid Hagnai
22 Expressway,Vanak Square Tehran,
   Iran
23
   NATIONAL IRANIAN OIL
24 REFINING AND DISTRIBUTION
   COMPANY
25 Opposite of Arak Alley Ostad
   Nejatollahi Ave. Zip Code 15989
26 P.O. Box 15815/3499
   Tehran, Iran
27 ATTN: Responsible Officer or Agent
   for Service of Process
28

MINISTRY OF PETROLEUM OF
THE
ISLAMIC REPUBLIC OF IRAN
HAFEZ CROSSING
Taleghani Avenue
Tehran, Iran
ATTN: Responsible Officer or Agent
for Service of Process

NATIONAL IRANIAN OIL
PRODUCTS DISTRIBUTION
COMPANY
Bahar St, Somaya Corner
Tehran 15617/ 33315 P.O .Box 6165
Tehran ATTN: Responsible Officer or
Agent for Service of Process

NATIONAL IRANIAN OIL
COMPANY
Hafez Crossing
Taleghani Avenue
Tehran, Iran
ATTN: Responsible Officer or Agent
for Service of Process

JEFFREY S. BUCHHOLTZ
(Acting) Assistant Attorney General
THOMAS P. O'BRIEN
United States Attorney
JOSEPH H. HUNT
Director, Federal Programs Branch
VINCENT M. GARVEY
Deputy Director, Federal Programs
Branch
HANNAH Y.S. CHANOINE
Trial Attorney, Federal Programs
Branch
20 Massachusetts Avenue NW,
Room 7340 (Courier)
Washington, D.C. 20001
P.O. Box 883
Washington, D.C. 20044

Jennifer Paisner
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs
Branch
P.O. Box 883, Room 6108
Washington, DC 20044

Vincent M. Garvey
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs
Branch
P.O. Box 883
Washington, DC 20044–0883

1 | Rupa Bhattacharyya                    Thomas G. Corcoran
  | U.S. DEPARTMENT OF JUSTICE            Berliner Corcoran & Rowe, LLP
2 | Civil Division                        1101 17th Avenue
  | P.O. Box 883                          Washington, DC 20036-5555
3 | Washington, DC 20530

4 | ATTORNEY GENERAL'S OFFICE             Thomas Justin Cunningham
  | US DEPARTMENT OF JUSTICE              Locke Lord Bissell & Liddell LLP
5 | 950 Pennsylvania Avenue, NW           111 South Wacker Drive
  | Washington, D.C. 20530-0001           Chicago, IL 60606
6 | ATTN: MICHAEL B. MUKASEY

7 | DEPARTMENT OF TREASURY
  | OFFICE OF FOREIGN ASSETS
8 | CONTROL
  | 1500 Pennsylvania Avenue, NW
9 | Washington, D.C. 20220
  | Attn: TREASURY SECRETARY
10|      HENRY M. PAULSON, JR.

11

12

13 | I declare:

14 | I am employed in the County of San Francisco, California. I am over the age
   | of eighteen (18) years and not a party to the within cause. My business address is
15 | 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the
   | attached:

16 | POST-JUDGMENT INTERROGATORIES AND REQUEST FOR
   | PRODUCTION OF DOCUMENTS PURSUANT TO C.C.P. §§ 708.020
17 | AND 708.030
   | on the above-named person(s) by:

18

19 | __XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope
   | with postage thereon fully prepaid, in the UNITED STATES mail at San Francisco,
20 | California, addressed to the person(s) served above.

21 | I declare under penalty of perjury that the foregoing is true and correct.

22 | Executed on July 26, 2008.

