1  DAVID J. COOK, ESQ. (State Bar # 060859)
   ROBERT J. PERKISS, ESQ. (State Bar # 62386)
2  COOK COLLECTION ATTORNEYS
   A PROFESSIONAL LAW CORPORATION
3  165 Fell Street
   San Francisco, CA 94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA 94104-0270
5  Tel.: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,759

7  Attorneys for Plaintiffs
   DEBORAH D. PETERSON, Personal Representatives
8  of the Estate of James C. Knipple (Dec.), et. al.

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12
   DEBORAH D. PETERSON, Personal        )   CASE NO. 3:08-mc-80030-JSW (BZ)
13 Representative of the Estate of James C. )
   Knipple (Dec.), et. al.,              )   SEPARATE STATEMENT OF FACTS IN
14                                       )   SUPPORT OF MOTION TO COMPEL
                Plaintiffs,              )   RESPONSE TO POST-JUDGMENT
15                                       )   DISCOVERY
   vs.                                   )
16                                       )
   ISLAMIC REPUBLIC OF IRAN, et al.,     )   Date:  December 17, 2008
17                                       )   Time:  10:00 a.m.
                Defendants.              )   Courtroom: G, 15th Floor
18 _____)   Magistrate Judge: Bernard Zimmerman

19       COMES NOW Plaintiffs DEBORAH D. PETERSON, Personal Representative of the

20 Estate of James C. Knipple (Dec.), et. al., who hereby submit their SEPARATE STATEMENT OF

21 FACTS IN SUPPORT OF MOTION TO COMPEL RESPONSE TO POST-JUDGMENT

22 DISCOVERY, as follows:

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

SEPARATE STATEMENT OF FACTS IN SUPPORT OF MOTION TO COMPEL RESPONSE TO
POST-JUDGMENT DISCOVERY - CASE NO. 3:08-mc-80030-JSW (BZ)                    1

## POST-JUDGMENT INTERROGATORIES:

**INTERROGATORY NO. 1.**

Please state YOUR current stated address of the president of YOUR country for purpose of service of process of any legal documents.

**RESPONSE TO INTERROGATORY NO. 1:**

No response received.

**INTERROGATORY NO. 2.**

Please state the name, address, and telephone number of each financial institution in which YOU are a signatory, have an interest, ownership, title, access, or use of or to any accounts which are located in the UNITED STATES, and the account number thereof.

Please also provide the name, address, and telephone number of the person who holds title to the assets as described in YOUR answer to this interrogatory, if other than YOURSELF.

**RESPONSE TO INTERROGATORY NO. 2:**

No response received.

**INTERROGATORY NO. 3.**

Please state the name, address and telephone number of any agency and instrumentality under YOUR control, ownership or dominion which has established an account with any financial institution in which YOU or YOUR agency and/or instrumentality are a signatory in any capacity, have access to the funds thereof, ability to deposit and transfer funds, hold the benefit interest therein, or title thereto, which are located in the UNITED STATES, and the name, address, and telephone number of the financial institution and the account number thereof.

Please also provide the name, address, and telephone number of the person who holds title to the assets as described in YOUR answer to this interrogatory if other than YOURSELF.

**RESPONSE TO INTERROGATORY NO. 3:**

No response received.

**INTERROGATORY NO. 4.**

Please state the name, address, telephone number of any stockbroker, bank, financial institution, clearing house, international bank, trust company, insurance company or any other

financial institution which holds for YOUR benefit any mutual funds, stocks, bonds, securities, positions in any securities, instruments, debentures, warrants or other medium of money, cash, or other accounts on YOUR behalf, which are located in the UNITED STATES, and the account number thereof including the account number of the stock, bonds, positions, securities and identifying numbers.

Please also provide the name, address, and telephone number of the person who holds title to the assets as described in YOUR answer to this interrogatory, if other than YOURSELF.

**RESPONSE TO INTERROGATORY NO. 4:**

No response received.

**INTERROGATORY NO. 5.**

Please state the names, address, telephone number, and address of every person, located in the UNITED STATES who owes, may owe, or owes money in which the obligation is conditional or contingent, to YOU for any reason, the nature and description of the obligation, and the amount owed.

Please also provide the name, address, and telephone number of the person who holds title to the assets, if other than YOURSELF.

**RESPONSE TO INTERROGATORY NO. 5:**

No response received.

**INTERROGATORY NO. 6.**

Please describe all real or personal property, including tangible and intangible, by the address, and/or other legal description, in which YOU have an interest, as either legal or beneficial owner, or through any alter ego, surrogate, nominee or third party which are in the UNITED STATES, and the value therein.

If personal property, please describe the same in detail, along with the name, address and telephone number of the person or persons who have custody thereof.

Please also provide the name, address, and telephone number of the person who holds title to the assets as described in YOUR answer to this interrogatory, if other than YOURSELF.

**RESPONSE TO INTERROGATORY NO. 6:**

No response received.

**INTERROGATORY NO. 7.**

Please describe all of YOUR personal property not previously disclosed, by the description thereof, location, value therein, and name, address and telephone number of the custodian thereof, which are in the UNITED STATES.

Please also provide the name, address, and telephone number of the person who holds title to the assets described in YOUR answer to this interrogatory, if other than YOURSELF.

**RESPONSE TO INTERROGATORY NO. 7:**

No response received.

