DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ. (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel.: (415) 989-4730
Fax: (415) 989-0491
File No. 52,759

Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
of the Estate of James C. Knipple (Dec.), et. al.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et. al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>Defendants. | CASE NO. 3:08-mc-80030-JSW (BZ)<br><br>[PROPOSED] ORDER GRANTING MOTION TO COMPEL RESPONSE TO POST-JUDGMENT DISCOVERY |

Based upon the moving papers for a MOTION TO COMPEL RESPONSE TO POST-JUDGMENT DISCOVERY PURSUANT TO F.R.C.P. 69 AND C.C.P. §§ 708.010, 708.020 and 708.030, and for good cause appearing, therefore,

IT IS HEREBY ORDERED as follows:

1. Defendants shall respond within 15 days from date of service of a Notice of Order granting this motion.

2. Defendants shall fully and completely respond to each items of discovery herein.

3. All objections to each item of discovery are waived, including but not limited to, attorney-client privilege, work product privilege, the right to refer to certain documents, abstracts or compilation under C.C.P. ¶ 2030.290(a)&(b), and the right to object to form or substance under

1  C.C.P. ¶¶ 2030.230 and 2030.240.

2      4. Defendants are compelled to produce all of those certain books, letters. papers and files
3  as listed on the POST JUDGMENT INTERROGATORIES AND REQUEST FOR
4  PRODUCTION OF DOCUMENTS pursuant to C.C.P. § 2031.320.

5      5. Monetary sanctions are imposed against Defendants in the amount of $_____.

7  DATED: _____

                                          BERNARD ZIMMERMAN
                                          MAGISTRATE JUDGE OF THE
                                          UNITED STATES DISTRICT COURT

10 F:\USERS\DJCNEW\petersonsf.cplpdis

[PROPOSED] ORDER GRANTING MOTION TO COMPEL RESPONSE TO POST- JUDGMENT DISCOVERY -
CASE NO. 3:08-mc-80030-JSW (BZ)

2