1 | DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ. (State Bar # 62386)
2 | COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
3 | 165 Fell Street
San Francisco, CA 94102
4 | Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
5 | Tel.: (415) 989-4730
Fax: (415) 989-0491
6 | File No. 52,759

7 | Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
8 | of the Estate of James C. Knipple (Dec.), et. al.

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12 |

13 | DEBORAH D. PETERSON, Personal ) CASE NO. 3:08-mc-80030-JSW (BZ)
Representative of the Estate of James C. )
Knipple (Dec.), et. al., )
14 | ) PROOF OF SERVICE
Plaintiffs, )
15 | )
vs. )
16 | )
ISLAMIC REPUBLIC OF IRAN, et al., )
17 | )
Defendants. )
18 | _____ )

19 | HIS EXCELLENCY AYATOLLAH SAYED  ISLAMIC REPUBLIC OF IRAN
'ALI KHAMENEI                    acting through its MINISTRY OF DEFENSE
20 | THE OFFICE OF THE SUPREME       AND SUPPORT FOR ARMED FORCES
LEADER                           No. 1 Shahid Kaboli Street Beginning of
21 | Islamic Republic Street          Resalat Highway Seyyed Khandan Bridge
Shahid Keshvar Doust Street      P.O. Box 16765-1479
22 | Tehran, Islamic Republic of Iran Tehran, Iran

23 | HIS EXCELLENCY MAHMOUD           Attn: President Mahmoud Ahmadinejad or
AHMADINEJAD THE PRESIDENT        Responsible Officer or Agent for Service of
24 | Palestine Avenue                 Process
Azerbaijan Intersection
25 | Tehran, Islamic Republic of Iran ISLAMIC REPUBLIC OF IRAN
Khomeini Avenue
26 | ISLAMIC REPUBLIC OF IRAN         United Nations Street
Pasadaran Avenue Golestan Yekom  Teheran, Iran ATTN: President Mahmoud
27 | Teheran, Iran ATTN: President Mahmoud  Ahmadinejad or Responsible Officer or
Ahmadinejad or Responsible Officer or   Agent for Service of Process
28 | Agent for Service of Process

PROOF OF SERVICE - CASE NO. 3:08-mc-80030-JSW (BZ)                                    1

| | |
|---|---|
| Director, Human Rights Headquarters of Iran<br>HIS EXCELLENCY MOHAMMAD<br>JAVAD LARIJANI<br>c/o Office of the Deputy for International<br>Affairs Ministry of Justice<br>Ministry of Justice Building<br>Panzdah-Khordad (Ark) Square<br>Tehran, Islamic Republic of Iran | HANNAH Y.S. CHANOINE<br>Trial Attorney, Federal Programs Branch<br>20 Massachusetts Avenue NW,<br>Room 7340 (Courier)<br>Washington, D.C. 20001<br>P.O. Box 883<br>Washington, D.C. 20044 |
| Minister of Intelligence<br>GHOLAM HOSSEIN MOHSENI EJEIE<br>MINISTRY OF INTELLIGENCE<br>Second Negarestan Street<br>Pasdaran Avenue<br>Tehran, Islamic Republic of Iran | ATTORNEY GENERAL'S OFFICE<br>US DEPARTMENT OF JUSTICE<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530-0001<br>ATTN: MICHAEL B. MUKASEY |
| Head of the Judiciary<br>AYATOLLAH MAHMOUD HASHEMI<br>SHAHROUDI Howzeh Riyasat-e Qoveh<br>Qazaiyeh Office of the Head of the Judiciary<br>Pasteur Street, Vali Asr Avenue<br>South of Serah-e Jomhouri<br>Tehran 1316814737<br>Islamic Republic of Iran | DEPARTMENT OF TREASURY<br>OFFICE OF FOREIGN ASSETS CONTROL<br>1500 Pennsylvania Avenue, NW<br>Washington, D.C. 20220<br>Attn: TREASURY SECRETARY<br>       HENRY M. PAULSON, JR. |

Vincent M. Garvey
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044–0883

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

NOTICE OF HEARING RE MOTION TO COMPEL RESPONSE TO POST- JUDGMENT DISCOVERY

MOTION TO COMPEL RESPONSE TO POST- JUDGMENT DISCOVERY
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO COMPEL RESPONSE TO POST-JUDGMENT DISCOVERY

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO COMPEL RESPONSE TO POST-JUDGMENT DISCOVERY

CERTIFICATE OF GOOD FAITH ATTEMPT TO RESOLVE THE DISCOVERY DISPUTE; AND DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION TO COMPEL RESPONSE TO POST-JUDGMENT DISCOVERY

SEPARATE STATEMENT OF FACTS IN SUPPORT OF MOTION TO COMPEL RESPONSE TO POST-JUDGMENT DISCOVERY

[PROPOSED] ORDER GRANTING MOTION TO COMPEL RESPONSE TO POST- JUDGMENT DISCOVERY

on the above-named person(s) by:

    XXX   (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 28, 2008.

                                         /s/ Karene Jen
                                          Karene Jen