MORGAN, LEWIS & BOCKIUS LLP
PETER BUSCEMI, State Bar No. 255213
MATTHEW S. WEILER, State Bar No. 236052
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: pbuscemi@morganlewis.com
E-mail: mweiler@morganlewis.com

Attorneys for Non-Parties CMA GGM, A.P. Moller Maersk A/S, and Mediterranean Shipping Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>Defendants. | Case No. 08-MC-80030-JSW (BZ)<br><br>**CMA CGM'S NOTICE OF MOTION AND MOTION FOR DE NOVO REVIEW OF THE OCTOBER 14, 2008 REPORT AND RECOMMENDATION AND ORDER COMPELLING ASSIGNMENT OF RIGHTS**<br><br>Hearing Date: December 19, 2008<br>Time: 9:00 A.M.<br>Place: Courtroom 2<br><br>Hon. Jeffrey S. White |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/62230515.1

NON-PARTY CMA CGM'S NOTICE OF MOTION AND MOTION FOR DE NOVO REVIEW (CASE NO. 08-MC-80030-JSW (BZ))

**TO PLAINTIFFS' AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE: on December 19, 2008, at 9:00 A.M., or at some other date and time as this Court may specify, non-party CMA CGM will and hereby does move for a de novo review of the Report and Recommendation ("Report") issued by the Magistrate Judge on October 14, 2008, which recommends this Court grant Plaintiffs' Motion for Assignment of Rights. By the instant Motion, CMA CGM asks the Court to perform a de novo review and deny Plaintiffs' Motion for Assignment of Rights in its entirety.

The reasons for this motion are set forth more fully in the accompanying Memorandum of Points and Authorities. Briefly, Plaintiffs have failed to identify property in the United States that would give the Court jurisdiction to make the assignment recommended in the Marigstrate Judge's Report. The Foreign Sovereign Immunities Act ("FSIA"), 28 U.S.C. §§ 1602-1611, requires that property of a sovereign be in the United States and used for a commercial activity in the United States before such an assignment can be made. The record demonstrates that no such property has been identified. Second, even if Plaintiffs had identified property of Iran in the United States used for a commercial activity in the United States, Plaintiffs failed to demonstrate that any of the subparts of Sections 1610(a)(1)-(7) are satisfied. No waiver of immunity can be found unless one of these subparts is satisfied, and the Court therefore lacks jurisdiction to grant the relief plaintiffs seek. Third, Plaintiffs have failed to properly serve Iran, the judgment debtor, with both the underlying default judgment and the pleadings in this matter.

This Motion is based on this Notice of Motion, the attached Memorandum of Points and Authorities, the Objections to the Report and Recommendation filed herewith, all other pleadings on file in this matter, and such arguments as may be presented at the hearing on this Motion.

| | | |
|---|---|---|
| 1 | Dated: October 28, 2008 | MORGAN, LEWIS & BOCKIUS LLP<br>MATTHEW S. WEILER |
| 2 | | |
| 3 | | |
| 4 | | By _____/s/_____<br>    Matthew S. Weiler<br>Attorneys for Non-Parties CMA GGM, |
| 5 | | A.P. Moller Maersk A/S, and Mediterranean<br>Shipping Company |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/6223214.1          2          NON-PARTY CMA CGM'S OBJECTIONS TO
                                  REPORT AND RECOMMENDATION
                                  (CASE NO. 08-MC-80030-JSW (BZ)))