1  MORGAN, LEWIS & BOCKIUS LLP
   PETER BUSCEMI, State Bar No. 255213
2  MATTHEW S. WEILER, State Bar No. 236052
   One Market, Spear Street Tower
3  San Francisco, CA  94105-1126
   Tel:  415.442.1000
4  Fax:  415.442.1001
   E-mail:  pbuscemi@morganlewis.com
5  E-mail:  mweiler@morganlewis.com

6  Attorneys for Non-Parties CMA GGM, A.P. Moller
   Maersk A/S, and Mediterranean Shipping Company
7

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11

12  DEBORAH D. PETERSON, Personal            Case No. 08-MC-80030-JSW (BZ)
    Representative of the Estate of James C.
13  Knipple (Dec.), et al.,                  **[PROPOSED] ORDER ON CMA CGM'S
                                             MOTION FOR DE NOVO REVIEW**
14                 Plaintiffs,
                                             Hearing Date:    December 19, 2008
15              vs.                          Time:            9:00 a.m.
                                             Place:           Courtroom 2
16  ISLAMIC REPUBLIC OF IRAN, et al.,
                                             Hon. Jeffrey S. White
17                 Defendants.

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**[PROPOSED] ORDER**

1

2

Non-Party CMA CGM's Motion for De Novo Review of the Magistrate Judge's October

3

14, 2008 Report and Recommendation ("Motion") was heard by this Court on December 19,

4

2008.

5

After considering the moving and opposition papers, arguments of counsel, and all other

6

relevant materials, it is HEREBY ORDERED that CMA CGM's Motion is GRANTED.

7

After de novo review by this Court It is FURTHER ORDERED that Plaintiffs' Motion for

8

Assignment of Rights Pursuant to C.C.P. § 708.510(a) and F.R.C.P. 69(a) is DENIED in its

9

entirety.

10

11

DATED: _____          _____

12

UNITED STATES DISTRICT COURT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER ON CMA CGM'S
MOTION FOR DE NOVO REVIEW
(CASE NO. 08-MC-80030-JSW (BZ))