DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ. (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel: (415) 989-4730
Fax: (415) 989-0491
File No. 52,759

Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
of the Estate of James C. Knipple (Dec.), et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>Defendants. | CASE NO. 3:08-mc-80030-JSW (BZ)<br><br>NOTICE OF WITHDRAWAL OF MOTION ON HEARING ON OBJECTIONS TO REPORT AND RECOMMENDATION TO GRANT PLAINTIFFS' MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO FRCP 72(b)(2) AND LOCAL RULE 72-3(a)<br><br>Date: December 19, 2008<br>Time: 9:00 a.m.<br>Courtroom: 2, 17th Floor<br>Judge: Jeffrey S. White |

TO ISLAMIC REPUBLIC OF IRAN, AND TO ALL OTHER PERSONS AND PARTIES IN INTEREST:

COMES NOW Plaintiffs DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al. ("Plaintiffs") who hereby withdraw that MOTION ON HEARING ON OBJECTIONS TO REPORT AND RECOMMENDATION TO GRANT PLAINTIFFS' MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO FRCP 72(b)(2) AND LOCAL RULE 72-3(a) set for the above date, time and place.

///

///

| | | |
|---|---|---|
| 1 | DATED: October 31, 2008 | COOK COLLECTION ATTORNEYS |
| 2 | | |
| 3 | | By: /s/ David J. Cook<br>DAVID J. COOK, ESQ. (SB# 060859)<br>Attorneys for Plaintiffs |
| 4 | | DEBORAH D. PETERSON, Personal Representative<br>of the Estate of James C. Knipple (Dec.), et al. |

6  F:\USERS\DJCNEW\petersonsf.withdrawobj

NOTICE OF WITHDRAWAL OF MOTION ON HEARING ON OBJECTIONS TO REPORT AND
RECOMMENDATION TO GRANT PLAINTIFFS' MOTION FOR ASSIGNMENT OF RIGHTS . . .
CASE NO. 3:08-mc-80030-JSW (BZ)

2

## PROOF OF SERVICE

| | |
|---|---|
| HIS EXCELLENCY AYATOLLAH SAYED 'ALI KHAMENEI<br>THE OFFICE OF THE SUPREME LEADER<br>Islamic Republic Street<br>Shahid Keshvar Doust Street<br>Tehran, Islamic Republic of Iran | Minister of Intelligence<br>GHOLAM HOSSEIN MOHSENI EJEIE<br>MINISTRY OF INTELLIGENCE<br>Second Negarestan Street<br>Pasdaran Avenue<br>Tehran, Islamic Republic of Iran |
| HIS EXCELLENCY MAHMOUD AHMADINEJAD THE PRESIDENT<br>Palestine Avenue<br>Azerbaijan Intersection<br>Tehran, Islamic Republic of Iran | Head of the Judiciary<br>AYATOLLAH MAHMOUD HASHEMI SHAHROUDI<br>Howzeh Riyasat-e Qoveh Qazaiyeh<br>Office of the Head of the Judiciary<br>Pasteur Street, Vali Asr Avenue<br>South of Serah-e Jomhouri<br>Tehran 1316814737<br>Islamic Republic of Iran |
| ISLAMIC REPUBLIC OF IRAN<br>Pasadaran Avenue<br>Golestan Yekom<br>Teheran, Iran<br>ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process | MINISTRY OF ROADS AND TRANSPORTATION<br>Attn: MOHAMMED RAHMATI<br>MINISTER OF ROAD AND TRANSPORTATION<br>Taleghani Avenue<br>Tehran, Iran |
| ISLAMIC REPUBLIC OF IRAN acting through its MINISTRY OF DEFENSE AND SUPPORT FOR ARMED FORCES<br>No. 1 Shahid Kaboli Street<br>Beginning of Resalat Highway<br>Seyyed Khandan Bridge<br>P.O. Box 16765-1479<br>Tehran, Iran<br>Attn: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process | ALI TAHERI<br>DEPUTY MINISTER AND MANAGING DIRECTOR<br>PORT & SHIPPING ORGANIZATION OF THE ISLAMIC REPUBLIC OF IRAN<br>Building No. 2<br>South Didar Street<br>Shahid Hagnai Expressway, Vanak Square<br>Tehran, Iran |
| ISLAMIC REPUBLIC OF IRAN<br>Khomeini Avenue<br>United Nations Street<br>Teheran, Iran<br>ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process | NATIONAL IRANIAN OIL REFINING AND DISTRIBUTION COMPANY<br>Opposite of Arak Alley Ostad Nejatollahi Ave.<br>Zip Code 15989<br>P.O. Box 15815/3499<br>Tehran, Iran<br>ATTN: Responsible Officer or Agent for Service of Process |
| Director, Human Rights Headquarters of Iran<br>HIS EXCELLENCY MOHAMMAD JAVAD LARIJANI<br>c/o Office of the Deputy for International Affairs<br>Ministry of Justice<br>Ministry of Justice Building<br>Panzdah-Khordad (Ark) Square<br>Tehran, Islamic Republic of Iran | MINISTRY OF PETROLEUM OF THE ISLAMIC REPUBLIC OF IRAN<br>HAFEZ CROSSING<br>Taleghani Avenue<br>Tehran, Iran<br>ATTN: Responsible Officer or Agent for Service of Process |

```
 1  NATIONAL IRANIAN OIL PRODUCTS
    DISTRIBUTION COMPANY
 2  Bahar St, Somaya Corner
    Tehran 15617/ 33315
 3  P.O .Box 6165
    Tehran
 4  ATTN: Responsible Officer or Agent for
    Service of Process
 5
    NATIONAL IRANIAN OIL COMPANY
 6  Hafez Crossing
    Taleghani Avenue
 7  Tehran, Iran
    ATTN: Responsible Officer or Agent for
 8  Service of Process

 9  MATTHEW S. WEILER, ESQ.
    MORGAN LEWIS & BOCKIUS, LLP
10  One Market, Spear Street Tower
    San Francisco, CA 94105
11
        I declare:
12
        I am employed in the County of San Francisco, California. I am over the age of eighteen
13  (18) years and not a party to the within cause. My business address is 165 Fell Street, San
    Francisco, CA 94102. On the date set forth below, I served the attached:
14
        NOTICE OF WITHDRAWAL OF MOTION ON HEARING ON OBJECTIONS TO
15      REPORT AND RECOMMENDATION TO GRANT PLAINTIFFS' MOTION FOR
        ASSIGNMENT OF RIGHTS PURSUANT TO FRCP 72(b)(2) AND LOCAL RULE 72-
16      3(a)

17  on the above-named person(s) by:

18  __XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage
    thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the
19  person(s) served above.

20      I declare under penalty of perjury that the foregoing is true and correct.

21      Executed on October 31, 2008.

22
                                        /s/ Karene Jen
23                                      Karene Jen
```