1  DAVID J. COOK, ESQ. (State Bar # 060859)
   ROBERT J. PERKISS, ESQ. (State Bar # 62386)
2  COOK COLLECTION ATTORNEYS
   A PROFESSIONAL LAW CORPORATION
3  165 Fell Street
   San Francisco, CA 94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA 94104-0270
5  Tel: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,759

7  Attorneys for Plaintiffs
   DEBORAH D. PETERSON, Personal Representatives
8  of the Estate of James C. Knipple (Dec.). et al.

9                      UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12

13 DEBORAH D. PETERSON, Personal         )   CASE NO. 3:08-mc-80030-JSW (BZ)
   Representative of the Estate of James C. )
14 Knipple (Dec.). et al..                )   NOTICE OF MOTION AND MOTION FOR
                                          )   DE NOVO REVIEW OF OBJECTIONS
15          Plaintiffs,                   )   (DOCKET NO. 183) TO REPORT AND
                                          )   RECOMMENDATION OF MAGISTRATE
16 vs.                                    )   JUDGE (DOCKET NO. 178)
                                          )
17 ISLAMIC REPUBLIC OF IRAN, et al..      )   Date:  December 19, 2008
                                          )   Time:  9:00 a.m.
18          Defendants.                   )   Courtroom: 2
   _____)   Judge: Jeffrey S. White

19      TO ISLAMIC REPUBLIC OF IRAN. AND TO ALL OTHER PERSONS AND PARTIES

20 HEREIN:

21      PLEASE TAKE NOTICE that on the 19th day of December. 2008 at the hour of 9:00 a.m..

22 or as soon thereafter as the matter can be heard in Courtroom 2 before the Honorable Jeffrey S.

23 White. Judge of the United States District Court, at the courthouse located at 450 Golden Gate

24 Avenue. San Francisco, CA 94102, Plaintiffs DEBORAH D. PETERSON. Personal

25 Representative of the Estate of James C. Knipple (Dec.). et al. ("Plaintiffs"). will and do hereby

26 move this court for a de novo review of the REPORT AND RECOMMENDATIONS of

27 Magistrate Judge Bernard Zimmerman dated October 14, 2008 (Docket No. 178) and for the entry

28 herein of a different and other order granting relief consistent with the objections of Plaintiffs to

NOTICE OF MOTION AND MOTION FOR DE NOVO REVIEW OF OBJECTIONS (DOCKET NO. 183) TO
REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE (DOCKET NO. 178)
CASE NO. 3:08-mc-80030-JSW (BZ)                                                                    1

1  the REPORT AND RECOMMENDATIONS dated October 24, 2008 (Docket No. 183) herein.

2       This motion is based upon this Notice, the attached Motion, Memorandum of Points and
3  Authorities, the Declaration of David J. Cook, Esq., all matters which the court may take judicial
4  notice thereof, which include all papers, pleadings and other matters on file in that certain action
5  known as *DEBORAH D. PETERSON, Personal Representatives of the Estate of James C. Knipple*
6  *(Dec.), et al., vs. ISLAMIC REPUBLIC OF IRAN, et al.*, United States District Court for the
7  District of Columbia, Consolidated Civil Actions: 01-2094 (RCL) and 01-2684 (RCL), upon all
8  pleadings, papers and other matters on file herein, and upon all oral evidence and argument which
9  may be presented at the hearing hereof.

10 DATED: November 7, 2008         COOK COLLECTION ATTORNEYS

12                                        By:   /s/ David J. Cook
                                       DAVID J. COOK, ESQ. (SB# 060859)
                                       Attorneys for Plaintiffs
13                                        DEBORAH D. PETERSON, Personal Representative
                                       of the Estate of James C. Knipple (Dec.), et al.

15
16 F:\USERS\DJCNEW\petersonsf.denovo