DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ. (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel: (415) 989-4730
Fax: (415) 989-0491
File No. 52,759

Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
of the Estate of James C. Knipple (Dec.), et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants. | CASE NO. 3:08-mc-80030-JSW (BZ) <br><br> MOTION FOR DE NOVO REVIEW OF OBJECTIONS (DOCKET NO. 183) TO REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE (DOCKET NO. 178) <br><br> Date: December 19, 2008 <br> Time: 9:00 a.m. <br> Courtroom: 2 <br> Judge: Jeffrey S. White |

Plaintiffs DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al. ("Plaintiffs"), hereby move this court for a de novo review of the REPORT AND RECOMMENDATIONS of Magistrate Judge Bernard Zimmerman dated October 14, 2008 (Docket No. 178) and for the entry herein of a different and other order granting relief consistent with the objections of Plaintiffs to the REPORT AND RECOMMENDATIONS dated October 24, 2008 (Docket No. 183) herein.

This motion is based upon this Motion, the attached Notice, Memorandum of Points and Authorities, the Declaration of David J. Cook, Esq., all matters which the court may take judicial notice thereof, which include all papers, pleadings and other matters on file in that certain action known as *DEBORAH D. PETERSON, Personal Representatives of the Estate of James C. Knipple*

*(Dec.), et al.*, vs. *ISLAMIC REPUBLIC OF IRAN, et al.*, United States District Court for the District of Columbia, Consolidated Civil Actions: 01-2094 (RCL) and 01-2684 (RCL), upon all pleadings, papers and other matters on file herein, and upon all oral evidence and argument which may be presented at the hearing hereof.

DATED: November 7, 2008          COOK COLLECTION ATTORNEYS

By: ___/s/ David J. Cook___
DAVID J. COOK, ESQ. (SB# 060859)
Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representative
of the Estate of James C. Knipple (Dec.), et al.

F:\USERS\DJCNEW\petersonsf.denovo

MOTION FOR DE NOVO REVIEW OF OBJECTIONS (DOCKET NO. 183) TO REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE (DOCKET NO. 178)
CASE NO. 3:08-mc-80030-JSW (BZ)

2