DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ. (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel: (415) 989-4730
Fax: (415) 989-0491
File No. 52,759

Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
of the Estate of James C. Knipple (Dec.), et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., <br><br>Plaintiffs, <br><br>vs. <br><br>ISLAMIC REPUBLIC OF IRAN, et al., <br><br>Defendants. | CASE NO. 3:08-mc-80030-JSW (BZ) <br><br>[PROPOSED] ORDER GRANTING MOTION FOR DE NOVO REVIEW OF OBJECTIONS TO REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

Said notice of motion and motion for de novo review of objections to report and recommendation of Magistrate Judge having come on regularly for hearing this 19th day of December in Courtroom 2 before the Honorable Jeffrey S. White, and the court having considered all papers in support of and in opposition to said motion, and for good cause appearing, therefore,

IT IS HEREBY ORDERED that the motion for de novo review is hereby granted.

IT IS FURTHER ORDERED that the court shall review the REPORT AND RECOMMENDATIONS of Magistrate Judge Bernard Zimmerman dated October 14, 2008 (Docket No. 178), and hereby rules as follows:

1. The court grants the motion by Plaintiffs for an order compelling Iran to execute an assignment of all or part of any existing right to payment, due or to become due, whether or not

that right is conditioned on future developments from and owing by CMA CGM, arising out of any commercial activity pertaining, specifically, to the use of any harbor, docking, wharf, drayage, loading or other harbor-like facilities, along with and including the sale of bunkered oil and/or fuel provided, sold, delivered, or vended to CMA CGM by Iran, for the purpose of satisfaction, in part or in whole, of the judgment of $2,656,944,877.00 in *Peterson v. Islamic Republic of Iran*, case numbers 01-2094 (RCL) and 01-2684 (RCL) filed in the United States District Court for the District of Columbia.

IT IS FURTHER ORDERED that pursuant to California Code of Civil Procedure section 780.540, nothing in this order shall alter, affect, predetermine, prejudice or preadjudicate any rights, claims, defenses, privileges or entitlement due and in favor of CMA CGM in any action, proceeding, undertaking, demand, or claim asserted by plaintiffs under and pursuant to the conditions of this order, and all such rights, claims, defenses, privileges, or entitlements due and in favor of CMA CGM are hereby preserved.

IT IS FURTHER ORDERED that plaintiffs shall prepare a form of assignment consistent with this Order, have it approved as to form by CMA CGM, and serve the assignment along with this Order on Iran by _____.

IT IS FURTHER ORDERED that if Iran does not assign its rights as ordered, on December 17, 2008, in Courtroom 2, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102, Iran shall show cause why such assignment shall not be entered on its behalf by the Clerk of court, as a consequence of its failure to comply with this Order. In that event, by December 3, 2008, plaintiffs shall file a memorandum discussing this court's authority to enter such an assignment as a consequence of Iran's failure to comply and shall provide proof that Iran has been properly served.

DATED: _____

                                        JEFFREY S. WHITE
                                        JUDGE OF THE UNITED STATES
                                        DISTRICT COURT

## NOTICE TO JUDGMENT DEBTORS

PLEASE TAKE NOTICE THAT THE COURT HAS ENTERED AN ORDER COMPELLING CERTAIN ACTION. FAILURE TO COMPLY MAY RESULT IN CONTEMPT OF COURT.