1  DAVID J. COOK, ESQ. (State Bar # 060859)
   ROBERT J. PERKISS, ESQ. (State Bar # 62386)
2  COOK COLLECTION ATTORNEYS
   A PROFESSIONAL LAW CORPORATION
3  165 Fell Street
   San Francisco, CA 94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA 94104-0270
5  Tel: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,759

7  Attorneys for Plaintiffs
   DEBORAH D. PETERSON, Personal Representatives
8  of the Estate of James C. Knipple (Dec.), et al.

9                 UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12
   DEBORAH D. PETERSON, Personal      )    CASE NO. 3:08-mc-80030-JSW (BZ)
13 Representative of the Estate of James C. )
   Knipple (Dec.), et al.,            )
14                                     )    PROOF OF SERVICE
               Plaintiffs,            )
15                                     )
   vs.                                )
16                                     )
   ISLAMIC REPUBLIC OF IRAN, et al.,  )
17                                     )
               Defendants.            )
18 _____  )

19 HIS EXCELLENCY AYATOLLAH SAYED              ISLAMIC REPUBLIC OF IRAN
   'ALI KHAMENEI                               acting through its MINISTRY OF DEFENSE
20 THE OFFICE OF THE SUPREME                   AND SUPPORT FOR ARMED FORCES
   LEADER                                      No. 1 Shahid Kaboli Street
21 Islamic Republic Street                     Beginning of Resalat Highway
   Shahid Keshvar Doust Street                 Seyyed Khandan Bridge
22 Tehran, Islamic Republic of Iran            P.O. Box 16765-1479
                                               Tehran, Iran
23 HIS EXCELLENCY MAHMOUD                      Attn: President Mahmoud Ahmadinejad or
   AHMADINEJAD THE PRESIDENT                   Responsible Officer or Agent for Service of
24 Palestine Avenue                            Process
   Azerbaijan Intersection
25 Tehran, Islamic Republic of Iran            ISLAMIC REPUBLIC OF IRAN
                                               Khomeini Avenue
26 ISLAMIC REPUBLIC OF IRAN                    United Nations Street
   Pasadaran Avenue                            Teheran, Iran
27 Golestan Yekom                              ATTN: President Mahmoud Ahmadinejad or
   Teheran, Iran                               Responsible Officer or Agent for Service of
28 ATTN: President Mahmoud Ahmadinejad or      Process
   Responsible Officer or Agent for Service of
   Process

1 | <u>Director, Human Rights Headquarters of Iran</u>
HIS EXCELLENCY MOHAMMAD
2 | JAVAD LARIJANI
c/o Office of the Deputy for International
3 | Affairs
Ministry of Justice
4 | Ministry of Justice Building
Panzdah-Khordad (Ark) Square
5 | Tehran, Islamic Republic of Iran

6 | <u>Minister of Intelligence</u>
GHOLAM HOSSEIN MOHSENI EJEIE
7 | MINISTRY OF INTELLIGENCE
Second Negarestan Street
8 | Pasdaran Avenue
Tehran, Islamic Republic of Iran

9 | <u>Head of the Judiciary</u>
10 | AYATOLLAH MAHMOUD HASHEMI
SHAHROUDI
11 | Howzeh Riyasat-e Qoveh Qazaiyeh
Office of the Head of the Judiciary
12 | Pasteur Street, Vali Asr Avenue
South of Serah-e Jomhouri
13 | Tehran 1316814737
Islamic Republic of Iran

14 |
MINISTRY OF ROADS AND
15 | TRANSPORTATION
Attn: MOHAMMED RAHMATI
16 | MINISTER OF ROAD AND
TRANSPORTATION
17 | Taleghani Avenue
Tehran, Iran

18 |
ALI TAHERI
19 | DEPUTY MINISTER AND MANAGING
DIRECTOR
20 | PORT & SHIPPING ORGANIZATION OF
THE ISLAMIC REPUBLIC OF IRAN
21 | Building No. 2
South Didar Street
22 | Shahid Hagnai Expressway,Vanak Square
Tehran, Iran

NATIONAL IRANIAN OIL REFINING
AND DISTRIBUTION COMPANY
Opposite of Arak Alley Ostad Nejatollahi
Ave.
Zip Code 15989
P.O. Box 15815/3499
Tehran, Iran
ATTN: Responsible Officer or Agent for
Service of Process

MINISTRY OF PETROLEUM OF THE
ISLAMIC REPUBLIC OF IRAN
HAFEZ CROSSING
Taleghani Avenue
Tehran, Iran
ATTN: Responsible Officer or Agent for
Service of Process

NATIONAL IRANIAN OIL PRODUCTS
DISTRIBUTION COMPANY
Bahar St, Somaya Corner
Tehran 15617/ 33315
P.O .Box 6165
Tehran
ATTN: Responsible Officer or Agent for
Service of Process

NATIONAL IRANIAN OIL COMPANY
Hafez Crossing
Taleghani Avenue
Tehran, Iran
ATTN: Responsible Officer or Agent for
Service of Process

MATTHEW S. WEILER, ESQ.
MORGAN LEWIS & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105

23 |
          I declare:
24 |
          I am employed in the County of San Francisco, California. I am over the age of eighteen
25 | (18) years and not a party to the within cause. My business address is 165 Fell Street, San
Francisco, CA 94102. On the date set forth below, I served the attached:
26 |
          NOTICE OF MOTION AND MOTION FOR DE NOVO REVIEW OF OBJECTIONS
27 | (DOCKET NO. 183) TO REPORT AND RECOMMENDATION OF MAGISTRATE
          JUDGE (DOCKET NO. 178)
28 |

1  MOTION FOR DE NOVO REVIEW OF OBJECTIONS (DOCKET NO. 183) TO
   REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE (DOCKET NO. 178)

2
   MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR
3  DE NOVO REVIEW OF OBJECTIONS (DOCKET NO. 183) TO REPORT AND
   RECOMMENDATION OF MAGISTRATE JUDGE (DOCKET NO. 178)

4
   DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION FOR DE
5  NOVO REVIEW OF OBJECTIONS (DOCKET NO. 183) TO REPORT AND
   RECOMMENDATION OF MAGISTRATE JUDGE (DOCKET NO. 178)

6
   [PROPOSED] ORDER GRANTING MOTION FOR DE NOVO REVIEW OF
7  OBJECTIONS TO REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

8  on the above-named person(s) by:

9    XXX   (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage
   thereon fully prepaid. in the United States mail at San Francisco. California, addressed to the
10 person(s) served above.

11     I declare under penalty of perjury that the foregoing is true and correct.

12     Executed on November 7. 2008.

13
                                        /s/ Karene Jen
14                                        Karene Jen

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE - CASE NO. 3:08-mc-80030-JSW (BZ)                                    3