**DAVID J. COOK, ESQ. (State Bar # 060859)**
**ROBERT J. PERKISS, ESQ. (State Bar # 62386)**
**COOK COLLECTION ATTORNEYS**
**A PROFESSIONAL LAW CORPORATION**
165 Fell Street
San Francisco, CA  94102
Mailing Address: P.O. Box 270
San Francisco. CA  94104-0270
Tel: (415) 989-4730
Fax: (415) 989-0491
File No. 52.759

Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
of the Estate of James C. Knipple (Dec.), et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.). et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants. | CASE NO. 3:08-mc-80030-JSW (BZ) <br><br> MEMORANDUM OF POINTS AND AUTHORITIES IN REPLY TO CMA CGM'S OBJECTIONS BY CMA CGM TO THE OCTOBER 14, 2008 REPORT AND RECOMMENDATION AND ORDER COMPELLING ASSIGNMENT OF RIGHTS <br><br> Date:  December 19, 2008 <br> Time:  9:00 a.m. <br> Courtroom: 2 <br> Judge: Jeffrey S. White |

COMES NOW Plaintiffs DEBORAH D. PETERSON. Personal Representative of the

Estate of James C. Knipple (Dec.), et al. ("Plaintiffs"), who hereby responds to CMA CGM'S

OBJECTIONS BY CMA CGM TO THE OCTOBER 14, 2008 REPORT AND

RECOMMENDATION AND ORDER COMPELLING ASSIGNMENT OF RIGHTS (Docket No.

187). as follows:

**OBJECTION NO. 1:**

The Magistrate Judge states at page 1, lines 27-28:

"I recommend that the court enter the attached order GRANTING plaintiffs'
motion."

**ANALYSIS:**

CMA CGM objects claiming a lack of jurisdiction and issues relating to service, both for the underlying judgment and pleadings in this matter.

CMA CGM lacks any standing under FRCP 24(a)(b), C.C.P. § 708.510(a), C.C.P. § 708.510(b), and under *Brenda KRACHT as Administratrix of the Estate of William Thomas Wacha, Deceased, v. PERRIN, GARTLAND & DOYLE, etc., et al.*, 219 Cal.App.3d 1019, 268 Cal.Rptr. 637, (Cal.App.4 Dist. 1990). CMA CGM has not the slightest standing by which to participate in these proceedings.

**OBJECTION NO. 2:**

The Magistrate Judge states at page 2, lines 12-14, and page 2, line 25, to page 3, line 5:

> "CMA CGM has erroneously asserted that the recent amendments to the FSIA have deprived this court of subject matter jurisdiction to order the requested assignment. . . . While it may be true that plaintiffs did not originally file their action under § 1605A or even re-file their action as a § 1605A claim within the time limits permitted by that section, this would appear only to constrain the *remedy* to which plaintiffs are entitled (e.g., punitive damages, now permitted under § 1605A), not whether this court has jurisdiction to enforce the judgment'

**ANALYSIS:**

Again, as stated above, CMA CGM does not the standing, one way or another, by which to assert any of these claims. When and if Plaintiffs seek to enforce their rights and remedies against CMA CGM, some or all of these claims might (or might not) come to fruition. In any event, CMA CGM, having failed to properly intervene in these proceedings, is unable by which to raise any of these issues.

Notwithstanding all of that, the court's analysis is correct. The only issue is the remedy, as opposed to the underlying claims.

**OBJECTION NO. 3:**

The Magistrate Judge states at page 4, lines 8-11:

> "Other objections that CMA CGM or other obligors share, such as claims of sovereign immunity, can, if necessary, be resolved after the assignment has been made."

**ANALYSIS:**

The court's analysis is correct, specifically in light of C.C.P. § 708.510(b).

**OBJECTION NO. 4:**

The Magistrate Judge states at page 4, lines 14-15:

"I recommend that the right to payment be one that exists within the United States."

**ANALYSIS:**

The issue of whether these rights do or do not exist in the United States, what rights there are or are not, is clearly a matter of ongoing and further litigation. Plaintiffs have objected to this limitation in their own objection.

**OBJECTION NO. 5:**

The Magistrate Judge states at page 4, lines 19-21:

"I recommend that the right to payment be derived from property of Iran that was used for a commercial activity in the United States."

**ANALYSIS:**

This matter is clearly the subject of the objection filed by Plaintiffs. Again, Plaintiffs take the position that the right to reach such assets are unlimited.

**OBJECTION NO. 6:**

The Magistrate Judge states at page 4, lines 24-27:

"I recommend that only the Islamic Republic of Iran, the judgment debtor, be required to make the assignment for the reasons set forth in my Report and Recommendation dated July 2, 2008."

**ANALYSIS:**

This is precisely the nature of an assignment, in which Plaintiffs are entitled to relief under C.C.P. § 708.510.

DATED:  November 7, 2008            COOK COLLECTION ATTORNEYS


                                    By:  ___/s/ David J. Cook_____
                                    DAVID J. COOK, ESQ. (SB# 060859)
                                    Attorneys for Plaintiffs
                                    DEBORAH D. PETERSON, Personal Representative
                                    of the Estate of James C. Knipple (Dec.), et al.

