DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ. (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel: (415) 989-4730
Fax: (415) 989-0491
File No. 52,759

Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
of the Estate of James C. Knipple (Dec.), et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.). et al.. <br><br> Plaintiffs, <br><br> vs. <br><br> ISLAMIC REPUBLIC OF IRAN, et al.. <br><br> Defendants. | CASE NO. 3:08-mc-80030-JSW (BZ) <br><br> [PROPOSED] ORDER GRANTING MOTION FOR APPOINTMENT OF RECEIVERS UNDER FRCP 69(a) AND UNDER C.C.P. § 708.620 |

Said notice of motion and motion for appointment of receivers having come on regularly for hearing this 19th day of December, 2008 in Courtroom 2 before the Honorable Jeffrey S. White, and the court having considered all moving papers in support thereof, and the opposition or reply papers submitted to the court, if any, and for good cause appearing, therefore,

IT IS HEREBY ORDERED that the motion for appointment of receiver is hereby granted.

IT IS FURTHER ORDERED that:

    A.    EUGENE R. SULLIVAN, Retired Chief Judge of the United States Court of Appeals Court for the Armed Forces.

    B.    STANLEY SPORKIN, Retired United States District Court Judge and Former General Counsel for the Central Intelligence Agency.

[PROPOSED] ORDER GRANTING MOTION FOR APPOINTMENT OF RECEIVERS UNDER FRCP 69(a) AND UNDER C.C.P. § 708.620 - CASE NO. 3:08-mc-80030-JSW (BZ)                                                                                           1

1  C. LOUIS FREEH. Retired United States District Court Judge and Former Director of
2  the FBI.
3 or any one of the same, as and for receivers of certain bank accounts. deposits, deposit accounts,
4 general intangibles, certificates of deposits, hereinafter "Accounts," claimed, owed to, in favor of,
5 owned by, or in which the Judgment Debtor the ISLAMIC REPUBLIC OF IRAN ("Iran") has an
6 interest. in which the identity of the account is subject to the protective order of the United States
7 District Court, District of Columbia. dated 6/11/08, in which such protected information shall be
8 filed under seal herein.
9  IT IS FURTHER ORDERED that the receivers be authorized and imbued with the
10 following rights. powers and duties herein.
11  A. To take possession of and lay claim to all of the above Accounts, and each of the same.
12  B. To write any and all checks. drafts, instruments. demand drafts, or otherwise take any
13 action, the effect of which would be to cause the financial institutions, and each of the same, to
14 remit, transfer. or place in the hands of the receivers, all or any part of the funds in their possession
15 herein; to sign the name of the Judgment Debtor on any check. draft. demand draft. or any other
16 instrument, the effect of which would be to cause the transfer of the account in and to the
17 possession of the receiver or designee.
18  C. To file suit, take action. make demand. and accordingly. retain counsel if necessary, the
19 effect of which would be to compel the financial institutions to pay over, transfer, and hand over to
20 the receivers, the Accounts, and every part of the same.
21  D. To compromise, negotiate. resolve, and otherwise enter into any settlement negotiations
22 and compromise thereon, the effect of which would be to negotiate the disposition. transfer, or
23 compromise of any of the Accounts. or any part of the same.
24  E. To establish one or more bank accounts, depository accounts. or other accounts which
25 the receivers may designate from time to time, to act as a repository for any of the funds collected
26 from the financial institutions holding. having control, or in possession of the Accounts. or any
27 part of the same.
28

1  F. To engage counsel, accountants, experts, third parties, agents, investigators, or the like, the effect of which would be to aid the receivers, or any one of the same, in the performance of their duties hereunder.

G. To correspond with and communicate with the financial institutions, or any one of the same, the purpose of which is to engage in some type of communications, dialogue, or the like, for the purpose of resolving the Accounts, or any one of the same.

IT IS FURTHER ORDERED that the Judgment Debtor is hereby restrained from taking any action, directly or indirectly, to interfere with the conduct of the receivers, to take, demand or receive any one of the Accounts, to write any checks, drafts or money orders, or cause any wire transfer, or cause the transfer thereof of the contents of the Accounts therein; to obstruct, hinder, delay, or impede the conduct of the receivers herein, to communicate directly or indirectly with the financial institutions in an attempt to hinder, obstruct, delay, or impede the transfer of the Accounts to the receivers herein; to issue any order, directive, or execute any demand, draft, or execute any wire instructions, or issue any check, the effect of which would be to cause a transfer of the Accounts or any one of the same, to and in favor of the Judgment Debtor, the effect of which would be to prevent, preclude, hinder or delay the receivers, or any one of the same, from obtaining the Accounts, or any part of the same.

IT IS FURTHER ORDERED that the Judgment Debtor is restrained, stayed, forbidden and enjoined from taking any act, action, or cause to take any act or action, which would cause to impede, obstruct, hinder, delay or defraud the receivers or the Plaintiffs herein.

IT IS FURTHER ORDERED that the court shall keep and retain continuing jurisdiction herein, for purposes of supervision over the conduct of the receivers, and issue such other orders as a court of equity might, from time to time, to manage the receivership herein.

///
///
///
///
///

1   IT IS FURTHER ORDERED that the receiver shall post of a bond in the minimum amount
2   of $10,000 and that the bond would include the time, based upon the amount of funds collected by
3   the receivers, or any other equitable basis, or any other order by the court herein.
4   court shall keep and retain continuing jurisdiction

DATED: _____   JEFFREY S. WHITE
                                JUDGE OF THE UNITED STATES
                                DISTRICT COURT

## NOTICE TO JUDGMENT DEBTOR

PLEASE TAKE NOTICE THAT THIS COURT HAS ISSUED A RESTRAINING ORDER, AND FAILURE TO COMPLY THEREWITH MAY CONSTITUTE A CONTEMPT OF THIS COURT.

F:\USERS\DJCNEW\petersonsf.appointaccounts