| | |
|---|---|
| 1 | DAVID J. COOK, ESQ. (State Bar # 060859)<br>ROBERT J. PERKISS, ESQ. (State Bar # 62386) |
| 2 | COOK COLLECTION ATTORNEYS<br>A PROFESSIONAL LAW CORPORATION |
| 3 | 165 Fell Street<br>San Francisco, CA 94102 |
| 4 | Mailing Address: P.O. Box 270<br>San Francisco, CA 94104-0270 |
| 5 | Tel: (415) 989-4730<br>Fax: (415) 989-0491 |
| 6 | File No. 52,759 |
| 7 | Attorneys for Plaintiffs |
| 8 | DEBORAH D. PETERSON, Personal Representatives<br>of the Estate of James C. Knipple (Dec.), et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., | CASE NO. 3:08-mc-80030-JSW (BZ) |
| Plaintiffs, | PROOF OF SERVICE |
| vs. | |
| ISLAMIC REPUBLIC OF IRAN, et al., | |
| Defendants. | |

| | |
|---|---|
| HIS EXCELLENCY AYATOLLAH SAYED 'ALI KHAMENEI<br>THE OFFICE OF THE SUPREME LEADER<br>Islamic Republic Street<br>Shahid Keshvar Doust Street<br>Tehran, Islamic Republic of Iran | ISLAMIC REPUBLIC OF IRAN<br>acting through its MINISTRY OF DEFENSE AND SUPPORT FOR ARMED FORCES<br>No. 1 Shahid Kaboli Street<br>Beginning of Resalat Highway<br>Seyyed Khandan Bridge<br>P.O. Box 16765-1479<br>Tehran, Iran |
| HIS EXCELLENCY MAHMOUD AHMADINEJAD THE PRESIDENT<br>Palestine Avenue<br>Azerbaijan Intersection<br>Tehran, Islamic Republic of Iran | Attn: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process |
| ISLAMIC REPUBLIC OF IRAN<br>Pasadaran Avenue<br>Golestan Yekom<br>Teheran, Iran<br>ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process | ISLAMIC REPUBLIC OF IRAN<br>Khomeini Avenue<br>United Nations Street<br>Teheran, Iran<br>ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process |

PROOF OF SERVICE - CASE NO. 3:08-mc-80030-JSW (BZ)                    1

| | |
|---|---|
| 1  <u>Director, Human Rights Headquarters of Iran</u><br>    HIS EXCELLENCY MOHAMMAD<br>2  JAVAD LARIJANI<br>    c/o Office of the Deputy for International<br>3  Affairs<br>    Ministry of Justice<br>4  Ministry of Justice Building<br>    Panzdah-Khordad (Ark) Square<br>5  Tehran, Islamic Republic of Iran | VINCENT M. GARVEY<br>U.S. DEPARTMENT OF JUSTICE<br>Civil Division, Federal Programs Branch<br>P.O. Box 883<br>Washington, DC 20044-0883<br><br>JACQUELINE COLEMAN SNEAD<br>Trial Attorney, Federal Programs Branch<br>Civil Division<br>20 Massachusetts Avenue NW, |

1  <u>Director, Human Rights Headquarters of Iran</u>   VINCENT M. GARVEY
   HIS EXCELLENCY MOHAMMAD                     U.S. DEPARTMENT OF JUSTICE
2  JAVAD LARIJANI                                Civil Division, Federal Programs Branch
   c/o Office of the Deputy for International    P.O. Box 883
3  Affairs                                       Washington, DC 20044-0883
   Ministry of Justice
4  Ministry of Justice Building                  JACQUELINE COLEMAN SNEAD
   Panzdah-Khordad (Ark) Square                  Trial Attorney, Federal Programs Branch
5  Tehran, Islamic Republic of Iran              Civil Division
                                                   20 Massachusetts Avenue NW,
6  <u>Minister of Intelligence</u>                       Room 7340 (Courier)
   GHOLAM HOSSEIN MOHSENI EJEIE                  Washington, D.C. 20001
7  MINISTRY OF INTELLIGENCE                      P.O. Box 883
   Second Negarestan Street                      Washington, D.C. 20044
8  Pasdaran Avenue
   Tehran, Islamic Republic of Iran              ATTORNEY GENERAL'S OFFICE
9                                                  US DEPARTMENT OF JUSTICE
   <u>Head of the Judiciary</u>                       950 Pennsylvania Avenue, NW
10 AYATOLLAH MAHMOUD HASHEMI                     Washington, D.C. 20530-0001
   SHAHROUDI                                     ATTN: MICHAEL B. MUKASEY
11 Howzeh Riyasat-e Qoveh Qazaiyeh
   Office of the Head of the Judiciary           DEPARTMENT OF TREASURY
12 Pasteur Street, Vali Asr Avenue               OFFICE OF FOREIGN ASSETS CONTROL
   South of Serah-e Jomhouri                     1500 Pennsylvania Avenue, NW
13 Tehran 1316814737                             Washington, D.C. 20220
   Islamic Republic of Iran                      Attn:   TREASURY SECRETARY
14                                                        HENRY M. PAULSON, JR.

15     I declare:

16     I am employed in the County of San Francisco, California. I am over the age of eighteen
   (18) years and not a party to the within cause. My business address is 165 Fell Street, San
17 Francisco, CA 94102. On the date set forth below, I served the attached:

18     NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF RECEIVERS UNDER
   FRCP 69(a) AND UNDER C.C.P. § 708.620 [CERTAIN BANK ACCOUNTS]
19
   MOTION FOR APPOINTMENT OF RECEIVERS UNDER FRCP 69(a) AND UNDER
20 C.C.P. § 708.620 [CERTAIN BANK ACCOUNTS]

21     MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR
   APPOINTMENT OF RECEIVERS UNDER FRCP 69(a) AND UNDER C.C.P. § 708.620
22 [CERTAIN BANK ACCOUNTS]

23     DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF MOTION FOR
   APPOINTMENT OF RECEIVERS UNDER FRCP 69(a) AND UNDER C.C.P. § 708.620
24 [CERTAIN BANK ACCOUNTS]

25     [PROPOSED] ORDER GRANTING MOTION FOR APPOINTMENT OF RECEIVERS
   UNDER FRCP 69(a) AND UNDER C.C.P. § 708.620
26
   on the above-named person(s) by:
27
    __XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage
28 thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the
   person(s) served above.

1  I declare under penalty of perjury that the foregoing is true and correct.
2  Executed on November 3, 2008.

          /s/ Karene Jen
          Karene Jen