UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., <br><br> Plaintiff(s), <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendant(s). | No. 08-80030 MISC JSW (BZ) <br><br> **ORDER VACATING SHOW CAUSE HEARING TENTATIVELY SCHEDULED FOR DECEMBER 17, 2008 & REQUESTING SUPPLEMENTAL BRIEFING ON PLAINTIFFS' MOTION TO COMPEL DISCOVERY** |

On October 14, 2008 I issued a Report and Recommendation recommending that Judge White enter the Order attached to the report, which ordered a series of actions culminating in a possible show cause hearing on December 17, 2008.

Shortly thereafter the plaintiffs and CMA CGM each filed objections to my report and recommendation. As of this date, there has been no ruling on these objections and Judge White has not issued the recommended Order.

**IT IS THEREFORE ORDERED AS FOLLOWS:**

1. The show cause hearing tentatively scheduled for **December 17, 2008** is **VACATED**. If Judge White enters the

1

recommended Order, presumably it will contain a new schedule reflecting the date he enters the Order;

2. The hearings presently scheduled for **January 21, 2009** and **February 4, 2009**, which involve other shipping companies and financial institutions, are **VACATED** pending further order of the court; and

3. The hearing presently scheduled for **December 17, 2008** on plaintiffs' motion to compel post-judgment discovery responses remains on calendar.  Plaintiffs are **ORDERED** to file by **December 2, 2008** a supplemental brief addressing:

a] whether this hearing should be postponed pending a ruling by Judge White on the jurisdictional objections CMA CGN has made, and

b] whether this Court must have personal jurisdiction over a party before it can issue an order mandating compliance with discovery requests or imposing sanctions.

Dated: November 18, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\PETERSON v. ISLAMIC REPUBLIC OF IRAN\ORDER VACATING HEARINGS.FINAL VERSION.wpd