UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., <br><br>    Plaintiff(s), <br><br>    v. <br><br>ISLAMIC REPUBLIC OF IRAN, et al., <br><br>    Defendant(s). | No. 08-80030 MISC JSW (BZ) <br><br> **ORDER VACATING THE POST-JUDGMENT HEARING BRIEFING SCHEDULE** |

In accordance with this Court's November 18, 2008 Order vacating the hearings previously set for January 1, 2009 and February 4, 2009, **IT IS HEREBY ORDERED** that the briefing schedule relating to these motions, filed by the Court on October 15, 2008 is also **VACATED.**

Dated: November 20, 2008

                                                              Bernard Zimmerman
                                                    United States Magistrate Judge

G:\BZALL\-REFS\PETERSON v. ISLAMIC REPUBLIC OF IRAN\ORDER VACATING POST-JUDGMENT HEARINGS BRIEFING SCHEDULE.wpd

1