UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>Defendant(s). | No. 08-80030 MISC JSW (BZ)<br><br>**RULINGS ON THE OBJECTIONS TO THE COOK DECLARATION** |

The objections of non-party CMA CGM to the declaration of David J. Cook are resolved as follows:

    1.  The objections to paragraph 2 of lack of foundation are **DENIED** to the extent that Mr. Cook recites information from the shipping schedule.  To the extent that he draws inferences, they are treated as argument and not statements of fact.

    2.  The statements in paragraph 4 are only given weight as legal conclusions.

    3.  The objection to the statement in paragraph 3 that

1

Iran sells bunkered oil is **SUSTAINED** on grounds of hearsay and lack of foundation.

    4.   The statement in paragraph 5 is only given weight as legal argument.

    5.   The objections to paragraph 6 are **SUSTAINED** for lack of foundation and hearsay.

    6.   The statement in paragraph 7 is only given weight as legal argument.

    7.   The objections to paragraph 8 are **DENIED** except that the last sentence to which the non-party objects is only given weight as legal argument.

Dated: November 24, 2008 *nunc pro tunc* October 14, 2008

                                     /s/ Bernard Zimmerman
                                     Bernard Zimmerman
                             United States Magistrate Judge

G:\BZALL\-REFS\PETERSON v. ISLAMIC REPUBLIC OF IRAN\ORDER RE OBJECTIONS BY NON.PARTY.wpd