IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEBORAH D. PETERSON, et al.,

    Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN, et al.,

    Defendants.

                                           /

No. C 08-80030-MISC JSW

**ORDER RE OBJECTIONS TO REPORT AND RECOMMENDATION ON PLAINTIFFS' EX PARTE APPLICATIONS**

Now before the Court are Plaintiff's *ex parte* applications for an order amending the writ of execution and Plaintiffs' motion for a *de novo* review of Magistrate Judge Zimmerman's Report and Recommendation as to their *ex parte* applications. The Court has reviewed the entire file *de novo*, including Judge Zimmerman's Report and Recommendation. The Court agrees with Judge Zimmerman's recommendation. Judge Zimmerman concluded that California law did not authorize this Court to accept an "affidavit of identity" pursuant to California Code of Civil Procedure § 699.510 to alter the judgment entered by the United States District Court for the District of Columbia because the such affidavit is defined as one that is filed "with the clerk of the court in which the judgment is entered." Cal. Code Civ. Proc. § 680.135. Although Plaintiffs argue that the judgment from the District of Columbia was "docketed" here, they have not and cannot argue that it was "entered" by this Court.

///

///

1  Accordingly, the Court adopts Judge Zimmerman's Report and Recommendation and DENIES

2  Plaintiffs' *ex parte* applications for an order amending the writ of execution.

3  **IT IS SO ORDERED.**

5  Dated: November 24, 2008

                                             JEFFREY S. WHITE
                                             UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California