IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH D. PETERSON, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 08-80030-MISC JSW<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION ON PLAINTIFFS' MOTIONS FOR ASSIGNMENT OF RIGHTS, MOTION TO APPEAR AS *AMICUS CURIAE*, AND MOTION FOR STAY** |

　　　　This matter comes before the Court upon consideration of Magistrate Judge Zimmerman's Report and Recommendation re: Plaintiffs' motions for assignment of rights, motion for stay, and motion to appear as *amicus curiae*. In his Report and Recommendation, Magistrate Judge Zimmerman recommends that this Court deny Plaintiffs' motions for assignment of rights, deny the motion for a stay, and deny the motion to appear as *amicus curiae*. There have been no objections filed thereto. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, Plaintiffs' motions for

///
///
///
///
///

assignment of rights are DENIED, the motion to stay is DENIED, and the motion to appear as *amicus curiae* is DENIED.

**IT IS SO ORDERED.**

Dated: November 24, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2