IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEBORAH D. PETERSON, et al.,

    Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN, et al.,

    Defendants.

No. C 08-80030-MISC JSW

**ORDER REFERRING MOTION FOR APPOINTMENT OF RECEIVERS TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, Plaintiffs' motion for appointment of receivers in the above captioned matter is HEREBY REFERRED to a Magistrate Judge Zimmerman to prepare a report and recommendation.

**IT IS SO ORDERED.**

Dated: November 25, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom