**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT NEW YORK**

------------------------------------------------------- x

DEBORAH D. PETERSON,
Personal Representative of the Estate
of James C. Knipple (Dec.), et al.,

                Plaintiffs,

       v.

ISLAMIC REPUBLIC OF IRAN, et al.,

                Defendants.

------------------------------------------------------- x

Case No. 18 Misc. 8302 (JGK)

(Civil Action Nos. 01-2094 (RCL)
and 1-2684 (RCL) (D.D.C.))

## FINAL ORDER

    Upon consideration of the Order to Show Cause submitted by Citibank, N.A. ("Citi") with supporting documentation, the testimony and documentary evidence submitted by Clearstream Banking, S.A. ("Clearstream") at the hearing in the above-captioned action, which commenced on June 27, 2008 at 10:00 a.m. in Courtroom 12B, and the argument of counsel, and for the reasons stated by the Court in the record, it is hereby

    **ORDERED**, that the restraints on funds segregated at Citi totaling $250,000,000.00 and corresponding to securities ISIN US298785DM51 and ISIN US465410BK38 are hereby vacated; and it is further

    **ORDERED**, that the Writ of Execution served on Citi on June 13, 2008 and the Amended Restraining Notice served on Clearstream Banking S.A. on June 19, 2008 are modified to the extent of excluding ISIN US298785DM51 and ISIN US46510BK38 from the list of securities listed in Exhibit A of the aforementioned Writ and Restraining Notice; and it is further

    **ORDERED**, that the discovery Plaintiffs served on Clearstream and Citi thus far are hereby withdrawn without prejudice and it is hereby;

    **ORDERED**, that the prior scheduling order entered in this case on June 23, 2008 is hereby vacated; and it is further

    **ORDERED**, that the portions of the transcript of the hearing held on June 27, 2008 in this case containing Confidential Material and proprietary banking information shall remain sealed and subject to Judge Lamberth's June 11, 2008 Protective Order; and it is further

    **ORDERED**, that Citi and Clearstream will reconcile the restraint with respect to ISIN US676167AJ88 in accordance with the statements made on the record.

6/27/08

So Ordered.

u.S.D.J.