UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEBORAH D. PETERSON,**<br>Personal Representative of the<br>Estate of James C. Knipple (Dec.), *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**ISLAMIC REPUBLIC OF IRAN,** *et al.*,<br><br>**Defendants.** | **Consolidated Civil Actions:**<br>01-2094 (RCL)<br>01-2684 (RCL) |

## ORDER

Upon consideration of motions [273, 297, and 306] by the Japan Bank for International Cooperation, the Bank of Japan, and the Export Import Bank of Korea to quash writs of attachment on judgment, and plaintiffs' motion [286] to appoint a receiver, the oppositions and replies thereto, the applicable law, the entire record herein, and for the reasons stated in the accompanying memorandum opinion, it is hereby

ORDERED that the garnishees' motions [273, 297, and 306] to quash be, and are hereby, GRANTED, and the Japan Bank for International Cooperation, the Bank of Japan, and the Export Import Bank of Korea are excused from further participation in post-judgment proceedings in this matter; it is further

ORDERED that plaintiffs' motion [286] to for appointment of a receiver be, and is hereby, DENIED.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on July 7, 2008.