**WHITE & CASE**LLP

Francis A. Vasquez, Jr. (*pro hac vice*)
Frank Panopoulos (*pro hac vice*)
701 Thirteenth Street, NW
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
fvasquez@whitecase.com
fpanopoulos@whitecase.com

Mark F. Lambert (State Bar No. 197410)
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA 94306
Telephone: (650) 213-0347
Facsimile: (650) 213-8158
mlambert@whitecase.com

*Attorneys for Clearstream Banking, S.A.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN, *et al.*<br><br>    Defendants. | Case No. 08-MC-80030-JSW (BZ)<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of:

CLEARSTREAM BANKING S.A.'S OBJECTION TO THE COURT'S JURISDICTION OVER ITS OMNIBUS ACCOUNT

was served on the 1st day of December 2008 by electronic notice through the United States District Court for the Northern District of California upon all parties registered for electronic notification pursuant to the Court's electronic filing procedures, and upon the following parties by e-mail and first class mail:

| President Dr. Ahmadinejad<br>dr-ahmadinejad@president.ir | ISLAMIC REPUBLIC OF IRAN<br>Pasadaran Avenue<br>Golestan Yekom<br>Tehran, Iran<br>Attn: Responsible Officer |
|---|---|
| ISLAMIC REPUBLIC OF IRAN<br>Khomeini Avenue<br>United Nations Street<br>Tehran, Iran<br>Attn: Responsible Officer | ISLAMIC REPUBLIC OF IRAN<br>acting through its<br>MINISTRY OF DEFENSE AND<br>SUPPORT OF ARMED FORCES<br>No. 1 Shahid Kaboli Street<br>Beginning of Resalat Highway<br>Seyyed Khandan Bridge<br>P.O. Box 16765-1479<br>Tehran, Iran<br>Attn: Responsible Officer |

I declare that I am employed in the office of a member of the bar of this Court at whose directions the service was made. I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 1, 2008 at Palo Alto, California.

_____
Michael T. Kenny