Paul J. Hall (State Bar No. 066084)
phall@nixonpeaoby.com
Walter T. Johnson (State Bar No: 111094)
wjohnson@nixonpeabody.com
Isabelle L. Ord (State Bar No. 198224)
iord@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3996
Telephone:   (415) 984-8200
Facsimile:    (415) 984-8300

Attorneys for Third Parties
MITSUI O.S.K. LINES, LTD.
HANJIN SHIPPING CO., LTD, and
COMPAÑIA SUD AMERICANA DE VAPORES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al.,<br><br>Plaintiff,<br><br>vs.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>Defendants. | Case No. 3:08-mc-80030-JSW<br><br>**SUPPLEMENTAL DECLARATION OF CLAUDIO BARROILHET IN SUPPORT OF OPPOSITION OF THIRD PARTY COMPAÑIA SUD AMERICANA DE VAPORES TO PLAINTIFFS' MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)**<br><br>Date:   January 21, 2008<br>Time:   10:00 a.m.<br>Dept.:  G, 15th Floor<br>Magistrate Judge: Bernard Zimmerman |

# SUPPLEMENTAL DECLARATION OF CLAUDIO BARROILHET

I, Claudio Barroilhet, declare as follows:

1. I am the Head Counsel of the Legal Department of third party COMPAÑIA SUD AMERICANA DE VAPORES ("CSAV"). I have personal knowledge of the facts set forth herein, and if called upon as a witness, could and would testify competently thereto.

2. I correct Paragraph 5 of my previous Declaration, filed on September 15, 2008. I previously stated that CSAV's payments to its agents in Dubai are transmitted "without the use of United States banks or bank accounts, and these payments have no connection to the United States." Since signing my previous Declaration, I learned this statement was not accurate. At that time, CSAV routed funds to reimburse its agents in Dubai through a U.S. bank. CSAV no longer routes funds to its agents in Dubai through a U.S. bank. CSAV's current and future practice for payment of its agents in Dubai is to transmit payments from Chile or the United Kingdom to its agents in Dubai without the use of United States banks or bank accounts, as said in Paragraph 5 of my previous Declaration.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Declaration was executed at Valparaiso, Chile on November 27, 2008.

_____
CLAUDIO BARROILHET

# PROOF OF SERVICE

**CASE NAME:** DEBORAH D. PETERSON, et al. v. ISLAMIC REPUBLIC OF IRAN, et al.
**COURT:** United States Northern District Court, Northern District of California
**CASE NO.:** 3:08-mc-80030-JSW
**NP FILE:** 311909.20

I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is One Embarcadero Center, Suite 1800, San Francisco, CA 94111-3996. On this date, I served the following document(s):

**SUPPLEMENTAL DECLARATION OF CLAUDIO BARRIOLHET IN SUPPORT OF OPPOSITION OF THIRD PARTY COMPAÑIA SUD AMERICANA DE VAPORES TO PLAINTIFFS' MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT CO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)**

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

__X__ : By First-Class Mail — I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the United States Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in San Francisco, California, for mailing to the office of the addressee following ordinary business practices.

____ : By Overnight Courier — I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

____ : By Facsimile — I caused each such document to be transmitted by facsimile machine, to the parties and numbers listed below, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine.

____ : By Personal Service — I caused each such envelope to be given to a courier messenger to personally deliver to the office of the addressee.

__X__ : By Electronic Filing — I have reviewed the Order re Electronic Service of Pleadings in Case No. 3:08-mc-80030-JSW pursuant to Local Rule 5-4 and General Order No. 45. I am serving the above document as required by the Order re Electronic Service of Pleadings in Case No. 3:08-mc-80030-JSW and as instructed under the Electronic Case Filing Program.
Addressee(s)

**SEE ATTACHMENT TO PROOF OF SERVICE**

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 1, 2008, at San Francisco, California.

_Carolyn Ernser_
Carolyn Ernser

---

PROOF OF SERVICE                                                    -1-                                               11106800.1
CASE NO. 3:08-MC-80030-JSW

