UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., <br><br> Plaintiffs, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants. | No. 08-80030 MISC JSW (BZ) <br><br> **ORDER ON HEARING SET FOR DECEMBER 17, 2008** |

In light of Judge White's order (Document number 203) issued November 24, 2008, **IT IS HEREBY ORDERED** that plaintiffs should be prepared to discuss the effects of Judge White's recent rulings on the motion currently scheduled for December 17, 2008 and on the other motions pending before the Court.

Dated: December 1, 2008

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\PETERSON v. ISLAMIC REPUBLIC OF IRAN\ORDER ON HEARING SET FOR 12.17.wpd

1