IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH D. PETERSON, et al., | |
| Plaintiffs, | No. C 08-80030-MISC JSW |
| v. | |
| ISLAMIC REPUBLIC OF IRAN, et al., | **ORDER REFERRING DISCOVERY TO MAGISTRATE JUDGE ZIMMERMAN** |
| Defendants. | |

Pursuant to Local Rule 72-1, this matter is HEREBY REFERRED to Magistrate Judge Zimmerman for resolution of all discovery matters.

**IT IS SO ORDERED.**

Dated: December 9, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom