DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ. (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel: (415) 989-4730
Fax: (415) 989-0491
File No. 52,759

Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
of the Estate of James C. Knipple (Dec.), et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>Defendants. | CASE NO. 3:08-mc-80030-JSW (BZ)<br><br>APPLICATION FOR ORDER PERMITTING FILING OF SEALED DOCUMENTS PURSUANT TO LOCAL RULE 79-5(a)<br><br>Date: December 19, 2008<br>Time: 9:00 a.m.<br>Courtroom: 2, 17th Floor<br>Judge: Jeffrey S. White |

COMES NOW Plaintiffs DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al. ("Plaintiffs"), who hereby moves this court under Local Rule 79-5(b), for the issuance of an order permitting the filing under seal of certain information disclosed to Plaintiffs by the Department of Treasury, Office of Foreign Asset Control, pursuant to that certain order issued in that action entitled *Peterson v. The Islamic Republic of Iran*, United States District Court, District of Columbia, Consolidated Civil Actions 01-2094 (RCL) and 01-2684 (RCL) dated 6/11/08.

DATED: December 9, 2008

COOK COLLECTION ATTORNEYS
By: /s/ David J. Cook
DAVID J. COOK, ESQ. (SB# 060859)
Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representative
of the Estate of James C. Knipple (Dec.), et al.

APPLICATION FOR ORDER PERMITTING FILING OF SEALED DOCUMENTS PURSUANT TO LOCAL RULE 79-5(a) - CASE NO. 3:08-mc-80030-JSW (BZ)

1