DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ. (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel: (415) 989-4730
Fax: (415) 989-0491
File No. 52,759

Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
of the Estate of James C. Knipple (Dec.), et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>Defendants. | CASE NO. 3:08-mc-80030-JSW (BZ)<br><br>ORDER PERMITTING FILING OF SEALED DOCUMENTS PURSUANT TO ORDER OF OTHER DISTRICT COURT |

Based upon the Declaration of David J. Cook, Esq., and an examination of the protective order issued in the action entitled *Peterson v. The Islamic Republic of Iran*, United States District Court, District of Columbia, Consolidated Civil Actions 01-2094 (RCL) and 01-2684 (RCL), and for good cause appearing, therefore,

IT IS HEREBY ORDERED that the application for filing of certain documents under seal, be and the same is hereby granted.

///

///

///

///

1  IT IS FURTHER ORDERED that Plaintiffs may file under seal certain information
2  provided by the Department of Treasury, Office of Foreign Asset Control, which is hereby deemed
3  under seal, constituting various disclosures thereunder.

5  DATED: _____

   BERNARD ZIMMERMAN
   MAGISTRATE JUDGE OF THE UNITED STATES
   DISTRICT COURT

8  F:\USERS\DJCNEW\petersonsf.appdocs

ORDER PERMITTING FILING OF SEALED DOCUMENTS PURSUANT TO ORDER OF OTHER DISTRICT
COURT - CASE NO. 3:08-mc-80030-JSW (BZ)

2