```
1  DAVID J. COOK, ESQ. (State Bar # 060859)
   ROBERT J. PERKISS, ESQ. (State Bar # 62386)
2  COOK COLLECTION ATTORNEYS
   A PROFESSIONAL LAW CORPORATION
3  165 Fell Street
   San Francisco, CA 94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA 94104-0270
5  Tel: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,759

7  Attorneys for Plaintiffs
   DEBORAH D. PETERSON, Personal Representatives
8  of the Estate of James C. Knipple (Dec.), et al.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants. | CASE NO. 3:08-mc-80030-JSW (BZ) <br><br> PROOF OF SERVICE |

| | |
|---|---|
| HIS EXCELLENCY AYATOLLAH SAYED 'ALI KHAMENEI <br> THE OFFICE OF THE SUPREME LEADER <br> Islamic Republic Street <br> Shahid Keshvar Doust Street <br> Tehran, Islamic Republic of Iran | ISLAMIC REPUBLIC OF IRAN <br> Pasadaran Avenue <br> Golestan Yekom <br> Teheran, Iran <br> ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process |
| HIS EXCELLENCY MAHMOUD AHMADINEJAD THE PRESIDENT <br> Palestine Avenue <br> Azerbaijan Intersection <br> Tehran, Islamic Republic of Iran | ISLAMIC REPUBLIC OF IRAN <br> acting through its MINISTRY OF DEFENSE AND SUPPORT FOR ARMED FORCES <br> No. 1 Shahid Kaboli Street <br> Beginning of Resalat Highway <br> Seyyed Khandan Bridge <br> P.O. Box 16765-1479 <br> Tehran, Iran <br> Attn: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process |

| | |
|---|---|
| 1  ISLAMIC REPUBLIC OF IRAN<br>   Khomeini Avenue<br>2  United Nations Street<br>   Teheran, Iran<br>3  ATTN: President Mahmoud Ahmadinejad or<br>   Responsible Officer or Agent for Service of<br>4  Process<br><br>5  <u>Director, Human Rights Headquarters of Iran</u><br>   HIS EXCELLENCY MOHAMMAD<br>6  JAVAD LARIJANI<br>   c/o Office of the Deputy for International<br>7  Affairs<br>   Ministry of Justice<br>8  Ministry of Justice Building<br>   Panzdah-Khordad (Ark) Square<br>9  Tehran, Islamic Republic of Iran<br><br>10 <u>Minister of Intelligence</u><br>   GHOLAM HOSSEIN MOHSENI EJEIE<br>11 MINISTRY OF INTELLIGENCE<br>   Second Negarestan Street<br>12 Pasdaran Avenue<br>   Tehran, Islamic Republic of Iran<br>13<br>   <u>Head of the Judiciary</u><br>14 AYATOLLAH MAHMOUD HASHEMI<br>   SHAHROUDI<br>15 Howzeh Riyasat-e Qoveh Qazaiyeh<br>   Office of the Head of the Judiciary<br>16 Pasteur Street, Vali Asr Avenue<br>   South of Serah-e Jomhouri<br>17 Tehran 1316814737<br>   Islamic Republic of Iran | VINCENT M. GARVEY<br>U.S. DEPARTMENT OF JUSTICE<br>Civil Division, Federal Programs Branch<br>P.O. Box 883<br>Washington, DC 20044-0883<br><br>JACQUELINE COLEMAN SNEAD<br>Trial Attorney, Federal Programs Branch<br>Civil Division<br>20 Massachusetts Avenue NW,<br>Room 7340 (Courier)<br>Washington, D.C. 20001<br>P.O. Box 883<br>Washington, D.C. 20044<br><br>ATTORNEY GENERAL'S OFFICE<br>US DEPARTMENT OF JUSTICE<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530-0001<br>ATTN: MICHAEL B. MUKASEY<br><br>DEPARTMENT OF TREASURY<br>OFFICE OF FOREIGN ASSETS CONTROL<br>1500 Pennsylvania Avenue, NW<br>Washington, D.C. 20220<br>Attn:   TREASURY SECRETARY<br>        HENRY M. PAULSON, JR.<br><br>FRANCIS A. VASQUEZ, JR.<br>WHITE & CASE LLP<br>701 Thirteenth Street, NW<br>Washington, D.C. 20005 |

18

    I declare:
19
    I am employed in the County of San Francisco, California. I am over the age of eighteen
20  (18) years and not a party to the within cause. My business address is 165 Fell Street, San
    Francisco, CA 94102. On the date set forth below, I served the attached:
21
    APPLICATION FOR ORDER PERMITTING FILING OF SEALED DOCUMENTS
22  PURSANT TO LOCAL RULE 79-5(a)

23  DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF APPLICATION FOR
    ORDER PERMITTING FILING OF SEALED DOCUMENTS PURSANT TO LOCAL
24  RULE 79-5(a)

25  ORDER PERMITTING FILING OF SEALED DOCUMENTS PURSANT TO ORDER
    OF OTHER DISTRICT COURT
26
    on the above-named person(s) by:
27
    __XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage
28  thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the
    person(s) served above.

1 | I declare under penalty of perjury that the foregoing is true and correct.
2 | Executed on December 9, 2008.

                                     /s/ Karene Jen
                                        Karene Jen