1  **DAVID J. COOK, ESQ. (State Bar # 060859)**
   **ROBERT J. PERKISS, ESQ. (State Bar # 62386)**
2  **COOK COLLECTION ATTORNEYS**
   **A PROFESSIONAL LAW CORPORATION**
3  165 Fell Street
   San Francisco, CA  94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA  94104-0270
5  Tel: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,759

7  Attorneys for Plaintiffs
   DEBORAH D. PETERSON, Personal Representatives
8  of the Estate of James C. Knipple (Dec.), et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., | ) ) ) ) | CASE NO. 3:08-mc-80030-JSW (BZ) |
|---|---|---|
| Plaintiffs, | ) ) | ORDER PERMITTING FILING OF SEALED DOCUMENTS PURSUANT TO ORDER OF OTHER DISTRICT COURT |
| vs. | ) ) | |
| ISLAMIC REPUBLIC OF IRAN, et al., | ) ) | |
| Defendants. | ) ) | |

Based upon the Declaration of David J. Cook, Esq., and an examination of the protective order issued in the action entitled *Peterson v. The Islamic Republic of Iran*, United States District Court, District of Columbia, Consolidated Civil Actions 01-2094 (RCL) and 01-2684 (RCL), and for good cause appearing, therefore,

IT IS HEREBY ORDERED that the application for filing of certain documents under seal, be and the same is hereby granted.

///

///

///

///

ORDER PERMITTING FILING OF SEALED DOCUMENTS PURSUANT TO ORDER OF OTHER DISTRICT COURT - CASE NO. 3:08-mc-80030-JSW (BZ)                                                                                   1

1 | IT IS FURTHER ORDERED that Plaintiffs may file under seal certain information
2 | provided by the Department of Treasury, Office of Foreign Asset Control, which is hereby
3 | deemed under seal, constituting various disclosures thereunder.

DATED: December 17, 2008

*[signature]*
BERNARD ZIMMERMAN
MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT

C:\Documents and Settings\USDC\Local Settings\Temp\notes56FD74\petersonsfappdocsord.wpd