UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al.,<br><br>    Plaintiff(s),<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>    Defendant(s). | No. 08-80030 MISC JSW (BZ)<br><br>**ORDER SCHEDULING HEARING ON PLAINTIFFS' MOTION FOR APPOINTMENT OF RECEIVER** |

Judge White having referred plaintiffs' motion for appointment of a receiver to me for a report and recommendation, **IT IS HEREBY ORDERED** as follows:

    1.   The motion will be heard on **February 4, 2009 at 10:00 a.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

    2.   By no later than **January 7, 2009**, plaintiffs shall file a supplemental memorandum addressing the issue of whether this court has jurisdiction to appoint a receiver in view of

1  Judge White's ruling dated November 24, 2008, rejecting my
2  earlier report and recommendation and in view of Judge
3  Lamberth's Order denying plaintiffs' motion for appointment of
4  a receiver filed July 7, 2008.
5      3.  Any opposition to the motion shall be filed by
6  **January 16, 2009**.  If opposition is filed, a reply shall be
7  filed by **January 23, 2009**.
8      4.  Plaintiffs shall serve the motion on any financial
9  institution whose accounts they anticipate a receiver would
10 attempt to take possession of were a receiver appointed.  I do
11 not believe that service of the motion would disclose any
12 confidential information in violation of Judge Lamberth's
13 protective order in as much as the institution would already
14 know whether it has such accounts.  Once served, the
15 institution could be provided further information subject to
16 the protective order.  If plaintiffs read Judge Lamberth's
17 Order as prohibiting such notice, they may file a memorandum
18 to that effect by **January 7, 2009** and the court will consider
19 whether to relieve them of this obligation.
20 Dated: December 18, 2008

                                    _____
                                            Bernard Zimmerman
                                     United States Magistrate Judge

23 G:\BZALL\-REFS\PETERSON v. ISLAMIC REPUBLIC OF IRAN\ORDER SCHEDULING HRG RE
   APPT.RECEIVERS.wpd

2