**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL MINUTE ORDER

**Magistrate Judge BERNARD ZIMMERMAN**

Time: 10:00a.m.

Date: **12/17/08**

**Misc -08-80030 JWS (BZ)**

**Deborah D. Peterson, et al.**  v **Islamic Republic of Iran, et al.**

Attorneys:   Plntf.: David J. Cook and Nathaniel L. Dunn
              Deft. Non- Party CMA -CGA: Peter Buscemi and Matthew S. Weiler

Deputy Clerk: **Simone Voltz**          Reporter: **K. Powell Sullivan - 10:25-10:45**

**PROCEEDINGS:**                                    **RULING:**

1.  Plntf.'s Mtn. to compel response to Post-Judgment Discovery    Matter Held
2.  _____    _____

(  ) Status Conference     (  ) P/T Conference     (  ) Case Management Conference

**ORDERED AFTER HEARING:**
Court will issue order.

( x ) ORDER TO BE PREPARED BY:   Plntf_____ Deft_____ Court_x_

(  ) Referred to Magistrate Judge For:

(  ) CASE CONTINUED TO_____   for _____

Discovery Cut-Off_____ Expert Discovery Cut-Off_____

Plntf to Name Experts by _____ Deft to Name Experts by_____

P/T Conference Date_____ Trial Date_____ Set for _____ days
                                     Type of Trial:  ( )Jury    ( )Court
Notes: _____