DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ. (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel: (415) 989-4730
Fax: (415) 989-0491
File No. 52,759

Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
of the Estate of James C. Knipple (Dec.), et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>Defendants. | CASE NO. 3:08-mc-80030-JSW (BZ)<br><br>NOTICE OF ENTRY OF ORDER SCHEDULING HEARING ON PLAINTIFFS' MOTION FOR APPOINTMENT OF RECEIVER |

TO DEFENDANTS, AND TO ALL OTHER PARTIES:

PLEASE TAKE NOTICE that the court has entered that ORDER SCHEDULING HEARING ON PLAINTIFFS' MOTION FOR APPOINTMENT OF RECEIVER, a true and correct copy, a true and correct copy of which is attached hereto marked *Exhibit "A"* and incorporated by reference as though fully set forth herein in its entirety.

DATED: December 19, 2008              COOK COLLECTION ATTORNEYS


By:  /s/ David J. Cook
DAVID J. COOK, ESQ. (SB# 060859)
Attorneys for Plaintiffs
DEBORAH D. PETERSON, etc.

F:\USERS\DJCNEW\petersonsf.notord

NOTICE OF ENTRY OF ORDER SCHEDULING HEARING ON PLAINTIFFS' MOTION FOR
APPOINTMENT OF RECEIVER - CASE NO. 3:08-mc-80030-JSW (BZ)                    1

# EXHIBIT "A"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., <br><br> Plaintiff(s), <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendant(s). | No. 08-80030 MISC JSW (BZ) <br><br> ORDER SCHEDULING HEARING ON PLAINTIFFS' MOTION FOR APPOINTMENT OF RECEIVER |

Judge White having referred plaintiffs' motion for appointment of a receiver to me for a report and recommendation, IT IS HEREBY ORDERED as follows:

1. The motion will be heard on **February 4, 2009** at 10:00 a.m., in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

2. By no later than **January 7, 2009**, plaintiffs shall file a supplemental memorandum addressing the issue of whether this court has jurisdiction to appoint a receiver in view of

1

A

1  Judge White's ruling dated November 24, 2008, rejecting my
2  earlier report and recommendation and in view of Judge
3  Lamberth's Order denying plaintiffs' motion for appointment of
4  a receiver filed July 7, 2008.
5       3.  Any opposition to the motion shall be filed by
6  **January 16, 2009.** If opposition is filed, a reply shall be
7  filed by **January 23, 2009.**
8       4.  Plaintiffs shall serve the motion on any financial
9  institution whose accounts they anticipate a receiver would
10 attempt to take possession of were a receiver appointed.  I do
11 not believe that service of the motion would disclose any
12 confidential information in violation of Judge Lamberth's
13 protective order in as much as the institution would already
14 know whether it has such accounts.  Once served, the
15 institution could be provided further information subject to
16 the protective order.  If plaintiffs read Judge Lamberth's
17 Order as prohibiting such notice, they may file a memorandum
18 to that effect by **January 7, 2009** and the court will consider
19 whether to relieve them of this obligation.
20 Dated: December 18, 2008

                              _____
                              Bernard Zimmerman
                              United States Magistrate Judge

G:\BZALL\-REFS\PETERSON v. ISLAMIC REPUBLIC OF IRAN\ORDER SCHEDULING HRG RE APPT.RECEIVERS.wpd

2

# PROOF OF SERVICE

HIS EXCELLENCY AYATOLLAH SAYED 'ALI KHAMENEI
THE OFFICE OF THE SUPREME LEADER
Islamic Republic Street
Shahid Keshvar Doust Street
Tehran, Islamic Republic of Iran

HIS EXCELLENCY MAHMOUD AHMADINEJAD THE PRESIDENT
Palestine Avenue
Azerbaijan Intersection
Tehran, Islamic Republic of Iran

ISLAMIC REPUBLIC OF IRAN
Pasadaran Avenue
Golestan Yekom
Teheran, Iran
ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process

ISLAMIC REPUBLIC OF IRAN
acting through its MINISTRY OF DEFENSE AND SUPPORT FOR ARMED FORCES
No. 1 Shahid Kaboli Street
Beginning of Resalat Highway
Seyyed Khandan Bridge
P.O. Box 16765-1479
Tehran, Iran
Attn: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process

ISLAMIC REPUBLIC OF IRAN
Khomeini Avenue
United Nations Street
Teheran, Iran
ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process

Director, Human Rights Headquarters of Iran
HIS EXCELLENCY MOHAMMAD JAVAD LARIJANI
c/o Office of the Deputy for International Affairs
Ministry of Justice
Ministry of Justice Building
Panzdah-Khordad (Ark) Square
Tehran, Islamic Republic of Iran

Minister of Intelligence
GHOLAM HOSSEIN MOHSENI EJEIE
MINISTRY OF INTELLIGENCE
Second Negarestan Street
Pasdaran Avenue
Tehran, Islamic Republic of Iran

Head of the Judiciary
AYATOLLAH MAHMOUD HASHEMI SHAHROUDI
Howzeh Riyasat-e Qoveh Qazaiyeh
Office of the Head of the Judiciary
Pasteur Street, Vali Asr Avenue
South of Serah-e Jomhouri
Tehran 1316814737
Islamic Republic of Iran

VINCENT M. GARVEY
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044-0883

JACQUELINE COLEMAN SNEAD
Trial Attorney, Federal Programs Branch
Civil Division
20 Massachusetts Avenue NW,
Room 7340 (Courier)
Washington, D.C. 20001
P.O. Box 883
Washington, D.C. 20044

ATTORNEY GENERAL'S OFFICE
US DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001
ATTN: MICHAEL B. MUKASEY

DEPARTMENT OF TREASURY
OFFICE OF FOREIGN ASSETS CONTROL
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220
Attn:   TREASURY SECRETARY
        HENRY M. PAULSON, JR.

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

NOTICE OF ENTRY OF ORDER SCHEDULING HEARING ON PLAINTIFFS' MOTION FOR APPOINTMENT OF RECEIVER

on the above-named person(s) by:

__XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 19, 2008.

                                    /s/ Karene Jen
                                      Karene Jen