UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

December 23, 2008

**CASE INFORMATION:**
Short Case Title:  <u>DEBORAH D. PETERSON</u>-v- <u>ISLAMIC REPUBLIC OF IRAN</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>Northern District: Judge Jeffrey S. White</u>
Criminal and/or Civil Case No.:  <u>CV 08-80030 JSW</u>
Date Complaint/Indictment/Petition Filed: <u>3/11/08</u>
Date Appealed order/judgment *entered* <u>11/24/08</u>
Date NOA *filed* <u>12/22/08</u>
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):  ☐ granted in full (attach order)   ☐ denied in full (send record)
                         ☐ granted in part (attach order)   ☐ pending

Court Reporter(s) Name & Phone Number: <u>Lydia Zinn 415 531-6587</u>

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: <u>12/22/08</u>       Date Docket Fee Billed:
Date FP granted:                            Date FP denied:
Is FP pending? ☐ yes  ☐ no                                 Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address Cook@SqueezeBloodFromTurnip.Com)
Appellate Counsel:                          Appellee Counsel: see docket sheet
David Cook
Cook Collection Attorneys
P.O. Box 270
San Francisco, CA 94102
415 989-4730
☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other     *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                             9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Alfred Amistoso</u> 415 522-2006