DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ. (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel: (415) 989-4730
Fax: (415) 989-0491
File No. 52,759

Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
of the Estate of James C. Knipple (Dec.), et. al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et. al., <br><br> Plaintiffs, <br><br> vs. <br><br> ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants. | CASE NO. 3:08-mc-80030-JSW (BZ) <br><br> NOTICE OF ENTRY OF ORDER <br><br> Date: December 17, 2008 <br> Time: 10:00 a.m. <br> Courtroom: G, 15th Floor <br> Magistrate Judge: Bernard Zimmerman |

TO DEFENDANTS ISLAMIC REPUBLIC OF IRAN, ITS AGENCIES OR INSTRUMENTALITIES OF THE ISLAMIC REPUBLIC OF IRAN:

PLEASE TAKE NOTICE that on December 17, 2008, the court entered that ORDER COMPELLING DISCOVERY, a true and correct copy which is attached hereto marked *Exhibit "A"* and incorporated by reference as though fully set forth herein.

DATED: December 24, 2008          COOK COLLECTION ATTORNEYS

                                  By:   /s/ David J. Cook
                                  DAVID J. COOK (SB# 060859)
                                  Attorneys for Plaintiffs
                                  DEBORAH D. PETERSON, Personal
                                  Representatives of the Estate of James C. Knipple
                                  (Dec.), et. al.

F:\USERS\DJCNEW\petersonsf.notcpl

NOTICE OF ENTRY OF ORDER - CASE NO. 3:08-mc-80030-JSW (BZ)

**EXHIBIT "A"**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH D. PETERSON,<br>Personal Representative of<br>the Estate of James C.<br>Knipple (Dec.), et al.,<br><br>           Plaintiff(s),<br><br>    v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br>et al.,<br><br>           Defendant(s). | No. 08-80030 MISC JSW (BZ)<br><br>**ORDER COMPELLING DISCOVERY** |

    Plaintiffs have moved to compel Iran to answer interrogatories and produce documents in response to discovery requests they had earlier propounded.

    While there is language in Judge White's Order rejecting an earlier report and recommendation which may be read as holding that this court has no jurisdiction over Iran, I read the Order more narrowly as holding that because plaintiffs had failed to establish that the assets they were seeking to have assigned were not immune from execution, there was no jurisdiction to issue the proposed assignment order. In

1

A

1 | granting plaintiffs a default judgment, Judge Lamberth found
2 | that there was jurisdiction over Iran, that it was not immune
3 | and that it had properly been served. <u>Peterson v. Islamic</u>
4 | <u>Republic of Iran</u>, 264 F.Supp.2d 46, 48, 59-60 (D.D.C. 2003).
5 | Moreover, Judge Lamberth has continued to exercise
6 | jurisdiction over ancillary proceedings after the repeal of §
7 | 1605(a)(7) and the other recent FSIA amendments. Because the
8 | proceedings in this court are merely ancillary proceedings in
9 | aid of efforts to execute on the judgment that Judge Lamberth
10 | issued, such jurisdiction continues. See <u>Peacock v. Thomas</u>,
11 | 516 U.S. 349, 355-56 (1996). Furthermore, the Ninth Circuit
12 | has ruled a judgment creditor is entitled to discovery to help
13 | locate assets that may not be immune from execution. <u>Richmark</u>
14 | <u>Corp. v. Timber Falling Consultants</u>, 959 F.2d 1468, 1477-1478
15 | (9th Cir. 1992).
16 |     Judge White's Order also questions whether "Plaintiffs
17 | have complied with the service requirements set forth in 28
18 | U.S.C. § 1608." I read § 1608 as setting forth the
19 | requirements for service of summons and complaint. Once
20 | again, Judge Lamberth has found that Iran was properly served
21 | with process. Once a party defaults, F.R. Civ. P. 5(a)(2)
22 | does not require further service on defaulting party and Rule
23 | 5(b)(2)(C) permits service by mail. The California statutes
24 | which provide for post-judgment discovery against a judgment
25 | debtor do not require that the debtor be personally served
26 | with the discovery. Rather, the statutes state that discovery
27 | shall be taken in the same manner as discovery in an ordinary
28 | case, which is satisfied with service by mail. See <u>Frates v.</u>

