## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 08-17756      U.S. District Court Case No. 3:08 mc-80030 JSW (BZ)

Short Case Title PETERSON v. ISLAMIC REPUBLIC OF IRAN

Date Notice of Appeal Filed by Clerk of District Court 12/22/08

---

**SECTION A** – To be completed by party ordering transcript

| HEARING DATE | COURT REPORTER |
|---|---|
| 10/08/08 | LYDIA ZINN |

(attach additional page for designations if necessary)

(   )   I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

( X )   As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

(   )   As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered Previously transcribed - Copy filed (Docket #177)

Print or type requestor's name DAVID J. COOK, ESQ. (SBN 060859)

Signature of Attorney /s/ DAVID J. COOK      Phone Number 415 989 4730

Address: 165 Fell Street, San Francisco, CA 94102-5106

> This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporter's transcripts.
>
> Please note the specific instructions below. If there are further questions, contact the District Court Clerk's Office in which your case was filed: San Francisco (415) 522-2000; San Jose (408) 535-5364; or Oakland (510) 637-3530.

## SPECIFIC INSTRUCTIONS FOR ATTORNEYS

(1) Pick up form from district court clerk's office when filing the notice of appeal.
(2) Complete Section A, place additional designations on blank paper if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies if necessary.
(5) Send Copies 2 and 3 to court reporter(s). Contact court reporter(s) to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.

1   **DAVID J. COOK, ESQ. (State Bar # 060859)**
  **ROBERT J. PERKISS, ESQ. (State Bar # 62386)**
2   **COOK COLLECTION ATTORNEYS**
  **A PROFESSIONAL LAW CORPORATION**
3   165 Fell Street
  San Francisco. CA 94102
4   Mailing Address: P.O. Box 270
  San Francisco, CA 94104-0270
5   Tel: (415) 989-4730
  Fax: (415) 989-0491
6   File No. 52,759

7   Attorneys for Plaintiffs
  DEBORAH D. PETERSON, Personal Representatives
8   of the Estate of James C. Knipple (Dec.), et al.

9                UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12

13 DEBORAH D. PETERSON, Personal     )     CASE NO. 3:08-mc-80030-JSW (BZ)
  Representative of the Estate of James C. )
  Knipple (Dec.). et al.,            )
14                       )     PROOF OF SERVICE
           Plaintiffs,          )
15                       )
  vs.                       )
16                       )
  ISLAMIC REPUBLIC OF IRAN. et al..   )
17                       )
           Defendants.         )
18   _____ )

19 HIS EXCELLENCY AYATOLLAH SAYED     ISLAMIC REPUBLIC OF IRAN
  `ALI KHAMENEI                    acting through its MINISTRY OF DEFENSE
20 THE OFFICE OF THE SUPREME LEADER   AND SUPPORT FOR ARMED FORCES
  Islamic Republic Street            No. 1 Shahid Kaboli Street
21 Shahid Keshvar Doust Street         Beginning of Resalat Highway
  Tehran, Islamic Republic of Iran      Seyyed Khandan Bridge
22                          P.O. Box 16765-1479
  HIS EXCELLENCY MAHMOUD          Tehran, Iran
23 AHMADINEJAD THE PRESIDENT        Attn: President Mahmoud Ahmadinejad or
  Palestine Avenue                 Responsible Officer or Agent for Service of
24 Azerbaijan Intersection            Process
  Tehran. Islamic Republic of Iran
25                          ISLAMIC REPUBLIC OF IRAN
  ISLAMIC REPUBLIC OF IRAN        Khomeini Avenue
26 Pasadaran Avenue               United Nations Street
  Golestan Yekom              Teheran, Iran
27 Teheran. Iran                ATTN: President Mahmoud Ahmadinejad or
  ATTN: President Mahmoud Ahmadinejad or   Responsible Officer or Agent for Service of
28 Responsible Officer or Agent for Service of   Process
  Process

