```
 1  DAVID J. COOK, ESQ. (State Bar # 060859)
    ROBERT J. PERKISS, ESQ. (State Bar # 62386)
 2  COOK COLLECTION ATTORNEYS
    A PROFESSIONAL LAW CORPORATION
 3  165 Fell Street
    San Francisco, CA 94102
 4  Mailing Address: P.O. Box 270
    San Francisco, CA 94104-0270
 5  Tel: (415) 989-4730
    Fax: (415) 989-0491
 6  File No. 52,759

 7  Attorneys for Plaintiffs
    DEBORAH D. PETERSON, Personal Representatives
 8  of the Estate of James C. Knipple (Dec.), et al.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>Defendants. | CASE NO. 3:08-mc-80030-JSW (BZ)<br><br>PROOF OF SERVICE |

| | |
|---|---|
| HIS EXCELLENCY AYATOLLAH SAYED 'ALI KHAMENEI<br>THE OFFICE OF THE SUPREME LEADER<br>Islamic Republic Street<br>Shahid Keshvar Doust Street<br>Tehran, Islamic Republic of Iran<br><br>HIS EXCELLENCY MAHMOUD AHMADINEJAD THE PRESIDENT<br>Palestine Avenue<br>Azerbaijan Intersection<br>Tehran, Islamic Republic of Iran<br><br>ISLAMIC REPUBLIC OF IRAN<br>Pasadaran Avenue – Golestan Yekom<br>Teheran, Iran<br>ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process | ISLAMIC REPUBLIC OF IRAN<br>acting through its MINISTRY OF DEFENSE AND SUPPORT FOR ARMED FORCES<br>No. 1 Shahid Kaboli Street<br>Beginning of Resalat Highway<br>Seyyed Khandan Bridge<br>P.O. Box 16765-1479<br>Tehran, Iran<br>Attn: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process<br><br>ISLAMIC REPUBLIC OF IRAN<br>Khomeini Avenue<br>United Nations Street<br>Teheran, Iran<br>ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process |

PROOF OF SERVICE - CASE NO. 3:08-mc-80030-JSW (BZ)                                                1

| | |
|---|---|
| <u>Director, Human Rights Headquarters of Iran</u><br>HIS EXCELLENCY MOHAMMAD<br>JAVAD LARIJANI<br>c/o Office of the Deputy for International<br>Affairs<br>Ministry of Justice<br>Ministry of Justice Building<br>Panzdah-Khordad (Ark) Square<br>Tehran, Islamic Republic of Iran | VINCENT M. GARVEY<br>U.S. DEPARTMENT OF JUSTICE<br>Civil Division, Federal Programs Branch<br>P.O. Box 883<br>Washington, DC 20044–0883<br><br>JACQUELINE COLEMAN SNEAD<br>Trial Attorney, Federal Programs Branch<br>Civil Division<br>20 Massachusetts Avenue NW. |
| <u>Minister of Intelligence</u><br>GHOLAM HOSSEIN MOHSENI EJEIE<br>MINISTRY OF INTELLIGENCE<br>Second Negarestan Street<br>Pasdaran Avenue<br>Tehran, Islamic Republic of Iran | Room 7340 (Courier)<br>Washington, D.C. 20001<br>P.O. Box 883<br>Washington, D.C. 20044<br><br>ATTORNEY GENERAL'S OFFICE<br>US DEPARTMENT OF JUSTICE |
| <u>Head of the Judiciary</u><br>AYATOLLAH MAHMOUD HASHEMI<br>SHAHROUDI<br>Howzeh Riyasat-e Qoveh Qazaiyeh<br>Office of the Head of the Judiciary<br>Pasteur Street, Vali Asr Avenue<br>South of Serah-e Jomhouri<br>Tehran 1316814737<br>Islamic Republic of Iran | 950 Pennsylvania Avenue. NW<br>Washington, D.C. 20530-0001<br>ATTN: MICHAEL B. MUKASEY<br><br>DEPARTMENT OF TREASURY<br>OFFICE OF FOREIGN ASSETS CONTROL<br>1500 Pennsylvania Avenue. NW<br>Washington, D.C. 20220<br>Attn:   TREASURY SECRETARY<br>            HENRY M. PAULSON, JR. |

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

MEMORANDUM OF POINTS AND AUTHORITIES RE ORDER SCHEDULING HEARING ON PLAINTIFFS' MOTION FOR APPOINTMENT OF RECEIVERS

DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF ORDER SCHEDULING HEARING ON PLAINTIFFS' MOTION FOR APPOINTMENT OF RECEIVERS

on the above-named person(s) by:

__XXX__   (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 7, 2009.

                                                                /s/ Karene Jen
                                                                Karene Jen