DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ. (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel: (415) 989-4730
Fax: (415) 989-0491
File No. 52,759

Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
of the Estate of James C. Knipple (Dec.), et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., <br><br>Plaintiffs, <br><br>vs. <br><br>ISLAMIC REPUBLIC OF IRAN, et al., <br><br>Defendants. | CASE NO. 3:08-mc-80030-JSW (BZ) <br><br> APPLICATION FOR CONTINUANCE OF HEARING <br><br><br> Date: February 4, 2009 <br> Time: 10:00 a.m. <br> Courtroom: G, 15th Floor <br> Judge: Bernard Zimmerman |

COMES NOW Plaintiffs DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al. ("Plaintiffs"), who hereby request that the court reset the hearing on the notice of motion and motion for appointment of receiver, currently set for 2/4/09 at 10:00 a.m. in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102, on the following grounds:

1. In further review of the ORDER SCHEDULING HEARING ON PLAINTIFFS' MOTION FOR APPOINTMENT OF RECEIVER, and the fact that certain of the financial institutions may take an adverse position, the amount of time may not be sufficient herein, particular in that various financial institutions may be filing voluminous responses. Therefore, Plaintiffs request that the hearing be reset for approximately 30 days, in which any type of

response would be somewhat more orderly. This has also been compounded by the intervening holidays.

2. Plaintiffs have determined that some type of interface with the attorneys from the Department of Justice might resolve, either in part or in whole, any concern as to the disclosure of the information as previously provided by the Office of Foreign Asset Control and subject to Judge Lamberth's protective order. This process will take approximately 7-10 days.

Accordingly, in the interest of justice, and moreover, to obtain the orderly flow of information and avoid any hardship by multiple filings herein, and greater clarification from the Department of Justice, a continuance would serve everybody's interest.

Plaintiffs have timely responded to the court's order of 12/18/08, consisting of the filing of a supplemental brief, seeking to resolve the issue of jurisdiction.

Plaintiffs have not received any response from Iran or any of its representatives, or any one of the same. Plaintiffs likewise have not received any type of written response from any party, save and except informal communications from various financial institutions which Plaintiff will reserve expeditiously.

WHEREFORE, Plaintiffs request that the 2/4/09 hearing, be and the same be continued, for an opportunity to permit Plaintiffs to communicate with the Department of Justice, and resolve any issues relating to the release of the information, either in part or in whole, and reset the matter for a 30-day period to permit the proper scheduling of this motion.

DATED: January 8, 2009                COOK COLLECTION ATTORNEYS

By: ___/s/ David J. Cook___
DAVID J. COOK, ESQ. (SB# 060859)
Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al.

F:\USERS\DJCNEW\PETERSONSF.REQCONT