DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ. (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel: (415) 989-4730
Fax: (415) 989-0491
File No. 52,759

Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
of the Estate of James C. Knipple (Dec.), et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants. | CASE NO. 3:08-mc-80030-JSW (BZ) <br><br> DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF APPLICATION FOR CONTINUANCE OF HEARING <br><br> Date: February 4, 2009 <br> Time: 10:00 a.m. <br> Courtroom: G, 15th Floor <br> Judge: Bernard Zimmerman |

I, DAVID J. COOK, hereby declare and state as follows:

1. I am one of the attorneys of record for Plaintiffs in the above-entitled action, am duly authorized to practice before all courts in the State of California, and am familiar with the facts and circumstances in this action.

2. In further review of the ORDER SCHEDULING HEARING ON PLAINTIFFS' MOTION FOR APPOINTMENT OF RECEIVER, and the fact that certain of the financial institutions may take an adverse position, the amount of time may not be sufficient herein, particular in that various financial institutions may be filing voluminous responses. Therefore, Declarant requests that the hearing be reset for approximately 30 days, in which any type of response would be somewhat more orderly. This has also been compounded by the intervening

1  holidays.

2  2. Declarant has determined that some type of interface with the attorneys from the
Department of Justice might resolve, either in part or in whole, any concern as to the disclosure of
the information as previously provided by the Office of Foreign Asset Control and subject to Judge
Lamberth's protective order. This process will take approximately 7-10 days. Accordingly, in the
interest of justice, and moreover, to obtain the orderly flow of information and avoid any hardship
by multiple filings herein, and greater clarification from the Department of Justice, a continuance
would serve everybody's interest.

3. Declarant has timely responded to the court's order of 12/18/08, consisting of the filing
of a supplemental brief, seeking to resolve the issue of jurisdiction.

4. Declarant has not received any response from Iran or any of its representatives, or any
one of the same. Plaintiffs likewise have not received any type of written response from any party,
save and except informal communications from various financial institutions which Plaintiff will
reserve expeditiously.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 8, 2009.

                                  /s/ David J. Cook
                                DAVID J. COOK, ESQ. (SB# 060859)

F:\USERS\DJCNEW\PETERSONSF.REQCONT

DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF APPLICATION FOR CONTINUANCE OF
HEARING CASE NO. 3:08-mc-80030-JSW (BZ)        2