DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ. (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel: (415) 989-4730
Fax: (415) 989-0491
File No. 52,759

Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
of the Estate of James C. Knipple (Dec.), et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants. | CASE NO. 3:08-mc-80030-JSW (BZ) <br><br> [PROPOSED] ORDER GRANTING APPLICATION FOR CONTINUANCE OF HEARING |

Based upon the application and Declaration of David J. Cook, Esq., and for good cause appearing, therefore,

IT IS HEREBY ORDERED that the hearing on the motion for appointment of receiver currently set for February 4, 2009 at 10:00 a.m. in Courtroom G, 15th Floor, before the Honorable Bernard Zimmerman, shall be continued to __March 4, 2009 @ 10:00 a.m.__ in Courtroom G.

IT IS FURTHER ORDERED that all oppositions due Feb. 17, 2009 and replies due Feb. 24, 2009.

DATED: _January 9, 2009_

_____
BERNARD ZIMMERMAN
MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT

F:\USERS\DJCNEW\PETERSONSF.REQCONT

ORDER GRANTING APPLICATION FOR CONTINUANCE OF HEARING
CASE NO. 3:08-mc-80030-JSW (BZ)