1  **DAVID J. COOK, ESQ. (State Bar # 060859)**
   **ROBERT J. PERKISS, ESQ. (State Bar # 62386)**
2  **COOK COLLECTION ATTORNEYS**
   **A PROFESSIONAL LAW CORPORATION**
3  165 Fell Street
   San Francisco. CA 94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA 94104-0270
5  Tel: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,759

7  Attorneys for Plaintiffs
   DEBORAH D. PETERSON. Personal Representatives
8  of the Estate of James C. Knipple (Dec.). et al.

9                    UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12
   DEBORAH D. PETERSON, Personal      )      CASE NO. 3:08-mc-80030-JSW (BZ)
13 Representative of the Estate of James C.  )
   Knipple (Dec.), et al.,            )
14                                     )      [PROPOSED] ORDER GRANTING
                                       )      APPLICATION FOR EXTENSION OF TIME
             Plaintiffs,               )      TO RESPOND TO DISCOVERY
15                                     )
   vs.                                 )
16                                     )
   ISLAMIC REPUBLIC OF IRAN. et al.,   )
17                                     )
             Defendants.               )
18 _____ )

19        Based upon the Application of Plaintiffs, and finding that  the best interest of justice are

20 served by translating the order and the underlying discovery to dispel any uncertainty as to the

21 obligation to respond, for good cause appearing, therefore,

22        IT IS HEREBY ORDERED that the Defendant ISLAMIC REPUBLIC OF IRAN's time to

23 respond to the POST-JUDGMENT INTERROGATORIES AND REQUEST FOR PRODUCTION

24 OF DOCUMENTS shall be extended from January 30. 2009 to March 31, 2009.

25

26 DATED: _____        _____
                                     BERNARD ZIMMERMAN
27                                   MAGISTRATE JUDGE OF THE UNITED STATES
                                     DISTRICT COURT
28 F:\USERS\DJCNEW\PETERSONSF.ext

[PROPOSED] ORDER GRANTING APPLICATION FOR EXTENSION OF TIME TO RESPOND TO
DISCOVERY - CASE NO. 3:08-mc-80030-JSW (BZ)                                    1