| | |
|---|---|
| 1 | DAVID J. COOK, ESQ. (State Bar # 060859) |
|   | ROBERT J. PERKISS, ESQ. (State Bar # 62386) |
| 2 | COOK COLLECTION ATTORNEYS |
|   | A PROFESSIONAL LAW CORPORATION |
| 3 | 165 Fell Street |
|   | San Francisco, CA 94102 |
| 4 | Mailing Address: P.O. Box 270 |
|   | San Francisco, CA 94104-0270 |
| 5 | Tel: (415) 989-4730 |
|   | Fax: (415) 989-0491 |
| 6 | File No. 52,759 |
| 7 | Attorneys for Plaintiffs |
|   | DEBORAH D. PETERSON, Personal Representatives |
| 8 | of the Estate of James C. Knipple (Dec.), et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., | CASE NO. 3:08-mc-80030-JSW (BZ) |
| Plaintiffs, | PROOF OF SERVICE |
| vs. | |
| ISLAMIC REPUBLIC OF IRAN, et al., | |
| Defendants. | |

| | |
|---|---|
| HIS EXCELLENCY AYATOLLAH SAYED 'ALI KHAMENEI | ISLAMIC REPUBLIC OF IRAN acting through its MINISTRY OF DEFENSE AND SUPPORT FOR ARMED FORCES |
| THE OFFICE OF THE SUPREME LEADER | No. 1 Shahid Kaboli Street |
| Islamic Republic Street | Beginning of Resalat Highway |
| Shahid Keshvar Doust Street | Seyyed Khandan Bridge |
| Tehran, Islamic Republic of Iran | P.O. Box 16765-1479 |
|  | Tehran, Iran |
| HIS EXCELLENCY MAHMOUD AHMADINEJAD THE PRESIDENT | Attn: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process |
| Palestine Avenue | |
| Azerbaijan Intersection | |
| Tehran, Islamic Republic of Iran | ISLAMIC REPUBLIC OF IRAN |
|  | Khomeini Avenue |
| ISLAMIC REPUBLIC OF IRAN | United Nations Street |
| Pasadaran Avenue – Golestan Yekom | Teheran, Iran |
| Teheran, Iran | ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process |
| ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process | |

PROOF OF SERVICE - CASE NO. 3:08-mc-80030-JSW (BZ)    1

| | |
|---|---|
| Director, Human Rights Headquarters of Iran<br>HIS EXCELLENCY MOHAMMAD<br>JAVAD LARIJANI<br>c/o Office of the Deputy for International Affairs<br>Ministry of Justice<br>Ministry of Justice Building<br>Panzdah-Khordad (Ark) Square<br>Tehran, Islamic Republic of Iran | VINCENT M. GARVEY<br>U.S. DEPARTMENT OF JUSTICE<br>Civil Division, Federal Programs Branch<br>P.O. Box 883<br>Washington, DC 20044–0883 |
| Minister of Intelligence<br>GHOLAM HOSSEIN MOHSENI EJEIE<br>MINISTRY OF INTELLIGENCE<br>Second Negarestan Street<br>Pasdaran Avenue<br>Tehran, Islamic Republic of Iran | JACQUELINE COLEMAN SNEAD<br>Trial Attorney, Federal Programs Branch<br>Civil Division<br>20 Massachusetts Avenue NW,<br>Room 7340 (Courier)<br>Washington, D.C. 20001<br>P.O. Box 883<br>Washington, D.C. 20044 |
| Head of the Judiciary<br>AYATOLLAH MAHMOUD HASHEMI SHAHROUDI<br>Howzeh Riyasat-e Qoveh Qazaiyeh<br>Office of the Head of the Judiciary<br>Pasteur Street, Vali Asr Avenue<br>South of Serah-e Jomhouri<br>Tehran 1316814737<br>Islamic Republic of Iran | ATTORNEY GENERAL'S OFFICE<br>US DEPARTMENT OF JUSTICE<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530-0001<br>ATTN: MICHAEL B. MUKASEY<br><br>DEPARTMENT OF TREASURY<br>OFFICE OF FOREIGN ASSETS CONTROL<br>1500 Pennsylvania Avenue, NW<br>Washington, D.C. 20220<br>Attn:   TREASURY SECRETARY<br>          HENRY M. PAULSON, JR. |

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

APPLICATION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY

[PROPOSED] ORDER GRANTING APPLICATION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY

on the above-named person(s) by:

__XXX__   (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 12, 2009.

                                                    /s/ Karene Jen
                                                    Karene Jen