1  **DAVID J. COOK, ESQ. (State Bar # 060859)**
**ROBERT J. PERKISS, ESQ. (State Bar # 62386)**
2  **COOK COLLECTION ATTORNEYS**
**A PROFESSIONAL LAW CORPORATION**
3  165 Fell Street
San Francisco, CA  94102
4  Mailing Address: P.O. Box 270
San Francisco. CA  94104-0270
5  Tel: (415) 989-4730
Fax: (415) 989-0491
6  File No. 52,759

7  Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
8  of the Estate of James C. Knipple (Dec.), et al.

9  UNITED STATES DISTRICT COURT

10  NORTHERN DISTRICT OF CALIFORNIA

11  SAN FRANCISCO DIVISION

12
DEBORAH D. PETERSON. Personal          )     CASE NO. 3:08-mc-80030-JSW (BZ)
13  Representative of the Estate of James C.  )
Knipple (Dec.). et al.,                 )
14                                          )     NOTICE OF ENTRY OF ORDER
            Plaintiffs,                     )
15                                          )
vs.                                         )
16                                          )
ISLAMIC REPUBLIC OF IRAN, et al..       )
17                                          )
            Defendants.                     )
18  _____ )

19        TO ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

20        PLEASE TAKE NOTICE that on January 9, 2009. the Honorable Bernard Zimmerman

21  executed that ORDER GRANTING APPLICATION FOR CONTINUANCE OE HEARING. a

22  true and correct copy which is attached hereto marked *Exhibit "A"* and incorporated by reference

23  as though fully set forth herein.

24  DATED:  January 12, 2009            COOK COLLECTION ATTORNEYS

25                                      By: ___/s/ David J. Cook_____
                                        DAVID J. COOK, ESQ. (SB# 060859)
26                                      Attorneys for Plaintiffs
                                        DEBORAH D. PETERSON. Personal Representative
27                                      of the Estate of James C. Knipple (Dec.). et al.

28
F:\USERS\DJCNEW\PETERSONSF.notentry1

NOTICE OF ENTRY OF ORDER - CASE NO. 3:08-mc-80030-JSW (BZ)

.

# EXHIBIT "A"

1  | DAVID J. COOK, ESQ. (State Bar # 060859)
   | ROBERT J. PERKISS, ESQ. (State Bar # 62386)
2  | COOK COLLECTION ATTORNEYS
   | A PROFESSIONAL LAW CORPORATION
3  | 165 Fell Street
   | San Francisco, CA 94102
4  | Mailing Address: P.O. Box 270
   | San Francisco, CA 94104-0270
5  | Tel: (415) 989-4730
   | Fax: (415) 989-0491
6  | File No. 52,759

7  | Attorneys for Plaintiffs
   | DEBORAH D. PETERSON, Personal Representatives
8  | of the Estate of James C. Knipple (Dec.), et al.

9  |                    UNITED STATES DISTRICT COURT

10 |                   NORTHERN DISTRICT OF CALIFORNIA

11 |                      SAN FRANCISCO DIVISION

12 |
   | DEBORAH D. PETERSON, Personal      )    CASE NO. 3:08-mc-80030-JSW (BZ)
13 | Representative of the Estate of James C.  )
   | Knipple (Dec.), et al..            )    [PROPOSED] ORDER GRANTING
14 |                                    )    APPLICATION FOR CONTINUANCE OF
   |          Plaintiffs,               )    HEARING
15 |                                    )
   | vs.                                )
16 |                                    )
   | ISLAMIC REPUBLIC OF IRAN, et al.,  )
17 |                                    )
   |          Defendants.               )
18 | _____    )

19 | Based upon the application and Declaration of David J. Cook, Esq., and for good cause

20 | appearing. therefore,

21 | IT IS HEREBY ORDERED that the hearing on the motion for appointment of receiver

22 | currently set for February 4, 2009 at 10:00 a.m. in Courtroom G, 15th Floor, before the Honorable

23 | Bernard Zimmerman, shall be continued to _March 4, 2009 @ 10:00 a.m._  in Courtroom G.

24 | IT IS FURTHER ORDERED that all oppositions and replies are accordingly reset pursuant
   | that all oppositions due Feb. 17, 2009 and replies due Feb. 24, 2009.
25 | to local rules.

