1 | **DAVID J. COOK, ESQ. (State Bar # 060859)**
  | **ROBERT J. PERKISS, ESQ. (State Bar # 62386)**
2 | **COOK COLLECTION ATTORNEYS**
  | **A PROFESSIONAL LAW CORPORATION**
3 | 165 Fell Street
  | San Francisco, CA  94102
4 | Mailing Address: P.O. Box 270
  | San Francisco, CA  94104-0270
5 | Tel: (415) 989-4730
  | Fax: (415) 989-0491
6 | File No. 52,759

7 | Attorneys for Plaintiffs
  | DEBORAH D. PETERSON, Personal Representatives
8 | of the Estate of James C. Knipple (Dec.), et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., | CASE NO. 3:08-mc-80030-JSW (BZ) |
| Plaintiffs, | [PROPOSED] ORDER GRANTING APPLICATION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY |
| vs. | |
| ISLAMIC REPUBLIC OF IRAN, et al., | |
| Defendants. | |

Based upon the Application of Plaintiffs, and finding that the best interest of justice are served by translating the order and the underlying discovery to dispel any uncertainty as to the obligation to respond, for good cause appearing, therefore,

IT IS HEREBY ORDERED that the Defendant ISLAMIC REPUBLIC OF IRAN's time to respond to the POST-JUDGMENT INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS shall be extended from January 30, 2009 to March 31, 2009.

DATED: January 12, 2009

*/s/ Bernard Zimmerman*
BERNARD ZIMMERMAN
MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT

C:\Documents and Settings\USDC\Local Settings\Temp\notes56FD74\PETERSONSFextord.wpd

[PROPOSED] ORDER GRANTING APPLICATION FOR EXTENSION OF TIME TO RESPOND TO
DISCOVERY - CASE NO. 3:08-mc-80030-JSW (BZ)