DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ. (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel: (415) 989-4730
Fax: (415) 989-0491
File No. 52,759

Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
of the Estate of James C. Knipple (Dec.), et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>Defendants. | CASE NO. 3:08-mc-80030-JSW (BZ)<br><br>AMENDED<br>NOTICE OF ENTRY OF ORDER |

TO ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 9, 2009, the Honorable Bernard Zimmerman executed that ORDER GRANTING APPLICATION FOR CONTINUANCE OF HEARING, a true and correct copy which is attached hereto marked *Exhibit "A"* and incorporated by reference as though fully set forth herein.

DATED: January 12, 2009         COOK COLLECTION ATTORNEYS

                                By: ___/s/ David J. Cook_____
                                DAVID J. COOK, ESQ. (SB# 060859)
                                Attorneys for Plaintiffs
                                DEBORAH D. PETERSON, Personal Representative
                                of the Estate of James C. Knipple (Dec.), et al.

F:\USERS\DJCNEW\PETERSONSF.NOTENTRY3

AMENDED NOTICE OF ENTRY OF ORDER - CASE NO. 3:08-mc-80030-JSW (BZ)

**EXHIBIT "A"**

1  DAVID J. COOK, ESQ. (State Bar # 060859)
   ROBERT J. PERKISS, ESQ. (State Bar # 62386)
2  COOK COLLECTION ATTORNEYS
   A PROFESSIONAL LAW CORPORATION
3  165 Fell Street
   San Francisco, CA 94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA 94104-0270
5  Tel: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,759

7  Attorneys for Plaintiffs
   DEBORAH D. PETERSON, Personal Representatives
8  of the Estate of James C. Knipple (Dec.), et al.

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12 
   DEBORAH D. PETERSON, Personal        )   CASE NO. 3:08-mc-80030-JSW (BZ)
13 Representative of the Estate of James C.)
   Knipple (Dec.), et al.,               )   [PROPOSED] ORDER GRANTING
14                                        )   APPLICATION FOR CONTINUANCE OF
              Plaintiffs,                )   HEARING
15                                        )
   vs.                                   )
16                                        )
   ISLAMIC REPUBLIC OF IRAN, et al.,     )
17                                        )
              Defendants.                )
18 _____)

19         Based upon the application and Declaration of David J. Cook, Esq., and for good cause

20 appearing, therefore,

21         IT IS HEREBY ORDERED that the hearing on the motion for appointment of receiver

22 currently set for February 4, 2009 at 10:00 a.m. in Courtroom G, 15th Floor, before the Honorable

23 Bernard Zimmerman, shall be continued to __March 4, 2009 @ 10:00 a.m.__ in Courtroom G.

24         IT IS FURTHER ORDERED that all oppositions and replies are accordingly reset pursuant
                            that all oppositions due Feb. 17, 2009 and replies due Feb. 24, 2009.
25 to local rules.

26 DATED: __January 9, 2009__                    _____
                                                 BERNARD ZIMMERMAN
27                                               MAGISTRATE JUDGE OF THE UNITED STATES
                                                 DISTRICT COURT
28 F:\USERS\DJCNEW\PETERSONSF.REQCONT

ORDER GRANTING APPLICATION FOR CONTINUANCE OF HEARING
CASE NO. 3:08-mc-80030-JSW (BZ)                                              EXHIBIT _ A _

## PROOF OF SERVICE

| | |
|---|---|
| HIS EXCELLENCY AYATOLLAH SAYED 'ALI KHAMENEI<br>THE OFFICE OF THE SUPREME LEADER<br>Islamic Republic Street<br>Shahid Keshvar Doust Street<br>Tehran, Islamic Republic of Iran | Minister of Intelligence<br>GHOLAM HOSSEIN MOHSENI EJEIE<br>MINISTRY OF INTELLIGENCE<br>Second Negarestan Street<br>Pasdaran Avenue<br>Tehran, Islamic Republic of Iran |
| HIS EXCELLENCY MAHMOUD AHMADINEJAD THE PRESIDENT<br>Palestine Avenue<br>Azerbaijan Intersection<br>Tehran, Islamic Republic of Iran | Head of the Judiciary<br>AYATOLLAH MAHMOUD HASHEMI SHAHROUDI<br>Howzeh Riyasat-e Qoveh Qazaiyeh<br>Office of the Head of the Judiciary<br>Pasteur Street, Vali Asr Avenue<br>South of Serah-e Jomhouri<br>Tehran 1316814737<br>Islamic Republic of Iran |
| ISLAMIC REPUBLIC OF IRAN<br>Pasadaran Avenue – Golestan Yekom<br>Teheran, Iran<br>ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process | |
| ISLAMIC REPUBLIC OF IRAN<br>acting through its MINISTRY OF DEFENSE AND SUPPORT FOR ARMED FORCES<br>No. 1 Shahid Kaboli Street<br>Beginning of Resalat Highway<br>Seyyed Khandan Bridge<br>P.O. Box 16765-1479<br>Tehran, Iran<br>Attn: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process | JACQUELINE COLEMAN SNEAD<br>Trial Attorney, Federal Programs Branch<br>Civil Division<br>20 Massachusetts Avenue NW.<br>Room 7340 (Courier)<br>Washington, D.C. 20001<br>P.O. Box 883<br>Washington, D.C. 20044 |
| ISLAMIC REPUBLIC OF IRAN<br>Khomeini Avenue<br>United Nations Street<br>Teheran, Iran<br>ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process | |
| Director, Human Rights Headquarters of Iran<br>HIS EXCELLENCY MOHAMMAD JAVAD LARIJANI<br>c/o Office of the Deputy for International Affairs<br>Ministry of Justice<br>Ministry of Justice Building<br>Panzdah-Khordad (Ark) Square<br>Tehran, Islamic Republic of Iran | |

1  I declare:

2  I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street. San
3  Francisco, CA 94102. On the date set forth below, I served the attached:

4  AMENDED NOTICE OF ENTRY OF ORDER

5  on the above-named person(s) by:

6  __XXX__  (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the
7  person(s) served above.

8  I declare under penalty of perjury that the foregoing is true and correct.

9  Executed on January 12, 2009.

        /s/ Karene Jen
        Karene Jen