DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ. (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel: (415) 989-4730
Fax: (415) 989-0491
File No. 52,759

Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal Representatives
of the Estate of James C. Knipple (Dec.), et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>Defendants. | CASE NO. 3:08-mc-80030-JSW (BZ)<br><br>NOTICE OF ENTRY OF ORDER |

TO ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 12, 2009, the Honorable Bernard Zimmerman executed that ORDER GRANTING APPLICATION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY, a true and correct copy which is attached hereto marked *Exhibit "A"* and incorporated by reference as though fully set forth herein.

DATED: January 12, 2009                COOK COLLECTION ATTORNEYS

                                       By: ___/s/ David J. Cook_____
                                       DAVID J. COOK, ESQ. (SB# 060859)
                                       Attorneys for Plaintiffs
                                       DEBORAH D. PETERSON, Personal Representative
                                       of the Estate of James C. Knipple (Dec.), et al.

F:\USERS\DJCNEW\PETERSONSF.notentry2

NOTICE OF ENTRY OF ORDER - CASE NO. 3:08-mc-80030-JSW (BZ)

**EXHIBIT "A"**

```
 1  DAVID J. COOK, ESQ. (State Bar # 060859)
    ROBERT J. PERKISS, ESQ. (State Bar # 62386)
 2  COOK COLLECTION ATTORNEYS
    A PROFESSIONAL LAW CORPORATION
 3  165 Fell Street
    San Francisco, CA 94102
 4  Mailing Address: P.O. Box 270
    San Francisco, CA 94104-0270
 5  Tel: (415) 989-4730
    Fax: (415) 989-0491
 6  File No. 52,759

 7  Attorneys for Plaintiffs
    DEBORAH D. PETERSON, Personal Representatives
 8  of the Estate of James C. Knipple (Dec.), et al.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>Defendants. | CASE NO. 3:08-mc-80030-JSW (BZ)<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY |

Based upon the Application of Plaintiffs, and finding that the best interest of justice are served by translating the order and the underlying discovery to dispel any uncertainty as to the obligation to respond, for good cause appearing, therefore,

IT IS HEREBY ORDERED that the Defendant ISLAMIC REPUBLIC OF IRAN's time to respond to the POST-JUDGMENT INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS shall be extended from January 30, 2009 to March 31, 2009.

DATED: January 12, 2009

_____
BERNARD ZIMMERMAN
MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT

C:\Documents and Settings\USDC\Local Settings\Temp\notes56FD74\PETERSONSFextord.wpd

[PROPOSED] ORDER GRANTING APPLICATION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY - CASE NO. 3:08-mc-80030-JSW (BZ)

EXHIBIT A

## PROOF OF SERVICE

HIS EXCELLENCY AYATOLLAH SAYED 'ALI KHAMENEI
THE OFFICE OF THE SUPREME LEADER
Islamic Republic Street
Shahid Keshvar Doust Street
Tehran, Islamic Republic of Iran

HIS EXCELLENCY MAHMOUD AHMADINEJAD THE PRESIDENT
Palestine Avenue
Azerbaijan Intersection
Tehran, Islamic Republic of Iran

ISLAMIC REPUBLIC OF IRAN
Pasadaran Avenue – Golestan Yekom
Teheran, Iran
ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process

ISLAMIC REPUBLIC OF IRAN
acting through its MINISTRY OF DEFENSE AND SUPPORT FOR ARMED FORCES
No. 1 Shahid Kaboli Street
Beginning of Resalat Highway
Seyyed Khandan Bridge
P.O. Box 16765-1479
Tehran, Iran
Attn: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process

ISLAMIC REPUBLIC OF IRAN
Khomeini Avenue
United Nations Street
Teheran, Iran
ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process

Director, Human Rights Headquarters of Iran
HIS EXCELLENCY MOHAMMAD JAVAD LARIJANI
c/o Office of the Deputy for International Affairs
Ministry of Justice
Ministry of Justice Building
Panzdah-Khordad (Ark) Square
Tehran, Islamic Republic of Iran

Minister of Intelligence
GHOLAM HOSSEIN MOHSENI EJEIE
MINISTRY OF INTELLIGENCE
Second Negarestan Street
Pasdaran Avenue
Tehran, Islamic Republic of Iran

Head of the Judiciary
AYATOLLAH MAHMOUD HASHEMI SHAHROUDI
Howzeh Riyasat-e Qoveh Qazaiyeh
Office of the Head of the Judiciary
Pasteur Street, Vali Asr Avenue
South of Serah-e Jomhouri
Tehran 1316814737
Islamic Republic of Iran

JACQUELINE COLEMAN SNEAD
Trial Attorney, Federal Programs Branch
Civil Division
20 Massachusetts Avenue NW,
Room 7340 (Courier)
Washington, D.C. 20001
P.O. Box 883
Washington, D.C. 20044

1     I declare:

2     I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

NOTICE OF ENTRY OF ORDER

on the above-named person(s) by:

  XXX   (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 12, 2009.

                    /s/ Karene Jen
                    Karene Jen