1  **DAVID J. COOK, ESQ. (State Bar # 060859)**
   **ROBERT J. PERKISS, ESQ. (State Bar # 62386)**
2  **COOK COLLECTION ATTORNEYS**
   **A PROFESSIONAL LAW CORPORATION**
3  165 Fell Street
   San Francisco. CA  94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA  94104-0270
5  Tel: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52.759

7  Attorneys for Plaintiffs
   DEBORAH D. PETERSON, Personal Representatives
8  of the Estate of James C. Knipple (Dec.), et al.

9                UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12
   DEBORAH D. PETERSON. Personal    )    CASE NO. 3:08-mc-80030-JSW (BZ)
13 Representative of the Estate of James C. )
   Knipple (Dec.), et al.,          )    NOTICE OF WITHDRAWAL OF MOTION
14                                    )    FOR AN ORDER COMPELLING
              Plaintiffs,             )    ASSIGNMENT OF RIGHTS PURSUANT TO
15                                    )    C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
   vs.                               )    [HARBOR AND BUNKERED FUEL
16                                    )    RIGHTS - EVERGREEN MARINE
   ISLAMIC REPUBLIC OF IRAN. et al., )    CORPORATION]
17                                    )
              Defendants.             )    Date:  September 3. 2008
18 _____ )    Time: 10:00 a.m.
                                          Courtroom: G, 15th Floor
19                                        Magistrate Judge: Bernard Zimmerman

20        TO THE ISLAMIC REPUBLIC OF IRAN, AND TO ITS ATTORNEYS OF RECORD.

21  TO THE **EVERGREEN MARINE CORPORATION** and all subsidiaries. affiliates, related

22  entities, divisions and subdivisions. AND TO ITS ATTORNEYS OF RECORD. AND TO ALL

23  OTHER PARTIES:

24        PLEASE TAKE NOTICE that Plaintiffs DEBORAH D. PETERSON. Personal

25  Representative of the Estate of James C. Knipple (Dec.). et al., hereby WITHDRAW that

26  MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO

27  C.C.P. § 708.510(a) AND F.R.C.P. 69(a) **[HARBOR AND BUNKERED FUEL RIGHTS -**

28  **EVERGREEN MARINE CORPORATION].**

NOTICE OF WITHDRAWAL OF MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. §
708.510(a) AND F.R.C.P. 69(a) [HARBOR AND BUNKERED FUEL RIGHTS - EVERGREEN MARINE
CORPORATION] - CASE NO. 3:08-mc-80030-JSW (BZ)                                        1

1 | DATED:  February 5, 2009

COOK COLLECTION ATTORNEYS

2

3

By:   /s/ David J. Cook
DAVID J. COOK. ESQ. (SB# 060859)
Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal
Representatives of the Estate of James C. Knipple
(Dec.), et al.

4

5

6

F:\USERS\DJCNEW\petersonsf.withdrawevergreen

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF WITHDRAWAL OF MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. §
708.510(a) AND F.R.C.P. 69(a) [HARBOR AND BUNKERED FUEL RIGHTS - EVERGREEN MARINE
CORPORATION] - CASE NO. 3:08-mc-80030-JSW (BZ)

1

**PROOF OF SERVICE**

2

HIS EXCELLENCY AYATOLLAH SAYED
3 'ALI KHAMENEI
THE OFFICE OF THE SUPREME
LEADER
4 Islamic Republic Street
Shahid Keshvar Doust Street
5 Tehran, Islamic Republic of Iran

6 HIS EXCELLENCY MAHMOUD
AHMADINEJAD THE PRESIDENT
7 Palestine Avenue
Azerbaijan Intersection
8 Tehran, Islamic Republic of Iran

9 ISLAMIC REPUBLIC OF IRAN
Pasadaran Avenue
10 Golestan Yekom
Teheran, Iran
11 ATTN: President Mahmoud Ahmadinejad or
Responsible Officer or Agent for Service of
12 Process
ISLAMIC REPUBLIC OF IRAN
13 acting through its MINISTRY OF DEFENSE
AND SUPPORT FOR ARMED FORCES
14 No. 1 Shahid Kaboli Street
Beginning of Resalat Highway
15 Seyyed Khandan Bridge
P.O. Box 16765-1479
16 Tehran, Iran
Attn: President Mahmoud Ahmadinejad or
17 Responsible Officer or Agent for Service of
Process
18
ISLAMIC REPUBLIC OF IRAN
19 Khomeini Avenue
United Nations Street
20 Teheran, Iran
ATTN: President Mahmoud Ahmadinejad or
21 Responsible Officer or Agent for Service of
Process
22
Director, Human Rights Headquarters of Iran
23 HIS EXCELLENCY MOHAMMAD
JAVAD LARIJANI
24 c/o Office of the Deputy for International
Affairs
25 Ministry of Justice
Ministry of Justice Building
26 Panzdah-Khordad (Ark) Square
Tehran, Islamic Republic of Iran

27

28

Minister of Intelligence
GHOLAM HOSSEIN MOHSENI EJEIE
MINISTRY OF INTELLIGENCE
Second Negarestan Street
Pasdaran Avenue
Tehran, Islamic Republic of Iran

Head of the Judiciary
AYATOLLAH MAHMOUD HASHEMI
SHAHROUDI
Howzeh Riyasat-e Qoveh Qazaiyeh
Office of the Head of the Judiciary
Pasteur Street, Vali Asr Avenue
South of Serah-e Jomhouri
Tehran 1316814737
Islamic Republic of Iran

MINISTRY OF ROADS AND
TRANSPORTATION
Attn: MOHAMMED RAHMATI
MINISTER OF ROAD AND
TRANSPORTATION
Taleghani Avenue
Tehran, Iran

ALI TAHERI
DEPUTY MINISTER AND MANAGING
DIRECTOR
PORT & SHIPPING ORGANIZATION OF
THE ISLAMIC REPUBLIC OF IRAN
Building No. 2
South Didar Street
Shahid Hagnai Expressway,Vanak Square
Tehran, Iran

NATIONAL IRANIAN OIL REFINING
AND DISTRIBUTION COMPANY
Opposite of Arak Alley Ostad Nejatollahi
Ave.
Zip Code 15989
P.O. Box 15815/3499
Tehran, Iran
ATTN: Responsible Officer or Agent for
Service of Process

MINISTRY OF PETROLEUM OF THE
ISLAMIC REPUBLIC OF IRAN
HAFEZ CROSSING
Taleghani Avenue
Tehran, Iran
ATTN: Responsible Officer or Agent for
Service of Process

NATIONAL IRANIAN OIL PRODUCTS
DISTRIBUTION COMPANY
Bahar St, Somaya Corner
Tehran 15617/ 33315
P.O .Box 6165
Tehran
ATTN: Responsible Officer or Agent for
Service of Process

NATIONAL IRANIAN OIL COMPANY
Hafez Crossing
Taleghani Avenue
Tehran. Iran
ATTN: Responsible Officer or Agent for
Service of Process

ALAN NAKAZAWA
COGSWELL NAKAZAWA & CHANG.
LLP
444 West Ocean Blvd., Suite 1250
Long Beach. CA 90802-8131

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco. CA 94102. On the date set forth below, I served the attached:

NOTICE OF WITHDRAWAL OF MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) **[HARBOR AND BUNKERED FUEL RIGHTS - EVERGREEN MARINE CORPORATION]**

on the above-named person(s) by:

__XXX__   (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid. in the United States mail at San Francisco. California. addressed to the person(s) served above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 5, 2009.

/s/ David J. Cook
DAVID J. COOK, ESQ. (SB# 060859)