1  DAVID J. COOK, ESQ. (State Bar # 060859)
   ROBERT J. PERKISS, ESQ. (State Bar # 62386)
2  COOK COLLECTION ATTORNEYS
   A PROFESSIONAL LAW CORPORATION
3  165 Fell Street
   San Francisco, CA 94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA 94104-0270
5  Tel: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,759

7  Attorneys for Plaintiffs
   DEBORAH D. PETERSON, Personal Representatives
8  of the Estate of James C. Knipple (Dec.), et al.

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12
   DEBORAH D. PETERSON, Personal          )  CASE NO. 3:08-mc-80030-JSW (BZ)
13 Representative of the Estate of James C. )
   Knipple (Dec.), et al.,                 )  NOTICE OF WITHDRAWAL OF MOTION
14                                         )  FOR AN ORDER COMPELLING
              Plaintiffs,                  )  ASSIGNMENT OF RIGHTS PURSUANT TO
15                                         )  C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
   vs.                                     )  [HARBOR AND BUNKERED FUEL
16                                         )  RIGHTS - HAPAG LLOYD CONTAINER
   ISLAMIC REPUBLIC OF IRAN, et al.,       )  LINE GMBH]
17                                         )
              Defendants.                  )  Date: September 3, 2008
18 _____)  Time: 10:00 a.m.
                                              Courtroom: G, 15th Floor
19                                            Magistrate Judge: Bernard Zimmerman

20       TO THE ISLAMIC REPUBLIC OF IRAN, AND TO ITS ATTORNEYS OF RECORD,

21 TO THE **HAPAG LLOYD CONTAINER LINE GMBH** and all subsidiaries, affiliates, related

22 entities, divisions and subdivisions, AND TO ITS ATTORNEYS OF RECORD, AND TO ALL

23 OTHER PARTIES:

24       PLEASE TAKE NOTICE that Plaintiffs DEBORAH D. PETERSON, Personal

25 Representative of the Estate of James C. Knipple (Dec.), et al., hereby WITHDRAW that

26 MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO

27 C.C.P. § 708.510(a) AND F.R.C.P. 69(a) [HARBOR AND BUNKERED FUEL RIGHTS -

28 HAPAG LLOYD CONTAINER LINE GMBH].

NOTICE OF WITHDRAWAL OF MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. §
708.510(a) AND F.R.C.P. 69(a) [HARBOR AND BUNKERED FUEL RIGHTS - HAPAG LLOYD
CONTAINER LINE GMBH] - CASE NO. 3:08-mc-80030-JSW (BZ)                              1

| | | |
|---|---|---|
| 1 | DATED: February 5, 2009 | COOK COLLECTION ATTORNEYS |
| 2 | | |
| 3 | | By: ___/s/ David J. Cook___<br>DAVID J. COOK, ESQ. (SB# 060859) |
| 4 | | Attorneys for Plaintiffs<br>DEBORAH D. PETERSON, Personal |
| 5 | | Representatives of the Estate of James C. Knipple (Dec.), et al. |
| 6 | | |
| 7 | F:\USERS\DJCNEW\petersonsf.withdrawhapag | |

NOTICE OF WITHDRAWAL OF MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) [HARBOR AND BUNKERED FUEL RIGHTS - HAPAG LLOYD CONTAINER LINE GMBH] - CASE NO. 3:08-mc-80030-JSW (BZ)

