1  **DAVID J. COOK, ESQ. (State Bar # 060859)**
   **ROBERT J. PERKISS, ESQ. (State Bar # 62386)**
2  **COOK COLLECTION ATTORNEYS**
   **A PROFESSIONAL LAW CORPORATION**
3  165 Fell Street
   San Francisco, CA  94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA  94104-0270
5  Tel: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52.759

7  Attorneys for Plaintiffs
   DEBORAH D. PETERSON, Personal Representatives
8  of the Estate of James C. Knipple (Dec.), et al.

9           UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA

11            SAN FRANCISCO DIVISION

12

13  DEBORAH D. PETERSON, Personal          )     CASE NO. 3:08-mc-80030-JSW (BZ)
    Representative of the Estate of James C. )
14  Knipple (Dec.), et al.,                )     NOTICE OF WITHDRAWAL OF MOTION
                                           )     FOR AN ORDER COMPELLING
15              Plaintiffs,                )     ASSIGNMENT OF RIGHTS PURSUANT TO
                                           )     C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
16  vs.                                    )     [HARBOR AND BUNKERED FUEL
                                           )     RIGHTS - CSAV/ EUROATLANTIC
17  ISLAMIC REPUBLIC OF IRAN, et al.,      )     CONTAINER LINE]
                                           )
18              Defendants.                )     Date:  September 3, 2008
                                           )     Time: 10:00 a.m.
19  _____    )     Courtroom: G, 15th Floor
                                                 Magistrate Judge: Bernard Zimmerman
20

21       TO THE ISLAMIC REPUBLIC OF IRAN, AND TO ITS ATTORNEYS OF RECORD.

22  TO THE **CSAV/ EUROATLANTIC CONTAINER LINE** and all subsidiaries, affiliates, related

23  entities, divisions and subdivisions, AND TO ITS ATTORNEYS OF RECORD, AND TO ALL

24  OTHER PARTIES:

25       PLEASE TAKE NOTICE that Plaintiffs DEBORAH D. PETERSON, Personal

26  Representative of the Estate of James C. Knipple (Dec.), et al., hereby WITHDRAW that

27  MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO

28  C.C.P. § 708.510(a) AND F.R.C.P. 69(a) **[HARBOR AND BUNKERED FUEL RIGHTS -**

    **CSAV/ EUROATLANTIC CONTAINER LINE].**

1    DATED:  February 5, 2009                    COOK COLLECTION ATTORNEYS

2

3                                                By: ___/s/ David J. Cook_____
                                                 DAVID J. COOK, ESQ. (SB# 060859)
4                                                Attorneys for Plaintiffs
                                                 DEBORAH D. PETERSON, Personal
5                                                Representatives of the Estate of James C. Knipple
                                                 (Dec.), et al.

6

7    F:\USERS\DJCNEW\petersonsf.withdrawcsav

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF WITHDRAWAL OF MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. §
708.510(a) AND F.R.C.P. 69(a) [HARBOR AND BUNKERED FUEL RIGHTS - CSAV/ EUROATLANTIC
CONTAINER LINE] - CASE NO. 3:08-mc-80030-JSW (BZ)                                    2

