1  DAVID J. COOK, ESQ. (State Bar # 060859)
   ROBERT J. PERKISS, ESQ. (State Bar # 62386)
2  COOK COLLECTION ATTORNEYS
   A PROFESSIONAL LAW CORPORATION
3  165 Fell Street
   San Francisco, CA 94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA 94104-0270
5  Tel: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,759

7  Attorneys for Plaintiffs
   DEBORAH D. PETERSON, Personal Representatives
8  of the Estate of James C. Knipple (Dec.), et al.

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12
   DEBORAH D. PETERSON, Personal        )   CASE NO. 3:08-mc-80030-JSW (BZ)
13 Representative of the Estate of James C. )
   Knipple (Dec.), et al.,               )   NOTICE OF WITHDRAWAL OF MOTION
14                                        )   FOR AN ORDER COMPELLING
                  Plaintiffs,             )   ASSIGNMENT OF RIGHTS PURSUANT TO
15                                        )   C.C.P. § 708.510(a) AND F.R.C.P. 69(a)
   vs.                                    )   [HARBOR AND BUNKERED FUEL
16                                        )   RIGHTS - MAERSK LINE (A.P. MOLLER
   ISLAMIC REPUBLIC OF IRAN, et al.,      )   MAERSK A/S)]
17                                        )
                  Defendants.             )   Date: September 3, 2008
18 _____)   Time: 10:00 a.m.
                                              Courtroom: G, 15th Floor
19                                            Magistrate Judge: Bernard Zimmerman

20       TO THE ISLAMIC REPUBLIC OF IRAN, AND TO ITS ATTORNEYS OF RECORD,

21 TO THE MAERSK LINE (A.P. MOLLER MAERSK A/S)], and all subsidiaries, affiliates,

22 related entities, divisions and subdivisions, AND TO ITS ATTORNEYS OF RECORD, AND TO

23 ALL OTHER PARTIES:

24       PLEASE TAKE NOTICE that Plaintiffs DEBORAH D. PETERSON, Personal

25 Representative of the Estate of James C. Knipple (Dec.), et al., hereby WITHDRAW that

26 MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO

27 C.C.P. § 708.510(a) AND F.R.C.P. 69(a) [HARBOR AND BUNKERED FUEL RIGHTS -

28 MAERSK LINE (A.P. MOLLER MAERSK A/S)].

| | |
|---|---|
| DATED: February 5, 2009 | COOK COLLECTION ATTORNEYS |
| | By: ___/s/ David J. Cook___<br>DAVID J. COOK, ESQ. (SB# 060859)<br>Attorneys for Plaintiffs<br>DEBORAH D. PETERSON, Personal Representatives of the Estate of James C. Knipple (Dec.), et al. |

F:\USERS\DJCNEW\petersonsf.withdrawmmaersk

NOTICE OF WITHDRAWAL OF MOTION FOR ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) [HARBOR AND BUNKERED FUEL RIGHTS - MAERSK LINE (A.P. MOLLER MAERSK A/S)] - CASE NO. 3:08-mc-80030-JSW (BZ)

2

**PROOF OF SERVICE**

HIS EXCELLENCY AYATOLLAH SAYED 'ALI KHAMENEI
THE OFFICE OF THE SUPREME LEADER
Islamic Republic Street
Shahid Keshvar Doust Street
Tehran, Islamic Republic of Iran

HIS EXCELLENCY MAHMOUD AHMADINEJAD THE PRESIDENT
Palestine Avenue
Azerbaijan Intersection
Tehran, Islamic Republic of Iran

ISLAMIC REPUBLIC OF IRAN
Pasadaran Avenue
Golestan Yekom
Teheran, Iran
ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process

ISLAMIC REPUBLIC OF IRAN acting through its MINISTRY OF DEFENSE AND SUPPORT FOR ARMED FORCES
No. 1 Shahid Kaboli Street
Beginning of Resalat Highway
Seyyed Khandan Bridge
P.O. Box 16765-1479
Tehran, Iran
Attn: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process

ISLAMIC REPUBLIC OF IRAN
Khomeini Avenue
United Nations Street
Teheran, Iran
ATTN: President Mahmoud Ahmadinejad or Responsible Officer or Agent for Service of Process

Director, Human Rights Headquarters of Iran
HIS EXCELLENCY MOHAMMAD JAVAD LARIJANI
c/o Office of the Deputy for International Affairs
Ministry of Justice
Ministry of Justice Building
Panzdah-Khordad (Ark) Square
Tehran, Islamic Republic of Iran

Minister of Intelligence
GHOLAM HOSSEIN MOHSENI EJEIE
MINISTRY OF INTELLIGENCE
Second Negarestan Street
Pasdaran Avenue
Tehran, Islamic Republic of Iran

Head of the Judiciary
AYATOLLAH MAHMOUD HASHEMI SHAHROUDI
Howzeh Riyasat-e Qoveh Qazaiyeh
Office of the Head of the Judiciary
Pasteur Street, Vali Asr Avenue
South of Serah-e Jomhouri
Tehran 1316814737
Islamic Republic of Iran

MINISTRY OF ROADS AND TRANSPORTATION
Attn: MOHAMMED RAHMATI
MINISTER OF ROAD AND TRANSPORTATION
Taleghani Avenue
Tehran, Iran

ALI TAHERI
DEPUTY MINISTER AND MANAGING DIRECTOR
PORT & SHIPPING ORGANIZATION OF THE ISLAMIC REPUBLIC OF IRAN
Building No. 2
South Didar Street
Shahid Hagnai Expressway, Vanak Square
Tehran, Iran

NATIONAL IRANIAN OIL REFINING AND DISTRIBUTION COMPANY
Opposite of Arak Alley Ostad Nejatollahi Ave.
Zip Code 15989
P.O. Box 15815/3499
Tehran, Iran
ATTN: Responsible Officer or Agent for Service of Process

MINISTRY OF PETROLEUM OF THE ISLAMIC REPUBLIC OF IRAN
HAFEZ CROSSING
Taleghani Avenue
Tehran, Iran
ATTN: Responsible Officer or Agent for Service of Process

NATIONAL IRANIAN OIL PRODUCTS DISTRIBUTION COMPANY
Bahar St. Somaya Corner
Tehran 15617/ 33315
P.O .Box 6165
Tehran
ATTN: Responsible Officer or Agent for Service of Process

NATIONAL IRANIAN OIL COMPANY
Hafez Crossing
Taleghani Avenue
Tehran, Iran
ATTN: Responsible Officer or Agent for Service of Process

MATTHEW S. WEILER
MORGAN, LEWIS & BOCKIUS
One Market Street, Spear Street Tower
25th Floor
San Francisco, CA 94105

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

NOTICE OF WITHDRAWAL OF MOTION FOR AN ORDER COMPELLING ASSIGNMENT OF RIGHTS PURSUANT TO C.C.P. § 708.510(a) AND F.R.C.P. 69(a) **[HARBOR AND BUNKERED FUEL RIGHTS - MAERSK LINE (A.P. MOLLER MAERSK A/S)]**

on the above-named person(s) by:

__XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 5, 2009.

                                                                      /s/ David J. Cook
                                                                      DAVID J. COOK, ESQ. (SB# 060859)