Andrew Leibnitz, State Bar No. 184723
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: 415-954-4400
Facsimile: 415-954-4480
E-Mail: aleibnitz@fbm.com

Attorneys for Non-Parties
ABN AMRO BANK N.V., THE BANK
OF TOKYO – MITSUBISHI UFJ, LTD.,
CREDIT SUISSE AG, CREDIT SUISSE
GROUP, MIZUHO CORPORATE
BANK, LTD., RAIFFEISEN
ZENTRALBANK OESTERREICH AG,
and UBS AG

[ADDITIONAL COUNSEL ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>Defendants. | CASE NO. 3:08-mc-80030-JSW (BZ)<br><br>RESPONSE OF UNSERVED NON-PARTIES ABN AMRO BANK N.V., THE BANK OF TOKYO – MITSUBISHI UFJ, LTD., CREDIT SUISSE AG, CREDIT SUISSE GROUP, MIZUHO CORPORATE BANK, LTD., RAIFFEISEN ZENTRALBANK OESTERREICH AG, UBS AG, and SUMITOMO MITSUI BANKING CORPORATION IN OPPOSITION TO PLAINTIFFS' MOTION FOR APPOINTMENT OF RECEIVERS<br><br>Date:  March 4, 2009<br>Time:  10:00 a.m.<br>Dept:  Courtroom G, 15th Floor<br>Judge: Hon. Bernard Zimmerman |

Pursuant to the Court's December 12, 2008 Order Scheduling Hearing On Plaintiffs' Motion For Appointment Of Receiver ("the Order"), non-parties ABN AMRO Bank N.V., The Bank of Tokyo – Mitsubishi UFJ, Ltd., Credit Suisse AG, Credit Suisse Group, Mizuho

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

RESPONSE OF FINANCIAL INSTITUTIONS TO
MOTION FOR APPOINTMENT OF RECEIVERS
CASE NO. 3:08-mc-80030-JSW (BZ)

23201\1861343.3

Corporate Bank, Ltd., Raiffeisen Zentralbank Oesterreich AG, UBS AG, and Sumitomo Mitsui Banking Corporation (collectively, "the Non-Party Financial Institutions") respectfully submit this opposition to Plaintiffs' Motion For Appointment Of Receivers ("the Motion").

The Order requires Plaintiffs to serve the Motion "on any financial institution whose accounts they anticipate a receiver would attempt to take possession of were a receiver appointed." (Order at 2:8-10.) None of the Non-Party Financial Institutions are aware of receiving any particularized notice or evidence that they possess accounts subject to possession by the proposed receivers. Additionally, the Non-Party Financial Institutions received no part of any information provided to the Court under seal, including any disclosure of accounts relating to the Islamic Republic of Iran provided by the Office of Foreign Assets Control of the United States Department of the Treasury. (*See* Motion at 2:8-9 ("Plaintiffs have come into possession of certain confidential and sealed information which shall be filed separately, which sets forth in great detail the accounts and account holders.").) To the extent that Plaintiffs seek appointment of receivers empowered to take any action affecting the Non-Party Financial Institutions, the Non-Party Financial Institutions oppose the Motion due to Plaintiffs' failure to provide notice as ordered by the Court and reserve any and all arguments, objections and defenses they may have to such a request for relief.[1]

DATED: February 17, 2009         FARELLA BRAUN + MARTEL LLP


                                  By:_____/s/_____
                                         Andrew Leibnitz

                                  Attorneys for Non-Parties
                                  ABN AMRO BANK N.V., THE BANK OF TOKYO –
                                  MITSUBISHI UFJ, LTD., CREDIT SUISSE AG, CREDIT
                                  SUISSE GROUP, RAIFFEISEN ZENTRALBANK
                                  OESTERREICH AG, and UBS AG

---

[1] The Non-Party Financial Institutions are not parties to the dispute between Plaintiffs and the judgment debtor, have not been served with process in this action, and thus respectfully reserve all objections to jurisdiction and service of process in this litigation.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

RESPONSE OF FINANCIAL INSTITUTIONS TO
MOTION FOR APPOINTMENT OF RECEIVERS         - 2 -                        23201\1861343.3
CASE NO. 3:08-mc-80030-JSW (BZ)

```
 1                              Lawrence L. Ginsburg, Esq.
                                MOSES & SINGER LLP
 2                              The Chrysler Building
                                405 Lexington Avenue
 3                              New York, NY  10174-1299
                                Telephone:  (212)554-7840
 4                              Facsimile:  (917)206-4323
                                Email: lginsburg@mosessinger.com
 5
                                Of Counsel for Non-Party
 6                              ABN AMRO BANK N.V.

 7

 8
                                Thomas E. Crocker, Esq.
 9                              Robert N. Driscoll, Esq.
                                ALSTON & BIRD LLP
10                              The Atlantic Building
                                950 F Street, NW
11                              Washington, DC 20004-1404
                                Telephone: (202) 756-3300
12                              Facsimile: (202) 756-3333
                                E-Mail:  thomas.crocker@alston.com
13                              E-Mail:  bob.driscoll@alston.com

14                              Of Counsel for Non-Party
                                THE BANK OF TOKYO – MITSUBISHI UFJ, LTD.
15

16

17                              Jorn A. Holl, Esq.
                                KAVANAGH MALONEY & OSNATO LLP
18                              415 Madison Avenue, 18th Floor
                                New York, NY 10017
19                              Telephone:  (212) 906-8306
                                Facsimile:  (212) 888-7324
20                              E-Mail:  jholl@kmollp.com

21                              Of Counsel for Non-Party
                                RAIFFEISEN ZENTRALBANK OESTERREICH AG
22

23

24    DATED:  February 17, 2009      CLIFFORD CHANCE US LLP

25

26                                   By:_____
                                        Peter R. Chaffetz, State Bar No. 115502
27                                      31 West 52nd Street
                                        New York, NY  10019
28                                      Telephone:  (212) 878-4910
```

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

RESPONSE OF FINANCIAL INSTITUTIONS TO
MOTION FOR APPOINTMENT OF RECEIVERS             - 3 -                          23201\1861343.3
CASE NO. 3:08-mc-80030-JSW (BZ)

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

1 | Facsimile: (212) 878-8375
E-Mail: peter.chaffetz@cliffordchance.com

Attorney for Non-Party
MIZUHO CORPORATE BANK, LTD.

DATED: February 17, 2009         SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:  _____
       Jennifer L. Spaziano, State Bar No. 180225
       SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
       1440 New York Avenue NW
       Washington, DC 20005
       Telephone: 202-371-7000
       Facsimile: 202-393-5760
       E-Mail: jen.spaziano@skadden.com

Attorneys for Non-Party
SUMITOMO MITSUI BANKING CORPORATION

RESPONSE OF FINANCIAL INSTITUTIONS TO
MOTION FOR APPOINTMENT OF RECEIVERS        - 4 -        23201\1861343.3
CASE NO. 3:08-mc-80030-JSW (BZ)