| | |
|---|---|
| 1 | |
| 2 | Lawrence L. Ginsburg, Esq. |
| 3 | MOSES & SINGER LLP<br>The Chrysler Building |
| 4 | 405 Lexington Avenue<br>New York, NY 10174-1299 |
| 5 | Telephone: (212)554-7840<br>Facsimile: (917)206-4323 |
| 6 | Email: lginsburg@mosessinger.com |
| 7 | Of Counsel for Non-Party<br>ABN AMRO BANK N.V. |
| 8 | |
| 9 | |
| 10 | Thomas E. Crocker, Esq.<br>Robert N. Driscoll, Esq. |
| 11 | ALSTON & BIRD LLP<br>The Atlantic Building |
| 12 | 950 F Street, NW<br>Washington, DC 20004-1404 |
| 13 | Telephone: (202) 756-3300<br>Facsimile: (202) 756-3333 |
| 14 | E-Mail: thomas.crocker@alston.com<br>E-Mail: bob.driscoll@alston.com |
| 15 | Of Counsel for Non-Party |
| 16 | THE BANK OF TOKYO – MITSUBISHI UFJ, LTD. |
| 17 | |
| 18 | Jorn A. Holl, Esq.<br>KAVANAGH MALONEY & OSNATO LLP |
| 19 | 415 Madison Avenue, 18th Floor<br>New York, NY 10017 |
| 20 | Telephone: (212) 906-8306<br>Facsimile: (212) 888-7324 |
| 21 | E-Mail: jholl@kmollp.com |
| 22 | Of Counsel for Non-Party<br>RAIFFEISEN ZENTRALBANK OESTERREICH AG |
| 23 | |
| 24 | DATED: February 17, 2009    CLIFFORD CHANCE US LLP |
| 25 | |
| 26 | By: _____<br>Peter R. Chaffetz, State Bar No. 115502 |
| 27 | Clifford Chance US LLP<br>31 West 52nd Street |
| 28 | New York, NY 10019<br>Telephone: (212) 878-4910 |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

RESPONSE OF FINANCIAL INSTITUTIONS TO
MOTION FOR APPOINTMENT OF RECEIVERS                - 3 -                23201\1861343.2
CASE NO. 3:08-mc-80030-JSW (BZ)

Facsimile: (212) 878-8375
E-Mail: peter.chaffetz@cliffordchance.com

Attorney for Non-Party
MIZUHO CORPORATE BANK, LTD.

DATED: February 17, 2009          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Jennifer L. Spaziano
Jennifer L. Spaziano, State Bar No. 180225
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue NW
Washington, DC 20005
Telephone: 202-371-7000
Facsimile: 202-393-5760
E-Mail: jen.spaziano@skadden.com

Attorneys for Non-Party
SUMITOMO MITSUI BANKING CORPORATION

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

RESPONSE OF FINANCIAL INSTITUTIONS TO
MOTION FOR APPOINTMENT OF RECEIVERS          - 4 -                    23201\1861343.3
CASE NO. 3:08-mc-80030-JSW (BZ)