**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

| | |
|---|---|
| Richard W. Wieking<br>Clerk | General Court Number<br>415.522.2000 |

**UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**
**RECORD TRANSMITTAL FORM**

**Date:**

**To:**  United States Court of Appeals   (X)  Check here if record is being
         For the Ninth Circuit/Records Unit        sent directly to a Judge
         95 Seventh Street
         San Francisco, CA 94103

**From:**

**DC No:**   __C08-mc-80030 JSW__   **Appeal No:** __08-17756__

**Short Title:** __Peterson v. CMA CGM__

**Composition of Record**

**Clerk's Files in** __1__ **volumes**       (x) original        ( ) certified copy

  **Bulky docs.** ___ **volumes (folders)**    docket#_____

**Reporter's**
**Transcripts   in** _____ **volumes**    ( ) original       ( ) certified copy

**Exhibits:**    in _____ **envelopes**   ( ) under seal
              in _____ **boxes**         ( ) under seal

**Other:**_____
_____
_____

**(please note any documents filed under seal)**


**Acknowledgment:**_____      **Date:**_____