1   **DAVID J. COOK, ESQ. (State Bar # 060859)**
    **ROBERT J. PERKISS, ESQ. (State Bar # 62386)**
2   **COOK COLLECTION ATTORNEYS**
    **A PROFESSIONAL LAW CORPORATION**
3   165 Fell Street
    San Francisco. CA  94102
4   Mailing Address: P.O. Box 270
    San Francisco, CA  94104-0270
5   Tel: (415) 989-4730
    Fax: (415) 989-0491
6   File No. 52,759

7   Attorneys for Plaintiffs
    DEBORAH D. PETERSON. Personal Representatives
8   of the Estate of James C. Knipple (Dec.), et al.

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12
    DEBORAH D. PETERSON, Personal      )      CASE NO. 3:08-mc-80030-JSW (BZ)
13  Representative of the Estate of James C.  )
    Knipple (Dec.), et al.,            )      EX PARTE APPLICATION FOR ENTRY OF
14                                      )      ORDER AUTHORIZING PROCESS SERVER
              Plaintiffs,              )      TO LEVY EXECUTION PURSUANT TO
15                                      )      C.C.P. § 699.080
    vs.                                 )
16                                      )
    ISLAMIC REPUBLIC OF IRAN. et al.,  )
17                                      )
              Defendants.              )
18  _____  )

19        COMES NOW Plaintiffs DEBORAH D. PETERSON. Personal Representatives of the

20  Estate of James C. Knipple (Dec.). et al., who hereby moves this court ex parte for the issuance of

21  an order authorizing the use of a process server to levy and execute under C.C.P. § 699.080. in the

22  place and in lieu of the United States Marshal.

23  DATED:  May 5, 2010              COOK COLLECTION ATTORNEYS

24                                   By:___/s/ David J. Cook_____
                                          DAVID J. COOK, ESQ. (SB# 060859)
25                                   Attorneys for Plaintiff
                                     DEBORAH D. PETERSON, Personal
26                                   Representatives of the Estate of James C. Knipple
                                     (Dec.), et al.
27

28  F:\USERS\DJCNEW\petersonsf.exps