1  DAVID J. COOK, ESQ. (State Bar # 060859)
   ROBERT J. PERKISS, ESQ. (State Bar # 62386)
2  COOK COLLECTION ATTORNEYS
   A PROFESSIONAL LAW CORPORATION
3  165 Fell Street
   San Francisco, CA  94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA  94104-0270
5  Tel.: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,759

7  Attorneys for Plaintiffs
   DEBORAH D. PETERSON, Personal Representatives
8  of the Estate of James C. Knipple (Dec.), et al.

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12
   DEBORAH D. PETERSON, Personal      )   CASE NO. 3:08-mc-80030-JSW (BZ)
13 Representative of the Estate of James C. )
   Knipple (Dec.), et al.,            )
14                                     )   PROOF OF SERVICE
              Plaintiffs,              )
15                                     )
   vs.                                 )
16                                     )
   ISLAMIC REPUBLIC OF IRAN, et al.,   )
17                                     )
              Defendants.              )
18 _____ )

19 HIS EXCELLENCY AYATOLLAH SAYED
   'ALI KHAMENEI
20 THE OFFICE OF THE SUPREME
   LEADER
21 Islamic Republic Street
   Shahid Keshvar Doust Street
22 Tehran, Islamic Republic of Iran

23 President
   HIS EXCELLENCY MAHMOUD
24 AHMADINEJAD THE PRESIDENT
   Palestine Avenue
25 Azerbaijan Intersection
   Tehran, Islamic Republic of Iran
26
   ISLAMIC REPUBLIC OF IRAN
27 Khomeini Avenue, United Nations Street
   Teheran, Iran
28 ATTN: Attn: President Dr. Ahmadinejad or
   Agent for Service of Process or
   Responsible Officer

PROOF OF SERVICE - CASE NO. 3:08-mc-80030-JSW (BZ)                                      1

1  I declare:

2  I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

3

4  EX PARTE APPLICATION FOR ENTRY OF ORDER AUTHORIZING PROCESS SERVER TO LEVY EXECUTION PURSUANT TO C.C.P. § 699.080

5

6  MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION FOR ENTRY OF ORDER AUTHORIZING PROCESS SERVER TO LEVY EXECUTION PURSUANT TO C.C.P. § 699.080

7

8  DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF EX PARTE APPLICATION FOR ENTRY OF ORDER AUTHORIZING PROCESS SERVER TO LEVY EXECUTION PURSUANT TO C.C.P. § 699.080

9

10  ORDER AUTHORIZING PROCESS SERVER TO LEVY EXECUTION PURSUANT TO C.C.P. § 699.080

11  on the above-named person(s) by:

12  __XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

13

14  I declare under penalty of perjury that the foregoing is true and correct.

15  Executed on May 5, 2010.

16

17                                               /s/   Karene Jen
                                                   Karene Jen

18

19

20

21

22

23

24

25

26

27

28