United States District Court
For the Northern District of California

1
2
3
4
5
6               IN THE UNITED STATES DISTRICT COURT

7
8               FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   DEBORAH D. PETERSON, et al.,

10              Plaintiffs,                          No. C 08-80030-MISC JSW

11      v.

12   ISLAMIC REPUBLIC OF IRAN, et al.,              **ORDER REFERRING *EX PARTE***
                                                    **APPLICATION FOR ENTRY OF**
13              Defendants.                         **ORDER AUTHORIZING**
                                                    **PROCESS SERVER TO LEVY**
14                                                  **EXECUTION TO MAGISTRATE**
                                                    **JUDGE**
15   _____/

16          Pursuant to Local Rule 72-1, Plaintiffs' *ex parte* application for entry of order

17   authorizing process server to levy execution in the above captioned matter is HEREBY

18   REFERRED to a Magistrate Judge Zimmerman to prepare a report and recommendation.

19          **IT IS SO ORDERED.**

20

21   Dated: May 7, 2010                            _____
                                                   JEFFREY S. WHITE
22                                                 UNITED STATES DISTRICT JUDGE

23

24   cc:     Wings Hom

25
26
27
28