1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10
| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants. | CASE NO. 3:08-mc-80030-JSW (BZ) <br><br> ORDER AUTHORIZING PROCESS SERVER TO LEVY EXECUTION PURSUANT TO C.C.P. § 699.080 |

17   Based upon the Declaration of David J. Cook, Esq., and finding that Attorney Service of

18 San Francisco is a registered process server, having filed a certificate of registration with the

19 County Clerk, San Francisco County Superior Court, and otherwise authorized to perform the

20 services pursuant to C.C.P. § 699.080, and furthermore finding that the use of a private process

21 server would serve the interest of justice in relieving the United States Marshal from effectuating

22 certain types of services necessary to effectuate collection of the Judgment herein, and furthermore

23 finding that the use of a process server is routine in the enforcement of a Judgment, and authorized

24 by California law, which is applicable herein under F.R.C.P. 69 and Bkrtcy.C. § 7069, and upon ex

25 parte application, and for good cause appearing, therefore, [handwritten insertion: no opposition having been filed and]

26   IT IS HEREBY ORDERED that Plaintiffs may employ the services of Attorney Service of

27 San Francisco to perform the duties and responsibilities of a levying officer as defined under

28 C.C.P. § 699.080.

ORDER AUTHORIZING PROCESS SERVER TO LEVY EXECUTION PURSUANT TO C.C.P. § 699.080
CASE NO. 3:08-mc-80030-JSW (BZ)                                                                 1

1  IT IS FURTHER ORDERED that Attorney Service of San Francisco shall comply with the
2  requirements of the California Code of Civil Procedure in the enforcement of judgments,
3  consistent with and in conformity to C.C.P. § 699.080.

5  DATED: 13 May 2010

   JEFFREY S. WHITE
   UNITED STATES DISTRICT COURT JUDGE