UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 04 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DEBORAH D. PETERSON, | No. 08-17756 |
| Plaintiff - Appellant, | |
| v. | D.C. No. 3:08-mc-80030-JSW U.S. District Court for Northern California, San Francisco |
| ISLAMIC REPUBLIC OF IRAN, | |
| Defendant, | **MANDATE** |
| v. | |
| WORLD BANK, | |
| Movant, | |
| v. | |
| CMA CGM, | |
| Third-party-defendant - Appellee, | |
| and | |
| JAPAN BANK FOR INTERNATIONAL COORPERATION; et al., | |
| Third-party-defendant. | |

The judgment of this Court, entered December 03, 2010, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court
/s/
Theresa Benitez
Deputy Clerk