**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

January 31, 2011

CASE NUMBER: **CV 08-80030 JSW**
CASE TITLE: **DEBORAH D. PETERSON-v- ISLAMIC REPUBLIC OF IRAN**
DATE MANDATE FILED: 1/4/11

TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Gloria Acevedo
Case Systems Administrator

Distribution: CIVIL     -   Counsel of Record

CRIMINAL  -   Counsel of Record
              U.S. Marshal (Copy of Mandate)
              U.S. Probation Office

NDC App-16