23 |                          ___/s/ DAVID J. COOK_____

24 |                          DAVID J. COOK

25

26

27

28

# EXHIBIT "B"

 **COOK**®

September 2, 2008

COOK® COLLECTION ATTORNEYS®, PLC
ATTORNEYS AT LAW

NORTHERN CALIFORNIA OFFICE:
165 FELL STREET
SAN FRANCISCO, CA 94102-5106
MAIL:
P.O. BOX 270
SAN FRANCISCO, CA 94104-0270

TEL.: (415) 989-4730
FAX: (415) 989-0491

LOS ANGELES:
TEL.: 213-620-8600
FAX: 213-620-1399

ORANGE COUNTY:
TEL.: 714-241-1880
FAX: 714-241-1879

HIS EXCELLENCY AYATOLLAH SAYED
'ALI KHAMENEI
THE OFFICE OF THE SUPREME LEADER
Islamic Republic Street
Shahid Keshvar Doust Street
Tehran, Islamic Republic of Iran
Email: istiftaa@wilayah.org

PRESIDENT DR. AHMADINEJAD
HIS EXCELLENCY MAHMOUD AHMADINEJAD
THE PRESIDENT
Palestine Avenue
Azerbaijan Intersection
Tehran, Islamic Republic of Iran
Email dr-ahmadinejad@president.ir

ISLAMIC REPUBLIC OF IRAN
Pasadaran Avenue Golestan Yekom
Teheran, Iran ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for
Service of Process

ISLAMIC REPUBLIC OF IRAN
acting through its MINISTRY OF DEFENSE AND SUPPORT FOR ARMED FORCES
No. 1 Shahid Kaboli Street Beginning of Resalat Highway Seyyed Khandan Bridge
P.O. Box 16765-1479 Tehran, Iran
Attn: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process

ISLAMIC REPUBLIC OF IRAN
Khomeini Avenue
United Nations Street
Teheran, Iran ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for
Service of Process

Director, Human Rights Headquarters of Iran
HIS EXCELLENCY MOHAMMAD JAVAD LARIJANI
c/o Office of the Deputy for International Affairs Ministry of Justice
Ministry of Justice Building
Panzdah-Khordad (Ark) Square
Tehran, Islamic Republic of Iran



Minister of Intelligence
GHOLAM HOSSEIN MOHSENI EJEIE
MINISTRY OF INTELLIGENCE
Second Negarestan Street
Pasdaran Avenue
Tehran, Islamic Republic of Iran

Head of the Judiciary
AYATOLLAH MAHMOUD HASHEMI SHAHROUDI Howzeh Riyasat-e Qoveh Qazaiyeh
Office of the Head of the Judiciary
Pasteur Street, Vali Asr Avenue
South of Serah-e Jomhouri
Tehran 1316814737 Islamic Republic of Iran
Email: ijpr@iranjudiciary.org

Re:    Peterson v. Islamic Republic of Iran
       United States District Court, Northern District of California
       Case No. 3:08-mc-80030-JSW (BZ)          Our File No. 52,759

Gentlemen:

As you know, this office represents the Plaintiffs in the above-entitled action, and on July 26, 2008, we served you with the First Set of Post-Judgment Interrogatories and Request for Production of Documents, a copy of which we enclose. We have not received a response, either in part or in whole, or a request for a continuance, much less any other communication in response to this discovery.

Accordingly, we are engaging in the process of meeting and conferring with you in an attempt to determine the reason, basis, or justification for your failure or refusal to respond to this outstanding discovery. We look forward to receiving such communication from you within 10 days from and after the date of this letter. If we do not receive such communication from you, we shall presume that you have no basis, either in part or in whole, by which to decline responding to the outstanding discovery, which will accordingly justify the filing and service by our offices of a motion to compel discovery, or such other relief as permitted under FRCP 37, which may including, but is not limited to, an evidence and/or issue sanction, as the case may be.

We are forwarding this letter to you by way of email to all known email addresses used by you and U.S. Mail.

Very truly yours,

David J. Cook
DJC:kj
Enclosure
F:\USERS\DJCNEW\LETTER\petersonmeet&confer.ltr

# Karene Jen

**From:** Karene Jen [kjen@cookcollectionattorneys.com]

**Sent:** Tuesday, September 02, 2008 4:43 PM

**To:** 'istiftaa@wilayah.org'; 'dr-ahmadinejad@president.ir'; 'ijpr@iranjudiciary.org'

**Subject:** Peterson v. Islamic Republic of Iran, United States District Court, Northern District of California

eet and confer letter from David J. Cook re: post-judgment discovery.