**INTERROGATORY NO. 8.**

Please state the name, address and telephone number of every clearing house, financial institution, trading house, brokerage house in which YOU own or control an account therein, have a legal or beneficial interest therein, have access thereto, or may transfer funds or assets therefrom which are located in the UNITED STATES, and the account or other identifying number thereof.

Please also provide the name, address, and telephone number of the person who holds title to the assets described in YOUR answer to this interrogatory, if other than YOURSELF.

**RESPONSE TO INTERROGATORY NO. 8:**

No response received.

**INTERROGATORY NO. 9.**

Please describe all other assets of which YOU, or any of YOUR agencies and instrumentalities, have an interest therein, whether under YOUR name, or in which YOU are a trustee, settlor, beneficiary of any trust, member, partner, stockholder, agent, employee, consultant of any trust, limited liability company, corporation, or partnership as owner of such assets which are located in the UNITED STATES.

Please also provide the name, address, and telephone number of the person who holds title to the assets described in YOUR answer to this interrogatory, if other than YOURSELF.
SEPARATE STATEMENT OF FACTS IN SUPPORT OF MOTION TO COMPEL RESPONSE TO POST-JUDGMENT DISCOVERY - CASE NO. 3:08-mc-80030-JSW (BZ)

4

**RESPONSE TO INTERROGATORY NO. 9:**

No response received.

**INTERROGATORY NO. 10.**

Please state the name, address and telephone number of any, corporation, limited liability company, general partnership, limited partnership, holding company, or other entity in which YOU, or any of YOUR agencies or instrumentalities, are a shareholder, owner, equitable owner, officer, director, member, participant, managing agent, employee, consultant, and who paid YOU or from whom YOU, or any person on YOUR behalf, received any monies, funds, or property for any reason within 24 months, any of which are located in the UNITED STATES.

Please also provide the name, address, and telephone number of the person who holds title to the assets described in YOUR answer to this interrogatory, if other than YOURSELF.

**RESPONSE TO INTERROGATORY NO. 10:**

No response received.

**INTERROGATORY NO. 11.**

Please state each source of cash, cash flow, payments, loan income, royalties, licensing fees, syndication fees, partnership draws or income, any other income, revenues, profits, or proceeds for the last five years, including the name, address and telephone number of the person paying, or obligated to pay, such income, the amount on a monthly basis, received, paid, due to, owed to, in favor of, for the benefit of, in trust for, in the name of, owned by, in part or in whole, YOU, or any person on YOUR behalf, and the current balance due including all such sources of income, revenue, profits, or proceeds now owed or which may be owed in the future, in which the source of income is due from any entity which are located in the UNITED STATES.

Please also provide the name, address, and telephone number of the person who holds title to the assets described in YOUR answer to this interrogatory, if other than YOURSELF.

**RESPONSE TO INTERROGATORY NO. 11:**

No response received.

**INTERROGATORY NO. 12.**

Please state whether YOU are entitled to any recovery, dividend, distribution, monies,

1 distribution of monies or property from any person, or party, now or in the future, such and
2 including from any estate, probate, trust, bankruptcy estate, receivership, fund, stock broker,
3 lawsuit, settlement, annuity, attorney, profit sharing plan, or other person which are located in the
4 UNITED STATES.

Please state the name, address and telephone number of the person or persons who are the obligor on any obligation as set forth in YOUR answer to this Interrogatory.

**RESPONSE TO INTERROGATORY NO. 12:**

No response received.

## REQUEST FOR PRODUCTION OF DOCUMENTS

1. All books, records, letters, papers, files, and other writings, or any one of the same, which show, evidence or indicate any of YOUR assets located in the UNITED STATES.

**RESPONSE TO REQUEST NO. 1:**

No response received.

2. Any and all books, bills, writings, or other documents which show or evidence any claim of money which YOU have against any person, located in the UNITED STATES.

**RESPONSE TO REQUEST NO. 2:**

No response received.

3. All books, records, letters, papers, files, and other writings, or any one and the same, which show, evidence or indicate, any personal property and real property which YOU own which has a value in excess of $500, located in the UNITED STATES.

**RESPONSE TO REQUEST NO. 3:**

No response received.

4. All books, records, letters, papers, files, and other writings, or any one of the same, which show, evidence or indicate, directly or indirectly, YOUR interest, ownership, or claim, in and to any cause of action, chose, claim, judgment, account, and/or account receivable, located in the UNITED STATES.

**RESPONSE TO REQUEST NO. 4:**

No response received.

5. Any and all writings which show, evidence, or indicate, that YOU are owed or due money by or from any person, located in the UNITED STATES.

**RESPONSE TO REQUEST NO. 5:**

No response received.

6. Any all records, including banking records, records from any stockbroker, bank, financial institution, clearing house, international bank, trust company, insurance company or any other financial institution which show evidence or indicate the present location, or name, address, and telephone number of the custodian of any funds in which YOU are a signatory, have any interest, whether beneficial or otherwise, which are located in the UNITED STATES.

**RESPONSE TO REQUEST NO. 6:**

No response received.

DATED: October 28, 2008                COOK COLLECTION ATTORNEYS

By:___/s/ David J. Cook_____
DAVID J. COOK (SB# 060859)
Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal
Representatives of the Estate of James C. Knipple
(Dec.), et. al.

F:\USERS\DJCNEW\petersonsf.cplpdis