F:\USERS\DJCNEW\petersonsf.replycmaobj

MEMORANDUM OF POINTS AND AUTHORITIES IN REPLY TO CMA CGM'S OBJECTIONS BY CMA CGM
TO THE OCTOBER 14, 2008 REPORT AND RECOMMENDATION AND ORDER COMPELLING
ASSIGNMENT OF RIGHTS  - CASE NO. 3:08-mc-80030-JSW (BZ)                                3

# PROOF OF SERVICE

HIS EXCELLENCY AYATOLLAH SAYED
'ALI KHAMENEI
THE OFFICE OF THE SUPREME LEADER
Islamic Republic Street
Shahid Keshvar Doust Street
Tehran, Islamic Republic of Iran

HIS EXCELLENCY MAHMOUD
AHMADINEJAD THE PRESIDENT
Palestine Avenue
Azerbaijan Intersection
Tehran, Islamic Republic of Iran

ISLAMIC REPUBLIC OF IRAN
Pasadaran Avenue
Golestan Yekom
Teheran, Iran
ATTN: President Mahmoud Ahmadinejad or
Responsible Officer or Agent for Service of
Process

ISLAMIC REPUBLIC OF IRAN
acting through its MINISTRY OF DEFENSE
AND SUPPORT FOR ARMED FORCES
No. 1 Shahid Kaboli Street
Beginning of Resalat Highway
Seyyed Khandan Bridge
P.O. Box 16765-1479
Tehran, Iran
Attn: President Mahmoud Ahmadinejad or
Responsible Officer or Agent for Service of
Process

ISLAMIC REPUBLIC OF IRAN
Khomeini Avenue
United Nations Street
Teheran, Iran
ATTN: President Mahmoud Ahmadinejad or
Responsible Officer or Agent for Service of
Process

Director, Human Rights Headquarters of Iran
HIS EXCELLENCY MOHAMMAD
JAVAD LARIJANI
c/o Office of the Deputy for International
Affairs
Ministry of Justice
Ministry of Justice Building
Panzdah-Khordad (Ark) Square
Tehran, Islamic Republic of Iran

Minister of Intelligence
GHOLAM HOSSEIN MOHSENI EJEIE
MINISTRY OF INTELLIGENCE
Second Negarestan Street
Pasdaran Avenue
Tehran, Islamic Republic of Iran

Head of the Judiciary
AYATOLLAH MAHMOUD HASHEMI
SHAHROUDI
Howzeh Riyasat-e Qoveh Qazaiyeh
Office of the Head of the Judiciary
Pasteur Street, Vali Asr Avenue
South of Serah-e Jomhouri
Tehran 1316814737
Islamic Republic of Iran

MINISTRY OF ROADS AND
TRANSPORTATION
Attn: MOHAMMED RAHMATI
MINISTER OF ROAD AND
TRANSPORTATION
Taleghani Avenue
Tehran, Iran

ALI TAHERI
DEPUTY MINISTER AND MANAGING
DIRECTOR
PORT & SHIPPING ORGANIZATION OF
THE ISLAMIC REPUBLIC OF IRAN
Building No. 2
South Didar Street
Shahid Hagnai Expressway,Vanak Square
Tehran, Iran

NATIONAL IRANIAN OIL REFINING
AND DISTRIBUTION COMPANY
Opposite of Arak Alley Ostad Nejatollahi
Ave.
Zip Code 15989
P.O. Box 15815/3499
Tehran, Iran
ATTN: Responsible Officer or Agent for
Service of Process

MINISTRY OF PETROLEUM OF THE
ISLAMIC REPUBLIC OF IRAN
HAFEZ CROSSING
Taleghani Avenue
Tehran, Iran
ATTN: Responsible Officer or Agent for
Service of Process

NATIONAL IRANIAN OIL PRODUCTS
DISTRIBUTION COMPANY
Bahar St, Somaya Corner
Tehran 15617/ 33315
P.O .Box 6165
Tehran
ATTN: Responsible Officer or Agent for
Service of Process

NATIONAL IRANIAN OIL COMPANY
Hafez Crossing
Taleghani Avenue
Tehran, Iran
ATTN: Responsible Officer or Agent for
Service of Process

MATTHEW S. WEILER. ESQ.
MORGAN LEWIS & BOCKIUS, LLP
One Market. Spear Street Tower
San Francisco, CA 94105

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street. San Francisco. CA 94102. On the date set forth below. I served the attached:

MEMORANDUM OF POINTS AND AUTHORITIES IN REPLY TO CMA CGM'S OBJECTIONS BY CMA CGM TO THE OCTOBER 14, 2008 REPORT AND RECOMMENDATION AND ORDER COMPELLING ASSIGNMENT OF RIGHTS

on the above-named person(s) by:

___XXX___ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid. in the United States mail at San Francisco, California, addressed to the person(s) served above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 7. 2008.

_____/s/ Karene Jen_____
Karene Jen