# ATTACHMENT TO PROOF OF SERVICE

| | |
|---|---|
| DEBORAH D. PETERSON, et al.<br>David J. Cook, Esq.<br>Robert J. Perkiss, Esq.<br>Cook Collections Attorneys<br>165 Fell Street<br>San Francisco, CA 94102 | HIS EXCELLENCY AYATOLLAH SAYED 'ALI KHAMENEI<br>THE OFFICE OF THE SUPREME LEADER<br>Islamic Republic Street<br>Shahid Késhvar Doust Street<br>Tehran, Islamic Republic of Iran |
| HIS EXCELLENCY MAHMOUD AHMADINEJAD THE PRESIDENT<br>Palestine Avenue<br>Azerbaijan Intersection<br>Tehran, Islamic Republic of Iran | ISLAMIC REPUBLIC OF IRAN<br>acting through its MINISTRY OF DEFENSE AND SUPPORT FOR ARMED FORCES<br>No. 1 Shahid Kaboli Street<br>Beginning of Resalat Highway<br>Seyyed Khandan Bridge<br>P.O. Box 16765-1479<br>Tehran, Iran<br>Attn: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process |
| ISLAMIC REPUBLIC OF IRAN<br>Pasadaran Avenue<br>Golestan Yekom<br>Teheran, Iran<br>ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process | ISLAMIC REPUBLIC OF IRAN<br>Khomeini Avenue<br>UnitedNations Street<br>Teheran, Iran<br>ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process |
| Director, Human Rights Headquarters of Iran<br>HIS EXCELLENCY MOHAMMAD JAVAD LARIJANI<br>c/o Office of the Deputy for International Affairs<br>Ministry of Justice<br>Ministry of Justice Building<br>Panzdah-Khordad (Ark) Square<br>Tehran, Islamic Republic of Iran | Minister of Intelligence<br>GHOLAM HOSSEIN MOHSENI EJEIE<br>MINISTRY OF INTELLIGENCE<br>Second Negarestan Street<br>Pasdaran Avenue<br>Tehran, Islamic Republic of Iran |
| Head of the Judiciary<br>AYATOLLAH MAHMOUD HASHEMI SHARROUDI<br>Howzeh Riyasat-e Qoveh Qazaiyeh<br>Office of the Head of the Judiciary<br>Pasteur Street, Vali Asr Avenue<br>South of Serah-e Jombouri<br>Tehran 1316814737<br>Islamic Republic of Iran | MINISTRY OF ROADS AND TRANSPORTATION<br>Attn: MOHAMMED RAHMATI<br>MINISTER OF ROAD AND TRANSPORTATION<br>Taleghani Avenue<br>Tehran, Iran |

| | |
|---|---|
| ALI TAHERI<br>DEPUTY MINISTER AND MANAGING DIRECTOR<br>PORT & SHIPPING ORGANIZATION OF THE ISLAMIC REPUBLIC OF IRAN<br>Building No.2<br>South Didar Street<br>Shahid Hagnai Expressway, Vahak Square<br>Tehran, Iran | NATIONAL. IRANIAN OIL REFINING AND DISTRIBUTION COMPANY<br>Opposite of Arak Alley Ostad Nejatollahi Ave.<br>Zip Code 15989<br>P.O. Box 15815/3499<br>Tehran, Iran<br>ATTN: Responsible Officer or Agent for Service of Process |
| MINISTRY OF PETROLEUM OF THE ISLAMIC REPUBLIC OF IRAN<br>HAFEZ CROSSING<br>Taleghani Avenue<br>Tehran, Iran<br>ATTN: Responsible Officer or Agent for Service of Process | NATIONAL IRANIAN OIL PRODUCTS DISTRIBUTION COMPANY<br>Bahar St., Somaya Corner<br>Tehran 15617/ 33315<br>P.O. Box 6165<br>Tehran, Iran<br>ATTN: Responsible Officer or Agent for Service of Process |
| NATIONAL IRANIAN OIL COMPANY<br>Hafez Crossing<br>Taleghani Avenue<br>Tehran, Iran<br>Attn: Responsible Officer or Agent for Service of Process | CMA CGM S.A.<br>A.P. MOLLER-MAERSK A/S<br>MEDITERRANEAN SHIPPING COMPANY<br>Peter Buscemi, Esq.<br>Matthew S. Weiler, Esq.<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126 |
| EMIRATES SHIPPING LINES<br>Attn: PRESIDENT, GENERAL MANAGER, Agent for Service of Process – Legal Matters<br>Vikas Mohammed Khan, Chairman and CEO of Emirates Shipping Line<br>Emirates Shipping Line FZE<br>AlMoosa Tower 2, 10th floor, Office 1004<br>Sheikh Zayed Road, Dubai<br>United Arab Emirates | KAWASAKI KISEN KAISHA, LTD.<br>EVERGREEN LINE<br>Alan Nakazawa, Esq.<br>Cogswell Nakazawa & Chang LLP<br>444 W Ocean Blvd #1250<br>Long Beach, CA, 90802-8131 |
| EVERGREEN LINE<br>Paul Keane<br>Cichanowicz, Callan, Keane, Vengrow & Textor, LLP<br>Suite 3000<br>61 Broadway<br>New York, NY 10006-2802 | HAPAG LLOYD AG<br>PACIFIC INTERNATIONAL LINES, LTD.<br>John Griffin, Esq.<br>Nicole Bussi, Esq.<br>Keesal Young & Logan<br>450 Pacific Ave<br>San Francisco, CA, 94133 |
| HYUNDAI MERCHANT MARINE CO., LTD.<br>Grant Nigolian, Esq.<br>Masuda, Funai, Eifer & Mitchell, Ltd.<br>19191 S. Vermont Ave., Suite 420<br>Torrance, CA  90502 | ORIENT OVERSEAS CONTAINER LINE LTD.<br>David Smith, Esq.<br>Sher & Blackwell<br>Suite 900, 1850 M Street, N.W.<br>Washington, D.C. 20036 |

PROOF OF SERVICE
CASE NO. 3:08-MC-80030-JSW

-3-

11106800.1

| WAN HAI LINES LTD.<br>Roger Coven, Esq.<br>Holland & Knight LLP<br>633, W 5th St 21FL<br>Los Angeles, CA, 90071-2040 | YANG MING MARINE TRANSPORT<br>Mitchell Griffin, Esq.<br>Cox, Wootton, Griffin, Hansen & Poulos LLP<br>190 The Embarcadero<br>San Francisco, CA, 94105 |
|---|---|

PROOF OF SERVICE  -4-  11106800.1
CASE NO. 3:08-MC-80030-JSW