1  Treder, 249 Cal. App. 2d 199, 201 (1967).  Here, plaintiffs
2  have been serving Iran by mail, which I deem adequate under
3  the circumstances at least for purposes of taking discovery.
4      **IT IS THEREFORE ORDERED** that by no later than **January 30,**
5  **2009,** Iran shall answer the post-judgment interrogatories and
6  produce the requested documents, except that Iran need not
7  provide discovery with respect to any asset which is valued at
8  less than $10,000.  All objections to the propounded discovery
9  are deemed **WAIVED**.  Plaintiffs' request for sanctions is
10 **DENIED** without prejudice to being renewed if Iran does not
11 answer.
12 Dated: December 17, 2008
13                                     /s/ Bernard Zimmerman
14                         Bernard Zimmerman
                     United States Magistrate Judge
15 G:\BZALL\-REFS\PETERSON v. ISLAMIC REPUBLIC OF IRAN\Order Compelling Discovery FINAL.wpd

3

## PROOF OF SERVICE

HIS EXCELLENCY AYATOLLAH SAYED 'ALI KHAMENEI
THE OFFICE OF THE SUPREME LEADER
Islamic Republic Street
Shahid Keshvar Doust Street
Tehran, Islamic Republic of Iran

HIS EXCELLENCY MAHMOUD AHMADINEJAD THE PRESIDENT
Palestine Avenue
Azerbaijan Intersection
Tehran, Islamic Republic of Iran

ISLAMIC REPUBLIC OF IRAN
Pasadaran Avenue Golestan Yekom
Teheran, Iran ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process

ISLAMIC REPUBLIC OF IRAN
acting through its MINISTRY OF DEFENSE AND SUPPORT FOR ARMED FORCES
No. 1 Shahid Kaboli Street Beginning of Resalat Highway Seyyed Khandan Bridge
P.O. Box 16765-1479
Tehran, Iran
Attn: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process

ISLAMIC REPUBLIC OF IRAN
Khomeini Avenue
United Nations Street
Teheran, Iran ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process

Director, Human Rights Headquarters of Iran
HIS EXCELLENCY MOHAMMAD JAVAD LARIJANI
c/o Office of the Deputy for International Affairs Ministry of Justice
Ministry of Justice Building
Panzdah-Khordad (Ark) Square
Tehran, Islamic Republic of Iran

Minister of Intelligence
GHOLAM HOSSEIN MOHSENI EJEIE
MINISTRY OF INTELLIGENCE
Second Negarestan Street
Pasdaran Avenue
Tehran, Islamic Republic of Iran

Head of the Judiciary
AYATOLLAH MAHMOUD HASHEMI SHAHROUDI Howzeh Riyasat-e Qoveh Qazaiyeh Office of the Head of the Judiciary
Pasteur Street, Vali Asr Avenue
South of Serah-e Jomhouri
Tehran 1316814737
Islamic Republic of Iran

Vincent M. Garvey
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044-0883

JACQUELINE COLEMAN SNEAD
Trial Attorney, Federal Programs Branch
Civil Division
20 Massachusetts Avenue NW,
Room 7340 (Courier)
Washington, D.C. 20001
P.O. Box 883
Washington, D.C. 20044

ATTORNEY GENERAL'S OFFICE
US DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001
ATTN: MICHAEL B. MUKASEY

DEPARTMENT OF TREASURY
OFFICE OF FOREIGN ASSETS CONTROL
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220
Attn: TREASURY SECRETARY HENRY M. PAULSON, JR.

1  I declare:

2  I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

NOTICE OF ENTRY OF ORDER

on the above-named person(s) by:

__XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 24, 2008.

/s/ Karene Jen
Karene Jen