| | | |
|---|---|---|
| 1 | <u>Director, Human Rights Headquarters of Iran</u> | MINISTRY OF PETROLEUM OF THE |
| 2 | HIS EXCELLENCY MOHAMMAD JAVAD LARIJANI | ISLAMIC REPUBLIC OF IRAN HAFEZ CROSSING |
| 3 | c/o Office of the Deputy for International Affairs | Taleghani Avenue Tehran, Iran |
| 4 | Ministry of Justice Ministry of Justice Building | ATTN: Responsible Officer or Agent for Service of Process |
| 5 | Panzdah-Khordad (Ark) Square Tehran, Islamic Republic of Iran | NATIONAL IRANIAN OIL PRODUCTS |
| 6 | <u>Minister of Intelligence</u> | DISTRIBUTION COMPANY Bahar St, Somaya Corner |
| 7 | GHOLAM HOSSEIN MOHSENI EJEIE MINISTRY OF INTELLIGENCE | Tehran 15617/ 33315 P.O .Box 6165 |
| 8 | Second Negarestan Street Pasdaran Avenue | Tehran ATTN: Responsible Officer or Agent for |
| 9 | Tehran, Islamic Republic of Iran | Service of Process |
| 10 | <u>Head of the Judiciary</u> AYATOLLAH MAHMOUD HASHEMI | NATIONAL IRANIAN OIL COMPANY Hafez Crossing |
| 11 | SHAHROUDI Howzeh Riyasat-e Qoveh Qazaiyeh | Taleghani Avenue Tehran, Iran |
| 12 | Office of the Head of the Judiciary Pasteur Street, Vali Asr Avenue | ATTN: Responsible Officer or Agent for Service of Process |
| 13 | South of Serah-e Jomhouri Tehran 1316814737 | MATTHEW S. WEILER, ESQ. |
| 14 | Islamic Republic of Iran | MORGAN LEWIS & BOCKIUS, LLP One Market, Spear Street Tower |
| 15 | MINISTRY OF ROADS AND TRANSPORTATION | San Francisco, CA 94105 |
| 16 | Attn: MOHAMMED RAHMATI MINISTER OF ROAD AND | NOEL ANDREW LEIBNITZ FARELLA BRAUN & MARTEL LLP |
| 17 | TRANSPORTATION Taleghani Avenue | 235 Montgomery Street, 17th Floor San Francisco, CA 94104 |
| 18 | Tehran, Iran | WILLIAM LEWIS STERN |
| 19 | ALI TAHERI DEPUTY MINISTER AND MANAGING | MORRISON & FOERSTER LLP 425 Market Street |
| 20 | DIRECTOR PORT & SHIPPING ORGANIZATION OF | San Francisco, CA 94105 |
| 21 | THE ISLAMIC REPUBLIC OF IRAN Building No. 2 | MARK FREDERICK LAMBERT WHITE & CASE LLP |
| 22 | South Didar Street Shahid Hagnai Expressway,Vanak Square | 3000 El Camino Real Five Palo Alto Square, 10th Floor |
| 23 | Tehran, Iran | Palo Alto, CA 94306 |
| 24 | NATIONAL IRANIAN OIL REFINING AND DISTRIBUTION COMPANY | MATTHEW PAUL LEWIS WHITE & CASE LLP |
| 25 | Opposite of Arak Alley Ostad Nejatollahi Ave. | 633 West Fifth Street, Suite 1900 Los Angeles, CA 90071-2007 |
| 26 | Zip Code 15989 P.O. Box 15815/3499 | FRANK PANOPOULOS |
| 27 | Tehran, Iran ATTN: Responsible Officer or Agent for | WHITE & CASE LLP 701 - Thirteenth Street, N.W. |
| 28 | Service of Process | Washington, D.C.  20005 |

1  FRANCIS ANTHONY VASQUEZ, JR.
   WHITE & CASE LLP
2  701 - Thirteenth Street, N.W.
   Washington, D.C.  20005
3
   JERROLD EVAN ABELES
4  ARENT FOX LLP
   445 S. Figueroa Street, Suite 3750
5  Los Angeles, CA 90071

6  ISABELLE LOUISE ORD
   NIXON PEABODY, LLP
7  One Embarcadro Center. Suite 1800
   San Francisco, CA 94111
8
   DENA SUSANN AGHABEG
9  ALAN NAKAZAWA
   COGSWELL NAKAZAWA & CHANG,
10 LLP
   444 West Ocean Blvd., Suite 1250
11 Long Beach, CA 90802-8131

12 NICOLE BUSSI
   KEESAL YOUNG AND LOGAN
13 450 Pacific Avenue
   San Francisco. CA 94133
14
   MITCHELL S. GRIFFIN
15 COX WOOTTON GRIFFIN HANSEN &
   POULOS, LLP
16 190 The Embarcadero
   San Francisco. CA 94105
17
   DAVID FARRELL SMITH
18 1850 M Street. N.W., Suite 900
   Washington. D.C.  20036
19
   JAY ROBERT HENNEBERRY
20 CHADBOURNE & PARKE LLP
   350 South Grand Avenue, 32nd Floor
21 Los Angeles, CA 90071

22 ROGER BRIAN COVEN
   TIANJING ZHANG
23 HOLLAND & KNIGHT LLP
   633 West 5th Street, Suite 2100
24 Los Angeles, CA 90071-2040

25 RYAN SANDROCK
   SIDLEY AUSTIN LLP
26 555 California Street
   San Francisco, CA 94104-1715
27

28

PROOF OF SERVICE - CASE NO. 3:08-mc-80030-JSW (BZ)                    3

1    I declare:

2    I am employed in the County of San Francisco, California. I am over the age of eighteen
(18) years and not a party to the within cause. My business address is 165 Fell Street, San
3    Francisco, CA 94102. On the date set forth below, I served the attached:

4    TRANSCRIPT DESIGNATION AND ORDERING FORM

5    on the above-named person(s) by:

6    __XXX__   (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage
thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the
7    person(s) served above.

8    I declare under penalty of perjury that the foregoing is true and correct.

9    Executed on January 2, 2009.

10

11                          /s/ Karene Jen
                             Karene Jen

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28