26 | DATED: _January 9, 2009_

27 |                                    BERNARD ZIMMERMAN
   |                                    MAGISTRATE JUDGE OF THE UNITED STATES
   |                                    DISTRICT COURT
28 | F:\USERS\DJCNEW\PETERSONSF.REQCONT

   | ORDER GRANTING APPLICATION FOR CONTINUANCE OF HEARING
   | CASE NO. 3:08-mc-80030-JSW (BZ)

                                                              EXHIBIT ___A___

1

**PROOF OF SERVICE**

2  | HIS EXCELLENCY AYATOLLAH SAYED
   | `ALI KHAMENEI
3  | THE OFFICE OF THE SUPREME
   | LEADER
4  | Islamic Republic Street
   | Shahid Keshvar Doust Street
5  | Tehran, Islamic Republic of Iran

6  | HIS EXCELLENCY MAHMOUD
   | AHMADINEJAD THE PRESIDENT
7  | Palestine Avenue
   | Azerbaijan Intersection
8  | Tehran, Islamic Republic of Iran

9  | ISLAMIC REPUBLIC OF IRAN
   | Pasadaran Avenue – Golestan Yekom
10 | Teheran, Iran
   | ATTN: President Mahmoud Ahmadinejad or
11 | Responsible Officer or Agent for Service of
   | Process
12 |
   | ISLAMIC REPUBLIC OF IRAN
13 | acting through its MINISTRY OF DEFENSE
   | AND SUPPORT FOR ARMED FORCES
14 | No. 1 Shahid Kaboli Street
   | Beginning of Resalat Highway
15 | Seyyed Khandan Bridge
   | P.O. Box 16765-1479
16 | Tehran, Iran
   | Attn: President Mahmoud Ahmadinejad or
17 | Responsible Officer or Agent for Service of
   | Process
18 |
   | ISLAMIC REPUBLIC OF IRAN
19 | Khomeini Avenue
   | United Nations Street
20 | Teheran, Iran
   | ATTN: President Mahmoud Ahmadinejad or
21 | Responsible Officer or Agent for Service of
   | Process
22 |
   | Director, Human Rights Headquarters of Iran
23 | HIS EXCELLENCY MOHAMMAD
   | JAVAD LARIJANI
24 | c/o Office of the Deputy for International
   | Affairs
25 | Ministry of Justice
   | Ministry of Justice Building
26 | Panzdah-Khordad (Ark) Square
   | Tehran, Islamic Republic of Iran

27

28

Minister of Intelligence
GHOLAM HOSSEIN MOHSENI EJEIE
MINISTRY OF INTELLIGENCE
Second Negarestan Street
Pasdaran Avenue
Tehran, Islamic Republic of Iran

Head of the Judiciary
AYATOLLAH MAHMOUD HASHEMI
SHAHROUDI
Howzeh Riyasat-e Qoveh Qazaiyeh
Office of the Head of the Judiciary
Pasteur Street, Vali Asr Avenue
South of Serah-e Jomhouri
Tehran 1316814737
Islamic Republic of Iran

VINCENT M. GARVEY
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044–0883

JACQUELINE COLEMAN SNEAD
Trial Attorney, Federal Programs Branch
Civil Division
20 Massachusetts Avenue NW.
Room 7340 (Courier)
Washington, D.C. 20001
P.O. Box 883
Washington, D.C. 20044

ATTORNEY GENERAL`S OFFICE
US DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001
ATTN: MICHAEL B. MUKASEY

DEPARTMENT OF TREASURY
OFFICE OF FOREIGN ASSETS CONTROL
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220
Attn:    TREASURY SECRETARY
         HENRY M. PAULSON, JR.

1    I declare:

2    I am employed in the County of San Francisco, California. I am over the age of eighteen
(18) years and not a party to the within cause. My business address is 165 Fell Street, San
3    Francisco, CA 94102. On the date set forth below, I served the attached:

4                        NOTICE OF ENTRY OF ORDER

5    on the above-named person(s) by:

6    __XXX__   (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage
thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the
7    person(s) served above.

8    I declare under penalty of perjury that the foregoing is true and correct.

9    Executed on January 12, 2009.

10
                                            _/s/ Karene Jen_____
11                                                Karene Jen

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28