## PROOF OF SERVICE

| | |
|---|---|
| HIS EXCELLENCY AYATOLLAH SAYED 'ALI KHAMENEI<br>THE OFFICE OF THE SUPREME LEADER<br>Islamic Republic Street<br>Shahid Keshvar Doust Street<br>Tehran, Islamic Republic of Iran | <u>Minister of Intelligence</u><br>GHOLAM HOSSEIN MOHSENI EJEIE<br>MINISTRY OF INTELLIGENCE<br>Second Negarestan Street<br>Pasdaran Avenue<br>Tehran, Islamic Republic of Iran |
| HIS EXCELLENCY MAHMOUD AHMADINEJAD THE PRESIDENT<br>Palestine Avenue<br>Azerbaijan Intersection<br>Tehran, Islamic Republic of Iran | <u>Head of the Judiciary</u><br>AYATOLLAH MAHMOUD HASHEMI SHAHROUDI<br>Howzeh Riyasat-e Qoveh Qazaiyeh<br>Office of the Head of the Judiciary<br>Pasteur Street, Vali Asr Avenue<br>South of Serah-e Jomhouri<br>Tehran 1316814737<br>Islamic Republic of Iran |
| ISLAMIC REPUBLIC OF IRAN<br>Pasadaran Avenue<br>Golestan Yekom<br>Teheran, Iran<br>ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process | MINISTRY OF ROADS AND TRANSPORTATION<br>Attn: MOHAMMED RAHMATI<br>MINISTER OF ROAD AND TRANSPORTATION<br>Taleghani Avenue<br>Tehran, Iran |
| ISLAMIC REPUBLIC OF IRAN<br>acting through its MINISTRY OF DEFENSE AND SUPPORT FOR ARMED FORCES<br>No. 1 Shahid Kaboli Street<br>Beginning of Resalat Highway<br>Seyyed Khandan Bridge<br>P.O. Box 16765-1479<br>Tehran, Iran<br>Attn: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process | ALI TAHERI<br>DEPUTY MINISTER AND MANAGING DIRECTOR<br>PORT & SHIPPING ORGANIZATION OF THE ISLAMIC REPUBLIC OF IRAN<br>Building No. 2<br>South Didar Street<br>Shahid Hagnai Expressway, Vanak Square<br>Tehran, Iran |
| ISLAMIC REPUBLIC OF IRAN<br>Khomeini Avenue<br>United Nations Street<br>Teheran, Iran<br>ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process | NATIONAL IRANIAN OIL REFINING AND DISTRIBUTION COMPANY<br>Opposite of Arak Alley Ostad Nejatollahi Ave.<br>Zip Code 15989<br>P.O. Box 15815/3499<br>Tehran, Iran<br>ATTN: Responsible Officer or Agent for Service of Process |
| Director, Human Rights Headquarters of Iran<br>HIS EXCELLENCY MOHAMMAD JAVAD LARIJANI<br>c/o Office of the Deputy for International Affairs<br>Ministry of Justice<br>Ministry of Justice Building<br>Panzdah-Khordad (Ark) Square<br>Tehran, Islamic Republic of Iran | MINISTRY OF PETROLEUM OF THE ISLAMIC REPUBLIC OF IRAN<br>HAFEZ CROSSING<br>Taleghani Avenue<br>Tehran, Iran<br>ATTN: Responsible Officer or Agent for Service of Process |

1  NATIONAL IRANIAN OIL PRODUCTS
   DISTRIBUTION COMPANY
2  Bahar St, Somaya Corner
   Tehran 15617/ 33315
3  P.O .Box 6165
   Tehran
4  ATTN: Responsible Officer or Agent for
   Service of Process
5
   NATIONAL IRANIAN OIL COMPANY
6  Hafez Crossing
   Taleghani Avenue
7  Tehran, Iran
   ATTN: Responsible Officer or Agent for
8  Service of Process

9  NICOLE BUSSI
   KEESAL YOUNG AND LOGAN
10 450 Pacific Avenue
   San Francisco, CA 94133
11
       I declare:
12
       I am employed in the County of San Francisco, California. I am over the age of eighteen
13 (18) years and not a party to the within cause. My business address is 165 Fell Street, San
   Francisco, CA 94102. On the date set forth below, I served the attached:
14
   NOTICE OF WITHDRAWAL OF MOTION FOR AN ORDER COMPELLING
15 ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
   [HARBOR AND BUNKERED FUEL RIGHTS - HAPAG LLOYD CONTAINER
16 LINE GMBH]

17 on the above-named person(s) by:

18 __XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage
   thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the
19 person(s) served above.

20     I declare under penalty of perjury that the foregoing is true and correct.

21     Executed on February 5, 2009.

22
                                        ___/s/ David J. Cook___
23                                      DAVID J. COOK, ESQ. (SB# 060859)