1

**PROOF OF SERVICE**

2
HIS EXCELLENCY AYATOLLAH SAYED
'ALI KHAMENEI

3
THE OFFICE OF THE SUPREME
LEADER

4
Islamic Republic Street
Shahid Keshvar Doust Street

5
Tehran, Islamic Republic of Iran

6
HIS EXCELLENCY MAHMOUD
AHMADINEJAD THE PRESIDENT

7
Palestine Avenue
Azerbaijan Intersection

8
Tehran, Islamic Republic of Iran

9
ISLAMIC REPUBLIC OF IRAN
Pasadaran Avenue

10
Golestan Yekom
Teheran, Iran

11
ATTN: President Mahmoud Ahmadinejad or
Responsible Officer or Agent for Service of

12
Process
ISLAMIC REPUBLIC OF IRAN

13
acting through its MINISTRY OF DEFENSE
AND SUPPORT FOR ARMED FORCES

14
No. 1 Shahid Kaboli Street
Beginning of Resalat Highway

15
Seyyed Khandan Bridge
P.O. Box 16765-1479

16
Tehran, Iran
Attn: President Mahmoud Ahmadinejad or

17
Responsible Officer or Agent for Service of
Process

18
ISLAMIC REPUBLIC OF IRAN

19
Khomeini Avenue
United Nations Street

20
Teheran, Iran
ATTN: President Mahmoud Ahmadinejad or

21
Responsible Officer or Agent for Service of
Process

22

Director, Human Rights Headquarters of Iran

23
HIS EXCELLENCY MOHAMMAD
JAVAD LARIJANI

24
c/o Office of the Deputy for International
Affairs

25
Ministry of Justice
Ministry of Justice Building

26
Panzdah-Khordad (Ark) Square
Tehran, Islamic Republic of Iran

27

28

Minister of Intelligence
GHOLAM HOSSEIN MOHSENI EJEIE
MINISTRY OF INTELLIGENCE
Second Negarestan Street
Pasdaran Avenue
Tehran, Islamic Republic of Iran

Head of the Judiciary
AYATOLLAH MAHMOUD HASHEMI
SHAHROUDI
Howzeh Riyasat-e Qoveh Qazaiyeh
Office of the Head of the Judiciary
Pasteur Street, Vali Asr Avenue
South of Serah-e Jomhouri
Tehran 1316814737
Islamic Republic of Iran

MINISTRY OF ROADS AND
TRANSPORTATION
Attn: MOHAMMED RAHMATI
MINISTER OF ROAD AND
TRANSPORTATION
Taleghani Avenue
Tehran, Iran

ALI TAHERI
DEPUTY MINISTER AND MANAGING
DIRECTOR
PORT & SHIPPING ORGANIZATION OF
THE ISLAMIC REPUBLIC OF IRAN
Building No. 2
South Didar Street
Shahid Hagnai Expressway,Vanak Square
Tehran, Iran

NATIONAL IRANIAN OIL REFINING
AND DISTRIBUTION COMPANY
Opposite of Arak Alley Ostad Nejatollahi
Ave.
Zip Code 15989
P.O. Box 15815/3499
Tehran, Iran
ATTN: Responsible Officer or Agent for
Service of Process

MINISTRY OF PETROLEUM OF THE
ISLAMIC REPUBLIC OF IRAN
HAFEZ CROSSING
Taleghani Avenue
Tehran, Iran
ATTN: Responsible Officer or Agent for
Service of Process

1  NATIONAL IRANIAN OIL PRODUCTS
   DISTRIBUTION COMPANY
2  Bahar St, Somaya Corner
   Tehran 15617/ 33315
3  P.O .Box 6165
   Tehran
4  ATTN: Responsible Officer or Agent for
   Service of Process
5
   NATIONAL IRANIAN OIL COMPANY
6  Hafez Crossing
   Taleghani Avenue
7  Tehran, Iran
   ATTN: Responsible Officer or Agent for
8  Service of Process

9  **CSAV/ EUROATLANTIC CONTAINER
   LINE - Attn: PRESIDENT, GENERAL**
10 **MANAGER, AGENT FOR SERVICE OF
   PROCESS-LEGAL MATTERS**
11 **Ricardo Claro Valdés, Chairman
   Plaza Sotomayor 50**
12 **Valparaiso Chile**

13      I declare:

14      I am employed in the County of San Francisco, California. I am over the age of eighteen
        (18) years and not a party to the within cause. My business address is 165 Fell Street, San
15 Francisco, CA 94102. On the date set forth below, I served the attached:

16         NOTICE OF WITHDRAWAL OF MOTION FOR AN ORDER COMPELLING
           ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
17         **[HARBOR AND BUNKERED FUEL RIGHTS - CSAV/ EUROATLANTIC
           CONTAINER LINE]**
18
   on the above-named person(s) by:
19
     XXX    (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage
20 thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the
   person(s) served above.
21
        I declare under penalty of perjury that the foregoing is true and correct.
22
        Executed on February 5, 2009.
23

24                                     /s/ David J. Cook
                                   DAVID J. COOK, ESQ. (SB# 060859)
25

26

27

28